**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- X
                           :

In re:                         :     Chapter 11
                           :

Boy Scouts of America and    :     Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]        :

                          :     (Jointly Administered)
              Debtors.    :     **Objection Deadline: June 22, 2022 at 4:00 pm (ET)**
                          :     **Hearing Date: Only if Objections are Filed**
-------------------------------------------------------- X

**SUMMARY COVER SHEET TO THE TWENTY-SIXTH MONTHLY FEE
APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM APRIL 1, 2022 THROUGH APRIL 30, 2022**

| | |
|---|---|
| Name of Applicant: | Kramer Levin Naftalis & Frankel LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Nunc Pro Tunc* to March 4, 2020 |
| Period for which compensation and reimbursement is sought: | April 1, 2022 through April 30, 2022 |
| Amount of Compensation sought as actual, reasonable and necessary: | $123,221.50 (80% of which is $98,577.20) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,536.71 |

This is a: **X** monthly      ___ interim      ___ final application.

**Prior Applications: Yes.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

**Prior Statements:**

| Date Filed/ Docket No. | Filing Period | Requested | | Approved | | Court Order/ CNO Filed |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 6/9/2020 D.I. 813 | 3/4/2020 - 3/31/2020 | $581,149.50 | $13,885.41 | $464,919.60 | $13,885.41 | D.I. 892 |
| 6/24/2020 D.I. 899 | 4/1/2020 - 4/30/2020 | $501,179.00 | $13,507.13 | $400,943.20 | $13,507.13 | D.I. 1000 |
| 7/27/2020 D.I. 1048 | 5/1/2020 - 5/31/2020 | $447,050.00 | $7,289.52 | $357,640.00 | $7,289.52 | D.I. 1097 |
| 8/21/2020 D.I. 1134 | 6/1/2020 - 6/30/2020 | $508,293.50 | $12,667.35 | $406,634.80 | $12,667.35 | D.I. 1317 |
| 9/1/2020 D.I. 1212 | 7/1/2020 - 7/31/2020 | $371,567.00 | $4,527.33 | $297,253.60 | $4,527.33 | D.I. 1332 |
| 10/15/2020 D.I. 1526 | 8/1/2020 - 8/31/2020 | $429,082.00 | $5,920.52 | $343,265.60 | $5,920.52 | D.I. 1607 |
| 10/30/2020 D.I. 1610 | 9/1/2020 - 9/30/2020 | $253,297.00 | $1,372.19 | $202,637.60 | $1,372.19 | D.I. 1690 |
| 11/25/2020 D.I. 1738 | 10/1/2020 - 10/31/2020 | $255,661.50 | $0.00 | $204,529.20 | $0.00 | D.I. 1856 |
| 2/9/2021 D.I. 2123 | 11/1/2020 - 11/30/2020 | $215,956.00 | $1,218.41 | $172,764.80 | $1,218.41 | D.I. 2263 |
| 3/30/2021 D.I. 2486 | 12/1/2020 - 12/31/2020 | $130,991.00 | $442.89 | $104,792.80 | $442.89 | D.I. 2602 |
| 4/2/2021 D.I. 2528 | 1/1/2021 - 1/31/2021 | $265,561.00 | $2,091.59 | $212,448.80 | $2,091.59 | D.I. 2634 |
| 5/5/2021 D.I. 3145 | 2/1/2021 - 2/28/2021 | $213,649.50 | $1,648.44 | $170,919.60 | $1,648.44 | D.I. 4710 |
| 5/20/2021 D.I. 3152 | 3/1/2021 - 3/31/2021 | $125,688.50 | $162.39 | $100,550.80 | $162.39 | D.I. 4711 |
| 06/03/2021 D.I. 5220 | 4/1/2021 - 4/30/2021 | $101,480.00 | $325.59 | $81,184.00 | $325.59 | D.I. 5380 |
| 8/12/2021 D.I. 5981 | 5/1/2021 - 5/31/2021 | $108,763.50 | $133.83 | $87,010.80 | $133.83 | D.I. 6132 |
| 08/12/2021 D.I. 5985 | 6/1/2021- 6/30/2021 | $83,623.00 | $221.73 | $66,898.40 | $221.73 | D.I. 6134 |
| 08/31/2021 D.I. 6142 | 7/1/2021- 7/31/2021 | $121,352.50 | $6,610.50 | $97,082.80 | $6,610.50 | D.I. 6270 |
| 09/27/2021 D.I. 6374 | 8/1/2021- 8/31/2021 | $139,297.50 | $111.56 | $111,438.00 | $111.56 | D.I. 6629 |
| 11/04/2021 D.I. 6967 | 9/1/2021- 9/30/2021 | $122,980.00 | $2,353.53 | $98,384.00 | $2,353.53 | D.I. 7400 |
| 12/7/2021 D.I. 7630 | 10/1/2021- 10/31/2021 | $97,938.50 | $553.95 | $78,350.80 | $553.95 | D.I. 7949 |
| 1/18/2022 D.I. 8359 | 11/1/2021- 11/30/2021 | $205,811.50 | $10,269.49 | $164,649.20 | $10,269.49 | D.I. 8641 |
| 2/3/2022 D.I. 8645 | 12/1/2021- 12/31/2021 | $156,245.50 | $7,517.07 | $124,996.40 | $7,517.07 | D.I. 8931 |
| 3/16/2022 D.I. 8645 | 1/1/2022- 1/31/2022 | $143,148.50 | $1,794.16 | $114,518.80 | $1,794.16 | D.I. 9567 |
| 3/05/2022 D.I. 9590 | 2/1/2022- 2/28/2022 | $155,776.00 | $29,955.99 | $124,620.80 | $29,955.99 | D.I. 9685 |
| 5/09/2022 D.I. 9781 | 3/1/2022- 3/31/2022 | $246,981.50 | $18,942.39 | $197,585.20 | $18,942.39 | D.I. 9850 |
| **SUBTOTAL** | | $5,982,523.50 | $143,522.96 | $4,786,019.60 | $143,522.96 | |
| First and Second Interim Reduction[2] | | ($39,270.50) | ($807.49) | ($39,270.50) | ($807.49) | |
| Third Interim Reduction[3] | | ($13,229.75) | $0.00 | ($13,229.75) | $0.00 | |
| Fourth Interim Reduction[4] | | ($12,209.00) | $0.00 | ($12,209.00) | $0.00 | |
| **TOTAL** | | $5,917,814.25 | $142,715.47 | $4,721,310.35 | $142,715.47 | |

