

FILED
2022 JUN 15 AM 9:03
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Date: 05/04//2022

Hello Judge Silverstein,

I hope this letter finds your, Family, Friends, and Yourself doing well. I can't help but to notice the Corporate Executives of the Boy Scouts are being paid between 500,000-800,000 per year!! The attorneys for the Boy Scouts are being paid over 100,000 a month and last I read there are 17 of them getting paid that kind of compensation!! You just authorized the sale of a Boy Scout's warehouse and distribution center in North Carolina for roughly 13.5 million dollars and the BSA'S attornies told you they want to use SOME of the proceeds from the sale approved by the court as part of its contribution to a proposed $2.6 billion fund to compensate tens of thousands of men who **claim** they were sexually abused as children while involved in Scouting. Judge, How much is "SOME " of the "roughly" 13.5 million dollars that the BSA attorneys want to contribute to the fund? You're the Judge in this case shouldn't you ask these kinds of questions? That question is laughable LOL since not one dime has gone to compensate the victims or their attorneys yet and probably won't. Judge Silverstein, I have said before you are doing a great job and I'm truly sorry for the tough decisions you have before you, but stopping the pilfriging and corporate fraud going at the Boy scouts level is NOT a tough decision and you can stop it or at least control or slow down what they are stealing from the victims fund. Judge Silverstein, I am terminally ill

and this proceeding has been going on at least two years. It's obvious I won't see one dime in compensation before I pass on. I suggest you just dismiss the bankruptcy to make this quicker for me to go through the courts. The Boy Scouts wanted us to vote in their favor of the plan, so we did. Now they say they are going to appeal what they asked us to approve. This is a joke now. The ONLY ones getting any compensation is the Boy Scouts Executives and their attorneys. Did everyone lose site that they are in bankruptcy proceedings that they requested. This was their plan from the start. Judge Sliverstein, you need to STOP this fraud and stealing. You can see it and you should not continue to ignore it. **You are either part of the problem or your part of the solution.** Judge which one are you?

