## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**May 1, 2022 through May 31, 2022**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 82.7 | $67,870.00 |
| Cash | 85.7 | $54,990.00 |
| Claims | 0.3 | $172.50 |
| Court | 1.6 | $1,275.00 |
| Employee | 5.3 | $3,712.50 |
| Fee Applications | 7.6 | $4,005.00 |
| Financial Analysis | 126.3 | $94,940.00 |
| Info Req | 2.1 | $1,407.50 |
| Litigation | 0.7 | $577.50 |
| MOR | 7.5 | $4,905.00 |
| Motions/Orders | 1.2 | $1,132.50 |
| Plan DS | 14.5 | $9,295.00 |
| Status Meeting | 21.1 | $18,492.50 |
| **Subtotal** | **356.6** | **$262,775.00** |
| **Voluntary Reduction - General** | **-3.2** | **-1,600.00** |
| **Total** | **353.4** | **$261,175.00** |