## Exhibit B

**Summary of Time Detail by Professional**

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### May 1, 2022 through May 31, 2022

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,150.00 | 39.0 | $44,850.00 |
| Erin McKeighan | Managing Director | $975.00 | 0.6 | $585.00 |
| Carl Binggeli | Director | $825.00 | 94.7 | $78,127.50 |
| Robert Edgecombe | Director | $525.00 | 2.3 | $1,207.50 |
| Ryan Walsh | Senior Associate | $725.00 | 100.7 | $73,007.50 |
| Gerard Gigante | Associate | $575.00 | 2.3 | $1,322.50 |
| Davis Jochim | Associate | $550.00 | 114.0 | $62,700.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 3.0 | $975.00 |
| **Subtotal** | | | **356.6** | **$262,775.00** |
| ***Voluntary Reduction - General*** | | | **-3.2** | **-$1,600.00** |
| ***Total*** | | | **353.4** | **$261,175.00** |