## Exhibit E

**Summary of Expense Detail by Category**

*Exhibit E*

## Boy Scouts of America and Delaware BSA, LLC
### Summary of Expense Detail by Category
### May 1, 2022 through May 31, 2022

| Expense Category | Sum of Expenses |
|---|---:|
| Lodging | ($655.20) |
| **Total** | **($655.20)** |