## Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

***Boy Scouts of America and Delaware BSA, LLC***
***Expense Detail by Category***
***May 1, 2022 through May 31, 2022***

*Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 3/18/2022 | ($655.20) | Credit for previous lodging expense per agreement with US Trustee. |
| **Expense Category Total** | | **($655.20)** | |
| *Grand Total* | | **($655.20)** | |