June 14, 2022                                          P1

Justice Lauri Selber Silverstein
824 Market Street
6th Floor
Wilmington, DE. 19801

I am a Personal Injury client of Andrew Van Arsdale (AVA Law inc of San Diego CA.
My identity I believe on court records is 11313
Several weeks ago for 3 weeks I recieved email updates on the conduct of the BSA chapter 13 to which I am a creditor through the filed court froms by AVA law.
Now after 3 weeks of weekly updates reguards you reading your ruleing into the court record, another 3 or 4 weeks have gone by and I have no idea what is happening.

Honestly I am so financially beat down and just pukey sick from the cancer I have going through

my body. I struggel to rid it in ONE spot and it comes back in another.

My PHD MD Oncologist did tell me a persons body which goes through a Physical Trauma - remembers that Trauma and CAN (it is possable) to create a dease to accompany the body trauma.

So in other words a forced Rape by 2 males (troup leader & Assistant teen troop leader) with torn anal body orapheses could result in colon or intestine cancer later in life.

I am now a homeless 75 year old disabled senior citizen.
Soon if this case does not proceed to close with creditors to be paid I too will be forced to file a chapter 7 bankruptcy.

I also do not feel that court awards as per state and statutes which could limit any court award are not

Fair NOT AT ALL - I was only between 8 and 9 years old when the GANG RAPE I EXPIERENCED HAPPENED

The laws Protecting children from RAPE Should be Simular To the laws ON MURDER.

Some of us RAPED AS children do ESCAPE - Many ARE Also Mundered And NEVER ESCAPE.

So Limitations ON Court Awards Placed by States in Cituations Like mine NEEd to be Struct down.

I Hope you understand my Frustration. MAM I Am Tired OF being ON Endless Camping. I NEED life to be A Little Kinder to me. IF This CASE ON BSA has fallen Appart And has NO MORE Standing in U.S. FEDERAL Court - Please let me Know About it.

LIKEWISE if the CASE will NOW MOVE to CLOSE and the NEXT Step is to Set up the Payment Trust FoR Creditors Please LET me KNOW About it.

I Think I REMEMBER A Scale of Payments FoR SEXually Abused children (PERSONS) it was called A TdP OR Something Like That. Well in Reading About it A PERSON who qualifies by Reason of what Type of thing was done to Them CAN RECIEVE (qualify) AT the top of The Chart. (Treating A gang RAPE LIKE A RAPE by A individual) I Feel I should qualify 2 times the top Amount ON The Chart AS I WAS RAPED by 2 PERSONS leaders in BSA.

I hope This REQUEST to KNOW what is going ON does NoT Cause Problems for you.

Sincerely

███████████



LAS VEGAS NV 890

14 JUN 2022 PM 5 L



U.S.M.S.
X-RAY

Justice Lauri Selber Silverstein
824 Market Street
6TH Floor
Wilmington, DE. 19801