UNITED STATES BANKRUPTCY COURT
824 NORTH MARKET ST, 6TB FI RM 2
WILMINGTON, DELAWARE 19801

Inmate
Correspond
RICI



FILED
2022 JUN 27 AM 9:44
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

6-20-22

Dear Honorable Judge
Laurie Selber Silverstein

This is claimant causal link connection ▮

I'm writing you because I am currently lawsuiting the notice processor and because of that have not recieved any notice's concerning anything to do with the proceeding's or the class

Can you direct the clerk of court to send notice's to me at



Sincerly,

▮

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Chapter 11
IN RE:                                    CASE NO. 20-10343 (LSS)
BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC
            DEBTORS

MOTION OF
FAILURE OF NOTIFICATIONS

Now comes claimant #_____
_____ who is respectfully notifying
the honorable court that because he is
lawsuiting the notice processor he havent
recieved any notices since Febuary,
claimant don't know if plan been
confirmed and affirmed, don't know
about the trust distrubtion procedures
or notice's what to do.
           Theres failure in notification

Conclusion
Wherefore can this honorable court
because of lawsuit direct the clerk of
court to send claimant all notices
of proceeding's to claimant's that goes
to the class or direct tort claimant committee

RESPECTFULLY SUBMITTED

[redacted]

CERTIFICATE OF SERVICE
I The undersign certify that a copy of
the foregoing instrument was mailed 6-20-22
upon White and Case LLP
Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Morris, Nichols, Arsht & Tunnell LLP
Paige N. Topper
1201 North Market St, 16th
Wilmington, Delaware 19899-1347
White and Case LLP
Laura E. Baccash
111 South Wacker Dr.
Chicago, Illinois 60606

[redacted]

PRO SE