## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:  TBD**<br>**Objections Due:   July 12, 2022 at 4:00 p.m. (ET)** |

**NINTH INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR PROFESSIONAL SERVICES RENDERED FOR THE
PERIOD FEBRUARY 1, 2022 THROUGH APRIL 30, 2022**

| | | |
|---|---|---|
| **Name of Applicant:** | **ALIXPARTNERS, LLP** | |
| **Applicant's Role in Case:** | **The Official Committee of Unsecured Creditors** | |
| **Date Retention Order Signed:** | **May 23, 2020, *Nunc Pro Tunc* to March 4, 2020 [Docket No. 689]** | |
| **Time period covered by this Application:** | **Beginning of Period** | **End of Period** |
| | **February 1, 2022** | **April 30, 2022** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total Fees Requested during the Ninth Interim Period:** | **$601,574.00** | |
| **Total Expenses Requested during the Ninth Interim Period:** | **$0.00** | |
| **Total Fees and Expenses requested during the Ninth Interim Period** | **$601,574.00** | |
| **Blended hourly rate for fees incurred during the Ninth Interim Period:** | **$914.39** | |

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| Summary of Prior Payments & Outstanding Amount Due AlixPartners During the Ninth Interim Period: | |
|---|---|
| **Total Allowed Compensation Paid to Date during the Ninth Interim Period:** | **$360,088.00** |
| **Total Allowed Expenses Paid to Date during the Ninth Interim Period:** | **$0.00** |
| **Total Amount of Fees and Expenses Due & Owing to AlixPartners during the Ninth Interim Period:** | **$241,486.00** |
| **This is a(n):  ___ Monthly Application __X__ Interim Application ___ Final Application** | |

**ALIXPARTNERS, LLP**

**SUMMARY OF FEE APPLICATIONS
DURING THE NINTH INTERIM PERIOD
FEBRUARY 1, 2022 THROUGH APRIL 30, 2022**

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 3/25/2022 Docket #9524 | 2/1/2022 - 2/28/2022 | $127,586.50 | $0.00 | $102,069.20 | $0.00 | 4/18/2022 Docket #9660 | $25,517.30 |
| 5/9/2022 Docket #5782 | 3/1/2022 - 3/31/2022 | $322,523.50 | $0.00 | $258,018.80 | $0.00 | 5/25/2022 Docket #9851 | $64,504.70 |
| 6/06/2022 Docket #9890 | 4/1/2022 - 4/30/2022 | $151,464.00 | $0.00 | | $0.00 | | $151,464.00 |
| **Total** | | **$601,574.00** | **$0.00** | **$360,088.00** | **$0.00** | | **$241,486.00** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**DURING THE NINTH INTERIM PERIOD**
**FEBRUARY 1, 2022 THROUGH APRIL 30, 2022**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| David MacGreevey | Managing Director | $1,245 | 115.1 | $   143,299.50 |
| Kathryn McGlynn | Managing Director | $1,085 | 170.1 | 184,558.50 |
| Robert B Winning | Director | $990 | 76.9 | 76,131.00 |
| Elizabeth S Kardos | Director | $735 | - | - |
| Scott Weiner | Senior Vice President | $700 | 194.0 | 135,800.00 |
| Joy N Ibanga | Senior Vice President | $700 | 60.9 | 42,630.00 |
| Heather Saydah | Senior Vice President | $520 | 0.7 | 357.00 |
| Lisa Marie Bonito | Vice President | $475 | 20.4 | 9,690.00 |
| Jennifer Braverman | Vice President | $465 | 19.8 | 9,108.00 |
| **Total Hours and Fees for Professionals** | | | **657.9** | **$   601,574.00** |

Average Billing Rate        $914.39

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**DURING THE NINTH INTERIM PERIOD**
**FEBRUARY 1, 2022 THROUGH APRIL 30, 2022**

| | Matter Code / Description | Hours | Fees |
|---|---|---|---|
| 1.1 | Planning, Coordination and Case Management | 7.1 | $    6,769.50 |
| 1.2 | Meetings and Communications with UCC & Professionals | 44.6 | 44,062.50 |
| 1.3 | Meetings and Communications with Management & Debtors' Professionals | 5.6 | 5,102.00 |
| 1.7 | Analysis of Liquidity and Cash Management | 41.2 | 34,446.50 |
| 1.12 | Financial and Other Diligence | 66.1 | 49,438.50 |
| 1.17 | RSA, Disclosure Statement & Plan of Reorganization | 60.0 | 57,387.00 |
| 1.18 | Retention Applications & Relationship Disclosure Schedules | 19.8 | 9,108.00 |
| 1.19 | Attend Court Hearings | 385.7 | 377,623.50 |
| 1.20 | Fee Statements and Fee Applications | 27.8 | 17,636.50 |
| | **Total Hours and Professional Fees By Matter Category** | **657.9** | **$    601,574.00** |

