IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 9996 |

**FOURTH ORDER APPROVING STIPULATIONS EXTENDING DEADLINE TO ASSUME OR REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

Upon consideration of the stipulations listed on **Schedule A** and attached thereto as **Exhibit 1** (the "Fourth Stipulations"),[2] between the Boy Scouts of America (the "BSA") as Lessee, and each respective Lessor, which provide each Lessor's prior written consent to the extension of the time period within which the BSA may assume or reject the applicable Lease within the meaning of section 365(d)(4)(B)(ii) of the Bankruptcy Code, all as more fully set forth in the Third Stipulations; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fourth Stipulations having been provided, and it appearing that no other or further notice need be provided; and the Court having found that the relief set forth in the Fourth Stipulations is in the best interests of the Debtors, their estates, creditors and all parties in interest, and that the legal

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulations.

and factual bases set forth in the Fourth Stipulations establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Fourth Stipulations are hereby approved, and the terms and conditions of the Third Stipulations are incorporated in this Order as if fully set forth herein.

2. Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which the BSA must assume or reject each Lease referenced in the Fourth Stipulations is extended from June 30, 2022 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in these chapter 11 cases; and (b) December 31, 2022 (the "Fourth Extensions").

3. The Fourth Extensions are without prejudice to the right of the BSA to seek, and the right of each Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

**Dated: June 28th, 2022**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE