06/16/2022



FILED
2022 JUN 29 AM 8:42
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Silverstein:

Hello. I am writing in order to inquire if you have confirmed the settlement plan in the B.S.A. bankruptcy trial? If so, may I have a copy of your decision? If you have not ruled yet, would you please give me an estimated time when you might rule? Thanks! I am a party in the settlement and was anxious to know your decision.

Respectfully,

2022