**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 9947** |

**CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SEVENTH MONTHLY APPLICATION OF BATES WHITE, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2022 TO AND INCLUDING MAY 31, 2022**

The undersigned hereby certifies that, as of the date hereof, Bates White, LLC ("Bates White") has received no answer, objection or other responsive pleading to the **Twenty-Seventh Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2022 to and Including May 31, 2022** (the "Application") (D.I. 9947), filed on June 21, 2022.

The undersigned further certifies that Bates White has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than July 5, 2022 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $35,406.50 | $5,300.00 | $28,325.20 | $33,625.20 |

WHEREFORE, Bates White respectfully requests that the Application be approved.

Dated:  July 7, 2022　　　　　　　　BATES WHITE, LLC
　　　　　Washington, DC

　　　　　　　　　　　　　　　　　　/s/  Andrew R. Evans
　　　　　　　　　　　　　　　　　　Andrew R. Evans
　　　　　　　　　　　　　　　　　　Partner
　　　　　　　　　　　　　　　　　　2001 K Street NW,
　　　　　　　　　　　　　　　　　　North Building, Suite 500
　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　Telephone: 202-354-1187
　　　　　　　　　　　　　　　　　　Email: andrew.evans@bateswhite.com

　　　　　　　　　　　　　　　　　　ABUSE CLAIMS CONSULTANT AND
　　　　　　　　　　　　　　　　　　ADVISOR TO THE DEBTORS AND
　　　　　　　　　　　　　　　　　　DEBTORS IN POSSESSION