**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: July 28, 2022, at 4:00 p.m. (prevailing Eastern Time)** |

**SUMMARY COVER SHEET OF THE TWENTY-FIRST MONTHLY FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2022, TO AND INCLUDING APRIL 30, 2022**

| | |
|---|---|
| Name of Applicant: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Authorized to Provide Professionals Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 1, 2020 (order entered September 18, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | April 1, 2022, through April 30, 2022 |
| Amount of Compensation Requested: | $131,776.00 (80% of $164,720.00) |
| Amount of Expense Reimbursement Requested: | $6,242.10 |

This is a monthly fee statement.

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY FEE STATEMENTS FILED

| Date Filed; ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved | Outstanding Fees | Outstanding Expenses |
|---|---|---|---|---|---|---|---|
| 10/12/20; ECF No. 1486 | 08/01/2020-08/31/2020 | $253,452.20 | $6,261.04 | $253,452.20 | $6,261.04 | $12,021.84 | $0.00 |
| 11/10/20; ECF No. 1644 | 09/01/2020-09/30/2020 | $587,436.16 | $8,054.82 | $587,436.16 | $8,054.82 | $44,794.13 | $0.00 |
| 12/08/20; ECF No. 1809 | 10/01/2020-10/31/2020 | $605,752.52 | $9,975.55 | $605,752.52 | $9,975.55 | $43,558.23 | $0.00 |
| 01/14/21; ECF No. 1944 | 11/01/2020-11/30/2020 | $690,108.20 | $7,868.87 | $690,108.20 | $7,868.87 | $68,440.93 | $0.00 |
| 03/02/21; ECF No. 2307 | 12/01/2020-12/31/2020 | $425,618.12 | $32,405.35 | $425,618.12 | $32,405.35 | $18,605.95 | $0.00 |
| 03/09/21; ECF No. 2345 | 01/01/2021-01/31/2021 | $834,988.70 | $6,799.81 | $834,988.70 | $6,799.81 | $471,515.36 | $0.00 |
| 03/30/21; ECF No. 2480 | 02/01/2021-02/28/2021- | $286,599.46 | $13,902.71 | $286,599.46 | $13,902.71 | $47,771.95 | $0.00 |
| 04/28/21 ECF No. 2725 | 03/01/2021-03/31/2021 | $193,900.48 | $11,622.79 | $193,900.48 | $11,622.79 | $38,780.10 | $0.00 |
| 06/21/21 ECF No. 5393 | 04/01/2021-04/30/2021 | $27,839.89 | $6,230.00 | $27,839.89 | $6,230.00 | $6,959.97 | $0.00 |
| 08/03/21 ECF No. 5861 | 05/01/2021-05/31/2021 | $12,573.68 | $6,311.10 | $12,573.68 | $6,311.10 | $3,143.42 | $0.00 |
| 08/03/21 ECF No. 5862 | 06/01/2021-06/31/2021 | $14,584.02 | $6,230.00 | $14,584.02 | $6,230.00 | $3,646.01 | $0.00 |
| 09/29/21 ECF No. 6421 | 07/01/2021-07/30/2021 | $185,776.56 | $6,716.82 | $185,776.56 | $6,716.82 | $46,444.14 | $0.00 |
| 11/30/21 ECF No. 7505 | 08/01/2021-08/31/2021 | $34,216.98 | $6,230.00 | $34,216.98 | $6,230.00 | $8,554.24 | $0.00 |
| 11/30/21 ECF No. 7513 | 09/01/2021-09/30/2021 | $125,531.18 | $6,416.01 | $125,531.18 | $6,416.01 | $31,382.80 | $0.00 |
| 12/02/21 ECF No. 7538 | 10/01/2021-10/31/2021 | $4,604.74 | $6,230.00 | $4,604.74 | $6,230.00 | $1,151.19 | $0.00 |
| 03/07/22 ECF No. 9188 | 11/01/2021-11/30/2021 | $10,026.00 | $6,004.00 | $10,026.00 | $6,004.00 | $2,005.20 | $0.00 |

| Date Filed; ECF No. | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved | Outstanding Fees | Outstanding Expenses |
|---|---|---|---|---|---|---|---|
| 03/07/22 ECF No. 9189 | 12/01/2021-12/31/2021 | $3,560.00 | $6,230.00 | $3,560.00 | $6,230.00 | $712.00 | $0.00 |
| 03/23/22 ECF No. 9450 | 01/01/2022-01/31/2022 | $4,352.00 | $6,230.00 | $4,352.00 | $6,230.00 | $870.40 | $0.00 |
| 03/23/22 ECF No. 9451 | 02/01/2022-02/28/2022 | $2,374.00 | $6,209.00 | $2,374.00 | $6,209.00 | $474.80 | $0.00 |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position | Year of Admission/Years of Experience | Discounted Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | Partner | 1997; 24 years | $900.00 | 35.0 | $31,500.00 |
| Todd Anten | Partner | 2007; 14 years | $900.00 | 59.1 | $53,190.00 |
| Margret Caruso | Partner | 1998; 23 years | $900.00 | 12.9 | $11,610.00 |
| Sara Jenkins | Counsel | 2004; 16 years | $900.00 | .4 | $360.00 |
| Dylan Scher | Associate | 2019; 2 years | $750.00 | 66.6 | $49,950.00 |
| Roger S. Huddle | Associate | 2020; 1 year | $750.00 | 5.4 | $4,050.00 |
| Donald Reinhard | Associate | 2015; 5 years | $750.00 | 14.9 | $11,175.00 |
| Barbara J. Howell | Paralegal | 36 years | $325.00 | 8.5 | $2,762.50 |
| Joe Liao | Litigation Support | | $175.00 | .7 | $122.50 |
| Total | | | | 203.5 | $164,720.00 |

