# DIP/ Bankruptcy Quarterly Report

**Bank**
America's Most Convenient Bank®

2nd Quarter, 2022

US Bankruptcy Court of Delaware

TD Bank, N.A.

| Case Name | Case Number | Account No | Interest | Acct Balance | Less FDIC Insured | Req'd 115% Cushion |
|---|---|---|---|---|---|---|
| BOY SCOUTS OF AMERICA EMPIRE SCOUT SHOP | 20-10343 | 4271741683 | N | $2,008.72 | | |
| | **20-10343 Total** | | | $2,008.72 | | |
| BREVARD OAKS CENTER LLC | 21-11349 | 4308866338 | N | $459.61 | | |
| BREVARD OAKS CENTER LLC | 21-11349 | 4308866346 | N | $0.01 | | |
| BREVARD OAKS CENTER LLC | 21-11349 | 4308866354 | N | $0.00 | | |
| | **21-11349 Total** | | | $459.62 | | |
| SF BREVARD LLC | 21-11388 | 4308866099 | N | $131.57 | | |
| SF BREVARD LLC | 21-11388 | 4308866106 | N | $0.01 | | |
| SF BREVARD LLC | 21-11388 | 4308866114 | N | $527.01 | | |
| | **21-11388 Total** | | | $658.59 | | |
| | **Grand Total** | | | $3,126.93 | $0.00 | $0.00 |

FILED
2022 JUL 21 AM 11: 15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE