# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## THIRTEENTH MEDIATOR'S REPORT

The Court appointed Timothy V.P. Gallagher to serve as the Mediator in the above-captioned cases under the *Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief*, dated June 9, 2020 [D.I. 812] (the "Mediation Order").[2]

The Debtors have been working diligently with the Mediator and other Mediation Parties to modify the Plan and the proposed Confirmation Order in a manner consistent with the Court's *Opinion* issued on July 29, 2022 [D.I. 10136]. The Mediator understands the Debtors intend to file their proposed modifications to the Plan and Confirmation Order, as well as a motion detailing the reasons for such modifications, to be heard at the hearing and status conference scheduled on August 24, 2022.

At the request of the Mediator and certain of the Mediation Parties and in an effort to consensually resolve as many remaining issues and concerns as possible, the Mediator understands the Debtors have agreed to postpone filing such motion until Friday, August 12, 2022. The

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Mediation Order, the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [D.I. 9696] (the "Plan").

Mediator understands that, at that time, the Debtors with the support of the Plan Proponents, will request that the Court shorten notice and maintain the scheduled hearing and status conference on August 24, 2022. The Mediator further understands the Debtors will propose to shorten their reply deadline in an effort to eliminate any burden on objecting parties and the Court.

The Mediator appreciates the diligence of all of the Mediation Parties in negotiating the modifications to the Plan and the proposed Confirmation Order. The Mediator expresses no view on the merits of the modifications or the confirmability of any plan, matters properly reserved for the Court.

This report is submitted with the consent of the Mediation Parties.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 10, 2022 */s/ Timothy V.P. Gallagher*
Timothy V.P. Gallagher, Mediator