# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Related to Docket No. 10126** |

### NOTICE OF WITHDRAWAL OF MOTION OF TR (NEW YORK) FOR AN ORDER AUTHORIZING THE LATE FILING OF PROOF OF CLAIM

PLEASE TAKE NOTICE that on July 26, 2022, TR (New York) through his undersigned counsel, filed his *Motion of TR (New York) for an Order Authorizing the Late Filing of Proof of Claim* ("Motion") [Docket No. 10126].

PLEASE TAKE FURTHER NOTICE that, TR (New York) hereby withdraws the Motion pursuant to a stipulation with the above-captioned Debtors that deems TR (New York)'s filed proof of claim number SA-126586 as timely filed.

Dated: August 12, 2022　　　　　　　　**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Marc J. Phillips*
　　　　　　　　　　　　　　　　　　　　Marc J. Phillips (No. 4445)
　　　　　　　　　　　　　　　　　　　　1105 North Market Street, Suite 1500
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 504-7823
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 504-7820
　　　　　　　　　　　　　　　　　　　　Email: mphillips@mmwr.com

　　　　　　　　　　　　　　　　　　　　　　　　-and-

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**MORELLI LAW FIRM**
Danielle H. Lamberg, Esq.
777 Third Avenue, 31st Floor
New York, NY 10017
Telephone: (212) 751-9800
Email: dlamberg@morellilaw.com

*Counsel for TR (New York)*