# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 9696 & 10136 |

**NOTICE OF FILING OF BLACKLINE OF CONFORMED (I) DEBTORS' THIRD MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION (WITH TECHNICAL MODIFICATIONS) FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC AND (II) CERTAIN OTHER PLAN DOCUMENTS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.　　On April 22, 2022, following completion of the Confirmation Hearing, the Debtors filed the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [D.I. 9696] (together with all exhibits, schedules and attachments thereto, the "Plan").[2] On July 29, 2022, the Court issued the *Opinion* [D.I. 10136] (the "Confirmation Opinion").

2.　　Following the issuance of the Confirmation Opinion, the Debtors have worked with the Mediator and the supporting parties to the Plan to modify the Plan and certain other Plan Documents in a manner consistent with the Confirmation Opinion. The modifications to the Plan are detailed in the *Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52* (the "Motion"), filed concurrently herewith, and the addendum to the Plan (the "Plan Addendum") attached as Exhibit B to the *Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC*, which is attached to the Motion as Exhibit A.

3.　　For the convenience of the Court and all parties in interest, a blackline of the Plan incorporating the modifications set forth in the Plan Addendum is attached hereto as **Exhibit 1**. A blackline of the modifications made to the Trust Distribution Procedures (attached as Exhibit A to the Plan) and the releases set forth as Exhibits A, B, C and D of the Trust Distribution Procedures is attached hereto as **Exhibit 2**. A blackline of the Settlement Trust Agreement (attached as

---

[1]　The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]　Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

Exhibit B to the Plan) compared against the version filed on April 4, 2022 [D.I. 9560] is attached hereto as **Exhibit 3**.

4. You may obtain copies of the Plan, the blackline thereof, or any other documents related to the Plan, free of charge, by: (a) calling the Debtors' toll-free restructuring hotline at 866-907-2721, (b) emailing BSAballots@omniagnt.com, (c) writing to Boy Scouts of America Ballot Processing, c/o Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367, or (d) submitting an inquiry on the Debtors' restructuring website at https://omniagentsolutions.com/BSA. You may also access from these materials for a fee via PACER at http://www.deb.uscourts.gov/.

5. You should consult with your attorney regarding the Plan and any questions you may have with respect to your rights under the Plan.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 12, 2022

| | |
|---|---|
| WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br>          blair.warner@whitecase.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          ptopper@morrisnichols.com<br>          tremington@morrisnichols.com |

*Attorneys for the Debtors and Debtors in Possession*