**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
AUGUST 24, 2022, AT 11:00 A.M. EASTERN TIME

> **This hearing will be conducted in-person for arguing parties and remotely for others who choose to attend.  Please register by August 24, 2022, at 8:00 a.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItduuopjIvH875a9Q1FYdCAuzMOdWEgTw**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **Topic: Boy Scouts of America**
>
> **Time:  August 24, 2022, at 11:00 a.m. Eastern Time (US and Canada)**

MATTERS ADJOURNED:

1.  Debtors' Seventh Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Debtors may Remove Civil Actions and Granting Related Relief (D.I. 9779, filed 05/09/22).

    Objection Deadline:   May 18, 2022 at 4:00 p.m. (ET).

    Responses Received:

    a)   Allianz Insurers' Limited Objection to the Debtors' Seventh Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027,

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

> Extending the Period within which the Debtors may Remove Civil Actions and Granting Related Relief (D.I. 9821, filed 05/18/22); and
>
> b) Joinder by Travelers Casualty and Surety Company, Inc. (fka Aetna Casualty & Surety Company), St. Paul Surplus Line Insurance Company and Gulf Insurance Company to Allianz Insurers' Limited Objection to the Debtors' Seventh Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Debtors may Remove Civil Actions and Granting Related Relief (D.I. 9825, filed 05/19/22).

Related Pleadings:

a) Reply in Support of Debtors' Seventh Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Debtors may Remove Civil Actions and Granting Related Relief (D.I. 9836, filed 05/20/22).

Status: The parties have agreed to adjourn this matter until September 29, 2022.

RESOLVED MATTERS:

2. Motion of JB-Illinois for an Order Authorizing the Late Filing of a Proof of Claim (D.I. 10042, filed 07/08/22).

   Objection Deadline:   July 29, 2022 at 4:00 p.m. (ET); deadline extended for the Debtors by agreement of the parties.

   Responses Received:

   a)   None.

   Related Pleadings:

   a)   Order Authorizing JB (Illinois) to File Proof of Claim (D.I. 10217, filed 08/19/22).

   Status: An order has been entered.  No hearing is necessary.

3. Motion of GC (Florida) for an Order Authorizing the Late Filing of a Proof of Claim (D.I. 10054, filed 07/13/22).

   Objection Deadline:   August 3, 2022 at 4:00 p.m. (ET); deadline extended for the Debtors by agreement of the parties.

   Responses Received:

   a)   None.

<div style="padding-left: 2em;">

Related Pleadings:

a)  Order Authorizing GC (Florida) to File Proof of Claim (D.I. 10216, filed 08/19/22).

Status: An order has been entered. No hearing is necessary.

</div>

4. Debtors' Motion for Entry of an Order (I) Approving Settlement Agreement Between Boy Scouts of America and Girl Scouts of the United States of America and (II) Granting Related Relief (D.I. 10117, filed 07/22/22).

<div style="padding-left: 2em;">

Objection Deadline:   August 5, 2022 at 4:00 p.m. (ET).

Responses Received:

a)  None.

Related Pleadings:

a)  Order (I) Approving Settlement Agreement Between Boy Scouts of America and Girl Scouts of the United States of America and (II) Granting Related Relief (D.I. 10193, filed 08/15/22).

Status: An order has been entered. No hearing is necessary.

</div>

5. Motion of TR (New York) for an Order Authorizing the Late Filing of Proof of Claim (D.I. 10126, filed 07/26/22).

<div style="padding-left: 2em;">

Objection Deadline:   August 9, 2022 at 4:00 p.m. (ET).

Responses Received:

a)  None.

Related Pleadings:

a)  Notice of Withdrawal of Motion of TR (New York) for an Order Authorizing the Late Filing of Proof of Claim (D.I. 10186, filed 08/12/22).

Status: Pursuant to an agreement between the Debtors and TR (New York), this motion has been withdrawn. No hearing is necessary.

</div>

MATTER GOING FORWARD:

6. [SEALED] Renewal of Frank Joseph Schwindler's Motion to Remand His Case to the Initial New Jersey Tort Court (D.I. 9900, filed 06/07/22).

<div style="padding-left: 2em;">

Objection Deadline:   July 28, 2022 at 4:00 p.m. (ET).

</div>

Responses Received:

a) Debtors' Objection to Renewal of Frank Joseph Schwindler's Motion to Remand His Case to the Initial New Jersey Tort Court (D.I. 10131, filed 07/28/22);

b) Joinder by Patriots' Path Council to Debtors' Objection to Renewal of Frank Joseph Schwindler's Motion to Remand His Case to the Initial New Jersey Tort Court (D.I. 10132, filed 07/28/22); and

c) Joinder of the Tort Claimants' Committee to Debtors' Objection to Renewal of Frank Joseph Schwindler's Motion to Remand His Case to the Initial New Jersey Tort Court (D.I. 10134, filed 07/28/22).

Related Pleadings:

a) REDACTED Renewal of Frank Joseph Schwindler's Motion to Remand His Case to the Initial New Jersey Tort Court (D.I. 9901, filed 06/07/22);

b) Notice of Hearing Regarding Renewal of Frank Joseph Schwindler's Motion to Remand His Case to the Initial New Jersey Tort Court (D.I. 10031, filed 07/06/22);

c) [SEALED] Letter to Judge by Party Requesting Oral Hearing or Ruling on Motion to Remand (D.I. 10095; filed 07/21/22);

d) REDACTED Letter to Judge by Party Requesting Oral Hearing or Ruling on Motion to Remand (D.I. 10096; filed 07/21/22);

e) [SEALED] Notice of Filing Certificate of No Objections to Frank Joseph Schwindler's Renewal of Motion to Remand His Case to the Initial New Jersey Tort Court (D.I. 10097; filed 07/21/22); and

f) REDACTED Notice of Filing Certificate of No Objections to Frank Joseph Schwindler's Renewal of Motion to Remand His Case to the Initial New Jersey Tort Court (D.I. 10098; filed 07/21/22).

Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: August 22, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Tori L. Remington*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       ptopper@morrisnichols.com<br>       tremington@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>       mlinder@whitecase.com<br>       laura.baccash@whitecase.com<br>       blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |