IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 10136 and 10188** |

**DUMAS & VAUGHN CLAIMANTS' RESPONSE TO DEBTORS' MOTION TO AMEND AND SUPPLEMENT THE FINDINGS OF FACT AND CONCLUSIONS OF LAW IN THE CONFIRMATION OPINION AND OBJECTIONS
TO PROPOSED CONFIRMATION ORDER**

**INTRODUCTION**

      Claimants represented by Dumas & Vaughn, LLC (the "D & V Claimants") objected to confirmation of the Debtors' proposed Plan prior to the confirmation hearing [D.I. 8744], at the hearing, and in supplemental briefing after the hearing [D.I. 9710]. The D & V Claimants are survivors of childhood sexual abuse who each filed a Sexual Abuse Survivor Proof of Claim. All of the D & V Claimants have claims against nondebtor local councils; most have claims against chartering organizations.

      Now before the Court is Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion. [D.I. 10188] Debtors' Motion seeks to amend the Confirmation Opinion [D.I. 10136] by entry of an Order incorporating Debtors' proposed amended and supplemental findings and conclusions and confirming the Plan, now called the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* ("the Plan").

1

## RESPONSE AND OBJECTIONS

It is the understanding of D & V Claimants that Debtors' Motion seeks to bring the Plan into conformity with the Court's rulings spelled out in the Confirmation Opinion. As long as this Motion stays in that track, D & V Claimants do not object to the Motion itself. D & V Claimants reserve the right to object if Debtors or other parties seek to change the Court's rulings in the Confirmation Opinion as part of the proceedings on this Motion.

D & V Claimants continue to object to confirmation of the Plan. By "Plan" in this context, D & V Claimants mean any version of the Plan as it is now before the Court, including the versions sent out for solicitation, amended, argued at the confirmation hearing, changed after the hearing, and as changed for this Motion or as a result of this Motion. For all the reasons argued or adopted in the Objections filed by D & V Claimants [D.I. 8744; D.I. 9710] and/or at the confirmation hearing, D & V Claimants object to confirmation of the Plan and incorporate those objections as if set forth fully herein.

To use one of Debtors' expressions, "for the avoidance of doubt," D & V Claimants reserve all rights to appeal confirmation of the Plan in any appellate procedure available, making whatever objections possible. D & V Claimants waive none of their objections to confirmation of the Plan.

**BIELLI & KLAUDER, LLC**

Dated: August 24, 2022
Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder, Esquire
(No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

- and -

**DUMAS & VAUGHN, LLC**

Gilion C. Dumas, Esq., a*dmitted pro hac vice*
Ashley L. Vaughn, Esq., *admitted pro hac vice*
3835 NE Hancock St., Ste. GL-B
Portland, OR 97212
Phone: 503-616-5007
Fax: 503-616-5007
Email: gilion@dumasandvaughn.com
Email: ashley@dumasandvaughn.com

*Counsel to the D & V Claimants*