**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Jointly Administered |
| Debtors.[1] | **Objection Deadline: Sept. 9, 2022 at 4:00 p.m. (ET)** |
| | **Hearing Date: To be determined** |

**SIXTEENTH MONTHLY AND NINTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH APRIL 30, 2022**

| Name of Applicant: | Berkeley Research Group, LLC ("BRG") |
|---|---|
| Authorized to Provide Professional Services to: | Official Tort Claimants' Committee |
| Date of Retention: | March 6, 2020 by order entered on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2022 through April 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $93,437.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):  X  monthly    X  interim    ___  final application.

The total time expended for fee application preparation is approximately 81.3 hours and the corresponding compensation requested is approximately $32,775.50.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## Attachment A – Prior Applications Filed

| Date Filed Docket No. | Period | Fees | Expenses | CNO/ Order | Paid Fees | Paid Expenses | Unpaid Balance |
|---|---|---|---|---|---|---|---|
| 6/3/20 Dkt No. 768 | 3/6/20 - 3/31/20 | $281,697.00 | $ - | 7/6/20 Dkt No. 956 | $ 281,697.00 | $ - | $0.00 |
| 8/7/20 Dkt No. 1085 | 4/1/20 - 4/30/20 | $390,313.00 | $ 513.74 | 8/24/20 Dkt No. 1139 | $ 385,630.57 | $ 513.74 | $0.00 |
| *10/27/20 Dkt No. 1581* | *First Interim 3/3/30 - 4/30/20* | *$672,010.00* | *$513.74* | *3/8/21 Dkt No. 2330* | *$ 667,327.57* | *$ 513.74* | *$0.00* |
| 10/20/20 Dkt No. 1554 | 5/1/20 - 5/31/20 | $398,111.50 | $ 33.14 | 11/11/20 Dkt No. 1646 | $ 318,489.20 | $ 33.14 | $79,622.30 |
| 11/2/20 Dkt No. 1613 | 6/1/20 - 6/30/20 | $300,701.50 | $ 48.55 | 11/30/20 Dkt No. 1755 | $ 240,561.20 | $ 48.55 | $60,140.30 |
| 11/2/20 Dkt No. 1614 | 7/1/20 - 7/31/20 | $359,632.50 | $ 17.17 | 11/30/20 Dkt No. 1757 | $ 287,706.00 | $ 17.17 | $71,926.50 |
| *1/6/2021 Dkt No. 1910* | *Second Interim 5/1/20 - 7/31/20* | *$1,058,445.50* | *$ 98.86* | *TBD* | *$ 846,756.40* | *$ 98.86* | *$195,891.10* |
| 3/30/21 Dkt No. 2487 | 8/1/20 - 10/31/20 | $1,206,072.00 | $ 17,520.78 | 4/14/21 Dkt No. 2604 | $ 964,857.60 | $ 17,520.78 | $241,214.40 |
| *5/26/21 Dkt No. 5058* | *Third Interim 8/1/20 - 10/31/20* | *$1,206,072.00* | *$ 17,520.78* | *TBD* | *$ 964,857.60* | *$ 17,520.78* | *$229,600.40* |
| 6/17/21 Dkt No. 5365 | 11/1/20 - 1/31/21 | $1,712,235.50 | $ 21.07 | 7/13/21 Dkt No. 5567 | $ 1,369,788.40 | $ 21.07 | $323,099.10 |
| *7/21/2021 Dkt. No 5660* | *Fourth Interim 11/1/20 - 1/31/21* | *$1,712,235.50* | *$ 21.07* | *TBD* | *$ 1,369,788.40* | *$ 21.07* | *$323,099.10* |
| *10/1/21 Dkt No. 6467* | *Fifth Interim 2/1/21 - 4/30/21* | *$1,371,709.50* | *$ -* | *TBD* | *$ 1,097,367.60* | *$ -* | *$252,775.68* |
| *3/17/22 Dkt No. 9367* | *Sixth Interim 5/1/21 - 7/31/21* | *$784,414.00* | *$ -* | *TBD* | *$ 627,531.20* | *$ -* | *$150,913.30* |
| *4/25/22 Dkt No. 9723* | *Seventh Interim 8/1/21 - 10/31/21* | *$715,271.00* | *$ -* | *TBD* | *$ 572,216.80* | *$ -* | *$143,054.20* |
| *6/30/2022 Dkt No. 10025* | *Eighth Interim 11/1/21 - 1/31/22* | *$1,096,189.00* | *$ 194.02* | *TBD* | *$ 877,145.22* | *$ 194.02* | *$219,043.78* |
| **Total** | | **$8,616,346.50** | **$18,348.47** | | **$ 7,022,990.79** | **$ 18,348.47** | **$1,514,377.56** |

**Attachment B – Compensation by Professional**

**BRG PROFESSIONALS**

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| David H. Judd | Managing Director; Over 40 Years of Experience; Master of Accountancy 1980 | $795.00 | 39.5 | $31,402.50 |
| Paul Shields | Managing Director; Over 33 Years of Experience; Master of Business Administration 1992; CPA Since | $765.00 | 2.2 | $1,683.00 |
| D. Ray Strong | Managing Director; Over 26 Years of Experience; Master of Accountancy 1995; CPA Since 1997 | $735.00 | 0.6 | $441.00 |
| Matthew K. Babcock | Director; Over 23 Years of Experience; Master of Accountancy 1998; CPA Since 2000 | $675.00 | 37.5 | $25,312.50 |
| Jeffrey Shaw | Senior Managing Consultant; Over 19 Years of Experience; Master of Accountancy 2002; CPA Since 2004 | $565.00 | 3.7 | $2,090.50 |
| Christina Tergevorkian | Consultant; Over 5 Years of Experience; Master of Accountancy 2018; CPA Since 2019 | $385.00 | 2.4 | $924.00 |
| Shelby Chaffos | Senior Associate; Over 5 Years of Experience; Master of Accountancy 2018 | $330.00 | 60.4 | $19,932.00 |
| Meagan Haverkamp | Case Manager; Over 11 Years of Experience; MA in International Affairs | $300.00 | 19.6 | $5,880.00 |
| Kellie Hendry | Case Assistant; 2 Years of Experience | $195.00 | 5.2 | $1,014.00 |
| Hannah Henritzy | Case Assistant; 1 Year of Experience; BS in Business Administration | $195.00 | 24.4 | $4,758.00 |
| | **Blended Rate/ Totals** | **$477.94** | **195.5** | **$93,437.50** |

**Attachment C – Compensation by Project Category (Task Code)**

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| **220.00** – Debtor Operations / Monitoring (Monthly Operating Reports) | 4.7 | $1,551.00 |
| **221.00** – Debtor Operations / Monitoring (Cash Flow Reports) | 32.2 | $17,415.00 |
| **223.00** – Debtor Operations / Monitoring (Cash Management Reports) | 10.6 | $3,759.00 |
| **224.00** – Debtor Operations / Monitoring (Shared Services Reports) | 1.3 | $429.00 |
| **333.00** – Asset Analysis (Real Property – Local Councils) | 1.8 | $632.50 |
| **800.00** – Plan & Disclosure Statement Analysis | 56 | $31,373.50 |
| **1030.00** – Mediation Preparation & Attendance | 2.7 | $2,110.50 |
| **1050.00** – Deposition Preparation & Attendance | 4.9 | $3,391.50 |
| **1060.00** – Fee Application Preparation & Hearing | 81.3 | $32,775.50 |
| **Total** | **195.5** | **$93,437.50** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| | ) | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) ) | Jointly Administered |
| | ) | |
| Debtors[1]. | ) ) ) | **Objection Deadline: Sept. 9, 2022 at 4:00 p.m. (ET)** **Hearing Date: To be determined** |

**SIXTEENTH MONTHLY AND NINTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM FEBRUARY 1, 2022 THROUGH APRIL 30, 2022**

Berkeley Research Group, LLC ("BRG") financial advisor to the Official Tort Claimants' Committee (the "Committee" or "TCC") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its Sixteenth Monthly and Ninth Interim Application (the "Application") pursuant to sections 105(a), 330 and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the Court's *Order (I) Approving Procedures For (A) Interim Compensation And Reimbursement Of Expenses Of Related Professionals And (B) Expense Reimbursement For Official Committee Members And (II) Granting Related Relief* (the "Administrative Order"), entered April 6, 2020, and the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Order Amending The Order (I) Approving Procedures For (A) Interim Compensation And Reimbursement Of Expenses Of Retained Professionals And (B) Expense Reimbursement For Official Committee Members And (II) Granting Related Relief*, signed on or about August 6, 2021 (the "Amended Administrative Order"), and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines").

By this Application, BRG seeks entry of an order approving (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period from February 1, 2022 through April 30, 2022 (the "Fee Period") in the amount of $93,437.50 and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of required professional services on behalf of the Committee in the amount of $0.00, for a total award of $93,437.50. In support of this Application, BRG represents as follows:

## JURISDICTON

1.  The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order Of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Pursuant to Local Rule 9013-1(f), the Committee consents to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent

consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

2.  The statutory bases for the relief requested herein are sections 105(a), 330, 331, and 503(b) of the Bankruptcy Code and Bankruptcy Rule 2016 and Local Rule 2016.

## BACKGROUND

3.  On February 18, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Cases"). On February 18, 2020, the Debtors also filed certain motions and applications seeking certain "first day" orders. The factual background relating to the Debtors' commencement of these Cases is set forth in the *Declaration of Brian Whittman In Support Of The Debtors' Chapter 11 Petitions And First Day Pleadings* [Docket No. 16] (the "Whittman Declaration").

4.  The Debtors have continued in possession of their property and have continued to operate and manage their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). No trustee or examiner has been appointed in these Cases.

5.  On March 5, 2020 (the "Committee Formation Date"), the Office of the United States Trustee (the "U.S. Trustee") appointed the Official Tort Claimants' Committee to represent all tort claimants of the Debtors pursuant to section 1102 of the Bankruptcy Code [Docket No. 142].

6.  Following the Committee Formation Date, the Committee determined to retain, subject to Court approval, BRG as its financial advisor in these Cases. The Committee also determined to retain, subject to Court approval, Pachulski Stang Ziehl & Jones LLP ("PSZJ" or "Counsel") to serve as its counsel.

7. On March 25, 2020, the Committee filed the *Application For Entry Of An Order Authorizing The Retention And Employment Of Berkeley Research Group, LLC, As Financial Advisor To The Official Tort Claimant Committee Effective As Of March 6, 2020* [Docket No. 293] (the "Retention Application"). On April 11, 2020, the Court entered the *Order Authorizing And Approving The Retention Of Berkeley Research Group, LLC, As Financial Advisor To The Official Tort Claimants Committee Effective As Of March 6, 2020* [Docket No. 384] (the "Retention Order"). The Retention Order authorizes BRG to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses. A copy of the Retention Order is attached hereto as **Exhibit A**.

8. On September 18, 2020, the Court entered the *Order Appointing Fee Examiner And Establishing Related Procedures For The Review Of Applications Of Retained Professionals*, appointing Rucki Fee Review, LLC as the Fee Examiner (the "Fee Examiner") in these Cases.

9. BRG has filed monthly and interim compensation applications in accordance with the Interim Compensation Order as delineated in **Attachment A** above for the periods covering March 6, 2020 through January 31, 2022.

## FEE PROCEDURES ORDER

10. On April 6, 2020, the Court signed the Administrative Order, authorizing certain professionals (the "Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. On or about August 6, 2021, the Court signed the Amended Administrative Order. The Administrative Order, as amended by the Amended Administrative Order, provides, among other things, that a Professional may submit monthly fee applications. If no objections are

made within fourteen (14) days after service of the monthly fee application, the Debtors are authorized to pay the Professionals eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending April 30, 2020, at three-month intervals, each of the Professionals must file with the court and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

## COMPENSATION PAID AND ITS SOURCE

11. All services for which BRG requests compensation were performed for or on behalf of the Tort Claimants' Committee.

12. BRG has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between BRG and any other person other than the partners / directors of BRG for the sharing of compensation to be received for services rendered in these Cases as described in Bankruptcy Rule 2016.

## SUMMARY OF SERVICES RENDERED

13. BRG, by and through its professionals, has prepared and/or assisted in the preparation of various motions submitted to the Court for consideration, advised the Tort Claimants' Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy case, and performed all necessary professional services which are described and narrated in detail below. BRG's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy case.

14. Attached hereto as **Exhibit B** is the schedule of BRG's time records for the Fee Period. These records include daily time logs describing the time spent by each BRG professional in these Cases organized by task code and by date incurred, including identifying the professionals who rendered services relating to each task code and the total compensation sought for each task code. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. At this time BRG is not requesting reimbursement for any expenses incurred during the Fee Period but reserves the right to request reimbursement therefor in the future. BRG is particularly sensitive to issues of "lumping" and, unless time was spent in one-time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports. Further, time was billed in tenths of an hour.

15. BRG, in accordance with the Bankruptcy Rules and the Local Rules, will be charging travel time at 50% of the time incurred. To the extent it is feasible, BRG professionals work during travel.

16. BRG's time reports are recorded contemporaneously at the time the work is performed. Further, BRG has carefully reviewed all time and expense charges to ensure they were reasonable and non-duplicative. BRG's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

17. Resumes that describe the education and qualifications of each BRG professional whose time constitutes a basis for this Application are attached as **Exhibit C**.

18. **Exhibit D** is a schedule of BRG's normal hourly billing rates during the Fee Period. These were the rates charged by BRG's personnel to solvent clients where BRG

ordinarily receives payment in full within less than 90 days. During January of each year, BRG revises its billing rates for new cases accepted thereafter and for pending cases in the coming year. All services included in this fee application were billed at the applicable hourly rates.

## SUMMARY OF SERVICES BY TASK CODE

19. The services rendered by BRG during the Fee Period can be grouped into the categories set forth below. BRG attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. The general summary of the services rendered by BRG during the Fee Period based on tasks and number of hours is set forth below.

### 220.00 – Debtors Operations / Monitoring (Monthly Operating Reports)

20. BRG evaluated and performed various analyses of monthly operating reports for the months December 2021 through February 2022, including analyzing balance sheet and income statement data on a comparative basis. BRG will continue to monitor the Debtors' operations and reporting thereon and report its findings to Counsel and the Committee.

21. BRG has expended 4.7 hours on this category for a fee of $1,551.00.

### 221.00 – Debtors Operations / Monitoring (Cash Flow Reports)

22. During the Fee Period, BRG updated its analysis of weekly cash flow budgets and actual results to continue to evaluate variances between budgeted and actual amounts as they are issued by the Debtor. Budgets reviewed by BRG covered the time period from January through April 2022. Services included updating the rolling analysis of budgeted and actual results based on updated cash flow budgets provided by the Debtors, as well as making a comparison of actual results as compared to historical weekly actual results and monthly

averages for various time periods. BRG continued its periodic comparison of updated budgets to prior budgets in order to analyze variances between budgets.

23. The aforementioned analysis enables BRG to better evaluate the Debtors' financial performance as well as the Debtors' ability to forecast future financial performance. BRG will continue to monitor the Debtors' cash flows and financial performance and report its findings to Counsel and the TCC.

24. BRG has expended 32.2 hours on this category for a fee of $17,415.00.

### 223.00 – Debtors Operations / Monitoring (Cash Management Reports)

25. During the Fee Period, BRG continued its analysis of periodic reports provided by the Debtors regarding cash receipts and disbursements. As part of this analysis, BRG analyzed transactions occurring between January through April 2022, which included over 2,567 individual receipts totaling over $22 million and approximately 8,382 disbursements totaling over $107.7 million. This analysis is ongoing and allows Counsel and the TCC to monitor the Debtors' cash transactions and related activity.

26. BRG has expended 10.6 hours on this category for a fee of $3,759.00.

### 224.00 – Debtors Operations / Monitoring (Shared Services Reports)

27. During the Fee Period, BRG continued its analysis of reports provided by the Debtors regarding cash receipts and disbursements related to non-debtor affiliates and Local Councils. BRG analyzed transactions occurring during January and February 2022 which included over 1,519 receipts totaling over $13.8 million, over 497 disbursements totaling over $1.0 million, and 269 intercompany transfers totaling approximately $1.2 million. This analysis is ongoing and allows Counsel and the TCC to monitor the Debtors' activity in relation to the Shared Services order.

28. BRG has expended 1.3 hours on this category for a fee of $429.00.

**333.00 - Asset Analysis (Real Property – Local Councils)**

29. BRG continued its analysis of the significant real estate holdings owned by the Local Councils consisting of approximately 1,400 Local Council real properties (including camps, high adventure bases, reservations, service centers, scout shops, and other properties). As part of this analysis, BRG continued its examination of the Local Council real-estate related documentation productions.

30. BRG's analysis of the Local Councils' real estate holdings will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

31. BRG has expended 1.8 hours on this category for a fee of $632.50.

**800.00 – Plan & Disclosure Statement Analysis**

32. BRG continued its evaluation of the Debtors' amended Plan and Disclosure Statement. As part of its analysis, BRG analyzed available financial data, including the Debtors' monthly Greybook financial reports for December 2021 through February 2022 and the weekly cash flow statements from January 28, 2022 through April 1, 2022. BRG also evaluated voting issues related to acceptance of the Plan and analyzed the Debtors' 5-year business plans, cash flow forecasts, projected income streams, membership reports / forecasts and professional fees.

33. BRG periodically met with Counsel and other professionals in order to evaluate and analyze issues related to the Plan confirmation process.

34. BRG has expended 56.0 hours on this category for a fee of $31,373.50.

### 1030.00 – Mediation Preparation & Attendance

35. BRG attended meetings with the TCC, TCC Counsel, SCC, and SCC Counsel regarding the status of the mediation and also continued its evaluation of issues related to the mediation process.

36. BRG has expended 2.7 hours on this category for a fee of $2,110.50.

### 1050.00 – Deposition Preparation & Attendance

37. During the Fee Period, BRG met internally and with TCC Counsel to review and discuss issues related to depositions. BRG also reviewed deposition transcripts.

38. BRG has expended 4.9 hours on this category for a fee of $3,391.50.

### 1060.00 – Fee Application Preparation & Hearing

39. During the Fee Period, BRG continued to prepare its thirteenth monthly and sixth interim fee application for the period of May 2021 through July 2021, its fourteenth monthly and seventh interim fee application for period of August 2021 through October 2021, its fifteenth monthly and eighth interim fee application for period of November 2021 through January 2022 and its ninth interim fee application for period of February 2022 through April 2022 (including fee application narrative and related exhibits and a review of all related time entries and expenses to ensure benefit to the estate). Prior to filing any fee application in this matter, BRG provides it fees and expenses to the Committee for review and comment and only files a fee application after it receives Committee approval of its fees and expenses.

40. BRG also evaluated issues raised by the fee examiner regarding the fifth interim fee application and the sixth interim fee application and spoke to the fee examiner regarding such issues.

41. BRG has expended 81.3 hours on this category for a fee of $32,775.50.

**ACTUAL AND NECESSARY EXPENSES**

42. At this time BRG is not requesting reimbursement for any actual out-of-pocket expenses, during the Fee Period, in connection with the rendition of the professional services to the Committee but reserves the right to request reimbursement therefor in the future.

43. Disbursements and expenses are incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters. BRG endeavors to minimize these expenses to the fullest extent possible.

44. BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals", secretarial overtime, postage, and certain other office services because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for each client. BRG endeavors to minimize these expenses to the fullest extent possible. BRG believes the rates charged for services such as photocopying and facsimiles are the market rates that the majority of similar firms / providers charge clients for such services.

45. In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service. In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay. BRG bills its clients the actual amounts charged by such services, with no premium. In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third-party vendor and paid by BRG to that vendor.

**CONCLUSION**

46. Professionals of BRG expended a total of 195.5 hours as financial advisors to the Committee. The nature of work performed by the BRG professionals is more fully set forth in **Exhibit B** attached hereto. BRG charged its standard hourly rates for work of this character for the time incurred for the services provided. The reasonable value of the services rendered by BRG for the Committee during the Fee Period is $93,437.50.

47. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, BRG respectfully submits that the fees and expenses requested are fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, To the best of BRG's information, knowledge, and belief, this Application complies with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and the Interim Compensation Order. To the extent there has not been material compliance with any particular rule or guideline, BRG respectfully requests a waiver or an opportunity to cure.

**WHEREFORE,** BRG respectfully requests (a) that it be allowed on an interim basis, (i) fees in the amount of $93,437.50 for reasonable, actual, and necessary services rendered by it on behalf of the Committee during the Fee Period and (ii) reimbursement of $0.00 for reasonable, actual, and necessary expenses incurred during the Fee Period; (b) that the Debtors be authorized and directed to immediately pay any allowed unpaid fees and expenses due to BRG for the Fee Period; and (c) granting such other and further relief as the Court may deem just and proper.

Dated: <u>August 26, 2022</u>

s/ R. Todd Neilson, CPA
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Financial Advisor to the Official Tort Claimants' Committee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) |
| DELAWARE BSA, LLC, | ) Jointly Administered |
| | ) |
| Debtors. | ) |

## VERIFICATION

**R. Todd Neilson**, pursuant to 28 U.S.C. 1746, declares as follows:

a) I am a Managing Director at the applicant firm, Berkeley Research Group, LLC ("BRG"), and am authorized to submit this verification on behalf of BRG.

b) I have read the foregoing *Sixteenth Monthly and Ninth Interim Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from February 1, 2022 through April 30, 2022* (the "Application")[3] and know the contents thereof and am familiar with the work performed on behalf of the Committee by the professionals in the firm.

c) I certify the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true. If called upon I could and would testify completely thereto.

d) I have reviewed Del. Bankr. LR 2016-2 and the Interim Order signed on April 6, 2020 and submit that the Application substantially complies with such Rule and Order.

---

[3] Terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

e) BRG has provided its fees and expenses and the Application to the Committee for review and comment and has caused the Application to be filed only after receipt of TCC approval of BRG's fees and expenses.

f) I certify under penalty of perjury that the foregoing is true and correct.

Executed on <u>August 26, 2022</u>

<u>/s/ R. Todd Neilson</u><br>
R. Todd Neilson

2