# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 1, 2022, AT 11:00 A.M. EASTERN TIME

---

**THIS HEARING WILL BE CONDUCTED IN PERSON.**

**Parties may observe the hearing remotely by registering with the Zoom link below no later than September 1, 2022, at 8:00 a.m. EASTERN TIME.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItd-murjktHDoolCG2skPEHVfvd_NZ1Ww**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**Topic: Boy Scouts of America**

**Time: September 1, 2022, at 11:00 a.m. Eastern Time (US and Canada)**

---

MATTERS GOING FORWARD:

1. Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52 (D.I. 10188, filed 08/12/22).

   Objection Deadline: August 24, 2022, at 4:00 p.m. (ET).

   Responses Received:

   a) Dumas & Vaughn Claimants' Response to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

       Opinion and Objections to Proposed Confirmation Order (D.I. 10239, filed 08/24/22);

b)     [SEALED] D.W.'s Objection to the Court's Opinion (D.I. 10240, entered 08/24/22);

c)     REDACTED D.W.'s Objection to the Court's Opinion (D.I. 10241, entered 08/24/22);

d)     Lujan Claimants' Objection to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52 (D.I. 10246, filed 08/24/22);

e)     Certain Insurers' Objection to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion and Objection to Confirmation of Revised Chapter 11 Plan (D.I. 10247, filed 08/24/22);

f)     [SEALED] Pro-Se Claimant/Creditor Objections for Cause, to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion, the Settlement and Plan Agreement has had Substantial Material, Financial, Estate, and Fact Changes, which Demands a New Creditor Plan Vote, Including (Preliminary and Permanent Injunction with an Asset Freeze) and Other Equitable Relief (D.I. 10253, filed 08/24/22); and

g)     REDACTED Pro-Se Claimant/Creditor Objections for Cause, to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion, the Settlement and Plan Agreement has had Substantial Material, Financial, Estate, and Fact Changes, which Demands a New Creditor Plan Vote, Including (Preliminary and Permanent Injunction with an Asset Freeze) and Other Equitable Relief (D.I. 10254, filed 08/24/22).

<u>Related Pleadings</u>:

a)     Notice of Filing of Blackline of Conformed (I) Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and (II) Certain Other Plan Documents (D.I. 10190, filed 08/12/22);

b)     Notice of the Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52 (D.I. 10195, filed 08/15/22);

c)     Debtors' Omnibus Reply in Support of Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52 (D.I. 10258, filed 08/29/22);

    d)    Joint Reply of the Tort Claimants' Committee, the Coalition of Abused Scouts for Justice, Pfau Cochran Vertetis Amala PLLC and Zalkin Law Firm, P.C., and the Future Claimants' Representative to Certain Insurers' Objection to Motion to Amend and Supplement Findings of Fact and Conclusions of Law in the Confirmation Order and Objection to Confirmation of Revised Chapter 11 Plan (D.I. 10259, filed 08/29/22);

    e)    Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC (D.I. 10262, filed 08/29/22);

    f)    Notice of Filing of Blackline of Further Conformed Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC (D.I. 10263, filed 08/29/22); and

    g)    Notice of Filing of Revised Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC (D.I. 10265, filed 08/29/22).

    <u>Status</u>: This matter is going forward.

2.    Motion for Leave to Exceed Page Limit Requirements With Respect to Joint Reply of the Tort Claimants' Committee, the Coalition of Abused Scouts for Justice, Pfau Cochran Vertetis Amala PLLC and Zalkin Law Firm, P.C., and the Future Claimants' Representative to Certain Insurers' Objection to Motion to Amend and Supplement Findings of Fact and Conclusions of Law in the Confirmation Order and Objection to Confirmation of Revised Chapter 11 Plan (D.I. 10260, filed 08/29/22).

    <u>Objection Deadline</u>:  Not applicable.

    <u>Responses Received</u>:  None.

    <u>Related Pleadings</u>:  None.

    <u>Status</u>: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: August 30, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Tori L. Remington*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       ptopper@morrisnichols.com<br>       tremington@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>       mlinder@whitecase.com<br>       laura.baccash@whitecase.com<br>       blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |