## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Re: D.I. 10265 |

**NOTICE OF FILING OF FURTHER REVISED SUPPLEMENTAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ORDER CONFIRMING THE THIRD MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION (WITH TECHNICAL MODIFICATIONS) FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On August 29, 2022, Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), filed the *Notice of Filing of Revised Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [D.I. 10265] (the "Confirmation Order").

After negotiations with supporting parties to the Plan and objecting parties, the Debtors have further revised the Confirmation Order (the "Revised Confirmation Order") to address the Court's comments at the hearing on September 1, 2022 and resolve certain of the outstanding objections amongst the parties. The Revised Confirmation Order is attached hereto as **Exhibit A**. To the best of the Debtors' knowledge at the time of this filing, the remaining outstanding issues concern the following paragraphs in the Revised Confirmation Order: (i) paragraph I.2 (Certain Insurers); (ii) paragraph M (Archbishop of Agaña, Archbishop of Agaña Official Committee, and Lujan Claimants); and (iii) paragraph 51 (Certain Insurers) (collectively, the "Contested Paragraphs").

A blackline comparing the Revised Confirmation Order against the Confirmation Order, is attached hereto as **Exhibit B**. Exhibit B reflects the Debtors' and certain Plan supporters' proposed language with respect to the Contested Paragraphs.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Attached hereto as **Exhibit C** is a blackline comparing only the two Contested Paragraphs in the Certain Insurers' Revised Confirmation Order against the Debtors' and Plan supporters' version of these paragraphs in the Revised Confirmation Order.

Dated: September 6, 2022

| | |
|---|---|
| WHITE & CASE LLP<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>WHITE & CASE LLP<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>        mlinder@whitecase.com<br>        laura.baccash@whitecase.com<br>        blair.warner@whitecase.com | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tori L. Remington*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Tori L. Remington (No. 6901)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>        aremming@morrisnichols.com<br>        ptopper@morrisnichols.com<br>        tremington@morrisnichols.com |

*Attorneys for the Debtors and Debtors in Possession*