## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### AMENDED[2] NOTICE OF STATUS CONFERENCE
### SCHEDULED FOR SEPTEMBER 7, 2022, AT 10:00 A.M. EASTERN TIME

**This remote status conference will be conducted entirely over Zoom and requires all participants to register in advance.  Please register by September 7, 2022, at 8:00 a.m. Eastern Time**

**COURTCALL WILL NOT BE USED FOR THIS STATUS CONFERENCE.**

**Please use the following link to register for this status conference:**

**https://debuscourts.zoomgov.com/meeting/register/vJItcu2srDgjHe2ysrhq1kr15T6FWGLwdKQ**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.**

**Topic: Boy Scouts of America**

**Time:  September 7, 2022, at 10:00 a.m. Eastern Time (US and Canada)**

---

[1]    The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]    **Amended items appear in bold.**

<u>STATUS CONFERENCE</u>

<u>Related Documents</u>:

    a)  **Notice of Filing of Further Revised Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC (<u>D.I. 10295</u>, filed 9/07/2022);**

    b)  **Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC (<u>D.I. 10296</u>, filed 9/06/2022);**

    c)  **Notice of Filing of Blackline of Conformed Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC (<u>D.I. 10297</u>, filed 9/06/2022); and**

    d)  **Century's Statement Regarding Debtors' Proposed Revised Confirmation Order (<u>D.I. 10299</u>, filed 9/06/2022).**

<u>Status</u>:    As discussed on the record at the September 1, 2022, hearing and at the direction of the Court, a status conference will be held on the proposed confirmation order.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 7, 2022
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Tori L. Remington*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com
       tremington@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION