Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market Street
6th Floor
Wilmington, DE 19801

2022 SEP 13 PM 2: 2○

September 7, 2022

Case Number SA-▮▮▮▮▮▮▮▮   A Molested Boy Scout Litigant

Reason: Since we have already been, excuse the term, scr-w-d, molested once, I feel paying our lawyers 40 percent of our settlement is way too high, so…

Dear Judge Silverstein:

I am going to make this letter short, I am one of the molested scouts that was taken by man to a home and forced to have oral sex with this white man, that came out of no where and volunteered to take me home as a representative of the Boy Scouts of America, because I had been left behind by my ride that had taken me to the BSA function in another town, that was not my home when I was around 11.5 years old or 12. The family, I guess, forgot me and just left, so I had no choice but to accept.

So, since I am a legit case of being molested, and I signed a contract with a group that has the title of AVA, I learned after the fact that I had signed a contract that allowed these lawyers to take 40 percent of what ever I am given to settle my case. As a man, that was once a leader of scouts as a Senior Patrol Leader, I want to make the suggestion that you, Judge Silverstein, add to your judgment that half of our fee, that we owe to our lawyers, should be paid for, as part of our settlement, by the Boy Scouts of America, so basically half of our lawyer fees would be paid for by the BSA and the other half, or 20 percent, of our 40 percent fee would be paid for by us out of our settlement, what ever it may be. At least this way, we molested scouts won't feel like we were abused again, or you know what in the end.

I went on the web, and I found that in some cases, the judge can make the losing side pay for the winning side's legal fees in certain situations, and I feel the fact that this bankruptcy case has to do with defenseless children that were molested when they were scouts and in the care of this organization and its employees, then the special circumstances can apply here so we can get real justice, and not half justice, because of some huge lawyer fees that America's court system says is okay. Okay, as I said, this is just a suggestion, that I hope you will consider. Note: If I had known up front about the 40 percent, I would have probably looked for another lawyer firm to fight for me. The fee was presented after I had spilled my guts and presented the facts of my case to this firm, so I felt trapped.

