IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Chapter 11
Case No. 20-10343(LSS)

IN RE:
BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC
        DEBTORS

VS

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CLAIMANT # ▮▮▮▮▮▮▮▮

Pro Se

MOTION FOR DESIGNATION
OF RECORD ORDER TO U.S. DISTRICT
COURT, WILMINGTON DE

Now comes # ▮▮▮▮▮▮▮ who respectfully moves the honorable court to order the clerk of court to transmitt case herein record for appeal to office of the clerk U.S. District Court located at 844 N. King St. Unit 18, Wilmington DE 19801-3570
Case No. 1:22-CV-01121

CONCLUSION

Wherefore for reasons herein claimant # ▮▮▮▮ moves this honorable court to grant order



## CERTIFICATE OF SERVICE

I THE UNDERSIGN CERTIFY THAT A COPY OF THE FOREGOING INSTRUMENT WAS SERVED 9-9-22 UPON DEREK C. ABBOTT AT 1201 NORTH MARKET ST. 16th Fl. WILMINGTON, DELAWARE 19889-1347 AND JESSICA C. LAURIA AT 1221 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10020 AND LAURA E. BACCASH AT 111 SOUTH WACKER DRIVE CHICAGO, ILLINOIS 60606



PRO SE

DATE
9-9-12