PROVIDED TO SANTA ROSA CT
SEP 08 2022
FOR MAILING BY

2022 SEP 20 AM 10:39
FILED
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Honable,    9-8-22

Judge Silverstein,

Hope this letter finds you in good spirit's. I'am a claimant to the Boy Scouts of America (BSA) and is represented by the Mr Arnsdale of the AVA Law Firm from Billings, MT. I'm writing to you to thank you Judge Silverstein for being fair and holding the (BSA) accountable. However, I truly believe the (BSA) can continue to function as a rightous organization for kids. It's a organization that make boys to men inspite of bad characters that was in-trusted to run the organization. I truly believe the (BSA) will finally learn from this experience and move forward. I would still in-trust my grandkids to join the (BSA) the organization can longer "no" turn the blind eye to characters that prey on innocence children. And I believe with the right protocall in place this organization can still represent for the advancement of children like it has for the last 100 years (1910) Again, Judge Silverstein Thank you for being Fair.

Sincerly