

**AVA LAW GROUP, INC.**

2718 Montana Ave. Suite 222
Billings, MT 59101

Tel: 1-866-4-AVALAW
Tel: 1-866-428-2529
Fax: (619) 347-2705

support@ava.law

FILED
2022 SEP 20 AM 10: 46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

03-14-2022

March 11, 2022

**VIA USPS MAIL**

████████████████

RE:  Claim Against the Boy Scouts of America (Privileged & Confidential; Attorney-Client Communication)

Dear Mr ████     This is Marissa with the AVA Law Group. I received your letter about paying the attorneys and expenses. I wanted to let you know the attorneys don't get paid unless a settlement is reached. They will take 40% of the settlement and spilt that between the attorneys, You will get the remainder 60%. The expenses can range anywhere from 1-3% but that is just an estimate. That goes towards the cost of court fees etc.

I did receive the pictures you sent and I scanned and uploaded them to your file which I am sending back in this letter for your records. I myself am not able to give any estimates as to how much your settlement will be, but we can work on setting up an attorney client phone call for you to speak with one of our attorneys. They should be able to get you an estimate of what you might be receiving.

Our phone number for you to call out on if you are able is 406-545-4930 and anyone of our agents or myself can try and answer questions for you the best we can.

*I have a signed*
*contract with*
*AVA &*
*Eisenberg*
*Ros Not*

*Mat 10:36*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i) Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before November 16 , 2020 at **5:00 p.m. (Eastern Time)**;[2] or

(ii) Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.



---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

"Illinois Boy Scouts Creed"
(1964 to 1973)
© 1975

Boyscouts, green & Gold Symbol Eagle,
I was 8, and sought for honor & Trust,
Boyscouts of all ages stood firm in fear,
You'd only imagin our sadness & tears,
Betrayal doing bad things to all of us.
ORGANIZATIONS of diabolical distrust,
You Gave me a Medal & Ribbon of disgrace,
Screaming voices getting played
Communities across the nation,
Order of Political Preditors Exploitation,
Unseen faces sworn to Sexual Pain
Team members dominating games
Seducing is their Rule to Abuse of boys,
Children tormented scourging Noises,
Raping me from five to thirteen,
Exploited my body to Politicians, Police,
Endangered my Safty with lust & Sin,
Diabolical Chicago Mayor of Sex & Hate,
Life, walking around in total dismay
Tears, Still fall down my Elderly Face,
Boy Scouts of America are the blame,
Don't touch Me, leave me alone, All Shame.
I Kept this Nightmare locked Away,
MY PAIN, MY ANguish, long Suffering toil
Illinois Boyscouts Creed Sexual Need
I'm Alone walking on the train track Rails,
My Childhood in Scouting Stolen by Betrayal
Boy Scouts of America Preditor

Copyright 1975. ©

☐ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

n/a

*Judge, that Picture is me at 5 yrs old, I'm 63 now, my lawyers are wolfes in sheep clothing, Holy Bible says thou shall not lie, I told the thruth, help me.*

R.   Are you aware of anyone who knew about the sexual abuse?

Those mentioned above.

---

**PART 5: IMPACT OF SEXUAL ABUSE**

**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now.  However, you may be asked to provide the information requested at a later date.)**

A.   Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.)  You can provide a description in your own words and/or use the checkboxes below.  **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse.**

☑ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

☑ Post traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☑ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☑ Education (including not graduating high school, being unable to finish training or education)

☑ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☑ Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)

☑ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☑ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

☐ Other (please explain and add any other information you remember to the categories above)

*Im A VICTIM, AND I have a claim if So why Im NOT Getting compensation*

THE ORANGE COUNTY REGISTER »

## BOY SCOUTS

*Save for 203*



PAT EATON-ROBB — THE ASSOCIATED PRESS

The Deer Lake Boy Scout Reservation in Killingworth, Conn., sits empty last month. The camp is among many nationwide being sold by local councils as membership dwindles and the organization raises money to pay sexual abuse victims as part of a bankruptcy settlement.

# Camps sold are under

*I WAS A CS & BS these are my Brothers, so why is AVA SAYING IM A single CLAIM?*

# strain from abuse suits

name used because his

d. Years of service in each: _____

e. Rank at discharge for each: _____

f. Nature of discharge for each (e.g., honorable): _____

_____

_____


E.   **Involvement with Scouting:**

a. Have you ever been affiliated with Scouting and/or a Scouting program?

   Yes ☑      No ☐

b. When were you involved with Scouting? **Approximately 1964-1973**

_____

c. What type of Scouting unit (i.e., troop) were you involved with?

   ☑ Boy Scouts _____

   ☑ Cub Scouts _____

   ☐ Exploring Scouts _____

   ☐ Sea Scouts _____

   ☐ Venturing _____

   ☐ Other (please explain your involvement with Scouting):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

☑ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

Volunteers

___

E.   Where were you at the time you were sexually abused (city, state, territory and/or country)?

**Illinois, Country Club Hills**

F.   What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☑ Boy Scouts

☑ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

___

G.   What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

**Claimant recalls 15.**

H.   What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

**Claimant is unsure.**

I.   What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

**Possibly Greater St. Louis Area Council**

J.   In which of the following places did the sexual abuse take place?  Check all that apply.

☑ At or in connection with a Scout meeting.

☑ At or in connection with a Scout camp.

☐ Even though I did not want it, my body responded sexually to the sexual abuse.

☑ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

☑ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

☑ The sexual abuser(s) made my family think they could be trusted.

☑ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below. You may attach additional pages if needed.

N. Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse? Yes ☑    No ☐

O. Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse? Yes ☐    No ☑

P. If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

Claimant told his parents who did not believe him.

Q. Did you have any relationship with your sexual abuser outside of Scouting? Check all that app

☐ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

I'm a Victim & Survivor and being Shamed by AVA I told the TRUTH,

S A ▮▮▮▮▮▮▮▮

I'm being Refused a copy of
Court Docket NO #10136
I need SMAIL mail sorry
BSA has $10 Billion IN camps
to Payoff BSA Victims
NATIONwide, As of 6/02/2022

NTY REGISTER » OCREGISTER.COM

SUNDAY, JUNE 5, 2022

# TARA SHAPIRO

*tarashapiro.com*



## Balboa Peninsula Point

### 427 Belvue Lane | Newport Beach

$5,250,000 | 427belvuelane.com

Enchanting Belvue Lane represents what is considered by many to be the most charming location within the seaside enclave of Balboa Peninsula Point. Here on a rare 4,000 SF lot this jewel-box, vintage gem will stir the imagination, as it offers endless possibilities for its new owner.



d

t | Newport Beach

2street.com

tart your vacation! Rarely



SA- █████████

Claimant