In The United States
Bankruptcy Court For
The District of Delaware

In re:
Boy Scouts of America and
Delaware BSA, LLC

Chapter 11
Case No. 20-10343 (LSS)

I'm ▮▮▮ claim Number is SA-▮▮▮ I have not heard a thing in month on the above case. Could you please send me any info on this case any ruling or statements ect I thank this great court for any and all help.

9-13-22