**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>              Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Deirdre M. Richards, hereby certify that on September 21, 2022, I caused a copy of the forgoing *NOTICE OF APPEAL*, to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01853165;v1}

Dated: September 21, 2022        By:    */s/ Deirdre M. Richards*
Wilmington, Delaware                     Deirdre M. Richards (DE Bar No. 4191)
                                         FINEMAN KREKSTEIN & HARRIS PC
                                         1300 N. King Street
                                         Wilmington, DE 19801
                                         Telephone: (302) 538-8331
                                         Email: drichards@finemanlawfirm.com

                                         Michael A. Rosenthal (admitted pro hac vice)
                                         Mitchell A. Karlan (admitted pro hac vice)
                                         James Hallowell (admitted pro hac vice)
                                         Keith R. Martorana (admitted pro hac vice)
                                         GIBSON, DUNN & CRUTCHER LLP
                                         200 Park Avenue
                                         New York, New York 10166
                                         Telephone: (212) 351-4000
                                         Email: mrosenthal@gibsondunn.com
                                               mkarlan@gibsondunn.com
                                               jhallowell@gibsondunn.com
                                               kmartorana@gibsondunn.com

                                         Richard J. Doren (admitted pro hac vice)
                                         Blaine H. Evanson (admitted pro hac vice)
                                         GIBSON, DUNN & CRUTCHER LLP
                                         333 South Grand Avenue
                                         Los Angeles, California 90071
                                         Telephone: (213) 229-7038
                                         Email: rdoren@gibsondunn.com
                                               bevanson@gibsondunn.com

                                         Susan N.K. Gummow (admitted pro hac vice)
                                         FORAN GLENNON PALANDECH PONZI &
                                         RUDLOFF P.C.
                                         222 N. LaSalle St., Suite 1400
                                         Chicago, Illinois 60601
                                         Telephone: (312) 863-5000
                                         Email: sgummow@fgppr.com

                                         *Counsel for National Union Fire Insurance
                                         Company of Pittsburgh, PA., Lexington Insurance
                                         Company, Landmark Insurance Company, and
                                         The Insurance Company of the State of
                                         Pennsylvania*

{01853165;v1}