**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Louis J. Rizzo, Jr. hereby certify that on September 21, 2022, I caused a copy of the forgoing *NOTICE OF APPEAL*, to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

Dated: September 21, 2022
Wilmington, Delaware

By: */s/ Louis J. Rizzo Jr.*
Louis J. Rizzo, Jr. (DE Bar No. 3374)
**REGER RIZZO & DARNALL LLP**
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
Telephone: (302) 477-7100
Email: lrizzo@regerlaw.com

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.