# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Maria Aprile Sawczuk, hereby certify that on September 21, 2022, I caused a copy of the forgoing *NOTICE OF APPEAL*, to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

Dated: 9/21/22  
Wilmington, Delaware

By: */s/Maria Aprile Sawczuk*  
Maria Aprile Sawczuk (DE #3320)  
GOLDSTEIN & MCCLINTOCK LLLP  
501 Silverside Road  
Wilmington, DE 19809  
302-444-6710  
marias@goldmclaw.com

*Attorneys for The Continental Insurance Company and Columbia Casualty Company*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.