## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on September 21, 2022, I caused a true and correct copy of the foregoing *Notice of Appeal* to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties registered in these cases via CM/ECF at their respective email addresses registered with the Court.

Dated: September 21, 2022

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE No. 6184)

#130187649 v3