## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket Nos. 10136, 10316** |

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Liberty Mutual Insurance Company, together with its affiliates and subsidiaries, hereby submits this Notice of Appeal in conformity with Bankruptcy Form B417A.

**Part 1: Identify the appellant(s)**

1. Names of Appellants:   Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, Liberty Insurance Underwriters, Inc. and Liberty Surplus Insurance Corporation.

2. Position of Appellants in the bankruptcy case:   Creditor and party in interest

**Part 2:  Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   *Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* (D.I. 10316) (the "Confirmation Order"), accompanying *Opinion* (D.I. 10136), and all other subsumed judgments, orders, and decrees brought up for review in the appeal.

   A copy of the Confirmation Order is attached hereto as **Exhibit A** and a copy of the Opinion is attached hereto as **Exhibit B**.

2. State the date on which the judgment, order, or decree was entered:

   The Confirmation Order was entered on September 8, 2022, and the Opinion was

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

entered on July 29, 2022.

**Part 3: Identify the other parties to the appeal**

 The parties to the Confirmation Order, and the names, addresses, and telephone numbers of

their attorneys, are as follows:

| | |
|---|---|
| Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, Liberty Insurance Underwriters, Inc. and Liberty Surplus Insurance Corporation (**Appellants**) | **SEITZ, VAN OGTROP & GREEN, P.A**<br>R. Karl Hill<br>222 Delaware Avenue<br>Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-0600<br>Email: khill@svglaw.com<br><br>-and-<br><br>**CHOATE, HALL & STEWART, LLP**<br>Douglas R. Gooding<br>Jonathan D. Marshall<br>Two International Place<br>Boston, MA 02110<br>Telephone: (617) 248-5000<br>Email: dgooding@choate.com<br>   jmarshall@choate.com<br><br>-and-<br><br>**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC**<br>Kim V. Marrkand<br>Laura Bange Stephens<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 542-6000<br>Email: kmarrkand@mintz.com<br>   lbstephens@mintz.com |
| Boy Scouts of America, and Delaware BSA, LLC (**Debtors/Appellees**) | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Derek C. Abbott<br>Andrew R. Remming<br>Paige N. Topper<br>Tori L. Remington<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200 |

11028026

| | |
|---|---|
| | Email:      dabbot@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com<br>tremington@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina<br>Matthew E. Linder<br>Laura E. Baccash<br>Blair M. Warner<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>      mlinder@whitecase.com<br>      laura.baccash@whitecase.com<br>      blair.warner@whitecase.com |
| Tort Claimants' Committee | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Richard M. Pachulski<br>Alan J. Kornfeld<br>Debra I. Grassgreen<br>Iain A.W. Nasatir<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Email: rpachulski@pszjlaw.com<br>      akornfeld@pszjlaw.com<br>      dgrassgreen@pszjlaw.com<br>      inasatir@pszjlaw.com<br>      joneill@pszjlaw.com |
| Coalition of Abused Scouts for Justice | **MONZACK MERSKY AND BROWDER, P.A**<br>Rachel B. Mersky<br>1201 North Orange Street, Suite 400<br>Wilmington, Delaware 19801 |

| | Telephone: (302) 656-8162<br>E-mail: rmersky@monlaw.com<br><br>–and–<br><br>**BROWN RUDNICK LLP**<br>David J. Molton<br>Eric R. Goodman<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Email: dmolton@brownrudnick.com<br>       egoodman@brownrudnick.com<br><br>–and–<br><br>Sunni P. Beville<br>Tristan G. Axelrod<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Email: sbeville@brownrudnick.com<br>       taxelrod@brownrudnick.com |
|---|---|
| Future Claimants'<br>Representative | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>Robert S. Brady<br>Edwin J. Harron<br>Kevin A. Guerke<br>Kenneth J. Enos<br>Jared W. Kochenash<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Email: rbrady@ycst.com<br>       eharron@ycst.com<br>       kguerke@ycst.com<br><br>-and-<br><br>**GILBERT LLP**<br><br>Kami E. Quinn<br>Emily P. Grim<br>W. Hunter Winstead |

| | |
|---|---|
| | Meredith C. Neely<br>Rachel Jennings<br>Kyle Denchant<br>December Huddleston<br>700 Pennsylvania Avenue, SE, Suite 400<br>Washington, DC 20003<br>Telephone:  (202) 772-2200<br>Email: quinnk@gilbertlegal.com<br>      grime@gilbertlegal.com<br>      winsteadh@gilbertlegal.com<br>      neelym@gilbertlegal.com<br>      jenningsr@gilbertlegal.com<br>      denchantk@gilbertlegal.com<br>      huddlestond@gilbertlegal.com |
| The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC | **KTBS LAW LLP**<br>Thomas E. Patterson<br>Daniel J. Bussel<br>Robert J. Pfister<br>Sasha M. Gurvitz<br>1801 Century Park East, Twenty-Sixth Floor<br>Los Angeles, California 90067<br>Telephone (310) 407-4000<br>Email: tpatterson@ktbslaw.com<br>      dbussel@ktbslaw.com<br>      rpfister@ktbslaw.com<br>      sgurvitz@ktbslaw.com<br><br>-and-<br><br>**BIELLI & KLAUDER, LLC**<br>David M. Klauder<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 803-4600<br>Email: dklauder@bk-legal.com |
| Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company | **BAYARD, P.A.**<br>Erin R. Fay<br>Gregory J. Flasser<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Email: efay@bayardlaw.com<br>      gflasser@bayardlaw.com<br><br>-and- |

11028026

| | |
|---|---|
| | **RUGGERI PARKS WEINBERG LLP**<br>James P. Ruggeri<br>Joshua D. Weinberg<br>1875 K Street, N.W., Suite 600<br>Washington, D.C. 20006-1251<br>Telephone: (202) 469-7750<br>Email: jruggeri@ruggerilaw.com<br>jweinberg@ruggerilaw.com<br><br>-and-<br><br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Philip D. Anker<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>Telephone: (212) 230-8890<br>Email: philip.anker@wilmerhale.com<br><br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br><br>Danielle Spinelli<br>Joel Millar<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000<br>Email: danielle.spinelli@wilmerhale.com<br>joel.millar@wilmerhale.com |
| Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America and Chubb Companies | **STAMOULIS & WEINBLATT LLC**<br>Stamatios Stamoulis<br>800 N. West Street<br>Third Floor Wilmington, Delaware 19801<br>Telephone: (302) 999 1540<br>Email: stamoulis@swdelaw.com<br><br>-and-<br><br>**O'MELVENY & MYERS LLP**<br>Tancred Schiavoni<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036-6537<br>Telephone: (212) 326-2000 |

11028026

Email:  tschiavoni@omm.com

**O'MELVENY & MYERS LLP**
Steve Warren
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Email:  swarren@omm.com

-and

**SIMPSON THACHER & BARTLETT LLP**
Mary Beth Forshaw
David Elbaum
425 Lexington Avenue
New York, NY 10017
Telephone:  (212) 455-2000
Email: mforshaw@stblaw.com
        david.elbaum@stblaw.com

11028026

| | |
|---|---|
| American Zurich Insurance Company, American Guarantee Insurance Company, and Steadfast Insurance Company | **TYBOUT, REDFEARN & PELL**<br>Robert D. Cecil, Jr.<br>501 Carr Road, Suite 300<br>Wilmington, Delaware 19899<br>Telephone: (302) 658-6901<br>Email: rcecil@trplaw.com<br><br>-and-<br><br>**CROWELL & MORING LLP**<br>Mark D. Plevin<br>Three Embarcadero Center, 26th Floor<br>San Francisco, California 94111<br>Telephone: (415) 986-2800<br>Email: mplevin@crowell.com<br><br>-and-<br><br>**CROWELL & MORING LLP**<br>Tacie H. Yoon<br>Rachel A. Jankowski<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Email: tyoon@crowell.com<br>       rjankowski@crowell.com |

11028026

| Clarendon National Insurance Company, as successor in interest by merger to Clarendon America Insurance Company; River Thames Insurance Company Limited, as successor in interest to Union America Insurance Company; and Zurich American Insurance Company, as successor to Maryland Casualty Company, Zurich Insurance Company, and American General Fire & Casualty Company | **BALLARD SPAHR LLP**<br>Matthew G. Summers<br>Chantelle D. McClamb<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4428<br>Email: summersm@ballardspahr.com<br>     mcclambc@ballardspahr.com<br><br>-and-<br><br>**STEPTOE & JOHNSON LLP**<br>Harry Lee<br>John O'Connor<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone: (202) 429-8078<br>Email: hlee@steptoe.com<br>     joconnor@steptoe.com |
|---|---|
| Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. | **HOGAN McDANIEL**<br>Daniel K. Hogan<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 656-7540<br>Email: dan@dkhogan.com |
| Official Committee of Unsecured Creditors | **REED SMITH LLP**<br>Kurt F. Gwynne<br>Mark W. Eckard<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>E-mail: kgwynne@reedsmith.com<br>     meckard@reedsmith.com<br><br>-and-<br><br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>Thomas Moers Mayer<br>Rachael Ringer<br>Natan M. Hamerman<br>Jennifer R. Sharret<br>Megan M. Wasson |

| | |
|---|---|
| | 1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>E-mail: tmayer@kramerlevin.com<br>     rringer@kramerlevin.com<br>     nhamerman@kramerlevin.com<br>     jsharret@kramerlevin.com<br>     mwasson@kramerlevin.com |
| JPMorgan Chase Bank, National Association | **WOMBLE BOND DICKINSON (US) LLP**<br>Matthew P. Ward<br>Morgan L. Patterson<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Email: matthew.ward@wbd-us.com<br>     morgan.patterson@wbd-us.com<br><br>-and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Kristian W. Gluck<br>Richard S. Krumholz<br>John Hammond Heath<br>Sarah Brown Cornelia<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Telephone: (214) 855-8000<br>Email: kristian.gluck@nortonrosefulbright.com<br>     richard.krumholz@nortonrosefulbright.com<br>     john.heath@nortonrosefulbright.com<br>     sarah.cornelia@nortonrosefulbright.com |
| Ad Hoc Committee of Local Councils of the Boy Scouts of America | **DLA PIPER, LLP (US)**<br>R. Craig Martin<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801-1147<br>Telephone: (302) 468-5655<br>Email: craig.martin@dlapiper.com<br><br>-and-<br><br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>Richard G. Mason<br>Douglas K. Mayer<br>Joseph C. Celentino<br>Mitchell S. Levy<br>51 West 52nd Street |

11028026

| | |
|---|---|
| | New York, New York 10019<br>Telephone: (212) 403-1000<br>Email: RGMason@wlrk.com<br>DKMayer@wlrk.com<br>JCCelentino@wlrk.com<br>MSLevy@wlrk.com |
| Roman Catholic Ad Hoc Committee | **POTTER ANDERSON & CORROON LLP**<br>Jeremy W. Ryan<br>Aaron H. Stulman<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801-6108<br>Telephone: (302) 984-6000<br>Email: jryan@potteranderson.com<br>astulman@potteranderson.com<br><br>-and-<br><br>**ARENTFOX SCHIFF LLP**<br>Everett Cygal<br>David Spector<br>J. Mark Fisher<br>Neil Lloyd<br>Daniel Schufreider<br>Jin Yan<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5500<br>Email: everett.cygal@afslaw.com<br>david.spector@afslaw.com<br>mark.fisher@afslaw.com<br>neil.lloyd@afslaw.com<br>daniel.schufreider@afslaw.com<br>jin.yan@afslaw.com |
| Norwich Roman Catholic Diocesan Corporation | **GELLERT SCALI BUSENKELL & BROWN LLC**<br>Charles J. Brown, III<br>1201 N. Orange Street, 3rd Floor<br>Wilmington, DE 19801<br>Telephone: 302-425-5813<br>Fax: 302-425-5814<br>Email: cbrown@gsbblaw.com<br><br>-and-<br><br>**ICE MILLER LLP**<br>Louis T. DeLucia |

11028026

| | Alyson M. Fiedler<br>1500 Broadway, Suite 2900<br>New York, New York 10036<br>Telephone: (212) 835-6312<br>Email: Louis.DeLucia@icemiller.com<br>            Alyson.Fiedler@incemiller.com |
|---|---|
| Archdiocese of New York Parishes and Related Entities | **ARCHER & GREINER, P.C.**<br>Alan M. Root<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Telephone: (302) 356-6623<br>Email: aroot@archerlaw.com<br><br>-and-<br><br>**ARCHER & GREINER, P.C.**<br>Gerard DiConza<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 682-4940<br>Email: gdiconza@archerlaw.com |
| Roman Catholic Diocese of Paterson | **PORZIO, BROMBERG & NEWMAN, P.C.**<br>Cheryl A. Santaniello<br>300 Delaware Avenue, Suite 1220<br>Wilmington, DE 19801<br>Telephone: (302) 526-1235<br>Email:  casantaniello@pbnlaw.com<br><br>-and-<br><br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>Warren J. Martin, Jr.<br>Rachel A. Parisi<br>100 Southgate Parkway<br>P.O. Box. 1997<br>Morristown, New Jersey 07962<br>Telephone: (973) 538-4006<br>Email:  wjmartin@pbnlaw.com<br>            raparisi@pbnlaw.com |
| United Methodist Ad Hoc Committee | **MACAULEY LLC**<br>Thomas G. Macauley<br>300 Delaware Avenue, Suite 1018<br>Wilmington, DE 19801<br>Telephone: (302) 656-0100<br>Email: tm@macdelaw.com |

| | |
|---|---|
| | -and-<br><br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>Edwin G. Rice<br>100 N. Tampa Street, Suite 2200<br>Tampa, FL 33602<br>Telephone: 813-559-5500<br>Email: erice@bradley.com |
| The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole | **RICHARDS, LAYTON & FINGER, P.A.**<br>Michael J. Merchant<br>Brett M. Haywood<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Email: merchant@rlf.com<br>       haywood@rlf.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br>Jeffrey E. Bjork<br>Deniz A. Irgi<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560<br>Telephone: (213) 485-1234<br>E-mail: jeff.bjork@lw.com<br>deniz.irgi@lw.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br>Adam J. Goldberg<br>Robert J. Malionek<br>Madeleine C. Parish<br>Benjamin A. Dozier<br>1271 Avenue of the Americas<br>New York, NY 10020-1401<br>Telephone: (212) 906-1200<br>E-mail: adam.goldberg@lw.com<br>    robert.malionek@lw.com<br>    madeleine.parish@lw.com<br>    benjamin.butzin-dozier@lw.com |
| Dumas & Vaughn Claimants | **BIELLI & KLAUDER, LLC**<br>David M. Klauder |

| | 1204 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 803-4600<br>Email: dklauder@bk-legal.com<br><br>-and-<br><br>**DUMAS & VAUGHN, LLC**<br>Gilion C. Dumas<br>Ashley L. Vaughn<br>3835 NE Hancock Street, Suite GL-B<br>Portland, OR 97212<br>Telephone: (503) 616-5007<br>Email: gilion@dumasandvaughn.com<br>        ashley@dumasandvaughn.com |
|---|---|
| Lujan Claimants | **LOIZIDES, P.A.**<br>Christopher D. Loizides<br>1225 North King Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 654-0248<br>Email: Loizides@loizides.com<br><br>-and-<br><br>**LUJAN & WOLFF LLP**<br>Delia Lujan Wolff<br>Suite 300, DNA Bldg.<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910<br>Telephone: (671) 477-8064/5<br>Email: dslwolff@lawguam.com |
| Archbishop of Agaña, a Corporation Sole | **GELLERT SCALI BUSENKELL & BROWN LLC**<br>Charles J. Brown, III<br>1201 N. Orange Street, 3rd Floor<br>Wilmington, DE 19801<br>Telephone: 302-425-5813<br>Email: cbrown@gsbblaw.com |
| Guam Committee | **HILLER LAW, LLC**<br>Adam Hiller<br>300 Delaware Avenue, Suite 210, #227<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7677<br>Email:   ahiller@adamhillerlaw.com<br><br>*-and-* |

11028026

**STINSON LLP**
Robert T. Kugler
Edwin H. Caldie
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Email:  robert.kugler@stinson.com
           ed.caldie@stinson.com

-and-

**STINSON LLP**
Christina D. Arnone
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone:  (816) 842-8600
Email:  christina.arnone@stinson.com

| Allianz Global Risks US Insurance Company | **TROUTMAN PEPPER HAMILTON SANDERS LLP** <br> David M. Fournier <br> Marcy J. McLaughlin Smith <br> Hercules Plaza <br> 1313 Market Street <br> Suite 5100 <br> P.O. Box 1709 <br> Wilmington, DE 19899-1709 <br> Telephone:    (404) 885-3000 <br> Email:  david.fournier@troutman.com <br>          marcy.smith@troutman.com <br><br> -and- <br><br> **PARKER, HUDSON, RAINER & DOBBS** <br> Harris B. Winsberg <br> 303 Peachtree Street NE <br> Suite 3600 <br> Atlanta, GA  30308 <br> Telephone:  (404) 420-4313 <br> Email:  hwinsberg@phrd.com <br><br> -and- <br><br> **McDERMOTT WILL & EMERY LLP** <br> Margaret H. Warner <br> Ryan S. Smethurst <br> Alex M. Spisak <br> The McDermott Building <br> 500 North Capitol Street, NW <br> Washington, DC 20001-1531 <br> Telephone:  (202) 756-8228 <br> Email:  mwarner@mwe.com <br>          rsmethurst@mwe.com <br>          aspisak@mwe.com |
|---|---|

11028026

| | |
|---|---|
| National Surety Corporation and Interstate Fire & Casualty Company | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>David M. Fournier<br>Marcy J. McLaughlin Smith<br>Hercules Plaza<br>1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone:  (404) 885-3000<br>Email:  david.fournier@troutman.com<br>          marcy.smith@troutman.com<br><br>-and-<br><br>**PARKER, HUDSON, RAINER & DOBBS**<br><br>Harris B. Winsberg<br>303 Peachtree Street NE<br>Suite 3600<br>Atlanta, GA  30308<br>Telephone: (404) 420-4313<br>Email:  hwinsberg@phrd.com<br><br>*-and-*<br><br>**BRADLEY RILEY JACOBS PC**<br>Todd C. Jacobs<br>John E. Bucheit<br>Paul J. Esker<br>500 West Madison Street<br>Suite 1000<br>Chicago, IL 60661<br>Telephone:  (312) 281-0295<br>Email:  TJacobs@bradleyriley.com<br>          jbucheit@bradleyriley.com<br>          pesker@bradleyriley.com |

11028026

| National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Landmark Insurance Company, and The Insurance Company of the State of Pennsylvania | **FINEMAN KREKSTEIN & HARRIS PC**<br>Deirdre M. Richards (DE Bar No. 4191)<br>1300 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 538-8331<br>Email: drichards@finemanlawfirm.com<br><br>-and-<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>Michael A. Rosenthal<br>Mitchell A. Karlan<br>James Hallowell<br>Keith R. Martorana<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>Email: mrosenthal@gibsondunn.com<br>        mkarlan@gibsondunn.com<br>        jhallowell@gibsondunn.com<br>         kmartorana@gibsondunn.com<br> -and-<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>Richard J. Doren<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 229-7038<br>Email: rdoren@gibsondunn.com<br><br>-and-<br><br>**FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.**<br>Susan N.K. Gummow<br>222 N. LaSalle St., Suite 1400<br>Chicago, Illinois 60601<br>Telephone: (312) 863-5000<br>Email: sgummow@fgppr.com |

| Argonaut Insurance Company and Colony Insurance Company | **POST & SCHELL, P.C.**<br>Paul Logan<br>300 Delaware Avenue<br>Suite 1380<br>Wilmington, DE  19801<br>Telephone:  (302) 251-8856<br>Email:  plogan@postschell.com<br><br>-and-<br><br>**POST & SCHELL, P.C.**<br>John C. Sullivan<br>Kathleen K. Kerns<br>Four Penn Center – 13th Floor<br>1600 John F. Kennedy Boulevard<br>Philadelphia, PA  19103<br>Telephone:  (215) 587-1000<br>Email:  jsullivan@postschell.com<br>         kkerns@postschell.com<br><br>-and-<br><br>**IFRAH PLLC**<br>George R. Calhoun<br>1717 Pennsylvania Avenue, N.W.<br>Suite 650<br>Washington, DC  20006<br>Telephone:  (202) 840-8758<br>Email:  george@ifrahlaw.com |
|---|---|

| General Star Indemnity Company | **SMITH, KATZENSTEIN & JENKINS LLP**<br>Kathleen M. Miller<br>1000 West Street, Suite 501<br>P.O. Box 410<br>Wilmington, DE 19899<br>Telephone: (302) 652-8400<br>Email: kmiller@skjlaw.com<br><br>-and-<br><br>**WILEY REIN LLP**<br>Mary E. Borja<br>Gary P. Seligman<br>Ashley L. Criss<br>2050 M Street NW<br>Washington, DC 20036<br>Telephone: (202) 719-7000<br>Email:  mborja@wiley.law<br>         gseligman@wiley.law<br>         acriss@wiley.law |
| --- | --- |

11028026

| | |
|---|---|
| Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company | **BODELL BOVÉ, LLC**<br>Bruce W. McCullough<br>1225 N. King Street, Suite 1000<br>P.O. Box 397<br>Wilmington, DE 19899-0397<br>Telephone: (302) 655-6749,<br>Email: bmccullough@bodellbove.com<br><br>-and-<br><br>**CLYDE & CO US LLP**<br>Bruce D. Celebrezze<br>150 California Street, 15th Floor<br>San Francisco, California 94111<br>Telephone:  (415) 365-9800<br>Email:  bruce.celebrezze@clydeco.us<br><br>Konrad R. Krebs<br>340 Mt. Kemble Avenue, Suite 300<br>Morristown, NJ 07960<br>Telephone:  (973) 210-6700<br>Email:  konrad.krebs@clydeco.us<br><br>-and-<br><br>**DAVID CHRISTIAN ATTORNEYS LLC**<br>David Christian<br>105 W. Madison Street, Suite 1400<br>Chicago, IL 60602<br>Telephone: (312) 282-5282<br>Email:   dchristian@dca.law |

11028026

| | |
|---|---|
| Arch Insurance Company | **SMITH, KATZENSTEIN & JENKINS LLP**<br>Kathleen M. Miller<br>1000 North West Street<br>Suite 1501<br>P.O. Box 410<br>Wilmington, DE  19899 (courier 19801)<br>Telephone:  (302) 652-8400<br>Email:  kmiller@skjlaw.com<br><br>-and-<br><br>**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**<br>Ronald P. Schiller<br>Matthew A. Hamermesh<br>Sharon F. McKee<br>Elizabeth C. Dolce<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>Telephone:  (215) 568 6200<br>Email:  rschiller@hangley.com<br>        mhamermesh@hangley.com<br>        smckee@hangley.com<br>        edolce@hangley.com |
| Indian Harbor Insurance Company, on behalf of itself and as successor in interest to Catlin Specialty Insurance Company | **SMITH, KATZENSTEIN & JENKINS LLP**<br>Kathleen M. Miller<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington, DE  19899 [Courier 19801]<br>Telephone: (302) 652-8400<br>Email: kmiller@skjlaw.com<br><br>-and-<br><br>**MOUND COTTON WOLLAN & GREENGRASS LLP**<br>Lloyd A. Gura<br>Pamela J. Minetto<br>One New York Plaza 44th Floor<br>New York, NY 10004<br>Telephone: (212) 804-4282<br>Email: lgura@moundcotton.com<br>        pminetto@moundcotton.com |

11028026

| | |
|---|---|
| The Continental Insurance Company and Columbia Casualty Company | **GOLDSTEIN & MCCLINTOCK LLLP** <br> Maria Aprile Sawczuk <br> 501 Silverside Road <br> Wilmington, DE 19809 <br> Telephone (302) 444-6710 <br> Email:  marias@goldmclaw.com <br><br> -and- <br><br> **LOEB & LOEB LLP** <br> Laura McNally <br> Emily Stone <br> 321 N. Clark Street, Suite 2300 <br> Chicago, IL 60654 <br> Telephone:  (312) 464-3155 <br> Email:  lmcnally@loeb.com <br> estone@loeb.com |
| Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company | **REGER RIZZO & DARNALL LLP** <br> Louis J. Rizzo, Jr. <br> 1521 Concord Pike, Suite 305 <br> Brandywine Plaza West <br> Wilmington, Delaware 19803 <br> Telephone:  (302) 477-7100 <br> Email: lrizzo@regerlaw.com |
| Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company | **DILWORTH PAXSON LLP** <br> Thaddeus J. Weaver <br> 704 King Street, Suite 500 <br> P.O. Box 1031 <br> Wilmington, DE  19899-1031 <br> Telephone:  (302) 571-8867 <br> Email:  tweaver@dilworthlaw.com <br><br> -and- <br><br> **DILWORTH PAXSON LLP** <br> William E. McGrath, Jr. <br> 2 Research Way, Suite 103 <br> Princeton, NJ  08540 <br> Telephone:  (609) 924-6000 <br> Email:  wmcgrath@dilworthlaw.com |

| | |
|---|---|
| Arrowood Indemnity Company | **JOYCE, LLC**<br>Michael J. Joyce<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Telephone:  (302) 388-1944<br>Email:  mjoyce@mjlawoffices.com<br><br>-and-<br><br>**COUGHLIN MIDLIGE & GARLAND, LLP**<br>Kevin Coughlin<br>Lorraine Armenti<br>Michael Hrinewski<br>350 Mount Kemble Avenue<br>PO Box 1917<br>Morristown, NJ 07962<br>Telephone:  (973) 267-0058<br>Email:  larmenti@cmg.law<br>          mhrinewski@cmg.law<br><br>-and-<br><br>**CARRUTHERS & ROTH, P.A.**<br>Britton C. Lewis<br>235 N. Edgeworth Street<br>P.O. Box 540<br>Greensboro, NC  27401<br>Telephone:  (336) 478-1146<br>Email:  bcl@crlaw.com |
| Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company | **COZEN O'CONNOR**<br>Marla S. Benedek<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Telephone:  (302) 295-2024<br>Email:  mbenedek@cozen.com |

| Gemini Insurance Company | **WERB & SULLIVAN**<br>Brian A. Sullivan<br>Legal Arts Building<br>1225 N. King Street<br>Suite 600<br>Wilmington, Delaware  19801<br>Telephone: (302)  652-1100<br>Email: bsullivan@werbsullivan.com<br><br>-and-<br><br>**GIEGER LABORDE & LAPEROUOSE, LLC**<br>John E.W. Baay II<br>701 Poydras Street<br>Suite 4800<br>New Orleans, LA 70139<br>Telephone: (504) 561-0400<br>Email: jbaay@glllaw.com<br><br>-and-<br><br>**KIERNAN TREBACH LLP**<br>William H. White Jr<br>1233 20th Street, NW<br>8th Floor<br>Washington, DC 20036<br>Telephone: (202) 712-7000<br>Email: wwhite@kiernantrebach.com |
|---|---|

| | |
|---|---|
| Old Republic Insurance Company | **MORRIS JAMES LLP**<br>Stephen M. Miller<br>Carl N. Kunz, III<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-6800<br>Email: smiller@morrisjames.com<br>      ckunz@morrisjames.com<br><br>-and-<br><br>**FOX SWIBEL LEVIN & CARROLL LLP**<br>Margaret M. Anderson<br>Ryan T. Schultz<br>Adam A. Hachikian<br>Kenneth M. Thomas<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 224-1200<br>Email: panderson@foxswibel.com<br>      rschultz@foxswibel.com<br>      ahachikian@foxswibel.com<br>      kthomas@foxswibel.com |
| Markel Service, Incorporated, Claim Service Manager for Alterra Excess & Surplus and Evanston Insurance Company | **GREENBERG TRAURIG, LLP**<br>Dennis A. Meloro<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone:  (302) 661-7395<br>Email:  melorod@gtlaw.com<br><br>-and-<br><br>**BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br>Michael J. Pankow<br>410 17th Street, Suite 2200<br>Denver, Colorado  80202<br>Telephone:  (303) 223-1100<br>Email:  mpankow@bhfs.com |
| Girl Scouts of the United States of America | **DORSEY & WHITNEY (DELAWARE) LLP**<br>Eric Lopez Schnabel<br>Alessandra Glorioso<br>300 Delaware Avenue, Suite 1010<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-7171<br>E-mail: schnabel.eric@dorsey.com |

|  | glorioso.alessandra@dorsey.com<br><br>-and-<br><br>DORSEY & WHITNEY LLP<br>Bruce R. Ewing<br>Eric Lopez Schnabel<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 415-9200<br>E-mail: ewing.bruce@dorsey.com<br>          schnabel.eric@dorsey.com |
|--|--|

| | |
|---|---|
| Eric Pai, Administrator of the Estate of Jarred Pai, a minor | **SULLIVAN HAZELTINE ALLINSON LLC**<br>William D. Sullivan<br>William A. Hazeltine<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Telephone: (302) 428-8191<br>Email: bsullivan@sha-llc.com<br>　　　　whazeltein@sha-llc.com |
| Texas Taxing Authorities | **McCREARY, VESELKA, BRAGG & ALLEN, P.C.**<br>Tara LeDay<br>P. O. Box 1269<br>Round Rock, TX 78680-1269<br>Telephone: (512) 323-3200<br>Email: tleday@mvbalaw.com |
| Oracle America, Inc. | **MARGOLIS EDELSTEIN**<br>James E. Huggett<br>300 Delaware Avenue, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-1112<br>E-mail: jhuggett@margolisedelstein.com<br><br>-and-<br><br>**DOSHI LEGAL GROUP, P.C.**<br>Amish R. Doshi<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042<br>Telephone (516) 622-2335<br>Email: amish@doshilegal.com<br><br>-and-<br><br>**BUCHALTER, A PROFESSIONAL CORPORATION**<br>Shawn M. Christianson<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105<br>Telephone: (415) 227-0900<br>Email: schristianson@buchalter.com<br><br>-and-<br><br>**ORACLE AMERICA, INC.**<br>Peggy Bruggman<br>Alice Miller<br>500 Oracle Parkway |

| | |
|---|---|
| | Redwood City, California 94065<br>Telephone: (650) 506-5200 |
| Everest National Insurance Company | **CARLTON FIELDS, P.A.**<br>Nader A. Amer<br>2 Miami Central<br>700 NW 1st Avenue, Suite 1200<br>Miami, Florida 33136-4118<br>Telephone: (305) 539-7205<br>Email: namer@carltonfields.com |
| AT&T Corp. | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>David P. Primack (#4449)<br>300 Delaware Avenue, Suite 1014<br>Wilmington, Delaware 19801<br>Telephone: 302-300-4515<br>Email: dprimack@mdmc-law.com<br><br>-and-<br><br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>Brian J. Lohan<br>70 West Madison Street<br>Chicago, Illinois 60602<br>Telephone: (312) 583-2300<br>Email: brian.lohan@arnoldporter.com |

11028026

| LSR Claimants | **Klein LLC**<br>Julia B. Klein<br>225 West 14th Street, Suite 100<br>Wilmington, Delaware 19801<br>Telephone: (302) 438.0456<br>Email: klein@kleinllc.com<br><br>-and-<br><br>**LINDER, SATTLER & ROGWOSKY, LLP**<br>Erica B. Sattler<br>270 North Avenue, Suite 202<br>New Rochelle, New York 10801<br>Telephone: (914) 915-8566<br>Email:  lsrlawny@gmail.com |
|---|---|
| Zuckerman Spaeder LLP, on behalf of its Zuckerman Claimants | **ZUCKERMAN SPAEDER LLP**<br>Carl S. Kravitz<br>Andrew N. Goldfarb<br>Nicholas M. DiCarlo<br>1800 M Street, NW, Suite 1800<br>Washington, DC 20036<br>Telephone: (202) 778-1800<br>Email:  ckravitz@zuckerman.com<br>        agoldfarb@zuckerman.com<br>        ndicarlo@zuckerman.com<br><br>-and-<br><br>**LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Matthew B. McGuire<br>919 Market Street, Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19899<br>Telephone: (302) 467-4410<br>Email: landis@lrclaw.com<br>        mcguire@lrclaw.com |

11028026

| | |
|---|---|
| Parker Waichman LLP, on behalf of its Rejecting PW Abuse Survivor Clients | **BURR & FORMAN LLP**<br>J. Cory Falgowski<br>1201 N. Market Street, Suite 1407<br>Wilmington, Delaware 19801<br>Telephone: (302) 830-2312<br>Email: jfalgowski@burr.com<br><br>-and-<br><br>**PARKER WAICHMAN LLP**<br>Melanie H. Muhlstock<br>6 Harbor Park Drive<br>Port Washington, NY 11050<br>Telephone: (516) 466-6500<br>Email: mmuhlstock@yourlawyer.com |
| United States Trustee | **ANDREW R. VARA, UNITED STATES TRUSTEE FOR REGIONS 3 AND 9**<br>Timothy J. Fox, Jr.<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone:  (302) 573-6491<br>Email:  Timothy.Fox@usdoj.gov |

11028026

| | |
|---|---|
| William L. McCalister, Jr. | **Gellert Scali Busenkell & Brown LLC** <br> Ronald S. Gellert <br> 1201 North Orange Street, 3rd Floor <br> Wilmington, DE 19801 <br> Telephone:  (302) 425-5806 <br> Email:  rgellert@gsbblaw.com <br><br> -and- <br><br> **GUNN, LEE & CAVE, P.C.** <br> Ted D. Lee <br> 8023 Vantage Drive, Suite 1500 <br> San Antonio, TX 78230 <br> Telephone:  (210) 886-9500 <br> Email:  tlee@gunn-lee.com |
| I. G. | **GELLERT SCALI BUSENKELL & BROWN LLC** <br> Ronald S. Gellert <br> 1201 North Orange Street, 3rd Floor <br> Wilmington, DE 19801 <br> Telephone:  (302) 425-5806 <br> Email:  rgellert@gsbblaw.com |
| Jane Doe | **CHIPMAN BROWN CICERO & COLE, LLP** <br> Mark L. Desgrosseilliers <br> Hercules Plaza <br> 1313 North Market Street, Suite 5400 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 295-0191 <br> Email: desgross@chipmanbrown.com <br><br> -and- <br><br> **ROBINSON MAHONEY PLLC** <br> Cindy L. Robinson <br> Doug Mahoney <br> 1210 Post Road <br> Fairfield, Connecticut 06824 <br> Telephone: (203) 692-2186 <br> Email: crobinson@robinsonmahoney.com <br>        dmahoney@robinsonmahoney.com |
| Brown & Bigelow, Inc. | **(Pro Se)** <br> Brown & Bigelow, Inc. <br> 1400 Corporate Center Curve, Suite 100 <br> Eagan, Minnesota 55121 |

\*Additional interested parties include pro se individuals filing documents at D.I. 7663-7664 (W.D.), 7920-7921 (B.C.), 8374-8375 (D.W.), 8657-8658 (M.C.), 8734-8735 (G.M.), 8762 and 8764 (F.S.), 8972-8973 (G.M.), 9007-9008 (L.W.), 9291-9292 (D.W.), and 9516 and

11028026

9518 (Claimant 39), from which names and addresses have been redacted.  Names and addresses are available to the Debtors and their Claim Agent, Omni Solutions.

**Part 4: Optional election to have appeal heard by District Court:**

N/A

**Part 5: Sign Below:**

Dated: September 21, 2022

Wilmington, Delaware

By: */s/ R. Karl Hill*

R. Karl Hill (Del. Bar No. 2747)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

-and-

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Email:  dgooding@choate.com
        jmarshall@choate.com

-and-

Kim V. Marrkand (admitted *pro hac vice*)
Laura Bange Stephens (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO PC
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Email:  KVMarrkand@mintz.com
        LBStephens@mintz.com

*Counsel to Liberty Mutual Insurance Company*

11028026