# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Karl Hill, hereby certify that on September 21, 2022, I caused a copy of the forgoing *NOTICE OF APPEAL*, to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

Dated: September 21, 2022  
Wilmington, Delaware

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ R. Karl Hill  
R. Karl Hill (Del. Bar No. 2747)  
222 Delaware Avenue  
Suite 1500  
Wilmington, Delaware 19801  
Telephone: (302) 888-0600  
Email: khill@svglaw.com

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.