# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Thaddeus J. Weaver, Esquire, hereby certify that on September 21, 2022, I caused a copy of the forgoing "Notice of Appeal" on behalf of Appellant Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company, to be filed and served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in above-captioned matter, via CM/ECF.

**DILWORTH PAXSON LLP**

By: */s/ Thaddeus J. Weaver*
Thaddeus J. Weaver (Id. No. 2790)
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 571-8867 (Telephone)
(302) 351-8735 (Facsimile)
Email: tweaver@dilworthlaw.com

*Attorneys for Appellant, Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

122930444-1