# CERTIFICATE OF SERVICE

I, Marla S. Benedek, counsel to Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company, hereby certify that on September 21, 2022, I caused a true and correct copy of the *Notice of Appeal* to be served on all registered users of the Court's Case Management/Electronic Case File ("CM/ECF") in this case via CM/ECF.

Dated:  September 21, 2022

COZEN O'CONNOR

*/s/ Marla S. Benedek*
Marla S. Benedek (No. 6638)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2024
Facsimile:  (302) 250-4498
Email:  mbenedek@cozen.com

*Counsel to Appellants Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

LEGAL\59631351\2