**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 10298** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' AMENDED SEVENTH MOTION FOR ENTRY OF AN ORDER, UNDER 28 U.S.C. § 1452 AND FED. R. BANKR. P. 9006(b) AND 9027, EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE CIVIL ACTIONS AND GRANTING RELATED RELIEF**

The undersigned counsel to the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") hereby certifies as follow:

1.      On May 9, 2022, the Debtors filed *the Debtors' Seventh Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period Within Which the Debtors May Remove Civil Actions and Granting Related Relief* [D.I. 9779] (the "Motion").  Allianz Global Risks US Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company (collectively, "Allianz") objected [D.I. 9821] to the Motion and Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company, and Gulf Insurance Company (together with Allianz, the "Objecting Parties") joined Allianz's objection [D.I. 9825].

2.      The Debtors and Objecting Parties agreed to adjourn the hearing on the Motion until after the Court ruled on confirmation of the Plan.[2]

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the

3.      In consideration of the delays associated with resolution of the Motion and to ensure the ability to remove claims and causes of action within a realistic timeframe, the Debtors filed the *Debtors' Amended Seventh Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period Within Which the Debtors May Remove Civil Actions and Granting Related Relief* [D.I. 10298] (the "Amended Motion").  By the Amended Motion, the Debtors seek to extend the period within which the Debtors may file notices of removal of claims or causes of action under rule 9027 of the Federal Rules of Bankruptcy Procedure by an additional 90 days from the end of the originally proposed removal period to and including December 6, 2022  (the "Removal Period").

4.      As noted in the Amended Motion, the Objecting Parties have consented to the extension of the Removal Period requested in the Amended Motion despite their previously docketed objections.[3]  Amended Motion ¶ 24.

*[Remainder of Page Intentionally Left Blank]*

---

Amended Motion.

[3]  The Objecting Parties have reserved their rights to object to any additional requests by the Debtors to further extend the Removal Period.  Amended Motion ¶ 24.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order

attached as Exhibit A to the Amended Motion at its earliest convenience.

Dated:  September 22, 2022                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        Wilmington, Delaware

*/s/ Tori L. Remington*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@morrisnichols.com
      aremming@morrisnichols.com
      ptopper@morrisnichols.com
      tremington@morrisnichols.com

– and –

WHITE & CASE LLP
Jessica C. Lauria (*admitted pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

Michael C. Andolina (*admitted pro hac vice*)
Matthew E. Linder (*admitted pro hac vice*)
Laura E. Baccash (*admitted pro hac vice*)
Blair M. Warner (*admitted pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com
      blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS
IN POSSESSION