IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Boy Scouts of America and Delaware BSA, LLC

| | | |
|---|---|---|
| General Star Indemnity Company, | ) | |
| Appellant, | ) | Civil Action No. 22-cv-01240-UNA |
| | ) | |
| v. | ) | |
| | ) | |
| Boy Scouts of America, | ) | Bankruptcy Case No.   20-10343 LSS |
| Delaware BSA, LLC, | ) | Bankruptcy BAP No.   22-00060 |
| Appellees, | ) | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 09/08/22 was docketed in the District Court on 09/22/22:

**Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with technical modifications) For Boy Scouts of America and Delaware BSA, LLC**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

John A. Cerino
Clerk of Court

/mkr
Date: 09/22/2022
CC.   U.S. Bankruptcy Court
         Counsel via CM/ECF