# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 10338 & \_\_\_\_\_** |

## ORDER ADJOURNING HEARING ON L.W.'S MOTION FOR ENTRY OF ORDER ALLOWING ADMINISTRATIVE CLAIM

Upon the motion (the "Motion to Adjourn")[2] of the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), for entry of an order (this "Order") adjourning the hearing on Lonnie Washburn's *Motion for Entry of Order Allowing Administrative Claim* [D.I. 10338] to October 27, 2022; and entry of this Order being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not defined herein are defined in the Motion to Adjourn.

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Adjourn is GRANTED a set forth herein.

2. The hearing on Mr. Washburn's *Motion for Entry of Order Allowing Administrative Claim* [D.I. 10338] (the "Motion") is adjourned and will be heard on October 27, 2022, at 10:00 a.m. (ET).

3. Responses or objections to the Motion must be in writing, filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon Mr. Washburn on or before October 6, 2022, at 4:00 p.m. (ET).

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: September 22nd, 2022**
**Wilmington, Delaware**

*[Signature]*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**