# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
              ) SS.:
COUNTY OF NEW CASTLE   )

I, Jesse Blevins, do depose and say:

1. I am employed by Reliable. Reliable was engaged by the Certain Insurers in the above-captioned Chapter 11 case to serve the Notice of Appeal filed by those insurers who filed appeals, as identified below.

2. On September 21, 2022, at my direction and under my supervision, employees of Reliable caused true and correct copies of the following documents to be served on the parties as identified on the attached Exhibit A:

- Notice of Appeal filed by National Union Fire Insurance Company of Pittsburgh, PA, Lexington Insurance Company, Landmark Insurance Company and The Insurance Company of the State of Pennsylvania [D.I. 10378]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

- Notice of Appeal filed by Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company [D.I. 10379]

- Notice of Appeal filed by The Continental Insurance Company and Columbia Casualty Company [D.I. 10382]

- Notice of Appeal filed by Allianz Global Risks US Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company [D.I. 10384]

- Notice of Appeal filed by Argonaut Insurance Company and Colony Insurance Company [D.I. 10386]

- Notice of Appeal filed by Arrowood Indemnity Company [D.I. 10388]

- Notice of Appeal filed by Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, Liberty Insurance Underwriters, Inc. and Liberty Surplus Insurance Corporation [D.I. 10391]

- Notice of Appeal filed by Old Republic Insurance Company [D.I. 10392]

- Notice of Appeal filed by General Star Indemnity Company [D.I. 10393]

- Notice of Appeal filed by Indian Harbor Insurance Company [D.I. 10396]

- Notice of Appeal filed by Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company [D.I. 10398]

- Notice of Appeal filed by Arch Insurance Company [D.I. 10401]

- Notice of Appeal filed by Great American Assurance Company f/k/a Agricultural Insurance Company, Great American E&S Insurance Company f/k/a Agricultural Excess and Surplus Insurance Company, and Great American E&S Insurance Company [D.I. 10403]

- Notice of Appeal filed by Gemini Insurance Company [D.I. 10405]

- Notice of Appeal filed by Traders and Pacific Insurance Company; Endurance American Specialty Insurance Company; and Endurance American Insurance Company [D.I. 10407]

SWORN AND SUBSCRIBED before me, this 21st day of September 2022.

Notary Public

DAVID TYLER KITTO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 6, 2023

# EXHIBIT A

Notice of Appeal Affidavit of Service  - Exhibit A

**BSA Via Email**

| Jessica C. Lauria | jessica.lauria@whitecase.com |
|---|---|
| Michael C Andolina | mandolina@whitecase.com |
| Matthew Linder | mlinder@whitecase.com |
| Laura E. Baccash | laura.baccash@whitecase.com |
| Blair M. Warner | blair.warner@whitecase.com |
| Samuel Hershey | sam.hershey@whitecase.com |
| Glenn Kurtz | gkurtz@whitecase.com |
| Robert Tiedemann | rtiedemann@whitecase.com |
| Andrew Hammond | ahammond@whitecase.com |
| Jennifer Thomas | Jennifer.thomas@whitecase.com |
| Doah Kim | doah.kim@whitecase.com |
| Ronald Gorsich | rgorsich@whitecase.com |
| Camille Shepherd | camille.shepherd@whitecase.com |
| Derek Abbott | DAbbott@morrisnichols.com |
| Andrew Remming | aremming@morrisnichols.com |
| Paige Topper | ptopper@morrisnichols.com |
| Tori Remington | tremington@morrisnichols.com |
| Ernest Martin | Ernest.Martin@haynesboone.com |
| Adrian Azer | Adrian.Azer@haynesboone.com |

**U.S. Trustee Email and First Class Mail**

| David L. Buchbinder | david.l.buchbinder@usdoj.gov |
|---|---|
| Hanna Mufson McCollum | hannah.mccollum@usdoj.gov |
| Timothy Fox | timothy.fox@usdoj.gov |

**Tort Claimants' Committee Via Email**

| John W. Lucas | jlucas@pszjlaw.com |
|---|---|
| James O'Neill | joneill@pszjlaw.com |
| Debra Grassgreen | dgrassgreen@pszjlaw.com |
| Malhar S. Pagay | mpagay@pszjlaw.com |
| Richard M. Pachulski | rpachulski@pszjlaw.com |
| Alan J. Kornfeld | akornfeld@pszjlaw.com |
| Iain Nasatir | inasatir@pszjlaw.com |

**Ad Hoc Committee of Local Councils Via Email**

| Richard G. Mason | RGMason@WLRK.com |
|---|---|
| Douglas K. Mayer | DKMayer@WLRK.com |
| Joseph C. Celentino | JCCelentino@WLRK.com |
| Mitchell Levy | MSLevy@wlrk.com |
| Craig Martin | craig.martin@us.dlapiper.com |

**Creditors' Committee Via Email**

| Thomas Moers Mayer | TMayer@kramerlevin.com |
|---|---|
| Rachael Ringer | rringer@kramerlevin.com |
| Jennifer Sharret | jsharret@kramerlevin.com |
| Megan Wasson | mwasson@kramerlevin.com |
| Natan Hammerman | nhamerman@kramerlevin.com |
| Mark Eckar | meckard@reedsmith.com |
| Kurt Gwynne | kgwynne@reedsmith.com |

**Future Claimants' Representative Via Email**

| Robert Brady | rbrady@ycst.com |
|---|---|
| Edwin Harron | eharron@ycst.com |
| Kenneth Enos | kenos@ycst.com |
| Kevin Guerke | kguerke@ycst.com |
| Jared Kochenash | jkochenash@ycst.com |
| Rachel Jennings | jenningsr@gilbertlegal.com |
| Meredith Neely | neelym@gilbertlegal.com |
| Kami Quinn | quinnk@gilbertlegal.com |
| W. Hunter Winstead | winsteadh@gilbertlegal.com |
| Emily Grim | grime@gilbertlegal.com |
| Kyle Denchant | denchantk@gilbertlegal.com |
| December Huddleston | huddlestond@gilbertlegal.com |

**Coalition of Abused Scouts for Justice Via Email**

| D. Cameron Moxley | cmoxley@brownrudnick.com |
|---|---|
| David Molton | dmolton@brownrudnick.com |
| Sunni Beville | sbeville@brownrudnick.com |
| Tristan Axelrod | taxelrod@brownrudnick.com |
| Barbara J. Kelly | bkelly@brownrudnick.com |
| Gerard Cicero | gcicero@brownrudnick.com |
| Eric Goodman | egoodman@brownrudnick.com |
| Rachel Merksy | rmersky@monlaw.com |

**JPMorgan Chase Bank, N.A. Via Email**

| Kristian Gluck | kristian.gluck@nortonrosefulbright.com |
|---|---|
| John Heath | john.heath@nortonrosefulbright.com |
| Sarah Cornelia | sarah.cornelia@nortonrosefulbright.com |
| Steven Zelin | zelin@pjtpartners.com |
| John Singh | singhj@pjtpartners.com |
| Scott Meyerson | meyerson@pjtpartners.com |
| Lukas Schwarzmann | lukas.schwarzmann@pjtpartners.com |
| Richard S. Krumholz | richard.krumholz@nortonrosefulbright.com |
| Matthew P. Ward | matthew.ward@wbd-us.com |
| Morgan L. Patterson | morgan.patterson@wbd-us.com |

**The Church of Jesus Christ of Latter-day Saints, a Utah Corporation sole Via Email**

| Jeff Bjork | jeff.bjork@lw.com |
|---|---|

2

| Robert Malionek | Robert.malionek@lw.com |
| Deniz Irgi | deniz.irgi@lw.com |
| Adam Goldberg | adam.goldberg@lw.com |
| Blake Denton | Blake.Denton@lw.com |
| Amy Quartarolo | Amy.Quartarolo@lw.com |
| Benjamin Dozier | Benjamin.Butzin-Dozier@lw.com |
| Sohom Datta | Sohom.Datta@lw.com |
| Natasha BronnSchrier | natasha.bronnschrier@lw.com |
| Ryan Jones | ryan.jones@lw.com |
| Madeleine Parish | madeleine.parish@lw.com |
| Michael Merchant | merchant@rlf.com |
| Brett Haywood | haywood@rlf.com |

**United Methodist Ad Hoc Committee Via Email**

| Ed Rice | erice@bradley.com |
| Elizabeth Brusa | ebrusa@bradley.com |
| Thomas G. Macauley | tm@macdelaw.com |

**Roman Catholic Ad Hoc Committee**
**Catholic Mutual Relief Society of America**
**Via Email**

| Everett Cygal | ecygal@afslaw.com |
| Neil Lloyd | neil.lloyd@afslaw.com |
| David Spector | david.spector@afslaw.com |
| Mark Fisher | mfisher@afslaw.com |
| Daniel Schufreider | dschufreider@afslaw.com |
| Jin Yan | jyan@afslaw.com |
| Jeremy Ryan | jryan@potteranderson.com |
| Aaron H. Stulman | astulman@potteranderson.com |
| Neil Lloyd | nlloyd@afslaw.com |
| Elizabeth Schlecker | eschlecker@potteranderson.com |

**The Episcopal Church and Domestic and**
**Foreign Missionary Society of the**
**Protestant Episcopal Church in the United**
**States of America          Via Email**

| Mark Salzberg | mark.salzberg@squirepb.com |

**Roman Catholic Diocese of Brooklyn, New**
**York, Roman Catholic Archbishop of Los**
**Angeles, a corporation sole, Roman**
**Catholic Diocese of Dallas, a Texas**
**nonprofit corporation, Archdiocese of**
**Galveston-Houston, and Diocese of Austin**
**Via Email**

| Patrick A. Jackson | patrick.jackson@faegredrinker.com |
| Ian J. Bambrick | ian.bambrick@faegredrinker.com |

**Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC, representative group for various state court counsel     Via Email**

| Daniel Bussel | dbussel@ktbslaw.com |
|---|---|
| Thomas Patterson | tpatterson@ktbslaw.com |
| Sasha Gurvitz | sgurvitz@ktbslaw.com |
| Roberty Pfister | rpfister@ktbslaw.com |
| Michal Horton | mhorton@michaelhortonlaw.com |
| David M. Klauder | dklauder@bk-legal.com |

**Agricultural Insurance Company  Via Email**

| Bruce W. McCullough | bmccullough@bodellbove.com |
|---|---|
| Bruce D. Celebrezze | bruce.celebrezze@clydeco.us |
| Conrad Krebs | konrad.krebs@clydeco.us |
| David Christian | dchristian@dca.law |

**AIG (National Union Fire Insurance Company, Lexington Insurance Company, Landmark Insurance Company, and the Insurance Company of the State of Pennsylvania)  Via Email**

| Susan Gummow | sgummow@fgppr.com |
|---|---|
| Tracey Jordan | tjordan@fgppr.com |
| Michael Rosenthal | mrosenthal@gibsondunn.com |
| Deirdre Richards | drichards@finemanlawfirm.com |
| Matthew Bouslog | mbouslog@gibsondunn.com |
| James Hallowell | jhallowell@gibsondunn.com |
| Keith Martorana | kmartorana@gibsondunn.com |
| Tyler H. Amass | tamass@gibsondunn.com |
| Tyler Andrew Hammond | thammond@gibsondunn.com |
| Amanda George | ageorge@gibsondunn.com |
| Dylan S. Cassidy | dcassidy@gibsondunn.com |
| Mitchell A. Karlan | mkarlan@gibsondunn.com |
| Richard J. Doren | rdoren@gibsondunn.com |
| Blaine H. Evanson | bevanson@gibsondunn.com |

**Allianz Global Risks US Insurance Company  Via Email**

| Ryan Smethurst | rsmethurst@mwe.com |
|---|---|
| Margaret Warner | mwarner@mwe.com |
| Alex M. Spisak | aspisak@mwe.com |
| Matthew S. Sorem | msorem@nicolaidesllp.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |
| Todd C. Jacobs | TJacobs@bradleyriley.com |

| John E. Bucheit | jbucheit@bradleyriley.com |
|---|---|
| Paul J. Esker | pesker@bradleyriley.com |

**American Zurich Insurance Company  Via Email**

| Mark Plevin | MPlevin@crowell.com |
|---|---|
| Tacie Yoon | TYoon@crowell.com |
| Rachel Jankowski | RJankowski@crowell.com |
| Robert Cecil | rcecil@trplaw.com |

**Argonaut Insurance Company and Colony Insurance Company   Via Email**

| Laura Archie | laura.archie@argogroupus.com |
|---|---|
| Paul Logan | plogan@postschell.com |
| John C. Sullivan | jsullivan@postschell.com |
| Kathleen K. Kerns | kkerns@postschell.com |
| George R. Calhoun | george@ifrahlaw.com |

**Arrowood Indemnity Company  Via Email**

| Michael Hrinewski | mhrinewski@cmg.law |
|---|---|
| Lorraine Armenti | LArmenti@cmg.law |
| Kevin Coughlin | kcoughlin@cmg.law |
| Britton C. Lewis | bcl@crlaw.com |
| Michael J. Joyce | mjoyce@mjlawoffices.com |

**Ategrity Specialty  Via Email**

| John Morgenstern | jmorgenstern@ohaganmeyer.com |
|---|---|
| Matthew Szwajkowski | mszwajkowski@ohaganmeyer.com |
| Carl "Chuck" Kunz, III | ckunz@morrisjames.com |

**Gemini Insurance Company  Via Email**

| John Baay | jbaay@glllaw.com |
|---|---|
| William H. White Jr. | swhite@kiernantrebach.com |
| Brian A. Sullivan | bsullivan@werbsullivan.com |

**Berkeley Research Group  Via Email**

| Matthew Babcock | MBabcock@thinkbrg.com |
|---|---|

**Clarendon America Insurance Company Via Email**

| Kenya Spivey | Kenya.Spivey@enstargroup.com |
|---|---|
| Harry Lee | hlee@steptoe.com |
| Brett Grindrod | bgrindrod@steptoe.com |
| John O'Connor | joconnor@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Matthew Summers | SummersM@ballardspahr.com |
| Chantelle D. McClamb | mcclambc@ballardspahr.com |

**Century Indemnity Company  Via Email**

| Stamatios Stamoulis | Stamoulis@swdelaw.com |
|---|---|
| Richard Weinblatt | weinblatt@swdelaw.com |
| Tancred Schiavoni | tschiavoni@omm.com |
| Salvatore J. Cocchiaro | scocchiaro@omm.com |
| Steve Warren | swarren@omm.com |
| Mary Beth Forshaw | mforshaw@stblaw.com |
| David Elbaum | david.elbaum@stblaw.com |

**CNA  Via Email**

| Laura McNally | lmcnally@loeb.com |
|---|---|
| Emily Stone | estone@loeb.com |
| Maria Aprile Sawczuk | marias@goldmclaw.com |

**General Star Indemnity  Via Email**

| Mary E. Borja | mborja@wiley.law |
|---|---|
| Gary P. Seligman | gseligman@wiley.law |
| Ashley L. Criss | acriss@wiley.law |
| Kathleen Miller | kmiller@skjlaw.com |

**Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company Via Email**

| James P. Ruggeri | JRuggeri@ruggerilaw.com |
|---|---|
| Joshua D. Weinberg | jweinberg@ruggerilaw.com |
| Annette Rolain | arolain@ruggerilaw.com |
| Sara Hunkler | shunkler@ruggerilaw.com |
| Phil Anker | Philip.Anker@wilmerhale.com |
| Danielle Spinelli | Danielle.Spinelli@wilmerhale.com |
| Joel Millar | Joel.Millar@wilmerhale.com |
| Erin Fay | efay@bayardlaw.com |
| Gregory Flasser | gflasser@bayardlaw.com |

**Indian Harbor  Via Email**

| Lloyd A. Gura | lgura@moundcotton.com |
|---|---|
| Pamela Minetto | pminetto@moundcotton.com |
| Kathleen Miller | kmiller@skjlaw.com |

**Liberty Mutual  Via Email**

| Douglas R. Gooding | dgooding@choate.com |
|---|---|
| Jonathan Marshall | jmarshall@choate.com |
| Kim V. Marrkand | KMarrkand@mintz.com |
| Laura Bange Stephens | lbstephens@mintz.com |
| R. Karl Hill | khill@svglaw.com |

6

**Markel  Via Email**

| Russell Dennis | russell.dennis@markel.com |
|---|---|
| Jessica O'Neill | Jessica.oneill@markel.com |
| Michael Pankow | MPankow@BHFS.com |
| Dennis A. Meloro | melorod@gtlaw.com |

**Maryland Casualty Company, Maryland American General Group, and American General Fire & Casualty Company  Via Email**

| Harry Lee | HLee@steptoe.com |
|---|---|
| Brett Grindod | bgrindod@steptoe.com |
| Nailah Ogle | nogle@steptoe.com |
| Matthew G. Summers | summersm@ballardspahr.com |
| Chantelle D. McClamb | mcclambc@ballardspahr.com |

**Munich Re  Via Email**

| Thaddeus Weaver | tweaver@dilworthlaw.com |
|---|---|
| William McGrath | wmcgrath@dilworthlaw.com |

**National Surety  Via Email**

| Todd C Jacobs | TJacobs@bradleyriley.com |
|---|---|
| John E. Bucheit | jbucheit@bradleyriley.com |
| David M. Caves | dcaves@bradleyriley.com |
| Harris B. Winsberg | hwinsberg@phrd.com |
| David Fournier | david.fournier@troutman.com |
| Marcy Smith | marcy.smith@troutman.com |
| Matthew Ray Brooks | Matthew.Brooks@troutman.com |

**Old Republic Insurance Company  Via Email**

| Thomas Dare | tdare@oldrepublic.com |
|---|---|
| Peg Anderson | panderson@foxswibel.com |
| Adam Hachikian | ahachikian@foxswibel.com |
| Kenneth Thomas | kthomas@foxswibel.com |
| Ryan Schultz | rschultz@foxswibel.com |
| Stephen Miller | smiller@morrisjames.com |
| Carl Kunz, III | ckunz@morrisjames.com |

**Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company       Via Email**

| Joseph Ziemianski | jziemianski@cozen.com |
|---|---|
| Marla Benedek | mbenedek@cozen.com |

**Travelers Via Email**

| Scott Myers | SPMyers@travelers.com |
|---|---|
| Louis Rizzo | lrizzo@regerlaw.com |

| Megan Halter | mhalter@regerlaw.com |
|---|---|

**Lujan Claimants  Via Email**

| Delia Lujan Wolff | dslwolff@lawguam.com |
|---|---|
| Christopher Loizides | loizides@loizides.com |

**Crew Janci Claimants  Via Email**

| Salle Veghte | sveghte@klehr.com |
|---|---|
| Morton Branzburg | mbranzburg@klehr.com |
| Peter Janci | peter@crewjanci.com |

**Hurley McKenna & Mertz Survivors  Via Email**

| Sally Veghte | sveghte@klehr.com |
|---|---|
| Christopher Hurley | churley@hurley-law.com |
| Evan Smola | esmola@hurley-law.com |

| **Lonnie Washburn (*Pro Se*)  Via Email** | Confidential |
|---|---|

| **Frank Schwindler (*Pro Se*)  Via Email** | Confidential |
|---|---|

**Gillispie Claimants   Via Email**

| Sally Veghte | sveghte@klehr.com |
|---|---|
| Joshua Gillispie | josh@greenandgillispie.com |
| Morton Branzburg | mbranzburg@klehr.com |

**Arch Insurance Company  Via Email**

| Kathleen Miller | kmiller@skjlaw.com |
|---|---|
| Matthew Hamermesh | mah@hangley.com |
| Ronald Schiller | rschiller@hangley.com |
| Sharon McKee | smckee@hangley.com |
| Elizabeth Dolce | edolce@hangley.com |

**Jane Doe  Via Email**

| Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
|---|---|
| Cindy L. Robinson | crobinson@robinsonmahoney.com |
| Douglas Mahoney | dmahoney@robinsonmahoney.com |

**Dumas & Vaughn, LLC Claimants  Via Email**

| Ashley L. Vaughn | ashley@dumasandvaughn.com |
|---|---|
| Gilion Dumas | gilion@dumasandvaughn.com |
| David M. Klauder | dklauder@bk-legal.com |

**The Official Committee of Unsecured Creditors for the Archbishop of Agaña  Via Email**

| Adam Hiller | ahiller@adamhillerlaw.com |
|---|---|
| Robert T. Kugler | Robert.kugler@stinson.com |
| Edwin H. Caldie | ed.caldie@stinson.com |

| Drew Glasnovich | drew.glasnovich@stinson.com |
|---|---|
| Christina Arnone | christina.arnone@stinson.com |

**The Estate of Jarrad Pai  Via Email**

| Robert Fink | rfink@collisonltd.com |
|---|---|
| William D. Sullivan | bsullivan@sha-llc.com |
| William A. Hazeltine | whazeltein@sha-llc.com |

**Everest National Insurance Company  Via Email**

| Nader A. Amer | namer@carltonfields.com |
|---|---|

| **Tommy Womeldorf** *(Pro Se)*   **Via Email** | Confidential |
|---|---|

**Oracle America, INC.  Via Email**

| James E. Huggett | jhuggett@margolisedelstein.com |
|---|---|
| Amish R. Doshi | amish@doshilegal.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Peggy Bruggman | peggy.bruggman@oracle.com |
| Alice Miller | alice.miller@oracle.com |

**LSR Claimants  Via Email**

| Erica B. Sattler | lsrlawny@gmail.com |
|---|---|
| Julia Klein | klein@kleinllc.com |

**Paul Hale** *(Pro Se)*   **Via Email**                    Confidential

**ER Claimants  Via Email**

| Daniel K. Hogan | dkhogan@dkhogan.com |
|---|---|

**Federal and Washington Insurance Companies  Via Email**

| Mary Beth Forshaw | mforshaw@stblaw.com |
|---|---|
| Jonathan K. Youngwood | jyoungwood@stblaw.com |

**Pension Benefit Guaranty Corporation Via Email**

| Cassandra C. Burton | burton.cassandra@pbgc.gov |
|---|---|

| **Christopher D. Meidl** *(Pro Se)*   **Via Email** | Confidential |
|---|---|

**Counsel to William L. McCalister  Via Email**

| Ronald S. Gellert | rgellert@gsbblaw.com |
|---|---|
| Ted D. Lee | tlee@gunn-lee.com |

**Diocese of Paterson  Via Email**

| Cheryl A. Santaniello | casantaniello@pbnlaw.com |
|---|---|
| Warren J. Martin, Jr. | wjmartin@pbnlaw.com |

9

| John S. Mairo | jsmairo@pbnlaw.com |
| Racehl A. Parisi | raparisi@pbnlaw.com |

**Archbishop Of Agaña, A Corporation Sole**
**Via Email**

| Charles J. Brown, III | cbrown@gsbblaw.com |

**Diocese of Norwich  Via Email**

| Charles J. Brown, III | cbrown@gsbblaw.com |
| Louis T. Delucia | Louis.DeLucia@icemiller.com |
| Alyson M. Feidler | Alyson.Fiedler@icemiller.com |

**Zuckerman Spaeder Claimants  Via Email**

| Carl S. Kravitz, Esq. | ckravitz@zuckerman.com |
| Andrew N. Goldfarb, Esq, | agoldfarb@zuckerman.com |
| Nicholas M. DiCarlo, Esq. | ndicarlo@zuckerman.com |
| Adam G. Landis | landis@lrclaw.com |
| Matthew B. McGuire | mcguire@lrclaw.com |

**GSUSA Via Email**

| Eric Lopez Schnabel | schnabel.eric@dorsey.com |
| Alessandra Glorioso | glorioso.alessandra@dorsey.com |
| Bruce R. Ewing | ewing.bruce@dorsey.com |

**Knights of Columbus Entities Via Email**

| David J. Baldwin | dbaldwin@bergerharris.com |
| Peter C. McGivney | pmcgivney@bergerharris.com |
| Myles Alderman | myles.alderman@alderman.com |
| Michael Angotti | mangotti@sdvlaw.com |
| Eve-Lynn Gisonni | egisonni@sdvlaw.com |
| Nicole DiBiaso | ndibiaso@bergerharris.com |

**Archdiocese of New York Parishes and Related Entities Via Email**

| Alan M. Root | aroot@archerlaw.com |
| Gerard DiConza | gdiconza@archerlaw.com |

**Girl Scouts of the United States of America**
**Via Email**

| Eric Lopez Schnabel | schnabel.eric@dorsey.com |
| Alessandra Glorioso | glorioso.alessandra@dorsey.com |
| Bruce R. Ewing | ewing.bruce@dorsey.com |

**Texas Taxing Authorities  Via Email**

| Tara LeDay | tleday@mvbalaw.com |

**AT&T Corp. Via Email**

| David P. Primack | dprimack@mdmc-law.com |
| Brian J. Lohan | brian.lohan@arnoldporter.com |

**Parker Waichman LLP claimants  Via Email**

| J. Cory Falgowski | jfalgowski@burr.com |
|---|---|
| Melanie H. Muhlstock | mmuhlstock@yourlawyer.com |

**I.G. Via Email**

| Ronald S. Gellert | rgellert@gsbblaw.com |
|---|---|

| **Brown & Bigelow, Inc. Via First Class Mail** | Brown & Bigelow, Inc.<br>1400 Corporate Center Curve, Suite 100<br>Eagan, Minnesota 55121 |
|---|---|

| *Pro Se* **Claimant A  Via First Class Mail and Email** | Confidential |
|---|---|
| *Pro Se* **Claimant B Via First Class Mail** | Confidential |
| *Pro Se* **Claimant C  Via First Class Mail and Email** | Confidential |
| *Pro Se* **Claimant D  Via First Class Mail and Email** | Confidential |
| *Pro Se* **Claimant E  Via First Class Mail and Email** | Confidential |
| *Pro Se* **Claimant F  Via First Class Mail** | Confidential |
| *Pro Se* **Claimant G Via First Class Mail and Email** | Confidential |