September 21, 2022

FILED
2022 SEP 28  AM 8:58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Laurie Selber Silverstein
824 North Market #500
Wilmington, Delaware [19801]

RE: Additional Cub Scout recollection; In re BSA, 2022 Bankr LEXIS 2095

   Over the weekend last, I've recollection of several episodes of sexual abuse while in the cub scouts, during the 1970's, triggered by my viewing a *Hemmings Motor News. There were several events where a Den Mother (?) victimized me, by ultimately advancing the loss of my virginity - and, in which has negatively impacted and infested all subsequent relationships. Her last name was ▮▮▮▮▮ she had a son, he was part of our unit. I recall her living on or near ▮▮▮▮▮ ▮▮▮▮▮ the home had a pool.
   Under the guise of giving me swimming lessons, I would be picked up to spent the night. So innocent at first, starting with ▮▮▮▮▮▮▮▮▮▮ then questions like do you know what this is? does? ▮▮▮▮▮▮▮▮▮▮▮ Spun into her web of fantasy's, I was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in her home after a swimming lesson, with her son gone. She ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. During this inception of her seduction, and foreplay I was invited into another room, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with me on another occassion ▮▮▮▮▮▮▮▮▮▮▮. Later outside I was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
   Another instance the BYU acting troop for if I recall correctly "The Lamenite Generation", was performing, under the guise of attending ▮▮▮▮▮▮▮ picked me up early, again her son was not present. I'm uncertain where we went but it was secluded, we were in an early 70's Duster (*triggered memories) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ listening and taking directions ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   At one point I was given a kiss, told to keep our secrets in here - pointing to my heart. It wasn't until later, that I was informed she ▮▮▮▮▮ was moving overseas or something, by my friend at church.

We rarely attended church ▮▮▮▮. I didn't fit in anymore. Although I never saw ▮▮▮▮▮▮▮▮ at church. During one of her grooming sessions I believe I recall her either dressing/undressing - into/out of white long temple garments with symbols. I don't ever recall seeing or meeting her husband. Once I recall being told she had a husband and that he was a Bishop. I don't know, nor recall.

Being so young, the episodes of sexual abuse that were submitted to ... all seem to merge into one long train of victimization.

I would like to say I was told by family as a youth, covenants and promises were meant to be entered into and kept. It's been over 40 years, but to not voice the truth, lets a lie continue.

Respectfully,

▮▮▮▮▮▮▮▮▮▮▮▮

Please provide me with a receipt that this has been received.




U.S. Bankruptcy Court of Delaware
Judge Laurie Selber Silverstein
824 North Market, #500
Wilmington, Delaware [19801]