IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> Boy Scouts of America and Delaware BSA, LLC,[1] <br> Debtors. | Chapter 11 <br><br> Bankruptcy Case No. <br> 20-10343 (LSS) <br><br> (Jointly Administered) |
| Arrowood Indemnity Company, <br><br> Appellant. <br><br> v. <br><br> Boy Scouts of America and Delaware BSA, LLC, <br><br> Appellees. | Case No. 22-cv-01251-(RGA) |

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant submits the following: (i) statement of issues to be considered on appeal from the *Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* (D.I. 10316) (the "Confirmation Order"), accompanying Opinion (D.I. 10136), and all other subsumed judgments, orders, and decrees brought up for review in the appeal; and (ii) designation of items to be included in the record on appeal.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

I.      **Statement of Issues to Be Presented On Appeal**

Appellant presents the following statement of issues to be considered on appeal.

1.      Whether the bankruptcy court erred in concluding that the Plan complies with the applicable provisions of Title 11 of the United States Code pursuant to 11 U.S.C. § 1129(a)(1).

2.      Whether the bankruptcy court erred in concluding that the Plan complies with 11 U.S.C. § 1129(a)(3).

3.      Whether the bankruptcy court erred in confirming a Plan, including the channeling injunction and third-party releases, that impairs Appellants' contractual and other rights.

4.      Whether the bankruptcy court erred in confirming a Plan that permits the assignment or transfer of rights under the Appellants' contracts, including by not requiring the assignment or transfer of the obligations owed to the Appellants under such contracts.

5.      Whether the bankruptcy court erred in confirming a Plan that provides for a claims allowance process that violates 11 U.S.C. § 502 and related Federal Rules of Bankruptcy Procedure.

II.     **Designations Of Items To Be Included In The Record On Appeal**

Appellant submits the following designation of items to be included in the record on appeal, which includes all exhibits, appendices, and/or addenda:

A.      **Docket Entries**

| Item | Date Filed/Entered | Bankr. Dkt. No. | Description |
|---|---|---|---|
| 1. | 2/18/2020 | 1 | Chapter 11 Voluntary Petition |
| 2. | 3/1/2021 | 2293 | Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |

| 3.  | 3/1/2021  | 2294 | Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| --- | --- | --- | --- |
| 4.  | 3/1/2021  | 2295 | Motion to Approve Debtors' Motion for Entry of an Order Approving the Disclosure Statement and the Form and Manner of Notice |
| 5.  | 4/13/2021 | 2592 | Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 6.  | 4/14/2021 | 2594 | Amended Disclosure Statement for the Second Amended Chapter 11 Plan |
| 7.  | 4/14/2021 | 2595 | Notice of Filing of Redlines of Plan and Disclosure Statement |
| 8.  | 5/06/2021 | 3271 | Great American's Objection to Debtors' Disclosure Statement for Second Amended Chapter 11 Plan |
| 9.  | 5/06/2021 | 3278 | Joinder by Travelers Casualty and Surety Company, Inc., to Great American's Objection to Debtors' Disclosure Statement |
| 10. | 5/06/2021 | 3285 | Argonaut Insurance Company's Objection to Debtors' Disclosure Statement |
| 11. | 5/10/2021 | 3523 | The AIG Companies' Objection to Motion for Approval of Debtors' Disclosure Statement |
| 12. | 5/10/2021 | 3549 | The Allianz Insurers' Objection to the Debtors' Disclosure Statement |
| 13. | 5/10/2021 | 3578 | Objection of Liberty Mutual Insurance Company to the Disclosure Statement |
| 14. | 5/12/2021 | 3740 | Joinder of General Star Indemnity Company to the Allianz Insurers' Objection to the Debtors' Disclosure Statement |

| | | | |
|---|---|---|---|
| 15. | 5/12/2021 | 3856 | Century Indemnity Company's Objections to the Debtors' Disclosure Statement |
| 16. | 5/16/2021 | 4107 | Proposed Amendments to Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America |
| 17. | 5/21/2021 | 4716 | Transcript regarding Hearing Held 5/19/2021 Re: Disclosure Statement |
| 18. | 6/18/2021 | 5368 | Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 19. | 6/18/2021 | 5371 | Amended Chapter 11 Combined Plan and Disclosure Statement |
| 20. | 6/17/2021 | 5372 | Notice of Filing of Redlines of Third Amended Plan and Proposed Amendments to Disclosure Statement |
| 21. | 7/1/2021 | 5466 | Motion for Entry of an Order Authorizing The Debtors To Enter Into and Perform under the Restructuring Support Agreement |
| 22. | 7/2/2021 | 5484 | Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 23. | 7/2/2021 | 5485 | Amended Disclosure Statement for Fourth Amended Chapter 11 Plan of Reorganization |
| 24. | 7/2/2021 | 5486 | Notice of Filing of Redlines of Fourth amended Plan and Amended Disclosure Statement |
| 25. | 7/8/2021 | 5529 | Transcript regarding Hearing Held 7/7/2021 Re: Status Conference |
| 26. | 7/22/2021 | 5684 | Certain Insurers Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform under the Restructuring |

|     |           |      | Support Agreement |
| --- | --------- | ---- | --- |
| 27. | 7/22/2021 | 5707 | [SEALED] Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement |
| 28. | 7/22/2021 | 5708 | [SEALED] Declaration of Daniel Shamah in Support of Century's Objections to Debtors' Motion for Entry of Order Authorizing Debtors to Enter into and Perform under the Restructuring Support Agreement |
| 29. | 7/23/2021 | 5723 | Final Redacted Version of Insurers' Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 30. | 7/26/2021 | 5759 | Debtors Omnibus Reply in Further Support of Debtors' Motion for Entry of an Order Authorizing Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 31. | 7/26/2021 | 5760 | Supplemental Brief of Coalition of Abused Scouts for Justice, Official Committee of Tort Claimants, and Future Claims Representative In Support of Debtors' Motion for Entry of an Order Authorizing Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 32. | 8/09/2021 | 5925 | Hartford's Supplement to Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement |
| 33. | 8/9/2021  | 5932 | Redacted Version of Supplemental Objection of Century Indemnity to Motion to Authorize Debtors' Motion for Entry of an Order Authorizing the |

| | | | |
|---|---|---|---|
| | | | Debtors to Enter into and Perform under the Restructuring Support Agreement |
| 34. | 8/9/2021 | 5934 | Certain Excess Insurers' Joinder in Century's Supplemental Objection |
| 35. | 8/9/2021 | 5935 | AIG's Joinder to Century's Supplemental Objection and Partial Joinder to Hartford's Supplemental Objection |
| 36. | 8/11/2021 | 5961 | Debtors' Motion for Leave to file Debtors' Response to Certain Supplemental Objections |
| 37. | 8/17/2021 | 6052 | Certain Insurers' Supplemental Objection to Motion for Approval of Debtors' Disclosure Statement |
| 38. | 8/17/2021 | 6053 | Joinder of Arch Insurance Company to Certain Insurers' Objections |
| 39. | 8/17/2021 | 6055 | The Allianz Insurers' Joinder to the Certain Insurers' Supplemental Objection to Disclosure Statement |
| 40. | 8/17/2021 | 6056 | Certain Excess Insurers' Supplemental Objection to Debtors' Disclosure Statement |
| 41. | 8/17/2021 | 6057 | Joinder and Supplemental Objection of Liberty Mutual Insurance Company to the Disclosure Statement |
| 42. | 8/17/2021 | 6062 | Certain Insurers' Superseding Objections to the Disclosure Statement for Debtors' Fourth Amended Plan |
| 43. | 8/18/2021 | 6083 | Century's Objections to the Debtors' Disclosure Statement |
| 44. | 8/20/2021 | 6098 | Transcript regarding Hearing Held 8/19/2021 Re: Ruling on RSA Motion |
| 45. | 9/15/2021 | 6212 | Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |

| | | | |
|---|---|---|---|
| 46. | 9/16/2021 | 6249 | Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order Approving Disclosure Statement |
| 47. | 9/29/2021 | 6429 | Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 48. | 9/29/2021 | 6430 | Redline of Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 49. | 9/29/2021 | 6431 | Amended Disclosure Statement |
| 50. | 9/30/2021 | 6432 | Redline of the Amended Disclosure Statement |
| 51. | 9/30/2021 | 6436 | Transcript regarding Hearing Held 9/28/2021 Re: Disclosure Statement |
| 52. | 9/30/2021 | 6438 | Order Approving the Disclosure Statement and Notice |
| 53. | 12/18/2021 | 7832 | Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 54. | 12/18/2021 | 7833 | Second Modified Fifth Amended Chapter 11 Plan, and Blackline |
| 55. | 12/18/2021 | 7834 | Second Modified Fifth Amended Chapter 11 Plan, and Blackline |
| 56. | 1/07/2022 | 8190 | The Official Committee of Tort Claimants' Status Report Re: Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 57. | 1/7/2022 | 8210 | Joinder of the Zalkin Law Firm, P.C., et al., to the Official Committee of Tort Claimants' Status Report |
| 58. | 1/11/2022 | 8234 | Debtors' Response to the Official Committee of Tort Claimants' Status Report |
| 59. | 2/4/2022 | 8685 | Munich Reinsurance America, Inc., Joinder to Certain Objections and Separate Objection to the Plan |
| 60. | 2/4/2022 | 8695 | [SEALED] Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 |

| | | | Plan |
|---|---|---|---|
| 61. | 2/4/2022 | 8696 | [SEALED] Allianz Insurers' Objection to Second Modified Fifth Amended Chapter 11 Plan |
| 62. | 2/4/2022 | 8697 | [SEALED] Appendix to Certain Insurers Objection |
| 63. | 2/4/2022 | 8698 | [SEALED] Joinder and Objection of Liberty Mutual Insurance Company to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 64. | 2/4/2022 | 8699 | Old Republic Insurance Company Joinder to Objections and Supplemental Objection |
| 65. | 2/4/2022 | 8700 | Joinder by Travelers and Surety Company, Inc., et al., to Allianz Insurers' Objection |
| 66. | 2/5/2022 | 8703 | Joinder of Traders and Pacific Insurance Company to Certain Insurers' Objection |
| 67. | 2/9/2022 | 8763 | Joinder and Objection of Liberty Mutual Insurance Company to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 68. | 2/10/2022 | 8772 | Eleventh Mediator's Report |
| 69. | 2/10/2022 | 8778 | Allianz Insurers' Objection to Second Modified Fifth Amended Chapter 11 Plan |
| 70. | 2/10/2022 | 8785 | Certain Insurers' Statement in Advance of February 11, 2022 Status Conference |
| 71. | 2/11/2022 | 8793 | Proposed Redacted Version of Certain Insurers Objection to Confirmation of Debtors Chapter 11 Plan |
| 72. | 2/14/2022 | 8811 | Unsealed Joint FCR and Coalition Motion for Entry of an Order Striking Portions of Bates Reports and Precluding Testimony Related to Improper Valuation Opinion |

| | | | |
|---|---|---|---|
| 73. | 2/15/2022 | 8812 | Unsealed Version of the Limited Objection of the Tort Claimants' Committee to Findings Related to the Valuation of Abuse Claims |
| 74. | 2/15/2022 | 8813 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 75. | 2/15/2022 | 8814 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization, and Blackline |
| 76. | 2/15/2022 | 8815 | Fourth Amended Plan Supplement |
| 77. | 2/15/2022 | 8816 | Exhibits I-1 and J-1 to Third Modified Fifth Amended Chapter 11 Plan |
| 78. | 2/15/2022 | 8817 | Exhibits I-2, I-3, I-4, and J-2 to Third Modified fifth Amended Chapter 11 Plan |
| 79. | 2/15/2022 | 8819 | Transcript regarding Hearing Held 2/11/2022 Re: Status Conference |
| 80. | 2/15/2022 | 8825 | Supplement to Appendix to Certain Insurers' Objection to Confirmation |
| 81. | 2/16/2022 | 8858 | Amended Proposed Redacted Versions of Certain Insurers Objection to Confirmation of Debtors Chapter 11 Plan and Appendix |
| 82. | 2/25/2022 | 9009 | Transcript regarding Hearing Held 2/24/2022 Re: Status Conference |
| 83. | 2/25/2022 | 9033 | Certain Insurers Supplemental Objection to Confirmation of Plan |
| 84. | 3/2/2022 | 9097 | Fifth Amended Plan Supplement |
| 85. | 3/2/2022 | 9101 | [SEALED] Certain Insurers' Opposition to Limited Objection of the Tort Claimants' Committee and Joint FCR and Coalition Motion Regarding Expert Reports and Valuation Opinions |
| 86. | 3/2/2022 | 9104 | [SEALED] Declaration of Betty X. Yang in Support of Certain Insurers' |

|  |  |  | Opposition |
|---|---|---|---|
| 87. | 3/3/2022 | 9118 | Debtors' Response to the Joint FCR and Coalition Motion and Objection |
| 88. | 3/3/2022 | 9136 | Transcript regarding Hearing Held 3/2/2022 Re: Motions in Limine |
| 89. | 3/7/2022 | 9177 | Unsealed Versions of Certain Insurers' Opposition and Declaration |
| 90. | 3/9/2022 | 9252 | Transcript regarding Hearing Held 3/8/2022 Re: Pretrial Conference |
| 91. | 3/10/2022 | 9273 | Declaration of Bruce Griggs |
| 92. | 3/10/2022 | 9274 | Declaration of Michael Burnett |
| 93. | 3/10/2022 | 9275 | Supplemental Declaration of Catherine Nownes-Whitaker |
| 94. | 3/11/2022 | 9279 | Declaration of Devang Desai |
| 95. | 3/11/2022 | 9280 | Declaration of Brian Whittman |
| 96. | 3/12/2022 | 9309 | Declaration of Adrian Azer |
| 97. | 3/13/2022 | 9311 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 98. | 3/14/2022 | 9316 | Declaration of William S. Sugden |
| 99. | 3/14/2022 | 9317 | Declaration of Makeda Murray |
| 100. | 3/15/2022 | 9337 | Objection of Certain Insurers to the Declaration of Adrian Azer |
| 101. | 3/15/2022 | 9339 | Debtors' Response to the Certain Insurers' Evidentiary Objection to Declaration of Bruce Griggs |
| 102. | 3/15/2022 | 9341 | Transcript regarding Hearing Held 3/14/2022 RE: Confirmation (Day 1). |
| 103. | 3/16/2022 | 9348 | Debtors' Response to Objection of the Certain Insurers to the Declaration of Adrian Azer |
| 104. | 3/16/2022 | 9354 | Transcript regarding Hearing Held 3/16/2022 RE: Confirmation (Day 2). |

| 105. | 3/17/2022 | 9368 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 106. | 3/17/2022 | 9388 | Declaration of Charles E Bates |
| 107. | 3/18/2022 | 9389 | Transcript regarding Hearing Held 3/16/2022 RE: Confirmation (Day 3). |
| 108. | 3/18/2022 | 9391 | Debtors' Response to Certain Insurers' Evidentiary Objections |
| 109. | 3/19/2022 | 9395 | Declaration of James L. Patton, Jr. |
| 110. | 3/19/2022 | 9396 | Declaration of Aaron Lundberg |
| 111. | 3/19/2022 | 9397 | Declaration of Catherine Nownes-Whitaker |
| 112. | 3/19/2022 | 9398 | Declaration of Nancy Gutzler |
| 113. | 3/19/2022 | 9400 | Declaration of Jessica Horewitz |
| 114. | 3/19/2022 | 9401 | Declaration of Paul Rytting |
| 115. | 3/20/2022 | 9402 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 116. | 3/21/2022 | 9403 | Debtors' Response to Certain Insurers' Evidentiary Objections |
| 117. | 3/21/2022 | 9404 | Certain Insurers' Evidentiary Objections to Witness Declarations |
| 118. | 3/21/2022 | 9406 | Transcript Regarding Hearing Held 3/18/2022 RE: Confirmation (Day 4). |
| 119. | 3/21/2022 | 9407 | Transcript Regarding Hearing Held 3/18/2022 RE: Confirmation (Day 5). |
| 120. | 3/21/2022 | 9408 | Transcript Regarding Hearing Held 03/17/2022 RE: Confirmation Hearing. |
| 121. | 3/21/2022 | 9409 | Transcript Regarding Hearing Held 03/18/2022 RE: Confirmation Hearing. |
| 122. | 3/21/2022 | 9411 | Agreed Order Regarding Certain Insurers' Motions in Limine |
| 123. | 3/22/2022 | 9426 | Certain Insurers' Evidentiary Objections to Witness Declarations |

| 124. | 3/22/2022 | 9428 | Future Claimants' Representative's Response to Certain Insurers' Evidentiary Objections |
| --- | --- | --- | --- |
| 125. | 3/22/2022 | 9429 | Debtors' Response to Certain Insurers' Evidentiary Objections |
| 126. | 3/23/2022 | 9446 | Declaration of Andrew Hammond |
| 127. | 3/23/2022 | 9449 | Declaration of Paul Rytting |
| 128. | 3/23/2022 | 9454 | Transcript Regarding Hearing Held 3/21/2022 RE: Confirmation (Day 6). |
| 129. | 3/23/2022 | 9455 | Transcript Regarding Hearing Held 3/22/2022 RE: Confirmation (Day 7). |
| 130. | 3/24/2022 | 9481 | Declaration of Jason P. Amala |
| 131. | 3/25/2022 | 9482 | Transcript Regarding Hearing Held 3/23/2022 RE: Confirmation (Day 8). |
| 132. | 3/25/2022 | 9490 | Transcript Regarding Hearing Held 03/24/22 RE: Confirmation (Day 9). |
| 133. | 3/25/2022 | 9491 | Declaration of Tancred Schiavoni |
| 134. | 3/28/2022 | 9497 | Transcript Regarding Hearing Held 03/25/2022 RE: Trail. |
| 135. | 3/29/2022 | 9507 | Declaration Concerning Certification of Records by Liberty Mutual |
| 136. | 3/29/2022 | 9508 | Stipulation Between Debtors, Century, Hartford, Zurich, and Clarendon |
| 137. | 3/29/2022 | 9509 | Stipulation Between Debtors, Settling Insurers, and Certain Insurers Regarding Admissibility of Insurance Policies |
| 138. | 3/30/2022 | 9517 | Transcript Regarding Hearing Held 03/28/2022 RE: Confirmation (Day 11). |
| 139. | 3/30/2022 | 9529 | Stipulation Between Debtors and Certain Insurers Regarding Admission of Insurance Policies |
| 140. | 3/31/2022 | 9530 | Transcript Regarding Hearing Held 3/29/2022 RE: Confirmation (Day 12). |

| | | | |
|---|---|---|---|
| 141. | 4/1/2022 | 9544 | Transcript Regarding Hearing Held 3/29/2022 RE: Confirmation (Day 13). |
| 142. | 4/4/2022 | 9562 | Transcript Regarding Hearing Held 3/30/2022 RE: Confirmation (Day 13). |
| 143. | 4/4/2022 | 9563 | Transcript Regarding Hearing Held 3/31/2022 RE: Confirmation (Day 14). |
| 144. | 4/4/2022 | 9564 | Transcript Regarding Hearing Held 4/1/2022 RE: Confirmation (Day 15). |
| 145. | 4/4/2022 | 9576 | Stipulation Between Debtors and Certain Insurers Regarding Admissibility of Exhibits |
| 146. | 4/5/2022 | 9578 | Transcript Regarding Hearing Held 4/4/2022 RE: Confirmation (Day 16). |
| 147. | 4/5/2022 | 9591 | Stipulation Between Debtors and Lujan Claimants Regarding Admissibility of Exhibits |
| 148. | 4/5/2022 | 9594 | Sixth Amended Plan Supplement |
| 149. | 4/8/2022 | 9616 | Transcript Regarding Hearing Held 4/6/2022 RE: Confirmation (Day 17). |
| 150. | 4/13/2022 | 9638 | Transcript Regarding Hearing Held 4/7/2022 RE: Confirmation (Day 18). |
| 151. | 4/13/2022 | 9639 | Transcript Regarding Hearing Held 4/11/2022 RE: Confirmation (Day 19). |
| 152. | 4/14/2022 | 9646 | Transcript Regarding Hearing Held 4/12/2022 RE: Confirmation (Day 20). |
| 153. | 4/14/2022 | 9648 | Transcript Regarding Hearing Held 4/13/2022 RE: Confirmation (Day 21). |
| 154. | 4/18/2022 | 9656 | Transcript Regarding Hearing Held 4/14/2022 RE: Confirmation (Day 22). |
| 155. | 4/20/2022 | 9673 | Order Regarding Stipulation |
| 156. | 4/20/2022 | 9674 | Order Regarding Stipulation |
| 157. | 4/20/2022 | 9675 | Order Regarding Stipulation |
| 158. | 4/20/2022 | 9676 | Order Regarding Stipulation |

| | | | |
|---|---|---|---|
| 159. | 4/20/2022 | 9677 | Order Regarding Stipulation |
| 160. | 4/21/2022 | 9689 | Statement Regarding Closing Argument of Liberty Mutual Insurance Company |
| 161. | 4/21/2022 | 9690 | Letter from Claimants Regarding Liberty Mutual's Objection |
| 162. | 4/22/2022 | 9696 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) |
| 163. | 4/22/2022 | 9697 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications), and Blackline |
| 164. | 4/22/2022 | 9798 | Seventh Amended Plan Supplement |
| 165. | 4/22/2022 | 9699 | Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications), and Blackline |
| 166. | 4/27/2022 | 9746 | Certain Insurers' Letter Response |
| 167. | 7/29/2022 | 10136 | Opinion |
| 168. | 8/12/2022 | 10188 | Debtors' Motion to Amend and Supplement Findings of Fact and Conclusions of Law in Confirmation Opinion |
| 169. | 8/15/2022 | 10192 | Certain Insurers' Objection to Debtors' Motion to Shorten Notice |
| 170. | 8/19/2022 | 10215 | Transcript Regarding Hearing Held 8/18/2022 |
| 171. | 8/24/2022 | 10247 | Certain Insurers' Objection to Motion to Amend and Supplement The Findings of Fact and Conclusions of Law |
| 172. | 8/29/2022 | 10258 | Debtors' Omnibus Reply in Support of Debtors Motion to Amend and Supplement Findings of Fact and Conclusions of Law |

| | | | |
|---|---|---|---|
| 173. | 8/29/2022 | 10259 | Joint Reply of Tort Claimants' Committee, Coalition of Abused Scouts for Justice, Pfau Cochran Vertetis Amala PLLC and Zalkin Law Firm, PC. And the Future Claimants Representative to Certain Insurers' Objection |
| 174. | 8/29/2022 | 10262 | Chapter 11 Plan of Reorganization Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) |
| 175. | 8/29/2022 | 10265 | Notice of Filing of Revised Supplemental Findings of Fact and Conclusions of Law |
| 176. | 9/2/2022 | 10288 | Transcript Regarding Hearing Held 9/1/2022 |
| 177. | 9/6/2022 | 10295 | Notice of Filing of Further Revised Supplemental Findings of Fact and Conclusions of Law |
| 178. | 9/6/2022 | 10296 | Chapter 11 Plan of Reorganization // Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications |
| 179. | 9/6/2022 | 10297 | Notice of Filing of Blackline of Conformed Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 180. | 9/7/2022 | 10304 | Letter from The Hon. Judge Silverstein re: Language for Paragraph 51(b) |
| 181. | 9/8/2022 | 10316 | Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) |
| 182. | 9/8/2022 | 10317 | Transcript Regarding Hearing Held 9/7/2022 |

| 183. | 9/21/2022 | 10378 | Notice of Appeal filed by National Union Fire Insurance Company of Pittsburgh, PA, *et al.* |
|---|---|---|---|
| 184. | 9/21/2022 | 10379 | Notice of Appeal filed by Travelers Casualty and Surety Company, Inc., *et al.* |
| 185. | 9/21/2022 | 10382 | Notice of Appeal filed by Continental Insurance Company, *et al.* |
| 186. | 9/21/2022 | 10384 | Notice of Appeal filed by Allianz Global Risks US Insurance Company, *et al.* |
| 187. | 9/21/2022 | 10386 | Notice of Appeal filed by Argonaut Insurance Company and Colony Insurance Company |
| 188. | 9/21/2022 | 10388 | Notice of Appeal filed by Arrowood Indemnity Company |
| 189. | 9/21/2022 | 10391 | Notice of Appeal filed by Liberty Mutual Insurance Company, *et al.* |
| 190. | 9/21/2022 | 10392 | Notice of Appeal filed by Old Republic Insurance Company |
| 191. | 9/21/2022 | 10393 | Notice of Appeal filed by General Star Indemnity Company |
| 192. | 9/21/2022 | 10396 | Notice of Appeal filed by Indian Harbor Insurance Company |
| 193. | 9/21/2022 | 10398 | Notice of Appeal filed by Munich Reinsurance Company America, Inc. |
| 194. | 9/21/2022 | 10401 | Notice of Appeal filed by Arch Insurance Company |
| 195. | 9/21/2022 | 10403 | Notice of Appeal filed by Great American Assurance Company, *et al.* |
| 196. | 9/21/2022 | 10405 | Notice of Appeal filed by Gemini Insurance Company |
| 197. | 9/21/2022 | 10407 | Notice of Appeal filed by Traders and Pacific Insurance Company, *et al.* |

**B.      Exhibits**

The parties have agreed by stipulation that all exhibits admitted into the evidence at the Confirmation Hearing shall be designated and that the parties shall cooperate to facilitate transmittal of the record to the District Court. Attached as **Exhibit A** is a full list of what Appellant understands to be all exhibits admitted into evidence. In accordance with the instructions of the Court, exhibits that have not been docketed in the Bankruptcy Court will be submitted to the District Court in accordance with the Court's further direction at the upcoming Court Conference on October 7, 2022. Trial exhibits which are available on the Bankruptcy Court docket have been so designated in Exhibit A by the inclusion of a docket index number in the document description. Appellant reserve the right to seek to amend or supplement the exhibit list included at Exhibit A to the extent necessary to add any omitted exhibits admitted at the Confirmation Hearing.

## CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(b)

Appellant respectfully certifies that they are not ordering any transcripts, as the relevant transcripts have been transcribed and docketed.

Dated: October 3, 2022

   /s/ Michael J. Joyce
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

Kevin Coughlin, Esquire
Lorraine Armenti, Esquire
Michael Hrinewski, Esquire
**COUGHLIN, MIDLIGE & GARLAND, LLP**
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
kcoughlin@cmg.law
larmenti@cmg.law
mhrinewski@cmg.law

-and-

John M. Flynn, Esquire
Britton C. Lewis, Esquire
**CARRUTHERS & ROTH, P.A.**
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
(336) 478-1146 (Telephone)
(336) 478-1145 (Facsimile)
jmf@crlaw.com
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*