## IN THE UNITED STATES BANKTRUPCTY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors.[1] | |
| D & V CLAIMANTS, | Civil Action No. 22-CV-01249-RGA |
| Appellants, | Bankruptcy BAP NO. 22-67 |
| V. | |
| BOY SCOUTS OF AMERICA DELAWARE BSA, LLC, | |
| Appellees. | |

## APPELLANTS D & V CLAIMANTS' STATEMENT OF ISSUES ON APPEAL FROM BANKRUPTCY COURT AND DESIGNATION OF RECORD

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellants D & V

Claimants submits the following: (i) statement of issues to be considered on appeal from the

*Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third*

*Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for*

*Boy Scouts of America and Delaware BSA, LLC* (D.I. 10316) (the "Confirmation Order"),

accompanying *Opinion* (D.I. 10136), *Order Releasing Pre-Petition Century/Chubb Claims*

*Pursuant to Century and Chubb Companies Insurance Settlement Agreements* (D.I. 10327) (the

"Century Order"), and all other subsumed judgments, orders, and decrees brought up for review

in the appeal; and (ii) designation of items to be included in the record on appeal.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

I.        **Statement of Issues on Appeal**

Appellants D & V Claimants present the following statement of issues to be considered on appeal.

1.  Did the Bankruptcy Court have subject matter jurisdiction to grant releases and channeling injunctions to non-debtors?

2.  Did the Bankruptcy Court err in granting releases and channeling injunctions to non-debtors?

3.  Did the Bankruptcy Court err in not treating current sex abuse claimants fairly and equitably compared to Future Claimants?

4.  Did the Bankruptcy Court err in granting the Order Releasing Pre-Petition Century/Chubb Claims Pursuant to Century and Chubb Companies Insurance Settlement Agreements?

II.       **Designations of Record on Appeal**

Appellants D & V Claimants submit the following designation of items to be included in the record on appeal, which includes all exhibits, appendices, and/or addenda.  In addition to the following list, Appellants D & V Claimants join in the Designations of Record filed by all other Appellants and incorporate those designations as if set forth in their entirety.

A.       **Docket Entries**

| Item | Date Filed/Entered | Bankruptcy Docket Number | Description |
|------|--------------------|--------------------------|-------------|
| 1.   | 09/22/2022         | 10412                    | D & V Claimants' Notice of Appeal |

| 2. | 09/08/2022 | 10316 | Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC ("Confirmation Order") |
|---|---|---|---|
| 3. | 07/29/2022 | 10136 | July 29, 2022 Opinion (D.I. 10136) ("Opinion") |
| 4. | 09/12/2022 | 10327 | Order Releasing Pre-Petition Century/Chubb Claims Pursuant to Century and Chubb Companies Insurance Settlement Agreements ("Century Order") |
| 5. | 9/22/2022 | 10454 | Notice of Appeal of Lujan Claimants |
| 6. | 09/16/2022 | 10358 | Notice of Entry of Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
| 7. | 9/8/2022 | 10317 | Transcript Regarding Hearing Held 9/7/2022 |
| 8. | 9/8/2022 | 10316 | Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) |
| 9. | 9/7/2022 | 10304 | Letter from The Hon. Judge Silverstein re: Language for Paragraph 51(b) |

| 10. | 09/06/2022 | 10299 | Century's Statement Regarding the Debtors' Proposed Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
| 11. | 9/6/2022 | 10297 | Notice of Filing of Blackline of Conformed Debtors Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 12. | 9/6/2022 | 10296 | Chapter 11 Plan of Reorganization // Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications |
| 13. | 9/6/2022 | 10295 | Notice of Filing of Further Revised Supplemental Findings of Fact and Conclusions of Law |
| 14. | 9/6/2022 | 10295 | Notice of Filing of Further Revised Supplemental Findings of Fact and Conclusions of Law |
| 15. | 8/29/2022 | 10265 | Notice of Filing of Revised Supplemental Findings of Fact and Conclusions of Law |
| 16. | 8/29/2022 | 10262 | Chapter 11 Plan of Reorganization Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) |
| 17. | 8/29/2022 | 10259 | Joint Reply of Tort Claimants' Committee, Coalition of Abused Scouts for Justice, Pfau Cochran Vertetis Amala PLLC and Zalkin Law Firm, PC. And the Future Claimants Representative to Certain Insurers' Objection |

| 18. | 8/29/2022 | 10258 | Debtors' Omnibus Reply in Support of Debtors Motion to Amend and Supplement Findings of Fact and Conclusions of Law |
|-----|-----------|-------|---------------------------------------------------------------------------------------------------------------------|
| 19. | 8/24/2022 | 10247 | Certain Insurers' Objection to Motion to Amend and Supplement The Findings of Fact and Conclusions of Law |
| 20. | 08/24/2022 | 10246 | Lujan Claimants' Objection to Debtor's Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion |
| 21. | 08/24/2022 | 10239 | Dumas & Vaughn Claimants' Response to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion and Objections to Proposed Confirmation Order |
| 22. | 8/19/2022 | 10215 | Transcript Regarding Hearing Held 8/18/2022 |
| 23. | 08/15/2022 | 10195 | Notice of the Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion |
| 24. | 08/15/2022 | 10192 | Certain Insurers' Objection to Debtors' Motion to Shorten Notice |
| 25. | 08/12/2022 | 10189 | Motion to Shorten Notice of Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion |
| 26. | 08/12/2022 | 10188 | Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion |
| 27. | 08/11/2022 | 10178 | Notice of Corrected Thirteenth Mediator's Report Regarding Modifications to the Plan and Confirmation Order |

| 28. | 08/11/2022 | 10177 | Corrected Thirteenth Mediator's Report |
|---|---|---|---|
| 29. | 04/27/2022 | 9746 | Certain Insurers' Letter Response to D.I. 9696 |
| 30. | 04/22/2022 | 9710 | Dumas & Vaughn Claimants' Response to Letter Brief Filed by Debtors on April 15, 2022, relating to W.R. Grace Decisions |
| 31. | 4/22/2022 | 9699 | Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications), and Blackline |
| 32. | 4/22/2022 | 9698 | Seventh Amended Plan Supplement |
| 33. | 4/22/2022 | 9697 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications), and Blackline |
| 34. | 4/22/2022 | 9696 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) |
| 35. | 04/21/2022 | 9693 | Letter from Delia Lijan Wolff and Christopher Loizides in Response to D.I. 9655 |
| 36. | 04/21/2022 | 9690 | Letter to the Honorable Laurie Selber Silverstein Regarding Liberty Mutual Insurance Company Filed by Tort Claimants' Committee |
| 37. | 04/21/2022 | 9689 | Statement Regarding Closing Argument of Liberty Mutual Insurance Company in Support of Its Joinder and Objection to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 38. | 4/20/2022 | 9677 | Order Regarding Stipulation |
| 39. | 4/20/2022 | 9676 | Order Regarding Stipulation |

| 40. | 4/20/2022 | 9675 | Order Regarding Stipulation |
|---|---|---|---|
| 41. | 4/20/2022 | 9674 | Order Regarding Stipulation |
| 42. | 4/20/2022 | 9673 | Order Regarding Stipulation |
| 43. | 4/18/2022 | 9656 | Transcript Regarding Hearing Held 4/14/2022 RE: Confirmation (Day 22) |
| 44. | 04/15/2022 | 9655 | Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jessica C. Lauria and Derek C. Abbott Regarding Certain Decisions in W.R. Grace Filed by Boy Scouts of America, Delaware BSA, LLC |
| 45. | 4/14/2022 | 9648 | Transcript Regarding Hearing Held 4/13/2022 RE: Confirmation (Day 21) |
| 46. | 4/14/2022 | 9646 | Transcript Regarding Hearing Held 4/12/2022 RE: Confirmation (Day 20) |
| 47. | 4/13/2022 | 9639 | Transcript Regarding Hearing Held 4/11/2022 RE: Confirmation (Day 19) |
| 48. | 4/13/2022 | 9638 | Transcript Regarding Hearing Held 4/7/2022 RE: Confirmation (Day 18) |
| 49. | 4/8/2022 | 9616 | Transcript Regarding Hearing Held 4/6/2022 RE: Confirmation (Day 17) |
| 50. | 4/5/2022 | 9594 | Sixth Amended Plan Supplement |
| 51. | 4/5/2022 | 9591 | Stipulation Between Debtors and Lujan Claimants Regarding Admissibility of Exhibits |
| 52. | 4/5/2022 | 9578 | Transcript Regarding Hearing Held 4/4/2022 RE: Confirmation (Day 16) |
| 53. | 4/4/2022 | 9576 | Stipulation Between Debtors and Certain Insurers Regarding Admissibility of Exhibits |
| 54. | 4/4/2022 | 9564 | Transcript Regarding Hearing Held 4/1/2022 RE: Confirmation (Day 15) |
| 55. | 4/4/2022 | 9563 | Transcript Regarding Hearing Held 3/31/2022 RE: Confirmation (Day 14) |

| 56. | 4/4/2022 | 9562 | Transcript Regarding Hearing Held 3/30/2022 RE: Confirmation (Day 13) |
|---|---|---|---|
| 57. | 3/31/2022 | 9530 | Transcript Regarding Hearing Held 3/29/2022 RE: Confirmation (Day 12) |
| 58. | 3/30/2022 | 9529 | Stipulation Between Debtors and Certain Insurers Regarding Admission of Insurance Policies |
| 59. | 3/30/2022 | 9517 | Transcript Regarding Hearing Held 03/28/2022 RE: Confirmation (Day 11) |
| 60. | 3/29/2022 | 9509 | Stipulation Between Debtors, Settling Insurers, and Certain Insurers Regarding Admissibility of Insurance Policies |
| 61. | 3/29/2022 | 9508 | Stipulation Between Debtors, Century, Hartford, Zurich, and Clarendon |
| 62. | 3/29/2022 | 9507 | Declaration Concerning Certification of Records by Liberty Mutual |
| 63. | 3/28/2022 | 9497 | Transcript Regarding Hearing Held 03/25/2022 RE: Trail. |
| 64. | 3/25/2022 | 9491 | Declaration of Tancred Schiavoni |
| 65. | 3/25/2022 | 9490 | Transcript Regarding Hearing Held 03/24/22 RE: Confirmation (Day 9) |
| 66. | 3/25/2022 | 9482 | Transcript Regarding Hearing Held 3/23/2022 RE: Confirmation (Day 8) |
| 67. | 3/24/2022 | 9481 | Declaration of Jason P. Amala |
| 68. | 3/23/2022 | 9455 | Transcript Regarding Hearing Held 3/22/2022 RE: Confirmation (Day 7) |
| 69. | 3/23/2022 | 9454 | Transcript Regarding Hearing Held 3/21/2022 RE: Confirmation (Day 6) |
| 70. | 3/23/2022 | 9449 | Declaration of Paul Rytting |
| 71. | 3/23/2022 | 9446 | Declaration of Andrew Hammond |
| 72. | 3/21/2022 | 9409 | Transcript Regarding Hearing Held 03/18/2022 RE: Confirmation Hearing |

| 73. | 3/21/2022 | 9407 | Transcript Regarding Hearing Held 3/18/2022 RE: Confirmation (Day 5) |
|---|---|---|---|
| 74. | 3/21/2022 | 9406 | Transcript Regarding Hearing Held 3/18/2022 RE: Confirmation (Day 4) |
| 75. | 3/19/2022 | 9401 | Declaration of Paul Rytting |
| 76. | 3/19/2022 | 9400 | Declaration of Jessica Horewitz |
| 77. | 3/19/2022 | 9398 | Declaration of Nancy Gutzler |
| 78. | 3/19/2022 | 9397 | Declaration of Catherine Nownes-Whitaker |
| 79. | 3/19/2022 | 9396 | Declaration of Aaron Lundberg |
| 80. | 3/19/2022 | 9395 | Declaration of James L. Patton, Jr. |
| 81. | 3/18/2022 | 9389 | Transcript regarding Hearing Held 3/16/2022 RE: Confirmation (Day 3) |
| 82. | 3/16/2022 | 9354 | Transcript regarding Hearing Held 3/16/2022 RE: Confirmation (Day 2) |
| 83. | 3/15/2022 | 9341 | Transcript regarding Hearing Held 3/14/2022 RE: Confirmation (Day 1) |
| 84. | 3/14/2022 | 9317 | Declaration of Makeda Murray |
| 85. | 3/14/2022 | 9316 | Declaration of William S. Sugden |
| 86. | 3/13/2022 | 9313 | Lujan Claimants Joinder in Objections of Roman Catholic ad hoc Committee and Guam Committee to Declaration of Brian Whittman |
| 87. | 3/13/2022 | 9312 | Limited Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Declaration of Brian Whittman in Support of Confirmation of the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 88. | 3/12/2022 | 9309 | Declaration of Adrian Azer |

| 89. | 3/11/2022 | 9285 | Final Pretrial Order for the Plan Confirmation Hearing |
|---|---|---|---|
| 90. | 3/11/2022 | 9280 | Declaration of Brian Whittman |
| 91. | 3/11/2022 | 9279 | Declaration of Devang Desai |
| 92. | 3/10/2022 | 9275 | Supplemental Declaration of Catherine Nownes-Whitaker |
| 93. | 3/10/2022 | 9274 | Declaration of Michael Burnett |
| 94. | 3/10/2022 | 9273 | Declaration of Bruce Griggs |
| 95. | 3/9/2022 | 9252 | Transcript regarding Hearing Held 3/8/2022 Re: Pretrial Conference |
| 96. | 3/7/2022 | 9177 | Unsealed Versions of Certain Insurers' Opposition and Declaration |
| 97. | 3/3/2022 | 9118 | Debtors' Response to the Joint FCR and Coalition Motion and Objection |
| 98. | 3/2/2022 | 9104 | [SEALED] Declaration of Betty X. Yang in Support of Certain Insurers' Opposition |
| 99. | 3/2/2022 | 9101 | [SEALED] Certain Insurers' Opposition to Limited Objection of the Tort Claimants' Committee and Joint FCR and Coalition Motion Regarding Expert Reports and Valuation Opinions |
| 100. | 3/2/2022 | 9097 | Fifth Amended Plan Supplement |
| 101. | 2/25/2022 | 9033 | Certain Insurers Supplemental Objection to Confirmation of Plan |
| 102. | 2/25/2022 | 9031 | Lujan Claimants' Supplemental Objection to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, and Joinder in Objections of United States Trustee and Guam Committee |

| 103. | 2/25/2022 | 9023 | Supplemental Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| --- | --- | --- | --- |
| 104. | 2/25/2022 | 9017 | Supplemental Objection to Confirmation of Plan Filed on Behalf of Abuse Claimant SA-29655, Filed by D & V Claimants |
| 105. | 2/25/2022 | 9009 | Transcript regarding Hearing Held 2/24/2022 Re: Status Conference |
| 106. | 2/18/2022 | 8910 | Notice of Errata Retarding Certain Provisions in Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 107. | 2/18/2022 | 8908 | Notice of Filing of Exhibit J-1 to Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 108. | 2/18/2022 | 8907 | Notice of Filing of Exhibits I-2, I-3, I-4 and J-2 to Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 109. | 2/18/2022 | 8905 | Notice of Supplemental Voting Deadline of March 7, 2022 at 4:00 p.m. (Eastern Time) for Holders of Class 8 Direct Abuse Claims and Limited Disclosure Regarding Changes in Debtors' Chapter 11 Plan of Reorganization Filed by Boy Scouts of America |

| 110. | 2/18/2022 | 8904 | Supplemental Disclosure Regarding Plan Modifications and Summary of Chartered Organization Options under the Debtors' Modified Chapter 11 Plan of Reorganization, Opt-Out Election Procedures for Participating Chartered Organizations, and Supplemental Voting Deadline of March 7, 2022 at 4:00 p. m. (Eastern Time) for Holders of Class 9 Indirect Abuse Claims |
| --- | --- | --- | --- |
| 111. | 2/18/2022 | 8894 | Order Approving Form and Manner of Notice of Supplemental Disclosure Regarding Plan Modifications |
| 112. | 2/16/2022 | 8858 | Amended Proposed Redacted Versions of Certain Insurers Objection to Confirmation of Debtors Chapter 11 Plan and Appendix |
| 113. | 2/15/2022 | 8830 | Order (I) Amended and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims |
| 114. | 2/15/2022 | 8825 | Supplement to Appendix to Certain Insurers' Objection to Confirmation |
| 115. | 2/15/2022 | 8819 | Transcript regarding Hearing Held 2/11/2022 Re: Status Conference |
| 116. | 2/15/2022 | 8817 | Exhibits I-2, I-3, I-4, and J-2 to Third Modified fifth Amended Chapter 11 Plan |
| 117. | 2/15/2022 | 8816 | Exhibits I-1 and J-1 to Third Modified Fifth Amended Chapter 11 Plan |
| 118. | 2/15/2022 | 8815 | Fourth Amended Plan Supplement |

| 119. | 2/15/2022 | 8814 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization, and Blackline |
| 120. | 2/15/2022 | 8813 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 121. | 2/15/2022 | 8812 | Unsealed Version of the Limited Objection of the Tort Claimants' Committee to Findings Related to the Valuation of Abuse Claims |
| 122. | 2/14/2022 | 8811 | Unsealed Joint FCR and Coalition Motion for Entry of an Order Striking Portions of Bates Reports and Precluding Testimony Related to Improper Valuation Opinion |
| 123. | 2/11/2022 | 8793 | Proposed Redacted Version of Certain Insurers Objection to Confirmation of Debtors Chapter 11 Plan |
| 124. | 2/10/2022 | 8785 | Certain Insurers' Statement in Advance of February 11, 2022 Status Conference |
| 125. | 2/10/2022 | 8778 | Allianz Insurers' Objection to Second Modified Fifth Amended Chapter 11 Plan |
| 126. | 2/10/2022 | 8772 | Eleventh Mediator's Report |
| 127. | 2/9/2022 | 8763 | Joinder and Objection of Liberty Mutual Insurance Company to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 128. | 2/9/2022 | 8744 | Dumas & Vaughn Claimants' Objection to Confirmation of the Second Modified Fifth Amended Chapter 11 Plan |
| 129. | 2/7/2022 | 8710 | United States Trustee's Objection to Confirmation of the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |

| 130. | 2/7/2022 | 8708 | Lujan Claimants' Objection to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America an d Delaware BSA, LLC, and Joinder in Objection Filed by Guam Committee |
| 131. | 2/5/2022 | 8703 | Joinder of Traders and Pacific Insurance Company to Certain Insurers' Objection |
| 132. | 2/4/2022 | 8700 | Joinder by Travelers and Surety Company, Inc., et al., to Allianz Insurers' Objection |
| 133. | 2/4/2022 | 8699 | Old Republic Insurance Company Joinder to Objections and Supplemental Objection |
| 134. | 2/4/2022 | 8698 | [SEALED] Joinder and Objection of Liberty Mutual Insurance Company to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 135. | 2/4/2022 | 8697 | [SEALED] Appendix to Certain Insurers Objection |
| 136. | 2/4/2022 | 8696 | [SEALED] Allianz Insurers' Objection to Second Modified Fifth Amended Chapter 11 Plan |
| 137. | 2/4/2022 | 8695 | [SEALED] Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan |
| 138. | 2/4/2022 | 8687 | Joinder of Archbishop of Agana, a Corporation Sole, to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 139. | 2/4/2022 | 8685 | Munich Reinsurance America, Inc., Joinder to Certain Objections and Separate Objection to the Plan |

| 140. | 2/4/2022 | 8683 | Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
|---|---|---|---|
| 141. | 1/18/2022 | 8346 | Notice of Filing of Solicitation Changes in Connection with Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Final Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 142. | 1/18/2022 | 8345 | Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Final Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 143. | 1/11/2022 | 8234 | Debtors' Response to the Official Committee of Tort Claimants' Status Report |
| 144. | 1/7/2022 | 8210 | Joinder of the Zalkin Law Firm, P.C., et al., to the Official Committee of Tort Claimants' Status Report |
| 145. | 1/07/2022 | 8190 | The Official Committee of Tort Claimants' Status Report Re: Second Modified Fifth Amended Chapter 11 Plan of Reorganization |

| 146. | 1/4/2022 | 8141 | Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Preliminary Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 147. | 12/08/2021 | 7611 | Verified Statement filed by D & V Claimants (redacted) |
| 148. | 9/30/2021 | 6445 | Solicitation Version Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 149. | 9/30/2021 | 6443 | Solicitation Version Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 150. | 9/30/2021 | 6438 | Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief |
| 151. | 9/29/2021 | 6431 | Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 152. | 9/29/2021 | 6429 | Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |

| 153. | 9/29/2021 | 6419 | Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
|------|-----------|------|---------------------------------------------------------------------------------------------------------------------------------------------|
| 154. | 9/29/2021 | 6416 | Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 155. | 9/27/2021 | 6383 | Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 156. | 9/27/2021 | 6377 | Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 157. | 9/16/2021 | 6249 | Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order Approving Disclosure Statement |
| 158. | 9/16/2021 | 6247 | Joinder of Dumas & Vaughn to the TCC's Motion to Adjourn the Hearing to Consider Approval of the Disclosure Statement |
| 159. | 9/15/2021 | 6222 | TCC's Motion to Adjourn the Hearing to Consider Approval of the Disclosure Statement |
| 160. | 9/15/2021 | 6213 | Amended Disclosure Statement for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 161. | 9/15/2021 | 6212 | Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 162. | 8/16/2021 | 6030 | Dumas & Vaughn Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement |

| 163. | 8/11/2021 | 5961 | Debtors' Motion for Leave to file Debtors' Response to Certain Supplemental Objections |
|---|---|---|---|
| 164. | 8/9/2021 | 5935 | AIG's Joinder to Century's Supplemental Objection and Partial Joinder to Hartford's Supplemental Objection |
| 165. | 8/9/2021 | 5934 | Certain Excess Insurers' Joinder in Century's Supplemental Objection |
| 166. | 8/9/2021 | 5932 | Redacted Version of Supplemental Objection of Century Indemnity to Motion to Authorize Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into and Perform under the Restructuring Support Agreement |
| 167. | 8/09/2021 | 5925 | Hartford's Supplement to Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into and Perform Under the Restructuring Support Agreement |
| 168. | 7/26/2021 | 5760 | Supplemental Brief of Coalition of Abused Scouts for Justice, Official Committee of Tort Claimants, and Future Claims Representative In Support of Debtors' Motion for Entry of an Order Authorizing Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 169. | 7/26/2021 | 5759 | Debtors Omnibus Reply in Further Support of Debtors' Motion for Entry of an Order Authorizing Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 170. | 7/23/2021 | 5723 | Final Redacted Version of Insurers' Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform under the Restructuring Support Agreement |

| 171. | 7/22/2021 | 5708 | [SEALED] Declaration of Daniel Shamah in Support of Century's Objections to Debtors' Motion for Entry of Order Authorizing Debtors to Enter into and Perform under the Restructuring Support Agreement |
|---|---|---|---|
| 172. | 7/22/2021 | 5707 | [SEALED] Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform Under the Restructuring Support Agreement |
| 173. | 7/22/2021 | 5684 | Certain Insurers Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 174. | 7/22/2021 | 5684 | Certain Insurers Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into and Perform under the Restructuring Support Agreement |
| 175. | 7/8/2021 | 5529 | Transcript regarding Hearing Held 7/7/2021 Re: Status Conference |
| 176. | 7/2/2021 | 5486 | Notice of Filing of Redlines of Fourth amended Plan and Amended Disclosure Statement |
| 177. | 7/2/2021 | 5485 | Amended Disclosure Statement for Fourth Amended Chapter 11 Plan of Reorganization |
| 178. | 7/2/2021 | 5484 | Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 179. | 7/1/2021 | 5466 | Motion for Entry of an Order Authorizing The Debtors To Enter Into and Perform under the Restructuring Support Agreement |

| 180. | 6/17/2021 | 5372 | Notice of Filing of Redlines of Third Amended Plan and Proposed Amendments to Disclosure Statement |
|---|---|---|---|
| 181. | 6/18/2021 | 5371 | Amended Chapter 11 Combined Plan and Disclosure Statement |
| 182. | 6/18/2021 | 5368 | Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 183. | 6/1/2021 | 5171 | Supplemental Objection to the Adequacy of Debtors' Disclosure Statement: Letter from SA 29655, Filed by D & V CLaimants |
| 184. | 5/16/2021 | 4107 | Exhibit(s) Proposed Amendments to Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America |
| 185. | 5/10/2021 | 3581 | US Trustee's Objections to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Form of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief |

| 186. | 5/10/2021 | 3526 | Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Form of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief |
| --- | --- | --- | --- |
| 187. | 5/6/2021 | 3247 | Objection to Disclosure Statement Filed by Paul Mones, P.C. |
| 188. | 5/5/2021 | 3154 | D & V Claimants' Objection to Disclosure Statement |
| 189. | 4/15/2021 | 2612 | Debtors' Objection to the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice's Motion for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), (I) Authorizing an Estimation of Current and Future Abuse Claims and (II) Establishing Procedures and Schedule for Estimation Proceedings |
| 190. | 4/14/2021 | 2595 | Redlines of Plan and Disclosure Statement |
| 191. | 4/14/2021 | 2594 | Amended Disclosure Statement for the Second Amended Chapter 11 Plan |
| 192. | 4/13/2021 | 2592 | Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 193. | 3/1/2021 | 2295 | Motion to Approve Debtors' Motion for Entry of an Order Approving the Disclosure Statement and the Form and Manner of Notice |

| 194. | 3/1/2021 | 2294 | Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 195. | 3/1/2021 | 2293 | Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 196. | 2/18/2020 | 21 | Disclosure Statement for the Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 197. | 2/18/2020 | 20 | Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 198. | 2/18/2020 | Pacer Docket Item 1 | Voluntary Petition |

## B.        Exhibits

The parties have agreed by stipulation that all exhibits admitted into the evidence at the Confirmation Hearing shall be designated and that the parties shall cooperate to facilitate transmittal of the record to the District Court.  Attached as **Exhibit A** is a full list of what Appellants D & V Claimants understand to be all exhibits admitted into evidence.  In accordance with the instructions of the Court, exhibits that have not been docketed in the Bankruptcy Court will be submitted to the District Court in accordance with the Court's further direction at the upcoming Court Conference on October 7, 2022.  Trial exhibits that are available on the bankruptcy court docket have been designated in Exhibit A with a docket index number in the document description.  Appellants D & V Claimants reserve the right to seek to amend or supplement the exhibit list included at Exhibit A to the extent necessary to accurately reflect those exhibits admitted at the Confirmation Hearing.

**CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(b)**

Appellants certify that they are not ordering any transcripts because the relevant transcripts have been transcribed and docketed.

Dated:  October 3, 2022                    GELLERT SCALI BUSENKELL & BROWN LLC

/s/ *Charles J. Brown, III*
Charles J. Brown, III, Esquire (No. 3368)
1201 N. Orange St., 3rd Floor
Wilmington, DE 19801
Phone: (302) 425-5813
Email: cbrown@gsbblaw.com

- and -

DUMAS & VAUGHN, LLC

/s/ *Gilion C. Dumas*
Dumas & Vaughn, LLC., *admitted pro hac vice*
3835 NE Hancock Street, Suite GLB
Portland, OR 97212
Telephone: (503) 616-5007
Email: gilion@dumasandvaughn.com