**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |
| TORT CLAIMANTS, | |
| Appellants, | |
| v. | Case No. 1:22-cv-01258-RGA |
| BOY SCOUTS OF AMERICA, *et al.* | |
| Appellees. | |

**APPELLANTS' STATEMENT OF ISSUES ON APPEAL AND DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD OF APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellants Tort Claimants represented by Lujan & Wolff LLP ("Appellants") submit the following: (i) statement of issues to be considered on appeal from the *Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* (D.I. 10316) (the "Confirmation Order"), accompanying *Opinion* (D.I. 10136), *Order Releasing Pre-Petition Century/Chubb Claims Pursuant to Century and Chubb Companies Insurance Settlement*

---

[1] The Debtors in the Chapter 11 Cases, together with the last four digits of Debtors' federal tax identification numbers, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Agreement* (D.I. 10327), and all other subsumed judgments, orders, and decrees brought up for review in the appeal; and (ii) designation of items to be included in the record on appeal.

I.        **Statement of Issues to Be Presented on Appeal**

Appellants present the following statement of issues to be considered on appeal.

1.       Does the Court lack subject matter over abuse survivors' claims against nondebtors, including local councils, chartered organizations, insurers, and other entities?

2.       Does the Bankruptcy Code or other applicable statutory or case law authorize the nonconsensual third party releases and injunctions in the Plan, Opinion, and Confirmation Order?

3.       Does the Plan impermissibly violate Lujan Claimants' direct action rights against insurers and interests in insurance policies, and treat Lujan Claimants unequally?

4.       Do the Plan, Opinion, and Confirmation Order wrongly dispose of and control the Archbishop of Agana's interests in insurance policies, including in violation of the automatic stay issued in In re Archbishop of Agana, Case No. 19-00010 (Bankr. D. Guam), and wrongly interfere with the District Court of Guam's jurisdiction to determine whether to permit Lujan Claimants to recover against the Archbishop of Agana?

5.       Does the Court lack jurisdiction or authority to approve the sale and settlement of 1976 and 1977 Hartford policies, as BSA previously released its rights to coverage for sexual abuse claims as to these policies?

6.       Did the Court erroneously approve the insurance settlement agreements, including the release and injunction of claims against insurance proceeds?

7.       Does the Plan fail to properly classify the claims of Lujan Claimants?

8.       Does the Plan treat Abuse Survivors unequally compared to other classes of secured creditors?

9.      Does the Plan treat Abuse Survivors unequally and unfairly as some Survivors lose their third party claims against chartered organizations while other Survivors retain their third party claims against chartered organizations?

10.     Does the Plan fail the best interests of creditors test?

11.     Did the Court erroneously grant Debtors' motion to amend/supplement the findings of fact and conclusions of law and enter the Confirmation Order?

## II.      Designations of Items to Be Included in the Record on Appeal

Appellants submit the following designation of items to be included in the record on appeal, which includes all exhibits, appendices, attachments, and/or addenda:

### A.      Docket Entries

| Item | Date Filed/Entered | Bankr. Dkt. No. | Description |
|------|--------------------|-----------------|-------------|
| 1.   | 2/18/2020          | 1               | Voluntary Petition |
| 2.   | 2/18/2020          | 20              | Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 3.   | 2/18/2020          | 21              | Disclosure Statement for the Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 4.   | 4/8/2020           | 377             | Schedules of Assets and Liabilities for Delaware BSA, LLC (Case No. 20-10342) |
| 5.   | 3/1/2021           | 2293            | Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 6.   | 3/1/2021           | 2294            | Disclosure Statement for the Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 7.   | 3/16/2021          | 2391            | Motion of the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), (I) Authorizing an Estimation of Current and Future Abuse |

| | | | Claims and (II) Establishing Procedures and Schedule for Estimation Proceedings |
|---|---|---|---|
| 8. | 3/17/2021 | 2399 | Motion of the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice for Entry of an Order, Pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011(a), Withdrawing the Reference of Proceedings Involving the Estimating of Personal Injury Claims |
| 9. | 3/18/2021 | 2407 | Transcript regarding Hearing Held 3/17/2021 RE: Omnibus |
| 10. | 4/13/2021 | 2592 | Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 7. | 4/14/2021 | 2594 | Amended Disclosure Statement for the Second Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 8. | 4/15/2021 | 2612 | Debtors' Objection to the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice's Motion for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), (I) Authorizing an Estimation of Current and Future Abuse Claims and (II) Establishing Procedures and Schedule for Estimation Proceedings |
| 9. | 4/16/2021 | 2624 | Second Mediators' Report |
| 10. | 5/6/2021 | 3231 | Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee |
| 11. | 5/6/2021 | 3263 | Objection of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief |

| 12. | 5/10/2021 | 3526 | Objection of the Tort Claimants' Committee to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Form of Ballots, (IV) Approving Form, Manner and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief |
| 13. | 5/14/2021 | 3949 | Notice of Filing of Exhibit A to Objection to the Adequacy of Debtors' Disclosure Statement in Support of Second Amended Chapter 11 Plan of Reorganization and Joinder of the Objection of the Tort Claimants' Committee |
| 14. | 5/14/2021 | 4089 | Omnibus Reply of the Official Committee of Tort Claimants, the Coalition of Abused Scouts for Justice, and the Future Claimants' Representative to Objections to Motion of the Future Claimants' Representative, the Official Committee of Tort Claimants, and the Coalition of Abused Scouts for Justice for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a) and 502(c), (I) Authorizing an Estimation of Current and Future Abuse Claims and (II) Establishing Procedures and Schedule for Estimation Proceedings |
| 15. | 5/14/2021 | 4092 | Joinder of the Roman Catholic Archbishop of Los Angeles, a Corporation Sole, and Its Related BSA-Chartered Organizations to the Disclosure Statement Objection of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole [D.I. 3263] |
| 16. | 5/16/2021 | 4105 | Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief |
| 17. | 5/17/2021 | 4321 | Joinder of the Official Committee of Unsecured |

| | | | |
|---|---|---|---|
| | | | Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Objection Tort Claimants' Committee |
| 18. | 6/18/2021 | 5368 | Third Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 19. | 6/18/2021 | 5371 | Amended Chapter 11 Combined Plan & Disclosure Statement / Proposed Amendments to Disclosure Statement for the Third Amended Chapter 1 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 20. | 7/1/2021 | 5466 | Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Order, (I) Authorizing the Debtors to Enter into and Perform under the Restructuring Support Agreement, and (II) Granting Related Relief |
| 21. | 7/2/2021 | 5484 | Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 22. | 7/2/2021 | 5485 | Amended Disclosure Statement for the Fourth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 23. | 7/22/2021 | 5674 | Limited Objection and Reservation of Rights of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform under the Restructuring Support Agreement, and (II) Granting Related Relief |
| 24. | 7/22/2021 | 5676 | Joint Objection of the Roman Catholic Ad Hoc Committee and the United Methodist Ad Hoc Committee to the Debtors' Motion for Authorization to Enter into and Perform under Restructuring Support Agreement and for Related Relief and Joinder in Limited Objection and Reservation of Rights of the Church of Jesus Christ of Latter-Day Saints |
| 25. | 7/26/2021 | 5759 | Debtors' Omnibus Reply in Further Support of Debtors' Motion for Entry of an Order, Pursuant to Sections 363(b) and 105(a) of the Bankruptcy Code, (I) Authorizing the Debtors to Enter into and Perform under the Restructuring Support Agreement, and (II) Granting |

| | | | Related Relief |
|---|---|---|---|
| 26. | 8/11/2021 | 5964 | PCVA Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order |
| 27. | 8/16/2021 | 6009 | Supplemental Objection of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, to Debtors' Motion for Entry of an Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief |
| 28. | 8/16/2021 | 6039 | Lujan Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization; Joiner in PCVA Claimants' Supplemental Objection to the Adequacy of Debtors' Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization and Objection to the Debtors' Revised Proposed Solicitation Procedures Order |
| 29. | 8/16/2021 | 6044 | Joinder of (I) the Roman Catholic Archbishop of Los Angeles, a Corporation Sole, and Its Related BSA-Chartered Organizations and (II) the Roman Catholic Diocese of Brooklyn, New York to the Supplemental Disclosure Statement Objection of the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole [D.I. 6009] |
| 30. | 9/14/2021 | 6210 | Sixth Mediators' Report |
| 31. | 9/15/2021 | 6212 | Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 32. | 9/15/2021 | 6213 | Amended Disclosure Statement for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |

| 33. | 9/15/2021 | 6222 | Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
|---|---|---|---|
| 34. | 9/16/2021 | 6246 | Joint Reply of the Future Claimants' Representative and the Coalition of Abused Scouts for Justice in Support of Debtors' Disclosure Statement for the Fifth Amended Plan, Solicitation Procedures and Form of Ballots |
| 35. | 9/20/2021 | 6314 | Joinder of Lujan Claimants to Tort Claimants' Committee's Motion to Adjourn the Hearing to Consider Approval of Disclosure Statement and Solicitation Procedures for the Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC (D.I. 6222) |
| 36. | 9/27/2021 | 6377 | Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 37. | 9/27/2021 | 6383 | Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 38. | 9/28/2021 | 6389 | Transcript regarding Hearing Held 9/21/2012 RE: Disclosure Statement |
| 39. | 9/28/2021 | 6390 | Transcript regarding Hearing Held 9/22/2021 RE: Disclosure Statement (continued) |
| 40. | 9/28/2021 | 6391 | Transcript regarding Hearing Held 9/23/2021 RE: Disclosure Statement (continued) |
| 41. | 9/28/2021 | 6392 | Transcript regarding Hearing Held 9/23/2021 RE: Omnibus |
| 42. | 9/29/2021 | 6416 | Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 43. | 9/29/2021 | 6419 | Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 44. | 9/29/2021 | 6429 | Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and |

| | | | Delaware BSA, LLC |
|---|---|---|---|
| 45. | 9/29/2021 | 6431 | Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 46. | 9/30/2021 | 6436 | Transcript regarding Hearing Held 9/28/2021 RE: Disclosure Statement (continued) |
| 47. | 9/30/2021 | 6437 | Transcript regarding Hearing Held 9/29/2021 RE: Disclosure Statement (continued) |
| 48. | 9/30/2021 | 6438 | Order (I) Approving the Disclosure Statement and the Form and Manner of Notice, (II) Approving Plan Solicitation and Voting Procedures, (III) Approving Forms of Ballots, (IV) Approving Form, Manner, and Scope of Confirmation Notices, (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan, and (VI) Granting Related Relief |
| 49. | 9/30/2021 | 6443 | Solicitation Version Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 50. | 9/30/2021 | 6445 | Solicitation Version Amended Disclosure Statement for the Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 51. | 10/8/2021 | 6532 | Notice of Intent of Lujan Claimants to Participate in Plan Confirmation Proceedings |
| 52. | 11/30/2021 | 7515 | Notice of Filing of Plan Supplement to Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 53. | 12/13/2021 | 7741 | Seventh Mediator's Report |
| 54. | 12/14/2021 | 7744 | Notice of Withdrawal of Seventh Mediator's Report |
| 55. | 12/14/2021 | 7745 | Seventh Mediator's Report |
| 56. | 12/14/2021 | 7772 | Notice of Seventh Mediator's Report Regarding Century and Chubb Companies Term Sheet Including Treatment of Chartered Organizations |
| 57. | 12/18/2021 | 7832 | Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and |

| | | | Delaware BSA, LLC |
|---|---|---|---|
| 58. | 12/21/2021 | 7884 | Eighth Mediator's Report |
| 59. | 12/22/2021 | 7915 | (Sealed) Verified Statement of Lujan & Wolff LLP Pursuant to Bankruptcy Rule 2019 |
| 60. | 12/22/2021 | 7924 | Notice of Filing of Final Redacted Version of Verified Statement of Lujan & Wolff LLP Pursuant to Bankruptcy Rule 2019 |
| 61. | 12/22/2021 | 7928 | Ninth Mediator's Report |
| 62. | 12/18/2021 | 7832 | Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 63. | 12/23/2021 | 7953 | Notice of Filing of Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 64. | 1/3/2022 | 8095 | Tenth Mediator's Report |
| 65. | 1/4/2022 | 8141 | Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Preliminary Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 66. | 1/18/2022 | 8345 | Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Final Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 67. | 1/18/2022 | 8346 | Notice of Filing of Solicitation Changes in Connection with Declaration of Catherine Nownes-Whitaker of Omni Agent Solutions Regarding the Solicitation of Votes and Final Tabulation of Ballots Cast on the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 68. | 1/29/2022 | 8567 | Notice of Filing of Second Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and |

| | | | Delaware BSA, LLC |
|---|---|---|---|
| 69. | 1/31/2022 | 8607 | Lujan Claimants' Identification of Witnesses |
| 70. | 2/3/2022 | 8647 | Notice of Filing of Third Amended Plan Supplement to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 71. | 2/4/2022 | 8683 | Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 72. | 2/4/2022 | 8687 | Joinder of Archbishop of Agana, a Corporation Sole, to the Roman Catholic Ad Hoc Committee's Objection to the Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 73. | 2/4/2022 | 8694 | Delaware BSA, LLC's Monthly Operating Report |
| 74. | 2/7/2022 | 8708 | Lujan Claimants' Objection to Second Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, and Joinder in Objection Filed by Guam Committee |
| 75. | 2/7/2022 | 8710 | United States Trustee's Objection to Confirmation of the Second Modified Fifth Amended Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 76. | 2/10/2022 | 8772 | Eleventh Mediator's Report |
| 77. | 2/11/2022 | 8793 | Notice of Filing of Proposed Redacted Version of Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan and Appendix to Certain Insurers' Objection to Confirmation of Debtors' Chapter 11 Plan |
| 78. | 2/15/2022 | 8813 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 79. | 2/15/2022 | 8815 | Notice of Filing of Fourth Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 80. | 2/15/2022 | 8816 | Notice of Filing of Exhibits I-1 and J-1 to Debtors' Third |

| | | | |
|---|---|---|---|
| | | | Modified Fifth Amended Chapter 11 Plan of Reorganization and Redlines Thereof |
| 81. | 2/15/2022 | 8817 | Notice of Filing of Exhibits I-2, I-3, I-4 and J-2 to Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 82. | 2/15/2022 | 8830 | Order (I) Amended and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims |
| 83. | 2/18/2022 | 8894 | Order Approving Form and Manner of Notice of Supplemental Disclosure Regarding Plan Modifications |
| 84. | 2/18/2022 | 8904 | Supplemental Disclosure Regarding Plan Modifications and Summary of Chartered Organization Options under the Debtors' Modified Chapter 11 Plan of Reorganization, Opt-Out Election Procedures for Participating Chartered Organizations, and Supplemental Voting Deadline of March 7, 2022 at 4:00 p. m. (Eastern Time) for Holders of Class 9 Indirect Abuse Claims |
| 85. | 2/18/2022 | 8905 | Notice of Supplemental Voting Deadline of March 7, 2022 at 4:00 p.m. (Eastern Time) for Holders of Class 8 Direct Abuse Claims and Limited Disclosure Regarding Changes in Debtors' Chapter 11 Plan of Reorganization Filed by Boy Scouts of America |
| 86. | 2/18/2022 | 8907 | Notice of Filing of Exhibits I-2, I-3, I-4 and J-2 to Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 87. | 2/18/2022 | 8908 | Notice of Filing of Exhibit J-1 to Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 88. | 2/18/2022 | 8910 | Notice of Errata Retarding Certain Provisions in Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 89. | 2/25/2002 | 9009 | Transcript regarding Hearing Held 2/24/2022 RE: Status Conference |

| 90. | 2/25/2022 | 9023 | Supplemental Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 91. | 2/25/2022 | 9031 | Lujan Claimants' Supplemental Objection to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC, and Joinder in Objections of United States Trustee and Guam Committee |
| 92. | 2/25/2022 | 9032 | Notice of Summary Final Voting Report Data with Respect to Local Councils and Chartered Organizations Named in Abuse Survivor Proofs of Claim |
| 93. | 3/2/2022 | 9096 | Hartford's Brief in Support of Confirmation of the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 94. | 3/2/2022 | 9097 | Notice of Filing of Fifth Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 95. | 3/3/2022 | 9114 | Debtors' (I) Memorandum of Law in Support of Confirmation of Third  Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC and (II) Omnibus Reply to Plan Confirmation Objections |
| 96. | 3/3/2022 | 9118 | Debtors' Response to the Joint FCR and  Coalition (I) Motion for Entry of an Order (A)(1) Striking Portions of Bates Rebuttal Report and the Entire Bates Supplemental Report and (2) Precluding Testimony Related to Improper Valuation Opinion or (B) in the Alternative, Granting Movants Leave to Submit a Rebuttal Report; and (II) Limited Objection to Confirmation of the Plan |
| 97. | 3/3/2022 | 9136 | Transcript regarding Hearing Held 3/2/2022 RE: Motions in Limine |
| 98. | 3/3/2022 | 9146 | Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third |

| | | | Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
|---|---|---|---|
| 99. | 3/4/2022 | 9150 | Revised Order (I) Amended and Scheduling Certain Supplemental Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and (II) Approving a Limited Supplemental Voting Deadline for Class 8 Direct Abuse Claims and Class 9 Indirect Abuse Claims |
| 100. | 3/7/2022 | 9172 | Transcript regarding Hearing Held 3/4/2022 RE: Omnibus |
| 101. | 3/7/2022 | 9190 | Notice of Filing of Unsealed Version of Statement of the Coalition of Abused Scouts for Justice and Future Claimants' Representative in Support of Confirmation of Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 102. | 3/7/2022 | 9191 | Lujan Claimants' Exhibit List |
| 103. | 3/7/2022 | 9192 | Lujan Claimants' Witness List |
| 104. | 3/9/2022 | 9252 | Transcript regarding Hearing Held 3/8/2022 RE: Pretrial Conference |
| 105. | 3/10/2022 | 9273 | Declaration of Bruce Griggs |
| 106. | 3/10/2022 | 9274 | Declaration of Michael Burnett |
| 107. | 3/10/2022 | 9275 | Supplemental Declaration of Catherine Nownes-Whitaker |
| 108. | 3/11/2022 | 9279 | Declaration of Devang Desai |
| 109. | 3/11/2022 | 9280 | Declaration of Brian Whittman |
| 110. | 3/11/2022 | 9285 | Final Pretrial Order for the Plan Confirmation Hearing |
| 111. | 3/12/2022 | 9309 | Declaration of Adrian Azer |
| 112. | 3/13/2022 | 9312 | Limited Objection of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Declaration of Brian Whittman in Support of Confirmation of the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and |

| | | | Delaware BSA, LLC |
|---|---|---|---|
| 113. | 3/13/2022 | 9313 | Lujan Claimants' Joinder in Objections of Roman Catholic Ad Hoc Committee and Guam Committee to Declaration of Brian Whittman |
| 114. | 3/14/2022 | 9316 | Declaration of William S. Sugden |
| 115. | 3/14/2022 | 9317 | Declaration of Makeda Murray |
| 116. | 3/15/2022 | 9341 | Transcript regarding Hearing Held 3/14/2022 RE: Confirmation (Day 1) |
| 117. | 3/16/2022 | 9354 | Transcript regarding Hearing Held 3/15/2022 RE: Confirmation (Day 2) |
| 118. | 3/17/2022 | 9386 | Twelfth Mediator's Report |
| 119. | 3/17/2022 | 9388 | Declaration of Charles E Bates |
| 120. | 3/18/2022 | 9389 | Transcript regarding Hearing Held 3/16/2022 RE: Confirmation (Day 3) |
| 121. | 3/19/2022 | 9395 | Declaration of James L. Patton, Jr. |
| 122. | 3/19/2022 | 9396 | Declaration of Aaron Lundberg |
| 123. | 3/19/2022 | 9397 | Declaration of Catherine Nownes-Whitaker |
| 124. | 3/19/2022 | 9398 | Declaration of Nancy Gutzler |
| 125. | 3/19/2022 | 9400 | Declaration of Jessica Horewitz |
| 126. | 3/19/2022 | 9401 | Declaration of Paul Rytting |
| 127. | 3/21/2022 | 9406 | Transcript regarding Hearing Held 3/17/2022 RE: Confirmation (Day 4) |
| 128. | 3/21/2022 | 9407 | Transcript regarding Hearing Held 3/18/2022 RE: Confirmation (Day 5) |
| 129. | 3/21/2022 | 9408 | Transcript regarding Hearing Held 3/17/2022 RE: Confirmation |
| 130. | 3/21/2022 | 9409 | Transcript regarding Hearing Held 3/18/2022 RE: Confirmation |
| 131. | 3/23/2022 | 9446 | Declaration of Andrew Hammond |
| 132. | 3/23/2022 | 9449 | Declaration of Paul Rytting |

| 133. | 3/23/2022 | 9454 | Transcript regarding Hearing Held 3/21/2022 RE: Confirmation (Day 6) |
|------|-----------|------|-----------------------------------------------------------------------|
| 134. | 3/23/2022 | 9455 | Transcript regarding Hearing Held 3/22/2022 RE: Confirmation (Day 7) |
| 135. | 3/24/2022 | 9478 | Response of the Official Committee of Unsecured Creditors for the Archbishop of Agana (Bankr. D. Guam 19-00010) to the Debtors' Supplemental Response to Objection of the Roman Catholic Ad Hoc Committee to the Declaration of Brian Whittman |
| 136. | 3/24/2022 | 9481 | Declaration of Jason P. Amala |
| 137. | 3/25/2022 | 9482 | Transcript regarding Hearing Held 3/23/2022 RE: Confirmation (Day 8) |
| 138. | 3/25/2022 | 9490 | Transcript regarding Hearing Held 3/24/2022 RE: Confirmation (Day 9) |
| 139. | 3/25/2022 | 9491 | Declaration of Tancred Schiavoni |
| 140. | 3/28/2022 | 9497 | Transcript regarding Hearing Held 3/25/2022 RE:  Trial |
| 141. | 3/29/2022 | 9508 | Stipulation Between Debtors, Century, Hartford, Zurich, and Clarendon |
| 142. | 3/29/2022 | 9509 | Stipulation Between Debtors, Settling Insurers, and Certain Insurers Regarding Admissibility of Insurance Policies |
| 143. | 3/30/2022 | 9517 | Transcript regarding Hearing Held 3/28/2022 RE: Confirmation (Day 11) |
| 144. | 3/30/2022 | 9529 | Stipulation Between Debtors and Certain Insurers Regarding Admission of Insurance Policies |
| 145. | 3/31/2022 | 9530 | Transcript regarding Hearing Held 3/29/2022 RE: Confirmation (Day 12) |
| 146. | 4/1/2022 | 9544 | Transcript regarding Hearing Held 3/30/2022 RE: Confirmation (Day 13) |
| 147. | 4/1/2022 | 9555 | Notice of Continuing Objection of Archbishop of Agana, a Corporation Sole to the Debtors' Second Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 148. | 4/3/2022 | 9559 | Century's    Counter-Designation    and    Rebuttal |

| | | | Designations of Jesse Lopez Deposition Transcript |
|---|---|---|---|
| 149. | 4/4/2022 | 9560 | Notice of Filing of Revised Exhibit B (Settlement Trust Agreement) to the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization and Redline Thereof |
| 150. | 4/4/2022 | 9562 | Transcript regarding Hearing Held 3/30/2022 RE: Confirmation (Day 13) |
| 151. | 4/4/2022 | 9563 | Transcript regarding Hearing Held 3/31/2022 RE: Confirmation (Day 14) |
| 152. | 4/4/2022 | 9564 | Transcript regarding Hearing Held 4/1/2022 RE: Confirmation (Day 15) |
| 153. | 4/4/2022 | 9576 | Stipulation Between Debtors and Certain Insurers Regarding Admissibility of Exhibits |
| 154. | 4/5/2022 | 9578 | Transcript regarding Hearing Held 4/4/2022 RE: Confirmation (Day 16) |
| 155. | 4/5/2022 | 9591 | Certification of Counsel Regarding the Stipulation Between the Debtors and Lujan Claimants Regarding Admissibility of Exhibits |
| 156. | 4/5/2022 | 9594 | Notice of Filing of Sixth Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC |
| 157. | 4/8/2022 | 9616 | Transcript regarding Hearing Held 4/6/2022 RE: Confirmation (Day 17) |
| 158. | 4/13/2022 | 9638 | Transcript regarding Hearing Held 4/7/2022 RE: Confirmation (Day 18) |
| 159. | 4/13/2022 | 9639 | Transcript regarding Hearing Held 4/11/2022 RE: Confirmation (Day 19) |
| 160. | 4/14/2022 | 9646 | Transcript regarding Hearing Held 4/12/2022 RE: Confirmation (Day 20) |
| 161. | 4/14/2022 | 9648 | Transcript regarding Hearing Held 4/13/2022 RE: Confirmation (Day 21) |
| 162. | 4/15/2022 | 9655 | Letter to the Honorable Chief Judge Laurie Selber Silverstein from Jessica C. Lauria and Derek C. Abbott |

| | | | regarding certain decisions in W.R. Grace |
|---|---|---|---|
| 163. | 4/18/2022 | 9656 | Transcript regarding Hearing Held 4/14/2022 RE: Confirmation (Day 22) |
| 164. | 4/20/2022 | 9673 | Order Regarding Stipulation |
| 165. | 4/20/2022 | 9674 | Order Regarding Stipulation |
| 166. | 4/20/2022 | 9675 | Order Regarding Stipulation |
| 167. | 4/20/2022 | 9676 | Order Regarding Stipulation |
| 168. | 4/20/2022 | 9677 | Order Regarding Stipulation Between the Debtors and Lujan Claimants Regarding Admissibility of Exhibits |
| 169. | 4/21/2022 | 9693 | Letter from Delia Lujan Wolff and Christopher Loizides in Response to D.I. 9655 |
| 170. | 4/21/2022 | 9694 | Notice of Errata Regarding Certain Provisions in Exhibit I-1 to the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 171. | 4/21/2022 | 9695 | Notice of Filing of Addendum to Exhibit J-1 to the Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization |
| 172. | 4/22/2022 | 9696 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
| 173. | 4/22/2022 | 9697 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications), and Blackline |
| 174. | 4/22/2022 | 9698 | Notice of Filing of Seventh Amended Plan Supplement to Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
| 175. | 4/22/2022 | 9699 | Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications), and Blackline |
| 176. | 4/22/2022 | 9710 | Dumas & Vaugh Claimants' Response to Letter  Brief filed by Debtors on April 15, 2022 relating to W.R. Grace decisions |

| 177. | 7/29/2022 | 10136 | Opinion |
|------|-----------|-------|---------|
| 178. | 8/12/2022 | 10188 | Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52 |
| 179. | 8/12/2022 | 10190 | Notice of Filing of Blackline of Conformed (I) Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and (II) Certain Other Plan Documents |
| 180. | 8/15/2022 | 10192 | Certain Insurers' Objection to Debtors' Motion to Shorten Notice |
| 181. | 8/19/2022 | 10215 | Transcript Regarding Hearing Held 8/18/2022 RE: Status Conference |
| 182. | 8/24/2022 | 10246 | Lujan Claimants' Objection to Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52 |
| 183. | 8/24/2022 | 10247 | Certain Insurers' Objection to Motion to Amend and Supplement The Findings of Fact and Conclusions of Law |
| 184. | 8/29/2022 | 10258 | Debtors' Omnibus Reply in Support of Debtors' Motion to Amend and Supplement the Findings of Fact and Conclusions of Law in the Confirmation Opinion Pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52 |
| 185. | 8/29/2022 | 10259 | Joint Reply of Tort Claimants' Committee, Coalition of Abused Scouts for Justice, Pfau Cochran Vertetis Amala PLLC and Zalkin Law Firm, PC. And the Future Claimants Representative to Certain Insurers' Objection |
| 186. | 8/29/2022 | 10262 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
| 187. | 8/29/2022 | 10265 | Notice of Filing of Revised Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of |

| | | | Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
|---|---|---|---|
| 188. | 8/30/2022 | 10271 | Notice of Filing of Corrected Scheduled to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
| 189. | 9/2/2022 | 10288 | Transcript Regarding Hearing Held 9/1/2022 RE: Motion to Amend/Supplement Findings of Fact/Conclusions of Law in Confirmation Opinion |
| 190. | 9/6/2022 | 10295 | Notice of Filing of Further Revised Supplemental Findings of Fact and Conclusions of Law and Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
| 191. | 9/6/2022 | 10296 | Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
| 192. | 9/6/2022 | 10297 | Notice of Filing of Blackline of Conformed Debtors' Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
| 193. | 9/7/2022 | 10304 | Letter from The Hon. Judge Silverstein re: Language for Paragraph 51(b) |
| 194. | 9/8/2022 | 10316 | Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
| 195. | 9/8/2022 | 10317 | Transcript regarding Hearing Held 9/7/2022 RE: Status Conference re: Confirmation Order |
| 196. | 9/16/2022 | 10358 | Notice of Entry of Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC |
| 197. | 9/22/2022 | 10434 | Notice of Appeal filed by Archbishop of Agana, a Corporation Sole |

| 198. | 9/22/2022 | 10454 | Notice of Appeal filed by Lujan Claimants |

**B.** **Exhibits**

The parties have agreed by stipulation that all exhibits admitted into the evidence at the Confirmation Hearing shall be designated and that the parties shall cooperate to facilitate transmittal of the record to the District Court.  Attached as **Exhibit A** is a full list of what Appellants understand to be all exhibits admitted into evidence.  In accordance with the instructions of the Court, exhibits that have not been docketed in the Bankruptcy Court will be submitted to the District Court in accordance with the Court's further direction at the upcoming Court Conference on October 7, 2022.  Trial exhibits which are available on the Bankruptcy Court docket have been so designated in Exhibit A by the inclusion of a docket index number in the document description.  Appellants reserve the right to seek to amend or supplement the exhibit list included at Exhibit A to the extent necessary to add any omitted exhibits admitted at the Confirmation Hearing.

<u>**CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(b)**</u>

Appellants respectfully certify that they are not ordering any transcripts, as the relevant transcripts have been transcribed and docketed.

Dated:  October 3, 2022.

Respectfully submitted,

 /s/ Christopher D. Loizides (No. 3968)
Loizides, PA
1225 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302.654.0248
Email: Loizides@loizides.com

and

LUJAN & WOLFF LLP

 /s/ Delia Lujan Wolff
Delia Lujan Wolff
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910
Phone: (671) 477-8064/5
Facsimile: (671) 477-5297
Email:  dslwolff@lawguam.com

*Attorneys for Lujan Claimants*