IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | : | Bankruptcy Case No. 20-10343 (LSS) |
| | : | |
| Debtor. | : | |
| | : | |
| KRAUSE & KINSMAN, et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civil Action No. 21-1778-RGA |
| | : | Bankr. BAP No. 21-86 |
| CENTURY INDEMNITY, CO., et al., | : | |
| | : | |
| Appellees. | : | |

**O R D E R**

WHEREAS, the above-captioned case was stayed on October 12, 2022, due to proceedings pending before the United States Bankruptcy Court for the District of Delaware;

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the Bankruptcy proceedings have been resolved so that this case may be reopened and other appropriate action may be taken.

October 12, 2022        /s/ Richard G. Andrews
    DATE                UNITED STATES DISTRICT JUDGE