# REQUEST TO RESCHEDULE OMNIBUS HEARING

**FILL OUT INFORMATION REQUIRED BELOW:**

Email To: ▓▓▓▓▓▓▓▓▓▓

From: ▓▓▓▓▓▓▓▓▓▓ Pro-Se Claimant/Creditor    Sender's Telephone Number: ▓▓▓▓▓▓

U.S. BANKRUPTCY COURT - DISTRICT OF DELAWARE - CH 11 (BOY SCOUTS OF AMERICA/DE BSA LLC

Case Number: 20-10343 Jointly Adm.   Original                                    NAME OF TRUSTEE
Judge: LLS

Date and Time: 27 OCT 2022 @ 11:00 Eastern

**PLEASE RESCHEDULE THE OMNIBUS HEARING FOR THE FOLLOWING REASON:**

1.) Continuance Request - Due To Preparation Of New Evidence
2.) Untimely Objection Served On Pro-Se Claimant/Creditor To Prepare Exhibits & Compliants For OMNIBUS OCT 2022 Hearing.
3.) Information To Be Provided Will Be Helpful To The Judicial Officer In The Service Of Justice & Constitutional Protections.

*(IF YOU DO NOT EMAIL YOUR REQUEST, PLEASE COMPLETE THE FOLLOWING):*

Signature of Debtor Attorney or Pro Se Creditor: _____

Telephone Number: _____    Fax Number: _____

☐ REQUEST APPROVED   New date: _____   Time: _____

☐ REQUEST DENIED – Reason: _____

Delaware District Office of the U.S. Court   By:

FILED 2022 OCT 21 PM 3:07
CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## APPROVAL OF REQUEST FOR CONTINUANCE
*By signing or emailing the attached form you agree to the following:*

AS A CONDITION APPROVAL OF THIS REQUEST:

(1) *Debtor(s) Counsel/Pro Se Creditor-Claimant hereby certifies that the above is true and correct.*

(2) *Debtor(s) Counsel/Pro Se Creditor-Claimant agrees to give at least 7 days notice by first class mail, or email.*

(3) *No prior continuance request has been made in this case.*

(4) *Debtor(s) Counsel/Pro Se Creditor-Claimant agree to the continuance notice.*

☐ I agree to the above terms.

☐ I do not agree to the above terms (*request will not be approved*).



PRO-SE CLAIMANT/CREDITOR

ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION

---

20-10343 Jointly Adm.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. Nos. 8884, 9418, 9535, 9640 & 10144 |

### OMNIBUS NOTICE OF HEARING REGARDING MOTIONS FILED BY M.C.

PLEASE TAKE NOTICE that M.C. (the "Movant") has filed the following motions (the "Motions") in the above-captioned chapter 11 cases:

1. *Emergency Motion of Pro-Se Claimants for Entry of an Order Appointing a Plan Voting Ombudsman and Granting Related Relief* (D.I. 8884);

2. *Motion to Compel Discovery Production Order* (D.I. 9418);

3. *Pro-Se Claimants Motion to Dismiss the Chapter 11 Bankruptcy Petition, or Motion for the Appointment of a Chapter 11 Trustee* (D.I. 9535);

4. *Motion to Disqualify White & Case LLP and Derek Abbott of Morris Nichols, and Related Associates, for the Boy Scouts of America, Pro-Se Claimants Motion to Dismiss the Chapter 11 Bankruptcy* (D.I. 9640); and

5. *Motion to File Supplemental Pleading Regarding Complaint for Declaratory Judgment* (D.I. 10144).

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE MOTIONS WILL BE HELD ON **OCTOBER 27, 2022, AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, CHIEF UNITED STATES BANKRUPTCY JUDGE.

PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and served, in accordance with the procedures above, will be considered by the Court at such hearing.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: October 13, 2022  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*
_____
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com
        tremington@morrisnichols.com
        srchurchill@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION

16222935.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 13, 2022, at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Omnibus Notice of Hearing Regarding Motions Filed by M.C. [Docket No. 10589]**

Dated: October 14, 2022

_/s/ Randy Lowry_
Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 14th day of October, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_/s/ Carolyn K. Cashman_
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026