**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 27, 2022, AT 10:00 A.M. EASTERN TIME

> **Parties may connect to the hearing remotely by registering with the Zoom link below no later than October 27, 2022 at 8:00 a.m. (Eastern Time) or appear in-person.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsd-igpj0oGgJP9zvoP6ZeDHyvA4AK2hc**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **Topic: Boy Scouts of America**
>
> **Time: October 27, 2022, at 10:00 a.m. Eastern Time (US and Canada)**

MATTER GOING FORWARD:

1. [SEALED] Motion for Entry of Order Allowing Administrative Claim (D.I. 10338, filed 09/14/22).

    Objection Deadline:   September 22, 2022 at 4:00 p.m. (ET); extended to October 6, 2022 at 4:00 p.m. (ET).

    Responses Received:

    a) Debtors' Preliminary Objection to L.W.'s Motion for Entry of Order Allowing Administrative Claim (D.I. 10449, filed 09/22/22); and

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

b)     Debtors' Supplemental Objection to L.W.'s Motion for Entry of Order Allowing Administrative Claim (D.I. 10543, filed 10/06/22).

Related Pleadings:

a)     REDACTED Motion for Entry of Order Allowing Administrative Claim (D.I. 10339, filed 09/14/22);

b)     Order Adjourning Hearing on L.W.'s Motion for Entry of Order Allowing Administrative Claim (D.I. 10456, filed 09/22/22);

c)     Affidavit of Service re: Emergency Motion for Adjournment of Hearing on L.W.'s Motion for Entry of Order Allowing Administrative Claim (D.I. 10448); Debtors' Preliminary Objection to L.W.'s Motion for Entry of Order Allowing Administrative Claim (D.I. 10449); and Debtors' Request to Waive Hearing on Motion for Adjournment of Hearing on L.W.'s Motion for Entry of Order Allowing Administrative Claim Or, in the Alternative, Motion to Shorten Notice (D.I. 10450) (D.I. 10480, filed 09/26/22);

d)     Notice of Service of Emergency Motion for Adjournment of Hearing on L.W.'s Motion for Entry of Order Allowing Administrative Claim (D.I. 10448); Debtors' Preliminary Objection to L.W.'s Motion for Entry of Order Allowing Administrative Claim (D.I. 10449); and Debtors' Request to Waive Hearing on Motion for Adjournment of Hearing on L.W.'s Motion for Entry of Order Allowing Administrative Claim Or, in the Alternative, Motion to Shorten Notice (D.I. 10450) (D.I. 10482, filed 09/27/22);

e)     Affidavit of Service re: Debtors' Supplemental Objection to L.W.'s Motion for Entry of Order Allowing Administrative Claim (D.I. 10569, filed 10/07/22); and

f)     Notice of Service of Debtors' Supplemental Objection to L.W.'s Motion for Entry of Order Allowing Administrative Claim (D.I. 10581, filed 10/12/22).

Status: This matter is going forward.

RESOLVED MATTERS:

2.     Debtors' Motion for Entry of an Order (I) Approving the Stipulation Among the BSA, AOA Debtor and AOA Committee and (II) Granting Related Relief (D.I. 10546, filed 10/06/22).

Objection Deadline:    October 20, 2022 at 4:00 p.m. (ET).

Responses Received:

a)     None.

Related Pleadings:

a) Declaration of Brian Whittman in Support of Debtors' Motion for Entry of an Order (I) Approving the Stipulation Among the BSA, AOA Debtor and AOA Committee and (II) Granting Related Relief (D.I. 10547, filed 10/06/22); and

b) Order (I) Approving the Stipulation Among the BSA, AOA Debtor and AOA Committee and (II) Granting Related Relief (D.I. 10640, filed 10/24/22).

Status: An order has been entered.  No hearing is necessary.

3. Motion of Debtors for Entry of an Order (I) Granting Relief from the Automatic Stay to Permit JPMorgan Chase Bank, N.A. to Apply Collateral Account Funds to Reimburse Cash Collateralized Letter of Credit Disbursements and (II) Granting Related Relief (D.I. 10574, filed 10/11/22).

Objection Deadline:    October 20, 2022 at 4:00 p.m. (ET).

Responses Received:

a) None.

Related Pleadings:

a) Order (I) Granting Relief from the Automatic Stay to Permit JPMorgan Chase Bank, N.A. to Apply Collateral Account Funds to Reimburse Cash Collateralized Letter of Credit Disbursements and (II) Granting Related Relief (D.I. 10639, filed 10/24/22).

Status: An order has been entered.  No hearing is necessary.

MATTERS ADJOURNED:

4. [SEALED] Emergency Motion of Pro-Se Claimant Numbers SA-101730 & SA-47539 for Entry of an Order Pursuant to Sections 105, 1103, 1125, and 1126 of the Bankruptcy Code for Entry of an Order Appointing a Plan Voting Ombudsman and Granting Related Relief (D.I. 8884, filed 02/10/22).

Objection Deadline:  N/A.

Responses Received:

a) Debtors' Objection to Emergency Motion of Pro-Se Claimant Numbers SA-101730 & SA-47539 for Entry of an Order Pursuant to Sections 105, 1103, 1125, and 1126 of the Bankruptcy Code Appointing a Plan Voting Ombudsman and Granting Related Relief (D.I. 9525, filed 03/30/22).

Related Pleadings:

a) REDACTED Emergency Motion of Pro-Se Claimants for Entry of an Order Appointing a Plan Voting Ombudsman and Granting Related Relief (D.I. 8885, filed 02/10/22);

b) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22); and

c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: The parties have agreed to adjourn this matter until December 15, 2022.

5. [SEALED] Motion to Compel Discovery Production Order (D.I. 9418, filed 03/21/22).

Objection Deadline:   N/A.

Responses Received:

a) Debtors' Response to Michael Cutler's Motion to Compel Discovery Production Order (D.I. 9526, filed 03/30/22).

Related Pleadings:

a) REDACTED Motion to Compel Discovery Production Order (D.I. 9419, filed 03/21/22);

b) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22); and

c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: The parties have agreed to adjourn this matter until December 15, 2022.

6. [SEALED] Pro-Se Claimants Motion to Motion to Dismiss the Chapter 11 Bankruptcy Petition, or Motion for the Appointment of a Chapter 11 Trustee (D.I. 9535, filed 03/31/22).

Objection Deadline:   N/A.

Responses Received:

a) Debtors' Objection to Pro-Se Claimant Numbers SA-101730 & SA-47539's Motion to Dismiss the Chapter 11 Bankruptcy Petition, or Motion for the Appointment of a Chapter 11 Trustee (D.I. 9793, filed 05/11/22).

Related Pleadings:

- a) REDACTED Pro-Se Claimants Motion to Motion to Dismiss the Chapter 11 Bankruptcy Petition, or Motion for the Appointment of a Chapter 11 Trustee (D.I. 9536, filed 03/31/22);

- b) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22); and

- c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: The parties have agreed to adjourn this matter until December 15, 2022.

7. [SEALED] Motion to Disqualify White & Case LLP and Derek Abbott of Morris Nichols, and Related Associates, for the Boy Scouts of America, Pro-Se Claimants Motion to Dismiss the Chapter 11 Bankruptcy (D.I. 9640, filed 04/13/22).

   Objection Deadline:   N/A.

   Responses Received:

   - a) Debtors' Objection to Motion to Disqualify White & Case LLP and Derek Abbott of Morris Nichols, and Related Associates, for the Boy Scouts of America, Pro-Se Claimant/Creditor Numbers SA-101730 & SA-47539 Motion to Dismiss the Chapter 11 Bankruptcy (D.I. 9889, filed 06/06/22).

   Related Pleadings:

   - a) REDACTED Motion to Disqualify White & Case LLP and Derek Abbott of Morris Nichols, and Related Associates, for the Boy Scouts of America, Pro-Se Claimants Motion to Dismiss the Chapter 11 Bankruptcy (D.I. 9641, filed 04/13/22);

   - b) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22); and

   - c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: The parties have agreed to adjourn this matter until December 15, 2022.

8. Motion to File Supplemental Pleading Regarding Complaint for Declaratory Judgment (D.I. 10144, filed 08/01/22).

   Objection Deadline:   N/A.

Responses Received:

a) Objection to Pro-Se Claimant/Creditors SA-101730 & SA-47539 Motion to File Supplemental Pleading Regarding Complaint for Declaratory Judgment (D.I. 10630, filed 10/20/22).

Related Pleadings:

a) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22);

b) Notice of Service of Objection to Pro-Se Claimant/Creditors SA-101730 & SA-47539 Motion to File Supplemental Pleading Regarding Complaint for Declaratory Judgment (D.I. 10631, filed 10/20/22); and

c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: The parties have agreed to adjourn this matter until December 15, 2022.

9. Motion of Angie Garcia for and on Behalf of Her Minor Daughter, Emely Santos for Relief from the Automatic Stay and/or Plan Injunction (D.I. 10584, filed on 10/12/22).

Objection Deadline: October 20, 2022 at 4:00 p.m. (ET); extended to October 31, 2022 at 4:00 p.m. (ET).

Responses Received:

a) None.

Related Pleadings:

a) None.

Status: The parties have agreed to adjourn this matter until November 16, 2022.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: October 25, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>       mlinder@whitecase.com<br>       laura.baccash@whitecase.com<br>       blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND<br>DEBTORS IN POSSESSION |