


October 15, 2022

Dear Judge Silverstein:

I am writing in regards to case number: 20-10343 (LSS).

My name is ▓▓▓▓▓▓▓▓▓▓▓, and I'm a state inmate at the Fremont Correctional Facility in Colorado. I am one of the "survivors" of the Boy Scouts sexual abuse. The law firm representing me is Pfau Cochran Vertetis Amala, and I believe Mr. Kevin Hastings from the firm specifically.

The reason for this letter is to inform your court that for at least two years I've been harassed by prison folks working at my facility. Several of these correctional officers work in the mailroom. They have denied legal mail from Mr. Hastings many times. They have opened legal mail from Mr. Hastings and read it. (One time I was asked by an officer: "What do you have against the Boy Scouts?") I've been denied legal visits, legal calls, had my mail "Refused" and even severely damaged. This all started around July of 2021, as far as what I can prove.

I felt that it got so out of hand that I finally filed a 1983 complaint with the 10th District Court of Colorado. I've been told by Judge Gallegar to "Amend" my complaint. The case number is ▓▓▓▓▓▓ (GPG). I'm not an attorney, and not even very good with

OVER →

(1)

legal things, but I am confident that my pursuit in the Boy Scouts claim is necessary. I'm also pretty sure that prison folks should let me alone in regards to it.

As an inmate I make about eighteen dollars a month. I am willing to spend it on doing what I feel is right. On October 5th I sent my amended complaint back to the court here.

I'm not sure if this letter is required, but my suit in the 1983 complaint directly involves case number: 20-10343 (LSS). I do not want to miss any informing of parties or courts. Please let this letter act as my due diligence.

If this letter is not needed, please destroy it.

Respectfully Yours,



District of Delaware
J. Caleb Boggs Federal Building
Attn: Judge Silverstein 20-10343 (LSS)
844 N. King Street, Lockbox 18
Wilmington, DE 19801

Legal & Confidential

FCF   10/16/22
FACILITY      DATE REC'D
Robinson      12350   RER
STAFF LAST NAME   ID#   INT
65891   Swietlich

Legal Mail

Legal Mail