THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**Objection Deadline:  November 22, 2022 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

**THIRTY-FIRST MONTHLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE TORT CLAIMANTS' COMMITTEE FOR
THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective *nunc pro tunc* to March 4, 2020 by order signed on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2022 through September 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $372,172.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 28,275.53 |

This is a:      ☒monthly      ☐ interim      ☐final application.

The total time expended for fee application preparation is approximately 3.0 hours

and the corresponding compensation requested is approximately $1,000.00.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 05/14/20 | 03/14/20 – 03/31/20 | $ 776,257.50 | $ 6,064.88 | $ 776,257.50 | $ 6,064.88 |
| 06/08/20 | 04/01/20/ - 04/30/20 | $ 644,670.50 | $ 3,045.94 | $ 642,670.50[2] | $ 3,045.94 |
| 08/03/20 | 05/01/20 – 05/31/20 | $ 659,618.50 | $ 3,681.07 | $ 659,618.50 | $ 3,182.37[3] |
| 08/27/20 | 06/01/20 – 06/30/20 | $ 475,879.50 | $ 5,651.98 | $ 475,879.50 | $ 5,651.98 |
| 09/11/20 | 07/01/20 – 07/31/20 | $ 678,423.50 | $ 6,612.09 | $638,423.50[4] | $ 6,612.09 |
| 09/29/20 | 08/01/20 – 08/31/20 | $ 658,721.00 | $ 31,487.15 | $ 526,976.80 | $ 31,478.15 |
| 11/30/20 | 09/01/20 – 09/30/20 | $ 588,902.00 | $ 15,777.88 | $ 471,121.60 | $ 15,777.88 |
| 01/04/21 | 10/01/20 – 10/31/20 | $ 666,283.50 | $ 19,826.31 | $ 533,026.80 | $ 19,826.31 |
| 02/16/21 | 11/01/20 – 11/30/20 | $ 504,479.00 | $ 11,755.14 | $ 403,583.20 | $ 11,755.14 |
| 03/01/21 | 12/01/20 – 12/31/20 | $ 837,406.00 | $ 12,415.20 | $ 669,924.80 | $ 12,415.20 |
| 03/23/21 | 01/01/21 – 01/31/21 | $ 901,667.00 | $ 19,291.93 | $ 721,333.60 | $ 19,291.93 |
| 05/26/21 | 02/01/21 – 02/28/21 | $ 763,236.50 | $ 9,386.00 | $ 610,589.20 | $ 9,386.00 |
| 07/02/21 | 03/01/21 – 03/31/21 | $1,124,713.50 | $ 27,728.90 | $ 899,770.80 | $ 27,728.90 |
| 08/04/21 | 04/01/21 – 04/30/21 | $1,193,608.00 | $ 18,802.13 | $ 954,886.40 | $ 18,802.13 |
| 08/30/21 | 05/01/21 – 05/31/21 | $1,517,191.50 | $ 47,494.45 | $1,213,753.20 | $ 44,069.70[5] |
| 10/22/21 | 06/01/21 – 06/30/21 | $1,623,890.75 | $ 16,089.84 | $1,299,112.60 | $ 16,089.84 |
| 12/28/21 | 07/01/21 – 07/31/21 | $ 784,586.00 | $ 25,808.76 | $ 627,668.80 | $ 25,808.76 |
| 01/04/22 | 08/01/21 – 08/30/21 | $ 863,107.25 | $ 24,494.57 | $ 690,485.80 | $ 24,494.57 |
| 01/04/22 | 08/31/21 – 09/30/21 | $1,347,686.00 | $ 31,703.72 | $1,078,148.80 | $ 31,703.72 |
| 01/28/22 | 10/01/21 – 10/31/21 | $1,927,818.75 | $ 35,083.66 | $1,542,255.00 | $ 35,083.66 |
| 04/11/22 | 11/01/21 – 11/30/21 | $2,834,590.00 | $ 75,875.16 | $2,267,672.00 | $ 75,875.16 |
| 05/16/22 | 12/01/21 – 12/31/21 | $3,471,583.25 | $110,984.73 | $2,777,266.60 | $110,984.73 |
| 06/22/22 | 01/01/22 – 01/31/22 | $3,328,042.75 | $135,647.33 | $2,662,434.20 | $135,647.33 |
| 07/05/22 | 02/01/22 – 02/28/22 | $2,515,468.50 | $ 74,618.51 | $2,012,374.80 | $ 74,618.51 |
| 07/19/22 | 03/01/22 – 03/31/22 | $2,359,943.50 | $137,781.85 | $1,887,954.80 | $137,781.85 |
| 08/31/22 | 04/01/22 – 04/30/22 | $1,213,670.50 | $ 74,918.10 | $ 970,936.40 | $ 74,918.10 |
| 09/14/22 | 05/01/22 – 05/31/22 | $ 170,855.00 | $ 14,364.76 | $ 136,684.00 | $ 14,364.76 |
| 09/20/22 | 06/01/22 – 06/30/22 | $ 150,519.00 | $ 33,632.40 | $ 120,415.20 | $ 33,632.40 |
| 09/23/22 | 07/01/22 – 07/31/22 | $ 209,890.00 | $ 52,336.93 | $ 167,912.00 | $ 52,336.93 |
| 10/18/22 | 08/01/22 – 08/31/22 | $ 837,977.00 | $ 24,439.05 | $ 670,381.60 | $ 24,439.05 |

---

[2] In the Court's Order approving the First Quarterly Fee Application, the Court approved $1,418,928.00 in fees which reflects a reduction of $2,000.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[3] In the Court's Order approving the Second Quarterly Fee Application, the Court approved $15,446.44 in expenses which reflects a reduction of $498.70. For the purposes of this application, we have noted the reduction in the first month of that period.

[4] In the Court's Order approving the Second Quarterly Fee Application, the Court approved $1,773,921.50 in fees which reflects a reduction of $40,000.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[5] This amount reflects an agreed upon reduction between the U.S. Trustee and PSZ&J LLP of $3,424.75.

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard M. Pachulski | Partner 1983; Member of CA Bar since 1979 | $1,595.00 | 43.60 | $69,542.00 |
| Alan J. Kornfeld | Partner 1996; Member of CA Bar since 1987; Member of NY Bar since 2004 | $1,395.00<br>$   697.50 | 8.40<br>9.40 | $11,718.00<br>$  6,556.50 |
| James I. Stang | Partner 1983; Member of CA Bar since 1980 | $1,345.00 | 2.30 | $  3,093.50 |
| Robert B. Orgel | Partner 1986; Member of CA Bar since 1981 | $1,325.00 | 34.10 | $45,182.50 |
| Debra I. Grassgreen | Partner 1997; Member of FL Bar since 1992; Member of CA Bar since 1994 | $1,295.00 | 51.90 | $67,210.50 |
| Iain A.W. Nasatir | Partner 1999; Member of NY Bar since 1983 Member of CA Bar since 1990 | $1,145.00<br>$   572.50 | 29.10<br>1.00 | $33,319.50<br>$      572.50 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $1,050.00 | 20.40 | $21,420.00 |
| Malhar S. Pagay | Partner 2003; Member of CA Bar since 1997 | $   995.00 | 1.70 | $  1,691.50 |
| John W. Lucas | Partner 2014; Member of NY Bar since 2004; Member of CA Bar since 2010 | $   995.00 | 80.20 | $79,799.00 |
| Robert M. Saunders | Of Counsel 2001; Member of NY Bar since 1984; Member of FL Bar since 1995; Member of CA Bar since 2003 | $   925.00 | 7.20 | $  6,660.00 |
| Colin Robinson | Of Counsel 2012; Member of NY Bar since 1997; Member of NJ & PA Bars since 2001; Member of DE Bar since 2010 | $   925.00 | 4.30 | $  3,977.50 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $   850.00 | 10.30 | $  8,755.00 |
| Ian D. Densmore | Paralegal | $   495.00 | 0.10 | $        49.50 |
| Karina K. Yee | Paralegal | $   460.00 | 13.70 | $  6,302.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Patricia E. Cuniff | Paralegal | $ 460.00 | 1.00 | $ 460.00 |
| Cheryl A. Knotts | Paralegal | $ 425.00 | 8.50 | $ 3,612.50 |
| Karen S. Neil | Case Management Assistant | $ 375.00 | 6.00 | $ 2,250.00 |

**Grand Total:**     **$372,172.00**
**Total Hours:**     **333.20**
**Blended Rate:**     **$1,116.96**

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Appeals | 25.70 | $ 31,941.50 |
| Bankruptcy Litigation | 4.30 | $ 5,073.50 |
| Case Administration | 15.30 | $ 7,780.00 |
| Claims Admin./Objections | 6.50 | $ 7,096.00 |
| Compensation of Professional | 28.30 | $ 20,099.00 |
| Compensation of Prof./Others | 5.20 | $ 3,985.00 |
| General Creditors Comm. | 43.70 | $ 46,448.00 |
| Hearings | 36.20 | $ 44,511.00 |
| Insurance Coverage | 1.20 | $ 1,869.00 |
| Mediation | 54.60 | $ 64,113.00 |
| Non-Working Travel | 10.40 | $ 7,129.00 |
| Plan & Disclosure Statement | 94.10 | $121,225.50 |
| Plan Implementation | 7.70 | $ 10,901.50 |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable)[6] | Total Expenses |
|---|---|---|
| Air Fare | United Airlines | $ 875.00 |
| Airport Parking | The Parking Spot | $ 131.51 |
| Auto Travel Expense | KLS Transportation Services | $ 372.50 |
| Conference Call | AT&T Conference Call | $ 11.62 |
| Delivery/Courier Service | Advita | $ 32.00 |
| Express Mail | Federal Express | $ 64.26 |
| Hotel Expense | Hotel DuPont | $ 591.80 |
| Legal Research | Lexis/Nexis | $ 37.64 |
| Outside Services | Cision/PR Newswire; Everlaw | $23,735.00 |
| Court Research | Pacer | $ 548.90 |
| Postage | US Mail | $ 51.90 |
| Reproduction Expense | | $ 5.10 |
| Reproduction/Scan Copy | | $ 1,818.30 |

---

[6] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**Objection Deadline:  November 22, 2022 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

### THIRTY-FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), the "Order (I) Approving Procedures for (A) Interim Compensation

and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for

Official Committee Members and (II) Granting Related Relief," signed on or about April 6, 2020

[Docket No. 341] (the "Administrative Order") and the "Order Amending the Order (I)

Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of

Retained Professionals and (B) Expense Reimbursement for Official Committee Members and

(II) Granting Related Relief," signed on or about August 6, 2021 [Docket No. 5899] (the

"Amended Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the

"Firm"), Counsel to the Tort Claimants' Committee (the "Committee"), hereby submits its

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Thirty-First Monthly Application for Compensation and for Reimbursement of Expenses for the Period from September 1, 2022 through September 30, 2022 (the "Application").

By this Application PSZ&J seeks a monthly interim allowance of compensation in the amount of $372,172.00 and actual and necessary expenses in the amount of $28,275.53 for a total allowance of $400,447.53 and payment of $297,737.60 (80% of the allowed fees) and reimbursement of $28,275.53 (100% of the allowed expenses) for a total payment of $326,013.13 for the period September 1, 2022 through September 30, 2022 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows.

## Background

1.    On February 18, 2020 (the "Petition Date"), the Debtors commenced their Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.    On or about April 6, 2020, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. On or about August 6, 2021, the Court signed the Amended Administrative Order. The Administrative Order, as amended by the Amended Administrative Order, provides, among other

things, that a Professional may submit monthly fee applications.  If no objections are made

within fourteen (14) days after service of the monthly fee application the Debtors are authorized

to pay the Professional eighty percent (80%) of the requested fees and one hundred percent

(100%) of the requested expenses.  Beginning with the period ending April 30, 2020 and at

three-month intervals thereafter, each of the Professionals shall file and serve an interim

application for allowance of the amounts sought in its monthly fee applications for that period.

All fees and expenses paid are on an interim basis until final allowance by the Court.

    4.  The retention of PSZ&J, as counsel to the Tort Claimants' Committee,

was approved effective as of March 4, 2020 by this Court's "Order Authorizing and Approving

the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Additional Tort

Claimants' Committee Effective as of March 4, 2020," signed on or about April 11, 2020 (the

"Retention Order").  The Retention Order authorized PSZ&J to be compensated on an hourly

basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Compensation Paid and Its Source

    5.  All services for which PSZ&J requests compensation were performed for

or on behalf of the Committee.

    6.  PSZ&J has received no payment and no promises for payment from any

source other than the Debtors for services rendered or to be rendered in any capacity whatsoever

in connection with the matters covered by this Application.  There is no agreement or

understanding between PSZ&J and any other person other than the partners of PSZ&J for the

sharing of compensation to be received for services rendered in these cases.  As set forth in its

employment application, PSZ&J has agreed to contribute ten percent (10%) of the total amount

of fees it bills in these cases to the fund established in these cases to compensate survivors of

sexual abuse.  PSZ&J did not receive a retainer in this matter.

### Fee Statements

7.      The fee statements for the Interim Period are attached hereto as Exhibit A.

These statements contain daily time logs describing the time spent by each attorney and

paraprofessional during the Interim Period.  To the best of PSZ&J's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules.

PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the

described services.  The time reports are organized on a daily basis.  PSZ&J is particularly

sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of

different matters for a particular client, separate time entries are set forth in the time reports.

PSZ&J's charges for its professional services are based upon the time, nature, extent and value

of such services and the cost of comparable services other than in a case under the Bankruptcy

Code.  PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent

(50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J professionals attempt

to work during travel.

### Actual and Necessary Expenses

8.      A summary of actual and necessary expenses incurred by PSZ&J for the

Interim Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per

page for photocopying expenses related to cases, such as this one, arising in Delaware.  PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  PSZ&J summarizes each client's photocopying charges on a daily basis.

9.      PSZ&J charges $.25 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services.  PSZ&J does not charge the Committee for the receipt of faxes in these cases.

10.      With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research.  PSZ&J bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

11.      PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

12.     The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Interim Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Interim Period, are set forth in the attached Exhibit A.

13.     PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## Summary of Services by Project

14.     The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below.  PSZ&J attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A.      Appeals**

15.      This category relates to work regarding appellate matters.  During the Interim Period, the Firm, among other things:  (1) prepared for and attended a mediation session on September 9, 2022 regarding an appeal stipulation; (2) performed work regarding a revised appeal stipulation; (3) reviewed and analyzed notices of appeal of the confirmation order; (4) performed work regarding a motion to approve appellate procedures stipulation; (5) attended to scheduling issues; (6) reviewed and analyzed an appeals dockets; and (7) corresponded and conferred regarding appellate issues.

Fees:  $31,941.50;      Hours:  25.70

**B.      Bankruptcy Litigation**

16.      This category relates to work regarding motions and adversary proceedings in the Bankruptcy Court.  During the Interim Period, the Firm, among other things: (1) performed work regarding Agenda Notices and Hearing Binders; (2) performed work regarding an objection to the AIG/AOA proposed settlement; (3) attended to scheduling issues; (4) reviewed and analyzed issues regarding a motion to adjourn hearing on the L.W. administrative claim motion; (5) reviewed and analyzed issues regarding a consent order; and (6) corresponded regarding litigation issues.

Fees:  $5,073.50;      Hours:  4.30

**C.      Case Administration**

17.      This category relates to work regarding administration of these cases. During the Interim Period, the Firm, among other things:  (1) maintained a memorandum of

critical dates; (2) maintained document control; and (3) performed work regarding virtual town hall meeting issues.

Fees:  $7,780.00;        Hours:  15.30

### D.        Claims Admin/Objections

18.        This category relates to work regarding claims administration and claims objections.  During the Interim Period, the Firm, among other things:  (1) reviewed, analyzed, and responded to roster requests; (2) reviewed and analyzed issues regarding a possible claim objection joinder relating to Guam issues; (3) reviewed and analyzed an objection to the Washburn administrative claim; (4) reviewed and analyzed issues regarding the Eric Green administrative claim; and (5) corresponded and conferred regarding claims issues.

Fees:  $7,096.00;        Hours:  6.50

### E.        Compensation of Professionals

19.        This category relates to work regarding compensation of the Firm.  During the Interim Period, the Firm, among other things:  (1) performed work regarding its April, May, June, and July 2022 monthly fee applications; (2) performed work regarding its Ninth and Tenth quarterly fee applications; (3) reviewed and responded to United States Trustee inquiries regarding fee applications; (4) monitored the status and filing of fee applications; (5) maintained a fee chart; and (6) corresponded regarding compensation issues.

Fees:  $20,099.00;        Hours:  28.30

### F.        Compensation of Professionals--Others

20.        This category relates to work regarding compensation of professionals, other than the Firm.  During the Interim Period, the Firm, among other things:  (1) maintained a

fee chart; (2) performed work regarding Berkeley Research Group and Pasich fee applications; and (3) corresponded regarding compensation issues.

Fees:  $3,985.00;        Hours:  5.20

**G.    General Creditors Committee**

21.    This category relates to general creditors committee issues.  During the Interim Period, the Firm, among other things:  (1) reviewed and responded to survivor and counsel inquiries regarding case status; (2) performed work regarding a case status summary for the Committee; (3) performed work regarding a Town Hall meeting notice; (4) performed work regarding a press release; (5) prepared for and attended telephonic conferences with State Court Counsel and with the Committee regarding case issues; (6) performed work regarding a Town Hall script; (7) prepared for and attended a Town Hall meeting on September 15, 2022; (8) performed work regarding responses to frequently asked questions from the Town Hall meeting to be posted on the Committee website; and (9) corresponded and conferred regarding general creditors committee issues.

Fees:  $46,448.00;      Hours:  43.70

**H.    Hearings**

22.    This category relates to work regarding hearings.  During the Interim Period, the Firm, among other things, prepared for and attended hearings on September 1 and 7, 2022 regarding confirmation order issues.

Fees:  $44,511.00;      Hours:  36.20

**I.    Insurance Coverage**

23.    This category relates to insurance coverage issues.  During the Interim Period, the Firm, among other things, reviewed and analyzed future insurance settlement issues, and conferred regarding insurance issues.

Fees:  $1,869.00;    Hours:  1.20

**J.    Mediation**

24.    This category relates to mediation issues.  During the Interim Period, the Firm, among other things:  (1) reviewed and analyzed the Court's opinion, Plan documents and objections and responses; (2) reviewed and analyzed mediation issues regarding the confirmation order; (3) prepared for and participated in a telephonic conference with a mediator on September 5, 2022 regarding Century issues; (4) prepared for and attended a mediation session on September 5, 2022 with representatives of the Debtors and non-settling insurers regarding proposed changes to the confirmation order; (5) prepared for and attended a mediation session on September 6, 2022 regarding the confirmation order, Plan and Trust Distribution Procedures issues; (6) prepared for and attended a mediation call on September 14, 2022 with representatives of the Debtors and claimants regarding Agana issues; (7) prepared for and attended mediation sessions on September 18, 19, 22, and 25, 2022 regarding Agana issues; (8) reviewed and analyzed documents regarding the Agana plan; and (9) corresponded and conferred regarding mediation issues.

Fees:  $64,113.00;    Hours:  54.60

**K.      Non-Working Travel**

25.      During the Interim Period, the Firm incurred non-working time while

traveling on case matters.  Such time is billed at one-half the normal rate.

Fees:  $7,129.00;      Hours:  10.40

**L.      Plan and Disclosure Statement**

26.      This category relates to work regarding a Plan of Reorganization ("Plan")

and Disclosure Statement.  During the Interim Period, the Firm, among other things:

(1) prepared for and met with representatives of the Future Claims Representative and Coalition

on September 1, 2022 regarding confirmation order issues; (2) reviewed and analyzed issues

regarding Plan appeal and Committee standing; (3) reviewed and analyzed Plan documents and

the confirmation order and performed work regarding proposed revisions; (4) reviewed and

analyzed Effective Date issues; (5) performed work regarding proposed Trust Distribution

Procedures revisions; (6) reviewed and analyzed comments and proposed revisions to the

confirmation order from Plan Supporters and objecting parties; (7) prepared for and attended a

mediation session on September 5, 2022 regarding confirmation order issues; (8) reviewed and

analyzed reservation of rights issues; (9) reviewed and analyzed hearing transcripts;

(10) reviewed and analyzed issues regarding the Century settlement; (11) reviewed and analyzed

issues regarding turnover of rosters; (12) prepared for and attended a hearing on September 7,

2022 regarding confirmation order issues; (13) reviewed and analyzed supplemental filings

regarding the confirmation order; (14) reviewed and analyzed issues regarding an appellate

stipulation and order; (15) reviewed and analyzed an amended Plan; (16) prepared for and

attended a mediation call on September 8, 2022 regarding the appellate stipulation;

(17) reviewed and analyzed entered findings of fact and conclusions of law; (18) reviewed and

analyzed a proposed settlement draft relating to AIG and AOA; (19) prepared for and attended a

mediation session on September 14, 2022 with representatives of the Debtors and claimants;

(20) reviewed and analyzed issues regarding Guam claims; (21) reviewed and analyzed issues

regarding Agana; (22) reviewed and analyzed issues regarding enforcement of Guam claims;

(23) performed work regarding a joinder to the BSA objection to the AIG and AOA proposed

settlement; (24) reviewed and analyzed issues regarding claim preservation under the Plan;

(25) reviewed and analyzed Plan status and payment issues; (26) reviewed and analyzed the

AOA Plan; (27) reviewed and analyzed issues regarding the scope of injunctions under the Plan;

(28) prepared for and attended a mediation call on September 25, 2022 regarding Agana issues;

(29) reviewed and analyzed pleadings filed in the Agana case regarding the BSA Plan; and

(30) corresponded and conferred regarding Plan issues.

Fees:  $121,225.50;    Hours:  94.10

### M.     Plan Implementation

27.     This category relates to Plan implementation issues.  During the Interim

Period, the Firm, among other things:  (1) reviewed and analyzed Plan implementation strategy

issues; (2) reviewed and analyzed Plan Effective Date issues; (3) reviewed and analyzed Trust

issues; and (4) conferred and corresponded regarding Plan implementation issues.

Fees:  $10,901.50;    Hours:  7.70

**Valuation of Services**

28.     Attorneys and paraprofessionals of PSZ&J expended a total 333.20 hours

in connection with their representation of the Committee during the Interim Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard M. Pachulski | Partner 1983; Member of CA Bar since 1979 | $1,595.00 | 43.60 | $69,542.00 |
| Alan J. Kornfeld | Partner 1996; Member of CA Bar since 1987; Member of NY Bar since 2004 | $1,395.00<br>$   697.50 | 8.40<br>9.40 | $11,718.00<br>$ 6,556.50 |
| James I. Stang | Partner 1983; Member of CA Bar since 1980 | $1,345.00 | 2.30 | $ 3,093.50 |
| Robert B. Orgel | Partner 1986; Member of CA Bar since 1981 | $1,325.00 | 34.10 | $45,182.50 |
| Debra I. Grassgreen | Partner 1997; Member of FL Bar since 1992; Member of CA Bar since 1994 | $1,295.00 | 51.90 | $67,210.50 |
| Iain A.W. Nasatir | Partner 1999; Member of NY Bar since 1983 Member of CA Bar since 1990 | $1,145.00<br>$   572.50 | 29.10<br>1.00 | $33,319.50<br>$     572.50 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $1,050.00 | 20.40 | $21,420.00 |
| Malhar S. Pagay | Partner 2003; Member of CA Bar since 1997 | $  995.00 | 1.70 | $ 1,691.50 |
| John W. Lucas | Partner 2014; Member of NY Bar since 2004; Member of CA Bar since 2010 | $  995.00 | 80.20 | $79,799.00 |
| Robert M. Saunders | Of Counsel 2001; Member of NY Bar since 1984; Member of FL Bar since 1995; Member of CA Bar since 2003 | $  925.00 | 7.20 | $ 6,660.00 |
| Colin Robinson | Of Counsel 2012; Member of NY Bar since 1997; Member of NJ & PA Bars since 2001; Member of DE Bar since 2010 | $  925.00 | 4.30 | $ 3,977.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $  850.00 | 10.30 | $  8,755.00 |
| Ian D. Densmore | Paralegal | $  495.00 | 0.10 | $      49.50 |
| Karina K. Yee | Paralegal | $  460.00 | 13.70 | $  6,302.00 |
| Patricia E. Cuniff | Paralegal | $  460.00 | 1.00 | $    460.00 |
| Cheryl A. Knotts | Paralegal | $  425.00 | 8.50 | $  3,612.50 |
| Karen S. Neil | Case Management Assistant | $  375.00 | 6.00 | $  2,250.00 |

**Grand Total:     $372,172.00**
**Total Hours:          333.20**
**Blended Rate:      $1,116.96**

29.    The nature of work performed by these persons is fully set forth in Exhibit A attached hereto.  These are PSZ&J's normal hourly rates for work of this character.  The reasonable value of the services rendered by PSZ&J for the Committee during the Interim Period is $372,172.00.

30.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2, the Administrative Order and the Amended Administrative Order, and believes that this Application complies with such Rule and Orders.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order providing that, for the period of September 1, 2022 through September 30, 2022, an interim

allowance be made to PSZ&J for compensation in the amount of $372,172.00 and actual and necessary expenses in the amount of $28,275.53 for a total allowance of $400,447.53 and payment of $297,737.60 (80% of the allowed fees) and reimbursement of $28,275.53 (100% of the allowed expenses) be authorized for a total payment of $326,013.13_; and for such other and further relief as this Court deems proper.

Dated:  November 8, 2022                 PACHULSKI STANG ZIEHL & JONES LLP

                                         */s/ James E. O'Neill*
                                         Richard M. Pachulski (CA Bar No. 90073)
                                         Alan J. Kornfeld (CA Bar No. 130063)
                                         Debra I. Grassgreen (CA Bar 169978)
                                         Iain A.W. Nasatir (CA Bar No. 148977)
                                         James E. O'Neill (DE Bar No. 4042)
                                         919 North Market Street, 17th Floor
                                         P.O. Box 8705
                                         Wilmington, DE  19899-8705 (Courier 19801)
                                         Telephone:  (302) 652-4100
                                         Facsimile:  (302) 652-4400
                                         Email:   rpachulski@pszjlaw.com
                                                  akornfeld@pszjlaw.com
                                                  dgrassgreen@pszjlaw.com
                                                  inasatir@pszjlaw.com
                                                  joneill@pszjlaw.com

                                         *Counsel for the Tort Claimants' Committee*

## **DECLARATION**

STATE OF DELAWARE        :
                                          :
COUNTY OF NEW CASTLE   :

      James E. O'Neill, after being duly sworn according to law, deposes and says:

      a)     I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

      b)     I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Tort Claimants' Committee.

      c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2, the Administrative Order signed on or about April 6, 2020, and the Amended Administrative Order signed on or about August 6, 2021, and submit that the Application substantially complies with such Rule and Orders.

                                  *James E. O'Neill*
                                  James E. O'Neill