Dear Judge Silverstien,

Hello again I'm sorry for you, I know your a busy lady. My name is ▇▇▇▇▇▇▇ and I'm a victim survivor and Represented by Slater, Slater & Schulman in the boy scouts of america abuse case 20-10343.

I am kinda confused as to your Ruling Sept 8 2022 and as how the base and Matrix Ranges change so drasticly based on where you lived and the range of abuse But the July 29 2022 has base and Matrix as follows for the type of abuse.

| Tier type abuse | Base | Matrix |
|---|---|---|
| Tier 1 Penetration (anal) | 800.000 | 2.7 Mill |
| " 2 " " (oral) | 450.000 | 2.025 mill |
| " 3 Masterbation (unclothed) | 300.000 | 1.35 mill |
| " 4 Masterbation | 150.000 | 675.000 |
| " 5 Touching ect | 75.000 | 337.000 |
| " 6 ioioe abuse | 3.500 | 8.500 |

But I read that on Sept 8th 2022 you finalized the last part and it say that we can get the cash now by taking the Quick pay of $3,500 or we can get 3000 on up Based on where we live and the range of abuse. how does the Tier Type of abuse get cut so Much based on where we lived? I cant get an attorney

who is suppose to be representing me as well as others I'm sure to return a call and or a letter. reply!

I feel I'm getting taken advantage of due to this. point I dont even know if my letters make it to you as well as to the Law firm who is representing us and Me.

But what happened to Me 45 yrs ago and the sexual abuse I took ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ touched inappropriately and forced to be quiet to the point of crying and shaking to where I balled up into a ball and began shaking more and got so scared that I waited for the first chance I could to run away from there and get home.

The Boy Scouts was a good name at one time and they managed to keep sexual preditors in leadership of troops and plus kept all the abuses out of public knowledge. Because when I told my parents what happened they didnt believe me at all

But I've gone thru therapy for all of it and my parents told them I was making it up. I'm 13 yrs old frail kid in the boy scouts they put me into and go on one boy scout camping outing and ▮▮▮▮▮▮▮▮

[left margin: Sorry if hard to read I shake when Im reminded of Hell for me. I have to have to read this. It's]

and then told not to say anything. so if Tier Type abuse amounts for each tier is base and Matrix amounts and base start amounts in the tier of abuse

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

~~The~~ IM shaking now sorry. he tried to penetrate me anally Tier Type abuse #1

He touched me inapropriately touching my private parts and depants me Tier Type abuse # 4.

and if you look at those tiers of abuse by what they agreed on from what I gather I cant understand and I dont get answers. I dont have any family left to help me and I cant get any answers from who is representing me (Slater Slater & Schulman

But for where my abuse happened in Illinois and for penetration it says the base is $36.000 To $1,63.000 Thats a mighty big change abuse is abuse no matter when, where or what range.

pleas judge Silverstien I've got no one to help me, IM living ~~that~~ that day all over again

I feel I should get a higher payout.
I feel taken advantage of for the second time.

I cant even get an answer from anyone. I'm a slow learner anyway and dont understand much legal stuff this has given me, ptsd, Manic depression, Major trust issues, bi-polar w/ Racing thought, anxiety to panick attack,

and have to take 900 mg of lithium. 40 mg Paxil 20 mg Adderall a day to cope with life every day Because of being molested By Troop leader of the Boy Scouts of America and scared scarred for life.

To read that that abuse based on where I lived can only top out a 163,000. when Tier Type abuse Even if they used Tier type abuse #2
Thats 450,000 Base ÷ 2,025,000 Matrix top. Thats where I should be.

Please Can you explain or make someone explain this to me.

Could I ask for reply so I know you Received Tha[...]

Ref 20-10343 (LSS) BSA. 1-302499

U.S.M.S
X-RAY

To: Judge Laurie S. Silverstein
c/o United States Bankruptcy
Court D 6th Floor RM 2
824 Market St
Wilmington Delaware
19801

SAINT LOUIS MO 630
31 OCT 2022 PM 6 L


