# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 15, 2022, AT 10:00 A.M. EASTERN TIME

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED.**

ADJOURNED MATTERS:

1. [SEALED] Emergency Motion of Pro-Se Claimant Numbers SA-101730 & SA-47539 for Entry of an Order Pursuant to Sections 105, 1103, 1125, and 1126 of the Bankruptcy Code for Entry of an Order Appointing a Plan Voting Ombudsman and Granting Related Relief (D.I. 8884, filed 02/10/22).

   Objection Deadline: N/A.

   Responses Received:

   a) Debtors' Objection to Emergency Motion of Pro-Se Claimant Numbers SA-101730 & SA-47539 for Entry of an Order Pursuant to Sections 105, 1103, 1125, and 1126 of the Bankruptcy Code Appointing a Plan Voting Ombudsman and Granting Related Relief (D.I. 9525, filed 03/30/22).

   Related Pleadings:

   a) REDACTED Emergency Motion of Pro-Se Claimants for Entry of an Order Appointing a Plan Voting Ombudsman and Granting Related Relief (D.I. 8885, filed 02/10/22);

   b) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22); and

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: This matter has been adjourned to January 19, 2023 at 10:00 a.m. (ET).

2. [SEALED] Motion to Compel Discovery Production Order (D.I. 9418, filed 03/21/22).

Objection Deadline: N/A.

Responses Received:

a) Debtors' Response to Michael Cutler's Motion to Compel Discovery Production Order (D.I. 9526, filed 03/30/22).

Related Pleadings:

a) REDACTED Motion to Compel Discovery Production Order (D.I. 9419, filed 03/21/22);

b) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22); and

c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: This matter has been adjourned to January 19, 2023 at 10:00 a.m. (ET).

3. [SEALED] Pro-Se Claimants Motion to Dismiss the Chapter 11 Bankruptcy Petition, or Motion for the Appointment of a Chapter 11 Trustee (D.I. 9535, filed 03/31/22).

Objection Deadline: N/A.

Responses Received:

a) Debtors' Objection to Pro-Se Claimant Numbers SA-101730 & SA-47539's Motion to Dismiss the Chapter 11 Bankruptcy Petition, or Motion for the Appointment of a Chapter 11 Trustee (D.I. 9793, filed 05/11/22).

Related Pleadings:

a) REDACTED Pro-Se Claimants Motion to Dismiss the Chapter 11 Bankruptcy Petition, or Motion for the Appointment of a Chapter 11 Trustee (D.I. 9536, filed 03/31/22);

b) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22); and

c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: This matter has been adjourned to January 19, 2023 at 10:00 a.m. (ET).

4. [SEALED] Motion to Disqualify White & Case LLP and Derek Abbott of Morris Nichols, and Related Associates, for the Boy Scouts of America, Pro-Se Claimants Motion to Dismiss the Chapter 11 Bankruptcy (D.I. 9640, filed 04/13/22).

   Objection Deadline:   N/A.

   Responses Received:

   a) Debtors' Objection to Motion to Disqualify White & Case LLP and Derek Abbott of Morris Nichols, and Related Associates, for the Boy Scouts of America, Pro-Se Claimant/Creditor Numbers SA-101730 & SA-47539 Motion to Dismiss the Chapter 11 Bankruptcy (D.I. 9889, filed 06/06/22).

   Related Pleadings:

   a) REDACTED Motion to Disqualify White & Case LLP and Derek Abbott of Morris Nichols, and Related Associates, for the Boy Scouts of America, Pro-Se Claimants Motion to Dismiss the Chapter 11 Bankruptcy (D.I. 9641, filed 04/13/22);

   b) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22); and

   c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: This matter has been adjourned to January 19, 2023 at 10:00 a.m. (ET).

5. Motion to File Supplemental Pleading Regarding Complaint for Declaratory Judgment (D.I. 10144, filed 08/01/22).

   Objection Deadline:   N/A.

   Responses Received:

   a) Objection to Pro-Se Claimant/Creditors SA-101730 & SA-47539 Motion to File Supplemental Pleading Regarding Complaint for Declaratory Judgment (D.I. 10630, filed 10/20/22).

   Related Pleadings:

   a) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22);

   b) Notice of Service of Objection to Pro-Se Claimant/Creditors SA-101730 & SA-47539 Motion to File Supplemental Pleading Regarding Complaint for Declaratory Judgment (D.I. 10631, filed 10/20/22); and

    c)      Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. ([D.I. 10632](), filed 10/20/22).

<u>Status</u>: This matter has been adjourned to January 19, 2023 at 10:00 a.m. (ET).

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: November 21, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>   aremming@morrisnichols.com<br>   ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>   mlinder@whitecase.com<br>   laura.baccash@whitecase.com<br>   blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |