IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: January 19, 2023 at 10 a.m.<br>Objection Deadline: January 12, 2023 at 4 p.m. |

**NOTICE OF MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE FOR ENTRY OF AN ORDER APPROVING THE DEBTORS' PROPOSED PAYMENT OF THE COALITION RESTRUCTURING EXPENSES**

**PLEASE TAKE NOTICE** that on December 29, 2022, the *Motion of the Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of the Coalition Restructuring Expenses* (the "**Motion**") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion is due on or before **January 12, 2022 at 4:00 p.m. prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** THAT THE HEARING TO CONSIDER APPROVAL OF THE MOTION WILL BE HELD ON **JANUARY 19, 2022 AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE JUDGE LAURIE S. SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES

---

[1] The Reorganized Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00236593-1}

BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DE 19801

| | |
|---|---|
| Dated: December 29, 2022<br>Wilmington, Delaware | MONZACK MERSKY AND BROWDER, P.A.<br><br>*/s/ Rachel B. Mersky*<br>Rachel B. Mersky (DE No. 2049)<br>1201 North Orange Street<br>Suite 400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 656-8162<br>Facsimile:    (302) 656-2769<br>E-mail:          RMersky@Monlaw.com<br><br>-and-<br><br>BROWN RUDNICK LLP<br>David J. Molton, Esq. (admitted *pro hac vice*)<br>Eric R. Goodman, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>E-mail: DMolton@BrownRudnick.com<br>E-mail:  EGoodman@BrownRudnick.com<br><br>and<br><br>Sunni P. Beville, Esq. (admitted *pro hac vice*)<br>Tristan G. Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>E-mail: SBeville@BrownRudnick.com<br>E-mail: TAxelrod@BrownRudnick.com<br><br>*Counsel to the Coalition of Abused Scouts for Justice* |