# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 10809**<br><br>Hearing Date: February 21, 2023 at 11:00 a.m. (ET)<br>Objection Deadline: January 12, 2023 at 4:00 p.m. (ET)[2] |

**RE-NOTICE OF MOTION OF PFAU COCHRAN VERTETIS AMALA PLLC AND THE ZALKIN LAW FIRM, P.C. FOR AN ORDER PURSUANT TO BANKRUPTCY CODE SECTION 363(b), 1129(a)(4), AND 503(b) ALLOWING PAYMENT OR REIMBURSEMENT OF THE PFAU/ZALKIN RESTRUCTURING EXPENSES BY THE SETTLEMENT TRUST**

**PLEASE TAKE NOTICE** that on December 29, 2022, Pfau Cochran Vertetis Amala PLLC ("**Pfau**") and the Zalkin Law Firm P.C. ("**Zalkin**" and together with Pfau, "**Pfau/Zalkin**"), filed the *Motion of Pfau Cochran Vertetis Amala PLLC and the Zalkin Law Firm, P.C. for an Order Pursuant to Bankruptcy Code Section 363(b), 1129(a)(4), and 503(b) Allowing Payment or Reimbursement of the Pfau/Zalkin Restructuring Expenses by the Settlement Trust* (the "**Motion**") [Docket No. 10809] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion is due on or before **January 12, 2023 at 4:00 p.m. (prevailing Eastern time)**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Pfau/Zalkin has extended the objection deadline for the U.S. Trustee to January 31, 2023 at 4:00 p.m. (ET).

2

**PLEASE TAKE FURTHER NOTICE** THAT THE HEARING TO CONSIDER THE MOTION WILL BE HELD ON **FEBRUARY 21, 2023, at 11:00 a.m. (PREVAILING EASTERN TIME)**, BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DE 19801.

DATED:  January 13, 2022                              **BIELLI & KLAUDER, LLC**

/s/ *David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

and

KTBS LAW LLP
Thomas E. Patterson (*pro hac vice*)
Daniel J. Bussel (*pro hac vice*)
Robert J. Pfister (*pro hac vice*)
Sasha M. Gurvitz (*pro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone: 310-407-4000

*Counsel to each of The Zalkin Law Firm, P.C. and Pfau Cochran Vertetis Amala PLLC*