# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 19, 2023, AT 10:00 A.M. EASTERN TIME**

> **This hearing will be conducted in-person. Any exceptions must be approved by Chambers. Parties may observe the hearing remotely by registering with the Zoom link below no later than January 19, 2023, at 8:00 a.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItf--hqTosHcQeSGalCooS6ht7LSylJIE**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **Topic: Boy Scouts of America**
>
> **Time: January 19, 2023, at 10:00 a.m. Eastern Time (US and Canada)**

RESOLVED MATTER:

1. Debtors' Eighth Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Debtors may Remove Civil Actions and Granting Related Relief (D.I. 10743, filed 12/05/22).

   Objection Deadline: December 19, 2022, at 4:00 p.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items appear in bold**.

Responses Received:

a)    None.

Related Pleadings:

a)    Eighth Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Debtors may Remove Civil Actions and Granting Related Relief (D.I. 10796, filed 12/22/22).

Status: An order has been entered.  No hearing is necessary.

MATTERS ADJOURNED:

2.    Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (D.I. 10808, filed 12/29/22).

Objection Deadline:    January 12, 2023, at 4:00 p.m. (ET); extended for the Office of the United States Trustee (the "U.S. Trustee") and Lujan Claimants to January 31, 2023, at 4:00 p.m. (ET).

Responses Received:

a)    Response of The Official Committee of Tort Claimants to the Motions by The Coalition and Pfau/Zalkin for Payment of Restructuring Expenses (D.I. 10861, filed 01/12/23).

Related Pleadings:

a)    Amended Notice of Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (D.I. 10816, filed 12/30/22); and

b)    Re-Notice of Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (D.I. 10862, filed 01/12/23).

Status: The parties have agreed to adjourn this matter until February 21, 2023.

3.    Motion of Pfau Cochran Vertetis Amala PLLC and The Zalkin Law Firm, P.C. for an Order Pursuant to Bankruptcy Code Section 363(b), 1129(a)(4), and 503(b) Allowing Payment or Reimbursement of the Pfau/Zalkin Restructuring Expenses by the Settlement Trust (D.I. 10809, filed 12/29/22).

Objection Deadline:    January 12, 2023, at 4:00 p.m. (ET).

Responses Received:

a)  Response of The Official Committee of Tort Claimants to the Motions by The Coalition and Pfau/Zalkin for Payment of Restructuring Expenses (D.I. 10861, filed 01/12/23).

Related Pleadings:

a)  Re-Notice of Motion of Pfau Cochran Vertetis Amala PLLC and The Zalkin Law Firm, P.C. for an Order Pursuant to Bankruptcy Code Section 363(b), 1129(a)(4), and 503(b) Allowing Payment or Reimbursement of the Pfau/Zalkin Restructuring Expenses by the Settlement Trust (D.I. 10864, filed 01/13/23).

Status: The parties have agreed to adjourn this matter until February 21, 2023.

4.  Motion (I) to Allow Substantial Contribution Claim of the Roman Catholic Ad Hoc Committee and (II) for Waiver of Certain Requirements of Local Rule 2016-2 (D.I. 10815, filed 12/29/22).

   Objection Deadline:   January 12, 2023, at 4:00 p.m. (ET); extended for the U.S. Trustee and Lujan Claimants to January 31, 2023, at 4:00 p.m. (ET).

   Responses Received:

   a)  None.

   Related Pleadings:

   a)  None.

Status: The parties have agreed to adjourn this matter until February 21, 2023.

MATTERS UNDER CERTIFICATION:

5.  Debtors' Sixth Omnibus (Substantive) Objection to Certain (I) Misclassified Claim, Reduce and Allow Claim and (II) Reduce and Allow Claim (Non-Abuse Claims) (D.I. 10783, filed 12/20/22).

   Objection Deadline:   January 10, 2023, at 4:00 p.m. (ET).

   Responses Received:

   a)  None.

   Related Pleadings:

   a)  Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Sixth Omnibus (Substantive) Objection to Certain (I) Misclassified Claim, Reduce and Allow Claim and (II) Reduce and Allow Claim (Non-Abuse Claims) and Debtors'

        Seventh Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims (Non-Abuse Claims) (D.I. 10839, filed 01/05/23); and

    b)    Certification of Counsel Regarding Debtors' Sixth Omnibus (Substantive) Objection to Certain (I) Misclassified Claim, Reduce and Allow Claim and (II) Reduce and Allow Claim (Non-Abuse Claims) (D.I. 10856, filed 01/11/23).

<u>Status</u>: A Certification of Counsel has been filed with respect to this matter, and the parties have agreed to adjourn the hearing on Claim No. 343-38 to February 21, 2023. Accordingly, no hearing on this matter is necessary unless the Court has questions.

6.    Debtors' Seventh Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims (Non-Abuse Claims) (D.I. 10784, filed 12/20/22).

    <u>Objection Deadline</u>:    January 10, 2023, at 4:00 p.m. (ET).

    <u>Responses Received</u>:

    a)    None.

    <u>Related Pleadings</u>:

    a)    Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Sixth Omnibus (Substantive) Objection to Certain (I) Misclassified Claim, Reduce and Allow Claim and (II) Reduce and Allow Claim (Non-Abuse Claims) and Debtors' Seventh Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims (Non-Abuse Claims) (D.I. 10839, filed 01/05/23); and

    b)    Certificate of No Objection Regarding Debtors' Seventh Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims (Non-Abuse Claims) (D.I. 10857, filed 01/11/23).

<u>Status</u>: A Certificate of No Objection has been filed with respect to this matter. Accordingly, no hearing is necessary unless the Court has questions.

<u>MATTERS GOING FORWARD</u>:

7.    [SEALED] Emergency Motion of Pro-Se Claimant Numbers SA-101730 & SA-47539 for Entry of an Order Pursuant to Sections 105, 1103, 1125, and 1126 of the Bankruptcy Code Appointing a Plan Voting Ombudsman and Granting Related Relief (D.I. 8884, filed 02/10/22).

    <u>Objection Deadline</u>:  N/A

    <u>Responses Received</u>:

    a)    Debtors' Objection to Emergency Motion of Pro-Se Claimant Numbers SA-101730 & SA-47539 for Entry of an Order Pursuant to Sections 105, 1103, 1125, and 1126

of the Bankruptcy Code Appointing a Plan Voting Ombudsman and Granting Related Relief (D.I. 9525, filed 03/30/22).

Related Pleadings:

a) REDACTED Emergency Motion of Pro-Se Claimants Numbers [redacted] for Entry of an Order Pursuant to Sections 105, 1103, 1125, and 1126 of the Bankruptcy Code Appointing a Plan Voting Ombudsman and Granting Related Relief (D.I. 8885, filed 02/10/22);

b) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22); and

c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: This matter is going forward.

8. [SEALED] Motion to Compel Discovery Production Order (D.I. 9418, filed 03/21/22).

Objection Deadline: N/A

Responses Received:

a) Debtors' Response to Michael Cutler's Motion to Compel Discovery Production Order (D.I. 9526, filed 03/30/22).

Related Pleadings:

a) REDACTED Motion to Compel Discovery Production Order (D.I. 9419, filed 03/21/22);

b) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22); and

c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: This matter is going forward.

9. [SEALED] Pro-Se Claimants Motion to Dismiss the Chapter 11 Bankruptcy Petition, or Motion for the Appointment of a Chapter 11 Trustee (D.I. 9535, filed 03/31/22).

Objection Deadline: N/A

Responses Received:

a) Debtors' Objection to Pro-Se Claimant Numbers SA-101730 & SA-47539's Motion to Dismiss the Chapter 11 Bankruptcy Petition, or Motion for the Appointment of a Chapter 11 Trustee (D.I. 9793, filed 05/11/22).

Related Pleadings:

a) REDACTED Pro-Se Claimants Motion to Dismiss the Chapter 11 Bankruptcy Petition, or Motion for the Appointment of a Chapter 11 Trustee (D.I. 9536, filed 03/31/22);

b) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22); and

c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: This matter is going forward.

10. [SEALED] Motion to Disqualify White & Case LLP and Derek Abbott of Morris Nichols, and Related Associates, for the Boy Scouts of America, Pro-Se Claimants Motion to Dismiss the Chapter 11 Bankruptcy (D.I. 9640, filed 04/13/22).

Objection Deadline: N/A

Responses Received:

a) Debtors' Objection to Motion to Disqualify White & Case LLP and Derek Abbott of Morris Nichols, and Related Associates, for the Boy Scouts of America, Pro-Se Claimant/Creditor Numbers SA-101730 & SA-47539 Motion to Dismiss the Chapter 11 Bankruptcy (D.I. 9889, filed 06/06/22).

Related Pleadings:

a) REDACTED Motion to Disqualify White & Case LLP and Derek Abbott of Morris Nichols, and Related Associates, for the Boy Scouts of America, Pro-Se Claimants Motion to Dismiss the Chapter 11 Bankruptcy (D.I. 9641, filed 04/13/22);

b) Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22); and

c) Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: This matter is going forward.

11. Motion to File Supplemental Pleading Regarding Complaint for Declaratory Judgment (D.I. 10144, filed 08/01/22).

Objection Deadline:   N/A

Responses Received:

a)    Objection to Pro-Se Claimant/Creditors SA-101730 & SA-47539 Motion to File Supplemental Pleading Regarding Complaint for Declaratory Judgment (D.I. 10630, filed 10/20/22).

Related Pleadings:

a)    Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10589, filed 10/13/22);

b)    Notice of Service of Objection to Pro-Se Claimant/Creditors SA-101730 & SA-47539 Motion to File Supplemental Pleading Regarding Complaint for Declaratory Judgment (D.I. 10631, filed 10/20/22); and

c)    Notice of Service of Omnibus Notice of Hearing Regarding Motions filed by M.C. (D.I. 10632, filed 10/20/22).

Status: This matter is going forward.

12.   Debtors' Motion to Quash Subpoenas to Produce Documents (D.I. 10851, filed 01/10/23).

Objection Deadline:   January 18, 2023, at 4:00 p.m. (ET).

Responses Received:

a)    **Response to Debtors' Motion to Quash Subpoenas to Produce Documents (D.I. 10879, filed 01/18/23)**.

Related Pleadings:

a)    Notice of Issuance of a Subpoena to J.P. Morgan Chase Bank, NA (D.I. 10825, filed 01/03/23);

b)    Notice of Issuance of a Subpoena to Alvarez & Marsal, LLC (D.I. 10826, filed 01/03/23); and

c)    Affidavit of Supplemental Service (D.I. 10855, filed 01/11/23).

Status: This matter is going forward.

13.   JPMorgan Chase Bank, National Association's Motion to Quash Subpoena to Produce Documents (D.I. 10852, filed 01/10/23).

Objection Deadline:   January 18, 2023, at 4:00 p.m. (ET).

8

<u>Responses Received</u>:

a) **Response to J.P. Morgan Chase Bank's Motion to Quash Subpoenas to Produce Documents (D.I. 10878, filed 01/18/23)**.

<u>Related Pleadings</u>:

a) Notice of Issuance of a Subpoena to J.P. Morgan Chase Bank, NA (D.I. 10825, filed 01/03/23); and

b) Affidavit of Supplemental Service (D.I. 10855, filed 01/11/23).

<u>Status</u>: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  January 18, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Sophie Rogers Churchill (No. 6905)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            ptopper@morrisnichols.com<br>            srchurchill@morrisnichols.com |

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
         mlinder@whitecase.com
         laura.baccash@whitecase.com
         blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION