Case 20-10343-LSS    Doc 10883-1    Filed 01/18/23    Page 1 of 2

# Schedule 1

**Misclassified, Reduce and Allow Claim**

# Schedule 1

**Misclassified, Reduce and Allow Claim**

Sixth Omnibus Objection (Substantive)
Schedule 1 - Misclassified, Reduce and Allow Claim

| | NAME | CLAIM # | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | BC SALES AND SOURCING<br>ATTN: JOHN SCANLON<br>13712 W 80TH ST<br>LENEXA, KS 66215 | C342-1073 | Boy Scouts of America<br>Boy Scouts of America | Priority<br>Unsecured | $12,292.00<br>$3,082.01 | Boy Scouts of America<br>Boy Scouts of America | Priority<br>Unsecured | $0.00<br>$3,434.01 |
| | | | | Subtotal | $15,374.01 | | Subtotal | $3,434.01 |
| | | | | TOTAL | $15,374.01 | TOTAL | | $3,434.01 |

Reason: Claimant asserts that a portion of claim C343-1073 is entitled to priority status under 11 U.S.C § 507(a)(4) as "wages, salaries or commissions" earned within 180 days before the Petition Date. However, the invoices attached to the claim reflect that the claim is not entitled to section 507(a)(4) priority for three reasons: (1) the claim relates solely to the sale of embroidered patches (i.e., goods sold), (2) Claimant is not and has never been an employee or independent contractor of the BSA and is not owed wages, salaries, or commissions by the BSA, and (3) the invoices reflect sales (for goods, not wages, salaries, or commissions owed by the BSA to Claimant) that were made outside the 180-day period that is required for priority status under section 507(a)(4). Accordingly, Claim 343-12485 is not eligible for priority status under 11 U.S.C. § 507(a)(4).

Further, according to the Debtors' books and records, the valid claim amount is $3,434.01 on account of 4 of the 6 invoices asserted by Claimant. Invoices 200241078 and 200253293 are claimed in the amounts of $9,576 and $2,364, respectively. These invoices were paid in full via Check No. 01320916 on 10/4/2018 and Check No. 01322049 on 10/27/2018, respectively. The claim should be reduced by these paid amounts.