# Schedule 1

**Amended and Superseded Claims**

Seventh Omnibus Objection (Non-Substantive)
Schedule 1 - Amended and Superseded Claims

## CLAIMS TO BE DISALLOWED | REMAINING CLAIMS

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CPCNEUTEK<br>ATTN: RICHARD GARIGEN<br>13921 W 85TH DR<br>ARVADA, CO 80005 | 09/08/20 | 20-10343 (LSS)<br>Boy Scouts of America | C343-321 | $34,533.74 | COLORADO PRINTING COMPANY AKA CPC NEUTEK<br>C/O FAIR HARBOR CAPITAL LLC<br>P.O. BOX 237037<br>NEW YORK, NY 10023 | 11/02/20 | 20-10343 (LSS)<br>Boy Scouts of America | C343-1642 | $34,533.74 |

Reason: Claim No. 1642 amends and supersedes Claim No. 321.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | MIDLAND CENTRAL APPRAISAL DISTRICT<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>ATTN: TARA LEDAY<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 06/05/21 | 20-10343 (LSS)<br>Boy Scouts of America | C343-14490 | $144.71 | MIDLAND CENTRAL APPRAISAL DISTRICT<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN PC<br>ATTN: TARA LEDAY<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 01/27/22 | 20-10343 (LSS)<br>Boy Scouts of America | C343-14543 | $158.59 |

Reason: Claim No. 14543 amends and supersedes Claim No. 14490.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | TERRY COUNTY APPRAISAL DISTRICT<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>ATTN: TARA LEDAY<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 06/05/21 | 20-10343 (LSS)<br>Boy Scouts of America | C343-14489 | $6,267.66 | TERRY COUNTY APPRAISAL DISTRICT<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN PC<br>ATTN: TARA LEDAY<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | 01/27/22 | 20-10343 (LSS)<br>Boy Scouts of America | C343-14544 | $5,721.93 |

Reason: Claim No. 14544 amends and supersedes Claim No. 14489.

1

Seventh Omnibus Objection (Non-Substantive)
Schedule 1 - Amended and Superseded Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 4 | THE COUNTY OF ANDERSON, TEXAS C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: TARA LEDAY P.O. BOX 1269 ROUND ROCK, TX 78680 | 06/05/21 | 20-10343 (LSS) Boy Scouts of America | C343-14487 | $14.03 | THE COUNTY OF ANDERSON, TEXAS C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: TARA LEDAY P.O. BOX 1269 ROUND ROCK, TX 78680 | 01/27/22 | 20-10343 (LSS) Boy Scouts of America | C343-14545 | $14.56 |
| | Reason: Claim No. 14545 amends and supersedes Claim No. 14487. | | | | | | | | | |
| 5 | THE COUNTY OF DENTON, TEXAS C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: TARA LEDAY P.O. BOX 1269 ROUND ROCK, TX 78680 | 06/05/21 | 20-10343 (LSS) Boy Scouts of America | C343-14488 | $710.84 | THE COUNTY OF DENTON, TEXAS C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: TARA LEDAY P.O. BOX 1269 ROUND ROCK, TX 78680 | 01/27/22 | 20-10343 (LSS) Boy Scouts of America | C343-14541 | $669.86 |
| | Reason: Claim No. 14541 amends and supersedes Claim No. 14488. | | | | | | | | | |
| 6 | THE COUNTY OF HENDERSON, TEXAS C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: TARA LEDAY P.O. BOX 1269 ROUND ROCK, TX 78680 | 06/05/21 | 20-10343 (LSS) Boy Scouts of America | C343-14485 | $17.59 | THE COUNTY OF HENDERSON, TEXAS C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: TARA LEDAY P.O. BOX 1269 ROUND ROCK, TX 78680 | 01/27/22 | 20-10343 (LSS) Boy Scouts of America | C343-14542 | $19.89 |
| | Reason: Claim No. 14542 amends and supersedes Claim No. 14485. | | | | | | | | | |

2

Seventh Omnibus Objection (Non-Substantive)
Schedule 1 - Amended and Superseded Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | THE COUNTY OF MILAM, TEXAS C/O MCCREARY, VESELKA, BRAGG, & ALLEN, PC ATTN: TARA LEDAY P.O. BOX 1269 ROUND ROCK, TX 78680 | 06/05/21 | 20-10343 (LSS) Boy Scouts of America | C343-14484 | $1,247.89 | THE COUNTY OF MILAM, TEXAS C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: TARA LEDAY P.O. BOX 1269 ROUND ROCK, TX 78680 | 01/27/22 | 20-10343 (LSS) Boy Scouts of America | C343-14539 | $1,052.69 |
| Reason: Claim No. 14539 amends and supersedes Claim No. 14484. | | | | | | | | | | |
| 8 | THE COUNTY OF WILLIAMSON, TEXAS C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: TARA LEDAY P.O. BOX 1269 ROUND ROCK, TX 78680 | 06/05/21 | 20-10343 (LSS) Boy Scouts of America | C343-14486 | $105.20 | THE COUNTY OF WILLIAMSON, TEXAS C/O MCCREARY, VESELKA, BRAGG & ALLEN, PC ATTN: TARA LEDAY P.O. BOX 1269 ROUND ROCK, TX 78680 | 01/27/22 | 20-10343 (LSS) Boy Scouts of America | C343-14540 | $134.47 |
| Reason: Claim No. 14540 amends and supersedes Claim No. 14486. | | | | | | | | | | |
| 9 | TN DEPT OF LABOR - BUREAU OF UNEMPLOYMENT INSURANCE C/O TN ATTORNEY GENERAL BANKRUPTCY DIV ATTN: LAURA MCCLOUD P.O. BOX 20207 NASHVILLE, TN 37202-0207 | 09/03/20 | 20-10343 (LSS) Boy Scouts of America | C343-322 | $5,978.95 | TN DEPT OF LABOR - BUREAU OF UNEMPLOYMENT INSURANCE C/O TN ATTORNEY GENERAL, BANKRUPTCY DIVISION P.O. BOX 20207 NASHVILLE, TN 37202-0207 | 08/26/21 | 20-10343 (LSS) Boy Scouts of America | C343-14496 | $10,964.53 |
| Reason: Claim No. 14496 amends and supersedes Claim No. 322. | | | | | | | | | | |

Seventh Omnibus Objection (Non-Substantive)
Schedule 1 - Amended and Superseded Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | TN DEPT OF LABOR - BUREAU OF UNEMPLOYMENT INSURANCE C/O TN ATTORNEY GENERAL, BANKRUPTCY DIVISION P.O. BOX 20207 NASHVILLE, TN 37202-0207 | 08/26/21 | 20-10343 (LSS) Boy Scouts of America | C343-14496 | $10,964.53 | TN Dept of Labor - Bureau of Unemployment Insurance c/o TN Attorney General, Bankruptcy Division P.O. Box 20207 Nashville, TN 37202-0207 | 02/18/22 | 20-10343 (LSS) Boy Scouts of America | C343-14547 | $11,409.85 |

Reason: Claim No. 14547 amends and supersedes Claim No. 14496. Claim 343-14547 is also included on Exhibit A attached to the *Debtors' Third Notice of Satisfaction* filed contemporaneously herewith.

TOTAL $59,985.14      TOTAL $64,680.11

4