IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 10144** |

## ORDER DENYING MOTION TO FILE SUPPLEMENTAL PLEADING REGARDING COMPLAINT FOR DECLARATORY JUDGMENT

**WHEREAS**, Michael Cutler filed a Motion to File Supplemental Pleading Regarding Complaint for Declaratory Judgment [Dkt. No. 10144] ("Motion"); and

**WHEREAS**, Debtors filed Objection to Pro-Se Claimant/Creditors SA-101730 & SA-47539 Motion to File Supplemental Pleading Regarding Complaint for Declaratory Judgment [Dkt. No. 10630] ("Objection"); and

**WHEREAS** the Court carefully reviewed the Motion (including all supporting exhibits) and the Objection and heard argument at a hearing held January 19, 2023;

**NOW THEREFORE**, as announced at the hearing and for the reasons set forth on the record at the hearing, the Court has found no basis to grant the requested relief, if any, and the Motion is **DENIED**.

Dated: January 19, 2023

Laurie Selber Silverstein
United States Bankruptcy Judge