# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA<br>AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>**Re: D.I. 10808, 10809, & 10815** |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on January 31, 2023, the **United States Trustee's Omnibus Objection to Payment of Compensation and Reimbursement of Expenses for Movants Filed December 29, 2022** was served via E-Mail to the persons indicated below:

**White & Case LLP**
Jessica C. Lauria
James F. Lathrop (6492)
1221 Avenue of the Americas
New York, NY 10020-1095
Tel: (212) 819-8200
Fax: (212) 354-8113
Email: jessica.boelter@whitecase.com

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Derek C. Abbott (No. 3376)
Paige N. Topper
1201 N. Market St., 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
ptopper@mnat.com

**Kramer Levin Naftalis & Frankel LLP**
Thomas M. Mayer
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: tmayer@kramerlevin.com

**Pachulski Stang Ziehl & Jones**
James E. O'Neill
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Email: joneill@pszjlaw.com

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square, 1000 North King Street,
Wilmington, Delaware 19801,
Attn: Robert Brady
Email: rbrady@ycst.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**Brown Rudnick LLP**
David J. Molton,
Eric R. Goodman,
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com
E-mail: EGoodman@BrownRudnick.com

And

Sunni P. Beville,
Tristan G. Axelrod,
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

**MONZACK MERSKY AND BROWDER, P.A.**
Rachel B. Mersky
Suite 400
Wilmington, Delaware 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
E-mail: RMersky@Monlaw.com

**BIELLI & KLAUDER, LLC**
David M. Klauder,
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

**KTBS LAW LLP**
Thomas E. Patterson
Robert J. Pfister
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone: 310-407-4000
Email: tpatterson@ktbslaw.com
E-mail: rpfister@ktbslaw.com

**ARENTFOX SCHIFF LLP**
Everett Cygal,
David Spector,
J. Mark Fisher,
Neil Lloyd,
Daniel Schufreider,
Jin Yan,
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
Email: everett.cygal@afslaw.com
 david.spector@afslaw.com
mark.fisher@afslaw.com
neil.lloyd@afslaw.com
jin.yan@afslaw.com
daniel.schufreider@afslaw.com;
ashley.gherlone@stblaw.com

**Potter Anderson Corroon LLP**
Hercules Plaza,
1313 North Market Street, 6th Floor,
Wilmington, Delaware 19801
Attn: Jeremy W. Ryan
Aaron Stulman
jryan@potteranderson.com
astulman@potteranderson.com

 By: */s/ Timothy J. Fox*
 Timothy J. Fox, Jr., (DE Bar No. 6737)
 Trial Attorney
 Office of the United States Trustee
 Timothy.Fox@usdoj.gov