**WHITE & CASE**

January 31, 2023

**VIA EMAIL AND ECF**

2002 Service List

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

RE:   *In re Boy Scouts of America and Delaware BSA, LLC*, **Case No. 20-10343 (LSS) (Bankr. D. Del.)**

Dear 2002 Service List Recipients:

We write on behalf of the Debtors in the above-referenced proceeding to provide an update on the identity of one of the Claims Administrators. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [Bankr. D.I. 10296] (the "Plan").

The Debtors were informed by the Tort Claimants' Committee and the Coalition that the Honorable Diane Welsh (Ret.) is unable to fulfill the role of Claims Administrator.[1] In accordance with sections 4.1 and 5.15(c) of the Settlement Trust Agreement, Article IV.F of the Plan, and paragraph III.13 of the Confirmation Order, the Honorable Barbara J. Houser (Ret.) (as defined in the Plan, the "Settlement Trustee"), members of the STAC, the Future Claimants' Representative, and representatives from the Tort Claimants' Committee, the Coalition, Pfau/Zalkin, and the Debtors identified and interviewed several candidates to replace Judge Welsh. After all candidates were interviewed, the Settlement Trustee and members of the STAC unanimously agreed, in accordance with sections 4.1 and 5.15(c) of the Settlement Trust Agreement, that Ms. Randi Ilyse Roth (the "Proposed Claims Administrator") is best qualified to serve in this role. The Future Claimants' Representative consents to the selection of Ms. Roth as the Proposed Claims Administrator, as required by sections 4.1 and 5.15(c) of the Settlement Trust Agreement. The Debtors appreciate the efforts of Judge Houser and the STAC to reach a consensus regarding the appointment of Ms. Roth, and believe she is well-qualified to be appointed as the successor Claims Administrator in accordance with the terms of the Plan and Confirmation Order. Ms. Roth's qualifications are attached hereto as **Exhibit A**.

Ms. Roth's appointment will be effective in accordance with the terms of the Plan and Confirmation Order. If you have any questions, please contact the undersigned.

---

[1] The second Claims Administrator, Judge Reagan, was appointed "principally to serve in the role of Claims Administrator for the Independent Review Process." Plan, Ex. B § 4.1. Judge Reagan's appointment is not affected by the developments described herein.

**WHITE & CASE**

*In re Boy Scouts of America and Delaware BSA, LLC*, p. 2

Very truly yours,

*/s/ Jessica C. Lauria*

**Jessica C. Lauria**
White & Case LLP

**E** jessica.lauria@whitecase.com

*/s/ Derek C. Abbott*

**Derek C. Abbott**
Morris, Nichols, Arsht & Tunnell LLP

**E** DAbbott@morrisnichols.com

cc: Michael Andolina
     Glenn Kurtz
     Ronald Gorsich
     Laura Baccash