# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

|  | January 31, 2023 |
|---|---|
| Invoice | 131782 |
| Client | 85353 |
| Matter | 00002 |
|  | **JIS** |

RE:  Tort Claimants' Committee

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   01/31/2023

| | |
|---|---|
| FEES | $411,638.50 |
| EXPENSES | $6,225.16 |
| **TOTAL CURRENT CHARGES** | **$417,863.66** |
| **BALANCE FORWARD** | **$10,419,140.57** |
| **TOTAL BALANCE DUE** | **$10,837,004.23** |

Pachulski Stang Ziehl & Jones LLP

Page:      2

BSA - Committee

Invoice 131782

85353    - 00002

January 31, 2023

### <u>Summary of Services by Professional</u>

| <u>ID</u> | <u>Name</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|-----|------------------------|-----------------|---------|--------|-------------|
| AJK | Kornfeld, Alan J. | Partner | 1525.00 | 156.40 | $238,510.00 |
| CJB | Bouzoukis, Charles J. | Case Man. Asst. | 395.00 | 1.90 | $750.50 |
| DG | Grassgreen, Debra I. | Partner | 1425.00 | 27.90 | $39,757.50 |
| JEO | O'Neill, James E. | Partner | 1145.00 | 10.40 | $11,908.00 |
| JIS | Stang, James I. | Partner | 1525.00 | 1.50 | $2,287.50 |
| JWL | Lucas, John W. | Partner | 1095.00 | 34.80 | $38,106.00 |
| KHB | Brown, Kenneth H. | Partner | 1395.00 | 0.30 | $418.50 |
| KKY | Yee, Karina K. | Paralegal | 495.00 | 12.60 | $6,237.00 |
| KSN | Neil, Karen S. | Case Man. Asst. | 395.00 | 3.40 | $1,343.00 |
| MK | Kulick, Myra | Other | 395.00 | 11.70 | $4,621.50 |
| MSP | Pagay, Malhar S. | Partner | 1095.00 | 3.00 | $3,285.00 |
| RMP | Pachulski, Richard M. | Partner | 1745.00 | 4.70 | $8,201.50 |
| RMS | Saunders, Robert M. | Counsel | 1025.00 | 0.20 | $205.00 |
| TCF | Flanagan, Tavi C. | Counsel | 975.00 | 52.70 | $51,382.50 |
| WLR | Ramseyer, William L. | Counsel | 925.00 | 5.00 | $4,625.00 |
| | | | | 326.50 | $411,638.50 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353   - 00002

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AP | Appeals [B430] | 164.90 | $228,435.50 |
| BL | Bankruptcy Litigation [L430] | 2.90 | $1,971.50 |
| CA | Case Administration [B110] | 10.90 | $5,570.50 |
| CO | Claims Admin/Objections[B310] | 2.30 | $2,518.50 |
| CP | Compensation Prof. [B160] | 8.10 | $7,659.50 |
| CPO | Comp. of Prof./Others | 89.60 | $111,479.00 |
| GC | General Creditors Comm. [B150] | 18.90 | $12,491.50 |
| H | Hearings | 1.30 | $1,488.50 |
| PD | Plan & Disclosure Stmt. [B320] | 3.20 | $4,267.00 |
| PI | Plan Implementation [B320] | 24.40 | $35,757.00 |
| | | 326.50 | $411,638.50 |

Pachulski Stang Ziehl & Jones LLP

Page:      4

BSA - Committee

Invoice 131782

85353    -00002

January 31, 2023

---

### Summary of Expenses

| Description | Amount |
| --- | --- |
| Air Fare [E110] | $2,300.00 |
| Delivery/Courier Service | $27.50 |
| Lexis/Nexis- Legal Research [E | $33.17 |
| Outside Services | $3,030.00 |
| Pacer - Court Research | $469.70 |
| Postage [E108] | $15.80 |
| Reproduction Expense [E101] | $0.80 |
| Reproduction/ Scan Copy | $333.20 |
| Travel Expense [E110] | $14.99 |
| | $6,225.16 |

Pachulski Stang Ziehl & Jones LLP

Page:     5

BSA - Committee

Invoice 131782

85353    -00002

January 31, 2023

---

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Appeals [B430]** | | | | | | |
| 01/03/2023 | JWL | AP | Review of Certain Insurers' reply brief in appeal (1.6); | 1.60 | 1095.00 | $1,752.00 |
| 01/05/2023 | RMP | AP | Telephone conference with  State Court Counsel re appeal issues and status. | 0.70 | 1745.00 | $1,221.50 |
| 01/06/2023 | JWL | AP | Call with D. Kennedy regarding appeal (.8); | 0.80 | 1095.00 | $876.00 |
| 01/10/2023 | AJK | AP | Review draft of outline of issues re oral argument. | 0.80 | 1525.00 | $1,220.00 |
| 01/10/2023 | DG | AP | Review schedule re appeal (.1); call with D. Bussel re; same (.3) | 0.40 | 1425.00 | $570.00 |
| 01/10/2023 | MSP | AP | Email exchange with James E. O'Neill, Alan J. Kornfeld, et al. re: appeal oral argument. | 0.10 | 1095.00 | $109.50 |
| 01/10/2023 | JEO | AP | Follow up email to PSZJ team regarding argument on BSA appeal and letter detailing argument topics. | 0.20 | 1145.00 | $229.00 |
| 01/11/2023 | AJK | AP | Outline oral argument strategy. | 1.20 | 1525.00 | $1,830.00 |
| 01/11/2023 | DG | AP | Review oral argument notice (.1); email to J. Lucas re: same (.3) | 0.40 | 1425.00 | $570.00 |
| 01/11/2023 | MSP | AP | Email exchange with James E. O'Neill, Alan J. Kornfeld, John W. Lucas, committee members et al. re: appeal oral argument and designation. | 0.30 | 1095.00 | $328.50 |
| 01/11/2023 | JEO | AP | Emails to PSZJ team regarding scheduling of- oral argument on BSA appeal. | 0.30 | 1145.00 | $343.50 |
| 01/11/2023 | TCF | AP | Review record for oral argument appeal issues. | 0.60 | 975.00 | $585.00 |
| 01/12/2023 | MSP | AP | Email exchange with James E. O'Neill, et al. re: insurers' request to supplement record. | 0.10 | 1095.00 | $109.50 |
| 01/13/2023 | AJK | AP | Review of certain insurers' appellate briefs in preparation for oral argument outline. | 8.50 | 1525.00 | $12,962.50 |
| 01/13/2023 | AJK | AP | Review certain insurer's motion to supplement the record. | 0.90 | 1525.00 | $1,372.50 |
| 01/13/2023 | DG | AP | Meet and Confer with Insurers re: motion to supplement record (.3); review motion as filed (.7) | 1.00 | 1425.00 | $1,425.00 |
| 01/13/2023 | MSP | AP | Email exchange with James E. O'Neill, Debra I. Grassgreen, John W. Lucas, et al. re:  motion to supplement record. | 0.30 | 1095.00 | $328.50 |
| 01/13/2023 | JEO | AP | Review emails from PSZJ team regarding Certain Insurers' Motion to Supplement the Record on | 0.20 | 1145.00 | $229.00 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    -00002

Page:     6
Invoice 131782
January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Appeal | | | |
| 01/13/2023 | JEO | AP | Participate in meet and confer regarding Certain Insurers' Motion to Supplement the Record. | 0.30 | 1145.00 | $343.50 |
| 01/13/2023 | JEO | AP | Review filed version of Certain Insurers' Motion to Supplement the Record | 0.30 | 1145.00 | $343.50 |
| 01/13/2023 | JEO | AP | Review and sign off on Notice of Multimedia filing re: Designation of Record on Appeal | 0.40 | 1145.00 | $458.00 |
| 01/13/2023 | JWL | AP | Review Certain Insurers' motion to amend record (.3); research regarding same (.7); | 1.00 | 1095.00 | $1,095.00 |
| 01/14/2023 | AJK | AP | Review of Liberty appellate brief in preparation for oral argument and prep of outline. | 4.70 | 1525.00 | $7,167.50 |
| 01/17/2023 | AJK | AP | Review of BSA appellate briefs in preparation for oral argument and prep of outline. | 6.80 | 1525.00 | $10,370.00 |
| 01/17/2023 | MSP | AP | Email exchange with James E. O'Neill, Alan J. Kornfeld, et al. re: insurer motion to supplement record. | 0.10 | 1095.00 | $109.50 |
| 01/17/2023 | TCF | AP | Prepare outline for oral argument re good faith issues. | 3.80 | 975.00 | $3,705.00 |
| 01/18/2023 | AJK | AP | Review of case summaries and authorities in preparation for oral argument. | 8.30 | 1525.00 | $12,657.50 |
| 01/19/2023 | AJK | AP | Review of case summaries and authorities in preparation for appellate argument. | 7.70 | 1525.00 | $11,742.50 |
| 01/20/2023 | AJK | AP | Review of case summaries and authorities in preparation for oral argument. | 8.50 | 1525.00 | $12,962.50 |
| 01/21/2023 | AJK | AP | Review of BSA e-mails re allocation of oral argument issues. | 0.20 | 1525.00 | $305.00 |
| 01/23/2023 | AJK | AP | Review appellate record to prepare outline. | 2.10 | 1525.00 | $3,202.50 |
| 01/23/2023 | AJK | AP | Review and analysis of certain insurer brief for outline of appellate issues. | 7.90 | 1525.00 | $12,047.50 |
| 01/23/2023 | JEO | AP | Review emails from PSZJ and BSA regarding oral argument of appeals. | 0.30 | 1145.00 | $343.50 |
| 01/23/2023 | TCF | AP | Respond to email from A. Kornfeld of appeal issues and outline. | 0.60 | 975.00 | $585.00 |
| 01/24/2023 | AJK | AP | Detailed review of appellate record to prepare outline for oral argument. | 8.20 | 1525.00 | $12,505.00 |
| 01/25/2023 | AJK | AP | Analysis of factual assertions in certain insurers' | 9.00 | 1525.00 | $13,725.00 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | briefs in connection with preparation for appellate argument. | | | |
| 01/25/2023 | AJK | AP | Call with appellate (plan supporters) re oral argument strategy. | 0.70 | 1525.00 | $1,067.50 |
| 01/25/2023 | DG | AP | All hands BSA mediation call re: appeal argument (.7); followup call with J. Lucas re: same (.4) | 1.10 | 1425.00 | $1,567.50 |
| 01/25/2023 | JEO | AP | Emails with PSZJ team regarding planning for appeal argument | 0.30 | 1145.00 | $343.50 |
| 01/25/2023 | JWL | AP | All hands call with plan supporters regarding oral argument preparations (.7); review appeal pleadings for purpose of preparing oral argument test questions (1.6); call with D. Grassgreen re same (.4). | 2.70 | 1095.00 | $2,956.50 |
| 01/26/2023 | AJK | AP | Call with T. Flanagan re outline prep for oral argument. | 0.50 | 1525.00 | $762.50 |
| 01/26/2023 | AJK | AP | Analysis of appellate record in connection with preparation for appellate argument. | 8.50 | 1525.00 | $12,962.50 |
| 01/26/2023 | AJK | AP | Review and analysis of opposition to motion to supplement the record. | 0.70 | 1525.00 | $1,067.50 |
| 01/26/2023 | JEO | AP | Circulate BSA draft response to Certain Insurers' Motion to Supplement the Record to PSZJ team | 0.10 | 1145.00 | $114.50 |
| 01/26/2023 | TCF | AP | Review and analysis of appeal briefs in response to A. Kornfeld questions. | 1.20 | 975.00 | $1,170.00 |
| 01/26/2023 | TCF | AP | Telephone conference with A. Kornfeld regarding plan confirmation appeal oral argument preparation. | 0.50 | 975.00 | $487.50 |
| 01/27/2023 | AJK | AP | Analysis of factual averments made by Certain insurers in appeal briefs. | 6.20 | 1525.00 | $9,455.00 |
| 01/27/2023 | DG | AP | Review opposition to Insurers' motion to amend record (.3); emails with D. Bussell and PSZJ team re: joinder (.1) | 0.40 | 1425.00 | $570.00 |
| 01/27/2023 | KKY | AP | Draft (.5), file (.1), and prepare for filing (.2) joinder to debtors' opposition to certain insurers' motion to supplement the record (22-1237) | 0.80 | 495.00 | $396.00 |
| 01/27/2023 | MSP | AP | Email exchange with James E. O'Neill, John W. Lucas, Alan J. Kornfeld, D. Bussel, et al. re: opposition to insurers' motion to supplement record (.6); review and comment on draft joinder and revisions to same (.3). | 0.90 | 1095.00 | $985.50 |
| 01/27/2023 | JEO | AP | Review draft of BSA's response to Certain Insurers' | 0.40 | 1145.00 | $458.00 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    -00002

Page:    8
Invoice 131782
January 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | Motion to Supplement Record |  |  |  |
| 01/27/2023 | JEO | AP | Emails with PSZJ team about possible joint response to Certain Insurers' Motion | 0.60 | 1145.00 | $687.00 |
| 01/27/2023 | JEO | AP | Emails with BSA counsel Blair Warner about joint response | 0.40 | 1145.00 | $458.00 |
| 01/27/2023 | JEO | AP | Review and revise draft of joinder to BSA's response to Certain Insurer's Motion | 0.40 | 1145.00 | $458.00 |
| 01/27/2023 | JEO | AP | Further revisions on draft to include Pfau and Zalkin firms | 0.60 | 1145.00 | $687.00 |
| 01/27/2023 | JEO | AP | Finalize draft response (.3) and circulate to obtain sign off (.2) and coordinate filing and service (.4) | 0.90 | 1145.00 | $1,030.50 |
| 01/27/2023 | JWL | AP | Review and comment on objection regarding opposition to certain insurers' motion to augment record (1.0); | 1.00 | 1095.00 | $1,095.00 |
| 01/29/2023 | AJK | AP | Prepare for oral argument (review of non-settling claimant briefs). | 3.70 | 1525.00 | $5,642.50 |
| 01/29/2023 | TCF | AP | Research and prepare plan confirmation appeal oral argument outline. | 5.20 | 975.00 | $5,070.00 |
| 01/30/2023 | AJK | AP | Prepare for argument (review cases re factual assertions) for claimants' brief. | 8.50 | 1525.00 | $12,962.50 |
| 01/30/2023 | DG | AP | Review questions re: Oral Argument prep from J. Lucas and response from D. Bussel | 0.30 | 1425.00 | $427.50 |
| 01/30/2023 | MSP | AP | Email exchange with Alan J. Kornfeld, James E. O'Neill, Richard M. Pachulski, John W. Lucas, et al. re:  good faith issue. | 0.30 | 1095.00 | $328.50 |
| 01/30/2023 | JWL | AP | Work on outline of oral argument questions (1.0); | 1.00 | 1095.00 | $1,095.00 |
| 01/30/2023 | TCF | AP | Plan confirmation appeal oral argument preparation and outline. | 6.80 | 975.00 | $6,630.00 |
| 01/31/2023 | AJK | AP | Prepare for oral argument (review and revise outline). | 9.20 | 1525.00 | $14,030.00 |
| 01/31/2023 | DG | AP | Review caselaw on third party releases and recent decisions in prep for call on appeal preparations (1.7); call with J. Lucas and Dan Bussel re: appeal preparations (.7); email with R. Pachulski re: same (.3); review and analyze compiled list of questions from J. Lucas and D. Bussel re: appellate argument (.5) | 3.20 | 1425.00 | $4,560.00 |

Pachulski Stang Ziehl & Jones LLP

Page:      9

BSA - Committee

Invoice 131782

85353    -00002

January 31, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/31/2023 | KHB | AP | Email to J. Lucas re subject matter jurisdiction and constitutional authority issues. | 0.30 | 1395.00 | $418.50 |
| 01/31/2023 | JWL | AP | Call with D. Grassgreen and D. Bussell regarding oral argument preparations (.7); | 0.70 | 1095.00 | $766.50 |
| 01/31/2023 | TCF | AP | Plan confirmation appeal oral argument preparation and outline. | 8.20 | 975.00 | $7,995.00 |
| | | | | **164.90** | | **$228,435.50** |

### Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/17/2023 | JEO | BL | Review agenda for 1/19 BSA hearing | 0.20 | 1145.00 | $229.00 |
| 01/17/2023 | CJB | BL | Prepare hearing binders for hearing on 1/19/23. | 0.60 | 395.00 | $237.00 |
| 01/18/2023 | JEO | BL | Review amended agenda for 1/19 hearing | 0.20 | 1145.00 | $229.00 |
| 01/18/2023 | CJB | BL | Prepare hearing binders for hearing on 1/19/23. | 1.30 | 395.00 | $513.50 |
| 01/19/2023 | JEO | BL | Follow up emails with PSZJ team regarding outcome of 1/19 hearing | 0.40 | 1145.00 | $458.00 |
| 01/20/2023 | JIS | BL | Email J. Lucas re BSA hearing involving Cutler. | 0.20 | 1525.00 | $305.00 |
| | | | | **2.90** | | **$1,971.50** |

### Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/03/2023 | KSN | CA | Maintain document control. | 0.40 | 395.00 | $158.00 |
| 01/05/2023 | KKY | CA | Review and revise critical dates | 1.50 | 495.00 | $742.50 |
| 01/05/2023 | KSN | CA | Maintain document control. | 0.40 | 395.00 | $158.00 |
| 01/06/2023 | KSN | CA | Maintain document control. | 0.30 | 395.00 | $118.50 |
| 01/11/2023 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 01/12/2023 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 01/13/2023 | KKY | CA | Review and revise critical dates | 1.50 | 495.00 | $742.50 |
| 01/13/2023 | KKY | CA | Review and revise 2002 service list | 0.10 | 495.00 | $49.50 |
| 01/13/2023 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 01/17/2023 | KKY | CA | Review and revise 2002 service list | 0.40 | 495.00 | $198.00 |
| 01/18/2023 | KKY | CA | Review and revise critical dates | 1.10 | 495.00 | $544.50 |
| 01/18/2023 | KSN | CA | Maintain document control. | 0.30 | 395.00 | $118.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    10
BSA - Committee

Invoice 131782
85353    -00002

January 31, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/19/2023 | AJK | CA | Review e-mail from J O'Neill re 1/19 hearing. | 0.20 | 1525.00 | $305.00 |
| 01/19/2023 | AJK | CA | Internal e-mails re 1/19 hearing issues. | 0.30 | 1525.00 | $457.50 |
| 01/19/2023 | KKY | CA | Review and revise critical dates | 0.60 | 495.00 | $297.00 |
| 01/19/2023 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 01/20/2023 | KKY | CA | Review and revise critical dates | 0.40 | 495.00 | $198.00 |
| 01/20/2023 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 01/23/2023 | KSN | CA | Maintain document control. | 0.30 | 395.00 | $118.50 |
| 01/25/2023 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 01/26/2023 | KKY | CA | Review and revise 2002 service list | 0.10 | 495.00 | $49.50 |
| 01/26/2023 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 01/27/2023 | KKY | CA | Review and revise critical dates | 1.20 | 495.00 | $594.00 |
| 01/30/2023 | KKY | CA | Review and revise critical dates | 0.10 | 495.00 | $49.50 |
| 01/30/2023 | KSN | CA | Maintain document control. | 0.40 | 395.00 | $158.00 |
|  |  |  |  | **10.90** |  | **$5,570.50** |

## Claims Admin/Objections[B310]

| 01/06/2023 | JWL | CO | Respond to roster inquiry from Babin Law (.3); | 0.30 | 1095.00 | $328.50 |
|---|---|---|---|---|---|---|
| 01/09/2023 | JWL | CO | Call with D. Kral of Babin regarding production of roster requests (.5); prepare follow up email with Kral regarding roster information (1.5); | 2.00 | 1095.00 | $2,190.00 |
|  |  |  |  | **2.30** |  | **$2,518.50** |

## Compensation Prof. [B160]

| 10/11/2022 | WLR | CP | Correspondence to Liliana Gardiazabal and Cheryl Knotts re fee application issues. | 0.20 | 925.00 | $185.00 |
|---|---|---|---|---|---|---|
| 10/14/2022 | WLR | CP | Review correspondence from Liliana Gardiazabal and John Lucas re fee application issues. | 0.20 | 925.00 | $185.00 |
| 01/05/2023 | KKY | CP | Draft certification of no objection re 33rd fee app of PSZJ for November 2022 | 0.10 | 495.00 | $49.50 |
| 01/06/2023 | KKY | CP | File (.1) and prepare for filing (.1) certification of no objection re 33rd fee app of PSZJ for November 2022 | 0.20 | 495.00 | $99.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    11

BSA - Committee

Invoice 131782

85353    -00002

January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2023 | KKY | CP | Review and revise fee chart | 0.10 | 495.00 | $49.50 |
| 01/06/2023 | KKY | CP | Email to James E. O'Neill re PSZJ fees | 0.20 | 495.00 | $99.00 |
| 01/19/2023 | JWL | CP | Review and revise PSZJ Dec. 2022 fee application (2.0); | 2.00 | 1095.00 | $2,190.00 |
| 01/25/2023 | JWL | CP | Work on PSZJ Dec. 2022 monthly fee application (.5); | 0.50 | 1095.00 | $547.50 |
| 01/26/2023 | WLR | CP | Prepare December 2022 fee application | 0.40 | 925.00 | $370.00 |
| 01/26/2023 | WLR | CP | Draft December 2022 fee application | 1.80 | 925.00 | $1,665.00 |
| 01/29/2023 | WLR | CP | Review and revise December 2022 fee application | 0.90 | 925.00 | $832.50 |
| 01/29/2023 | WLR | CP | Review and revise BSA fee application | 0.80 | 925.00 | $740.00 |
| 01/31/2023 | WLR | CP | Review and revise Twelfth quarterly fee application | 0.70 | 925.00 | $647.50 |
| | | | | **8.10** | | **$7,659.50** |

### Comp. of Prof./Others

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/03/2023 | AJK | CPO | Review and analysis of A.G. declaration and supporting materials in connection with substantial contribution motion. | 4.60 | 1525.00 | $7,015.00 |
| 01/04/2023 | AJK | CPO | Review and revise outline to coalition substantial contribution motion. | 3.70 | 1525.00 | $5,642.50 |
| 01/04/2023 | JWL | CPO | Review and outline Coalition contribution motion (2.0); review RSA related documents, TCC term sheet, and current plan regarding coalition contribution motion (1.6);  draft response to Coalition contribution motion (3.2); | 6.80 | 1095.00 | $7,446.00 |
| 01/04/2023 | TCF | CPO | Review and analysis of substantial contribution requests and support. | 3.40 | 975.00 | $3,315.00 |
| 01/05/2023 | AJK | CPO | Review and revise response to substantial contribution motion. | 2.80 | 1525.00 | $4,270.00 |
| 01/05/2023 | AJK | CPO | Call with T Flanagan and J Lucas re response to substantial contribution motion. | 0.60 | 1525.00 | $915.00 |
| 01/05/2023 | AJK | CPO | Further work on response to substantial contribution claim. | 2.70 | 1525.00 | $4,117.50 |
| 01/05/2023 | JWL | CPO | Review and revise response to substantial contribution motions (1.2); review related pleadings for background information for the response (1.3); call with T. Flanagan and A. Kornfeld regarding | 3.10 | 1095.00 | $3,394.50 |

Pachulski Stang Ziehl & Jones LLP

Page:   12

BSA - Committee

Invoice 131782

85353    -00002

January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | contribution motions (.6); | | | |
| 01/05/2023 | TCF | CPO | Telephone conference with A. Kornfeld and J. Lucas regarding response to substantial contribution motions. | 0.60 | 975.00 | $585.00 |
| 01/05/2023 | TCF | CPO | Review and analysis of substantial contribution issues and response. | 1.40 | 975.00 | $1,365.00 |
| 01/06/2023 | JWL | CPO | Review and revise response to contribution motions (1.5) | 1.50 | 1095.00 | $1,642.50 |
| 01/06/2023 | AJK | CPO | Analysis of factual averments made in connection with motions for substantial contribution. | 6.20 | 1525.00 | $9,455.00 |
| 01/06/2023 | AJK | CPO | Work on preliminary statement of response to substantial contribution motions. | 2.80 | 1525.00 | $4,270.00 |
| 01/06/2023 | TCF | CPO | Drafting of responsive brief to substantial contribution motions. | 5.20 | 975.00 | $5,070.00 |
| 01/07/2023 | AJK | CPO | Further factual analysis re response to substantial contribution motions. | 2.20 | 1525.00 | $3,355.00 |
| 01/07/2023 | AJK | CPO | Continue work on draft response to substantial contribution motions. | 2.70 | 1525.00 | $4,117.50 |
| 01/07/2023 | TCF | CPO | Drafting of responsive brief to substantial contribution motions. | 4.80 | 975.00 | $4,680.00 |
| 01/07/2023 | TCF | CPO | Continued drafting of responsive brief to substantial contribution motions. | 2.40 | 975.00 | $2,340.00 |
| 01/08/2023 | AJK | CPO | Analyze factual averments re substantial contribution issues. | 1.40 | 1525.00 | $2,135.00 |
| 01/08/2023 | AJK | CPO | Work on response to substantial contribution motions. | 2.80 | 1525.00 | $4,270.00 |
| 01/08/2023 | TCF | CPO | Drafting of responsive brief to substantial contribution motions. | 2.80 | 975.00 | $2,730.00 |
| 01/08/2023 | TCF | CPO | Review and revise responsive brief to substantial contribution motions. | 1.60 | 975.00 | $1,560.00 |
| 01/09/2023 | KKY | CPO | File (.1), serve (.1), and prepare for filing and service (.2) 15th fee app of Pasich of 9/1/22 through 12/31/22 | 0.40 | 495.00 | $198.00 |
| 01/09/2023 | KKY | CPO | Draft (.1), file (.1), and prepare for filing (.1) certificate of service for 15th fee app of Pasich for 9/1/22 through 12/31/22 | 0.30 | 495.00 | $148.50 |
| 01/09/2023 | KKY | CPO | Review and revise fee chart | 0.20 | 495.00 | $99.00 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2023 | KKY | CPO | Prepare service list re response to substantial contribution motions | 0.60 | 495.00 | $297.00 |
| 01/09/2023 | AJK | CPO | Edit response to substantial contribution motions. | 1.50 | 1525.00 | $2,287.50 |
| 01/09/2023 | JWL | CPO | Review and revise final version of response to Coalition and Pfau/Zalkin contribution motions (.6) | 0.60 | 1095.00 | $657.00 |
| 01/09/2023 | TCF | CPO | Work on responsive brief to substantial contribution motions. | 0.40 | 975.00 | $390.00 |
| 01/10/2023 | JEO | CPO | Review and fianlize Monthly Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the period September 1, 2022 to December 31, 2022 and coordinate filing and service of same | 0.30 | 1145.00 | $343.50 |
| 01/10/2023 | AJK | CPO | Further edits to substantial contribution motion. | 1.40 | 1525.00 | $2,135.00 |
| 01/11/2023 | JEO | CPO | Review TCC's draft response re Substantial Contribution motions | 0.40 | 1145.00 | $458.00 |
| 01/11/2023 | DG | CPO | Review and provide final comments to response to substantial contribution applications | 0.70 | 1425.00 | $997.50 |
| 01/11/2023 | AJK | CPO | Revise responses to substantial contribution motions. | 2.80 | 1525.00 | $4,270.00 |
| 01/12/2023 | JEO | CPO | Review and finalize Response of the Official Committee of Tort Claimants to the Motions by the Coalition and Pfau/Zalkin for Payment of Restructuring Expenses | 0.90 | 1145.00 | $1,030.50 |
| 01/12/2023 | KKY | CPO | File (.1), serve (.1), and prepare for filing and service (.2) response to substantial contribution motions | 0.40 | 495.00 | $198.00 |
| 01/12/2023 | KKY | CPO | Draft (.1), file (.1), and prepare for filing (.1) certificate of service for response to substantial contribution motions | 0.30 | 495.00 | $148.50 |
| 01/12/2023 | KKY | CPO | Review and revise service list re response to substantial contribution motions | 0.30 | 495.00 | $148.50 |
| 01/12/2023 | AJK | CPO | Work on response to substantial contribution motions. | 4.20 | 1525.00 | $6,405.00 |
| 01/12/2023 | JWL | CPO | Call with T. Flanagan regarding response to Coalition and Pfau/Zalkin contribution motions (.8); | 0.80 | 1095.00 | $876.00 |
| 01/12/2023 | TCF | CPO | Work on responsive brief to substantial contribution motions. | 2.40 | 975.00 | $2,340.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    14

BSA - Committee

Invoice 131782

85353    -00002

January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2023 | TCF | CPO | Telephone conference with J. Lucas regarding responsive brief to substantial contribution motions. | 0.80 | 975.00 | $780.00 |
| 01/13/2023 | JEO | CPO | Review renotice of Motion of Pfau Cochran Vertetis Amala PLLC and the Zalkin Law Firm | 0.10 | 1145.00 | $114.50 |
| 01/23/2023 | KKY | CPO | Draft certification of no objection re 15th fee app of Pasich for 9/1/22-12/31/22 | 0.10 | 495.00 | $49.50 |
| 01/24/2023 | KKY | CPO | File (.1) and prepare for filing (.1) certification of no objection re 15th fee app of Pasich for 9/1/22-12/31/22 | 0.20 | 495.00 | $99.00 |
| 01/24/2023 | KKY | CPO | Email to James E. O'Neill re Pasich fees | 0.20 | 495.00 | $99.00 |
| 01/24/2023 | KKY | CPO | Review and revise fee chart | 0.10 | 495.00 | $49.50 |
| 01/24/2023 | JEO | CPO | Review status of Pasich fee application and sign off on Certificate of No Objection - No Order Required re Fifteenth Monthly (Combined) Application for Compensation and Reimbursement of Expenses of Pasich LLP, as Insurance Counsel for the Tort Claimants' Committee for the Period from September 1, 2022 through December 31, 2022 | 0.20 | 1145.00 | $229.00 |
| 01/25/2023 | KKY | CPO | File (.1), serve (.1), and prepare for filing and service (.5) 8th quarterly fee app of Pasich for 5/1/22-8/31/22 | 0.70 | 495.00 | $346.50 |
| 01/25/2023 | KKY | CPO | Draft (.1), file (.1), and prepare for filing (.1) certificate of service for 8th quarterly fee app of Pasich for 5/1/22-8/31/22 | 0.30 | 495.00 | $148.50 |
| 01/25/2023 | KKY | CPO | Review and revise fee chart | 0.10 | 495.00 | $49.50 |
| 01/25/2023 | JEO | CPO | Review quarterly application from Pasich and emails with staff regarding changes and preparation to file. | 0.40 | 1145.00 | $458.00 |
| 01/25/2023 | JEO | CPO | Email to A&M regarding Pasich's 15th monthly fee application | 0.10 | 1145.00 | $114.50 |
| 01/25/2023 | JEO | CPO | Initial review of Pasich fee application and instructions to staff | 0.20 | 1145.00 | $229.00 |
| 01/31/2023 | DG | CPO | Review UST objection to substantial contribution motions | 0.40 | 1425.00 | $570.00 |
| 01/31/2023 | MSP | CPO | Email exchange with John W. Lucas, et al. re: objection to contribution and reimbursement motions. | 0.10 | 1095.00 | $109.50 |
| 01/31/2023 | JIS | CPO | Review objection to substantial contribution motion by UST. | 0.60 | 1525.00 | $915.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    15

BSA - Committee

Invoice 131782

85353    -00002

January 31, 2023

|  |  |  |  | 89.60 |  | $111,479.00 |
|---|---|---|---|---|---|---|

## General Creditors Comm. [B150]

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/03/2023 | MSP | GC | Email exchange with Karina Yee re: upcoming deadlines. | 0.10 | 1095.00 | $109.50 |
| 01/04/2023 | JWL | GC | General update call with D. Kennedy (1.0); | 1.00 | 1095.00 | $1,095.00 |
| 01/05/2023 | MK | GC | Review BSA email from claimants' counsel and forward to J. Lucas for comments. | 0.10 | 395.00 | $39.50 |
| 01/05/2023 | MK | GC | Review and respond to JWL email regarding BSA survivor communications. | 0.10 | 395.00 | $39.50 |
| 01/06/2023 | MK | GC | Respond to survivor communications (review emails; research claim information; update tracking charts; prepare and send emails to R. Saunders | 1.80 | 395.00 | $711.00 |
| 01/06/2023 | JWL | GC | Respond to survivors regarding case status (1.1); | 1.10 | 1095.00 | $1,204.50 |
| 01/09/2023 | MK | GC | Respond to survivor  communications (Review emails in TCC questions; research claim information; update spreadsheets; preparation of emails to R. Saunders) | 0.60 | 395.00 | $237.00 |
| 01/09/2023 | MK | GC | Review and respond to R. Saunders email regarding BSA status call | 0.10 | 395.00 | $39.50 |
| 01/09/2023 | MK | GC | Respond to survivor communications (review messages in TCC questions; research claim information; update spreadsheets) | 0.70 | 395.00 | $276.50 |
| 01/09/2023 | JWL | GC | Call with survivor's counsel regarding case status (.6); | 0.60 | 1095.00 | $657.00 |
| 01/11/2023 | MK | GC | Respond to BSA emails from J. Lucas and R. Saunders research claim information; update spreadsheets; respond to emails | 0.20 | 395.00 | $79.00 |
| 01/11/2023 | MK | GC | Respond to survivor communications (review emails in TCC questions; research claim information; update spreadsheets; Preparation of emails to RMS/SWG) | 0.30 | 395.00 | $118.50 |
| 01/11/2023 | JWL | GC | Respond to survivor inquiries regarding case status (1.2); | 1.20 | 1095.00 | $1,314.00 |
| 01/12/2023 | MK | GC | Respond to survivor communications (review TCC questions emails; research claim information; update tracking charts) | 0.30 | 395.00 | $118.50 |
| 01/17/2023 | MK | GC | Review RMS email regarding BSA; Review BSA TCC questions inbox | 0.10 | 395.00 | $39.50 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    -00002

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/18/2023 | MK | GC | Respond to survivor communications (review emails in TCC questions; research claim information; update tracking charts; preparation of emails to RMS/SWG/JWL) | 1.40 | 395.00 | $553.00 |
| 01/18/2023 | MK | GC | Preparation of Attorney lists regarding BSA communications (.7); Preparation of email to BIA/RMS/SWG regarding same for confirmation (.1); update firm tracking list (.5) | 1.30 | 395.00 | $513.50 |
| 01/18/2023 | MK | GC | Review and respond to R. Saunders email regarding BSA attorney lists | 0.10 | 395.00 | $39.50 |
| 01/18/2023 | MSP | GC | Email exchange with James E. O'Neill, Debra I. Grassgreen, et al. re:  hearings on Cutler motions. | 0.10 | 1095.00 | $109.50 |
| 01/18/2023 | JWL | GC | Call from survivors' counsel regarding status of case (.5); | 0.50 | 1095.00 | $547.50 |
| 01/19/2023 | MK | GC | Respond to survivor communications; prepare and send emails regarding attorney lists (.8); update tracking chart (.3); mark emails completed (.2); Preparation of email to RMS/SWG regarding same (.1) | 1.40 | 395.00 | $553.00 |
| 01/19/2023 | MSP | GC | Review results of Cutler motion hearings (.3); email exchange with Richard M. Pachulski, Debra I. Grassgreen, James E. O'Neill, John W. Lucas, et al. re:  same (.10). | 0.40 | 1095.00 | $438.00 |
| 01/20/2023 | MK | GC | Respond to survivor communications; review emails (.1); forward attorney list to corrected email (.1); research claim information (.3); update tracking chart (.2); prepare email to RMS/SWG regarding same (.1) | 0.80 | 395.00 | $316.00 |
| 01/20/2023 | MK | GC | Email from R. Saunders regarding BSA communications | 0.10 | 395.00 | $39.50 |
| 01/20/2023 | MSP | GC | Email exchange with James E. O'Neill, et al. re: Cutler motion hearings. | 0.10 | 1095.00 | $109.50 |
| 01/20/2023 | MSP | GC | Email exchange with Karina Yee, et al. re: upcoming deadline and action items. | 0.10 | 1095.00 | $109.50 |
| 01/20/2023 | RMS | GC | Work on survivor communications | 0.20 | 1025.00 | $205.00 |
| 01/24/2023 | MK | GC | Review email from R. Saunders regarding BSA narratives | 0.10 | 395.00 | $39.50 |
| 01/24/2023 | MK | GC | Preparation of email to J. Lucas regarding BSA narratives | 0.10 | 395.00 | $39.50 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/24/2023 | JWL | GC | Response form communications for survivors and counsel (.9); | 0.90 | 1095.00 | $985.50 |
| 01/25/2023 | MK | GC | Review email from J. Lucas regarding BSA revised narrative | 0.10 | 395.00 | $39.50 |
| 01/25/2023 | JWL | GC | Respond to inquiry from counsel to stayed action regarding status of bankruptcy case (.5); | 0.50 | 1095.00 | $547.50 |
| 01/26/2023 | MK | GC | Review RMS emails regarding BSA communications (.1); respond to claimant (.1); update tracking information (.1); forward updated list to RMS for review and comment (.1) | 0.30 | 395.00 | $118.50 |
| 01/30/2023 | JWL | GC | Update call with D. Kennedy regarding case status (.4); | 0.40 | 1095.00 | $438.00 |
| 01/31/2023 | MK | GC | Respond to survivor communications (review emails BSA emails in TCC questions; research claim information; update spreadsheets; prepare emails to RMS/SWG regarding same) | 1.30 | 395.00 | $513.50 |
| 01/31/2023 | MK | GC | Respond to survivor communications (review emails regarding BSA in TCC questions; research claim information; update spreadsheets; Preparation of email to RMS/SWG regarding same) | 0.40 | 395.00 | $158.00 |
| | | | | **18.90** | | **$12,491.50** |

**Hearings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/19/2023 | JEO | H | Attend hearing on pro se claimants' motions. | 1.30 | 1145.00 | $1,488.50 |
| | | | | **1.30** | | **$1,488.50** |

**Plan & Disclosure Stmt. [B320]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/04/2023 | DG | PD | Review email and attachments from Ken Enos re: Trust document changes requested by FCR | 0.50 | 1425.00 | $712.50 |
| 01/05/2023 | DG | PD | Further review of comments to trust agreement from FCR  (.6) and emails to PSZJ team and KTBSlaw re: same (.1) | 0.70 | 1425.00 | $997.50 |
| 01/06/2023 | DG | PD | Email to and from D. Bussel re: FCR request to modify trust documents | 0.10 | 1425.00 | $142.50 |
| 01/10/2023 | JIS | PD | Call D. Kennedy regarding youth protection officer. | 0.20 | 1525.00 | $305.00 |
| 01/11/2023 | JIS | PD | Call J. Hunter regarding youth protection position. | 0.10 | 1525.00 | $152.50 |
| 01/12/2023 | JIS | PD | Call M. Hamilton regarding youth protection. | 0.40 | 1525.00 | $610.00 |

Pachulski Stang Ziehl & Jones LLP
BSA - Committee
85353    -00002

Page:    18
Invoice 131782
January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/20/2023 | JWL | PD | Call with Judge M. Hogan regarding BSA plan and TDP (.5); emails with P. Mones regarding service of local councils re plan and injunction (.6); | 1.10 | 1095.00 | $1,204.50 |
| 01/27/2023 | DG | PD | Review BSA draft notice re: claims administrator replacement | 0.10 | 1425.00 | $142.50 |
| | | | | 3.20 | | $4,267.00 |

## Plan Implementation [B320]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/01/2023 | RMP | PI | Review trust advance motion edits. | 0.20 | 1745.00 | $349.00 |
| 01/02/2023 | DG | PI | Call with future trustee, PSZJ team and Brown Rudnick re: plan implementation and funding | 1.20 | 1425.00 | $1,710.00 |
| 01/02/2023 | DG | PI | Revise Trust Funding Motion | 0.80 | 1425.00 | $1,140.00 |
| 01/02/2023 | DG | PI | Review and respond to emails from B. Houser re: Trust Budget and related matters (.2); review markup of trust funding motion from Judge Houser (.4) ; email from D. Molten re: same (.1); emails to and from R. Pachulski re: same (.1); review further markup and provide comments (.7) | 1.50 | 1425.00 | $2,137.50 |
| 01/02/2023 | RMP | PI | Review and respond to e-mails re advance motion and budget and changes thereto. | 0.60 | 1745.00 | $1,047.00 |
| 01/02/2023 | RMP | PI | Attend conference call with Coalition, B. Houser, and PSZJ re advance motion. | 1.20 | 1745.00 | $2,094.00 |
| 01/02/2023 | JWL | PI | Call with Coalition, B. Houser, PSZJ regarding trust implementation issues (1.1); | 1.10 | 1095.00 | $1,204.50 |
| 01/03/2023 | DG | PI | Review further revised draft of funding motion and attached budget (.4); provide comments to B. Kelly re: same (.2) | 0.60 | 1425.00 | $855.00 |
| 01/03/2023 | RMP | PI | Review revised draft of advance funding motion and comment re same. | 0.40 | 1745.00 | $698.00 |
| 01/04/2023 | DG | PI | Review and provide comments on advance funding motion | 0.70 | 1425.00 | $997.50 |
| 01/04/2023 | RMP | PI | Review revised advance funding motion and respond to questions therein. | 0.40 | 1745.00 | $698.00 |
| 01/04/2023 | RMP | PI | Review trust agreement as it related to FCR's request for additions. | 0.40 | 1745.00 | $698.00 |
| 01/05/2023 | DG | PI | Review and comment on advance funding motion (.9); email comments to Proposed Trustee and | 1.10 | 1425.00 | $1,567.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    19

BSA - Committee

Invoice 131782

85353    -00002

January 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | coalition counsel re: same (.2) |  |  |  |
| 01/05/2023 | DG | PI | Email from B. Kelly re: Advance Funding Motion questions (.1); email to R. Pachulski and J. Lucas re: same (.1); review response from J. Lucas and email to B. Kelly re: same (.1) | 0.30 | 1425.00 | $427.50 |
| 01/05/2023 | RMP | PI | Review and respond to e-mails re advance funding motion. | 0.30 | 1745.00 | $523.50 |
| 01/05/2023 | RMP | PI | Review revised set of advance motion pleadings. | 0.30 | 1745.00 | $523.50 |
| 01/06/2023 | DG | PI | Final review of advance funding motion (.3); provide further comments to B. Kelly (.1); email from B. Kelly re: questions about final language changes (.1); correspondence with Dan Bussel re: funding motion (.1) | 0.60 | 1425.00 | $855.00 |
| 01/09/2023 | DG | PI | Call with Dan Bussel re: sex abuse consultant for trust review (.3); emails to and from J. Lucas re: same (.1) | 0.40 | 1425.00 | $570.00 |
| 01/11/2023 | DG | PI | Call with Dan Bussel re: sex abuse expert; advanced funding and related matters (3); email with R. Pachulski re: same (.2) | 0.50 | 1425.00 | $712.50 |
| 01/17/2023 | DG | PI | Conference call with BSA representatives, Judge Houser, Coalition representatives and R. Pachulski re: trust funding | 1.10 | 1425.00 | $1,567.50 |
| 01/22/2023 | RMP | PI | Telephone conference with Molton re conference with MA. | 0.20 | 1745.00 | $349.00 |
| 01/23/2023 | DG | PI | Confer with Barbara Kelly re: tax issues on trust and summary of call with BSA re: same | 0.30 | 1425.00 | $427.50 |
| 01/28/2023 | AJK | PI | Call with Brown Rudnick and PSZJ re trust issues. | 0.70 | 1525.00 | $1,067.50 |
| 01/28/2023 | DG | PI | Call with Brown Rudnick team and PSZJ team re: update on advance funding discussions and revision to motion | 0.70 | 1425.00 | $997.50 |
| 01/29/2023 | DG | PI | Review Confirmation Order and other authorities in support of advance funding motion (.9); review and revise advance funding motion (1.3); email to survivor representatives re: structural issues on advance funding motion (.1); review and comment on revisions to Roth Notice and Letter (.1) | 2.40 | 1425.00 | $3,420.00 |
| 01/30/2023 | DG | PI | Work on alternative version of Advance Funding Motion (1.6); emails with J. Houser re: same (.1) | 1.70 | 1425.00 | $2,422.50 |
| 01/30/2023 | DG | PI | Review extensive markup from BSA and attached | 1.70 | 1425.00 | $2,422.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    20

BSA - Committee

Invoice 131782

85353    -00002

January 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | response to Trust Funding Motion (1); provide initial comments on same (.5); emails with B. Kelly regarding issues on markup (.2) | | | |
| 01/31/2023 | DG | PI | Review and respond to email from L. Baccash re: Roth letter comments | 0.10 | 1425.00 | $142.50 |
| 01/31/2023 | DG | PI | Review email and comments to Trust funding motion from BSA counsel (.8); review B. Kelly comments (.3); compile and provide PSZJ comments (.3); call with R. Pachulski re: next steps and strategy re: Trust funding (.4); review comments from Judge Houser to alternative trust funding motion (.3); review and respond to email from T. Patterson re: BSA comments to trust funding motion (.1); email with J. Lucas re: trust funding alternative (.2); review pleading provided by J. Lucas re: trust funding alternative (.2); and email with R. Pachulski re: same (.3) | 2.90 | 1425.00 | $4,132.50 |
| | | | | 24.40 | | $35,757.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$411,638.50**

Pachulski Stang Ziehl & Jones LLP                          Page:    21
BSA - Committee                                           Invoice 131782
85353    -00002                                          January 31, 2023

---

### **Expenses**

| | | | |
|---|---|---|---|
| 01/02/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 01/02/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 01/02/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 01/02/2023 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 01/02/2023 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 01/03/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    -00002

| | | | |
|---|---|---|---|
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2023 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 01/04/2023 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 01/06/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/06/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/06/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/06/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 01/06/2023 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 01/09/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/09/2023 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 01/09/2023 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 01/09/2023 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 01/10/2023 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 01/11/2023 | LN | 85353.00002 Lexis Charges for 01-11-23 | 12.99 |
| 01/11/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/11/2023 | RE2 | SCAN/COPY ( 102 @0.10 PER PG) | 10.20 |
| 01/11/2023 | RE2 | SCAN/COPY ( 290 @0.10 PER PG) | 29.00 |
| 01/11/2023 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 01/11/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/11/2023 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 01/12/2023 | PO | 85353.00002 :Postage Charges for 01-12-23 | 15.80 |
| 01/12/2023 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 01/12/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/12/2023 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 01/12/2023 | RE2 | SCAN/COPY ( 88 @0.10 PER PG) | 8.80 |
| 01/12/2023 | RE2 | SCAN/COPY ( 144 @0.10 PER PG) | 14.40 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    -00002

| | | | |
|---|---|---|---:|
| 01/12/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/12/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/12/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/12/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/13/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/13/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/13/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/13/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 01/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/13/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/17/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/17/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/17/2023 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 01/17/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/17/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 01/17/2023 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 01/17/2023 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 01/17/2023 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 01/17/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/17/2023 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 01/17/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 01/17/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 01/17/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/17/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 01/17/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 01/17/2023 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 01/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/17/2023 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 01/17/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/17/2023 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    24

BSA - Committee

Invoice 131782

85353    -00002

January 31, 2023

| 01/17/2023 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
|---|---|---|---|
| 01/17/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 01/17/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/17/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 01/17/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/17/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/17/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/17/2023 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 01/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/17/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/17/2023 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 01/17/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 01/17/2023 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 01/17/2023 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 01/17/2023 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 01/17/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 01/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/18/2023 | AF | Air Fare [E110] American Airlines, tkt.#00178797166962, From LAX/PHL/LAX, AJK | 1,150.00 |
| 01/19/2023 | DC | 85353.00002 Advita Charges for 01-19-23 | 27.50 |
| 01/19/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/19/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/19/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/19/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/19/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/19/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/19/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/19/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/19/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/19/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/19/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/19/2023 | TE | Travel Expense [E110] Airflight Insurance, AJK | 14.99 |

Pachulski Stang Ziehl & Jones LLP

Page:    25

BSA - Committee

Invoice 131782

85353    -00002

January 31, 2023

| | | | |
|---|---|---|---|
| 01/20/2023 | AF | Air Fare [E110] Unite Airlines, Tkt.#01624603384596, From SFO to DEN to PHL to IAH to SFO, JWL | 1,150.00 |
| 01/20/2023 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 01/20/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/24/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/24/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/25/2023 | LN | 85353.00002 Lexis Charges for 01-25-23 | 10.09 |
| 01/25/2023 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 01/25/2023 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 01/25/2023 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | 6.90 |
| 01/25/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/25/2023 | RE2 | SCAN/COPY ( 206 @0.10 PER PG) | 20.60 |
| 01/25/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/25/2023 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 01/25/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/25/2023 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | 6.90 |
| 01/25/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/25/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/25/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/25/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/25/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/25/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/25/2023 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 01/25/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/25/2023 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 01/26/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 01/26/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 01/26/2023 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 01/27/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/27/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/27/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/27/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 01/27/2023 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 01/27/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Page:    26

BSA - Committee

Invoice 131782

85353    -00002

January 31, 2023

| 01/27/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
|---|---|---|---|
| 01/27/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/27/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/27/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/30/2023 | LN | 85353.00002 Lexis Charges for 01-30-23 | 10.09 |
| 01/30/2023 | RE2 | SCAN/COPY ( 78 @0.10 PER PG) | 7.80 |
| 01/30/2023 | RE2 | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 01/30/2023 | RE2 | SCAN/COPY ( 290 @0.10 PER PG) | 29.00 |
| 01/30/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/30/2023 | RE2 | SCAN/COPY ( 82 @0.10 PER PG) | 8.20 |
| 01/30/2023 | RE2 | SCAN/COPY ( 127 @0.10 PER PG) | 12.70 |
| 01/31/2023 | OS | Everlaw, Inv. 73706, BSA Local Councils database for the month of January 2023 | 3,030.00 |
| 01/31/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/31/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 01/31/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 01/31/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/31/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/31/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/31/2023 | PAC | Pacer - Court Research | 469.70 |

**Total Expenses for this Matter**                    **$6,225.16**

Pachulski Stang Ziehl & Jones LLP
BSA - Committee
85353    -00002

Page:    27
Invoice 131782
January 31, 2023

### REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    **01/31/2023**

| | |
|---|---|
| **Total Fees** | **$411,638.50** |
| **Total Expenses** | **6,225.16** |
| **Total Due on Current Invoice** | **$417,863.66** |

**Outstanding Balance from prior invoices as of**    **01/31/2023**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124829 | 03/31/2020 | $776,257.50 | $6,064.88 | $77,225.75 |
| 124887 | 04/30/2020 | $644,670.50 | $3,045.94 | $64,467.05 |
| 125106 | 06/12/2020 | $659,618.50 | $3,681.07 | $86,211.20 |
| 125539 | 06/30/2020 | $475,879.50 | $5,651.98 | $47,587.95 |
| 125735 | 07/31/2020 | $678,423.50 | $6,612.09 | $67,942.35 |
| 125834 | 08/31/2020 | $658,721.00 | $31,478.15 | $132,144.20 |
| 126305 | 09/30/2020 | $588,902.00 | $15,777.88 | $117,780.40 |
| 126536 | 10/31/2020 | $666,283.50 | $19,826.31 | $133,256.70 |
| 126917 | 11/30/2020 | $504,479.00 | $11,755.14 | $100,895.80 |
| 127218 | 12/31/2020 | $837,406.00 | $12,415.20 | $167,481.20 |
| 127391 | 01/31/2021 | $901,667.00 | $19,291.93 | $180,333.40 |
| 127727 | 02/28/2021 | $763,250.00 | $9,386.00 | $152,647.30 |
| 127893 | 03/31/2021 | $1,125,268.50 | $27,728.90 | $224,942.70 |
| 128145 | 04/30/2021 | $1,193,655.50 | $18,802.13 | $238,721.60 |
| 128328 | 05/31/2021 | $1,517,191.50 | $47,494.45 | $303,438.30 |
| 128709 | 06/30/2021 | $1,623,890.75 | $16,089.84 | $324,778.15 |
| 128750 | 07/31/2021 | $784,586.00 | $25,808.76 | $156,917.20 |
| 128963 | 08/30/2021 | $863,107.25 | $24,494.57 | $172,621.45 |

Pachulski Stang Ziehl & Jones LLP
BSA - Committee
85353    -00002

Page:    28
Invoice 131782
January 31, 2023

| 129089 | 09/30/2021 | $1,347,686.00 | $31,703.72 | $269,537.20 |
| 129229 | 10/31/2021 | $1,927,818.75 | $35,083.66 | $1,650,085.44 |
| 129778 | 11/30/2021 | $2,834,590.00 | $75,875.16 | $801,254.30 |
| 129960 | 12/31/2021 | $3,471,583.25 | $110,984.73 | $983,141.78 |
| 130198 | 01/31/2022 | $3,328,042.75 | $135,647.33 | $945,416.70 |
| 130297 | 02/28/2022 | $2,515,468.50 | $74,618.51 | $711,793.03 |
| 130345 | 03/31/2022 | $2,359,943.50 | $137,781.85 | $674,562.37 |
| 130559 | 04/30/2022 | $1,213,670.50 | $74,918.10 | $347,319.55 |
| 130630 | 05/31/2022 | $170,855.00 | $14,364.76 | $49,275.88 |
| 130715 | 06/30/2022 | $150,519.00 | $33,632.40 | $45,508.56 |
| 130862 | 07/31/2022 | $209,890.00 | $52,336.93 | $63,579.61 |
| 130924 | 08/31/2022 | $837,977.00 | $24,429.05 | $237,076.47 |
| 131046 | 09/30/2022 | $372,172.00 | $28,275.53 | $107,035.71 |
| 131233 | 10/31/2022 | $107,748.50 | $25,613.08 | $32,730.89 |
| 131440 | 11/30/2022 | $746,601.50 | $7,648.90 | $209,813.31 |
| 131641 | 12/31/2022 | $535,802.00 | $5,815.07 | $541,617.07 |

**Total Amount Due on Current and Prior Invoices:**          **$10,837,004.23**