

SUB. LETTER OF INQUIRY

DEAR HONORABLE LAURI SILVERSTIEN,

ALTHOUGH IN THE PAST YOU HAVEN'T WRITTEN OR RESPONDED TO MY PRIOR LETTER(S) WRITTEN TO YOUR COURT AND/OR CHAMBERS.. BUT IN THIS INSTANCE, AS WITH THE LAST IT DOES BARE ON ONES PATIENCE.

HOWEVER, TRYING TO GET A REPLY FROM MR. ANDREW VAN ARSDALE IS IMPOSSIBLE, AND I WOULD LIKE SOMEONE TO ANSWR MY QUESTIONS.

THE LAST TIME THAT I HEARD FROM HIM OR ANYONE FROM HIS STAFF WAS ON AUGUST 2nd, IN WHICH HE STATES THAT WHILE YOU PERSONALLY HAVE COMPLETED YOUR FINAL POSITION ON THE BOY SCOUTS MATTER, THAT YOU TURNED THE MATTER OVER TO A JUDGE HAUSE OF WHOM I CANNOT LOCATE. IN ANY EVENT, ACCORDING TO MR. VAN ASRDALE THIS JUDGE HAUSER WAS ASSIGNED TO REVIEW THE DEGREE OF ABUSE EACH PERSON SUFFERED AS A VICTIM OF HIS/HER ABUSER.

CURRENTLY MR. VAN ARSDALE IS APPARENTLY INTO CHASING THE 10 BILLION AWARDED TO THE VICTIMS OF CAMP LE JUENE, in jackson, N.C., AND DOESN'T HAVE TIME FOR HISPREVIOUS CLIENTS.

COULD YOU PLEAE GIVE ME SOME LENGTH OF TIME BEFORE JUDGE HAUSER WILL IN FACT CONCLUDE ?

THANK YOU FOR ALL TIME AND CONSIDERATION IN THIS MATTER.

RESPECTFULLY & SINCERELY,

FEBRUARY 20th, 2023.

F.M.S. X-RAY




LEGAL MAIL

U.S. DIST. COURT
FOR THE DISTRICT OF DELWARE
ATTN. HON. LAURI SILVERSTIEN
824 N. KING STREET
BANKRUPTCY COURT
WILMINGTON, DELAWARE

19801



