# Exhibit B

**Proposed Budget**

**February 28, 2023**

**BSA SETTLEMENT TRUST PROPOSED BUDGET**
**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**Overview**: This proposed Settlement Trust budget (the "Proposed Budget") was developed by the following participants: the Debtors, the Honorable Barbara J. Houser (Ret.) in her capacity as future trustee (the "Future Trustee") of the Settlement Trust, counsel for the Coalition of Abused Scouts for Justice, and counsel for the Tort Claimants' Committee. This Proposed Budget is composed of items necessary for the Future Trustee to undertake the review of documents that will be required to be executed on the Effective Date, conduct diligence for the establishment of bank accounts and other related support that will be necessary to receive contributions on the Effective Date, prepare to take over the necessary record-keeping related to Abuse Claims and communications with holders of Abuse Claims from the Debtors on the Effective Date, as well as planning related to the start-up of the Settlement Trust (i.e. commence Settlement Trust administration to begin the processing, liquidation and payment of all compensable Abuse Claims).[1, 2] Cost estimations herein are based on information gathered from outside sources and/or based on recent experiences in comparable matters. The allocation of funds to the various line items herein is approximate, and a reallocation of funds may be necessary to accomplish the preparatory tasks summarized herein.

The Future Trustee will file an accounting with the Court with respect to the Advance Funding Amount on a monthly basis within 30 days after month-end.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [D.I. 10296] (the "Plan").

[2] All of the Debtors' Advance Funding Amount not expended prior to the Effective Date will be returned to the Debtors. All of the PSZJ Advance Funding Amount not expended prior to the Effective Date will roll over to the Settlement Trust.

| **Future Trustee Compensation** | **Advanced Budget** |
|---|---|
| The Future Trustee will review documents required for the occurrence of the Effective Date and other necessary preparatory work in connection therewith, including identifying and retaining a Delaware entity to serve as the Delaware trustee for the Settlement Trust, establishing one or more bank accounts, assuming responsibility for records related to Abuse Claims and communications with abuse survivors, designing procedures to identify fraudulent claims, and attending to key matters that will allow the Settlement Trust to receive assets and assume responsibility for the Abuse Claims, associated records, and communications with the holders of Abuse Claims on the Effective Date and to begin the effective and efficient administration of the Settlement Trust immediately thereafter. The Future Trustee will be engaged in the process of interviewing and retaining post-Effective Date professionals, which may include a financial advisor, independent auditors, counsel, tax return preparation professionals, and obtaining post-Effective Date liability insurance for the Settlement Trust and the Trustee. The Future Trustee will also be engaged in claims processing preparatory work with the Future Claims Administrators and one or more third-party vendors. Compensation for the Future Trustee for the start-up period is at $1,850 per hour (standard 2023 billing rate for matters such as this), projected to be $600,000. The Future Trustee will also be compensated for her services following the entry of the Confirmation Order and prior to the entry of the Proposed Order at her standard billing rates during the relevant time period ($1,650 per hour which is her standard 2022 billing rate for matters such as this, and $1,850 per hour which is her standard 2023 billing rate for matters such as this). Judge Houser provided 35 hours of service after the date of the Confirmation Order through December 31, 2022, for which she will be compensated at her standard 2022 billing rate of $1,650 per hour or an aggregate of $57,750; Judge Houser has provided or expects to provide not more than 35 hours of service from January 1, 2023 through the date of this Court's Order, for which she will be compensated at her standard 2023 billing rate of $1,850 per hour or not more than $64,750. | $ 657,750 |

| **Insurance for the Pre-Effective Date Period** | |
|---|---|
| The Future Trustee has obtained a quote from a reputable insurer with substantial experience in the settlement trust area for insurance for the Future Trustee, the Future Claims Administrators and the future Executive Director, which may be extended to the extent necessary. | $ 85,000 |

| | |
|---|---|
| **Future Claims Administrators' Compensation** | |
| The Future Claims Administrators (there will be two) will be working with one or more third-party vendors to design the infrastructure for the efficient intake of claims form data and new data so that the Settlement Trust is ready to begin the effective and efficient administration of claims after the Effective Date. They will also work with the Debtors and the claims and noticing agent to establish a process to take possession of claims records on the Effective Date and to transfer management of claims and case inquires | |
| The future Claims Administrators will start to identify third-party services to build and test the Settlement Trust website and claims portal (through which claimants and their counsel will submit claims forms) as well as work to establish an initial website that can be used for communications on the Effective Date. | |
| Compensation for the Future Claims Administrator Judge Reagan (Ret.) for the start-up period is $1,250 per hour. Compensation for the Future Claims Administrator Ms. Roth for the start-up period is $1,000 per hour. | $ 800,000 |

| | |
|---|---|
| **Retain Accounting Firm** | |
| An accounting firm will be retained to provide certain bookkeeping, accounting, and tax and financial reporting obligations with respect to the funds advanced pursuant to this Proposed Budget at an approximate cost of $5,000 per month. | $ 20,000 |

| | |
|---|---|
| **Other Third Party Planning Costs** | |
| While it is expected that many key professionals will provide services to the Settlement Trust deferring payment until after the Effective Date, it is expected that the Future Trustee and Future Claims Administrators will need to pay for certain third party providers to accomplish the preparatory tasks noted above. | |
| Specifically, $2,000,000 of these costs include the services of claims processing third-party vendor(s) to design the infrastructure for the efficient intake of claims form data and new data, and to build and test the Trust website and portal (through which claimants and their counsel will be able to submit claims forms). | |
| $200,000 of these costs also include the services of a consultant to advise the Future Trustee and the Future Claims Administrators on matters important to the understanding and analysis of sexual abuse matters. | $ 2,200,000 |

| | |
|---|---|
| **Future Executive Director** | |
| The future Executive Director will support the Future Trustee and the Future Claims Administrators so as to achieve efficient and effective administration of the Settlement Trust as of the Effective Date. The future Executive Director will assist in the interviewing of future service providers to the Settlement Trust and will advise on the build-out of the claims intake infrastructure as well as the other preparatory tasks required for the Effective Date, including establishing bank accounts and the process to accept Settlement Trust contributions on and after the Effective Date. | $ 150,000 |
| **Total Projected Fees and Expenses for Settlement Trust Administration Start-Up** | **$ 3,912,750** |