**Exhibit D**

**Houser Declaration**

| In re: | Chapter 11 |
|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF THE HON. BARBARA J. HOUSER (RET.) IN SUPPORT OF THE JOINT MOTION OF THE DEBTORS, OFFICIAL COMMITTEE OF TORT CLAIMANTS, FUTURE CLAIMANTS' REPRESENTATIVE, AND COALITION OF ABUSED SCOUTS FOR JUSTICE, PURSUANT TO 11 U.S.C. §§ 105(A) AND 363(B), FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO ADVANCE FUNDING TO FACILITATE THE ESTABLISHMENT OF THE SETTLEMENT TRUST, (II) AUTHORIZING THE PSZJ FIRM TO ADVANCE FUNDING UNDER THE PSZJ CONTRIBUTION TO FACILITATE THE ESTABLISHMENT OF THE SETTLEMENT TRUST, (III) AUTHORIZING THE FUTURE SETTLEMENT TRUSTEE AND CLAIMS ADMINISTRATORS TO BEGIN PREPARATORY WORK, AND (IV) GRANTING RELATED RELIEF**

Pursuant to section 1746 of title 28 of the United States Code, I, Barbara J. Houser, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

1. I am over twenty-one (21) years of age and fully competent to make this declaration (this "Declaration") in support of the *Joint Motion of the Debtors, Official Committee of Tort Claimants, Future Claimants' Representative, and Coalition of Abuse Scouts for Justice, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, for Entry of an Order (I) Authorizing the Debtors to Advance Funding to Facilitate the Establishment of the Settlement Trust, (II) Authorizing the Future Settlement Trustee and Claims Administrators to Begin Preparatory*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Work, and (III) Granting Related Relief* (the "Motion"),[2] which is filed concurrently herewith.

2.     I am an attorney at law licensed to practice law in the state of Texas. I am in good standing and am the proposed Settlement Trustee (the "Future Trustee") for the Settlement Trust to be established upon the Effective Date of the Debtors' Plan.  I am duly authorized to make this Declaration. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would competently testify thereto.

3.     I submit this Declaration in support of the Motion of the Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), jointly with the Official Committee of Tort Claimants (the "TCC"), Future Claimants' Representative (the "FCR"), and Coalition of Abused Scouts for Justice (the "Coalition" and, together with the Debtors, TCC and FCR, the "Movants") for the entry of an order, pursuant to 11 U.S.C. §§ 105(a) and 363(b), (i) authorizing the Debtors to fund the Debtors' Advance Funding Amount in accordance with the Proposed Budget set forth on **Exhibit B** to the Motion, (ii) authorizing the PSZJ Firm to fund the PSZJ Advance Funding Amount in accordance with the Proposed Budget set forth on **Exhibit B** to the Motion, (iii) authorizing me, Barbara J. Houser, the Future Trustee, and the Future Claims Administrators to begin preparatory work with respect to the Effective Date of the Plan and establishment of the Settlement Trust, including incurring and satisfying expenses from the Advance Funding Amount in accordance with the Proposed Budget, and (iv) granting related relief.

4.     The Confirmation Order provides that the Settlement Trust will be established to (i) assume all liability for Abuse Claims on the Effective Date, (ii) administer the Abuse Claims,

---

2    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion or the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [D.I. 10296] (the "Plan"), as applicable.

and (iii) make distributions to holders of compensable Abuse Claims, in each case in accordance with the Trust Distribution Procedures and the Settlement Trust Agreement.

5.      Survivors have been waiting many years for compensation.  I understand that some have been waiting for decades and many are in urgent need.  I believe that the relief requested in the Motion will (i) expedite the process of establishing the Settlement Trust following the Effective Date of the Plan, and (ii) allow work to be undertaken now which should facilitate distributions being made to abuse survivors more expeditiously following the Effective Date, with limited cost and risk to the Debtors' estates.

6.      The magnitude and complexity of the preparatory work to be done favors granting this relief.  As set forth more fully in the Motion and the Proposed Budget, this preparatory work includes (i) reviewing documents to be executed on the Effective Date, (ii) diligence items such as identifying appropriate financial institution(s) at which bank accounts can be opened on the Effective Date and identifying and retaining a Delaware trustee for the Settlement Trust, both of which are necessary so that the Settlement Trust may receive contributions on the Effective Date, (iii) preparing to take over the necessary record-keeping related to Abuse Claims and communications with the holders of Abuse Claims from the Debtors on the Effective Date, and (iv) planning for the start-up of the Settlement Trust on the Effective Date, including the design and establishment of a Settlement Trust website and claims portal, the design of procedures to identify fraudulent claims, and the engagement of other professionals such as a claims processor and other key advisors for the Settlement Trust.

7.      There is a great deal of preparatory work to be done in order to begin compensating abuse survivors.  The completion of the tasks covered by the Proposed Budget will facilitate (i) the occurrence of the Effective Date (once the various conditions to the Effective Date are satisfied), and (ii) the handover of assets and duties of the Debtors, which will benefit the holders of Abuse

Claims. In addition, the commencement of this work prior to consummation of the Plan will help expedite the evaluation and processing of Abuse Claims after the Effective Date, both of which must be completed before distributions from the Settlement Trust can begin. Allowing this preparatory work to be done will ensure that the Effective Date occurs as swiftly as possible and that funds are able to be distributed to abuse survivors more expeditiously following the Effective Date.

8.      I have reviewed the Proposed Budget and believe the tasks outlined therein are necessary and appropriate. The Proposed Budget was carefully developed with my input and the amount requested is *de minimis* in relation to the total expenses of these cases. The cost estimations included in the Proposed Budget are based on information gathered from outside sources and discussions with the Movants, and/or are based on comparable matters. Further, the Proposed Budget is the result of extensive good faith, arm's-length discussions among the Movants and the Future Trustee. The tasks covered by the Proposed Budget will facilitate (i) the occurrence of the Effective Date, once the various conditions to the Effective Date are satisfied, and (ii) the handover of assets and duties of the Debtors to the Settlement Trust, which will benefit both the holders of Abuse Claims and the Reorganized BSA. In addition, the commencement of this work prior to consummation of the Plan will help expedite the evaluation and processing of Abuse Claims after the Effective Date, both of which must be completed before distributions from the Settlement Trust can begin.

9.      Accordingly, for the reasons set forth herein, I believe that providing the Advance Funding as set forth in the Proposed Budget will benefit abuse survivors, facilitate the Debtors' objective of providing an equitable, streamlined, and certain process by which abuse survivors may obtain compensation for abuse, and ensure that all tasks necessary for the occurrence of the Effective Date of the Plan are accomplished.

Dated:  February 28, 2023
     Houston, Texas                    */s/ Barbara J. Houser*
                                        _____
                                        The Hon. Barbara J. Houser (Ret.)
                                        Settlement Trustee