# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA and
DELAWARE BSA, LLC, *et al.*[1],

Chapter 11

Case No. 20-10343 (LSS)

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Erin R. Fay is hereby withdrawn as counsel to Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company (the "Hartford") in the above-captioned cases, and should be removed from all notice and service lists in these cases.

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to Erin R. Fay and does not impact the representation of the Hartford by other Bayard, P.A. attorneys in the above-captioned matter.

Dated: March 2, 2023
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Daniel N. Brogan*
Daniel N. Brogan (No. 5723)
Gregory J. Flasser (No. 6154)
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: dbrogan@bayardlaw.com
       gflasser@bayardlaw.com

*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.