## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br>              Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST TO BE REMOVED FROM SERVICE LISTS

PLEASE TAKE NOTICE that Daniel K. Astin, Walter W. Gouldsbury III, Albert A. Ciardi III, and Ciardi Ciardi & Astin hereby withdraw their appearance as counsel for the parties listed on **Exhibit A** attached hereto in the above-captioned case(s).

PLEASE TAKE FURTHER NOTICE that Daniel K. Astin, Walter W. Gouldsbury III, Albert A. Ciardi III, and Ciardi Ciardi & Astin hereby request they be removed as counsel for the parties listed on **Exhibit A** attached hereto from all mailing and electronic case filing notice lists in the above-captioned case(s).

Dated: March 8, 2023
Wilmington, Delawar

CIARDI CIARDI & ASTIN

*/s/ Daniel K. Astin*
Daniel K. Astin (No. 4068)
1204 N. King Street
Wilmington, Delaware 19801
Tel: 302-384-9541
Email: dastin@ciardilaw.com

-and-

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Albert A. Ciardi III, Esquire
Walter W. Gouldsbury III, Esquire
(*Admitted pro hac vice*)
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

## Exhibit A

**(Client List)**

**SCHEDULE A**

**CLAIMANTS REPRESENTED BY MERSON LAW, PLLC**

| | | | |
|---|---|---|---|
| 1605 | 19204 | 30661 | 40961 |
| 2036 | 19636 | 31258 | 40965 |
| 2209 | 19686 | 31288 | 40967 |
| 2259 | 20526 | 31562 | 40993 |
| 2815 | 21901 | 31643 | 41205 |
| 3301 | 22809 | 32236 | 41692 |
| 3352 | 22894 | 32347 | 41925 |
| 4408 | 23423 | 33249 | 42309 |
| 7617 | 23765 | 33574 | 42489 |
| 9368 | 24098 | 33629 | 42720 |
| 10489 | 24175 | 35057 | 42722 |
| 10735 | 24297 | 35069 | 42793 |
| 13907 | 24410 | 35104 | 42880 |
| 15018 | 24868 | 35475 | 43280 |
| 15181 | 24869 | 35549 | 43308 |
| 15186 | 24983 | 36436 | 43463 |
| 15190 | 25001 | 36570 | 43577 |
| 15196 | 25003 | 36571 | 43755 |
| 15209 | 25574 | 36733 | 44292 |
| 15374 | 25723 | 37081 | 45419 |
| 15378 | 25786 | 37530 | 45615 |
| 15380 | 26250 | 37582 | 46072 |
| 15388 | 26320 | 37630 | 46379 |
| 15390 | 27065 | 37716 | 46458 |
| 15391 | 27070 | 37822 | 48016 |
| 15424 | 27722 | 38584 | 48023 |
| 15435 | 27726 | 38587 | 48149 |
| 15535 | 28194 | 38601 | 48190 |
| 15547 | 28209 | 38829 | 48205 |
| 15850 | 28644 | 39298 | 48521 |
| 15851 | 28646 | 39318 | 48843 |
| 16069 | 29490 | 40006 | 48984 |
| 16225 | 29515 | 40046 | 48985 |
| 16545 | 30654 | 40097 | 49671 |
| 16546 | 30657 | 40588 | 49681 |
| 19015 | 30658 | 40846 | 49684 |

| | | | |
|---|---|---|---|
| 49710 | 53718 | 61384 | 66201 |
| 49825 | 53722 | 61402 | 66276 |
| 49836 | 53741 | 61404 | 67787 |
| 49984 | 53751 | 61409 | 68619 |
| 50022 | 53757 | 61416 | 68632 |
| 50890 | 53764 | 61422 | 69172 |
| 50907 | 53766 | 61451 | 69609 |
| 51311 | 53777 | 61472 | 70125 |
| 51328 | 53790 | 61479 | 70314 |
| 51328 | 53799 | 61485 | 70425 |
| 51711 | 53801 | 61493 | 71265 |
| 51711 | 53803 | 61496 | 71675 |
| 51714 | 53808 | 61504 | 71680 |
| 52564 | 53860 | 61544 | 71683 |
| 52825 | 54043 | 61612 | 71688 |
| 52835 | 54368 | 61667 | 71691 |
| 52877 | 54371 | 61915 | 71694 |
| 53112 | 54540 | 62328 | 71698 |
| 53160 | 54559 | 62492 | 71703 |
| 53165 | 54729 | 62565 | 71708 |
| 53215 | 56052 | 62646 | 71711 |
| 53521 | 56077 | 62652 | 71722 |
| 53552 | 56629 | 62671 | 71740 |
| 53555 | 57280 | 62685 | 72435 |
| 53586 | 57691 | 62685 | 72496 |
| 53589 | 57702 | 63479 | 73271 |
| 53593 | 57706 | 63487 | 73306 |
| 53602 | 57709 | 63509 | 73365 |
| 53605 | 57711 | 63536 | 73454 |
| 53630 | 57713 | 63666 | 73920 |
| 53646 | 57728 | 63703 | 75090 |
| 53653 | 57737 | 65137 | 75322 |
| 53655 | 57799 | 65243 | 76629 |
| 53687 | 57805 | 65509 | 77171 |
| 53689 | 58045 | 65525 | 77190 |
| 53697 | 58081 | 66174 | 77229 |
| 53698 | 58800 | 66190 | 78410 |
| 53705 | 59521 | 66191 | 79964 |
| 53708 | 60490 | 66197 | 81377 |
| 53714 | 61369 | 66199 | 81595 |

| |
|---|
| 83276 |
| 83775 |
| 83969 |
| 89423 |
| 89874 |
| 90238 |
| 91376 |
| 91890 |
| 93177 |
| 97267 |
| 626891 |
| 17422/98701* |
| 24989/97528* |
| 41731/100686* |
| 53732/93832* |
| 58114/100832* |
| 66836/71700* |
| 71840/102199* |
| 73772/97402* |
| 80205/101873* |
| 93760/80577* |
| 94074/81615* |
| 94137/83926* |

**\*** Denotes claimants who also filed Amended Proofs of Claim