**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 23, 2023, AT 10:00 A.M. EASTERN TIME

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED.**

RESOLVED MATTER:

1. Debtors' Ninth Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Debtors may Remove Civil Actions and Granting Related Relief (D.I. 11013, filed 03/02/23).

    Objection Deadline:   March 16, 2023, at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleadings:

    a)   Certificate of No Objection Regarding Debtors' Ninth Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Debtors may Remove Civil Actions and Granting Related Relief (D.I. 11038, filed 03/17/23).

Status: On March 17, 2023, the Debtors filed a Certificate of No Objection with respect to this matter.  Unless the Court has any questions, no hearing is necessary with respect to this matter.

MATTERS ADJOURNED:

2. Debtors' Sixth Omnibus (Substantive) Objection to Certain (I) Misclassified Claim, Reduce and Allow Claim and (II) Reduce and Allow Claim (Non-Abuse Claims) (D.I. 10783, filed 12/20/22).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Objection Deadline:   January 10, 2023, at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a) Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Sixth Omnibus (Substantive) Objection to Certain (I) Misclassified Claim, Reduce and Allow Claim and (II) Reduce and Allow Claim (Non-Abuse Claims) and Debtors' Seventh Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims (Non-Abuse Claims) (D.I. 10839, filed 01/05/23); and

b) Order Sustaining Debtors' Sixth Omnibus (Substantive) Objection to Certain (I) Misclassified Claim, Reduce and Allow Claim and (II) Reduce and Allow Claim (Non-Abuse Claims) (D.I. 10883, filed 01/18/23).

Status: An order was entered with respect to Claim No. 342-1073. No hearing on this claim is necessary. With respect to Claim No. 343-38, the parties have agreed to adjourn this matter to April 19, 2023.

3. Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (D.I. 10808, filed 12/29/22).

Objection Deadline:   January 12, 2023, at 4:00 p.m. (ET); extended to January 31, 2023, for the Lujan Claimants and the Office of the United States Trustee.

Responses Received:

a) Lujan Claimants' Limited Objection and Joinder in U.S. Trustee's Objection to Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses, and Reservation of Rights (D.I. 10941, filed 01/31/23); and

b) United States Trustee's Omnibus Objection to Payment of Compensation and Reimbursement of Expenses for Movants filed December 29, 2022 (D.I. 10944, filed 01/31/23).

Related Pleadings:

a) Amended Notice of Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (D.I. 10816, filed 12/30/22);

b) Notice of Corrected Exhibit C-4 to Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (D.I. 10911, filed 01/24/23); and

      c)      Re-Notice of Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (D.I. 10982, filed 02/15/23).

Status: This matter has been adjourned to April 19, 2023 at the direction of the Court.

4.      Motion of Pfau Cochran Vertetis Amala PLLC and The Zalkin Law Firm, P.C. for an Order Pursuant to Bankruptcy Code Section 363(b), 1129(a)(4), and 503(b) Allowing Payment or Reimbursement of the Pfau/Zalkin Restructuring Expenses by the Settlement Trust (D.I. 10809, filed 12/29/22).

Objection Deadline:   January 12, 2023, at 4:00 p.m. (ET); extended to January 31, 2023, for the Lujan Claimants and the Office of the United States Trustee.

Responses Received:

      a)      United States Trustee's Omnibus Objection to Payment of Compensation and Reimbursement of Expenses for Movants filed December 29, 2022 (D.I. 10944, filed 01/31/23).

Related Pleadings:   None.

Status: This matter has been adjourned to April 19, 2023 at the direction of the Court.

5.      Motion (I) to Allow Substantial Contribution Claim of the Roman Catholic Ad Hoc Committee and (II) for Waiver of Certain Requirements of Local Rule 2016-2 (D.I. 10815, filed 12/29/22).

Objection Deadline:   January 12, 2023, at 4:00 p.m. (ET); extended to January 31, 2023, for the Lujan Claimants and the Office of the United States Trustee.

Responses Received:

      a)      Lujan Claimants' Limited Objection and Joinder in U.S. Trustee's Objection to Motion (I) to Allow Substantial Contribution Claim of the Roman Catholic Ad Hoc Committee and (II) for Waiver of Certain Requirements of Local Rule 2016-2, and Reservation of Rights (D.I. 10942, filed 01/31/23); and

      b)      United States Trustee's Omnibus Objection to Payment of Compensation and Reimbursement of Expenses for Movants filed December 29, 2022 (D.I. 10944, filed 01/31/23).

Related Pleadings:   None.

Status: The parties have agreed to adjourn the hearing on this matter to April 19, 2023.

6.      Joint Motion of the Debtors, Official Committee of Tort Claimants, Future Claimants' Representative, and Coalition of Abused Scouts for Justice, Pursuant to 11 U.S.C.

§§ 105(A) and 363(B), for Entry of an Order (I) Authorizing the Debtors to Advance Funding to Facilitate the Establishment of the Settlement Trust, (II) Authorizing the PSZJ Firm to Advance Funding Under the PSZJ Contribution to Facilitate the Establishment of the Settlement Trust, (III) Authorizing the Future Settlement Trustee and Claims Administrators to Begin Preparatory Work, and (IV) Granting Related Relief (D.I. 11010, filed 02/28/23).

Objection Deadline:   March 14, 2023, at 4:00 p.m. (ET).

Responses Received:

a)   Certain Insurers' Objection to Motion for Entry of an Order Authorizing Advancement of Funding and Preparatory Work (D.I. 11030, filed 03/14/23);

b)   Dumas & Vaughn Claimants' Objection to Motion to Authorize Advancement of Funding and Preparatory Work (D.I. 11032, filed 03/14/23); and

c)   Lujan Claimants' Objection to Joint Motion of the Debtors, Official Committee of Tort Claimants, Future Claimants' Representative, and Coalition of Abused Scouts for Justice, Pursuant to 11 U.S.C. §§ 105(A) and 363(B), for Entry of an Order (I) Authorizing the Debtors to Advance Funding to Facilitate the Establishment of the Settlement Trust, (II) Authorizing the PSZJ Firm to Advance Funding Under the PSZJ Contribution to Facilitate the Establishment of the Settlement Trust, (III) Authorizing the Future Settlement Trustee and Claims Administrators to Begin Preparatory Work, and (IV) Granting Related Relief; Joinder in Objection of D&V Claimants (D.I. 11033, filed 03/14/23).

Related Pleadings:   None.

Status: This matter has been adjourned to April 19, 2023 at the direction of the Court.

*[Remainder of Page Intentionally Left Blank]*


| | |
|---|---|
| Dated: March 20, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          ptopper@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br>          blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |