**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**AMENDED NOTICE OF APRIL 4, 2023 VIRTUAL TOWN HALL MEETING
TO DISCUSS OUTCOME OF APPEAL OF THE PLAN & CONFIRMATION ORDER**

**PLEASE TAKE NOTICE** that the Official Committee of Tort Claimants' (the "TCC") and the Coalition of Abused Scouts for Justice (the "Coalition") will hold a Town Hall Meeting on **April 4, 2023 at 8:00 p.m. (ET)**.  The details for the next meeting are below:

**Zoom:** https://pszjlaw.zoom.us/j/85281284960  (no registration required)

**One-Tap Mobile:** +16694449171,,85281284960#

**Dial-In by Telephone:** 1-888-788-0099 (Toll-Free), Webinar ID:  852 8128 4960.  If asked for a "Participant ID," just press #

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1102(b)(3) and 1103(c) of the Bankruptcy Code, the TCC holds virtual town hall meetings to provide updates and access to information about the bankruptcy cases for Survivors of childhood sexual abuse and their representatives who are not appointed to the Tort Claimants' Committee.

**PLEASE TAKE FURTHER NOTICE** that the topics of discussion for the Town Hall will include:

| Topics |
|---|
| Introduction of Judge Barbara Houser (Ret.) – Settlement Trustee |
| Plan & Confirmation Order Affirmed by District Court |
| Next Steps |

**PLEASE TAKE FURTHER NOTICE** that recordings and transcripts of all Town

Hall meetings are posted after they are concluded at www.tccbsa.com.

Dated: March 30, 2023         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073) (admitted *pro hac vice*)
Alan J. Kornfeld (CA Bar No. 130063) (admitted *pro hac vice*)
Debra I. Grassgreen (CA 169978) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tele/Fax: (302) 652-4100 / (302) 652-4400
Email:        rpachulski@pszjlaw.com
              akornfeld@pszjlaw.com
              dgrassgreen@pszjlaw.com
              joneill@pszjlaw.com

Counsel to the Tort Claimants' Committee

-and-

MONZACK MERSKY & BROWDER, P.A.

Rachel B. Mersky (DE Bar No. 2049)
1201 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
Email: RMersky@Monlaw.com

-and-

BROWN RUDNICK LLP
David J. Molton, Esq.
(*pro hac vice* forthcoming)
Eric R. Goodman, Esq.
(*pro hac vice* forthcoming)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: DMolton@BrownRudnick.com
Email: EGoodman@BrownRudnick.com

2

-and-

Sunni P. Beville, Esq.
(*pro hac vice* forthcoming)
Tristan G. Axelrod, Esq.
(*pro hac vice* forthcoming)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: SBeville@BrownRudnick.com
Email: TAxelrod@BrownRudnick.com

Counsel to the Coalition of Abused Scouts
for Justice

DOCS_SF:108682.3 85353/002