# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

|  |  |
|---|---|
| | February 28, 2023 |
| Invoice | 132109 |
| Client | 85353 |
| Matter | 00002 |
| | **JIS** |

RE: Tort Claimants' Committee

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   02/28/2023

| | |
|---|---:|
| FEES | $347,344.25 |
| EXPENSES | $8,674.57 |
| **TOTAL CURRENT CHARGES** | **$356,018.82** |
| **BALANCE FORWARD** | **$10,837,004.23** |
| **LAST PAYMENT** | **$391,011.00** |
| **TOTAL BALANCE DUE** | **$10,802,012.05** |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    -00002

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AJK | Kornfeld, Alan J. | Partner | 762.50 | 13.00 | $9,912.50 |
| AJK | Kornfeld, Alan J. | Partner | 1525.00 | 64.90 | $98,972.50 |
| CAK | Knotts, Cheryl A. | Paralegal | 460.00 | 2.40 | $1,104.00 |
| DG | Grassgreen, Debra I. | Partner | 1425.00 | 29.90 | $42,607.50 |
| IDD | Densmore, Ian | Paralegal | 495.00 | 0.30 | $148.50 |
| JEO | O'Neill, James E. | Partner | 1145.00 | 24.20 | $27,709.00 |
| JIS | Stang, James I. | Partner | 1525.00 | 0.10 | $152.50 |
| JWL | Lucas, John W. | Partner | 547.50 | 15.50 | $8,486.25 |
| JWL | Lucas, John W. | Partner | 1095.00 | 30.20 | $33,069.00 |
| KHB | Brown, Kenneth H. | Partner | 1395.00 | 0.70 | $976.50 |
| KKY | Yee, Karina K. | Paralegal | 495.00 | 6.00 | $2,970.00 |
| KSN | Neil, Karen S. | Case Man. Asst. | 395.00 | 2.50 | $987.50 |
| MK | Kulick, Myra | Other | 395.00 | 13.00 | $5,135.00 |
| MSP | Pagay, Malhar S. | Partner | 1095.00 | 1.80 | $1,971.00 |
| RMP | Pachulski, Richard M. | Partner | 1745.00 | 48.00 | $83,760.00 |
| RMS | Saunders, Robert M. | Counsel | 1025.00 | 1.70 | $1,742.50 |
| TCF | Flanagan, Tavi C. | Counsel | 975.00 | 23.70 | $23,107.50 |
| WLR | Ramseyer, William L. | Counsel | 925.00 | 4.90 | $4,532.50 |
| | | | | 282.80 | $347,344.25 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    - 00002

## **Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AP | Appeals [B430] | 105.40 | $141,999.00 |
| CA | Case Administration [B110] | 6.40 | $2,918.00 |
| CP | Compensation Prof. [B160] | 10.70 | $8,460.50 |
| CPO | Comp. of Prof./Others | 7.70 | $11,864.50 |
| GC | General Creditors Comm. [B150] | 19.10 | $11,770.50 |
| H | Hearings | 42.00 | $53,439.00 |
| NT | Non-Working Travel | 28.50 | $18,398.75 |
| PD | Plan & Disclosure Stmt. [B320] | 1.40 | $2,053.00 |
| PI | Plan Implementation [B320] | 61.60 | $96,441.00 |
| | | 282.80 | $347,344.25 |

Pachulski Stang Ziehl & Jones LLP

Page:     4

BSA - Committee

Invoice 132109

85353    -00002

February 28, 2023

## Summary of Expenses

| Description | Amount |
|---|---|
| Air Fare [E110] | $1,350.00 |
| Auto Travel Expense [E109] | $1,131.97 |
| Working Meals [E111] | $330.00 |
| Delivery/Courier Service | $332.23 |
| Hotel Expense [E110] | $1,973.40 |
| Lexis/Nexis- Legal Research [E | $31.33 |
| Outside Services | $3,030.00 |
| Pacer - Court Research | $290.00 |
| Postage [E108] | $6.84 |
| Reproduction Expense [E101] | $0.20 |
| Reproduction/ Scan Copy | $198.60 |
| | $8,674.57 |

Pachulski Stang Ziehl & Jones LLP

Page:      5

BSA - Committee

Invoice 132109

85353    - 00002

February 28, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Appeals [B430]** | | | | | | |
| 01/11/2023 | RMP | AP | Telephone conference with T Patterson re appeal issues. | 0.40 | 1745.00 | $698.00 |
| 01/13/2023 | RMP | AP | Review motion to supplement the record. | 0.30 | 1745.00 | $523.50 |
| 01/20/2023 | RMP | AP | Review e-mails from A. Kornfeld re oral argument. | 0.20 | 1745.00 | $349.00 |
| 01/24/2023 | RMP | AP | Conference calls with SCC and certain TCC members re appeal and Trust issues. | 1.20 | 1745.00 | $2,094.00 |
| 01/26/2023 | RMP | AP | Email to A Kornfeld re appeal issues. | 0.20 | 1745.00 | $349.00 |
| 01/26/2023 | RMP | AP | Review pleadings re supplementing the appeal record. | 0.90 | 1745.00 | $1,570.50 |
| 01/27/2023 | RMP | AP | Review insurer opposition joinder. | 0.30 | 1745.00 | $523.50 |
| 01/31/2023 | RMP | AP | Review oral argument questions and comment on same. | 0.80 | 1745.00 | $1,396.00 |
| 02/01/2023 | AJK | AP | Preparation for oral argument (continue work on outline). | 0.70 | 1525.00 | $1,067.50 |
| 02/01/2023 | AJK | AP | Review and analyze LTL opinion. | 1.60 | 1525.00 | $2,440.00 |
| 02/01/2023 | AJK | AP | Review, analyze letter from certain insurers counsel re LTL decision. | 0.30 | 1525.00 | $457.50 |
| 02/01/2023 | KHB | AP | Analyze authorities re subject matter jurisdiction and email to J. Lucas re same. | 0.70 | 1395.00 | $976.50 |
| 02/01/2023 | RMP | AP | Review and analyze appeal issues for oral argument outlines. | 1.20 | 1745.00 | $2,094.00 |
| 02/01/2023 | JWL | AP | Call with T. Flanagan regarding prep for oral argument (.3); | 0.30 | 1095.00 | $328.50 |
| 02/01/2023 | TCF | AP | Review and analysis of issues regarding oral argument and preparation regarding same. | 1.90 | 975.00 | $1,852.50 |
| 02/01/2023 | TCF | AP | Drafting regarding preparation for oral argument on confirmation appeal. | 4.60 | 975.00 | $4,485.00 |
| 02/01/2023 | TCF | AP | Call with J. Lucas re oral argument outline. | 0.30 | 975.00 | $292.50 |
| 02/02/2023 | AJK | AP | Prepare for appellate argument (review of pleadings). | 7.50 | 1525.00 | $11,437.50 |
| 02/02/2023 | TCF | AP | Drafting outline and case summaries regarding preparation for oral argument on confirmation appeal. | 5.80 | 975.00 | $5,655.00 |

Pachulski Stang Ziehl & Jones LLP

Page:      6
BSA - Committee

Invoice 132109
85353    -00002

February 28, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2023 | AJK | AP | Prepare for appellate argument. | 8.20 | 1525.00 | $12,505.00 |
| 02/03/2023 | TCF | AP | Review case law of appeal issues and preparation for oral argument on confirmation appeal. | 6.20 | 975.00 | $6,045.00 |
| 02/04/2023 | AJK | AP | Review and revise oral argument outline. | 6.80 | 1525.00 | $10,370.00 |
| 02/06/2023 | AJK | AP | Call with J. Lucas re oral argument prep. | 1.00 | 1525.00 | $1,525.00 |
| 02/06/2023 | JWL | AP | Call with A. Kornfeld regarding oral argument preparations (1.). | 1.00 | 1095.00 | $1,095.00 |
| 02/07/2023 | AJK | AP | Update outline for appellate argument. | 6.50 | 1525.00 | $9,912.50 |
| 02/08/2023 | AJK | AP | Meet with TCC co-chair re preparation for oral argument hearing. | 2.20 | 1525.00 | $3,355.00 |
| 02/08/2023 | AJK | AP | Review case law summaries and actual cases in preparation for oral argument. | 7.30 | 1525.00 | $11,132.50 |
| 02/08/2023 | KKY | AP | Respond (.1) to email from Alan J. Kornfeld re confirmation order; and prepare (.1) attachment to same | 0.20 | 495.00 | $99.00 |
| 02/08/2023 | JEO | AP | Emails with Debtors' counsel to prepare for oral argument on confirmation appeal | 0.30 | 1145.00 | $343.50 |
| 02/08/2023 | TCF | AP | Preparation for oral argument regarding confirmation appeal. | 3.20 | 975.00 | $3,120.00 |
| 02/08/2023 | JWL | AP | Meeting with TCC co-chairs regarding case updates and appeal, oral argument (2.2) | 2.20 | 1095.00 | $2,409.00 |
| 02/09/2023 | AJK | AP | Meet with TCC co-chairs re oral argument hearing and debrief re same. | 3.00 | 1525.00 | $4,575.00 |
| 02/09/2023 | DG | AP | Call with clients and PSZJ team re: morning argument. | 0.70 | 1425.00 | $997.50 |
| 02/09/2023 | DG | AP | Review Oral Argument Transcripts | 1.80 | 1425.00 | $2,565.00 |
| 02/09/2023 | MSP | AP | Telephone conferences with A. Kornfeld, J. Lucas, I. Nasatir, D. Grassgreen, et al. re: appeal argument update. | 0.70 | 1095.00 | $766.50 |
| 02/09/2023 | RMP | AP | Review appeals first day transcript and review and respond to e-mails with D Grassgreen, J Lucas and A Kornfeld. re same. | 1.90 | 1745.00 | $3,315.50 |
| 02/09/2023 | RMP | AP | Conference calls with PSZJ team re appeal hearing. | 0.70 | 1745.00 | $1,221.50 |
| 02/09/2023 | JEO | AP | Meetings with TCC co-chairs regarding oral argument hearing and debrief regarding the same | 3.00 | 1145.00 | $3,435.00 |

Pachulski Stang Ziehl & Jones LLP
BSA - Committee
85353    -00002

Page:    7
Invoice 132109
February 28, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/09/2023 | JEO | AP | Respond to survivor inquiries re appeal. | 0.50 | 1145.00 | $572.50 |
| 02/09/2023 | JWL | AP | Meetings with TCC co-chairs regarding oral argument hearing and debrief regarding the same (3.0); | 3.00 | 1095.00 | $3,285.00 |
| 02/09/2023 | TCF | AP | Email with PSZJ team regarding confirmation appeal hearing. | 0.40 | 975.00 | $390.00 |
| 02/09/2023 | TCF | AP | Review and analysis and preparation regarding confirmation appeal issues. | 0.60 | 975.00 | $585.00 |
| 02/09/2023 | TCF | AP | Email A. Kornfeld regarding confirmation appeal hearing and update. | 0.20 | 975.00 | $195.00 |
| 02/10/2023 | AJK | AP | Two meetings with TCC co-chairs, J Lucas and J O'Neill re hearing for the appeal. | 2.30 | 1525.00 | $3,507.50 |
| 02/10/2023 | MSP | AP | Telephone conference with A. Kornfeld, J. Lucas, I. Nasatir, D.  Grassgreen, et al. re: appeal argument update. | 0.50 | 1095.00 | $547.50 |
| 02/10/2023 | RMP | AP | Conferences with PSZJ team members re appeal issues. | 0.50 | 1745.00 | $872.50 |
| 02/10/2023 | JWL | AP | Two meetings with TCC  co-chairs, A. Kornfeld and J. O'Neill regarding oral argument hearing for the appeal (2.3); | 2.30 | 1095.00 | $2,518.50 |
| 02/10/2023 | TCF | AP | PSZJ and Klee Tuchin call regarding confirmation appeal hearing and update. | 0.50 | 975.00 | $487.50 |
| 02/10/2023 | JEO | AP | Two meetings with TCC  co-chairs, regarding oral argument hearing for the appeal | 2.30 | 1145.00 | $2,633.50 |
| 02/12/2023 | MSP | AP | Email exchange with J. Lucas, Committee members, et al. re:  summary of argument. | 0.10 | 1095.00 | $109.50 |
| 02/12/2023 | JWL | AP | Prepare and send summary of oral argument hearing for TCC and state court counsel (1.5); | 1.50 | 1095.00 | $1,642.50 |
| 02/13/2023 | AJK | AP | Review oral argument transcripts. | 0.80 | 1525.00 | $1,220.00 |
| 02/13/2023 | DG | AP | Review Day 2 Oral Argument Transcript | 1.80 | 1425.00 | $2,565.00 |
| 02/13/2023 | RMP | AP | Review e-mails from Kornfeld re appeal issues. | 0.20 | 1745.00 | $349.00 |
| 02/13/2023 | RMP | AP | Review Feb. 10 District Court transcript. | 1.80 | 1745.00 | $3,141.00 |
|  |  |  |  | **105.40** |  | **$141,999.00** |

Pachulski Stang Ziehl & Jones LLP
BSA - Committee
85353    -00002

Page:    8
Invoice 132109
February 28, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 01/18/2023 | IDD | CA | Review pleadings binder for hearing on 1/19/2023 | 0.30 | 495.00 | $148.50 |
| 02/01/2023 | KKY | CA | Review and revise critical dates | 0.60 | 495.00 | $297.00 |
| 02/01/2023 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 02/02/2023 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 02/03/2023 | KKY | CA | Review and revise critical dates | 0.50 | 495.00 | $247.50 |
| 02/06/2023 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 02/07/2023 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 02/08/2023 | KKY | CA | Review and revise critical dates | 0.30 | 495.00 | $148.50 |
| 02/08/2023 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 02/09/2023 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 02/10/2023 | KKY | CA | Review and revise critical dates | 0.30 | 495.00 | $148.50 |
| 02/10/2023 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 02/13/2023 | KSN | CA | Maintain document control. | 0.10 | 395.00 | $39.50 |
| 02/15/2023 | KSN | CA | Maintain document control. | 0.30 | 395.00 | $118.50 |
| 02/17/2023 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 02/21/2023 | KKY | CA | Review and revise critical dates | 0.80 | 495.00 | $396.00 |
| 02/21/2023 | KSN | CA | Maintain document control. | 0.20 | 395.00 | $79.00 |
| 02/22/2023 | KSN | CA | Maintain document control. | 0.30 | 395.00 | $118.50 |
| 02/24/2023 | KKY | CA | Review and revise critical dates | 1.10 | 495.00 | $544.50 |
| 02/28/2023 | KSN | CA | Maintain document control. | 0.30 | 395.00 | $118.50 |
|  |  |  |  | **6.40** |  | **$2,918.00** |
| **Compensation Prof. [B160]** | | | | | | |
| 01/12/2023 | CAK | CP | Coordinate obtaining  ledes for Sept, Oct & Nov Fee Applications | 0.20 | 460.00 | $92.00 |
| 01/13/2023 | CAK | CP | Email ledes and pdf of fee applications to UST and Fee Examiner re: Sept, Oct & Nov 2022 Fee Applications | 0.20 | 460.00 | $92.00 |
| 01/31/2023 | CAK | CP | Review and update December 2022 fee application | 0.60 | 460.00 | $276.00 |

Pachulski Stang Ziehl & Jones LLP

Page:       9

BSA - Committee

Invoice 132109

85353    -00002

February 28, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2023 | CAK | CP | Edit December 2022 fee application; coordinate filing and service of same. | 0.20 | 460.00 | $92.00 |
| 02/01/2023 | KKY | CP | Draft (.1), file (.1), and prepare for filing (.1) certificate of service for 34th fee app of PSZJ for December 2022 | 0.30 | 495.00 | $148.50 |
| 02/01/2023 | KKY | CP | File (.1), serve (.1), and prepare for filing and service (.2) 34th fee app of PSZJ for December 2022 | 0.40 | 495.00 | $198.00 |
| 02/01/2023 | KKY | CP | Review and revise fee chart | 0.10 | 495.00 | $49.50 |
| 02/01/2023 | JEO | CP | Review and approve PSZJ Dec 2022 fee application for filing | 0.30 | 1145.00 | $343.50 |
| 02/11/2023 | WLR | CP | Draft Thirteenth quarterly fee application | 0.70 | 925.00 | $647.50 |
| 02/15/2023 | KKY | CP | Draft certification of no objection re 34th fee app of PSZJ for December 2022 | 0.10 | 495.00 | $49.50 |
| 02/16/2023 | KKY | CP | File (.1) and prepare for filing (.1) certification of no objection re 34th fee app of PSZJ for December 2022 | 0.20 | 495.00 | $99.00 |
| 02/16/2023 | KKY | CP | Email to James E. O'Neill re PSZJ fees | 0.20 | 495.00 | $99.00 |
| 02/16/2023 | KKY | CP | Review and revise fee chart | 0.10 | 495.00 | $49.50 |
| 02/17/2023 | JEO | CP | Email to A&M regarding payment of PSZJ fee app | 0.20 | 1145.00 | $229.00 |
| 02/17/2023 | JWL | CP | Review and revise PSZJ January 2023 fee application (1.0); | 1.00 | 1095.00 | $1,095.00 |
| 02/22/2023 | WLR | CP | Prepare Jan. 2023 fee application | 0.60 | 925.00 | $555.00 |
| 02/22/2023 | WLR | CP | Draft Jan. 2023 fee application | 2.00 | 925.00 | $1,850.00 |
| 02/23/2023 | CAK | CP | Review and update January 2023 fee application | 0.40 | 460.00 | $184.00 |
| 02/23/2023 | WLR | CP | Review and revise Jan. 2023 fee application | 1.60 | 925.00 | $1,480.00 |
| 02/24/2023 | CAK | CP | Edit January 2023 fee application; coordinate filing and service of same. | 0.20 | 460.00 | $92.00 |
| 02/24/2023 | KKY | CP | File (.1), serve (.1), and prepare for filing and service (.2) 35th fee app of PSZJ for January 2023 | 0.40 | 495.00 | $198.00 |
| 02/24/2023 | KKY | CP | Draft (.1), file (.1), and prepare for filing (.1) certificate of service for 35th fee app of PSZJ for January 2023 | 0.30 | 495.00 | $148.50 |
| 02/24/2023 | KKY | CP | Review and revise fee chart | 0.10 | 495.00 | $49.50 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    -00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/24/2023 | JEO | CP | Review and finalize Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the period January 1, 2023 to January 31, 2023 (Thirty-Fifth) and coordinate filing and service | 0.30 | 1145.00 | $343.50 |
| | | | | **10.70** | | **$8,460.50** |

## Comp. of Prof./Others

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2023 | CAK | CPO | Review and edit Pasich 15th Monthly fee application | 0.30 | 460.00 | $138.00 |
| 01/09/2023 | RMP | CPO | Review TCC's comments to substantial contribution requests and e-mails re same. | 0.60 | 1745.00 | $1,047.00 |
| 01/11/2023 | RMP | CPO | Review substantial contribution issues and outline response. | 0.80 | 1745.00 | $1,396.00 |
| 01/11/2023 | RMP | CPO | Telephone conference with T Patterson re substantial contribution issues. | 0.30 | 1745.00 | $523.50 |
| 01/12/2023 | RMP | CPO | Review and edit comment to substantial contribution motion. | 0.90 | 1745.00 | $1,570.50 |
| 01/12/2023 | RMP | CPO | Email outline to A Kornfeld, J Lucas and T Flanagan re comment to substantial contribution motion. | 0.80 | 1745.00 | $1,396.00 |
| 01/25/2023 | CAK | CPO | Review and update Pasich 8th Quarterly fee application | 0.30 | 460.00 | $138.00 |
| 01/31/2023 | RMP | CPO | Review objections to substantial contribution motions. | 0.90 | 1745.00 | $1,570.50 |
| 02/01/2023 | JIS | CPO | Email J. Lucas regarding substantial contribution pleadings. | 0.10 | 1525.00 | $152.50 |
| 02/02/2023 | MSP | CPO | Email exchange with J. O'Neill, J. Lucas, A. Kornfeld, et al. re:  hearing re: coalition expenses, etc. | 0.10 | 1095.00 | $109.50 |
| 02/02/2023 | JEO | CPO | Respond to email from Coalition re cross examination of witnesses at hearing on substantial contribution motion | 0.30 | 1145.00 | $343.50 |
| 02/13/2023 | RMP | CPO | Telephone conference with Kennedy re substantial contribution issues. | 0.40 | 1745.00 | $698.00 |
| 02/14/2023 | MSP | CPO | Email exchange with J. O'Neill, J. Lucas, R. Pachulski et al. re: coalition fee motion. | 0.10 | 1095.00 | $109.50 |
| 02/14/2023 | JEO | CPO | Email exchange with counsel for Colaition and PSZJ | 0.60 | 1145.00 | $687.00 |

Pachulski Stang Ziehl & Jones LLP

Page: 11

BSA - Committee

Invoice 132109

85353    -00002

February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | team regarding continuance of Coalition's fee application. (6 emails). | | | |
| 02/15/2023 | MSP | CPO | Review notice of coalition fee payment motion. | 0.10 | 1095.00 | $109.50 |
| 02/16/2023 | RMP | CPO | Telephone conference with T Patterson re substantial contribution motion. | 0.40 | 1745.00 | $698.00 |
| 02/20/2023 | RMP | CPO | Review substantial contribution issue and consider declaration and UST position. | 0.50 | 1745.00 | $872.50 |
| 02/22/2023 | AJK | CPO | Respond to R. Pachulski email re substantial contribution motions. | 0.20 | 1525.00 | $305.00 |
| | | | | 7.70 | | $11,864.50 |

## General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2023 | MK | GC | Attention to BSA communications; Review TCC questions emails; research claim information; update spreadsheets | 0.50 | 395.00 | $197.50 |
| 02/01/2023 | JWL | GC | Call with D. Kennedy regarding new claims administrator (.3); update email to committee regarding appointment of new claims administrator (.5); | 0.80 | 1095.00 | $876.00 |
| 02/06/2023 | MK | GC | Attention to BSA survivor communications; Review TCC questions inbox; research claim information; update tracking chart | 0.20 | 395.00 | $79.00 |
| 02/07/2023 | MK | GC | Review emails from NED, JWL, RMS regarding BSA survivor correspondence; update tracking charts regarding same; Preparation of email to RMS regarding response | 0.20 | 395.00 | $79.00 |
| 02/07/2023 | MK | GC | Review and respond to RMS email regarding BSA correspondence (.1); draft reply to survivor (.3) | 0.30 | 395.00 | $118.50 |
| 02/07/2023 | MK | GC | Attention to BSA survivor communications (review TCC questions inbox; research claims information; update tracking charts; prepare email to RMS/SWG regarding same) | 0.90 | 395.00 | $355.50 |
| 02/07/2023 | MK | GC | Attention to BSA Survivor communications; create/edit attorney lists and forward to RMS/SWG/BIA for review | 0.90 | 395.00 | $355.50 |
| 02/07/2023 | MK | GC | Attention to BSA Survivor Communications, Attorney lists (prepare emails to counsel; update tracking information; mark emails completed in TCC questions; forward emails to RMS/SWG) | 1.10 | 395.00 | $434.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    12

BSA - Committee

Invoice 132109

85353    -00002

February 28, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2023 | JEO | GC | Meetings with TCC co-chairs regarding oral argument hearing and debrief regarding the same | 1.50 | 1145.00 | $1,717.50 |
| 02/09/2023 | MK | GC | Review and respond to RMS emails regarding BSA survivor communications; research communication status, claim information; search emails; email exchanges with RMS regarding responses; update response narrative (B); reply to survivor emails; update tracking charts and mark applicable emails completed; revise correspondence and Draft correspondence to survivor with no email; prepare email to JWL regarding updating narrative | 3.80 | 395.00 | $1,501.00 |
| 02/09/2023 | MK | GC | Attention to BSA Survivor Communications (review emails in TCC questions; research claim information; update tracking charts; preparation of emails to RMS/SWG regarding same) | 0.90 | 395.00 | $355.50 |
| 02/09/2023 | RMS | GC | Work on survivor communications | 1.70 | 1025.00 | $1,742.50 |
| 02/10/2023 | MK | GC | Review RMS email regarding BSA survivor communications (.1); respond to survivor email from TCC questions (.1); update tracking information and mark email completed (.1) | 0.30 | 395.00 | $118.50 |
| 02/10/2023 | MK | GC | Attention to BSA survivor communications (review messages in TCC questions; research claim information; update tracking charts; preparation of emails to RMS/SWG) | 0.70 | 395.00 | $276.50 |
| 02/13/2023 | MK | GC | Attention to BSA survivor communications (TCC questions), including research claim information and updating spreadsheet | 0.40 | 395.00 | $158.00 |
| 02/16/2023 | MK | GC | Attention to BSA survivor communications (review messages in TCC questions; research claim information; update spreadsheets; Preparation of emails to RMS/SWG) | 0.60 | 395.00 | $237.00 |
| 02/22/2023 | MK | GC | Attention to BSA Survivor Communications (Review SLL email regarding survivor correspondence and research claim information; forward to RMS/SWG; update spreadsheets (.4); review communications in TCC Questions, research claim information, prepare emails to RMS/SWG and update spreadsheet (.9) | 1.30 | 395.00 | $513.50 |
| 02/22/2023 | JWL | GC | Respond to survivor inquiries regarding case status (1.2); | 1.20 | 1095.00 | $1,314.00 |
| 02/24/2023 | JWL | GC | Respond to survivor inquiries regarding case status (.9); | 0.90 | 1095.00 | $985.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    13

BSA - Committee

Invoice 132109

85353    -00002

February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/27/2023 | MK | GC | Attention to BSA survivor communications; Review RMS email regarding response to survivor; prepare email response to survivor and update tracking information | 0.40 | 395.00 | $158.00 |
| 02/27/2023 | MK | GC | Attention to BSA survivor communications - Review emails in TCC questions; research claim information and update tracking information | 0.50 | 395.00 | $197.50 |
| | | | | **19.10** | | **$11,770.50** |

### Hearings

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/09/2023 | AJK | H | Prepare for hearing re appeal (review of outline and certain briefs). | 2.70 | 1525.00 | $4,117.50 |
| 02/09/2023 | AJK | H | Attend morning and afternoon oral argument hearings. | 6.50 | 1525.00 | $9,912.50 |
| 02/09/2023 | JEO | H | Attend morning and afternoon hearings on oral argument on appeals | 6.50 | 1145.00 | $7,442.50 |
| 02/09/2023 | JWL | H | Attend morning and afternoon hearings on oral argument on appeals (includes time prior to actual start of hearings (6.5) | 6.50 | 1095.00 | $7,117.50 |
| 02/10/2023 | AJK | H | Attend oral argument on appeal of plan (includes pre-hearing entry into courthouse and other wait time). | 6.60 | 1525.00 | $10,065.00 |
| 02/10/2023 | JEO | H | Attend oral argument hearing on the appeal of the plan (includes pre-hearing entry into court house and other wait time) | 6.60 | 1145.00 | $7,557.00 |
| 02/10/2023 | JWL | H | Attend oral argument hearing on the appeal of the plan (includes pre-hearing entry into court house and other wait time) (6.6); | 6.60 | 1095.00 | $7,227.00 |
| | | | | **42.00** | | **$53,439.00** |

### Non-Working Travel

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2023 | AJK | NT | Travel to Delaware for oral argument. (Billed at 1/2 normal rate) | 4.00 | 762.50 | $3,050.00 |
| 02/08/2023 | JWL | NT | Travel from San Francisco to Wilmington for oral argument in appeal (7.0). (Billed at 1/2 normal rate) | 7.00 | 547.50 | $3,832.50 |
| 02/10/2023 | AJK | NT | Return travel from DE. (Billed at 1/2 normal rate) | 9.00 | 762.50 | $6,862.50 |
| 02/10/2023 | JWL | NT | Travel from Wilmington to San Francisco after hearing on oral argument appeal (8.5) (Billed at 1/2 | 8.50 | 547.50 | $4,653.75 |

Pachulski Stang Ziehl & Jones LLP

Page:     14

BSA - Committee

Invoice 132109

85353    -00002

February 28, 2023

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | normal rate) |  |  |  |
|  |  |  |  | **28.50** |  | **$18,398.75** |

**Plan & Disclosure Stmt. [B320]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2023 | RMP | PD | Telephone conference with Kennedy re Youth Protection issues. | 0.40 | 1745.00 | $698.00 |
| 01/23/2023 | RMP | PD | Review and respond to Brown Rudnick e-mails re advance funding motion. | 0.40 | 1745.00 | $698.00 |
| 02/14/2023 | MSP | PD | Email exchange with J. Lucas, J. O'Neill, et al. re: local council  certifications. | 0.10 | 1095.00 | $109.50 |
| 02/21/2023 | JWL | PD | Emails with P. Mones regarding the injunction of actions over mixed claims (.5); | 0.50 | 1095.00 | $547.50 |
|  |  |  |  | **1.40** |  | **$2,053.00** |

**Plan Implementation [B320]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/09/2023 | RMP | PI | Review and respond to e-mails from State Court Counsel re fraud consultant. | 0.40 | 1745.00 | $698.00 |
| 01/11/2023 | RMP | PI | Telephone conference with Rothweiler re TRO issues. | 0.40 | 1745.00 | $698.00 |
| 01/13/2023 | RMP | PI | Review and respond to e-mails with D Kennedy re youth protection. | 0.30 | 1745.00 | $523.50 |
| 01/17/2023 | RMP | PI | Conference call with Brown Rudnick and the Debtor, re trust funding. | 1.10 | 1745.00 | $1,919.50 |
| 01/17/2023 | RMP | PI | Review and respond to e-mails from B Kelly re Trust Agreement. | 0.40 | 1745.00 | $698.00 |
| 01/17/2023 | RMP | PI | Analyze plan confirmation order re Trust issues. | 0.90 | 1745.00 | $1,570.50 |
| 01/18/2023 | RMP | PI | Review R Roth and Advance Funding issues. | 0.40 | 1745.00 | $698.00 |
| 01/20/2023 | RMP | PI | Review and respond to e-mails re Youth Protection Committee issues. | 0.40 | 1745.00 | $698.00 |
| 01/23/2023 | RMP | PI | Review and respond to e-mails re Trust funding. | 0.30 | 1745.00 | $523.50 |
| 01/23/2023 | RMP | PI | Telephone conferences with SCC counsel re Trust status. | 0.80 | 1745.00 | $1,396.00 |
| 01/25/2023 | RMP | PI | Conference call with Andolina and Molton re Trust and related issues. | 1.00 | 1745.00 | $1,745.00 |
| 01/26/2023 | RMP | PI | Telephone conference with Molton re Trust issues. | 0.40 | 1745.00 | $698.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     15

BSA - Committee

Invoice 132109

85353    -00002

February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/27/2023 | RMP | PI | Participate on call with Andolina re next steps re trust funding. | 0.40 | 1745.00 | $698.00 |
| 01/27/2023 | RMP | PI | Telephone conferences with Judge Houser and Molton re Trust issues. | 0.90 | 1745.00 | $1,570.50 |
| 01/27/2023 | RMP | PI | Review issues related to process necessary to appoint R Roth as claims administrator. | 0.90 | 1745.00 | $1,570.50 |
| 01/27/2023 | RMP | PI | Review R Roth notice. | 0.40 | 1745.00 | $698.00 |
| 01/28/2023 | RMP | PI | Attend Brown Rudnick and PSZJ team conference call re advance funding motion. | 0.50 | 1745.00 | $872.50 |
| 01/29/2023 | RMP | PI | Review and comment on advance funding motion. | 0.60 | 1745.00 | $1,047.00 |
| 01/30/2023 | RMP | PI | Review Advance Funding Motion by co-proponents and respond with comments to same. | 0.70 | 1745.00 | $1,221.50 |
| 01/30/2023 | RMP | PI | Review and respond to e-mails from Molton re Claims Administrator issues. | 0.30 | 1745.00 | $523.50 |
| 01/30/2023 | RMP | PI | Review BSA revisions to Advance Funding Motion. | 1.00 | 1745.00 | $1,745.00 |
| 01/31/2023 | RMP | PI | Review Trust tax issues and e-mails from B. Kelly re same. | 0.30 | 1745.00 | $523.50 |
| 01/31/2023 | RMP | PI | Review and respond to D. Molton e-mails re budget issues. | 0.30 | 1745.00 | $523.50 |
| 01/31/2023 | RMP | PI | Review proposed revisions to Trust Agreement. | 0.30 | 1745.00 | $523.50 |
| 01/31/2023 | RMP | PI | Review Houser comments re Motion and review and respond to e-mails same. | 0.40 | 1745.00 | $698.00 |
| 01/31/2023 | RMP | PI | Review and respond to T Patterson e-mails re budget. | 0.30 | 1745.00 | $523.50 |
| 02/01/2023 | DG | PI | Confer with B. Kelley re: changes to Trust Agreement (.3); review FCR edits (.4) and email to B. Kelley (.1); review consolidated changes (.5) | 1.30 | 1425.00 | $1,852.50 |
| 02/01/2023 | RMP | PI | Telephone conference with Kennedy re Trust issues. | 0.40 | 1745.00 | $698.00 |
| 02/02/2023 | DG | PI | Emails with Laura Baccash re: trust funding motion | 0.20 | 1425.00 | $285.00 |
| 02/02/2023 | RMP | PI | Review revised Trust Agreement. | 0.30 | 1745.00 | $523.50 |
| 02/02/2023 | RMP | PI | Telephone conference with Molton re Advance Funding Motion. | 0.20 | 1745.00 | $349.00 |
| 02/02/2023 | RMP | PI | Draft e-mail to Molton and respond to same re Advance Funding motion. | 0.30 | 1745.00 | $523.50 |

Pachulski Stang Ziehl & Jones LLP
BSA - Committee
85353    -00002

Page:    16
Invoice 132109
February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2023 | RMP | PI | Telephone conference with D Grassgreen re Advance Funding Motion. | 0.30 | 1745.00 | $523.50 |
| 02/06/2023 | DG | PI | Analyze markup and cases cited by BSA re: trust funding (1.4); call with BSA and Coalition counsel re: trust funding (1.1); call with R. Pachulski re trust funding (.3). | 2.80 | 1425.00 | $3,990.00 |
| 02/06/2023 | RMP | PI | Conference call with BSA and Coalition re funding issues. | 1.10 | 1745.00 | $1,919.50 |
| 02/06/2023 | RMP | PI | Review and respond to Brown Rudnick e-mails re Trust issues. | 0.30 | 1745.00 | $523.50 |
| 02/07/2023 | DG | PI | Call with FCR counsel re: trust funding | 0.30 | 1425.00 | $427.50 |
| 02/07/2023 | DG | PI | Email to J. Lucas re: trust funding | 0.30 | 1425.00 | $427.50 |
| 02/07/2023 | RMP | PI | Telephone conference with Molton re Trust status. | 0.30 | 1745.00 | $523.50 |
| 02/08/2023 | DG | PI | Emails with B. Kelley and K. Enos re: release documents/trust | 0.20 | 1425.00 | $285.00 |
| 02/08/2023 | DG | PI | Revise Trust Funding Motion (1.3); call with Barbara Kelly re: same (.3); emails with SCC re: trust funding (.2); emails with J. Lucas re: same (.1) | 1.90 | 1425.00 | $2,707.50 |
| 02/08/2023 | DG | PI | Complete revision of Trust Funding Motion | 2.70 | 1425.00 | $3,847.50 |
| 02/08/2023 | RMP | PI | Review and respond to e-mails re Advance Funding Motion from Judge Houser and D Molton. | 0.60 | 1745.00 | $1,047.00 |
| 02/08/2023 | RMP | PI | Telephone conferences with State Court Counsel re Advance Funding Motion. | 0.60 | 1745.00 | $1,047.00 |
| 02/08/2023 | RMP | PI | Review and edit Advance Funding Motion draft. | 0.60 | 1745.00 | $1,047.00 |
| 02/08/2023 | RMP | PI | Review Plan B funding motion and comments re same. | 0.60 | 1745.00 | $1,047.00 |
| 02/10/2023 | DG | PI | Work on advance funding motion including alternative form of motion (1.3); emails with B. Kelly re: same (.2); emails with J. Houser re: same (.1) | 1.60 | 1425.00 | $2,280.00 |
| 02/10/2023 | RMP | PI | Review and respond to e-mails re Advance Funding Motion and to revisions to same. | 0.70 | 1745.00 | $1,221.50 |
| 02/13/2023 | DG | PI | Work on advance funding motion including review of  BSA markup (.5); call with R. Pachulski, B. Kelly and D. Molton re: next steps and revised documents (1); respond to emails from B. Kelly re: strategy (.2); review further markup and provide | 2.40 | 1425.00 | $3,420.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    17

BSA - Committee

Invoice 132109

85353    -00002

February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | comments thereto (.7) | | | |
| 02/13/2023 | RMP | PI | Conference call with Kelly, Molton and D Grassgreen re Advance Funding Motion. | 1.00 | 1745.00 | $1,745.00 |
| 02/13/2023 | RMP | PI | Review and comment on revised draft of advanced funding motion. | 0.30 | 1745.00 | $523.50 |
| 02/13/2023 | JWL | PI | Call with Houser, PSZJ and Brown Rudnick regarding trust related issues (.9); | 0.90 | 1095.00 | $985.50 |
| 02/14/2023 | DG | PI | Emails to and from Judge Houser re: comments to revised motion and status (.2); call with Barbara Kelly re: final markup (.3); review revised motion (.5); emails with BSA representatives re: same (.1) | 1.10 | 1425.00 | $1,567.50 |
| 02/14/2023 | RMP | PI | Review and respond to e-mails re advance funding motion. | 0.40 | 1745.00 | $698.00 |
| 02/14/2023 | JEO | PI | Email with John Lucas and Malhar Pagay regarding Makeda Murray Local Council Certifications | 0.30 | 1145.00 | $343.50 |
| 02/15/2023 | RMP | PI | Conference with State Court Counsel re plan update. | 0.60 | 1745.00 | $1,047.00 |
| 02/16/2023 | DG | PI | Revise alternative (non-debtor) version of Plan Funding Motion (1.3); emails with Jane Motter (.1) and B. Kelly (.1) re: same; review further markup from Motter (.3); revise further (.4) | 2.20 | 1425.00 | $3,135.00 |
| 02/16/2023 | RMP | PI | Review e-mails re advance funding motion. | 0.20 | 1745.00 | $349.00 |
| 02/17/2023 | DG | PI | Emails from M. Andolina, R. Pachulski and D. Molton re:BSA response to advance funding motion and Houser declaration in support (.2) | 0.20 | 1425.00 | $285.00 |
| 02/17/2023 | RMP | PI | Review Plan B Advance Funding Motion and commenting to edits. | 0.40 | 1745.00 | $698.00 |
| 02/20/2023 | AJK | PI | Respond to R. Pachulski email re substantial contribution issues. | 0.40 | 1525.00 | $610.00 |
| 02/20/2023 | DG | PI | Call with Brown Rudnick team and R. Pachulski re: next steps on Trust Funding Motion | 1.00 | 1425.00 | $1,425.00 |
| 02/20/2023 | RMP | PI | Conference call with D Grassgreen and Brown Rudnick re Trust next steps. | 1.00 | 1745.00 | $1,745.00 |
| 02/21/2023 | DG | PI | Edit Houser Declaration in support of Plan Funding Motion | 0.60 | 1425.00 | $855.00 |
| 02/21/2023 | RMP | PI | Review and consider Judge Houser draft declaration re trust advance. | 0.20 | 1745.00 | $349.00 |
| 02/22/2023 | DG | PI | Review BSA markup of trust funding motion and | 0.80 | 1425.00 | $1,140.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    18

BSA - Committee

Invoice 132109

85353    -00002

February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | proposal for funding (.3); call with R. Pachulski re: same (.5); | | | |
| 02/22/2023 | RMP | PI | Review and respond to e-mails re advance funding motion. | 0.30 | 1745.00 | $523.50 |
| 02/22/2023 | RMP | PI | Review and analyze substantial edits to Advance Funding Motion. | 0.60 | 1745.00 | $1,047.00 |
| 02/23/2023 | DG | PI | Call with D. Molton, B. Kelly, R. Pachulski  and Judge Houser re: Trust Funding motion revisions in response to BSA | 0.80 | 1425.00 | $1,140.00 |
| 02/23/2023 | RMP | PI | Conference call with D Grassgreen and BR team and Judge Houser re Trust-related issues. | 0.80 | 1745.00 | $1,396.00 |
| 02/23/2023 | RMP | PI | Telephone conferences with Andolina and Molton re Trust issues. | 0.30 | 1745.00 | $523.50 |
| 02/23/2023 | RMP | PI | E-mails with D Grassgreen re Advance Funding Motion. | 0.20 | 1745.00 | $349.00 |
| 02/24/2023 | DG | PI | Work on revisions to funding motion to include PSZJ funding (.5); call with R. Pachulski re same (.3); revise supporting documents (.4); emails with J. Motter re: same (.2); review further revised motion and finalize (.5); multiple emails with B. Kelly re: same (.3) | 2.20 | 1425.00 | $3,135.00 |
| 02/24/2023 | RMP | PI | Telephone conferences with SCC counsel re Advance Funding Motion. | 1.30 | 1745.00 | $2,268.50 |
| 02/24/2023 | RMP | PI | Review revised Advance Funding Motion and comment on same. | 0.40 | 1745.00 | $698.00 |
| 02/24/2023 | RMP | PI | Telephone conferences with D. Grassgreen re Advance Funding Motion. | 0.30 | 1745.00 | $523.50 |
| 02/24/2023 | RMP | PI | Review and comment on revised Houser declaration. | 0.10 | 1745.00 | $174.50 |
| 02/24/2023 | JWL | PI | Call with T. Patterson regarding trust issues (.2); | 0.20 | 1095.00 | $219.00 |
| 02/25/2023 | DG | PI | Review and comment on revised Funding Motion and Whitman declaration (.4); call with R. Pachulski re: same (.3) | 0.70 | 1425.00 | $997.50 |
| 02/25/2023 | RMP | PI | Review and comment on revised funding motion. | 0.30 | 1745.00 | $523.50 |
| 02/27/2023 | AJK | PI | Review advance funding motion and e-mails re same. | 0.30 | 1525.00 | $457.50 |
| 02/27/2023 | DG | PI | Call with Coalition attorneys re: Trust funding motion (.4); emails with Debtors re: timing and notice to plan supporters (.2); call with PSZJ and | 1.40 | 1425.00 | $1,995.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    19

BSA - Committee

Invoice 132109

85353    -00002

February 28, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | State Court counsel re: status of motion (.8). | | | |
| 02/27/2023 | MSP | PI | Email exchange with J. O'Neill, R. Pachulski, D. Grassgreen, et al. re: trust funding motion. | 0.10 | 1095.00 | $109.50 |
| 02/27/2023 | RMP | PI | Conference with D Grassgreen and J Lucas re Trust Motion with SCC. | 0.80 | 1745.00 | $1,396.00 |
| 02/27/2023 | RMP | PI | Review and respond to e-mails re Trust Motion. | 0.50 | 1745.00 | $872.50 |
| 02/27/2023 | RMP | PI | Review additional edits and comment on Advance Funding Motion. | 0.30 | 1745.00 | $523.50 |
| 02/27/2023 | RMP | PI | Deal with final Trust Motion issues. | 0.30 | 1745.00 | $523.50 |
| 02/27/2023 | JEO | PI | Review Joint Motion to Fund Trust (.4) and email with Debtors' counsel to confirm authorization to sign (.2) | 0.80 | 1145.00 | $916.00 |
| 02/27/2023 | JWL | PI | Call with R. Pachulski, D. Grassgreen, and TCC STAC members regarding trust motion (.8); emails with R. Pachulski and D. Grassgreen re trust motion and paln supporters (.5); | 1.30 | 1095.00 | $1,423.50 |
| 02/28/2023 | DG | PI | Research and review  proposed Trust professional lists in connection with Advance Funding Motion (.7); correspondence with committee and State Court Counsel re: Advance Funding Motion (.2) | 0.90 | 1425.00 | $1,282.50 |
| 02/28/2023 | JEO | PI | Review final version of Joint Motion of the Debtors, Official Committee of Tort Claimants, Future Claimants Representative, and Coalition of Abused Scouts for Justice, Pursuant to 11 U.S.C. §§ 105(A) and 363(B), for Entry of an Order (I) Authorizing the Debtors to Advance Funding to Facilitate the Establishment of the Settlement Trust, (II) Authorizing the PSZJ Firm to Advance Funding Under the PSZJ Contribution to Facilitate the Establishment of the Settlement Trust, (III) Authorizing the Future Settlement Trustee and Claims Administrators to Begin Preparatory Work, and (IV) Granting Related Relief | 0.70 | 1145.00 | $801.50 |
| | | | | **61.60** | | **$96,441.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                    **$347,344.25**

Pachulski Stang Ziehl & Jones LLP

Page:     20
BSA - Committee
Invoice 132109
85353    -00002
February 28, 2023

---

### Expenses

| | | | |
|---|---|---|---:|
| 02/01/2023 | PO | Postage DE | 3.42 |
| 02/01/2023 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 02/01/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/01/2023 | RE2 | SCAN/COPY ( 116 @0.10 PER PG) | 11.60 |
| 02/01/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/01/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/01/2023 | RE2 | SCAN/COPY ( 108 @0.10 PER PG) | 10.80 |
| 02/01/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/01/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/06/2023 | AF | Air Fare [E110] American Airlines, Tkt.#0012369768762, From SFO/PHL/SFO, JWL | 1,350.00 |
| 02/06/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/06/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/06/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/06/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/06/2023 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 02/06/2023 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 02/06/2023 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 02/06/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/06/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/06/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 02/06/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/06/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/06/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/06/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/06/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/06/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 02/06/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/06/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 02/06/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/06/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/07/2023 | AT | Auto Travel Expense [E109]   KLS Worldwide Chauffeured Services, Inv. 3006311, From Residence to LAX, AJK | 158.00 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    -00002

| | | | |
|---|---|---|---|
| 02/07/2023 | AT | Auto Travel Expense [E109]  KLS Worldwide Chauffeured Services, Inv. 3006311, From PHL to Hotel DuPont, AJK | 220.00 |
| 02/07/2023 | HT | Hotel Expense [E110] Hotel DuPont, 3 nights, AJK | 986.70 |
| 02/07/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 02/07/2023 | RE2 | SCAN/COPY ( 281 @0.10 PER PG) | 28.10 |
| 02/08/2023 | AT | Auto Travel Expense [E109] Uber Transportation Service, JWL | 45.89 |
| 02/08/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/09/2023 | AT | Auto Travel Expense [E109] Verifone Transporaation Service, JWL | 70.14 |
| 02/09/2023 | DC | 85353.00002 Advita Charges for 02-09-23 | 163.39 |
| 02/09/2023 | DC | 85353.00002 Advita Charges for 02-09-23 | 32.00 |
| 02/09/2023 | HT | Hotel Expense [E110] Hotel DuPont, 1 nights, AJK (J.Humphrey hotel) | 328.90 |
| 02/09/2023 | LN | 85353.00002 Lexis Charges for 02-09-23 | 31.33 |
| 02/09/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/09/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 02/09/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/09/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/09/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/09/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/10/2023 | AT | Auto Travel Expense [E109]  KLS Worldwide Chauffeured Services, Inv. 3006311, From PSZJ DE office to PHL, AJK | 247.52 |
| 02/10/2023 | AT | Auto Travel Expense [E109] KLS Worldwide Chauffeured Services, Inv. 3006311, From LAX to Residence, AJK | 228.51 |
| 02/10/2023 | BM | Business Meal [E111] Bardea Steak House, working dinner (6 people), JWL | 330.00 |
| 02/10/2023 | DC | 85353.00002 Advita Charges for 02-10-23 | 136.84 |
| 02/10/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/10/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/10/2023 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | 6.90 |
| 02/10/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/10/2023 | RE2 | SCAN/COPY ( 197 @0.10 PER PG) | 19.70 |
| 02/10/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/10/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/10/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/10/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/10/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP

Page:    22

BSA - Committee

Invoice 132109

85353    -00002

February 28, 2023

| 02/10/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
|---|---|---|---|
| 02/11/2023 | AT | Auto Travel Expense [E109] Uber Transportation Service, JWL | 94.50 |
| 02/11/2023 | AT | Auto Travel Expense [E109] Uber Transportation Service, JWL | 42.49 |
| 02/12/2023 | AT | Auto Travel Expense [E109] Uber Transportation Service, JWL | 24.92 |
| 02/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/13/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/13/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/13/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/13/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 02/13/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/13/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/13/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 02/14/2023 | HT | Hotel Expense [E110] Hotel Dupont, 2 nights, JWL | 657.80 |
| 02/15/2023 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | 6.90 |
| 02/15/2023 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 02/15/2023 | RE2 | SCAN/COPY ( 192 @0.10 PER PG) | 19.20 |
| 02/16/2023 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 02/17/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 02/20/2023 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 02/20/2023 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | 6.20 |
| 02/20/2023 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 02/21/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/21/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/21/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/21/2023 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 02/21/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 02/21/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/21/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/21/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/21/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/21/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

BSA - Committee

85353    -00002

Page:    23

Invoice 132109

February 28, 2023

| 02/23/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
|---|---|---|---|
| 02/23/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 02/24/2023 | PO | Postage DE | 3.42 |
| 02/24/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/24/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/24/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/24/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/24/2023 | RE2 | SCAN/COPY ( 112 @0.10 PER PG) | 11.20 |
| 02/24/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 02/24/2023 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/24/2023 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 02/24/2023 | RE2 | SCAN/COPY ( 52 @0.10 PER PG) | 5.20 |
| 02/27/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 02/27/2023 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 02/27/2023 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | 5.30 |
| 02/28/2023 | OS | Everlaw, Inv. 76005, BSA Local Councils database for the month of February | 3,030.00 |
| 02/28/2023 | PAC | Pacer - Court Research | 290.00 |

**Total Expenses for this Matter**                    **$8,674.57**

Pachulski Stang Ziehl & Jones LLP
BSA - Committee
85353    -00002

Page:    24
Invoice 132109
February 28, 2023

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**    **02/28/2023**

| | |
|---|---|
| **Total Fees** | **$347,344.25** |
| **Total Expenses** | **8,674.57** |
| **Total Due on Current Invoice** | **$356,018.82** |

**Outstanding Balance from prior invoices as of**    **02/28/2023**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124829 | 03/31/2020 | $776,257.50 | $6,064.88 | $77,225.75 |
| 124887 | 04/30/2020 | $644,670.50 | $3,045.94 | $64,467.05 |
| 125106 | 06/12/2020 | $659,618.50 | $3,681.07 | $86,211.20 |
| 125539 | 06/30/2020 | $475,879.50 | $5,651.98 | $47,587.95 |
| 125735 | 07/31/2020 | $678,423.50 | $6,612.09 | $67,942.35 |
| 125834 | 08/31/2020 | $658,721.00 | $31,478.15 | $132,144.20 |
| 126305 | 09/30/2020 | $588,902.00 | $15,777.88 | $117,780.40 |
| 126536 | 10/31/2020 | $666,283.50 | $19,826.31 | $133,256.70 |
| 126917 | 11/30/2020 | $504,479.00 | $11,755.14 | $100,895.80 |
| 127218 | 12/31/2020 | $837,406.00 | $12,415.20 | $167,481.20 |
| 127391 | 01/31/2021 | $901,667.00 | $19,291.93 | $180,333.40 |
| 127727 | 02/28/2021 | $763,250.00 | $9,386.00 | $152,647.30 |
| 127893 | 03/31/2021 | $1,125,268.50 | $27,728.90 | $224,942.70 |
| 128145 | 04/30/2021 | $1,193,655.50 | $18,802.13 | $238,721.60 |
| 128328 | 05/31/2021 | $1,517,191.50 | $47,494.45 | $303,438.30 |
| 128709 | 06/30/2021 | $1,623,890.75 | $16,089.84 | $324,778.15 |
| 128750 | 07/31/2021 | $784,586.00 | $25,808.76 | $156,917.20 |
| 128963 | 08/30/2021 | $863,107.25 | $24,494.57 | $172,621.45 |

Pachulski Stang Ziehl & Jones LLP
BSA - Committee
85353    -00002

| 129089 | 09/30/2021 | $1,347,686.00 | $31,703.72 | $269,537.20 |
|---|---|---|---|---|
| 129229 | 10/31/2021 | $1,927,818.75 | $35,083.66 | $1,650,085.44 |
| 129778 | 11/30/2021 | $2,834,590.00 | $75,875.16 | $801,254.30 |
| 129960 | 12/31/2021 | $3,471,583.25 | $110,984.73 | $983,141.78 |
| 130198 | 01/31/2022 | $3,328,042.75 | $135,647.33 | $945,416.70 |
| 130297 | 02/28/2022 | $2,515,468.50 | $74,618.51 | $711,793.03 |
| 130345 | 03/31/2022 | $2,359,943.50 | $137,781.85 | $674,562.37 |
| 130559 | 04/30/2022 | $1,213,670.50 | $74,918.10 | $347,319.55 |
| 130630 | 05/31/2022 | $170,855.00 | $14,364.76 | $49,275.88 |
| 130715 | 06/30/2022 | $150,519.00 | $33,632.40 | $45,508.56 |
| 130862 | 07/31/2022 | $209,890.00 | $52,336.93 | $63,579.61 |
| 130924 | 08/31/2022 | $837,977.00 | $24,429.05 | $237,076.47 |
| 131046 | 09/30/2022 | $372,172.00 | $28,275.53 | $107,035.71 |
| 131233 | 10/31/2022 | $107,748.50 | $25,613.08 | $32,730.89 |
| 131440 | 11/30/2022 | $746,601.50 | $7,648.90 | $209,813.31 |
| 131641 | 12/31/2022 | $535,802.00 | $5,815.07 | $150,606.07 |
| 131782 | 01/31/2023 | $411,638.50 | $6,225.16 | $417,863.66 |

**Total Amount Due on Current and Prior Invoices:**          **$10,802,012.05**