# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## OMNIBUS HEARINGS ORDER

**IT IS HEREBY ORDERED** that the following omnibus hearings have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| May 24, 2023 | 10:00 a.m. (ET) |
| June 22, 2023 | 10:00 a.m. (ET) |
| July 20, 2023 | 10:00 a.m. (ET) |

**Dated: April 13th, 2023**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**