**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 19, 2023, AT 10:00 A.M. EASTERN TIME

> **This hearing will be conducted in-person. Any exceptions must be approved by Chambers. Parties may observe the hearing remotely by registering with the Zoom link below no later than April 19, 2023, at 8:00 a.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsfuqprDspHXdbRPTd0fYN_1ebjiD6sJ0**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **Topic: Boy Scouts of America**
>
> **Time:  April 19, 2023, at 10:00 a.m. Eastern Time (US and Canada)**

ADJOURNED MATTER:

1.    Motion (I) to Allow Substantial Contribution Claim of the Roman Catholic Ad Hoc Committee and (II) for Waiver of Certain Requirements of Local Rule 2016-2 (D.I. 10815, filed 12/29/22).

Objection Deadline:   January 12, 2023, at 4:00 p.m. (ET); extended to January 31, 2023, for the Lujan Claimants and the Office of the United States Trustee.

Responses Received:

a)    Lujan Claimants' Limited Objection and Joinder in U.S. Trustee's Objection to Motion (I) to Allow Substantial Contribution Claim of the Roman Catholic Ad Hoc

---

[1]    The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Committee and (II) for Waiver of Certain Requirements of Local Rule 2016-2, and Reservation of Rights (D.I. 10942, filed 01/31/23); and

b)      United States Trustee's Omnibus Objection to Payment of Compensation and Reimbursement of Expenses for Movants filed December 29, 2022 (D.I. 10944, filed 01/31/23).

Related Pleadings:      None.

Status: The parties have agreed to adjourn this matter to the omnibus hearing scheduled for May 24, 2023.

MATTER UNDER CERTIFICATION:

2.      Debtors' Sixth Omnibus (Substantive) Objection to Certain (I) Misclassified Claim, Reduce and Allow Claim and (II) Reduce and Allow Claim (Non-Abuse Claims) (D.I. 10783, filed 12/20/22).

Objection Deadline:    January 10, 2023, at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)      Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Sixth Omnibus (Substantive) Objection to Certain (I) Misclassified Claim, Reduce and Allow Claim and (II) Reduce and Allow Claim (Non-Abuse Claims) and Debtors' Seventh Omnibus (Non-Substantive) Objection to Certain Amended and Superseded Claims (Non-Abuse Claims) (D.I. 10839, filed 01/05/23);

b)      Order Sustaining Debtors' Sixth Omnibus (Substantive) Objection to Certain (I) Misclassified Claim, Reduce and Allow Claim and (II) Reduce and Allow Claim (Non-Abuse Claims) (D.I. 10883, filed 01/18/23); and

c)      Certification of Counsel Regarding Debtors' Sixth Omnibus (Substantive) Objection to Certain (I) Misclassified Claim, Reduce and Allow Claim and (II) Reduce and Allow Claim (Non-Abuse Claims) (D.I. 11112, filed 04/14/23).

Status: An order was entered with respect to Claim No. 342-1073.  No hearing on this claim is necessary.  With respect to Claim No. 343-38, the Debtors filed a Certification of Counsel and proposed order reflecting the consensual resolution of the claim objection between the Debtors and FedEx.  Accordingly, no hearing on this matter is necessary unless the Court has questions.

<u>MATTERS GOING FORWARD</u>:

3.     Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (<u>D.I. 10808</u>, filed 12/29/22).

<u>Objection Deadline</u>:   January 12, 2023, at 4:00 p.m. (ET); extended to January 31, 2023, for the Lujan Claimants and the Office of the United States Trustee.

<u>Responses Received</u>:

a)     Response of The Official Committee of Tort Claimants to the Motions by the Coalition and Pfau/Zalkin for Payment of Restructuring Expenses (<u>D.I. 10861</u>, filed 01/12/23);

b)     Lujan Claimants' Limited Objection and Joinder in U.S. Trustee's Objection to Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses, and Reservation of Rights (<u>D.I. 10941</u>, filed 01/31/23); and

c)     United States Trustee's Omnibus Objection to Payment of Compensation and Reimbursement of Expenses for Movants filed December 29, 2022 (<u>D.I. 10944</u>, filed 01/31/23).

<u>Related Pleadings</u>:

a)     Amended Notice of Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (<u>D.I. 10816</u>, filed 12/30/22);

b)     Notice of Corrected Exhibit C-4 to Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (<u>D.I. 10911</u>, filed 01/24/23);

c)     Re-Notice of Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (<u>D.I. 10982</u>, filed 02/15/23);

d)     Certification of Counsel Regarding the Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (<u>D.I. 11092</u>, filed 04/10/23);

e)     Omnibus Reply in Support of Motion of The Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of The Coalition Restructuring Expenses (<u>D.I. 11107</u>, filed 04/14/23); and

f)     United States Trustee's Omnibus Response Regarding Consensual Resolution of Objection to Payment of Compensation and Reimbursement of Expenses for Movants filed December 29, 2022 (D.I. 11111, filed 04/14/23).

Status: This matter is going forward.

4.     Motion of Pfau Cochran Vertetis Amala PLLC and The Zalkin Law Firm, P.C. for an Order Pursuant to Bankruptcy Code Section 363(b), 1129(a)(4), and 503(b) Allowing Payment or Reimbursement of the Pfau/Zalkin Restructuring Expenses by the Settlement Trust (D.I. 10809, filed 12/29/22).

Objection Deadline:   January 12, 2023, at 4:00 p.m. (ET); extended to January 31, 2023, for the Lujan Claimants and the Office of the United States Trustee.

Responses Received:

a)     Response of The Official Committee of Tort Claimants to the Motions by the Coalition and Pfau/Zalkin for Payment of Restructuring Expenses (D.I. 10861, filed 01/12/23);

b)     United States Trustee's Omnibus Objection to Payment of Compensation and Reimbursement of Expenses for Movants filed December 29, 2022 (D.I. 10944, filed 01/31/23); and

c)     Declaration of Richard M. Pachulski in Connection with the Motion of Pfau Cochran Vertetis Amala PLLC and The Zalkin Law Firm, P.C. for an Order Pursuant to Bankruptcy Code Section 363(b), 1129(a)(4), and 503(b) Allowing Payment or Reimbursement of the Pfau/Zalkin Restructuring Expenses by the Settlement Trust (D.I. 11091, filed 04/10/23).

Related Pleadings:

a)     Certification of Counsel Regarding the Motion of Pfau Cochran Vertetis Amala PLLC and The Zalkin Law Firm, P.C. for an Order Pursuant to Bankruptcy Code Section 363(b), 1129(a)(4), and 503(b) Allowing Payment or Reimbursement of the Pfau/Zalkin Restructuring Expenses by the Settlement Trust (D.I. 11093, filed 04/11/23);

b)     Reply of Pfau Cochrain Vertetis Amala PLLC and The Zalkin Law Firm, P.C. in Support of Motion for an Order Pursuant to Bankruptcy Code Section 363(b), 1129(a)(4), and 503(b) Allowing Payment or Reimbursement of the Pfau/Zalkin Restructuring Expenses by the Settlement Trust (D.I. 11108, filed 04/14/23); and

c)     United States Trustee's Omnibus Response Regarding Consensual Resolution of Objection to Payment of Compensation and Reimbursement of Expenses for Movants filed December 29, 2022 (D.I. 11111, filed 04/14/23).

Status: This matter is going forward.

5.      Joint Motion of the Debtors, Official Committee of Tort Claimants, Future Claimants'
Representative, and Coalition of Abused Scouts for Justice, Pursuant to 11 U.S.C.
§§ 105(A) and 363(B), for Entry of an Order (I) Authorizing the Debtors to Advance
Funding to Facilitate the Establishment of the Settlement Trust, (II) Authorizing the PSZJ
Firm to Advance Funding Under the PSZJ Contribution to Facilitate the Establishment of
the Settlement Trust, (III) Authorizing the Future Settlement Trustee and Claims
Administrators to Begin Preparatory Work, and (IV) Granting Related Relief (D.I. 11010,
filed 02/28/23).

Objection Deadline:    March 14, 2023, at 4:00 p.m. (ET).

Responses Received:

a)      Certain Insurers' Objection to Motion for Entry of an Order Authorizing
Advancement of Funding and Preparatory Work (D.I. 11030, filed 03/14/23);

b)      Dumas & Vaughn Claimants' Objection to Motion to Authorize Advancement of
Funding and Preparatory Work (D.I. 11032, filed 03/14/23); and

c)      Lujan Claimants' Objection to Joint Motion of the Debtors, Official Committee of
Tort Claimants, Future Claimants' Representative, and Coalition of Abused Scouts
for Justice, Pursuant to 11 U.S.C. §§ 105(A) and 363(B), for Entry of an Order
(I) Authorizing the Debtors to Advance Funding to Facilitate the Establishment of
the Settlement Trust, (II) Authorizing the PSZJ Firm to Advance Funding Under
the PSZJ Contribution to Facilitate the Establishment of the Settlement Trust,
(III) Authorizing the Future Settlement Trustee and Claims Administrators to Begin
Preparatory Work, and (IV) Granting Related Relief; Joinder in Objection of D&V
Claimants (D.I. 11033, filed 03/14/23).

Related Pleadings:

a)      Omnibus Reply of Official Committee of Tort Claimants, Future Claimants'
Representative, and Coalition of Abused Scouts for Justice in Support of Joint
Motion of the Debtors, Official Committee of Tort Claimants, Future Claimants'
Representative, and Coalition of Abused Scouts for Justice, Pursuant to 11 U.S.C.
§§ 105(A) and 363(B), for Entry of an Order (I) Authorizing the Debtors to
Advance Funding to Facilitate the Establishment of the Settlement Trust,
(II) Authorizing the PSZJ Firm to Advance Funding Under the PSZJ Contribution
to Facilitate the Establishment of the Settlement Trust, (III) Authorizing the Future
Settlement Trustee and Claims Administrators to Begin Preparatory Work, and
(IV) Granting Related Relief (D.I. 11109, filed 04/14/23); and

b)      Debtors' Statement Regarding Joint Motion of the Debtors, Official Committee of
Tort Claimants, Future Claimants' Representative, and Coalition of Abused Scouts
for Justice, Pursuant to 11 U.S.C. §§ 105(a) and 363(b), for Entry of an Order
(I) Authorizing the Debtors to Advance Funding to Facilitate the Establishment of
the Settlement Trust, (II) Authorizing the PSZJ Firm to Advance Funding Under
the PSZJ Contribution to Facilitate the Establishment of the Settlement Trust,

(III) Authorizing the Future Settlement Trustee and Claims Administrators to Begin Preparatory Work, and (IV) Granting Related Relief (D.I. 11110, filed 04/14/23).

Status: The Debtors are movants, but are not proceeding at this hearing with respect to this matter for the reason set forth in the Debtors' statement dated April 14, 2023 [D.I. 1110]. However, the TCC, FCR and Coalition intend to go forward with respect to this matter.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 17, 2023
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Paige N. Topper*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com

– and –

**WHITE & CASE LLP**

Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com
        laura.baccash@whitecase.com
        blair.warner@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION