# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> BOY SCOUTS OF AMERICA AND ) <br> DELAWARE BSA, LLC, et al.[1], ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br> (Jointly Administered) <br><br> Objection Deadline: May 31, 2023, at 4:00 p.m. (ET) <br> Hearing Date: June 22, 2023, at 10:00 a.m. (ET) |

## NOTICE OF MOTION FOR AN ORDER AUTHORIZING
## THE LATE FILING OF PROOF OF CLAIMS

TO: All Persons on the Service List

PLEASE TAKE NOTICE that this day, the KH on behalf of decedent AH (Washington), ZM (Alabama/Florida), and DT (Kansas) filed their *Motion for an Order Authorizing the Late Filing of a Proof of Claim* (hereafter the "Motion") which seeks the following relief: an order permitting the Movants to file a proof of claim, deeming such claim, to be timely filed, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion, must be: (a) filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, by May 31, 2023, at 4:00 p.m. (ET) (the "Objection Deadline"); and (b) must be served so as to be received on or before the Objection Deadline by:

Bernard G. Conway, Esquire
**Conaway-Legal LLC**
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-9350 (t)
Facsimile: (302) 364-0137 (f)

**A HEARING ON THE MOTION WILL BE HELD, AS NECESSAY, ON JUNE 22, 2023 AT 10:00 AM AT THE US BANKRUPTCY COURT, 824 MARKET ST., 6TH FL., COURTROOM #2, WILMINGTON, DELAWARE ONLY  ONLY TO AN**

---

[1] The Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

OBJECTING PARTY OR PARTIES, IF ANY

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING

DATED: May 10, 2023
         Wilmington, DE

**CONAWAY LEGAL LLC**

*/s/ Bernard G. Conaway*
Bernard G. Conaway, Esquire (DE 2856)
1007 North Orange Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-9350
Facsimile: (844) 364-0137
Email: bgc@conaway-legal.com

*Counsel for the Movants KH on behalf of decedent AH (Washington), ZM (Alabama/Florida), and DT (Kansas)*