**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- X
                                                        :
In re:                                                  :   Chapter 11
                                                        :
Boy Scouts of America and                               :   Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]                                    :
                                                        :   (Jointly Administered)
                                     Debtors.           :   **Objection Deadline: June 7, 2023 at 4:00 p.m. (ET)**
                                                        :
------------------------------------------------------- X

**NOTICE OF COMBINED TWENTY-NINTH MONTHLY AND TWELFTH INTERIM FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2022 THROUGH APRIL 19, 2023**

PLEASE TAKE NOTICE that on May 24, 2023 Kramer Levin Naftalis & Frankel LLP filed the *Combined Twenty-Ninth Monthly and Twelfth Interim Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period November 1, 2022 through April 19, 2023* (the "**Application**") seeking interim approval of fees in the amount of $47,325.50 and reimbursement of expenses in the amount of $186.35 for the period from November 1, 2022 through April 19, 2023.  The Application was filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

The Application is submitted pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

- 1 -

*Reimbursement for Official Committee Members and (II) Granting Related Relief* [Dkt. No. 341] (the "**Interim Compensation Order**") and the *Order Amending the Order Approving Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Dkt. No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**").

You are required to file a response to the Application on or before **June 7, 2023, at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by that time by: (i) the Debtors, Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) counsel to the Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020, Attn: Jessica C.K. Boelter, and White & Case, LLP, 111 South Wacker Drive, Suite 5100, Chicago, IL 60606, Attn: Matthew E. Linder and Michael C. Andolina; (iii) co-counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Derek C. Abbott; (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder and Hannah M. McCollum; (v) counsel to the Official Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael Ringer and Megan M. Wasson and Reed Smith LLP, 1201 North Market Street, Suite 1500, Wilmington, Delaware 19801, Attn: Kurt F. Gwynne; (vi) counsel to the Tort Claimants' Committee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James F. O'Neill; (vii)

counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Robert S. Brady and Edwin J. Harron; (viii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason and Joseph C. Celentino; (ix) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck and Kristian W. Gluck; and (x) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801 AT A TIME AND DATE TO BE DETERMINED.

Dated:  May 24, 2023

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Draft*
Kurt F. Gwynne (No. 3951)
Mark W. Eckard (No. 4542)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com
E-mail: meckard@reedsmith.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- X
                         :

In re:                        :     Chapter 11
                         :
Boy Scouts of America and      :     Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]          :
                         :     (Jointly Administered)
             Debtors.    :
                         :     **Objection Deadline: June 7, 2023 at 4:00 p.m. (ET)**
                         :
-------------------------------------------------------- X

**COMBINED TWENTY-NINTH MONTHLY AND TWELFTH INTERIM FEE
APPLICATION OF KRAMER LEVIN NAFTALIS &
FRANKEL LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF BOY SCOUTS OF
AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD
<u>FROM NOVEMBER 1, 2022 THROUGH AND INCLUDING APRIL 19, 2023</u>**

| | |
|---|---|
| **Name of Applicant:** | Kramer Levin Naftalis & Frankel LLP |
| **Name of Client:** | Counsel to the Official Committee of Unsecured Creditors of Boy Scouts of America And Delaware BSA, LLC |
| **Time Period Covered by this Application:** | November 1, 2022 through April 19, 2023 |
| **Total Compensation Sought This Period:** | $47,325.50[2] |
| **Total Expenses Sought This Period:** | $186.35[3] |
| **Petition Date:** | February 18, 2020 |
| **Retention Date:** | May 11, 2020 *nunc pro tunc* to March 4, 2020 |
| **Date of Order Approving Employment:** | May 11, 2020 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

[2] In addition to the $2,520.00 discount applied to nonworking travel, Kramer Levin voluntarily reduced its fees by $1,405.50 in fees.

[3] Kramer Levin reduced its expenses by $950.53 during the Compensation Period, both voluntarily and in accordance with the Local Rules of Bankruptcy Procedure for the District of Delaware.

- 1 -

| | |
|---|---|
| **Total Compensation Approved by Interim Order to Date:** | $3,414,323.25 |
| **Total Expenses Approved by Interim Order to Date:** | $61,715.44 |
| **Total Allowed Compensation Paid to Date:** | $3,414,323.25 |
| **Total Allowed Expenses Paid to Date:** | $61,715.44 |
| **Blended Rate in this Application for All Attorneys:** | $885.96 |
| **Blended Rate in this Application for All Timekeepers:** | $843.96 |
| **Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but Not Yet Allowed:** | $0.00 |
| **Expenses Sought in This Application Already Paid Pursuant to a Monthly Compensation Order but Not Yet Allowed:** | $0.00 |
| **Number of Professionals Included in This Application:** | 4 |
| **If Applicable, Number of Professionals in this Application Not Included in Staffing Plan Approved By Client:** | N/A |
| **If Applicable, Difference in Fees Budgeted and Compensation Sought for this Period:** | $2,000,699.00 Below Budgeted Amount |
| **Number of Professionals Billing Fewer than 15 Hours to the Case During this Period:** | 0 |
| **Any Rate Increases Since Retention?** | Yes |

This is an: <u>X</u> interim ___ final application.

### SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD

| Name of Professional Person | Year of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[4] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Ringer, Rachael L. | 2011 | **Partner** Creditors' Rights (Since 2019) | $1,415.00 | 0.50 | $707.50 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,220.00 $1,140.00 | 12.20 2.20 | $14,884.00 $2,058.00 |
| Eisenberger, Gabriel | Not Yet Admitted | **Associate** Creditors' Rights (Since 2021) | $840.00 $785.00 | 21.00 14.00 | $17,640.00 $10,990.00 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $515.00 $480.00 | 4.00 2.20 | $2,060.00 $1,056.00 |
| | | | **TOTAL** | **56.10** | **$47,325.50** |

**Blended Rate: $843.59**

---

[4] This rate is Kramer Levin's regular hourly rate for legal services.  All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred on January 1, 2023).  In addition, the rates for certain associates have increased (as of September 1, 2022) in connection with their yearly step-up in seniority, but this does not constitute a rate increase.

**SUMMARY OF TIME BY BILLING
CATEGORY FOR COMPENSATION PERIOD**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 073427-00002 | Committee Meetings and Communications | 25.80 | $25,131.50 |
| 073427-00007 | Plan/Disclosure Statement Issues | 1.60 | $1,952.00 |
| 073427-00011 | Creditor Communications | 2.20 | $1,804.00 |
| 073427-00017 | Fee Statements and Applications | 8.50 | $5,882.00 |
| 073427-00021 | Hearings and Court Matters | 12.00 | $10,036.00 |
| 073427-00024 | Non-Working Travel | 6.00 | $5,040.00 |
| | **Subtotal** | **56.10** | **$49,845.50** |
| | **Less 50% Non-Working Travel** | | **$2,520.00** |
| | **TOTAL** | **56.10** | **$47,325.50** |

- 4 -

- 5 -

### DISBURSEMENTS AND EXPENSES FOR COMPENSATION PERIOD

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Transcript Fees | Reliable | $53.90 |
| Meals | | $40.00 |
| Local Transportation | | $80.35 |
| Online Research | Pacer | $12.10 |
| **TOTAL** | | **$186.35** |

---

[5] Kramer Levin reduced expenses by $950.53 during the Compensation Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- X
                                                         :
In re:                                                   :   Chapter 11
                                                         :
Boy Scouts of America and                                :   Case No. 20-10343 (LSS)
Delaware BSA, LLC,¹                                       :
                                                         :   (Jointly Administered)
                              Debtors.                    :   Objection Deadline: June 7, 2023 at 4:00 p.m. (ET)
                                                         :
-------------------------------------------------------- X
```

**COMBINED TWENTY-NINTH MONTHLY AND TWELFTH INTERIM FEE**
**APPLICATION OF KRAMER LEVIN NAFTALIS &**
**FRANKEL LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND**
**NECESSARY EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS OF BOY SCOUTS OF**
**AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD**
**FROM NOVEMBER 1, 2022 THROUGH AND INCLUDING APRIL 19, 2023**

In accordance with the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Dkt. No. 341] (the "**Interim Compensation Order**") and the *Order Amending the Order Approving Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and Expense Reimbursement for Official Committee Members* [Dkt. No. 5899] (the "**Amended Interim Compensation Order**," and together with the Interim Compensation Order, the "**Interim Compensation Orders**"), Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), as counsel to the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") in the above-

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

- 1 -

captioned proceedings (the "**Chapter 11 Cases**") of Boy Scouts of America and Delaware BSA, LLC as debtors and debtors in possession (collectively, the "**Debtors**"), hereby submits this combined twenty-ninth monthly and twelfth interim fee application (the "**Application**"), for the allowance of compensation for professional services performed by Kramer Levin for and on behalf of the Creditors' Committee for the period commencing November 1, 2022 through and including April 19, 2023 (the "**Compensation Period**"), and for reimbursement of its actual and necessary expenses incurred during the Compensation Period, pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rules**"), the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**U.S. Trustee Guidelines**"), and the *Order Appointing Fee Examiner and Establishing Related Procedures of the Review of Applications of Retained Professionals* [Dkt. No. 1342] ("the **Fee Examiner Order**").  In support of this Application, Kramer Levin represents as follows:

### JURISDICTION

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.

**PRELIMINARY STATEMENT**

3.      Since its appointment, the Creditors' Committee has played an active and important role in these Chapter 11 Cases, with its continued efforts during the Compensation Period primarily focused on: (1) reviewing filings in the various confirmation-related appeals, and discussing the same with the Creditors' Committee, (2) preparing for the effective date of the Debtors' plan of reorganization, (3) discussing case issues with creditors, and (4) attending oral argument in the confirmation-related appeals.

4.      The substantial efforts of the Creditors' Committee, occurring over the period of time represented by the Compensation Period, required significant resources of Kramer Levin for the benefit of the estate.  Kramer Levin conducted negotiations with interested parties, advised the Creditors' Committee on options and solutions to complex problems, and, when necessary, prepared to litigate unresolved issues at the confirmation hearing as necessary.  In addition, Kramer Levin worked diligently to ensure that the Creditors' Committee was appropriately informed of all case updates – either through regular Creditors' Committee calls or through extensive and detailed e-mail reports to the Creditors' Committee.

5.      Accordingly, Kramer Levin respectfully submits that its services during the Compensation Period warrant approval of its requested fees and expenses.

**SUMMARY OF PROFESSIONAL COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES REQUESTED**

6.      This Application has been prepared in accordance with the U.S. Trustee Guidelines, and the Interim Compensation Order (collectively with the U.S. Trustee Guidelines, the "**Guidelines**").  Pursuant to the Guidelines, a certification of Rachael L. Ringer ("**Ringer Certification**") regarding compliance with the same is attached as **Exhibit 1** hereto.

- 3 -

7. Kramer Levin seeks interim allowance of compensation for professional services performed during the Compensation Period in the amount of $47,325.50 and for reimbursement of expenses incurred in connection with the rendition of such services in the amount of $183.35. During the Compensation Period, Kramer Levin's attorneys and paraprofessionals expended a total of 56.10 hours in connection with the necessary services performed.

8. On January 19, 2021, Kramer Levin filed the *Notice of Rate Increase of Kramer Levin Naftalis & Frankel LLP as Counsel for the Official Committee of Unsecured Creditors* [Dkt. 1959] (the "**Notice of Rate Increase**"). All hourly rates are adjusted by Kramer Levin on a periodic basis.

9. On February 1, 2022, Kramer Levin filed the *Notice of Rate Increase of Kramer Levin Naftalis & Frankel LLP as Counsel for the Official Committee of Unsecured Creditors* [Dkt. 8620] (the "**Second Notice of Rate Increase**"). All hourly rates are adjusted by Kramer Levin on a periodic basis.

10. On April 11, 2023, Kramer Levin filed the *Notice of Rate Increase of Kramer Levin Naftalis & Frankel LLP as Counsel for the Official Committee of Unsecured Creditors* [Dkt. 11100] (the "**Third Notice of Rate Increase**"). All hourly rates are adjusted by Kramer Levin on a periodic basis.

11. There is no agreement or understanding between Kramer Levin and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

12. The fees charged by Kramer Levin in these Chapter 11 Cases are billed in accordance with its existing billing rates and procedures set forth in the *Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code*

*and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee Nunc Pro Tunc to March 4, 2020* [Dkt. No. 481] (the "**Retention Application**").

13.     During the Compensation Period, Kramer Levin exercised its billing discretion and, as discussed in more detail below, voluntarily wrote off certain fees and expenses.

14.     A budget and staffing plan for the Compensation Period is attached hereto as **Exhibit 2** and includes a comparison to actual amounts.[2]

15.     Kramer Levin's rates in these Chapter 11 Cases are consistent with the rates charged by Kramer Levin to its non-bankruptcy clients.  These rates are similar to the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy and bankruptcy cases in a competitive national legal market.  Pursuant to the Guidelines, **Exhibit 3** discloses the blended hourly rates for all non-bankruptcy timekeepers in the New York office of Kramer Levin and the blended hourly rates for timekeepers who billed to the Creditors' Committee during the Compensation Period.

16.     As required by the U.S. Trustee Guidelines, annexed hereto as **Exhibit 4** is a schedule setting forth all Kramer Levin professionals and paraprofessionals who performed services in these Chapter 11 Cases during the Compensation Period, the capacities in which such individuals are employed by Kramer Levin, the hourly billing rates of such individuals, and the aggregate number of hours expended and fees billed by such individuals.

---

[2] A non-itemized, monthly budget of $350,000 per month, for the months covered by the Compensation Period was provided to the Debtors as requested by the Debtors and in accordance with the Cash Collateral Order (defined herein). An itemized budget is included herein.  Kramer Levin confirms that the fees sought in this Application are, in the aggregate, lower than the non-itemized budget, which provided for estimated total fees of $2,100,000.00 during the Compensation Period.

17.     As required by the U.S. Trustee Guidelines, annexed hereto as **Exhibit 5** is a summary of Kramer Levin's time billed during the Compensation Period, broken down by project categories, as hereinafter described.  Annexed hereto as **Exhibit 6** is Kramer Levin's time detail for the Compensation Period.

18.     Annexed hereto as **Exhibit 7** is a schedule specifying the categories of expenses for which Kramer Levin is seeking reimbursement and the total amount for each expense category for the Compensation Period.

19.     Prior to filing this Application, Kramer Levin provided the Creditors' Committee with a copy of the Application.  To date, the Creditors' Committee has not objected to the requested amount.

## BACKGROUND

20.     On February 18, 2020 (the "**Petition Date**"), the Debtors commenced a voluntary case under Chapter 11 of the Bankruptcy Code in this Court.  The Debtors were authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Debtors' Chapter 11 Cases were consolidated for procedural purposes only and were jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

21.     On March 4, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), pursuant to sections 1102(a) and (b) of title 11 of the Bankruptcy Code, appointed the Creditors' Committee to serve as the Creditors' Committee for each Debtor and to represent the interests of all unsecured creditors in these Chapter 11 Cases.  The members appointed to the Creditors' Committee were: (i) the Pension Benefit Guaranty Corporation, (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion

Brothers Company, Inc.  At a meeting held the same day, the Creditors' Committee selected Kramer Levin to serve as its counsel.

22.     On April 23, 2020, Kramer Levin filed its Retention Application.  On May 11, 2020, the Court entered the *Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee Nunc Pro Tunc to March 4, 2020* [Dkt. No. 607] (the "**Retention Order**").

23.     On September 18, 2020, the Court entered the Fee Examiner Order appointing Rucki Fee Review, LLC as the Fee Examiner (the "**Fee Examiner**") to provide assistance to the Court related to professional fee and expense analysis and review.

### SUMMARY OF LEGAL SERVICES RENDERED

24.     As summarized herein, Kramer Levin and the Creditors' Committee's other professionals were required to expend substantial time and effort during the Compensation Period assisting the Creditors' Committee in the fulfilment of its statutory duties and responsibilities.  The following summary is not a detailed description of the work performed, as the day-to-day services and the time expended in performing such services are fully set forth in **Exhibit 6**.  Rather, the following summary highlights certain areas in which services were rendered to the Creditors' Committee and identifies some of the issues to which Kramer Levin devoted significant time and effort during the Compensation Period.

25.     The summary is divided according to the project billing codes, which were created by Kramer Levin to best reflect the categories of tasks that it was required to perform in connection with these Chapter 11 Cases.   Nevertheless, under the circumstances, and given the

interconnectedness of the issues in these Chapter 11 Cases, certain of these categories may overlap with others.[3]

**A.      Committee Meetings and Communications**
         **Kramer Levin Billing Code: 2**
         **(Fees: $25,131.50 / Hours Billed: 25.80)**

26.      During the Compensation Period, Kramer Levin provided the Creditors' Committee with detailed e-mail updates of recently filed pleadings, case issues and other items and real-time updates relevant to the Chapter 11 Cases.

**B.      Plan/Disclosure Statement Issues**
         **Kramer Levin Billing Code: 7**
         **(Fees: $1,952.00 / Hours Billed: 1.60)**

27.      During the Compensation Period, Kramer Levin devoted time and resources to: (i) preparing for the effective date of the plan of reorganization, and (ii) attending meet and confers regarding appeals of the plan of reorganization.

**C.      Creditor Communications**
         **Kramer Levin Billing Code: 11**
         **(Fees: $1,804.00 / Hours Billed: 2.2)**

28.      During the Application Period, Kramer Levin communicated with non-Committee member general unsecured creditors regarding certain case issues.

**D.      Fee Statements and Applications**
         **Kramer Levin Billing Code: 17**
         **(Fees: $5,882.00 / Hours Billed: 8.50)**

29.      Throughout the Compensation Period, Kramer Levin worked to ensure that its applications for compensation submitted in these Chapter 11 Cases complied in all respects with local rules and the U.S. Trustee Guidelines.  This included reviewing the applications and time entries to ensure that confidential information was not inadvertently disclosed, and that privilege

---

[3] The fees and hours for each matter listed below reflect the voluntary write-offs and reductions of the Monthly Fee Applications discussed above.

remained intact in the descriptions of work conducted.  In addition, Kramer Levin exercised its

billing discretion, and wrote off certain fees and expenses where warranted.  In performing the

above tasks, to conserve costs, Kramer Levin utilized paraprofessionals whenever possible to

perform non-legal administrative tasks.

**E.      Hearings and Court Matters**
**Kramer Levin Billing Code: 21**
**(Fees: $10,036.00 / Hours Billed: 12.00)**

30.      During the Compensation Period, Kramer Levin spent time preparing for and

attending the confirmation-related appeals of the plan of reorganization.

**F.      Non-Working Travel**
**Kramer Levin Billing Code: 24**
**(Fees: $2,520.00 / Hours Billed: 6.00)**

31.      During the Compensation Period, Kramer Levin spent time traveling to and from

oral argument in the confirmation-related appeals of the plan of reorganization.

**STATEMENT OF KRAMER LEVIN**

32.      The foregoing professional services performed by Kramer Levin were appropriate

and necessary for the effective administration of these Chapter 11 Cases. All services rendered

were in the best interests of Creditors' Committee, the Debtors and the Debtors' estates.

Compensation for the foregoing services is commensurate with the complexity, importance and

nature of the problems, issues or tasks involved.  The professional services were performed in an

appropriately expeditious and efficient manner.

33.      The majority of the services performed by Kramer Levin were rendered by Kramer

Levin's Corporate Restructuring and Bankruptcy Group.  Kramer Levin has a prominent practice

in this area and enjoys a national reputation for its expertise in financial reorganizations and

restructurings.  The attorneys at Kramer Levin have represented debtors or creditors' committees

in many chapter 11 cases.  In addition, due to the facts and circumstances of these Chapter 11

Cases, attorneys from Kramer Levin's corporate practice group, as well as attorneys in other specialized areas as necessary, were involved with Kramer Levin's representation of the Creditors' Committee.  Overall, Kramer Levin brings a particularly high level of skill and knowledge which has inured to the benefit of the Creditors' Committee and all stakeholders.

34.    The professional services performed by Kramer Levin on behalf of the Creditors' Committee during the Compensation Period required an aggregate expenditure of 56.10 recorded hours by Kramer Levin's partners, counsel, associates, law clerks and paraprofessionals.  Of the aggregate time expended during the Compensation Period, 0.50 recorded hours were expended by partners, 49.40 recorded hours were expensed by associates, and 6.20 recorded hours were expended by paraprofessionals.

35.    Kramer Levin's 2022 hourly billing rates for attorneys working on these Chapter 11 Cases ranged from $150.00 to $1,685.00.  Kramer Levin's 2023 hourly billing rates for attorneys working on these Chapter 11 Cases ranged from $515.00 to $1,800.00.  For the Compensation Period, allowance of compensation in the amount requested will result in a total blended hourly billing rate (including paraprofessionals) of approximately $843.59.  Such fees are reasonable relative to the customary compensation received by Kramer Levin from non-bankruptcy clients and by comparably skilled practitioners in comparable bankruptcy cases in a competitive national legal market.

36.    As set forth in **Exhibit 7** hereto, Kramer Levin has disbursed $186.35 as expenses incurred in providing professional services during the Compensation Period.  Kramer Levin's policies in reimbursement for expenses for late-working professionals are not applicable for the expenses incurred during the Compensation Period.

37.     Pursuant to Local Rule 2016-2, Kramer Levin certifies that copying is charged at $0.10 per page, which charge is reasonable and customary in the legal industry representing costs of copy materials, outside service costs, acquisition, maintenance, storage and operation of copy machines, printers and copy center, together with a margin for recovery of lost expenditures.

38.     These charges are intended to cover Kramer Levin's direct operating costs, which costs are not incorporated into Kramer Levin's hourly billing rates.  Only clients who actually use services of the types set forth in **Exhibit 7** are separately charged for such services.

39.     Furthermore, Kramer Levin voluntarily determined not to seek reimbursement for various other expenses typically paid by Kramer Levin's other clients.  In total, Kramer Levin's requested expenses reflect a reduction of $950.53 in expenses incurred during the Compensation Period.

40.     Kramer Levin made every effort to minimize its disbursements in these cases.  The actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the Creditors' Committee.

## THE BASIS FOR THE RELIEF REQUESTED

41.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 to govern the Court's award of such compensation. 11 U.S.C. § 331.   Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded . . . , the court should consider the nature, the extent, and

- 11 -

the value of such services, taking into account all relevant factors, including –

    A.  the time spent on such services;

    B.  the rates charged for such services;

    C.  whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    D.  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    E.  with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    F.  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

42.     Kramer Levin respectfully submits that pursuant to the standards regularly applied to fee awards under sections 330 and 331 of the Bankruptcy Code, that the amount of compensation requested during the Compensation Period is "reasonable" considering the nature, extent and value of the professional services performed during the Chapter 11 Cases.  Kramer Levin's compliance with the *Johnson* factors is delineated below:

    a)    *The Time and Labor Required*.  The professional services rendered by Kramer Levin on behalf of the Creditors' Committee have required the expenditure of substantial time and effort, as well as a high degree of professional competence and expertise.  The fees sought in this Application reflect an aggregate of hours expended by Kramer Levin attorneys and paraprofessionals performing services necessary and beneficial to the estate for the Compensation Period.  Work was carefully assigned to appropriate attorneys or paraprofessionals according to the experience and level of expertise required for each particular task and without unnecessary duplication.

    b)    *The Novelty and Difficulty of Questions*.  These Chapter 11 Cases are designated as "complex" cases and necessarily involved a significant number of novel or difficult

- 12 -

issues.  Kramer Levin believes that numerous issues in these cases have been complex and challenging.

c)      *The Skill Required to Perform the Legal Services Properly*.  The professionals primarily working on this matter are specialists in bankruptcy and related areas of practice.  Kramer Levin contends that professionals without such expertise would have expended many more hours addressing the issues raised in these Chapter 11 Cases thus far, with far less success.

d)      *The Preclusion of Other Employment by Applicant Due to Acceptance of the Case*.  The time demands of general representation of the Creditors' Committee in these cases resulted in many of the Kramer Levin attorneys working either completely or almost completely full-time on this matter.  While no large-scale reassignment of work has been required to properly represent the Creditors' Committee, this representation did consume a significant amount of time and preclude attorneys from taking on additional work for other clients.

e)      *The Customary Fee*.  The rates charged by Kramer Levin for these services are reasonable relative to rates charged by Kramer Levin to non-bankruptcy clients and other professionals of comparable skill and competence in New York City.  Kramer Levin has diligently undertaken to minimize costs to the Debtors' estates while still ensuring that the Creditors' Committee receives the highest quality representation.

f)      *Whether the Fee is Fixed or Contingent*.  Kramer Levin's fees are neither fixed nor contingent other than on the contingency of allowance by the Court and availability of assets for payment.  Fees are based on the actual total number of hours worked, less hours written off, plus actual expenses incurred.

g)      *Time Limitations Imposed by Client or other Circumstances*.  The representation of a creditors' committee in a chapter 11 case is inherently time sensitive, particularly a case such as this one in which time is of the essence.  Kramer Levin was required to provide capable representation within the time limitations imposed by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, counsel for various parties-in-interest, and this Court.

h)      *The Amount Involved and Results Obtained*.  Kramer Levin has assisted the Creditors' Committee in all facets of these cases.  Kramer Levin believes that the information contained herein and in the attached exhibits, as well as the record in these proceedings, support the reasonableness of its requested compensation.

i)      *The Experience, Reputation and Ability of the Attorneys*.  Kramer Levin's partners, counsel and associates have regularly appeared in significant representations over many years, including bankruptcy cases throughout the United States.

j)      *The Undesirability of the Case*.  Kramer Levin has not found this case to be undesirable, but rather, considers the issues raised in this case to be interesting and of the type that Kramer Levin is well-suited to adequately address.

- 13 -

k)   *Nature and Length of Professional Relationship.* As noted in the Application, Kramer Levin began its representation of the Creditors' Committee as of March 4, 2020.

l)   *Awards in Similar Cases.* Based on Kramer Levin's experience, the fees requested herein are commensurate with fees allowed in proceedings of similar scope for the services rendered.

43.   Based on an application of the above factors and its compliance with the Guidelines, Kramer Levin respectfully submits that approval of the compensation sought herein is warranted.

## STATEMENT PURSUANT TO APPENDIX B OF THE GUIDELINES

44.   The following is provided in response to the request for additional information set forth in the Guidelines.

a)   Kramer Levin seeks reimbursement of fees and expenses that are permissible under the relevant rules, court orders, and Bankruptcy Code provisions.  In addition, Kramer Levin provided voluntary write-offs of both fees and expenses during the Compensation Period in its discretion.

b)   The fees and expenses sought in the Application are billed at rates customarily employed by Kramer Levin, and generally accepted by Kramer Levin's clients.  None of the professionals seeking compensation in the Application varied their hourly rate based on the geographic location of the Debtors' cases.

c)   This Application includes certain time (and fees) relating to preparing, reviewing or revising fee statements to comply with the local bankruptcy rules and U.S. Trustee guidelines.  These fees are reflected in a portion of the amount requested in billing code number 17, Fee Applications and Statements.  Such time was necessary in order to comply with applicable guidelines and the Interim Compensation Order and to file monthly fee applications (which is a distinct requirement in bankruptcy matters).

d)   In connection with the preparation of its monthly invoices, Kramer Levin reviewed its monthly invoices at the time that they were filed for privilege and confidentiality.  The Application includes fees incurred in conducting that review.

- 14 -

e) On January 19, 2021, Kramer Levin filed the first Notice of Rate Increase [Dkt. 1959], on February 1, 2022, Kramer Levin filed a second Notice of Rate Increase [Dkt. 8620], and on April 11, 2023 Kramer Levin filed a third Notice of Rate Increase [Dkt. 11100]. Kramer Levin adjusts its hourly rates on an annual basis.

## NOTICE

45.    In accordance with the Interim Compensation Order, notice of the Application has been served upon each of the Notice Parties (including via regular or overnight mail on the U.S. Trustee).

## NO PRIOR REQUEST

46.    No prior request for the relief sought in this Application has been made to this or any other court.

**WHEREFORE**, Kramer Levin respectfully requests that the Court enter an order (i) awarding Kramer Levin the allowance of (a) fees for the Compensation Period in the amount of $47,325.50 and (b) reimbursement for actual and necessary expenses Kramer Levin incurred during the Compensation Period in the amount of $186.35; (ii) authorizing and directing the Debtors to pay Kramer Levin all unpaid fees and expenses for the Compensation Period; and (iii) granting such other relief as is just and proper.

[*Signature Page to Follow*]

Dated: May 24, 2023          Respectfully submitted,
        New York, NY


By:    */s/ Rachael L. Ringer*
        Thomas Moers Mayer, Esquire
        Rachael Ringer, Esquire
        Jennifer R. Sharret, Esquire
        Megan M. Wasson, Esquire
        KRAMER LEVIN NAFTALIS
          & FRANKEL LLP
        177 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000
        E-mail: tmayer@kramerlevin.com
        E-mail: rringer@kramerlevin.com
        E-mail: jsharret@kramerlevin.com
        E-mail: mwasson@kramerlevin.com

        *Counsel to the Official Committee of Unsecured Creditors*

## EXHIBIT 1

## CERTIFICATION OF RACHAEL L. RINGER

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- X
                                                    :

In re:                                 :    Chapter 11
                                                    :

Boy Scouts of America and         :    Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]               :
                                                     :    (Jointly Administered)
                     Debtors.      :    **Objection Deadline: June 7, 2023 at 4:00 p.m. (ET)**
                                                     :
-------------------------------------------------------------- X

**CERTIFICATION UNDER GUIDELINES FOR FEES
AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF COMBINED
TWENTY-NINTH MONTHLY AND TWELFTH INTERIM FEE APPLICATION OF
KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, FOR THE PERIOD FROM
<u>NOVEMBER 1, 2022 THROUGH APRIL 19, 2023</u>**

I, Rachael L. Ringer, hereby certify that:

1.      I am a member of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"),

counsel to the Official Committee of Unsecured Creditors in the above captioned proceedings (the

"**Chapter 11 Cases**").  Kramer Levin submits this tenth interim application for compensation and

reimbursement in compliance with the *Guidelines for Reviewing Applications for Compensation*

*and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11*

*Cases* effective as of November 1, 2013 (the "**U.S. Trustee Guidelines**") and the *Order (I)*

*Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained*

*Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Related Relief* [Dkt. No. 341] entered in these Chapter 11 Cases (the "**Interim Compensation Order**" and, together with the U.S. Trustee Guidelines, the "**Guidelines**").

2. I am the professional designated by Kramer Levin with the responsibility for Kramer Levin's compliance in these cases with the Guidelines. This certification is made in respect of Kramer Levin's application, dated May 24, 2023 (the "**Application**"), for the allowance of compensation for professional services and reimbursement of expenses for the period commencing November 1, 2022 through and including April 19, 2023 (the "**Compensation Period**") in accordance with the Guidelines.

3. Pursuant to the Guidelines, I certify that:

    a) I have read the Application;

    b) To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically set forth herein or in the Application;

    c) To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Kramer Levin and generally accepted by Kramer Levin's clients; and

    d) To the best of my knowledge, information and belief formed after reasonable inquiry, in providing a reimbursable service, Kramer Levin does not make a profit on that service, whether the service is performed by Kramer Levin in-house or through a third party.

4. I certify that the Creditors' Committee, Debtors, Fee Examiner, and U.S. Trustee will each be provided with a copy of the Application concurrently with the filing thereof and will

3

have at least 14 days to review such Application prior to any objection deadline with respect

thereto.


Dated: May 24, 2023

*/s/ Rachael L. Ringer*
Rachael L. Ringer

4

## EXHIBIT 2

## BUDGET AND STAFFING PLAN

**BUDGET**

**November 1, 2022 – April 19, 2023**

| | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED[1] | ACTUAL HOURS BILLED | ACTUAL FEES SOUGHT[2] |
|---|---|---|---|---|---|
| 00001 | Case Administration | 60.00 | 54,900.00 | 0.00 | $0.00 |
| 00002 | Committee Meetings and Communications | 600.00 | 549,000.00 | 25.80 | $25,131.50 |
| 00003 | Asset Dispositions | 10.00 | 9,150.00 | 0.00 | $0.00 |
| 00004 | Automatic Stay | 20.00 | 18,300.00 | 0.00 | $0.00 |
| 00005 | Bar Date, Noticing and Claims Reconciliation Issues | 20.00 | 18,300.00 | 0.00 | $0.00 |
| 00006 | Adversary Proceedings and Bankruptcy Litigation | 50.00 | 45,750.00 | 0.00 | $0.00 |
| 00007 | Plan/Disclosure Statement Issues | 500.00 | 457,500.00 | 1.60 | $1,952.00 |
| 00008 | Coalition and Tort Committee Matters | 30.00 | 27,450.00 | 0.00 | $0.00 |
| 00009 | Corporate Governance | 0.00 | 0.00 | 0.00 | $0.00 |
| 00010 | Customer and Vendor Issues | 0.00 | 0.00 | 0.00 | $0.00 |
| 00011 | Creditor Communications | 30.00 | 27,450.00 | 2.20 | $1,804.00 |
| 00012 | Non-Profit Issues | 10.00 | 9,150.00 | 0.00 | $0.00 |
| 00013 | Employee and Labor Issues | 0.00 | 0.00 | 0.00 | $0.00 |
| 00014 | Exclusivity | 20.00 | 18,300.00 | 0.00 | $0.00 |
| 00015 | Executory Contracts and Leases | 20.00 | 18,300.00 | 0.00 | $0.00 |
| 00016 | Collateral Review | 0.00 | 0.00 | 0.00 | $0.00 |
| 00017 | Fee Statements and Applications | 100.00 | 91,500.00 | 8.50 | $5,882.00 |
| 00018 | Cash Collateral | 0.00 | 0.00 | 0.00 | $0.00 |
| 00019 | Motions | 40.00 | 36,600.00 | 0.00 | $0.00 |
| 00020 | Committee Investigation | 10.00 | 9,150.00 | 0.00 | $0.00 |
| 00021 | Hearings and Court Matters | 600.00 | 549,000.00 | 12.00 | $10,036.00 |
| 00022 | Insurance Issues | 20.00 | 18,300.00 | 0.00 | $0.00 |
| 00023 | Avoidance Actions | 0.00 | 0.00 | 0.00 | $0.00 |
| 00024 | Non-Working Travel | 20.00 | 18,300.00 | 6.00 | $2,520.00 |
| 00025 | Professional Retention | 10.00 | 9,150.00 | 0.00 | $0.00 |
| 00026 | Debtor Retention Applications | 0.00 | 0.00 | 0.00 | $0.00 |
| 00027 | Schedules and Statements | 0.00 | 0.00 | 0.00 | $0.00 |
| 00028 | Tax Issues | 10.00 | 9,150.00 | 0.00 | $0.00 |
| 00029 | Communications with the Debtors | 90.00 | 82,350.00 | 0.00 | $0.00 |
| 00030 | U.S. Trustee Issues | 10.00 | 9,150.00 | 0.00 | $0.00 |
| 00031 | Local Council and Chartered Organization Issues | 10.00 | 9,150.00 | 0.00 | $0.00 |
| | **TOTAL** | **2,290** | **$2,095,024.50** | **53.10** | **$47,325.50** |

---

[1] Fees budgeted are calculated based on a blended rate of $915.00.

[2] Actual hours billed and actual fees sought are through April 19, 2023.

2

**STAFFING PLAN**

**November 1, 2022 – April 19, 2023**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Range of Hourly Rate[3] |
|---|---|---|
| Partner | 5 | $1,100-$1,800 |
| Counsel | 5 | $1,105-$1,775 |
| Special Counsel | 2 | $1,025-$1,435 |
| Associate | 5 | $675-$1,280 |
| Paralegal | 3 | $480-525 |

---

[3] Reflects 2022-2023 hourly rates.

3

**EXHIBIT 3**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES FOR THE COMPENSATION PERIOD**

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES FOR THE COMPENSATION PERIOD**

| TITLE | Non-Bankruptcy Blended Hourly Rate (For Fiscal Year 2022) | Creditors' Committee Blended Hourly Rate in Application |
|---|---|---|
| Partner | $1,332.00 | $1,415.00 |
| Counsel | $1,262.00 | N/A |
| Special Counsel | $1,137.00 | N/A |
| Associate | $891.00 | $880.61 |
| Paralegal | $415.00 | $502.58 |
| **Total** | **$1,008.00** | **$843.59** |

## EXHIBIT 4

**SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD**

## SUMMARY OF PROFESSIONALS FOR THE COMPENSATION PERIOD

| Name of Professional Person | Year of Bar Admission | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Ringer, Rachael L. | 2011 | **Partner** Creditors' Rights (Since 2019) | $1,415.00 | 0.50 | $707.50 |
| Wasson, Megan | 2017 | **Associate** Creditors' Rights (Since 2016) | $1,220.00 $1,140.00 | 12.20 2.20 | $14,884.00 $2,058.00 |
| Eisenberger, Gabriel | Not Yet Admitted | **Associate** Creditors' Rights (Since 2021) | $840.00 $785.00 | 21.00 14.00 | $17,640.00 $10,990.00 |
| McNamara, James | N/A | **Paralegal** Creditors' Rights (Since 2021) | $515.00 $480.00 | 4.00 2.20 | $2,060.00 $1,056.00 |
| | | | **TOTAL** | **56.10** | **$47,325.50** |

[1] This rate is Kramer Levin's regular hourly rate for legal services.  All hourly rates are adjusted by Kramer Levin on a periodic basis (the last such adjustment occurred on January 1, 2023).  In addition, the rates for certain associates have increased (as of September 1, 2022) in connection with their yearly step-up in seniority, but this does not constitute a rate increase.

**EXHIBIT 5**

**SUMMARY OF TIME BY BILLING CATEGORY**

**SUMMARY OF TIME BY BILLING
CATEGORY FOR COMPENSATION PERIOD**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 073427-00002 | Committee Meetings and Communications | 25.80 | $25,131.50 |
| 073427-00007 | Plan/Disclosure Statement Issues | 1.60 | $1,952.00 |
| 073427-00011 | Creditor Communications | 2.20 | $1,804.00 |
| 073427-00017 | Fee Statements and Applications | 8.50 | $5,882.00 |
| 073427-00021 | Hearings and Court Matters | 12.00 | $10,036.00 |
| 073427-00024 | Non-Working Travel | 6.00 | $5,040.00 |
| | **Subtotal** | **56.10** | **$49,845.50** |
| | **Less 50% Non-Working Travel** | | **$2,520.00** |
| | **TOTAL** | **56.10** | **$47,325.50** |

2

**EXHIBIT 6**

# Kramer Levin



May 24, 2023

Steve McGowan, General Counsel
The Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2049
steve.mcgowan@scouting.org

Invoice #: 881647
073427
Page 1

**FOR PROFESSIONAL SERVICES rendered through April 19, 2023.**

| | |
|---|---:|
| Fees | $49,845.50 |
| Less 50% Discount on Non-Working Travel matter | (2,520.00) |
| Fee Subtotal | 47,325.50 |
| Disbursements and Other Charges | 186.35 |
| **TOTAL BALANCE DUE** | **$47,511.85** |

FEES AND DISBURSEMENTS POSTED AFTER THE BILLING PERIOD SHOWN ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.

TAX ID # 13-1944339

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, NY 10036
T  212.715.9100  F  212.715.8000

KL4 2785445.4



May 24, 2023
Invoice #: 881647
073427
Page 2

**MATTER SUMMARY**

**For professional services rendered through April 30, 2023 in connection with the following matters:**

| Matter | Matter Name | Total |
|---|---|---|
| 073427-00002 | Committee Meetings and Communications | $25,131.50 |
| 073427-00007 | Plan/Disclosure Statement Issues | $1,952.00 |
| 073427-00011 | Creditor Communications | $1,804.00 |
| 073427-00017 | Fee Statements and Applications | $5,882.00 |
| 073427-00021 | Hearings and Court Matters | $10,036.00 |
| 073427-00024 | Non-Working Travel | $5,040.00 |
| **Total Fees** | | **$49,845.50** |
| Less 50% Discount on Non-Working Tvl matter | | (2,520.00) |
| Disbursements and Other Charges | | **$186.35** |
| **TOTAL CURRENT INVOICES** | | **$47,511.85** |

**Professional Services Summary**

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Ringer Rachael L. | Partner | Creditors' Rights | 2011 | $1,415.00 | 0.50 | $707.50 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | $1,140.00 | 2.20 | $2,508.00 |
| Wasson Megan | Associate | Creditors' Rights | 2017 | 1,220.00 | 12.20 | 14,884.00 |
| Eisenberger Gabriel | Associate | Creditors' Rights | Not Yet Admitted | $785.00 | 14.00 | $10,990.00 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP      NEW YORK  |  SILICON VALLEY  |  WASHINGTON, DC  |  PARIS

KL4 2785445.4



May 24, 2023
Invoice #: 881647
073427
Page 3

| TIMEKEEPER | TITLE | DEPARTMENT | YEAR ADMITTED TO THE BAR | RATE | HOURS | FEES |
|---|---|---|---|---|---|---|
| Eisenberger Gabriel | Associate | Creditors' Rights | Not Yet Admitted | 840.00 | 18.00 | 15,120.00 |
| McNamara James | Paralegal | Creditors' Rights | N/A | $480.00 | 2.20 | $1,056.00 |
| McNamara James | Paralegal | Creditors' Rights | N/A | 515.00 | 4.00 | 2,060.00 |
| TOTAL FEES | | | | | 53.10 | $47,325.50 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP     NEW YORK  |  SILICON VALLEY  |  WASHINGTON, DC  |  PARIS

KL4 2785445.4



May 24, 2023
Invoice #: 881647
073427-00001
Page 4


**Case Administration**


### DISBURSEMENTS AND OTHER CHARGES SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| Local Transportation | $80.35 |
| Meals/T & E | 40.00 |
| Pacer Online Research | 12.10 |
| Transcript Fees | 53.90 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$186.35** |



May 24, 2023
Invoice #: 881647
073427-00002
Page 5

**Committee Meetings and Communications**

**PROFESSIONAL SERVICES SUMMARY**

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Ringer, Rachael L. | Partner | 0.50 | $707.50 |
| Eisenberger, Gabriel | Associate | 14.80 | 11,750.00 |
| Wasson, Megan | Associate | 10.50 | 12,674.00 |
| **TOTAL FEES** | | **25.80** | **$25,131.50** |

**PROFESSIONAL SERVICES DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/8/2022 | Wasson, Megan | Review and comment on draft UCC update email (0.6). | 0.60 | $684.00 |
| 11/8/2022 | Eisenberger, Gabriel | Emails to M. Wasson re appeals update to UCC (0.1); summarize Lujan, Dumas, Liberty and certain insurers appeal briefs for UCC update (4.2). | 4.40 | 3,454.00 |
| 11/16/2022 | Eisenberger, Gabriel | Prepare summary of hearing for Committee update (0.9). | 0.90 | 706.50 |
| 12/7/2022 | Eisenberger, Gabriel | Email M. Wasson re UCC update on confirmation appeals (0.2). | 0.20 | 157.00 |
| 12/12/2022 | Wasson, Megan | Review and comment on UCC update email (0.4). | 0.40 | 456.00 |
| 12/12/2022 | Eisenberger, Gabriel | Prepare appeal brief summaries for UCC update (3.6). | 3.60 | 2,826.00 |
| 12/23/2022 | Eisenberger, Gabriel | Begin drafting UCC update re appeal reply briefs (0.5). | 0.30 | 235.50 |



May 24, 2023
Invoice #: 881647
073427-00002
Page 6

**Committee Meetings and Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/28/2022 | Wasson, Megan | Review and comment on draft UCC update email (0.7). | 0.70 | 798.00 |
| 12/28/2022 | Eisenberger, Gabriel | Prepare summaries of appeal reply briefs for UCC update (3.0). | 3.00 | 2,355.00 |
| 2/9/2023 | Eisenberger, Gabriel | Begin drafting summary of oral arguments for UCC update (0.9). | 0.90 | 756.00 |
| 2/10/2023 | Eisenberger, Gabriel | Draft summary of oral arguments for UCC update (1.5). | 1.50 | 1,260.00 |
| 3/28/2023 | Wasson, Megan | Review district court opinion (2.1); summarize same for client update (0.6). | 2.70 | 3,294.00 |
| 4/7/2023 | Wasson, Megan | Review pleadings re appeal stay (2.8); draft UCC update email re same (1.2). | 4.00 | 4,880.00 |
| 4/11/2023 | Wasson, Megan | Review district court order denying motion to stay and draft UCC update re same (1.0); review 3rd Circuit order and draft follow up UCC update (0.3). | 1.30 | 1,586.00 |
| 4/19/2023 | Ringer, Rachael L. | Emails with BSA Committee members re: effectiveness (0.5). | 0.50 | 707.50 |
| 4/19/2023 | Wasson, Megan | Review effective date notice (0.2); draft UCC updates re same (0.6). | 0.80 | 976.00 |
| **TOTAL** | | | **25.80** | **$25,131.50** |



May 24, 2023
Invoice #: 881647
073427-00007
Page 7


**Plan/Disclosure Statement Issues**


### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Wasson, Megan | Associate | 1.60 | $1,952.00 |
| **TOTAL FEES** | | **1.60** | **$1,952.00** |


### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 3/30/2023 | Wasson, Megan | Prep for and attend meet and confer on appeal/stay (0.5). | 0.50 | $610.00 |
| 4/3/2023 | Wasson, Megan | Review draft AlixPartners creditor rep engagement letter (0.5); email W&C re same (0.1). | 0.60 | 732.00 |
| 4/12/2023 | Wasson, Megan | Emails with W&C, Alix re effective date issues (0.5). | 0.50 | 610.00 |
| **TOTAL** | | | **1.60** | **$1,952.00** |


KRAMER LEVIN NAFTALIS & FRANKEL LLP    NEW YORK  |  SILICON VALLEY  |  WASHINGTON, DC  |  PARIS

KL4 2785445.4



May 24, 2023
Invoice #: 881647
073427-00011
Page 8

**Creditor Communications**

## PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eisenberger, Gabriel | Associate | 2.20 | $1,804.00 |
| **TOTAL FEES** | | **2.20** | **$1,804.00** |

## PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/1/2022 | Eisenberger, Gabriel | Email to M. Wasson re creditor call (0.1); call with creditor (0.1). | 0.20 | $157.00 |
| 12/22/2022 | Eisenberger, Gabriel | Email to M. Wasson re creditor call (0.1). | 0.10 | 78.50 |
| 12/23/2022 | Eisenberger, Gabriel | Prepare for and attend call with creditor (0.2). | 0.20 | 157.00 |
| 12/23/2022 | Eisenberger, Gabriel | Prepare for and attend call with creditor (0.2). | 0.20 | 157.00 |
| 12/29/2022 | Eisenberger, Gabriel | Email M. Wasson re return call to creditor (0.1). | 0.10 | 78.50 |
| 2/24/2023 | Eisenberger, Gabriel | Emails to M. Wasson re creditor outreach (0.2); correspondence w/ creditor re case issues (0.3). | 0.50 | 420.00 |
| 2/27/2023 | Eisenberger, Gabriel | Correspondence w/ creditor re case issues (0.2). | 0.20 | 168.00 |
| 2/28/2023 | Eisenberger, Gabriel | Call with creditor (0.2); email to M. Wasson re same (0.1). | 0.30 | 252.00 |
| 3/9/2023 | Eisenberger, Gabriel | Emails to M. Wasson re creditor outreach (0.3); speak with creditor (0.1). | 0.40 | 336.00 |



May 24, 2023
Invoice #: 881647
073427-00011
Page 9

**Creditor Communications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| **TOTAL** | | | **2.20** | **$1,804.00** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP     NEW YORK  |  SILICON VALLEY  |  WASHINGTON, DC  |  PARIS

KL4 2785445.4



May 24, 2023
Invoice #: 881647
073427-00017
Page 10


**Fee Statements and Applications**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Wasson, Megan | Associate | 2.30 | $2,766.00 |
| McNamara, James | Paralegal | 6.20 | 3,116.00 |
| **TOTAL FEES** | | **8.50** | **$5,882.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/2022 | McNamara, James | Correspondence w/ KL Reed Smith and AlixPartners teams re AlixPartners fee statements (0.2). | 0.20 | $96.00 |
| 11/15/2022 | Wasson, Megan | Review and comment on combined August-October fee statement for compliance with UST guidelines and privilege (0.5). | 0.50 | 570.00 |
| 12/7/2022 | McNamara, James | Prepare 29th monthly cover sheet (0.6); correspondence w/ M. Wasson re same (0.1). | 0.70 | 336.00 |
| 12/16/2022 | McNamara, James | Finalize 29th monthly fee application and correspondence w/ Reed Smith re same (0.3). | 0.30 | 144.00 |
| 12/28/2022 | McNamara, James | Prepare 11th interim cover sheet shell (1.0). | 1.00 | 480.00 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP    NEW YORK  |  SILICON VALLEY  |  WASHINGTON, DC  |  PARIS

KL4 2785445.4



May 24, 2023
Invoice #: 881647
073427-00017
Page 11

**Fee Statements and Applications**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 1/3/2023 | McNamara, James | Prepare KL 28th CNO (0.3); correspondence w/ Reed Smith, M. Wasson re same (0.1); correspondence w/ Reed Smith re AlixPartners 31st monthly fee application (0.1); correspondence w/ AlixPartners re same (0.1). | 0.60 | 309.00 |
| 3/7/2023 | McNamara, James | Review January - February fee statements for compliance with UST guidelines and local rules (0.6); prepare 11th interim fee application (1.5); correspondence w/ KL team re same (0.2). | 2.30 | 1,184.50 |
| 4/5/2023 | Wasson, Megan | Review and comment on combined fee statement for compliance with UST guidelines and privilege (0.6) and on interim fee application re same (0.5); review and comment on rate increase date (0.2); emails with A&M re fee estimates (0.5). | 1.80 | 2,196.00 |
| 4/5/2023 | McNamara, James | Prepare KL notice of rate increase and correspondence w/ M. Wasson re same (0.4). | 0.40 | 206.00 |
| 4/11/2023 | McNamara, James | Finalize KL 11th interim fee application and KL 2023 notice of rate increase (0.4); correspondence w/ M. Wasson and Reed Smith re filing same (0.3). | 0.70 | 360.50 |
| **TOTAL** | | | **8.50** | **$5,882.00** |



May 24, 2023
Invoice #: 881647
073427-00021
Page 12

**Hearings and Court Matters**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eisenberger, Gabriel | Associate | 12.00 | $10,036.00 |
| **TOTAL FEES** | | **12.00** | **$10,036.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/14/2022 | Eisenberger, Gabriel | Email to M. Wasson re 11/16 hearing (0.1). | 0.10 | $78.50 |
| 11/16/2022 | Eisenberger, Gabriel | Attend administrative claim allowance hearing (0.7). | 0.70 | 549.50 |
| 1/10/2023 | Eisenberger, Gabriel | Email to M. Wasson re quash hearing (0.1); email to J. McNamara re quash hearing (0.1). | 0.20 | 168.00 |
| 1/13/2023 | Eisenberger, Gabriel | Emails to M. Wasson re appeal oral argument (0.3). | 0.30 | 252.00 |
| 1/17/2023 | Eisenberger, Gabriel | Emails to M. Wasson re appeal oral arguments (0.3); email J. Mcnamara re 1/19 hearing (0.1); email M. Wasson re 2/21 hearing (0.1); email J. Mcnamara re 2/21 hearing (0.1). | 0.60 | 504.00 |
| 1/19/2023 | Eisenberger, Gabriel | Prep for (0.1) and attend 1/19 hearing (1.2); email M. Wasson re same (0.9). | 2.20 | 1,848.00 |
| 1/24/2023 | Eisenberger, Gabriel | Email to J. Mcnamara re 2/21 hearing (0.1); email to M. Wasson re oral arguments (0.1). | 0.20 | 168.00 |



May 24, 2023
Invoice #: 881647
073427-00021
Page 13

**Hearings and Court Matters**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 2/8/2023 | Eisenberger, Gabriel | Prepare for appeal oral arguments (0.6); email M. Eckard (Reed Smith) re oral arguments (0.2). | 0.80 | 672.00 |
| 2/9/2023 | Eisenberger, Gabriel | Prepare for appeal oral arguments (0.6); attend confirmation appeal oral argument day one morning session (3.0); attend confirmation appeal oral argument day one afternoon session (3.0). | 6.60 | 5,544.00 |
| 2/15/2023 | Eisenberger, Gabriel | Email M. Wasson re 3/23 hearing (0.1); email w/ J. McNamara re 2/21 hearing (0.2). | 0.30 | 252.00 |
| **TOTAL** | | | **12.00** | **$10,036.00** |



May 24, 2023
Invoice #: 881647
073427-00024
Page 14

**Non-Working Travel**

### PROFESSIONAL SERVICES SUMMARY

| TIMEKEEPER | TITLE | HOURS | FEES |
|---|---|---|---|
| Eisenberger, Gabriel | Associate | 6.00 | $5,040.00 |
| **TOTAL FEES** | | **6.00** | **$5,040.00** |

### PROFESSIONAL SERVICES DETAIL

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 2/8/2023 | Eisenberger, Gabriel | Travel to Wilmington for appellate oral arguments (2.3). | 2.30 | $1,932.00 |
| 2/9/2023 | Eisenberger, Gabriel | Travel from Wilmington for appellate oral arguments (3.7). | 3.70 | 3,108.00 |
| **TOTAL** | | | **6.00** | **$5,040.00** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP    NEW YORK  |  SILICON VALLEY  |  WASHINGTON, DC  |  PARIS

KL4 2785445.4

**EXHIBIT 7**

**DISBURSEMENTS AND EXPENSES FOR THE COMPENSATION PERIOD**

## DISBURSEMENTS AND EXPENSES FOR THE COMPENSATION PERIOD

| Expense Category | Service Provider (if applicable) | Total Expenses[15] |
|---|---|---:|
| Transcript Fees | Reliable | $53.90 |
| Meals | | $40.00 |
| Local Transportation | | $80.35 |
| Online Research | Pacer | $12.10 |
| **TOTAL** | | **$186.35** |

---

[15] Kramer Levin reduced expenses by $950.53 during the Compensation Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.

2