**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF FINAL FEE APPLICATIONS
OF PROFESSIONALS FOR THE COALITION OF ABUSED SCOUTS
FOR JUSTICE, REGARDING PROFESSIONAL SERVICES RENDERED AND
EXPENSES INCURRED FROM JULY 21, 2020 THROUGH OCTOBER 31, 2022**

The Coalition of Abused Scouts for Justice (the "Coalition"), by and on behalf of the various professional firms employed thereby (the "Coalition Professionals"), hereby submits the attached Final Fee Applications regarding the professional services rendered and expenses incurred by the Coalition Professionals.  For the reasons stated below the Coalition submits the fee applications (the "Coalition Final Fee Applications") previously filed in connection with the *Motion of the Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of the Coalition Restructuring Expenses* (the "Coalition Fee Motion") [Dkt. No. 10808], incorporates by reference the statements of fact contained in the Coalition Fee Motion concerning the Chapter 11 Cases, the Coalition, and the actions of the Coalition Professionals as if fully restated herein, and additionally states as follows:

1. On February 18, 2020 (the "Petition Date"), Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00240570-1}

Code in the United States Bankruptcy Court for the District of Delaware (the "Court"), thereby commencing these chapter 11 cases (the "Chapter 11 Cases").

2.   In July 2020 the Coalition formed, and thereafter retained certain professional firms.

3.   On July 29, 2022, the Court issued its Opinion regarding the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* (Dkt. No. 9696) (the "Plan").[2]   On September 8, 2022 the Court entered the *Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* (Dkt. No. 10316) (the "Confirmation Order").

4.   On April 19, 2023 (the "Effective Date"), the Plan became effective.

5.   Article V.T.1 of the Plan provides that "On or as soon as reasonably practicable after the Effective Date, and subject to the bankruptcy Court granting a motion filed pursuant to sections 363(b), 1129(a)(4) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 9019, or otherwise applicable bankruptcy and non-bankruptcy law, Reorganized BSA shall reimburse state court counsel for amounts they have paid to the Coalition Professionals…[however,] Notwithstanding anything to the contrary in the Plan, Coalition Professionals shall comply with the procedures and processes set forth in Article II.A.2 by filing final fee application(s)…"

6.   Article II.A.2 of the Plan sets forth certain procedures by which Professionals (including by definition Coalition Professionals) may seek payment "pursuant to sections 328, 330, 331 and/or 503(b) or under Article V.T as described therein, for services rendered during the period from the Petition Date to and including the Effective Date."

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Plan.

7.      Article II.A.2 further sets forth a requirement that such Professionals "file and serve final applications for Allowance and payment of Professional Fee Claims" and provides a process for examination of and objection to such claims.

8.      Article II.A.2 of the Plan requires that such Professional Fee Claims be filed "no later than the first Business Day that is forty-five (45) days after the Effective Date."  The first Business Day that is forty-five days after the Effective Date is Monday, June 5, 2023.

9.      Paragraph 6 of the Confirmation Order states requirements substantially identical to Article II.A.2 of the Plan.

10.      In accordance with Article V.T.1 of the Plan, on December 29, 2022, the Coalition submitted the Coalition Fee Motion seeking the approval of the Debtors' proposed payment of the Coalition Restructuring Expenses pursuant to sections 363(b) and 1129(a)(4) of the Bankruptcy Code or, alternatively, section 503(b) of the Bankruptcy Code.[3]

11.      Included in the Coalition Fee Motion as Exhibits C-1, C-2, C-3, C-4, C-5, and C-6 were the the final fee applications of the Coalition Professionals, together with related statements, records and other materials required pursuant to Article II.A.2 of the Plan (these exhibits, as re-attached as **Exhibits 1 through 6 hereto**, the aforementioned "Coalition Final Fee Applications"). The Coalition's intent in including the Coalition Final Fee Applications with the Coalition Fee Motion was to, among other things, comply with Local Rule 2016-2(a)(ii) to the extent that the Court considers the Coalition Fee Motion under section 503(b) of the Bankruptcy Code.  .

12.      The Coalition hereby re-submits the Coalition Final Fee Applications in compliance with Article II.A.2 of the Plan.

---

[3] The Coalition filed the Coalition Fee Motion prior to the Effective Date with the understanding that, pursuant to Article V.T.1, even if the motion were granted, no funds could be paid until after the Effective Date.

13.     There have been no changes to the Coalition Final Fee Applications since such documents were filed in connection with the Coalition Fee Motion.  The Coalition reiterates its request for payment as and to the extent stated in the Coalition Fee Motion, pursuant to sections 363(b), 1129(a)(4) and/or 503(b) of the Bankruptcy Code and otherwise pursuant to and subject to the restrictions contained at Article V.T.1 of the Plan.

[Remainder of page intentionally left blank.]

Dated: May 30, 2023
Wilmington, Delaware

MONZACK MERSKY AND BROWDER, P.A.

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE No. 2049)
1201 North Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone:     (302) 656-8162
Facsimile:     (302) 656-2769
E-mail:         RMersky@Monlaw.com


-and-

BROWN RUDNICK LLP
David J. Molton, Esq. (admitted *pro hac vice*)
Eric R. Goodman, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@BrownRudnick.com
E-mail:  EGoodman@BrownRudnick.com

and

Sunni P. Beville, Esq. (admitted *pro hac vice*)
Tristan G. Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: SBeville@BrownRudnick.com
E-mail: TAxelrod@BrownRudnick.com

*Counsel to the Coalition of Abused Scouts for Justice*