THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  June 26, 2023 at 4:00 p.m.**
**Hearing Date:  To be scheduled**

**FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE TORT CLAIMANTS' COMMITTEE
FOR THE PERIOD FROM MARCH 4, 2020 THROUGH APRIL 19, 2023**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of March 4, 2020 by order signed on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | March 4, 2020 through April 19, 2023 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $38,169,982.62[2], $22,992.00[3] and $10,000.00[4] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,174,302.13[5] and $3,594.14[6] |

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  This amount reflects all reductions to fees referenced in the Fee Examiner Reports through the Eleventh Quarterly Fee Application, which totals $611,872.63 in fees.

[3]  This amount is compensation being billed for the period of April 20, 2023 through June 1, 2023 which contains time spent on final fee applications.  The invoice is attached as Exhibit I.

[4]  PSZJ added an additional $10,000 for fees to be incurred in responding to inquiries from the Fee Examiner and preparing for the final fee hearing

[5]  This amount reflects all reductions to expenses referenced in the Fee Examiner Reports through the Eleventh Quarterly Fee Application, which totals $23,489.74 in expenses.

[6]  This amount is expenses being billed for the period of April 20, 2023 through June 1, 2023.  The invoice is attached as Exhibit I.

| | |
|---|---|
| Rates are Higher than those Approved or Disclosed at Retention?  Yes__  No__ If yes, Total Compensation Sought Using Rates Disclosed in Retention Application: | No |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $29,707,535.90 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $1,175,999.46 |
| Number of Professionals Included in this Application: | 95 |
| If Applicable, Number of Professionals in this Application not Included in Staffing Plan Approved by Client: | 0 |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought for this Period: | ($673,144.75) |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 22 |

This is a:        ☐monthly        ☐ interim        ☒final application.

The total time expended for fee application preparation is approximately 3.0 hours and the corresponding compensation requested is approximately $1,000.00.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees via Order, Fee Examiner Report or CNO | Approved Expenses |
|---|---|---|---|---|---|
| 05/14/20 | 03/14/20 – 03/31/20 | $ 776,257.50 | $ 6,064.88 | $ 776,257.50 | $ 6,064.88 |
| 06/08/20 | 04/01/20 – 04/30/20 | $ 644,670.50 | $ 3,045.94 | $ 642,670.50[7] | $ 3,045.94 |
| 08/03/20 | 05/01/20 – 05/31/20 | $ 659,618.50 | $ 3,681.07 | $ 659,618.50 | $ 3,182.37[8] |
| 08/27/20 | 06/01/20 – 06/30/20 | $ 475,879.50 | $ 5,651.98 | $ 475,879.50 | $ 5,651.98 |
| 09/11/20 | 07/01/20 – 07/31/20 | $ 678,423.50 | $ 6,612.09 | $ 638,423.50[9] | $ 6,612.09 |
| 09/29/20 | 08/01/20 – 08/31/20 | $ 658,721.00 | $ 31,487.15 | $ 658,721.00 | $ 31,478.15 |
| 11/30/20 | 09/01/20 – 09/30/20 | $ 588,902.00 | $ 15,777.88 | $ 588,902.00 | $ 15,777.88 |
| 01/04/21 | 10/01/20 – 10/31/20 | $ 666,283.50 | $ 19,826.31 | $ 646,976.25[10] | $ 19,826.31 |
| 02/16/21 | 11/01/20 – 11/30/20 | $ 504,479.00 | $ 11,755.14 | $ 504,479.00 | $ 11,755.14 |
| 03/01/21 | 12/01/20 – 12/31/20 | $ 837,406.00 | $ 12,415.20 | $ 837,406.00 | $ 12,415.20 |
| 03/23/21 | 01/01/21 – 01/31/21 | $ 901,667.00 | $ 19,291.93 | $ 878,653.75[11] | $ 19,291.93 |
| 05/26/21 | 02/01/21 – 02/28/21 | $ 763,236.50 | $ 9,386.00 | $ 763,236.50 | $ 9,386.00 |
| 07/02/21 | 03/01/21 – 03/31/21 | $1,124,713.50 | $ 27,728.90 | $ 1,124,713.50 | $ 27,728.90 |
| 08/04/21 | 04/01/21 – 04/30/21 | $1,193,608.00 | $ 18,802.13 | $1,145,093.00[12] | $ 18,763.05[13] |
| 08/30/21 | 05/01/21 – 05/31/21 | $1,517,191.50 | $ 47,494.45 | $ 1,517,191.50 | $ 47,494.45 |
| 10/22/21 | 06/01/21 – 06/30/21 | $1,623,890.75 | $ 16,089.84 | $ 1,623,890.75 | $ 16,089.84 |
| 12/28/21 | 07/01/21 – 07/31/21 | $ 784,586.00 | $ 25,808.76 | $ 719,898.00[14] | $ 21,227.68[15] |
| 01/04/22 | 08/01/21 – 08/30/21 | $ 863,107.25 | $ 24,494.57 | $ 863,107.25 | $ 24,494.57 |
| 01/04/22 | 08/31/21 – 09/30/21 | $1,347,686.00 | $ 31,703.72 | $ 1,347,686.00 | $ 31,703.72 |

[7] In the Court's Order approving the First Quarterly Fee Application, the Court approved $1,418,928.00 in fees which reflects a reduction of $2,000.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[8] In the Court's Order approving the Second Quarterly Fee Application, the Court approved $15,446.44 in expenses which reflects a reduction of $498.70. For the purposes of this application, we have noted the reduction in the first month of that period.

[9] In the Court's Order approving the Second Quarterly Fee Application, the Court approved $1,773,921.50 in fees which reflects a reduction of $40,000.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[10] This amount reflects the amount approved in the fee examiner report which includes a reduction of $19,307.25 in fees which is noted in the last month of the Third Interim Fee period.

[11] This amount reflects the amount approved in the fee examiner report which includes a reduction of $23,013.25 in fees which is noted in the last month of the Fourth Interim Fee period.

[12] This amount reflects the amount approved in the fee examiner report which includes a reduction of $48,515.00 in fees which is noted in the last month of the Fifth Interim Fee period.

[13] This amount reflects the amount approved in the fee examiner report which includes a reduction of $39.08 which in expenses which is noted in the last month of the Fifth Interim Fee period.

[14] This amount reflects the amount approved in the fee examiner report which includes a reduction of $64,688.00 in fees which is noted in the last month of the Sixth Interim Fee period.

[15] This amount reflects the amount approved in the fee examiner report which includes a reduction of $4,581.08 in expenses which is noted in the last month of the Sixth Interim Fee period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees via Order, Fee Examiner Report or CNO | Approved Expenses |
|---|---|---|---|---|---|
| 01/28/22 | 10/01/21 – 10/31/21 | $1,927,818.75 | $ 35,083.66 | $1,826,177.97[16] | $ 27,537.39[17] |
| 04/11/22 | 11/01/21 – 11/30/21 | $2,834,590.00 | $ 75,875.16 | $ 2,834,590.00 | $ 75,875.16 |
| 05/16/22 | 12/01/21 – 12/31/21 | $3,471,583.25 | $110,984.73 | $ 3,471,583.25 | $ 110,984.73 |
| 06/22/22 | 01/01/22 – 01/31/22 | $3,328,042.75 | $135,647.33 | $3,191,168.00[18] | $125,076.78[19] |
| 07/05/22 | 02/01/22 – 02/28/22 | $2,515,468.50 | $ 74,618.51 | $ 2,515,468.50 | $ 74,618.51 |
| 07/19/22 | 03/01/22 – 03/31/22 | $2,359,943.50 | $137,781.85 | $ 2,359,943.50 | $ 137,781.85 |
| 08/31/22 | 04/01/22 – 04/30/22 | $1,213,670.50 | $ 74,918.10 | $1,069,683.40[20] | $ 74,918.10 |
| 09/14/22 | 05/01/22 – 05/31/22 | $ 170,855.00 | $ 14,364.76 | $ 170,855.00 | $ 14,364.76 |
| 09/20/22 | 06/01/22 – 06/30/22 | $ 150,519.00 | $ 33,632.40 | $ 150,519.00 | $ 33,632.40 |
| 09/23/22 | 07/01/22 – 07/31/22 | $ 209,890.00 | $ 52,336.93 | $ 192,109.00[21] | $ 52,336.93 |
| 10/18/22 | 08/01/22 – 08/31/22 | $ 837,977.00 | $ 24,429.05 | $ 837,977.00 | $ 24,429.05 |
| 11/08/22 | 09/01/22 – 09/30/22 | $ 372,172.00 | $ 28,275.53 | $ 372,172.00 | $ 28,275.53 |
| 12/01/22 | 10/01/22 – 10/31/22 | $ 107,748.50 | $ 25,613.08 | $ 93,683.00[22] | $ 25,359.02[23] |
| 12/22/22 | 11/01/22 – 11/30/22 | $ 746,601.50 | $ 7,648.90 | $ 597,281.20 | $ 7,648.90 |
| 02/01/23 | 12/01/22 – 12/31/22 | $ 535,802.00 | $ 5,815.07 | $ 428,641.60 | $ 5,815.07 |
| 02/24/23 | 01/01/23 – 01/31/23 | $ 411,638.50 | $ 6,225.16 | $ 329,310.80 | $ 6,225.16 |
| 04/06/23 | 02/01/23 – 02/28/23 | $ 347,344.25 | $ 8,674.57 | $ 277,875.40 | $ 8,674.57 |
| 04/25/23 | 03/01/23 – 03/31/23 | $ 160,575.00 | $ 1,229.62 | $ 128,460.00 | $ 1,229.62 |
| 05/17/23 | 04/01/23 – 04/19/23 | $ 404,438.50 | $ 9,977.93 | Pending | Pending |

[16] This amount reflects the amount approved in the fee examiner report which includes a reduction of $101,640.78 in fees which is noted in the last month of the Seventh Interim Fee period.

[17] This amount reflects the amount approved in the fee examiner report which includes a reduction of $7,546.27 in expenses which is noted in the last month of the Seventh Interim Fee period.

[18] This amount reflects the amount approved in the fee examiner report which includes a reduction of $136,874.75 in fees which is noted in the last month of the Eighth Interim Fee period.

[19] This amount reflects the amount approved in the fee examiner report which includes a reduction of $10,570.55 in expenses which is noted in the last month of the Eighth Interim Fee period.

[20] This amount reflects the amount approved in the fee examiner report which includes a reduction of $143,987.10 in fees which is noted in the last month of the Ninth Interim Fee period.

[21] This amount reflects the amount approved in the fee examiner report which includes a reduction of $17,781.00 in fees which is noted in the last month of the Tenth Interim Fee period.

[22] This amount reflects the amount approved in the fee examiner report which includes a reduction of $14,065.50 in fees which is noted in the last month of the Eleventh Interim Fee period.

[23] This amount reflects the amount approved in the fee examiner report which includes a reduction of $254.06 in expenses which is noted in the last month of the Eleventh Interim Fee period.

**PSZ&J PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard M. Pachulski | Partner 1983; Member of CA Bar since 1979 | $1,745.00<br>$1,595.00<br>$ 872.50 | 86.10<br>1,321.90<br>10.80 | $ 150,244.50<br>$2,108,430.50<br>$ 9,423.00 |
| Issac M. Pachulski | Partner 2014; Member of CA Bar since 1974 | $1,695.00 | 49.10 | $ 83,224.50 |
| Jeffrey H. Davidson | Partner 2014; Member of CA Bar since 1977 | $1,645.00<br>$1,495.00 | 3.80<br>24.40 | $ 6,251.00<br>$ 36,478.00 |
| James I. Stang | Partner 1983; Member of CA Bar since 1980 | $1,525.00<br>$1,345.00<br>$1,195.00<br>$ 597.50 | 4.40<br>306.40<br>2,410.90<br>45.00 | $ 6,710.00<br>$ 412,108.00<br>$2,881,025.50<br>$ 26,887.50 |
| Alan J. Kornfeld | Partner 1996; Member of CA Bar since 1987; Member of NY Bar since 2004 | $1,525.00<br>$1,395.00<br>$1,145.00<br>$ 697.50 | 337.50<br>1,448.50<br>690.00<br>11.40 | $ 514,687.50<br>$2,020,657.50<br>$ 790,050.00<br>$ 7,951.50 |
| Debra I. Grassgreen | Partner 1997; Member of FL Bar since 1992; Member of CA Bar since 1994 | $1,425.00<br>$1,295.00<br>$1,095.00<br>$ 712.50<br>$ 647.50<br>$ 547.50 | 102.20<br>809.60<br>885.90<br>5.00<br>18.30<br>56.70 | $ 145,635.00<br>$1,048,432.00<br>$ 970,060.50<br>$ 3,562.50<br>$ 11,849.25<br>$ 31,043.25 |
| Robert J. Feinstein | Partner 2001; Member of NY Bar since 1982 | $1,395.00 | 147.10 | $ 205,204.50 |
| Kenneth H. Brown | Partner 2001; Member of CA Bar since 1981 | $1,395.00<br>$1,225.00<br>$ 995.00 | 0.60<br>209.10<br>981.80 | $ 837.00<br>$ 256,147.50<br>$ 976,891.00 |
| Robert B. Orgel | Partner 1986; Member of CA Bar since 1981 | $1,325.00<br>$1,145.00 | 529.20<br>1,699.20 | $ 701,190.00<br>$1,945,584.00 |
| Iain A.W. Nasatir | Partner 1999; Member of NY Bar since 1983 Member of CA Bar since 1990 | $1,295.00<br>$1,145.00<br>$1,025.00<br>$ 572.50<br>$ 512.50 | 1.60<br>603.70<br>2,028.90<br>9.00<br>54.00 | $ 2,072.00<br>$ 691,236.50<br>$2,079,622.50<br>$ 5,152.50<br>$ 7,675.00 |
| Bradford J. Sandler | Partner 2010; Member of PA & NJ Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $1,295.00 | 1.00 | $ 1,295.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard J. Gruber | Of Counsel 2008; Member of CA Bar since 1982 | $1,275.00<br>$1,125.00 | 0.80<br>75.30 | $      1,020.00<br>$    84,712.50 |
| Linda F. Cantor | Partner 1994; Member of CA Bar since 1991; Member of IL Bar since 1988 | $1,245.00<br>$1,075.00 | 0.80<br>374.50 | $        996.00<br>$   402,587.50 |
| Dean A. Ziehl | Partner 1983; Member of CA Bar 1978; Member of DC Bar since 2002; Member of NY Bar since 2003 | $1,195.00 | 2.40 | $      2,868.00 |
| David J. Barton | Partner 2000; Member of CA Bar since 1981 | $1,195.00 | 4.50 | $      5,377.50 |
| Judith Elkin | Of Counsel 2020; Member of TX Bar since 1982; Member of NY Bar since 2004 | $1,195.00<br>$1,100.00 | 65.60<br>435.10 | $    78,392.00<br>$   478,610.00 |
| Karen B. Dine | Of Counsel 2020; Member of NY Bar since 1994 | $1,195.00<br>$1,075.00 | 40.70<br>104.20 | $    48,636.50<br>$   112,015.00 |
| Jeffrey M. Dine | Of Counsel 2021; Member of NJ Bar since 2019; Member of NY Bar since 1996 | $1,195.00 | 5.90 | $      7,050.50 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $1,145.00<br>$1,050.00<br>$    925.00 | 53.30<br>651.30<br>932.90 | $    61,028.50<br>$   683,865.00<br>$   862,932.50 |
| Andrew W. Caine | Partner 1989; Member of CA Bar since 1983 | $1,095.00 | 19.70 | $    21,571.50 |
| John W. Lucas | Partner 2014; Member of NY Bar sincaibe 2004; Member of CA Bar since 2010 | $1,095.00<br>$    995.00<br>$    825.00<br>$    497.50<br>$    412.50 | 177.80<br>1,269.00<br>3,523.60<br>11.00<br>80.60 | $   194,691.00<br>$1,262,655.00<br>$2,906,970.00<br>$      5,472.50<br>$    33,247.50 |
| Malhar S. Pagay | Partner 2003; Member of CA Bar since 1997 | $1,095.00<br>$    995.00<br>$    875.00<br>$    437.50 | 103.80<br>1,268.10<br>1,518.70<br>17.90 | $   113,661.00<br>$1,261,759.50<br>$1,328,862.50<br>$      7,831.25 |
| James K.T. Hunter | Of Counsel 1988; Member of CA Bar since 1976 | $1,095.00 | 207.00 | $   226,665.00 |
| Henry C. Kevane | Partner 1997; Member of CA Bar since 1986 | $1,075.00 | 138.70 | $   149,102.50 |
| John A. Morris | Partner 2008; Member of NY Bar since 1991 | $1,075.00 | 393.80 | $   423,335.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Victoria A. Newmark | Of Counsel 2008, Member of CA Bar since 1996 | $1,050.00 | 310.20 | $  325,710.00 |
| Stanley E. Goldich | Partner 1988; Member of CA Bar since 1980 | $1,025.00 | 7.60 | $      7,790.00 |
| Jeffrey W. Dulberg | Partner 2004; Member of CA Bar since 1995 | $1,025.00 | 48.30 | $    49,507.50 |
| Robert M. Saunders | Of Counsel 2001; Member of NY Bar since 1984; Member of FL Bar since 1995; Member of CA Bar since 2003 | $1,025.00<br>$  925.00<br>$  825.00 | 11.90<br>126.80<br>516.20 | $    12,197.50<br>$  117,290.00<br>$  425,865.00 |
| James E. Mahoney | Partner 2006; Member of CA Bar since 1967 | $  995.00 | 4.20 | $      4,179.00 |
| Jonathan J. Kim | Of Counsel 1999; Member of CA Bar since 1995 | $  995.00<br>$  895.00 | 80.80<br>454.70 | $    80,396.00<br>$  406,956.50 |
| Daryl G. Parker | Of Counsel 2006; Member of CA Bar since 1970 | $  995.00 | 263.20 | $  261,884.00 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $  995.00 | 74.80 | $    74,426.00 |
| Jason S. Pomerantz | Partner 2019; Member of CA Bar since 1991 | $  975.00<br>$  850.00 | 3.70<br>856.90 | $      3,607.50<br>$  728,365.00 |
| Tavi C. Flanagan | Of Counsel 2018; Member of CA Bar since 1993 | $  975.00<br>$  875.00 | 106.90<br>1,711.70 | $  104,227.50<br>$1,497,737.50 |
| John D. Fiero | Partner 2002; Member of CA Bar since 1988 | $  950.00 | 95.60 | $    90,820.00 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar since 1997; Member of CA Bar since 2001 | $  950.00 | 190.10 | $  180,595.00 |
| Gina F. Brandt | Of Counsel 2000; Member of CA Bar since 1976 | $  950.00<br>$  825.00 | 1.00<br>185.70 | $          950.00<br>$  153,202.50 |
| Beth E. Levine | Of Counsel 2002; Member of NY Bar since 1992 | $  950.00<br>$  825.00 | 368.90<br>599.40 | $  350,455.00<br>$  494,505.00 |
| Harry D. Hochman | Of Counsel 2004; Member of CA Bar since 1987 | $  950.00 | 16.20 | $    15,390.00 |
| Gail S. Greenwood | Of Counsel 2009; Member of CA Bar since 1994 | $  950.00<br>$  825.00 | 7.10<br>122.10 | $      6,745.00<br>$  100,732.50 |
| Joshua M. Fried | Partner 2006; Member of CA Bar since 1995; Member of NY Bar since 1999; Member of NJ Bar since 2000 | $  925.00 | 6.80 | $      6,290.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elissa A. Wagner | Of Counsel 2009; Member of CA Bar since 2001; Member of AZ Bar since 2009 | $ 925.00 | 1.80 | $ 1,665.00 |
| Colin R. Robinson | Of Counsel 2012; Member of NY Bar since 1997; Member of NJ & PA Bars since 2001; Member of DE Bar since 2010 | $ 925.00 | 51.60 | $ 47,730.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $ 925.00<br>$ 850.00<br>$ 795.00<br>$ 775.00 | 20.70<br>128.90<br>231.40<br>76.80 | $ 19,147.50<br>$ 109,565.00<br>$ 183,963.00<br>$ 59,520.00 |
| Nina L. Hong | Partner 2006; Member of CA Bar since 1996 | $ 875.00 | 195.20 | $ 170,800.00 |
| Miriam P. Manning | Of Counsel 2008; Member of CA Bar since 1995 | $ 850.00<br>$ 795.00 | 91.50<br>423.70 | $ 77,775.00<br>$ 336,841.50 |
| Gillian N. Brown | Of Counsel 2016; Member of CA Bar since 1999; Member of Washington D.C. Bar since 2008; Member of NY Bar since 2010 | $ 850.00<br>$ 795.00 | 183.90<br>493.50 | $ 156,315.00<br>$ 392,332.50 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE & NH Bars since 2010 | $ 845.00<br>$ 750.00 | 1.10<br>7.70 | $ 929.50<br>$ 5,775.00 |
| Ilan D. Scharf | Partner 2010; Member of NY Bar since 2002 | $ 795.00 | 13.70 | $ 10,891.50 |
| Benjamin L. Wallen | Associate 2020; Member of TX Bar since 2016 | $ 750.00 | 46.30 | $ 34,725.00 |
| Ayala A. Hassell | Of Counsel 2021; Member of TX Bar since 1986 | $ 725.00 | 77.60 | $ 56,260.00 |
| Steven W. Golden | Associate 2016; Member of NY and MD Bars since 2015; Member of TX Bar since 2016; Member of DE Bar since 2022 | $ 725.00<br>$ 625.00 | 127.60<br>643.60 | $ 92,510.00<br>$ 402,250.00 |
| Brittany M. Michael | Of Counsel 2020; Member of MN Bar since 2015; Member of NY Bar since 2019 | $ 695.00<br>$ 650.00 | 44.30<br>69.70 | $ 30,788.50<br>$ 45,305.00 |
| Cia H. Mackle | Of Counsel 2007; Member of FL Bar since 2006 | $ 675.00 | 88.10 | $ 59,467.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Edward A. Corma | Associate 2022; Member of NJ Bar since 2018; Member of PA Bar since 2019; Member of DE Bar since 2020 | $ 675.00 | 3.10 | $ 2,092.50 |
| Haley R. Winograd | Associate 2020; Member of NY Bar since 2018 | $ 625.00 | 9.30 | $ 5,812.50 |
| Karina K. Yee | Paralegal | $ 495.00<br>$ 460.00<br>$ 425.00 | 46.30<br>188.60<br>461.30 | $ 22,918.50<br>$ 86,756.00<br>$ 196,052.50 |
| Leslie A. Forrester | Law Library Director 2003 | $ 495.00<br>$ 475.00<br>$ 450.00 | 2.30<br>33.70<br>166.50 | $ 1,138.50<br>$ 16,007.50<br>$ 74,925.00 |
| Patricia J. Jeffries | Paralegal | $ 495.00<br>$ 460.00<br>$ 425.00 | 2.70<br>21.70<br>115.20 | $ 1,336.50<br>$ 9,982.00<br>$ 48,960.00 |
| Ian Densmore | Paralegal | $ 495.00 | 0.60 | $ 297.00 |
| Cheryl A. Knotts | Paralegal | $ 460.00<br>$ 425.00<br>$ 395.00 | 8.90<br>71.00<br>231.10 | $ 4,094.00<br>$ 30,175.00<br>$ 91,284.50 |
| Patricia E. Cuniff | Paralegal | $ 460.00<br>$ 425.00 | 10.80<br>53.10 | $ 4,968.00<br>$ 22,567.50 |
| Beth D. Dassa | Paralegal | $ 460.00<br>$ 425.00 | 4.90<br>70.60 | $ 2,254.00<br>$ 30,005.00 |
| La Asia S. Canty | Paralegal | $ 460.00<br>$ 425.00 | 1.10<br>1.10 | $ 506.00<br>$ 467.50 |
| Kerri L. LaBrada | Paralegal | $ 460.00 | 138.50 | $ 63,710.00 |
| Elizabeth C. Thomas | Paralegal | $ 460.00<br>$ 425.00 | 3.80<br>9.20 | $ 1,748.00<br>$ 3,910.00 |
| Mike A. Matteo | Paralegal | $ 425.00<br>$ 395.00 | 95.60<br>411.00 | $ 40,630.00<br>$ 162,345.00 |
| Nancy P.F. Lockwood | Paralegal | $ 425.00 | 67.40 | $ 28,645.00 |
| Bernadette Anavim | Legal Assistant | $ 395.00 | 5.80 | $ 2,291.00 |
| Ben C. Downing | Other | $ 395.00 | 4.40 | $ 1,738.00 |
| Chuck M. Curts | Other | $ 395.00 | 1.80 | $ 711.00 |
| Diane H. Hinojosa | Paralegal Assistant | $ 395.00 | 297.00 | $ 117,315.00 |
| Hung Phan | Other | $ 395.00 | 40.50 | $ 15,997.50 |
| Janice G. Washington | Other | $ 395.00 | 176.60 | $ 69,757.00 |
| Leira E. Puma | Other | $ 395.00 | 77.60 | $ 30,652.00 |
| Melisa DesJardien | Other | $ 395.00 | 5.80 | $ 2,291.00 |
| Mary E. DeLeon | Other | $ 395.00 | 14.00 | $ 5,530.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michelle F. Evans | Other | $ 395.00 | 69.00 | $ 27,255.00 |
| Matthew J. Renck | Other | $ 395.00 | 66.80 | $ 26,386.00 |
| Myra Kulick | Other | $ 395.00 | 433.90 | $ 171,390.50 |
| Nancy H. Brown | Other | $ 395.00 | 162.70 | $ 64,266.50 |
| Oliver M. Carpio | Other | $ 395.00 | 48.70 | $ 19,236.50 |
| Rolanda L. Mori | Other | $ 395.00 | 162.60 | $ 64,227.00 |
| Sophia L. Lee | Other | $ 395.00 | 208.10 | $ 82,199.50 |
| Virginia L. Downing | Other | $ 395.00 | 52.60 | $ 20,777.00 |
| Charles J. Bouzoukis | Case Management Assistant | $ 395.00 | 7.10 | $ 2,804.50 |
| | | $ 375.00 | 56.40 | $ 21,150.00 |
| | | $ 350.00 | 95.40 | $ 33,390.00 |
| Karen S. Neil | Case Management Assistant | $ 395.00 | 10.10 | $ 3,989.50 |
| | | $ 375.00 | 78.20 | $ 29,325.00 |
| | | $ 350.00 | 151.70 | $ 53,095.00 |
| Andrea R. Paul | Case Management Assistant | $ 375.00 | 10.20 | $ 3,825.00 |
| | | $ 350.00 | 23.00 | $ 8,050.00 |
| Aaron M. Bonn | Case Management Assistant | $ 375.00 | 168.00 | $ 63,000.00 |
| Felipe E. Arias | Other | $ 375.00 | 197.80 | $ 74,175.00 |
| Lincoln J. Sneed | Other | $ 375.00 | 138.30 | $ 51,862.50 |
| Rhea S. Cheltenham | Other | $ 375.00 | 110.20 | $ 41,325.00 |
| Teresita D. Correa | Other | $ 375.00 | 4.00 | $ 1,500.00 |
| Sheryle L. Pitman | Case Management Assistant | $ 350.00 | 2.40 | $ 840.00 |

**Grand Total: $38,781,855.25**
**Total Hours:      40,669.70**
**Blended Rate:      $953.58**

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Asset Analysis/Recovery | 1,978.30 | $1,882,802.50 |
| Asset Disposition | 0.60 | $606.00 |
| Appeals | 1,489.50 | $1,779,247.50 |
| Bankruptcy Litigation | 2,148.90 | $1,901,084.50 |
| Business Operations | 23.90 | $24,085.00 |
| Case Administration | 817.40 | $387,535.50 |
| Claims Admin./Objections | 4,045.50 | $2,560,436.00 |
| Compensation of Professional | 654.30 | $494,943.00 |
| Compensation of Prof./Others | 451.10 | $428,895.00 |
| Employee Benefit/Pension | 18.10 | $19,417.50 |
| Executory Contracts | 4.00 | $3,661.00 |
| Financial Filings | 2.30 | $2,297.50 |
| Financing | 324.50 | $322,406.00 |
| General Creditors Comm. | 3,465.20 | $3,149,289.50 |
| Hearings | 1,948.60 | $2,150,146.50 |
| Insurance Coverage | 774.10 | $752,683.50 |
| Litigation (Non-Bankruptcy) | 0.20 | $239.00 |
| Meeting of Creditors | 11.50 | $12,225.50 |
| Mediation | 2,563.30 | $2,944,303.00 |
| Non-Working Travel | 319.70 | $170,095.75 |
| Plan & Disclosure Statement | 18,726.00 | $18,791,667.00 |
| Plan Implementation | 415.30 | $556,285.50 |
| Retention of Professional | 18.70 | $16,078.50 |
| Retention of Prof/Others | 270.90 | $242,034.00 |
| Schedules/Sofa | 0.30 | $322.50 |
| Stay Litigation | 197.50 | $189,068.00 |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable)[24] | Total Expenses |
|---|---|---|
| Air Fare | United Airlines; American Airlines; JetBlue; Delta Airlines; Jetsuitex | $ 52,140.15 |
| Airport Parking | ORF parking | $     171.51 |
| Attorney Service | First American Title Insurance Company; Nationwide Legal | $  6,576.45 |
| Auto Travel Expense | Lyft; Elite Transportation; KLS Worldwide; A&H Car Transporation; Dav El Transportation; Taxi; Worldwide Chauffeured Service; Amtrak; JTL Management Inc. Transportation; Mileage reimbursement; Uber | $ 18,151.87 |
| Bloomberg | | $  4,808.72 |
| Business Meals | Mr. Broadway; Naya; Kosher Deluxe; Mendy's; PureBread; Taam Tov Restaurant; Little Thai Kitchen; Sidewalk Juice; Yankee Pier; Shun Lee Palace Oceana; Cowboy Club DFW Airport; Chili's Post Sec LIT Airport; 2nd Ave Deli | $  1,579.71 |
| Conference Call | CourtCall; LoopUp; AT&T Conference Call; Zoom | $ 10,469.11 |
| CourtLink | | $     673.82 |
| Delivery/Courier Service | Advita | $     631.65 |
| Express Mail | Federal Express | $ 13,614.42 |
| Filing Fee | USDC; USBC | $     950.00 |
| Hotel Expense | JW Marriott; Residence Inn; Westin NY; Lotte NY Palace; The Peninsula NY; Courtyard by Marriott; Intercon Barclay Hotel; The Peninsula Berverly Hills; Hotel DuPont; IC NY Times Square | $ 31,687.73 |
| Legal Research | Lexis/Nexis | $ 22,114.27 |
| Legal Vision Atty Mess Service | | $ 12,533.95 |
| Outside Services | Zoom Meeting; Fidelity National Title Insurance Co.; MiPro Consulting; Everlaw; Colorado Politics; Bluebird Office Supplies; Horowitz Agency; Shai Creates; Everlaw; KLDiscovery; Allyn/media; Nationwide Legal; Specialized Legal; eLitigation; PR Newswire; Wix Hosting, tccbsa.com | $449,002.20 |
| Court Research | Pacer | $ 21,974.60 |

---

[24] PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

| Expense Category | Service Provider (if applicable)[24] | Total Expenses |
|---|---|---|
| Postage | US Mail | $   9,719.38 |
| Reproduction Expense | | $   7,692.40 |
| Reproduction/Scan Copy | | $ 50,463.20 |
| Research | Parasec; Everlaw; Copy of article; eScribers; Verdict Search | $125,447.19 |
| Travel Expense | Travel Agenday Fee; United Airlines WiFi Service; The Parking Spot; Amtrak | $   1,232.41 |
| Transcript | eLitigation Services Inc.; Lexitas; Reliable Companies; Everlaw | $356,157.13 |

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:  June 26, 2023 at 4:00 p.m.**
**Hearing Date:  To be scheduled**

## FINAL APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES OF
## PACHULSKI STANG ZIEHL & JONES LLP,
## AS COUNSEL TO THE TORT CLAIMANTS' COMMITTEE
## <u>FOR THE PERIOD FROM MARCH 4, 2020 THROUGH APRIL 19, 2023</u>

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively,

the "Bankruptcy Rules"), and the "Order (I) Approving Procedures for (A) Interim

Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense

Reimbursement for Official Committee Members and (II) Granting Related Relief," signed on or

about April 6, 2020 (the "Administrative Order") and the "Order Amending the Order (I)

Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of

Retained Professionals and (B) Expense Reimbursement for Official Committee Members and

(II) Granting Related Relief," signed on or about August 6, 2021 (the "Amended Administrative

Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel to the Tort

Claimants' Committee (the "Committee"), hereby submits its Final Application for

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Compensation and for Reimbursement of Expenses for the Period from March 4, 2020 through April 19, 2023 (the "Application").

By this Application PSZ&J seeks a final allowance of compensation in the amount of $38,169,982.62, in addition to $22,992.00 for the period of April 20, 2023 through June 1, 2023 and $10,000.00 which is anticipated to be billed for handling the remaining final fee applications and final fee hearing, for a total compensation of $38,202,974.62, and actual and necessary expenses in the amount of $1,174,302.13, as well as $3,594.14 for expenses during the April 20, 2023 through June 1, 2023 period for a total of expenses of $1,177,896.27, for a total final allowance of compensation and expenses of $39,380,870.89 and payment of the unpaid amount of such fees and expenses for the period March 4, 2020 through April 19, 2023 (the "Fee Period").  In support of this Application, PSZ&J respectfully represents as follows.

## Background

1.      On February 18, 2020 (the "Petition Date"), the Debtors commenced their Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in possession of their property and continued to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about April 6, 2020, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.  On

or about August 6, 2021, the Court signed the Amended Administrative Order.  The

Administrative Order, as amended by the Amended Administrative Order, provides, among other

things, that a Professional may submit monthly fee applications.  If no objections are made

within fourteen (14) days after service of the monthly fee application the Debtors are authorized

to pay the Professional eighty percent (80%) of the requested fees and one hundred percent

(100%) of the requested expenses.  Beginning with the period ending April 30, 2020 and at

three-month intervals thereafter, each of the Professionals shall file and serve an interim

application for allowance of the amounts sought in its monthly fee applications for that period.

All fees and expenses paid are on an interim basis until final allowance by the Court.

4.       The retention of PSZ&J, as counsel to the Tort Claimants' Committee,

was approved effective as of March 4, 2020 by this Court's "Order Authorizing and Approving

the Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Additional Tort

Claimants' Committee Effective as of March 4, 2020," signed on or about April 11, 2020 (the

"Retention Order").  The Retention Order authorized PSZ&J to be compensated on an hourly

basis and to be reimbursed for actual and necessary out-of-pocket expenses.  The Retention

Order further authorized PSZ&J to be reimbursed for Committee Members' expenses that

PSZ&J paid directly or reimbursed to Committee Members.  PSZJ has not requested

reimbursement for any Committee Members' expenses.

5.       PSZ&J employed the software consultant MIPRO to assist PSZ&J and

other Committee professionals in these cases.  Pursuant to discussions with the United States

Trustee's Office, PSZ&J paid MIPRO for services in these cases without a separate fee application.  PSZJ's request in this Application for final allowance of reimbursement includes payments made to MIPRO in the amount of $94,098.40.

6.      Attorneys retained pursuant to sections 327, or 363 or 1103 of the Bankruptcy Code (other than Ordinary Course Professionals) must comply with certain requirements of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases (the "Revised UST Guidelines").  The Office of the United States Trustee has promulgated forms to aid in compliance with the Revised UST Guidelines.  Charts and tables based on such forms are attached hereto as exhibits and filled out with data to the extent relevant to these cases:  Exhibit "A", Customary and Comparable Compensation Disclosures with Fee Applications; Exhibit "B", Summary of Timekeepers Included in this Fee Application, Exhibit "C-1", Budget; Exhibit "C-2", Staffing Plan; Exhibit "D-1", Summary of Compensation Requested by Project Category; Exhibit "D-2", Summary of Expense Reimbursement Requested by Category; and Exhibit "E", Summary Cover Sheet of Fee Application.

## PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

7.      The monthly fee applications (the "Monthly Fee Applications") for the period March 4, 2020 through April 19, 2023 of PSZ&J have been filed and served pursuant to the Administrative Order, as amended.  Attached hereto as Exhibits F through H are copies of the

Monthly Fee Applications filed by PSZ&J in the Debtors' cases which have not had an interim fee application filed.

**Requested Relief**

8.      By this Application, PSZ&J requests that the Court approve the final allowance and payment of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by PSZ&J from March 4, 2020 through April 19, 2023.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the Monthly Fee Applications for the Fee Period that already have been filed with the Court.  PSZ&J reserves the right, and respectfully requests that the Court authorize PSZ&J, to file a supplemental fee application(s) by following the interim compensation procedures set forth in the Amended Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application.

9.      At all relevant times, PSZ&J has not represented any party having an interest adverse to these cases.

10.      At all relevant times, PSZ&J has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Committee.

11.      All services for which PSZ&J requests compensation were performed for or on behalf of the Committee, and not on behalf of any other person or entity.

12.     PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases.  As set forth in its employment application, PSZ&J has agreed to contribute ten percent (10%) of the total amount of allowed fees it bills in these cases to the settlement trust established in these cases to compensate survivors of sexual abuse.  PSZ&J did not receive a retainer in this matter.

13.     The professional services and related expenses for which PSZ&J requests final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of PSZ&J's professional responsibilities as attorneys for the Committee in these chapter 11 cases.  PSZ&J's services have been necessary and beneficial to the Committee, the Debtors and their estates, creditors and other parties in interest.

14.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and the Amended Administrative Order, and believes that this Application complies with such Rule and Orders.

**Statement from PSZJ**

15.     Pursuant to the Appendix B Guidelines for Reviewing Application for

Compensation and Reimbursement of Expenses Filed under the United States Code by Attorneys

in Larger Chapter 11 Cases, PSZ&J responds to the following questions regarding the

Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain | | NO | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application higher by 10% or more, did you discuss the reasons for the variation with the client? | | N/A | |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | NO | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | NO | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees. | | NO | |

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| If the fee application includes any rate increases since retention in these Cases: <br>    i.   Did your client review and approve those rate increases in advance? <br> Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | | N/A | |

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, in the form attached hereto, providing that a final allowance be made to PSZ&J for the period from March 4, 2020 through April 19, 2023 in the sum of $38,169,982.62, in addition to $22,992.00 for the period of April 20, 2023 through June 1, 2023 and $10,000.00 which is anticipated to be billed for handling the remaining final fee applications and final fee hearing, for a total compensation of $38,202,974.62, and actual and necessary expenses in the amount of $1,174,302.13, as well as $3,594.14 for expenses during the April 20, 2023 through June 1, 2023 period, for a total of expenses of $1,177,896.27, for a total final allowance of compensation and expenses of $39,380,870.89; that PSZ&J may file a supplemental fee application(s) by following the interim compensation procedures set forth in the Amended Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application; that the Debtors be authorized

and directed to pay to PSZ&J the outstanding amount of such sums; and for such other and

further relief as may be just and proper.

Dated:  June 5, 2023                    PACHULSKI STANG ZIEHL & JONES LLP

                                        /s/ James E. O'Neill
                                        Richard M. Pachulski (CA Bar No. 90073)
                                        Alan J. Kornfeld (CA Bar No. 130063)
                                        Debra I. Grassgreen (CA Bar 169978)
                                        Iain A.W. Nasatir (CA Bar No. 148977)
                                        James E. O'Neill (DE Bar No. 4042)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, DE  19899-8705 (Courier 19801)
                                        Telephone:  (302) 652-4100
                                        Facsimile:  (302) 652-4400
                                        Email:   rpachulski@pszjlaw.com
                                                 akornfeld@pszjlaw.com
                                                 dgrassgreen@pszjlaw.com
                                                 inasatir@pszjlaw.com
                                                 joneill@pszjlaw.com

                                        *Counsel for the Tort Claimants' Committee*

# **DECLARATION**

STATE OF DELAWARE         :
                                              :
COUNTY OF NEW CASTLE   :

James E. O'Neill, after being duly sworn according to law, deposes and says:

a)        I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones

LLP, and have been admitted to appear before this Court.

b)        I am familiar with many of the legal services rendered by Pachulski Stang

Ziehl & Jones LLP as counsel to the Tort Claimants' Committee.

c)        I have reviewed the foregoing Application and the facts set forth therein

are true and correct to the best of my knowledge, information and belief.  Moreover, I have

reviewed Del. Bankr. LR 2016-2, the Administrative Order signed on or about April 6, 2020, and

the Amended Administrative Order signed on or about August 6, 2021, and submit that the

Application substantially complies with such Rule and Orders.


*/s/ James E. O'Neill*
James E. O'Neill