**Exhibit A**

**Summary of Total Fees and Hours by Timekeeper**

**(Interim Period)**

| Name | Title | Year Admitted | Areas of Expertise | Sum of Hours | Average of Rate | Sum of Amount |
|---|---|---|---|---|---|---|
| Adler, Christoffer | Partner | 2015 | Debt Finance Practice | 42.3 | $1,370.00 | $57,951.00 |
| Andolina, Michael | Partner | 1999 | Commercial Litigation Practice | 83.7 | $1,460.00 | $122,202.00 |
| Baccash, Laura | Counsel | 2003 | Financial Restructuring & Insolvency (FRI) Practice | 274.9 | $1,310.00 | $360,119.00 |
| Chen, Tony | Project Manager – Litigation Support | N/A | Timekeeper Pool | 39.6 | $380.00 | $15,048.00 |
| Chitwan, Charu | Associate | 2014 | Financial Restructuring & Insolvency (FRI) Practice | 15.5 | $740.00 | $11,470.00 |
| Costello, Andrew | Associate | 2023 | Financial Restructuring & Insolvency (FRI) Practice | 29.2 | $830.00 | $24,236.00 |
| Ferrier, Kyle | Associate | 2020 | Financial Restructuring & Insolvency (FRI) Practice | 319.4 | $1,060.00 | $338,564.00 |
| Gorsich, Ronald | Partner | 2001 | Financial Restructuring & Insolvency (FRI) Practice | 155.5 | $1,370.00 | $213,035.00 |
| Haqqani, Mira | Associate | 2022 | Financial Restructuring & Insolvency (FRI) Practice | 69.9 | $740.00 | $51,726.00 |
| Hirshorn, Deanna | Legal Assistant | N/A | Financial Restructuring & Insolvency (FRI) Practice | 40.9 | $380.00 | $15,542.00 |
| Kim, David | Associate | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 162.4 | $960.00 | $155,904.00 |
| Kim, Doah | Associate | 2012 | Financial Restructuring & Insolvency (FRI) Practice | 175.1 | $1,270.00 | $222,377.00 |
| Kurtz, Glenn | Partner | 1990 | Commercial Litigation Practice | 86.3 | $2,100.00 | $181,230.00 |
| Lauria (Boelter), Jessica | Partner | 2002 | Financial Restructuring & Insolvency (FRI) Practice | 101.8 | $1,520.00 | $154,736.00 |
| Lesoravage, Arden | Legal Assistant | N/A | Debt Finance Practice | 13.6 | $380.00 | $5,168.00 |
| Linder, Matthew | Partner | 2012 | Financial Restructuring & Insolvency (FRI) Practice | 29.6 | $1,370.00 | $40,552.00 |
| Ludovici, Stephen | Associate | 2014 | Financial Restructuring & Insolvency (FRI) Practice | 40.7 | $1,240.00 | $50,468.00 |
| Rivero, Devin | Associate | 2020 | Financial Restructuring & Insolvency (FRI) Practice | 183.6 | $960.00 | $176,256.00 |
| Simon, Abigail | Associate | 2014 | High Yield Practice | 21.8 | $1,240.00 | $27,032.00 |
| Tuffey, Claire | Associate | 2020 | Financial Restructuring & Insolvency (FRI) Practice | 194.6 | $960.00 | $186,816.00 |
| Utkus, Julia | Legal Assistant | N/A | Commercial Litigation Practice | 16.5 | $340.00 | $5,610.00 |
| Van Kooten, Jessy | Associate | 2020 | Debt Finance Practice | 47.5 | $1,020.00 | $48,450.00 |
| Warner, Blair | Associate | 2015 | Financial Restructuring & Insolvency (FRI) Practice | 337.9 | $1,220.00 | $412,238.00 |
| Wick, Katie | Legal Assistant | N/A | Financial Restructuring & Insolvency (FRI) Practice | 15.9 | $380.00 | $6,042.00 |
| Grand Total | | | | 2,498.2 | | $2,882,772.00 |