# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF AGENDA OF MATTER SCHEDULED FOR
HEARING ON JUNE 30, 2023, AT 11:00 A.M. EASTERN TIME

---

**This hearing will be conducted in-person.  Any exceptions must be approved by Chambers.  Parties may observe the hearing remotely by registering with the Zoom link below no later than June 30, 2023, at 8:00 a.m.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJIsdu2sqj0vHtJLFjoaWFj4_VRm9DvNYAA**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**Topic: Boy Scouts of America**

**Time:  June 30, 2023, at 11:00 a.m. Eastern Time (US and Canada)**

---

MATTER GOING FORWARD:

1. Motion of Pachulski Stang Ziehl & Jones LLP Pursuant to the Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC and 11 U.S.C. § 105(a), for Entry of an Order (I) Authorizing Pachulski Stang Ziehl & Jones LLP to Transfer Data Base to the Settlement Trustee and (II) Granting Related Relief (D.I. 11333, filed 06/14/23).

   Objection Deadline:   June 23, 2023, at 4:00 p.m. (ET); extended to June 26, 2023, for the Reorganized Debtors; extended to June 28, 2023, at 12:00 p.m. (ET) for Certain Insurers.

---

[1] The Reorganized Debtors in the chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Responses Received:

a)       Informal comments received from the Reorganized Debtors; and

b)       Informal comments received from the Certain Insurers.

Related Pleadings:     None.

Status: Pachulski Stang Ziehl & Jones LLP has resolved the informal comments of the Reorganized Debtors and the Certain Insurers and intends to submit a revised proposed order under certification of counsel in advance of the hearing.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  June 28, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Sophie Rogers Churchill*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Paige N. Topper (No. 6470)<br>Sophie Rogers Churchill (No. 6905)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            ptopper@morrisnichols.com<br>            srchurchill@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:  (312) 881-5400<br>Email: mandolina@whitecase.com<br>            mlinder@whitecase.com<br>            laura.baccash@whitecase.com<br>            blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE REORGANIZED DEBTORS |