IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1], | ) Case No. 20-10343 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 11333** |

**ORDER GRANTING MOTION OF PACHULSKI STANG ZIEHL & JONES LLP MOTION PURSUANT TO THE SUPPLEMENTAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ORDER CONFIRMING THE THIRD MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION (WITH TECHNICAL MODIFICATIONS) FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC AND 11 U.S.C. § 105(A), FOR ENTRY OF AN ORDER (I) AUTHORIZING PACHULSKI STANG ZIEHL & JONES LLP TO TRANSFER DATABASE TO THE SETTLEMENT TRUSTEE AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "***Motion***")[2] of the Pachulski Stang Ziehl & Jones LLP ("***PSZ&J***") pursuant to the Court's Confirmation Order and 11 U.S.C. § 105(a), for an order (this "***Order***") (i) authorizing PSZ&J to transfer the PSZ&J Database to the Trustee and (ii) granting related relief; and the Court having jurisdiction to decide the Motion and the relief requested therein in accordance with section XI.C.31 of the Plan, 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

before this Court under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. PSZ&J is authorized to transfer the PSZ&J Database to the Trustee.

3. PSZ&J and any third party are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

4. As to the PSZ&J Database and subject to paragraph 5 below, the Settlement Trustee shall be bound by, and will bind the Settlement Trust to, this Court's Protective Order [Docket No. 799] (the "Protective Order") by executing a copy of the "Acknowledgment and Agreement to Be Bound," annexed as Exhibit A to the Protective Order.

5. After receipt of the PSZ&J Database by the Settlement Trustee, the PSZ&J Database will be reviewed to determine which documents (a) are duplicative of documents that were produced, and/or (b) should have been or should be produced, pursuant to the terms of the Plan and the Document Appendix ("Appendix Documents"). The Appendix Documents shall be maintained by the Settlement Trust in accordance with the terms of the Document Appendix. The balance of the documents contained in the PSZ&J Database shall be maintained by the Settlement Trust in accordance with the terms of the Protective Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. To the extent that there may be any inconsistency between the terms of the Motion and related submissions and this Order, the terms of this Order shall govern.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

**Dated: June 29th, 2023**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

3

DOCS_LA:349841.2 85355/001