Clerk
U.S. Bankruptcy Court
District of Delaware

FILED
2023 JUL -5 AM 10: 57
CLERK
US BANKRUPTCY COURT

22, June 2023

Re: In Re Boy Scouts of America and Delaware
BSA, LLC
Case No: 20-10343 (LSS)

Dear Sir/Ma'am;

    Please find enclosed my Motion for Appointment of Counsel with Proposed ORDER.

    Please file with the Papers of this case and bring to the Attention of the Court.

    Thank you for your time and attention.

Sincerely;

[signature redacted]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC | CASE NO. 20-10343 (LSS) |

MOTION FOR APPOINTMENT OF
COUNSEL (3rd)

TO THE HONORABLE COURT

Now comes claimant, MOVANT, ███████ J. who respectfully files this Motion for Appointment of Counsel and in support shows:

1) Movant has filed the first step in the claims process and has been assigned the following ███████

2) Movant has contacted three attorneys asking for representation in this matter. No attorney responded to claimant's request.

3) Movant is incarcerated, serving a life sentence in the Texas Department of Criminal Justice.

4) Movant has made two prior requests for appointment of attorney and was instructed that until Court agrees to process, the motion could not go forward.

5) Movant recieved notice that he thinks states this and therefore files his Motion requesting Counsel.

6) Movant is indigent and cannot even get an attorney to respond to his requests for help. Movant earns no income.

7) Movant is incarated and has NO WAY to adequately investigate and obtain the necessary evidence to further prove his claim as required without the assistance of an attorney.

8) Movants claim has merit as there are people that can corroborate his claim as well as documentary evidence.

9) Movant's claim will be deemed unsubstantiated due to failure to submit required proofs — not because of being untrue — without the appointment of counsel. In the interests of Justice, appointment of Counsel is merited.

## ARGUMENT

Movant meets all factors that qualify him for appointment of counsel. Movant implores this Court to grant this motion and appoint counsel to Movant.

## PRAYER

Movant prays that this Court, after due consideration, GRANT this Motion

Respectfully Submitted

[REDACTED]

## AFFIDAVIT

I, [REDACTED] do swear and Affirm that the above is true and correct under penalty of perjury.

Signed this 22nd day of June 2023

[REDACTED]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COURT

IN Re:

Boy Scouts of AMERICA and
DELAWARE BSA, LLC          CASE No.: 20-10343 (LSS)

## ORDER

On this ___ day of _____ 20___, came before this Court, Claimant's (# _____) Motion for Appointment of Counsel and after due consideration of all relavent factors, this Court is of the opinion that said Motion is **Granted**

It is ORDERED that _____ _____ whose state bar number is _____ and whose business address is _____ is appointed to represent Movant/Claimant _____ ~~in~~ the matter of his claim against Debtor.

Signed this ___ day of _____ 20___

_____
JUDGE PRESIDING



SAN ANTONIO TX 780
RIO GRANDE DISTRICT
28 JUN 2023 PM 3 L

U.S.MAIL
X-DAW

Clerk
US Bankruptcy Court of
Delaware
824 Market St, North
3rd Floor
Wilmington, DE 19801

19801-302499

