## EXHIBIT B

## (Audit Program – Investigative Workflow Procedures)

DOCS_SF:109311.6 85355/001
DOCS_SF:109311.6

**Filed Under Seal**

DOCS_SF:109311.6 85355/001
DOCS_SF:109311.6