# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. \_\_\_\_\_** |

**ORDER GRANTING MOTION TO SEAL
EXHIBIT RELATED TO THE SETTLEMENT TRUST'S MOTION
FOR ENTRY OF AN ORDER APPROVING AN AUDIT PROGRAM REGARDING
THE IDENTIFICATION OF POTENTIAL FRAUDULENT SURVIVOR CLAIMS**

Upon the Motion (the "Motion to Seal")[2] of BSA Settlement Trust (the "Settlement Trust") seeking entry of an order (this "Order"), pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing the Trust to file under seal Exhibit B to the *Motion for Entry of an Order Approving an Audit Program Regarding the Identification of Potential Fraudulent Survivor Claims* (the "Audit Program Motion"); and it appearing that there is good and sufficient cause for the relief set forth in this Order; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Seal in the Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the notice of the

---

[1] The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion to Seal.

Motion to Seal and opportunity for a hearing on the Motion to Seal were appropriate under the circumstances and no other notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion to Seal and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion to Seal is GRANTED.

2. The Settlement Trust is authorized to file Exhibit B to the Audit Program Motion under seal.

3. Exhibit B shall not be disseminated to anyone other than: (a) the Court, (b) the Office of the United States Trustee for the District of Delaware, (c) counsel for the Certain Insurers, and (d) counsel for the Reorganized Debtors, without either: (i) the written consent of the Trustee, or (ii) further order of the Court. All parties receiving Exhibit B shall maintain its confidentiality.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Trust is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Seal.

6. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

DOCS_DE:244221.4 85355/001
DOCS_DE:244221.4