**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND <br> DELAWARE BSA, LLC,[1] <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 12, 2023, AT 10:00 A.M. EASTERN TIME

> **This hearing will be conducted in-person. Any exceptions must be approved by chambers.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below September 12, 2023, at 8:00 a.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsf--uqDgjH-C-oT1-wtdbMcUMV14vZyQ**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **Topic: Boy Scouts of America**
>
> **Time:  September 12, 2023, at 10:00 a.m. Eastern Time (US and Canada)**

ADJOURNED MATTERS:

1. Motion (I) to Allow Substantial Contribution Claim of the Roman Catholic Ad Hoc Committee and (II) for Waiver of Certain Requirements of Local Rule 2016-2 (D.I. 10815, filed 12/29/22).

   Objection Deadline:   January 12, 2023, at 4:00 p.m. (ET); extended to January 31, 2023, for the Lujan Claimants and the Office of the United States Trustee.

---

[1] The Reorganized Debtors in the chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Responses Received:

a) Lujan Claimants' Limited Objection and Joinder in U.S. Trustee's Objection to Motion (I) to Allow Substantial Contribution Claim of the Roman Catholic Ad Hoc Committee and (II) for Waiver of Certain Requirements of Local Rule 2016-2, and Reservation of Rights (D.I. 10942, filed 01/31/23); and

b) United States Trustee's Omnibus Objection to Payment of Compensation and Reimbursement of Expenses for Movants filed December 29, 2022 (D.I. 10944, filed 01/31/23).

Related Pleadings:    None.

Status: The parties have agreed to adjourn this matter to the omnibus hearing scheduled for October 5, 2023.

2. Motion for an Order Deeming Previously Filed Proofs of Claim to be Deemed Timely Filed (D.I. 11209, filed 05/10/23).

Objection Deadline:    May 31, 2023, at 4:00 p.m. (ET).

Responses Received:

a) Settlement Trustee's Response to Motion for an Order Deeming Previously Filed Proofs of Claim to be Deemed Timely Filed (D.I. 11276, filed 05/31/23).

Related Pleadings:

a) Reorganized Debtors' Reply to the Settlement Trustees Response to Motion for an Order Deeming Previously Filed Proofs of Claim to Be Deemed Timely Filed (D.I. 11336, filed 06/16/23).

Status: The parties have agreed to adjourn this matter to the omnibus hearing scheduled for October 5, 2023.

MATTER GOING FORWARD:

3. Motion of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, to Enforce the Confirmation Order and Plan (D.I. 11376, filed 07/06/23).

Objection Deadline:    July 13, 2023, at 4:00 p.m. (ET); extended to July 27, 2023.

Responses Received:

a) Objection and Opposition of J.F.H. to the Motion (Doc 11376) of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, to Enforce the Confirmation Order and Plan (D.I. 11413, filed 07/27/23).

Related Pleadings:

a)   Reply to Objection and Opposition to J.F.H. to Motion of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, to Enforce the Confirmation Order and Plan (D.I. 11457, filed 09/08/23).

Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: September 8, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Sophie Rogers Churchill*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Sophie Rogers Churchill (No. 6905)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       srchurchill@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>       mlinder@whitecase.com<br>       laura.baccash@whitecase.com<br>       blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE REORGANIZED DEBTORS |