**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 11445** |

**LUJAN CLAIMANTS' OBJECTION TO MOTION TO SEAL EXHIBIT RELATED TO THE SETTLEMENT TRUST'S MOTION FOR ENTRY OF AN ORDER APPROVING AN AUDIT PROGRAM REGARDING THE IDENTIFICATION OF POTENTIAL FRAUDULENT SURVIVOR CLAIMS**

COME NOW the Tort Claimants represented by Lujan & Wolff LLP ("Lujan Claimants")[1] and object to the Motion to Seal Exhibit Related to the Settlement Trust's Motion for Entry of an Order Approving an Audit Program Regarding the Identification of Potential Fraudulent Survivor Claims ("the Motion") (D.I. 11445), which was filed by the Settlement Trust on August 17, 2023.

The Motion should be denied because Survivors of child sexual abuse need to be informed of how their claims will be audited and investigated for fraud. It is not enough for the Trust to deny public access to this information simply by stating that "it is inappropriate for Survivors and/or their lawyers to have access to the Investigative Workflow Procedures because such persons should not have insight into how the Settlement Trust will screen for fraud." D.I. 11445 ¶ 10. If anything, this statement adds concern that the Trust will disclose to a third party, even if unintentionally or inadvertently, a Survivor's connection to the scouting Trust, and therefore subject Survivors to potential ridicule and contempt. Even if the Procedures do not implicate privacy concerns, which Lujan Claimants have no way of knowing, Survivors need and deserve to know how their claims will

---

[1] See attached Appendix A, which lists the Sexual Abuse Survivor Proof of Claim numbers for Lujan Claimants.

1

be investigated.  Just as with the Trust Distribution Procedures, Survivors should know how their claims will be treated under the Audit Program, and they should have the right to respond to this proposed treatment.

Based on the foregoing, the Motion to seal should be denied.

Dated: September 15, 2023.                    Respectfully submitted,


 /s/ Christopher D. Loizides (No. 3968)
Loizides, PA
1225 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302.654.0248
Email: Loizides@loizides.com

And

LUJAN & WOLFF LLP


 /s/ Delia Lujan Wolff
Delia Lujan Wolff
Suite 300, DNA Bldg.
238 Archbishop Flores St.
Hagatna, Guam 96910
Phone: (671) 477-8064/5
Facsimile: (671) 477-5297
Email:  dslwolff@lawguam.com
*Attorneys for Lujan Claimants*

# APPENDIX A

The foregoing Lujan Claimants' Objection to Motion to Seal Exhibit Related to the Settlement Trust's Motion for Entry of an Order Approving an Audit Program Regarding the Identification of Potential Fraudulent Survivor Claims; Reservation of Rights was filed by the following creditors who each filed a Sexual Abuse Survivor Proof of Claim and are represented by Lujan & Wolff LLP.  The numbers below are the claim numbers for each creditor's Sexual Abuse Survivor Proof of Claim, including amendments thereto.

| | | | | |
|---|---|---|---|---|
| 248 | 2991 | 6824 | 25063 | 79403 |
| 1551 | 3051 | 7976 | 25069 | 79769 |
| 1670 | 3120 | 7977 | 33028 | 80328 |
| 1677 | 3385 | 8037 | 35352 | 80655 |
| 1746 | 3610 | 8038 | 35354 | 80982 |
| 1757 | 3612 | 10548 | 38591 | 87715 |
| 1765 | 3614 | 11250 | 40889 | 87757 |
| 1913 | 3616 | 11251 | 40890 | 96418 |
| 1953 | 4855 | 14187 | 45700 | 96419 |
| 2003 | 4857 | 15104 | 45702 | 103377 |
| 2010 | 4859 | 15139 | 48168 | 103378 |
| 2011 | 5646 | 17480 | 58317 | 4858 |
| 2394 | 5646 | 18860 | 58370 | 4860 |
| 2403 | 5648 | 18873 | 67267 | |
| 2433 | 5655 | 22872 | 67286 | |
| 2597 | 6432 | 22873 | 67293 | |
| 2840 | 6434 | 22874 | 73585 | |
| 2885 | 6823 | 23388 | 73607 | |