# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Reorganized Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 26, 2023, AT 2:00 P.M. EASTERN TIME

**This hearing will be conducted in-person. Any exceptions must be approved by chambers.**

**Parties may observe the hearing remotely by registering with the Zoom link below no later than September 26, 2023, at 10:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItcOmgqzgoGrtD0rU3vMMjtE8ymbRvFeE**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**Topic: Boy Scouts of America**

**Time: September 26, 2023, at 2:00 p.m. Eastern Time (US and Canada)**

RESOLVED MATTER:

1. Reorganized Debtors' Eleventh Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Reorganized Debtors may Remove Civil Actions and Granting Related Relief (D.I. 11449, filed 09/01/23).

   Objection Deadline: September 15, 2023, at 4:00 p.m. (ET).

---

[1] The Reorganized Debtors in the chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Responses Received:  None.

Related Pleadings:

a) Eleventh Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period within which the Reorganized Debtors may Remove Civil Actions (D.I. 11475, filed 09/22/23).

Status: An order has been entered.  No hearing is necessary.

MATTERS GOING FORWARD:

2. The Settlement Trust's Motion for Entry of an Order Approving an Audit Program Regarding the Identification of Potential Fraudulent Survivor Claims (D.I. 11443, filed 08/17/23).

Objection Deadline:   September 15, 2023, at 4:00 p.m. (ET).

Responses Received:

a) Lujan Claimants' Limited Objection to the Settlement Trust's Motion for Entry of an Order Approving an Audit Program Regarding the Identification of Potential Fraudulent Survivor Claims; Reservation of Rights (D.I. 11462, filed 09/15/23); and

b) Certain Insurers' Limited Objection to Motion for Entry of an Order Approving an Audit Program Regarding the Identification of Potential Fraudulent Survivor Claims (D.I. 11464, filed 09/15/23).

Related Pleadings:

a) [SEALED] Exhibit B (Audit Program - Investigative Workflow Procedures) to Settlement Trust's Motion for Entry of an Order Approving an Audit Program Regarding the Identification of Potential Fraudulent Survivor Claims (D.I. 11444, filed 08/17/23).

Replies:

a) Settlement Trustee's Omnibus Response to the Objections of Certain Insurers and Lujan Claimants and the Objection of Lujan Claimants to the Motion to Seal Audit Protocol (D.I. 11472, filed 09/21/23); and

b) [SEALED] Exhibit A (Claim Questionnaire) to Declaration of Hon. Barbara J. Houser (Ret.) in Support of the Settlement Trust's Motion for Approval of an Audit Program for Identifying Potentially Fraudulent Survivor Claims (D.I. 11474, filed 09/21/23).

<blockquote>
Status: This matter is going forward. The Settlement Trust intends to present the testimony of The Honorable Barbara J. Houser (Ret.) by declaration.
</blockquote>

3. Motion to Seal Exhibit Related to the Settlement Trust's Motion for Entry of an Order Approving an Audit Program Regarding the Identification of Potential Fraudulent Survivor Claims (D.I. 11445, filed 08/17/23).

   Objection Deadline:  September 15, 2023, at 4:00 p.m. (ET).

   Responses Received:

   a)  Lujan Claimants' Objection to Motion to Seal Exhibit Related to the Settlement Trust's Motion for Entry of an Order Approving an Audit Program Regarding the Identification of Potential Fraudulent Survivor Claims (D.I. 11463, filed 09/15/23).

   Replies:

   a)  Settlement Trustee's Omnibus Response to the Objections of Certain Insurers and Lujan Claimants and the Objection of Lujan Claimants to the Motion to Seal Audit Protocol (D.I. 11472, filed 09/21/23); and

   b)  [SEALED] Exhibit A (Claim Questionnaire) to Declaration of Hon. Barbara J. Houser (Ret.) in Support of the Settlement Trust's Motion for Approval of an Audit Program for Identifying Potentially Fraudulent Survivor Claims (D.I. 11474, filed 09/21/23).

   Status: This matter is going forward.

4. Motion to Seal Claim Questionnaire Exhibit Houser Declaration in Support of Omnibus Reply to Objections to Audit Motion (D.I. 11473, filed 09/21/23).

   Objection Deadline:  At the hearing.

   Responses Received:  None.

   Related Pleadings:  None.

   Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: September 22, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Sophie Rogers Churchill*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Sophie Rogers Churchill (No. 6905)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>       aremming@morrisnichols.com<br>       srchurchill@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>      mlinder@whitecase.com<br>      laura.baccash@whitecase.com<br>      blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE REORGANIZED DEBTORS |