# **EXHIBIT 2**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>            Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br>(Jointly Administered) |

**DECLARATION OF D. S.**

1. I am Claimant # C93506.

2. My attorney, Tyler H. Fox, filed a Claim for me with the Boy Scouts.

3. Sometime after that, in or about December of 2021, I sent in a Ballot where I was supposed to vote to accept or reject some Bankruptcy Plan for the Boy Scouts; I checked a box to reject the Plan.

4. Around then, my attorney told me that I could have a lawsuit filed for me in CA because of the abuse, and that I should do this if I want as it would help my case. I agreed to have different lawyers file the lawsuit for me.

5. I did not think anything about the BSA until recently, when my lawyer who first filed the Claim for me, Tyler Fox, told me that he had just found out that when I e-filed the Ballot to reject the Plan that I had also checked a box that said that I wanted to receive $3500 instead of going ahead with my claim any further.

6. I was totally surprised at what he said. I have no memory of checking any kind of box or doing anything that would not let me get more than $3500 for all the abuse that was done to me and all I have suffered because of it. If I did check the box it was by mistake. I never even knew I could get that quick money, and I had never talked about that with my lawyer. Also, right around then, I had a lawsuit filed for me in CA, and so I thought that my case might be worth some money. When I spoke with my lawyer about this recently, he advised me against taking the $3500 if there was someway to do that, because he thought that my case was worth much more than that.

Signed under the pains and penalties of perjury, this 11th day of October, 2023

                                                    */s/ D. S.*
                                                     D. S.