IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors. | Chapter 11<br><br>Case No.: 20-10343 (LSS)<br>(Jointly Administered)<br><br>Rel. D. I. _____ |

**ORDER GRANTING MOTION TO CHANGE ELECTION TO OPT INTO EXPEDITED PAYMENT/CONVENIENCE CLASS OR OTHER NECESSARY RELIEF ON BEHALF OF SURVIVOR CLAIMANT D. S.**

Upon consideration of the Motion to Change Election to Opt Into Expedited Payment/Convenience Class Or Other Necessary Relief On Behalf Of Survivor Claimant D. S. (the "Motion") and any response thereto, it is hereby

ORDERED and DECREED that the Motion is GRANTED