**Exhibit A**



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

BSA - Committee
JIS

October 10, 2023
Invoice 134322
Client     85353.00002

RE:   Tort Claimants' Committee

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 10/10/2023

| | |
|---|---|
| FEES | $31,165.00 |
| **TOTAL CURRENT CHARGES** | **$31,165.00** |
| | |
| **TOTAL BALANCE DUE** | **$31,165.00** |

| | | | | | |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 2 |
| BSA - Committee | | | | | Invoice 134322 |
| Client 85353.00002 | | | | | October 11, 2023 |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| JEO | O'Neill, James E. | Partner | 1,145.00 | 1.00 | $1,145.00 |
| JWL | Lucas, John W. | Partner | 1,095.00 | 4.00 | $4,380.00 |
| RMP | Pachulski, Richard M. | Partner | 1,745.00 | 9.30 | $16,228.50 |
| RMP | Pachulski, Richard M. | Partner | 872.50 | 5.20 | $4,537.00 |
| PJK | Keane, Peter J. | Counsel | 925.00 | 4.70 | $4,347.50 |
| CAK | Knotts, Cheryl A. | Paralegal | 460.00 | 0.50 | $230.00 |
| KKY | Yee, Karina K. | Paralegal | 495.00 | 0.60 | $297.00 |
| | | | | 25.30 | $31,165.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 3
BSA - Committee  Invoice 134322
Client 85353.00002  October 11, 2023

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| CP | PSZJ Compensation | 14.70 | $21,039.00 |
| CPO | Other Professional Compensation | 1.00 | $1,145.00 |
| HE | Hearings | 4.40 | $4,444.00 |
| NT | Non-Working Travel | 5.20 | $4,537.00 |
| | | 25.30 | $31,165.00 |

Pachulski Stang Ziehl & Jones LLP  Page:     4
BSA - Committee  Invoice 134322
Client  85353.00002  October 11, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**PSZJ Compensation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/2023 | KKY | CP | Draft certification of no objection re 38th fee app of PSZJ for April 2023 | 0.10 | 495.00 | $49.50 |
| 06/07/2023 | CAK | CP | Coordinate obtaining ledes for period through 6/1/23 | 0.10 | 460.00 | $46.00 |
| 06/07/2023 | CAK | CP | Email to UST and Fee Examiner the Final fee application along with ledes for the period through 6/1/23 | 0.10 | 460.00 | $46.00 |
| 06/07/2023 | KKY | CP | File (.1) and prepare for filing (.1) certification of no objection re 38th fee app of PSZJ for April 2023 | 0.20 | 495.00 | $99.00 |
| 06/07/2023 | KKY | CP | Review and revise fee chart | 0.10 | 495.00 | $49.50 |
| 06/07/2023 | KKY | CP | Email to James E. O'Neill re PSZJ fees | 0.20 | 495.00 | $99.00 |
| 07/19/2023 | CAK | CP | Telephone call from John W. Lucas re: discrepancy amount in fees re: Final fee application; research same. | 0.30 | 460.00 | $138.00 |
| 07/19/2023 | JWL | CP | Call with J. Rucki re final fee application (.7); call with C. Knotts re same (.2); | 0.90 | 1,095.00 | $985.50 |
| 10/02/2023 | PJK | CP | Review 10/5 draft agenda (.2), emails with J. O'Neill and debtor counsel re same (.1) | 0.30 | 925.00 | $277.50 |
| 10/03/2023 | PJK | CP | Review filed 10/5 agenda, emails with J. O'Neill re same | 0.30 | 925.00 | $277.50 |
| 10/03/2023 | RMP | CP | Telephone conferences with J. Lucas re BSA fee app hearing. | 0.90 | 1,745.00 | $1,570.50 |
| 10/04/2023 | JWL | CP | Calls with R. Pachulski re fee hearing (.9) | 0.90 | 1,095.00 | $985.50 |
| 10/04/2023 | PJK | CP | Review final fee hearing documents and prepare for hearing | 0.60 | 925.00 | $555.00 |
| 10/04/2023 | PJK | CP | Emails with J. O'Neill and K Yee re fee binders and hearing prep | 0.20 | 925.00 | $185.00 |
| 10/04/2023 | PJK | CP | Emails with J. Lucas re hearing prepare, review cheat sheet re PSZJ final fee app | 0.30 | 925.00 | $277.50 |
| 10/04/2023 | RMP | CP | Prepare for BSA hearing. | 3.80 | 1,745.00 | $6,631.00 |
| 10/05/2023 | PJK | CP | Prepare for final fee hearing | 0.80 | 925.00 | $740.00 |
| 10/05/2023 | RMP | CP | Prepare for (2.4); and attend BSA fee application hearing (2.2). | 4.60 | 1,745.00 | $8,027.00 |

| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 5 |
|---|---|---|---|---|---|---|
| BSA - Committee | | | | | | Invoice 134322 |
| Client 85353.00002 | | | | | | October 11, 2023 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **14.70** | | **$21,039.00** |

**Other Professional Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/21/2023 | JEO | CPO | Emails with Jon Conte and fee examiner re resolving fee issue | 0.60 | 1,145.00 | $687.00 |
| 09/22/2023 | JEO | CPO | Emails with Jon Conte re resolution with fee examiner | 0.40 | 1,145.00 | $458.00 |
| | | | | **1.00** | | **$1,145.00** |

**Hearings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/05/2023 | JWL | HE | Attend BSA fee hearing; | 2.20 | 1,095.00 | $2,409.00 |
| 10/05/2023 | PJK | HE | Attend final fee hearing | 2.20 | 925.00 | $2,035.00 |
| | | | | **4.40** | | **$4,444.00** |

**Non-Working Travel**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/2023 | RMP | NT | Travel to Delaware for BSA fee hearing. (Billed at 1/2 rate) | 2.10 | 872.50 | $1,832.25 |
| 10/05/2023 | RMP | NT | Return to LA from BSA fee hearing. (Billed at 1/2 rate) | 3.10 | 872.50 | $2,704.75 |
| | | | | **5.20** | | **$4,537.00** |

**TOTAL SERVICES FOR THIS MATTER:** $31,165.00