# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Reorganized Debtors.[1] | Jointly Administered |
| | **Re: D.I. 11177, 11214, 11221, 11289, 11291, 11292, 11293, 11295, 11296, 11297, 11298, 11300, 11301, 11302, 11303, 11304, 11306, 11307, 11308, 11309, 11310, 11312, 11313, 11316, 11317, 11318, 11319.** |

## OMNIBUS ORDER GRANTING FINAL ALLOWANCE
## OF CERTAIN FEES AND EXPENSES FOR CERTAIN PROFESSIONALS

These matters come to be heard, in accordance with the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) (the "<u>Interim Compensation Procedures Order</u>")[2] and the *Order Amending the Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 5899) (the "<u>Amended Interim Compensation Procedures Order</u>"), on the Final Fee Applications filed by the Professionals identified on **Exhibits A, B, C, and D** hereto for the periods set forth on such exhibits; and this Court having determined that proper and adequate notice of these matters has been given and that no other or further notice is necessary; and the requested compensation for the services detailed in the applicable Final Fee Applications being for reasonable and necessary services rendered by the applicable Professionals;

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Procedures Order.

the reimbursements for expenses detailed in the Final Fee Applications representing actual and necessary expenses incurred by the applicable Professionals in connection with these cases; and the legal and factual bases set forth in the Final Fee Applications having established just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. Final compensation and reimbursement of expenses for the Professionals are hereby allowed as set forth in this Order, including **Exhibits A, B, C, and D** attached hereto.

2. The Reorganized Debtors are authorized and directed to promptly pay each Professional in the amount of the difference between (a) 100% of the total fees and expenses allowed herein for such Professional as set forth in Column (8) on **Exhibits A, B, C, and D** attached hereto and (b) the actual payments already received by such Professional.

3. To the extent the Court overrules the U.S. Trustee's Objection [D.I. 11448] in whole or in part, the affected Professionals' rights are reserved to submit an amended form of order allowing such remaining outstanding fees that are the subject of the U.S. Trustee's Objection.

4. The Reorganized Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6. This Order shall be effective immediately upon entry.

Dated: October 17th, 2023
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE