<u>**Exhibit A**</u>

| (1) | (2) | (3)[3] | (4)[4] | (5) | (6)[5] | (7) | (8) |
|---|---|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS** | | | | | | | |
| **Applicant** | **Final Period** | **Total Fees Requested** | **Total Expenses Requested** | **Total Amount Requested (Fees and Expenses)** | **U.S. Trustee Reductions** | **Fee Examiner Reductions** | **Total Amount Authorized** |
| Alvarez & Marsal North America, LLC | 2/18/20-4/19/23 | $19,158,345.27 | $133,438.37 | $19,291,783.64 | $150,000.00 | $133,038.96 | $19,008,744.68 |
| Bates White, LLC | 2/18/20-4/19/23 | $11,790,987.00 | $90,950.97 | $11,881,937.97 | $70,000.00 | $267,599.23 | $11,544,338.74 |
| Haynes and Boone, LLP | 2/18/20-4/19/23 | $11,370,854.55 | $103,501.51 | $11,474,356.06 | $278,116.00* | $59,075.08 | $11,137,164.98 |
| JLL Valuation & Advisory Services, LLC | 11/30/20-4/19/23 | $989,500.00 | $0.00 | $989,500.00 | $0.00 | $14,500.00 | $975,000.00 |
| KCIC, LLC | 2/18/20-4/19/23 | $3,231,033.97 | $6,987.27 | $3,238,021.24 | $6,730.00 | $4.33 | $3,231,286.91 |
| Morris, Nichols, Arsht & Tunnell LLP | 2/18/20-4/19/23 | $8,717,417.75 | $404,679.14 | $9,122,096.89 | $371,621.00* | $227,354.95 | $8,523,120.94 |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | 2/18/20-4/19/23 | $5,042,220.15 | $177,372.25 | $5,219,592.40 | $0.00 | $0.00 | $5,219,592.40 |
| Omni Agent Solutions | 2/18/20-4/19/23 | $5,726,935.83 | $428,727.59 | $6,155,663.42 | $0.00 | $42,932.06 | $6,112,731.36 |
| PricewaterhouseCoopers, LLP | 2/18/20-4/19/23 | $1,856,199.00 | $4,817.05 | $1,861,016.05 | $0.00 | $0.00 | $1,861,016.05 |
| Quinn Emanuel Urquhart & Sullivan, LLP | 8/1/20-4/19/23 | $5,707,757.43 | $179,051.91 | $5,886,809.34 | $0.00 | $9,180.00 | $5,877,629.34 |
| Rucki Fee Review, LLC | 8/17/20-4/19/23 | $1,241,320.00 | $0.00 | $1,241,320.00 | $0.00 | $0.00 | $1,241,320.00 |
| Sidley Austin LLP | 2/18/20-4/19/23 | $11,188,508.35 | $163,934.12 | $11,352,442.47 | $0.00 | $14,339.50 | $11,338,102.97 |
| White & Case LLP | 9/23/20-4/19/23 | $70,424,007.25 | $2,734,658.57 | $73,158,665.82 | $1,995,391.00* | $134,028.61 | $71,029,246.21 |
| **SUBTOTALS** | | **$156,445,086.55** | **$4,428,118.75** | **$160,873,205.30** | **$2,871,858.00** | **$902,052.72** | **$157,099,294.58** |

---

[3] The amounts in Column 3 reflect the total fees requested by each Professional according to the Professional's Final Fee Application.

[4] The amounts in Column 4 reflect the total expenses requested by each Professional according to the Professional's Final Fee Application.

[5] The amounts in Column 5 reflect the total reduction requested by the United States Trustee, including any settlements the Professionals may have reached with the United States Trustee. For the avoidance of doubt, this order does not authorize the Debtors to pay any Professional the amount listed in Column 5.

* This amount reflects the total amount of fees and expenses that are the subject of the *United States Trustee's Omnibus Objection to Final Professional Fee Applications for Compensation and Reimbursement of Expenses* (D.I. 11448) (the "U.S. Trustee's Objection"). At the hearing held on October 5, 2023, the Court took the U.S. Trustee's Objection under advisement. To the extent the Court overrules the U.S. Trustee's Objection in whole or in part, the affected Professionals will seek payment of the remaining outstanding fees that are the subject of the U.S. Trustee's Objection.