**Exhibit B**

| TORT COMMITTEE'S PROFESSIONALS | | | | | | | |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3)[6] | (4)[7] | (5) | (6) | (7) | (8) |
| Applicant | Final Period | Total Fees Requested | Total Expenses Requested | Total Amount Requested (Fees and Expenses) | U.S. Trustee Reductions | Fee Examiner Reductions | Total Amount Authorized |
| Berkeley Research Group, LLC | 3/6/20-4/19/23 | $8,887,251.21 | $18,348.47 | $8,905,599.68 | $3,668.25 | $5,155.50 | $8,896,775.93 |
| CBRE, Inc. | 12/1/20-4/19/23 | $1,482,500.00 | $0.00 | $1,482,500.00 | $0.00 | $0.00 | $1,482,500.00 |
| Jon R. Conte, Ph.D | 5/1/20-5/31/20 | $13,943.75 | $0.00 | $13,943.75 | $0.00 | $500.00 | $13,443.75 |
| Mark H. Kolman | 11/19/21-5/1/23 | $35,500.00 | $0.00 | $35,500.00 | $0.00 | $0.00 | $35,500.00 |
| Pachulski Stang Ziehl & Jones LLP | 3/4/20-4/19/23 | $38,202,974.62 | $1,177,896.27 | $39,380,870.89 | $1,410,924.60* | $113,732.29 | $37,856,214.00 |
| Pasich, LLP | 5/12/20-4/19/23 | $3,413,531.60 | $16,619.14 | $3,430,150.74 | $12,029.00 | $269,477.76 | $3,148,643.98 |
| Rock Creek Advisors, LLC | 11/20/20-5/31/23 | $1,029,446.00 | $0.00 | $1,029,446.00 | $20,437.50 | $59,291.00 | $949,717.50 |
| The Claro Group, LLC | 9/1/21-3/31/22 | $1,840,878.55 | $0.00 | $1,840,878.55 | $2,602.50 | $7,588.00 | $1,830,688.05 |
| **SUBTOTALS** | | **$54,906,025.73** | **$1,212,863.88** | **$56,118,889.61** | **$1,499,661.85** | **$455,744.55** | **$54,213,483.21** |

---

[6] The amounts in Column 3 reflect the total fees requested by each Professional according to the Professional's Final Fee Application.

[7] The amounts in Column 4 reflect the total expenses requested by each Professional according to the Professional's Final Fee Application.

* This amount reflects the total amount of fees and expenses that are the subject of the U.S. Trustee's Objection. At the hearing held on October 5, 2023, the Court took the U.S. Trustee's Objection under advisement. To the extent the Court overrules the U.S. Trustee's Objection in whole or in part, the affected Professionals will seek payment of the remaining outstanding fees that are the subject of the U.S. Trustee's Objection.