**Exhibit C**

| OFFICIAL COMMITTEE OF UNSECURED CREDITORS' PROFESSIONALS | | | | | | | |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3)[8] | (4)[9] | (5) | (6) | (7) | (8) |
| Applicant | Final Period | Total Fees Requested | Total Expenses Requested | Total Amount Requested (Fees and Expenses) | U.S. Trustee Reductions | Fee Examiner Reductions | Total Amount Authorized |
| AlixPartners, LLP | 3/4/20-4/19/23 | $5,782,337.95 | $0.00 | $5,782,337.95 | $0.00 | $11,260.50 | $5,771,077.45 |
| Kramer Levin Naftalis & Frankel LLP | 3/4/20-4/19/23 | $6,235,829.75 | $151,288.48 | $6,387,118.23 | $0.00 | $0.00 | $6,387,118.23 |
| Reed Smith LLP | 3/9/20-4/19/23 | $577,146.50 | $4,307.70 | $581,454.20 | $0.00 | $16,419.25 | $565,034.95 |
| **SUBTOTALS** | | **$12,595,314.20** | **$155,596.18** | **$12,750,910.38** | **$0.00** | **$27,679.75** | **$12,723,230.63** |

---

[8] The amounts in Column 3 reflect the total fees requested by each Professional according to the Professional's Final Fee Application.
[9] The amounts in Column 4 reflect the total expenses requested by each Professional according to the Professional's Final Fee Application.