IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date:  TBD**<br>**Objection Deadline:  November 6, 2023** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on October 23, 2023, AVA Law Group, Inc. ("AVA"), on behalf of certain of its clients (the "Claimants") identified in AVA's previously filed 2019 statement [D.I. 7447], filed the *Motion to Change Election to Opt Into Expedited Payment/Convenience Class* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a Hearing on the Motion will be held on **a date to be determined** before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be filed by **November 6, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware, 19801.  At the same time, a copy of any objection

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

must be served upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Court may grant the relief requested and enter a final order without further notice.

Dated:  October 23, 2023                                       **CROSS & SIMON, LLC**

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone:  (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Counsel for AVA Law Group, Inc.*