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**SUMMARY OF BILLING BY PROFESSIONAL**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Name of Professional Person | Bar Admission Year | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[5] | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|---|---|
| Ringer, Rachael | 2011 | **Partner** Creditor's Rights (Since 2019) | $1,315.00 | 10.80 | $14,202.00 |
| Sharret, Jennifer | 2008 (NY;NJ) | **Counsel** Creditor's Rights (Since 2022) | $1,215.00 | 2.60 | $3,159.00 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,110.00 | 54.30 | $60,273.00 |
| Nowicki, Adam | 2021/2022 (NJ;NY) | **Associate** Creditors' Rights (Since 2020) | $785.00 | 35.60 | $27,946.00 |
| Eisenberger, Gabriel | Not Yet Admitted | **Associate** Creditors Rights (Since 2021) | $675.00 | 21.30 | $14,377.50 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $480.00 | 6.80 | $3,264.00 |
| **TOTAL** | | | | **131.40** | **$123,221.50** |

**Blended Rate:  $937.76**

---

[5] This rate is Kramer Levin's regular hourly rate for legal services. All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred in January 2022).
[6] Kramer Levin voluntarily reduced its fees by $10,260.50.50 during the Application Period.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Project Category | Total Hours | Total Fees[7] |
|---|---|---|
| Case Administration (00001) | 0.60 | $601.00 |
| Committee Meetings and Communications (00002) | 18.60 | $16,062.00 |
| Plan/Disclosure Statement Issues (00007) | 16.50 | $19,155.50 |
| Creditor Communications (00011) | 0.20 | $222.00 |
| Fee Statements and Applications (00017) | 11.80 | $7,851.50 |
| Committee Investigation (00020) | 0.80 | $384.00 |
| Hearings and Court Matters (00021) | 80.20 | $75,834.50 |
| Professional Retention (00025) | 2.70 | $3,111.00 |
| **TOTAL** | **131.40** | **$123,221.50** |

---

[7] Total compensation requested reflects a voluntary reduction of $10,260.50 in fees.

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses [8] |
|---|---|---|
| Telecommunication Charges | LoopUp | 1,054.31 |
| Transcript Fees | Reliable | 482.40 |
| **TOTAL** | | **$1,536.71** |

---

[8] Kramer Levin voluntarily reduced its expenses by $39.67 during the Application Period and in accordance with local rules and U.S. Trustee Guidelines.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- X
                          :

In re:                          :    Chapter 11
                          :

Boy Scouts of America and      :    Case No. 20-10343 (LSS)
Delaware BSA, LLC,[9]          :

                          :    (Jointly Administered)
              Debtors.    :    **Objection Deadline: June 22, 2022 at 4:00 pm (ET)**
                          :    **Hearing Date: Only if Objections are Filed**
-------------------------------------------------------- X

**TWENTY-SIXTH MONTHLY FEE APPLICATION OF KRAMER LEVIN
NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
APRIL 1, 2022 THROUGH APRIL 30, 2022**

Kramer Levin Naftalis & Frankel (the "**Applicant**" or "**Kramer Levin**"), counsel to the

Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of Boy Scouts of America

and Delaware BSA, LLC and its affiliated debtors and debtors-in-possession (collectively, the

"**Debtors**") in the above-captioned chapter 11 cases, hereby applies, pursuant to (i) sections 330 and

331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), (ii) Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), (iii) Rule 2016-2 of

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "**Local Rules**"), (iv) the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 341] (the

"**Interim Compensation Order**"), (v) the *Order Amending the Order Approving Procedures For*

*Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense*

---

[9] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Reimbursement for Official Committee Members* [Docket No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**"),[10] and (vi) the *Order Appointing Fee Examiner and Establishing Related Procedures of the Review of Applications of Retained Professionals* [Docket No. 1342] (the "**Fee Examiner Order**"),for allowance of compensation for services rendered and reimbursement of expenses for the period from April 1, 2022 through April 30, 2022 (the "**Application Period**"), and respectfully represents as follows:

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.  Such relief also is warranted under Bankruptcy Rule 2016 and Local Rule 2016-2.

**BACKGROUND**

A.      **The Chapter 11 Cases**

3.      On February 18, 2020 (the "**Petition Date**"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

4.      On March 5, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") filed the Notice of Appointment of Committee of Unsecured Trade Creditors [Docket No. 141].  The Creditors' Committee consists of: (i) Pension Benefit Guaranty Corporation (the

---

[10] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order or the Amended Interim Compensation Order, as applicable.

"**PBGC**"), (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson
Education, Inc. and (v) Lion Brothers Company, Inc.

5.        On September 18, 2020, the Court entered the Fee Examiner Order appointing
Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the
Court related to professional fee and expense analysis and review.

**B.        The Retention of Kramer Levin**

6.        On April 23, 2020, the Creditors' Committee applied to the Court for an order
authorizing it to retain and employ Kramer Levin as its counsel, *nunc pro tunc* to March 4, 2020
[Docket No. 481].  On May 11, 2020, the Court entered an order authorizing such retention [Docket
No. 607].

**C.        The Interim Compensation Orders and the Fee Examiner Order**

7.        The Interim Compensation Orders and the Fee Examiner Order (together, the "**Fee
Orders**") set forth the procedures for interim compensation and reimbursement of expenses in
these Chapter 11 Cases.  Specifically, the Fee Orders provide that a Professional may file no earlier
than the fifteenth (15th) day of each month following the month for which compensation is sought,
provide to the Fee Examiner, and serve a monthly application for interim allowance of
compensation for services rendered and reimbursement of expenses incurred, together with the
applicable time entries and itemized expenses (the "**Monthly Fee Application**") on the Notice
Parties.  Provided that there are no objections to the Monthly Fee Application filed within fourteen
(14) days after the service of a Monthly Fee Application, the Professional may file a certificate of
no objection with the Court, after which the Debtors are authorized and directed to pay such
Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses
requested in such Monthly Fee Application.  If an objection to the Monthly Fee Application is
filed, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject

to an objection.  Pursuant to the Fee Orders, payment of the 20% holdback amount will be payable upon the Court's authorization of a final fee application (the "**Final Fee Application**").

**RELIEF REQUESTED**

8.      Pursuant to the Fee Orders and section 331 of the Bankruptcy Code, Kramer Levin is seeking compensation in the amount of $98,577.20 which is equal to eighty percent (80%) of the $123,221.50 in fees for professional services rendered by Kramer Levin during the Application Period.  This amount is derived solely from the applicable hourly billing rates of Kramer Levin's personnel who rendered such services to the Creditors' Committee.  In addition, Kramer Levin is seeking reimbursement of expenses incurred during the Application Period in the amount of $1,536.71.

**A.      Compensation Requested**

9.      Attached hereto as <u>Exhibit A</u> is a detailed itemization, by project category, of all services performed by Kramer Levin with respect to the Chapter 11 Cases during the Application Period.  This detailed itemization complies with Del. Bankr. L.R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

10.     The attorneys and paraprofessionals who rendered services related to each category are identified in <u>Exhibit A</u>, along with the number of hours for each individual and the total compensation sought for each category.

**B.      Expense Reimbursement**

11.     Kramer Levin incurred out-of-pocket expenses during the Application Period in the amount of $1,536.71.  Attached hereto as <u>Exhibit B</u> is a description of the expenses actually incurred by Kramer Levin in the performance of services rendered as counsel to the Creditors'

4

Committee.  The expenses are broken down into categories of charges, including among other things, the following charges: photocopying, scanning and printing, telecopy, filing fees, messenger service, outside printing, computerized legal research, and other non-ordinary expenses.[11]

**ANALYSIS AND NARRATIVE DESCRIPTION OF
SERVICES RENDERED AND TIME EXPENDED**

12.    Kramer Levin sets forth a brief narrative description of the services rendered, for or on behalf of the Creditors' Committee, and the time expended, organized by billing task categories, as follows:

**A.    Case Administration
Kramer Levin Billing Code: 1
(Fees: $601.00 / Hours Billed: 0.60)**

13.    During the Application Period, Kramer Levin conducted various administrative tasks, including routine communications and correspondences.

**B.    Committee Meetings and Communications
Kramer Levin Billing Code: 2
(Fees: $16,062.00 / Hours Billed: 18.60)**

14.    During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) preparing for and leading periodic conference calls with the Creditors' Committee and its professionals to discuss all pending case matters; (ii) maintaining meeting minutes; (iii) communicating with individual Creditors' Committee members and their advisors; and (iv) providing the Creditors' Committee with near-daily update emails regarding recently filed pleadings, case issues and negotiations, and other items relevant to the Chapter 11 Cases.

---

[11] In accordance with Del. Bankr. L.R. 2016-2(e)(iii), Kramer Levin does not charge more than $0.10 per page for photocopies.

**C.     Plan/Disclosure Statement Issues**
**Kramer Levin Billing Code: 7**
**(Fees: $19,155.00 / Hours Billed: 16.50)**

15.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) participating in all-hands calls with various case parties regarding plan issues; (ii) reviewing draft confirmation order and proposed Plan revisions; and (iii) internal communications regarding the same.

**D.     Creditor Communications**
**Kramer Levin Billing Code: 11**
**(Fees: $222.00 / Hours Billed: 0.20)**

16.     During the Compensation Period, Kramer Levin devoted time and resources to communicating with and responding to questions from creditors.

**E.     Fee Statements and Applications**
**Kramer Levin Billing Code: 17**
**(Fees: $7,851.50 / Hours Billed: 11.80)**

17.     During the Application Period, Kramer Levin services performed in connection with this category relate to, *inter alia*: (i) ensuring that its applications for compensation submitted in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines; (ii) ensuring that confidentiality and privilege remained intact in the descriptions of work conducted; and (iii) coordinating the filing of Committee professionals' fee statements.

**G.     Committee Investigation**
**Kramer Levin Billing Code: 20**
**(Fees: $384.00 / Hours Billed: 0.80)**

18.     In accordance with the Creditors' Committee's fiduciary duties, Kramer Levin spent time during the Compensation Period organizing and reviewing data room documents.

**H.**     **Hearings and Court Matters**
         **Kramer Levin Billing Code: 21**
         **(Fees: $75,834.50 / Hours Billed: 80.20)**

19.     During the Compensation Period, Kramer Levin spent time preparing for and attending (i) the confirmation hearing, and (ii) the April 22 sale hearing.

**I.**     **Professional Retention**
         **Kramer Levin Billing Code: 25**
         **(Fees: $3,111.00 / Hours Billed: 2.70)**

20.     Kramer Levin expended time and effort during the Compensation Period preparing and drafting a supplemental declaration for its retention application to disclose additional connections.

## VALUATION OF SERVICES

21.     Attorneys and paraprofessionals of Kramer Levin have expended a total of 131.40 hours in connection with this matter during the Application Period.

22.     The amount of time spent by each of the professionals providing services to the Creditors' Committee for the Application Period is set forth in Exhibit A.  The rates are Kramer Levin's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by Kramer Levin for the Application Period as counsel for the Creditors' Committee in these Chapter 11 Cases is $123,221.50.

23.     Kramer Levin believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

24.     In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these Chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**NOTICE**

25.     Applicant will provide notice of this Application to: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C. Lauria, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the TCC, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vi) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (vii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino; (viii) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; (ix) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump; and (x) the Fee Examiner, Justin H. Rucki, Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803.  In light of the nature of the relief requested, Kramer Levin submits that no other or further notice is required.

## NO PRIOR REQUEST

26.     No prior request for the relief sought in the Application has been made to this or any other court.

## CERTIFICATE OF COMPLIANCE AND WAIVER

27.     The undersigned representative of Kramer Levin certifies that she has reviewed the requirements of Local Rule 2016-2, and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Kramer Levin believes that such deviations are not material and respectfully requests that any such requirements be waived.  A true and correct copy of the Verification of Rachael L. Ringer is attached hereto as Exhibit C.

## CONCLUSION

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an Order: (i) granting the Application and authorizing (a) allowance of compensation in the amount of $98,577.20 (80% of $123,221.50) for professional services rendered and (b) reimbursement for actual and necessary costs in the amount of $1,536.71 (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated:  June 8, 2022

/s/ Rachael L. Ringer
**KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS
   & FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

EXHIBIT A

Compensation Summary

**<u>EXHIBIT A</u>**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**COMPENSATION BY PROJECT CATEGORY**
**<u>APRIL 1, 2022 THROUGH APRIL 30, 2022</u>**

| Project Category | Total Hours | Total Fees[12] |
|---|---|---|
| Case Administration (00001) | 0.60 | $601.00 |
| Committee Meetings and Communications (00002) | 18.60 | $16,062.00 |
| Plan/Disclosure Statement Issues (00007) | 16.50 | $19,155.50 |
| Creditor Communications (00011) | 0.20 | $222.00 |
| Fee Statements and Applications (00017) | 11.80 | $7,851.50 |
| Committee Investigation (00020) | 0.80 | $384.00 |
| Hearings and Court Matters (00021) | 80.20 | $75,834.50 |
| Professional Retention (00025) | 2.70 | $3,111.00 |
| **TOTAL** | **131.40** | **$123,221.50** |

---

[12] Total compensation requested reflects a voluntary reduction of $10,260.50 in fees.

2

# Kramer Levin



May 31, 2022

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 853401
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through April 30, 2022.**

| | |
|---|---:|
| Fees | $123,221.50 |
| Disbursements and Other Charges | 1,536.71 |
| **TOTAL BALANCE DUE** | **$124,758.21** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000

KL4 2750505.2



May 31, 2022
Invoice #: 853401
073427
Page 2

## MATTER SUMMARY

**For professional services rendered through April 30, 2022 in connection with the following matters:**

| Matter | Matter Name | Total |
|---|---|---|
| 073427-00001 | Case Administration | $601.00 |
| 073427-00002 | Committee Meetings and Communications | $16,062.00 |
| 073427-00007 | Plan/Disclosure Statement Issues | $19,155.50 |
| 073427-00011 | Creditor Communications | $222.00 |
| 073427-00017 | Fee Statements and Applications | $7,851.50 |
| 073427-00020 | Committee Investigation | $384.00 |
| 073427-00021 | Hearings and Court Matters | $75,834.50 |
| 073427-00025 | Professional Retention | $3,111.00 |
| **Total Fees** | | **$123,221.50** |
| Disbursements and Other Charges | | **$1,536.71** |
| **TOTAL CURRENT INVOICES** | | **$124,758.21** |

### Professional Services Summary

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,315.00 | 10.80 | $14,202.00 |
| Sharret Jennifer | Counsel | Creditors' Rights | 2008 | $1,215.00 | 2.60 | $3,159.00 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | $1,110.00 | 54.30 | $60,273.00 |



May 31, 2022
Invoice #: 853401
073427
Page 3

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Nowicki Adam | Associate | Creditors' Rights | 2021 | $785.00 | 35.60 | $27,946.00 |
| Eisenberger Gabriel | Associate | Creditors' Rights | Not Yet Admitted | $675.00 | 21.30 | $14,377.50 |
| McNamara James | Paralegal | Creditors' Rights | N/A | $480.00 | 6.80 | $3,264.00 |
| TOTAL FEES | | | | | 131.40 | $123,221.50 |



May 31, 2022
Invoice #: 853401
073427-00001
Page 4

**Case Administration**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 0.20 | $157.00 |
| Wasson, Megan | Associate | 0.40 | 444.00 |
| **TOTAL FEES** | | **0.60** | **$601.00** |

**DISBURSEMENTS AND OTHER CHARGES SUMMARY**

| DESCRIPTION | AMOUNT |
|---|---|
| Telecommunication Charges | $1,054.31 |
| Transcript Fees | 482.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$1,536.71** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/12/2022 | Nowicki, Adam | Draft list of open workstreams (0.2). | 0.20 | $157.00 |
| 4/15/2022 | Wasson, Megan | Emails with A. Nowicki re various workstreams (0.4). | 0.40 | 444.00 |
| **TOTAL** | | | **0.60** | **$601.00** |



May 31, 2022
Invoice #: 853401
073427-00002
Page 5

**Committee Meetings and Communications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.70 | $920.50 |
| Sharret, Jennifer | Counsel | 0.90 | 1,093.50 |
| Eisenberger, Gabriel | Associate | 7.20 | 4,860.00 |
| Nowicki, Adam | Associate | 5.20 | 4,082.00 |
| Wasson, Megan | Associate | 4.60 | 5,106.00 |
| **TOTAL FEES** | | **18.60** | **$16,062.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/1/2022 | Wasson, Megan | Review and comment on UCC update (0.3); review sale-lease back motion re same (0.5). | 0.80 | $888.00 |
| 4/4/2022 | Wasson, Megan | Review and comment on UCC update email (0.3). | 0.30 | 333.00 |
| 4/4/2022 | Nowicki, Adam | Emails w/ G. Eisenberger, M. Wasson re: UCC update email (0.2); finalize and send same (0.2). | 0.40 | 314.00 |
| 4/4/2022 | Eisenberger, Gabriel | Summarize hearing for UCC update email (0.7); summarize settlement trust agreement changes for same (0.4). | 1.10 | 742.50 |
| 4/5/2022 | Wasson, Megan | Email with UCC member re case issues (0.5). | 0.50 | 555.00 |



May 31, 2022
Invoice #: 853401
073427-00002
Page 6

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/6/2022 | Wasson, Megan | Review and comment on UCC update email (0.5). | 0.50 | 555.00 |
| 4/6/2022 | Nowicki, Adam | Draft portions of UCC update email re: creditor case timeline, confirmation hearing (0.8); correspondence w/ G. Eisenberger, M. Wasson re: same (0.2); finalize and send same to UCC (0.2). | 1.20 | 942.00 |
| 4/6/2022 | Eisenberger, Gabriel | Summarize confirmation hearing for UCC update email (0.8). | 0.80 | 540.00 |
| 4/7/2022 | Nowicki, Adam | Draft portions of UCC update email re: confirmation hearing (0.7); emails w/ G. Eisenberger, M. Wasson re: same (0.2); finalize and send same to UCC (0.2). | 1.10 | 863.50 |
| 4/7/2022 | Eisenberger, Gabriel | Summarize hearing for UCC update email (0.9). | 0.90 | 607.50 |
| 4/11/2022 | Nowicki, Adam | Draft portions of UCC update email re: confirmation hearing (0.2); emails w/ G. Eisenberger, M. Wasson re: same (0.1); finalize UCC update email and send same to UCC (0.1). | 0.40 | 314.00 |
| 4/11/2022 | Wasson, Megan | Draft UCC update email re plan edits (0.3); review and comment on UCC hearing summary (0.3). | 0.60 | 666.00 |
| 4/11/2022 | Eisenberger, Gabriel | Summarize hearing for UCC update email (1.7). | 1.70 | 1,147.50 |



May 31, 2022
Invoice #: 853401
073427-00002
Page 7

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/12/2022 | Nowicki, Adam | Draft portions of UCC update email re confirmation hearing (1.0); emails w/ G. Eisenberger, M. Wasson re: same (0.2); finalize UCC update email and send same to UCC (0.1). | 1.30 | 1,020.50 |
| 4/12/2022 | Eisenberger, Gabriel | Summarize confirmation hearing for UCC update email (0.9). | 0.90 | 607.50 |
| 4/13/2022 | Nowicki, Adam | Draft portions of UCC update email (0.3); emails w/ M. Wasson, G. Eisenberger re: same (0.2); finalize and send same to UCC (0.2). | 0.70 | 549.50 |
| 4/13/2022 | Eisenberger, Gabriel | Proof UCC update email (0.5); summarize confirmation hearing for UCC update (0.2). | 0.70 | 472.50 |
| 4/14/2022 | Nowicki, Adam | Draft UCC update email re: confirmation hearing (0.0); emails w/ M. Wasson re: same (0.1); finalize and send same to UCC (0.0). | 0.10 | 78.50 |
| 4/15/2022 | Sharret, Jennifer | Review and comment on Committee minutes (0.4). | 0.40 | 486.00 |
| 4/19/2022 | Wasson, Megan | Draft and circulate UCC update email (0.3). | 0.30 | 333.00 |
| 4/22/2022 | Wasson, Megan | Draft UCC update email re sale hearing (0.5). | 0.50 | 555.00 |
| 4/25/2022 | Ringer, Rachael L. | Prep for UCC call (0.2), attend portion of UCC call re: case updates/confirmation hearing recap (0.5). | 0.70 | 920.50 |
| 4/25/2022 | Sharret, Jennifer | Attend Committee call (0.5). | 0.50 | 607.50 |



May 31, 2022
Invoice #: 853401
073427-00002
Page 8

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 4/25/2022 | Wasson, Megan | Draft talking points for UCC call (0.6); attend UCC call (0.5). | 1.10 | 1,221.00 |
| 4/25/2022 | Eisenberger, Gabriel | Prep for (0.1) and attend weekly UCC call (0.5); email M. Wasson re minutes (0.1). | 0.70 | 472.50 |
| 4/27/2022 | Eisenberger, Gabriel | Draft Minutes of April 25 UCC Weekly call (0.3); email same to M. Wasson (0.1). | 0.40 | 270.00 |
| **TOTAL** | | | **18.60** | **$16,062.00** |



May 31, 2022
Invoice #: 853401
073427-00007
Page 9

**Plan/Disclosure Statement Issues**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 4.10 | $5,391.50 |
| Wasson, Megan | Associate | 12.40 | 13,764.00 |
| **TOTAL FEES** | | **16.50** | **$19,155.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/10/2022 | Ringer, Rachael L. | Review plan changes, emails with Gilbert re: same (0.7). | 0.70 | $920.50 |
| 4/11/2022 | Ringer, Rachael L. | Review plan edits, emails with M. Wasson re: same (0.6), call with plan supporters re: same (0.5), attend portion of further all hands call re: BSA plan issues (0.6). | 1.70 | 2,235.50 |
| 4/11/2022 | Wasson, Megan | Call with BSA, R. Ringer, supporting parties re NALC claims (0.5); call with insurers re same (0.3); all hands call re NALC claims (1.9). | 2.70 | 2,997.00 |
| 4/12/2022 | Ringer, Rachael L. | Call with insurers, Pai counsel, FCR, Coalition, and Debtors, re: plan issues (0.9); call w/ M. Wasson and coalition re same (0.3); review plan revisions re same (0.5). | 1.70 | 2,235.50 |



May 31, 2022
Invoice #: 853401
073427-00007
Page 10

**Plan/Disclosure Statement Issues**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/12/2022 | Wasson, Megan | Call with insurers, Pai counsel, FCR, TCC, Coalition, Debtors, R. Ringer re NALC treatment language (0.9); call with R. Ringer, Coalition counsel re same (0.3); review revised NALC plan language and correspondence with R. Ringer re same (0.5). | 1.70 | 1,887.00 |
| 4/18/2022 | Wasson, Megan | Review revised Plan and Confirmation Order (1.9); email with W&C re same (0.2). | 2.10 | 2,331.00 |
| 4/20/2022 | Wasson, Megan | Review revised Plan/Confirmation Order (1.2) and attend portion of all hands call re same (1.0). | 2.20 | 2,442.00 |
| 4/21/2022 | Wasson, Megan | Attend all hands zoom call re plan edits (2.0); review revised drafts of plan and confirmation order (0.7). | 2.70 | 2,997.00 |
| 4/22/2022 | Wasson, Megan | Review filed revised plan and confirmation order (1.0). | 1.00 | 1,110.00 |
| **TOTAL** | | | **16.50** | **$19,155.50** |



May 31, 2022
Invoice #: 853401
073427-00011
Page 11

**Creditor Communications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Wasson, Megan | Associate | 0.20 | $222.00 |
| **TOTAL FEES** | | **0.20** | **$222.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/1/2022 | Wasson, Megan | Call with unsecured creditor re plan issues (0.2). | 0.20 | $222.00 |
| **TOTAL** | | | **0.20** | **$222.00** |



May 31, 2022
Invoice #: 853401
073427-00017
Page 12

**Fee Statements and Applications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Nowicki, Adam | Associate | 4.90 | $3,846.50 |
| Wasson, Megan | Associate | 1.10 | 1,221.00 |
| McNamara, James | Paralegal | 5.80 | 2,784.00 |
| **TOTAL FEES** | | **11.80** | **$7,851.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/5/2022 | Wasson, Megan | Final review of February fee statement for compliance with UST guidelines and privilege (0.3). | 0.30 | $333.00 |
| 4/5/2022 | McNamara, James | Finalize February fee application for filing (0.4); correspondence w/ A. Nowicki re same (0.2); correspondence w/ Reed Smith re filing same (0.2). | 0.80 | 384.00 |
| 4/7/2022 | Nowicki, Adam | Review and revise eighth interim fee statement (1.0); emails w/ J. McNamara re: same (0.2). | 1.20 | 942.00 |
| 4/7/2022 | McNamara, James | Review March fee statement for compliance with UST guidelines and local rules (1.1); correspondence w/ M. Wasson, A. Nowicki, and G. Eisenberger re same (0.3). | 1.40 | 672.00 |



May 31, 2022
Invoice #: 853401
073427-00017
Page 13

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/11/2022 | Nowicki, Adam | Review March fee statement for compliance with UST guidelines and local rules(1.1); correspondence w/ J. McNamara, G. Eisenberger re: same (0.2). | 1.30 | 1,020.50 |
| 4/11/2022 | McNamara, James | Revise March fee statement per A. Nowicki comments (0.4). | 0.40 | 192.00 |
| 4/12/2022 | Nowicki, Adam | Review 8th interim fee statement (1.0); emails w/ M. Wasson re: same (0.1); review revised March fee statement for compliance with UST guidelines and local rules(0.9); emails w/ M. Wasson, J. McNamara re: same (0.4). | 2.40 | 1,884.00 |
| 4/14/2022 | McNamara, James | Prepare March cover sheet (0.7); correspondence w/ A. Nowicki re same (0.1). | 0.80 | 384.00 |
| 4/21/2022 | McNamara, James | Revise March cover sheet (0.6); continue drafting of KL Eighth Interim Fee Application (0.4); correspondence w/ M Wasson re same (0.1); review AlixPartners Eighth Interim Fee Application (0.4); correspondence w/ Reed Smith re filing of same (0.2). | 1.70 | 816.00 |
| 4/28/2022 | Wasson, Megan | Review March fee statement re compliance with UST guidelines and privilege (0.8). | 0.80 | 888.00 |
| 4/29/2022 | McNamara, James | Prepare Eighth Interim Fee application for filing (0.3); finalize Third Supplemental declaration (0.2); correspondence w/ Reed Smith re filing both (0.2). | 0.70 | 336.00 |
| **TOTAL** | | | **11.80** | **$7,851.50** |



May 31, 2022
Invoice #: 853401
073427-00020
Page 14

**Committee Investigation**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| McNamara, James | Paralegal | 0.80 | $384.00 |
| **TOTAL FEES** | | **0.80** | **$384.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/5/2022 | McNamara, James | Review data room documents and update internal records re same (0.4). | 0.40 | $192.00 |
| 4/20/2022 | McNamara, James | Review data room documents and update internal records (0.4). | 0.40 | 192.00 |
| **TOTAL** | | | **0.80** | **$384.00** |



May 31, 2022
Invoice #: 853401
073427-00021
Page 15

**Hearings and Court Matters**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 5.70 | $7,495.50 |
| Eisenberger, Gabriel | Associate | 14.10 | 9,517.50 |
| Nowicki, Adam | Associate | 25.30 | 19,860.50 |
| Wasson, Megan | Associate | 35.10 | 38,961.00 |
| **TOTAL FEES** | | **80.20** | **$75,834.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/1/2022 | Nowicki, Adam | Attend confirmation hearing (3.3). | 3.30 | $2,590.50 |
| 4/1/2022 | Wasson, Megan | Attend majority of confirmation hearing (2.5); call with L. Baccash re issues re same (0.2). | 2.70 | 2,997.00 |
| 4/4/2022 | Wasson, Megan | Attend confirmation status conference (1.2). | 1.20 | 1,332.00 |
| 4/4/2022 | Eisenberger, Gabriel | Attend confirmation status conference (1.2). | 1.20 | 810.00 |
| 4/5/2022 | Wasson, Megan | Prep for closing arguments (0.4). | 0.40 | 444.00 |
| 4/6/2022 | Nowicki, Adam | Attend alternating portions of confirmation hearing w/ G. Eisenberger (3.0). | 3.00 | 2,355.00 |
| 4/6/2022 | Wasson, Megan | Attend confirmation hearing (6.0). | 6.00 | 6,660.00 |



May 31, 2022
Invoice #: 853401
073427-00021
Page 16

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/6/2022 | Eisenberger, Gabriel | Attend confirmation hearing in alternating parts with A. Nowicki (3.0). | 3.00 | 2,025.00 |
| 4/7/2022 | Nowicki, Adam | Attend alternating portions of confirmation hearing w/ G. Eisenberger (3.1). | 3.10 | 2,433.50 |
| 4/7/2022 | Wasson, Megan | Attend majority of confirmation hearing (5.5). | 5.50 | 6,105.00 |
| 4/7/2022 | Eisenberger, Gabriel | Attend confirmation hearing in alternating parts with A. Nowicki (3.6). | 3.60 | 2,430.00 |
| 4/11/2022 | Nowicki, Adam | Attend alternating portions of confirmation hearing w/ G. Eisenberger (3.0). | 3.00 | 2,355.00 |
| 4/11/2022 | Wasson, Megan | Attend portions of confirmation hearing (3.5). | 3.50 | 3,885.00 |
| 4/11/2022 | Eisenberger, Gabriel | Attend confirmation hearing in alternating portions with A. Nowicki (3.9). | 3.90 | 2,632.50 |
| 4/12/2022 | Nowicki, Adam | Attend alternating portions of confirmation hearing w/ G. Eisenberger (3.4). | 3.40 | 2,669.00 |
| 4/12/2022 | Wasson, Megan | Attend majority of confirmation hearing (5.0). | 5.00 | 5,550.00 |
| 4/12/2022 | Eisenberger, Gabriel | Attend alternating portions of confirmation hearing with A. Nowicki (2.4). | 2.40 | 1,620.00 |
| 4/13/2022 | Ringer, Rachael L. | Attend portions of confirmation hearing (2.1). | 2.10 | 2,761.50 |



May 31, 2022
Invoice #: 853401
073427-00021
Page 17

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 4/13/2022 | Nowicki, Adam | Attend portions of confirmation hearing for purpose of taking notes (4.2). | 4.20 | 3,297.00 |
| 4/13/2022 | Wasson, Megan | Attend confirmation hearing (4.0). | 4.00 | 4,440.00 |
| 4/14/2022 | Ringer, Rachael L. | Draft talking points for confirmation hearing (0.5), prepare for same (0.4), attend/present re: same (2.7). | 3.60 | 4,734.00 |
| 4/14/2022 | Nowicki, Adam | Attend majority of confirmation hearing (5.3). | 5.30 | 4,160.50 |
| 4/14/2022 | Wasson, Megan | Attend confirmation hearing (5.5); review and comment UCC update email re same (0.3). | 5.80 | 6,438.00 |
| 4/22/2022 | Wasson, Megan | Prep for and attend sale hearing (1.0). | 1.00 | 1,110.00 |
| **TOTAL** | | | **80.20** | **$75,834.50** |



May 31, 2022
Invoice #: 853401
073427-00025
Page 18

**Professional Retention**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.30 | $394.50 |
| Sharret, Jennifer | Counsel | 1.70 | 2,065.50 |
| Wasson, Megan | Associate | 0.50 | 555.00 |
| McNamara, James | Paralegal | 0.20 | 96.00 |
| **TOTAL FEES** | | **2.70** | **$3,111.00** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/11/2022 | Sharret, Jennifer | Review background for and draft supplemental declaration (1.0). | 1.00 | $1,215.00 |
| 4/12/2022 | Ringer, Rachael L. | Review supplemental retention declaration and emails with KL team re: same (0.3). | 0.30 | 394.50 |
| 4/12/2022 | Sharret, Jennifer | Revise supplemental declaration (0.7). | 0.70 | 850.50 |
| 4/12/2022 | McNamara, James | Update third supplemental declaration per J. Sharret comments and circulate updated draft with KL team (0.2). | 0.20 | 96.00 |
| 4/29/2022 | Wasson, Megan | Finalize supplemental declaration for filing (0.5). | 0.50 | 555.00 |
| **TOTAL** | | | **2.70** | **$3,111.00** |

## EXHIBIT B

Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**APRIL 1, 2022 THROUGH APRIL 30, 2022**

| Expense Category | Service Provider (if applicable) | Total Expenses [13] |
|---|---|---|
| Telecommunication Charges | LoopUp | 1,054.31 |
| Transcript Fees | Reliable | 482.40 |
| **TOTAL** | | **$1,536.71** |

---

[13] Kramer Levin voluntarily reduced its expenses by $39.67 during the Application Period and in accordance with local rules and U.S. Trustee Guidelines.

EXHIBIT C

Verification

**VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Rachael L. Ringer, Esquire, verify as follows:

1.      I am a partner with the applicant firm, Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), and have been admitted to the bar of the State of New York and have been admitted *pro hac vice* in these Chapter 11 Cases.  Kramer Levin has rendered professional services in these chapter 11 cases as counsel to the Official Committee of Unsecured Creditors.

2.      I have read the foregoing application of Kramer Levin for compensation and reimbursement of expenses (the "**Application**").  To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R. 2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: June 8, 2022

By:  */s/ Rachael L. Ringer*
Rachael L. Ringer
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: rringer@kramerlevin.com