**Average Billing Rate**          **$914.39**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:  TBD**<br>**Objections Due:  July 12, 2022 at 4:00 p.m. (ET)** |

**NINTH INTERIM FEE APPLICATION OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION**
**FOR PROFESSIONAL SERVICES RENDERED FOR THE**
**PERIOD FEBRUARY 1, 2022 THROUGH APRIL 30, 2022**

AlixPartners, LLP ("AlixPartners"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC ("the "Debtors"), submits its ninth interim fee application (the "Application") for allowance of compensation for professional services rendered for the period of February 1, 2022 through April 30, 2022 (the "Ninth Interim Period").  AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1.      The United States Bankruptcy Court for the Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3.      The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020 (the "Interim Compensation Order") [Docket No. 227] and the *Order Amending the Order Approving Procedures For Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Docket No. 5899] (the "Amended Interim Compensation Order," and together with the Interim Compensation Order, the "Interim Compensation Orders").

## Background

4.      On February 18, 2020, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

5.      The Debtors are authorized to continue operating their businesses and managing their properties as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

6.      On March 5, 2020, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee [Docket No. 141].

7.      On September 18, 2020, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for the Review of Applications of Retained Professionals* (the "Fee Examiner Order") [Docket No. 1342].   The Court appointed Rucki Fee Review as the Fee Examiner, nunc pro tunc to August 17, 2020  in these Chapter 11 Cases to audit and review all Fee Applications.

**AlixPartners' Retention**

8.      On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 160].

9.      On May 23, 2020, the Bankruptcy Court entered the *Order Authorizing the Employment and Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* (the "Retention Order") [Docket No. 689].

10.     The Retention Order authorizes AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Orders.

**Relief Requested**

**Monthly Fee Applications Covered During the Ninth Interim Period**

11.     AlixPartners' monthly fee applications (the "Monthly Fee Applications") covered during the Ninth Interim Period have been filed and served pursuant to the Interim Compensation Orders.  The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the professional services rendered during the period covered by such Monthly Fee Applications.  Detailed descriptions of the services rendered during the Ninth Interim Period were included in the Monthly Fee Applications and are filed on the Court docket.

12.     AlixPartners has filed three (3) Monthly Fee Applications during the Ninth Interim Period as noted below:

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 3/25/2022 Docket #9524 | 2/1/2022 - 2/28/2022 | $127,586.50 | $0.00 | $102,069.20 | $0.00 | 4/18/2022 Docket #9660 | $25,517.30 |
| 5/9/2022 Docket #5782 | 3/1/2022 - 3/31/2022 | $322,523.50 | $0.00 | $258,018.80 | $0.00 | 5/25/2022 Docket #9851 | $64,504.70 |
| 6/06/2022 Docket #9890 | 4/1/2022 - 4/30/2022 | $151,464.00 | $0.00 | | $0.00 | | $151,464.00 |
| Total | | $601,574.00 | $0.00 | $360,088.00 | $0.00 | | $241,486.00 |

13.     AlixPartners is seeking an interim allowance of compensation in the amount of $601,574.00[2] for professional services rendered during the Ninth Interim Period.  The sum of $241,486.00 remains outstanding during the Ninth Interim Period at the time of filing this Application.

### Summary of Professional Services by Category During the Ninth Interim Period

14.     AlixPartners classified services performed for which compensation is sought into separate categories.  The descriptions below summarize the services provided by AlixPartners to the Committee during the Ninth Interim Period.

### Matter Code 1.1:  Planning, Coordination and Case Management
**7.1 Hours - $6,769.50 Fees**
Time spent includes engagement scoping, resource planning, workstream coordination, and engagement execution strategy.

### Matter Code 1.2:   Meetings and Communications with Committee Members and Professionals
**44.6 Hours - $44,062.50 Fees**
Time spent includes updating the Committee regarding the status of the Chapter 11 Cases, including the preparation of related presentation materials.  In addition, this also includes discussions with other Committee professionals regarding case developments.

---

[2]   This amount includes the 20% holdback of fees reflected in the Monthly Fee Applications, including the amount of $25,517.30 for the Twenty-Fourth Monthly Fee Application, the holdback in the amount of $64,504.70 for the Twenty-Fifth Monthly Fee Application, and the holdback in the amount of $30,292.80 for the Twenty-Sixth Monthly Fee Application, for a total holdback of $120,314.80 (the "Holdback") during the Ninth Interim Period.  Pursuant to the Amended Interim Compensation Order and upon allowance by the Court of a Final Fee Application, the Debtors shall be authorized to pay 100% of the requested fees and expenses allowed by the Court on a final basis but not previously paid, including all Holdbacks.

**Matter Code 1.3:  Meetings and Communications with Management and Debtors' Professionals**
**5.6 Hours - $5,102.00 Fees**
Time spent includes meetings and discussions held with management and Debtors' professionals.

**Matter Code 1.7:  Analysis of Liquidity and Cash Management**
**41.2 Hours - $34,446.50 Fees**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts.  Time spent also includes analyzing cash flow budgets published during the Chapter 11 Cases.

**Matter Code 1.12:  Financial and Other Diligence**
**66.1 Hours - $49,438.50 Fees**
Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, filings on the Court docket, press releases, monthly operating reports provided by the Debtors and documents and schedules provided in the virtual data room.

**Matter Code 1.17:  RSA, Disclosure Statement & Plan of Reorganization**
**60.0 Hours - $57,387.00 Fees**
Time spent includes negotiating, analyzing, reviewing and providing commentary on the Debtors' proposed plan of reorganization, disclosure statement, and related restructuring support agreement.  Time spent also includes attending mediation sessions.

**Matter Code 1.18:  Retention Applications & Relationship Disclosure Schedules**
**19.8 hours - $9,108.00**
Time spent includes managing the retention and relationship disclosure processes.

**Matter Code 1.19:  Attend Court Hearings**
**385.7 Hours - $377,623.50 Fees**
Time spent includes attending Court hearings.

**Matter Code 120:  Fee Statements and Fee Applications**
**27.8 Hours - $17,636.50 Fees**
Time spent includes managing the fee application process, including preparing and reviewing fee applications and all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court.

15.     AlixPartners believes that the professional fees and out-of-pocket expenses requested are reasonable, actual and for necessary services rendered or expenses incurred on behalf of the Committee during the Final Period.

16.     AlixPartners has not entered into any agreement, express or implied, with any other

party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

### Certification

17.     A Certification of David MacGreevey is attached hereto as **Exhibit A** and made part of this Application.

### No Prior Request

18.     No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

*[Remainder of page intentionally left blank.]*

## Conclusion

WHEREFORE, AlixPartners, as financial advisor to the Committee, respectfully requests that the Court enter an order providing:  (i) that an allowance be awarded to AlixPartners in the amount of $601,574.00 as compensation for professional services rendered for the Ninth Interim Period; (ii) that the Debtors are authorized and directed to pay AlixPartners all unpaid fees and expenses for the Ninth Interim Period; and (iii) for such other and further relief as this Court deems proper.

Dated:   June 28, 2022

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022


/s/  David MacGreevey
By:  David MacGreevey
        Managing Director

**ALIXPARTNERS, LLP**

**Exhibit A**

**<u>Certification of David MacGreevey</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF DAVID MACGREEVEY**

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1.     I am a Managing Director at AlixPartners, LLP ("AlixPartners"), with offices located at 909 Third Avenue, 28th Floor, New York, New York 10022.  AlixPartners serves as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the Boy Scouts of America and Delaware BSA, LLC (the "Debtors") in the above-captioned Chapter 11 Cases.

2.     I have reviewed the *Ninth Interim Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period February 1, 2022 through April 30, 2022* (the "Application").

3.     I have reviewed Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware (the "Local Rule") and submit that the Application substantially complies with such Local Rule.

4.     To the best of my knowledge, information and belief formed after reasonable inquiry,

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

the Application complies with the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013 (the "U.S. Trustee Guidelines").

5.      The fees and out-of-pocket expenses are billed in accordance  with the billing practices described below, and except as  otherwise indicated therein fall within the U.S. Trustee Guidelines.  Except to the extent prohibited by the U.S. Trustee Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by AlixPartners' clients.

6.      With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

1.  Does not make a profit;

2.  Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

3.  Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated: June 28, 2022

/s/ David MacGreevey
By:  David MacGreevey
      Managing Director