## COMPENSATION BY PROJECT CATEGORY

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Employment and Fee Applications | 7.2 | $2,340.00 |
| Litigation – Federal District Court Case | 196.3 | $162,380.00 |
| Total | 203.5 | $164,720.00 |

## EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| Postage | |
| Filing fee | |
| Document Reproduction (at $.10 per page) | $12.10 |
| Color Document Reproduction (at $.40 per page) | |
| Document Services | |
| Hosting per GB – 3.50 | $6,230.00 |
| Total | $6,242.10 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: July 28, 2022, at 4:00 p.m.**<br>**(prevailing Eastern Time)** |

**TWENTY-FIRST MONTHLY FEE APPLICATION**
**OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2022,**
**TO AND INCLUDING APRIL 30, 2022**

COMES NOW, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), special litigation counsel for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors-in-possession (together, the "Debtors") in the above-captioned chapter 11 cases, and hereby submits this twenty-first monthly fee application (this "Application") for (a) interim allowance and payment of compensation for professional services to the Debtors during the period from April 1, 2022, to and including April 30, 2022 (the "Fee Period"), (a) in the amount of $131,776.00, representing 80% of $164,720.00 by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) reimbursement of 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $6,242.10.  In support of this Application, Quinn Emanuel respectfully represents as follows:

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory and other bases for the relief requested herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (ECF No. 341) (the "Compensation Procedures Order"), and the *Order Amending the Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (ECF No. 5899).

## BACKGROUND

3.      The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4.    On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5.    On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6.    The Court has authorized the Debtors to retain and employ Quinn Emanuel as their special litigation counsel, *nunc pro tunc* to August 1, 2020, pursuant to the *Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and Debtors in Possession, Nunc Pro Tunc to August 1, 2020* (ECF No. 1343) (the "Retention Order").  The Retention Order authorizes the Debtors to compensate and reimburse Quinn Emanuel in accordance with the terms and conditions as set forth in the Debtors' application to retain Quinn Emanuel, subject to Quinn Emanuel's application to the Court.

7.    On April 6, 2020, the Court entered the Compensation Procedures Order.  The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application").  Parties shall have 14 days after service of a Monthly Fee Application to object thereto (the "Objection Deadline").  Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application.  After the filing of a CNO, the Debtors are authorized and

directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

8.      On September 18, 2020, the Court entered an order appointing Justin H. Rucki of Rucki Fee Review, LLC as the fee examiner in these chapter 11 cases.

## RELIEF REQUESTED

9.      By this Application, in accordance with the Compensation Procedures Order, Quinn Emanuel requests payment in the amount of $138,018.10, which is equal to (a) 80% of the $164,720.00 earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) 100% of $6,242.10, the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with its services to the Debtors.

## SUMMARY OF SERVICES RENDERED

10.      Attached hereto as **Exhibit A** is a detailed statement of the time expended and compensation earned by Quinn Emanuel during the Fee Period.  Quinn Emanuel's professionals expended a total of 203.5 hours in connection with these chapter 11 cases during the Fee Period. All services for which Quinn Emanuel is requesting compensation were performed for or on behalf of the Debtors.  The services rendered by Quinn Emanuel during the Fee Period are categorized as set forth in **Exhibit A** and in the summary cover sheet prefixed to this Application.   The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibit A** and in the summary cover sheets.

## ACTUAL AND NECESSARY EXPENSES

11.      Quinn Emanuel also incurred certain necessary expenses during the Fee Period for which it is entitled to reimbursement under the terms of its retention.  Attached hereto as **Exhibit A** is a detailed statement of Quinn Emanuel's out-of-pocket expenses incurred during the Fee Period,

totaling $6,242.10.   These expenses may include, but are not limited to, reprographics and document services and hosting services.

**VALUATION OF SERVICES**

12.     As noted above, the amount of time spent by each Quinn Emanuel professional providing services to the Debtors during the Fee Period is set forth in the summary attached hereto as **Exhibit A**.  The rates reflected on **Exhibit A** are Quinn Emanuel's customary hourly rates for work of this character.  The reasonable value of the services rendered by Quinn Emanuel for the Fee Period as special litigation counsel to the Debtors in these chapter 11 cases is $164,720.00.

13.     In accordance with the factor enumerated in section 330 of the Bankruptcy Code, the fees requested are fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14.     Although Quinn Emanuel has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Quinn Emanuel reserves the right to make further applications to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation Procedures Order.

**CERTIFICATE OF COMPLIANCE**

15.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of her knowledge, information, and belief, this Application complies with the requirements of that Local Rule.

WHEREFORE, Quinn Emanuel requests allowance and payment of compensation for professional services to the Debtors during the Fee Period in the amount of (a) $131,776.00, representing 80% of the $164,720.00 of fees earned by Quinn Emanuel for professional services to the Debtors during the Fee Period and (b) 100% of the actual and necessary expenses incurred by Quinn Emanuel during the Fee Period in connection with such services in the amount of $6,242.10.

Respectfully submitted this 14th day of July, 2022.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Email:  pattytomasco@quinnemanuel.com

– and –

Rachel Herrick Kassabian
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5005
Email: rachelkassabian@quinnemanuel.com

– and –

Todd Anten
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7192
Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION

**Exhibit A**

**Fees Statement and Expense Detail**

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH |
SALT LAKE CITY | RIYADH

May 17, 2022

Steve P. McGowan, General Counsel
Legal Department
Boy Scouts of America
1325 W. Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015

Matter #: 05621-00003
Invoice Number: 101-0000135096
Responsible Attorney: Rachel Herrick Kassabian

<u>Girl Scouts of the United States of America v. Boy Scouts of America</u>

For Professional Services through April 30, 2022 in connection with defending Boy Scouts of America against Girls Scouts of the United States of America.

| | |
|---|---:|
| Fees | $164,720.00 |
| Expenses | $6,242.10 |
| Net Amount | $170,962.10 |
| Total Due This Invoice | $170,962.10 |

**Confidential – May include attorney-client privileged and work-product information**

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh

# quinn emanuel trial lawyers

May 17, 2022                                                                                         Matter #: 05621-00003
Page 2                                                                             Invoice Number: 101-0000135096

## Statement Detail

### 02  Employment and Fee Applications

| | | | | |
|---|---|---|---|---|
| 04/06/22 | BH2 | Prepare Fifth Quarterly Fee Application (5.1) and forward to T. Anten, R. Kassabian, and P. Tomasco for review (.2). | 5.30 | 1,722.50 |
| 04/12/22 | BH2 | Prepare the Certificate of No Objection for the January 2022 Monthly Fee Statement as required by the Interim Compensation Order (.3) and submit same to the court (.2); prepare the Certificate of No Objection for the February 2022 Monthly Fee Statement as required by the Interim Compensation Order (.3) and submit same to the court (.2). | 1.00 | 325.00 |
| 04/13/22 | BH2 | Prepare March Monthly Fee Statement as required by the Interim Compensation Order (.5). | 0.50 | 162.50 |
| 04/25/22 | BH2 | Review email from the U.S. Trustee (.1) and forward LEDES data for numerous monthly fee statements pursuant to the request from the U.S. Trustee (.3). | 0.40 | 130.00 |
| | | SUBTOTAL | 7.20 | 2,340.00 |

### 03  Litigation - Federal District Court Case

| | | | | |
|---|---|---|---|---|
| 04/07/22 | DS6 | Analysis of summary judgment decision and next steps for fees and appellate issues (2.3); teleconference with R. Kassabian, M. Caruso [partial attendance], and T. Anten re: same and potential next steps (0.5); email correspondence with R. Kassabian and Client re: same (1.0). | 3.80 | 2,850.00 |
| 04/07/22 | TA | Review summary judgment opinion and order (0.3); teleconference with R. Kassabian and M. Caruso re: summary judgment opinion and order (0.5); draft email | 1.10 | 990.00 |

**quinn emanuel trial lawyers**

|  |  | correspondence to Client re: next steps re: attorneys' fees, costs, and appeal (0.3). |  |  |
|---|---|---|---|---|
| 04/07/22 | RHK | Review Order granting motion for summary judgment (.5); teleconference with M. Caruso [partial attendance], D. Scher & T. Anten re: same (0.5); email correspondence with Quinn Emanuel team, insurer, and Client re same (1.6); analysis re fee, cost and appellate issues (1.8). | 4.40 | 3,960.00 |
| 04/07/22 | MMC | Partial attendance on Telephone call with R. Kassabian, T. Anten., D. Scher. Re: next steps for strategy in view of summary judgment opinion and order of dismissal (.2), analyze opinion for fee considerations (.2). | 0.40 | 360.00 |
| 04/07/22 | DR2 | Review summary judgment opinion (.3) and email correspondence with case team re: same (.1). | 0.40 | 300.00 |
| 04/08/22 | TA | Research re: applicable attorneys' fees standards for exceptional cases under 1117(a) in the Second Circuit and draft assessment of same (1.4); assess appellate issues (0.2); email correspondence with D. Scher re: standards and exemplars for bill of costs, and research re: same (0.4). | 2.00 | 1,800.00 |
| 04/08/22 | DS6 | Analysis re: potential appellate issues raised by summary judgment order (0.2); email correspondence with R. Kassabian and T. Anten re: same (.2). | 0.40 | 300.00 |
| 04/08/22 | RHK | Email correspondence with Client and team re motion for summary judgment win and implications of same (.8); telephone conference with J. Zirkman re same and option of seeking fees/costs (.9). | 1.70 | 1,530.00 |
| 04/08/22 | DR2 | Legal research concerning procedures for GSUSA notice of appeal and BSA submission of motion for recovery of | 0.80 | 600.00 |

**quinn emanuel trial lawyers**

| | | | | |
|---|---|---|---|---|
| | | fees (.4); prepare email memorandum re: same (.2); email correspondence to case team regarding strategy for the motion to recover fees and costs (.2). | | |
| 04/09/22 | TA | Draft motion for attorneys' fees with attention to specific evidentiary standards and requirements (2). | 2.00 | 1,800.00 |
| 04/10/22 | RHK | Email correspondence with T. Anten re attorneys' fees motion (.4); email correspondence with M. Caruso re same (.2); email correspondence with insurers re same (.3). | 0.90 | 810.00 |
| 04/10/22 | TA | Draft motion for attorneys' fees with attention to specific evidentiary standards and requirements (1.0). | 1.00 | 900.00 |
| 04/11/22 | DS6 | Legal research re: successful defendant motions for attorneys fees under the Lanham Act (2.8); factual investigation re: fees sought by GSUSA's counsel (1.0); email correspondence to R. Kassabian re: same (0.5); telephone conference with R. Kassabian (partial), M. Caruso, and T. Anten re potential motion for fees (1.0); email correspondence with T. Anten re: next steps re: motion for fees (0.5). | 5.80 | 4,350.00 |
| 04/11/22 | RHK | Telephone conference (partial) with T. Anten, D. Scher and M. Caruso re fees motion (.7); analysis re same (.5). | 1.20 | 1,080.00 |
| 04/11/22 | MMC | Analyze BSA opinion to assess fee application viability (.2); telephone conference with Todd A., Dylan S., and Rachel Kassabian (partial) re: motion for fees and strategy (1.0); email correspondence with T. Anten, D. Scher, and R. Kassabian re: motion for fees and strategy (.2). | 1.40 | 1,260.00 |
| 04/11/22 | TA | Draft motion for attorneys' fees, with attention to SDNY authorities finding "exceptional case" standard satisfied (2.0); teleconference with R. | 3.40 | 3,060.00 |

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Kassabian (partial), M. Caruso and D. Scher re: motion for fees and strategy (1.0); email correspondence with G. Dermarkariants re: drafting of BSA's bill of costs (0.2); email correspondence with R. Kassabian re: recoverable fees and costs (0.2). |  |  |
| 04/12/22 | DS6 | Draft section of motion for fees re: standards and reasonable attorney fee rates (2.7); email correspondence to T. Anten re: facts supporting exceptional case standard (1.0); legal research re: non-taxable costs (0.5). | 4.20 | 3,150.00 |
| 04/12/22 | RSH | Research regarding exceptional case standard (0.2); email communications with T. Anten re: same (0.2). | 0.40 | 300.00 |
| 04/12/22 | RHK | Email correspondence with T. Anten re fees motion. | 0.30 | 270.00 |
| 04/12/22 | TA | Review transcript of GSUSA's closing argument at confirmation hearing (0.3). | 0.30 | 270.00 |
| 04/12/22 | TA | Email correspondence with R. Huddle re: authorities of Lanham Act "exceptional cases" for defendant (0.3); email correspondence with D. Reinhard re: declaration in support of attorneys' fees (0.3); email correspondence with D. Scher re: factual support for motion for attorneys' fees (0.4); draft motion for attorneys' fees, including review and assessment of Judge Hellerstein's prior attorneys' fees decisions (1.5). | 2.50 | 2,250.00 |
| 04/12/22 | MMC | Email correspondence with Todd A., R. Kassabian, D. Sher re: J. Hellerstein fee award determinations. | 0.20 | 180.00 |
| 04/13/22 | RSH | Research re: exceptional case standard (1.0) and email communications with T. Anten re: analysis of same (.7). | 1.70 | 1,275.00 |
| 04/13/22 | DS6 | Email correspondence with T. Anten and D. Reinhard re: motion for fees | 0.40 | 300.00 |

# quinn emanuel trial lawyers

|  |  | with focus on discovery (0.4). |  |  |
| --- | --- | --- | --- | --- |
| 04/13/22 | RHK | Email correspondence with T. Anten re fee motion. | 0.10 | 90.00 |
| 04/14/22 | DS6 | Research case law re: re: non-taxable expenses (1.7), analysis of the BSA's expenses (1.1); correspondence with T. Anten re: same for the motion for fees (.3). | 3.10 | 2,325.00 |
| 04/14/22 | RHK | Email correspondence with T. Anten re appellate record. | 0.10 | 90.00 |
| 04/14/22 | TA | Draft motion for attorneys' fees (3.5); review authorities to support bill of costs (1.0). | 4.50 | 4,050.00 |
| 04/14/22 | DR2 | Review materials relating to discovery issues and GSUSA approach to litigation to prepare outline and memorandum for use in BSA fees motion and Kassabian Declaration in support of same (1.4). | 1.40 | 1,050.00 |
| 04/15/22 | DS6 | Revise analysis of the BSA's expenses (2.5), and email correspondence with T. Anten and the accounting department re: same for the motion for fees (.4); legal research re: same (1.5). | 4.40 | 3,300.00 |
| 04/15/22 | RSH | Research re: re: exceptional case standard for defendants outside SDNY (.7); email communications with T. Anten regarding the same (.2). | 0.90 | 675.00 |
| 04/15/22 | TA | Draft motion for attorneys' fees, with particular attention to argument section (4.7). | 4.70 | 4,230.00 |
| 04/15/22 | DR2 | Review materials relating to GSUSA approach to litigation, and concerning evidence of GSUSA's bad faith approach to litigation, to prepare outline for use in BSA fees motion same (2.1); review materials relating to GSUSA discovery issues to prepare outline for use in Kassabian | 3.10 | 2,325.00 |

**quinn emanuel** trial lawyers

May 17, 2022                                              Matter #: 05621-00003
Page 7                                        Invoice Number: 101-0000135096

|  |  | Declaration for fees motion (1.0). |  |  |
|---|---|---|---|---|
| 04/16/22 | TA | Draft motion for attorneys' fees, with particular attention to 1117(a) and request to nontaxable expenses (3.4). | 3.40 | 3,060.00 |
| 04/16/22 | DS6 | Revise Kassabian Declaration in support of motion for fees (1.1); email correspondence to T. Anten and D. Reinhard re: same (.2). | 1.30 | 975.00 |
| 04/16/22 | DR2 | Draft outline for Kassabian declaration re: GSUSA's bad faith approach to litigation (3.7); outline structure of factual arguments in fee motion corresponding to GSUSA litigation tactics (1.5); email correspondence with T. Anten and D. Scher regarding factual investigation and preparation of fee motion (.4). | 5.60 | 4,200.00 |
| 04/17/22 | DS6 | Revise motion for fees and associated declaration (1.4), and email correspondence to T. Anten and D. Reinhard re: same (.4). | 1.80 | 1,350.00 |
| 04/17/22 | TA | Draft motion for attorneys' fees, with particular attention to 1117(a) and the Court's inherent authority (3.5); revise accompanying declaration (0.5); teleconference with D. Reinhard re: request for nontaxable expenses (0.3). | 4.30 | 3,870.00 |
| 04/17/22 | DR2 | Revise Kassabian Declaration re: Quinn Emanuel's reasonableness of attorneys fees in support of BSA fees motion (2.5); email correspondence with T. Anten and D. Scher re: factual investigation and preparation of fee motion (.4). | 2.90 | 2,175.00 |
| 04/18/22 | DS6 | Revise analysis of BSA's expenses for bill of costs (.9); email correspondence with T. Anten and accounting department re: same (.3); analysis of document production re: new GSUSA executives (.8); email correspondence with R. Kassabian re: | 2.20 | 1,650.00 |

**quinn emanuel** trial lawyers

| | | | | |
|---|---|---|---|---|
| | | same (.2). | | |
| 04/18/22 | TA | Revise motion for attorneys' fees and accompanying declaration (4.4); review legal authority to support taxable bill of costs (0.6); email correspondence with R. Kassabian re: legal authority to support taxable bill of costs (0.4). | 5.40 | 4,860.00 |
| 04/18/22 | RHK | Telephone conference with Zirkman re GSUSA call (.5); revise draft motion for fees (1.8). | 2.30 | 2,070.00 |
| 04/19/22 | DS6 | Revise motion for fees and associated declaration (2.4); legal research re: competitive ploy justifying fee award in support of motion (0.9); analysis of expenses and invoices (2.0); telephone conference with T. Anten and B. Howell re: same for motion for fees and bills of costs (.2), | 5.50 | 4,125.00 |
| 04/19/22 | BH2 | Telephone conference with T. Anten and D. Scher regarding Quinn Emanuel's disclosures of pre-bankruptcy fees and expenses in retention pleadings (.2); review same (.3). | 0.50 | 162.50 |
| 04/19/22 | TA | Revise motion for attorneys' fees and accompanying declaration (3.8); teleconference with R. Kassabian re: revisions to motion for attorneys' fees (0.4); email correspondence with R. Kassabian and D. Scher re: revisions to motion for attorneys' fees (0.4); teleconference with B. Howell re: bankruptcy record of attorneys' fees (0.2). | 4.80 | 4,320.00 |
| 04/19/22 | RHK | Revise motion for attorney's fees and nontaxable costs (5.4); email correspondence with team re same (.8). | 6.20 | 5,580.00 |
| 04/19/22 | DR2 | Review materials relating to depositions taken pursuant to 30(b)(6) in support of motion for | 0.70 | 525.00 |

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | attorneys' fees (.3); email correspondence with D. Scher & T. Anten re: same (.2); revise outline of deposition discovery for motion for attorney's fees (.2). |  |  |
| 04/19/22 | MMC | Email correspondence with R. Kassabian re: fee motion (.2); revise fee award motion (2.2). | 2.40 | 2,160.00 |
| 04/20/22 | SJ1 | Analysis re: number of depositions and production of documents to be included in the motion for fees (0.4). | 0.40 | 360.00 |
| 04/20/22 | JL9 | Review production metadata and generate custodian reports for review per request from D. Scher in support of motion for fees. | 0.70 | 122.50 |
| 04/20/22 | BH2 | Review early correspondence regarding Quinn Emanuel's retention application filed in the BSA bankruptcy case (.6) and forward emails and redlined documents to T. Anten for his review (.2). | 0.80 | 260.00 |
| 04/20/22 | DS6 | Revise motion for fees and associated declaration (7.5), teleconference with R. Kassabian and T. Anten (partially) re: same (1.2); draft analysis of BSA's expenses for bill of costs (3.9). | 12.60 | 9,450.00 |
| 04/20/22 | TA | Revise motion for attorneys' fees (5.6); email correspondence with vendors re: assessment of related nontaxable expenses for request re: taxable and nontaxable costs(0.4); teleconference with R. Kassabian and D. Scher re: revisions to declaration for attorneys fees (1.0). | 7.00 | 6,300.00 |
| 04/20/22 | RHK | Revise motion for attorneys' fees and supporting declaration (3.1); email correspondence with T. Anten and D. Scher re same (.6); telephone conference with D. Scher and T. Anten (partially) re same (1.2). | 4.90 | 4,410.00 |
| 04/20/22 | MMC | Email correspondence with R. Kassabian and T. Anten re: fee | 2.10 | 1,890.00 |

**quinn emanuel** trial lawyers

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | motion obligations and strategy (.2); revise fee brief (.1); revise declaration in support of fee application (1.7); email communication with T. Anten, R. Kassabian., D. Scher. Re: same (.1). |  |  |
| 04/20/22 | RSH | Review and legal cite-check of motion for attorneys fees (2.0); email communication with T. Anten regarding the same (.4). | 2.40 | 1,800.00 |
| 04/21/22 | DS6 | Finalize and revise motion for fees and associated declaration (6.6); teleconference with R. Kassabian, M. Caruso, T. Anten re: same (1.0); email correspondence with R. Kassabian, M. Caruso, and T. Anten re: same (.4). | 8.00 | 6,000.00 |
| 04/21/22 | TA | Review, revise and finalize motion for attorneys' fees and accompanying declaration (7.1); draft notice of motion pursuant to Judge Hellerstein's individual practices (0.3); email correspondence with M. Caruso, R. Kassabian & D. Scher re: final revisions to motion for attorneys' fees (0.6); teleconference with M. Caruso, R. Kassabian & D. Scher re: same (1.0). | 9.00 | 8,100.00 |
| 04/21/22 | RHK | Revise and finalize motion for attorneys' fees and nontaxable costs (5.8); teleconference with M. Caruso, T. Anten, D. Scher re: same (1.0); email correspondence with team re same (.8). | 7.60 | 6,840.00 |
| 04/21/22 | MMC | Revise fee award brief (3.7); email correspondence with R. Kassabian, T. Anten, D. Scher re: same (.5); teleconference with R. Kassabian, T. Anten, D. Scher re: same (1.0). | 5.20 | 4,680.00 |
| 04/22/22 | TA | Email correspondence with R. Kassabian re: GSUSA request for extension and potential response (0.5). | 0.50 | 450.00 |
| 04/22/22 | DS6 | Prepare correspondence to opposing | 1.00 | 750.00 |

|          |      |                                                                                                                                                                                  |      |          |
|----------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|          |      | counsel re: GSUSA's accommodation request re: motion for fees (.5); email correspondence with R. Kassabian, M. Caruso, and T. Anten re: same (.5).                                 |      |          |
| 04/22/22 | RHK  | Email correspondence with the Client, opposing counsel, and team re opposing counsel's extension request on fees motion, and impact on merits of same (1.8).                       | 1.80 | 1,620.00 |
| 04/22/22 | MMC  | Email correspondence with R. Kassabian, T. Anten. D. Scher re: GSUSA accommodation request re: motion for fees (.2).                                                               | 0.20 | 180.00   |
| 04/23/22 | TA   | Email correspondence with R. Kassabian re: proposed response to GSUSA re: accommodation request re: motion for fees (0.3).                                                         | 0.30 | 270.00   |
| 04/23/22 | RHK  | Email correspondence with team and Client re GSUSA's accommodation request re: motion for fees and settlement issues (.9).                                                         | 0.90 | 810.00   |
| 04/24/22 | MMC  | Email correspondence with R. Kassabian re: GSUSA's accommodation request re: motion for fees (.6);: revise draft email re: GSUSA's accommodation request re: motion for fees (.1); email correspondence with R. Kassabian re: same (.1). | 0.80 | 720.00   |
| 04/24/22 | RHK  | Email correspondence with team and Client re GSUSA's accommodation request re: motion for fees (.8); prepare response to GSUSA re same (.5).                                       | 1.30 | 1,170.00 |
| 04/25/22 | RHK  | Email correspondence with opposing counsel, the Client, and team re GSUSA's accommodation request re: motion for fees (1.0).                                                       | 1.00 | 900.00   |
| 04/25/22 | DS6  | Draft notice of bill of costs and associated declaration, including analysis of BSA's expenses (2.5), email correspondence to R. Kassabian                                        | 4.60 | 3,450.00 |

**quinn emanuel** trial lawyers

May 17, 2022                                                        Matter #: 05621-00003
Page 12                                                    Invoice Number: 101-0000135096

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | re: potential objections and filings for appeals (.4.) research re: potential objections and filings for appeals (1.7). | | |
| 04/25/22 | MMC | Email correspondence with T. Anten, R. Kassabian, D. Scher re: GSUSA's accommodation request re: fee motion (.1); joint letter re: same (.1). | 0.20 | 180.00 |
| 04/26/22 | DS6 | Revise submission for bill of costs (1.5); analysis of BSA expenses re: same (1.3); legal research re: taxable costs granted in SDNY with focus on transcripts, filings, and service (2.3). | 5.10 | 3,825.00 |
| 04/26/22 | RHK | Email correspondence with Client re GSUSA's acceptance of extended briefing schedule stipulation (.1); review email correspondence with opposing counsel re: same (.2). | 0.30 | 270.00 |
| 04/27/22 | DS6 | Revise submission for bill of costs (0.3); analysis of BSA expenses re: same (0.5). | 0.80 | 600.00 |
| 04/27/22 | TA | Review invoices in support of bill of costs (.5); revise declaration in support of bill of costs (.5). | 1.00 | 900.00 |
| 04/28/22 | DS6 | Revise submission for bill of costs (1.1); analysis of BSA expenses re: same (.3); email correspondence to T. Anten re: same (.2). | 1.60 | 1,200.00 |
| 04/28/22 | TA | Revise declaration in support of bill of costs to align with SDNY legal authorities (0.9). | 0.90 | 810.00 |
| 04/29/22 | TA | Revise bill of costs to further incorporate and accord with SDNY legal authority (1.0). | 1.00 | 900.00 |
| | | SUBTOTAL | 196.30 | 162,380.00 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo| hamburg | paris | munich
sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh

**quinn emanuel** trial lawyers

May 17, 2022                                                                          Matter #: 05621-00003
Page 13                                                                      Invoice Number: 101-0000135096

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Rachel Herrick Kassabian | RHK | Partner | 35.00 | 900.00 | 31,500.00 |
| Todd Anten | TA | Partner | 59.10 | 900.00 | 53,190.00 |
| Margret Caruso | MMC | Partner | 12.90 | 900.00 | 11,610.00 |
| Sara Jenkins | SJ1 | Counsel | 0.40 | 900.00 | 360.00 |
| Dylan Scher | DS6 | Associate | 66.60 | 750.00 | 49,950.00 |
| Roger S Huddle | RSH | Associate | 5.40 | 750.00 | 4,050.00 |
| Donald Reinhard | DR2 | Associate | 14.90 | 750.00 | 11,175.00 |

| Case Assistants | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Barbara J Howell | BH2 | Paralegal | 8.50 | 325.00 | 2,762.50 |

| Litigation Support/Document Management Services | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Joe Liao | JL9 | Litigation Support | 0.70 | 175.00 | 122.50 |

## Expense Summary

| Description | | Amount |
|---|---|---|
| Online Research | | 0.00 |
| Document Reproduction | 0.10 | 12.10 |
| Word processing | | 0.00 |
| PACER Services | | 0.00 |

**Litigation Support Costs**

| | | |
|---|---|---|
| Hosting per GB - 3.50 | | 6,230.00 |
| | Total Expenses | $6,242.10 |

**quinn emanuel** trial lawyers
quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY |
CHICAGO | DC | LONDON | MANNHEIM | TOKYO | HAMBURG |
PARIS | MUNICH | SYDNEY | HONG KONG | HOUSTON | BOSTON |
BRUSSELS | SEATTLE | ZURICH | SHANGHAI | STUTTGART | PERTH |
SALT LAKE CITY | RIYADH

## Current Invoice Summary

Matter Name : Girl Scouts of the United States of America v. Boy Scouts of America

| | |
|---|---|
| Matter #: 05621-00003 | Total Fees.....................................................$164,720.00 |
| Bill Date: May 17, 2022 | Expenses.........................................................$6,242.10 |
| Invoice Number: 101- | Total this Invoice.........................................$170,962.10 |
| 0000135096 | **Payment Due By June 21, 2022** |

**Please reference invoice number and send check to:**

**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

| Or Wire funds to: | City National Bank |
|---|---|
| | 555 South Flower St., 12th Floor |
| | Los Angeles, CA  90071 |
| Account Info: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Bank Account: | Deposit Account #210032347 |
| Bank ABA No.: | 122016066 |
| Swift Code: | CINAUS6L |
| *References:* | *Invoice number and client name / matter number please* |

Tax ID#  95-4004138

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg | paris | munich | sydney | hong kong | houston | brussels | seattle | zurich | shanghai | stuttgart | perth | boston | salt lake city | riyadh

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: July 28 2022, at 4:00 p.m. (prevailing Eastern Time)** |

## NOTICE OF THE TWENTY-FIRST MONTHLY FEE APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2022, TO AND INCLUDING APRIL 30, 2022

PLEASE TAKE NOTICE that today, Quinn Emanuel Urquhart & Sullivan, LLP, as special counsel to the Debtors in the above-captioned case, filed the attached Twenty-First Monthly Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2022, to and including April 30, 2022 (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application, must: (a) be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by July 28, 2022, at 4:00 p.m. (ET) (the "Objection Deadline"); and (b) be served so as to be received on or before the Objection Deadline by:

a.   The Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan (steve.mcgowan@scouting.org);

b.   Counsel to the Debtors – White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Jessica C.K. Boelter (jessica.boelter@whitecase.com) and Matthew E. Linder (mlinder@whitecase.com);

c.   Co-counsel to the Debtors - Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott (dabbott@mnat.com);

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

d.      The United States Trustee - 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn:  David Buchbinder, Hannah M. McCollum, and Ramona Vinson      (david.l.buchbinder@usdoj.gov;      hannah.mccollum@usdoj.gov; ramona.vinson@usdoj.gov); Christine Green (Christine.Green@usdoj.gov);

e.      Counsel to the Official Committee of Unsecured Creditors - Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael   Ringer   and   Megan   M.   Wasson   (rringer@kramerlevin.com; mwasson@kramerlevin.com);

f.      Co-counsel to the Official Committee of Unsecured Creditors - Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801, Attn: Kurt F. Gwynne and Katelin A. Morales (kgwynne@reedsmith.com; kmorales@reedsmith.com);

g.      Counsel to the Official Committee of Tort Claimants - Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn:  James  E.  O'Neill  and  James  I.  Stang  (joneill@pszjlaw.com; jstang@pszjlaw.com);

h.      Counsel to the Ad Hoc Committee of Local Councils - Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York New York 10019, Attn: Richard G. Mason and Joseph C. Celentino (rgmason@wlrk.com; jccelentino@wlrk.com);

i.      Counsel to JPMorgan Chase Bank, National Association - Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and   Kristian   W.   Gluck;   (kristian.gluck@nortonrosefulbright.com; louis.strubeck@nortonrosefulbright.com);

j.      Counsel to the County Commission of Fayette County (West Virginia) - Steptoe & Johnson PLLC, Chase Tower, 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump (john.stump@steptoe-johnson.com);

k.      Counsel to the Future Claimants' Representative - Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801, Attn:  Robert  S.  Brady  and  Edwin  J.  Harron  (eharron@ycst.com; rbrady@ycst.com); and

l.      Rucki Fee Review, LLC, 1111 Windon Drive, Wilmington, DE 19803, Attn: Justin H. Rucki (justinrucki@ruckifeereview.com).

A HEARING ON THE APPLICATION, IF NECESSARY, WILL BE HELD AT THE CONVENIENCE OF THE COURT AND NOTICE OF ANY SUCH HEARING WILL BE GIVEN ONLY TO THE OBJECTING PARTY OR PARTIES.

IF YOU FILE TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION, WITHOUT FURTHER NOTICE OF HEARING.

Respectfully submitted this 14th day of July, 2022.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Patricia B. Tomasco*

Patricia B. Tomasco
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile:  713-221-7100
Email: pattytomasco@quinnemanuel.com

-and-

Rachel Herrick Kassabian
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: 650-801-5005
Email: rachelkassabian@quinnemanuel.com

-and-

Todd Anten
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7192
Email: toddanten@quinnemanuel.com

SPECIAL LITIGATION COUNSEL FOR THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC