# EXHIBIT A

| CLAIM ID | DISPLAY ID | CLAIM ID | DISPLAY ID |
|---|---|---|---|
| SST-910425 | BWS-0011 | SST-902919 | LEA-0403 |
| SST-901815 | HAS-0066 | SST-905279 | NIS-0090 |
| SST-906499 | MAS-0081 | SST-907406 | BWS-0166 |
| SST-908683 | HAS-0079 | SST-906378 | DAS-0014 |
| SST-908570 | MCS-0025 | SST-907422 | BWS-0194 |
| SST-910095 | MCS-0153 | SST-901206 | HAS-0257 |
| SST-903280 | MCS-0205 | SST-902851 | MAS-0371 |
| SST-907207 | MCS-0239 | SST-904435 | MKA-0070 |
| SST-908764 | MCS-0250 | SST-900437 | LEA-0548 |
| SST-900396 | MCS-0366 | SST-900812 | HAS-0300 |
| SST-908484 | MCS-0376 | SST-902707 | BAS-0198 |
| SST-904782 | MCS-0503 | SST-907389 | HAS-0345 |
| SST-900021 | MCS-0571 | SST-910156 | MKA-0120 |
| SST-907776 | LEA-0009 | SST-905174 | BAS-0272 |
| SST-905278 | AIS-0139 | SST-907574 | HAS-0379 |
| SST-902844 | AIS-0167 | SST-906184 | LEA-0605 |
| SST-900949 | AIS-0227 | SST-907205 | MKA-0189 |
| SST-904775 | AIS-0307 | SST-907874 | BAS-0357 |
| SST-906402 | AIS-0355 | SST-903920 | BAS-0401 |
| SST-905432 | AIS-0369 | SST-902800 | MAS-0505 |
| SST-907733 | AIS-0433 | SST-903040 | MAS-0507 |
| SST-910457 | AIS-0520 | SST-906446 | VAS-0332 |
| SST-909770 | AIS-0529 | SST-906317 | JBS-0072 |
| SST-907653 | AIS-0531 | SST-900906 | MAS-0521 |
| SST-900003 | AIS-0632 | SST-905651 | FAS-0028 |
| SST-907342 | AIS-1300 | SST-907161 | VAS-0368 |
| SST-908382 | AIS-1459 | SST-904282 | VAS-0378 |
| SST-904056 | LEA-0089 | SST-908725 | KAS-0452 |
| SST-906034 | RBS-0438 | SST-902797 | MAS-0555 |
| SST-909650 | RBS-0439 | SST-910313 | BWS-0326 |
| SST-908386 | HAS-0124 | SST-907167 | BWS-0330 |
| SST-905565 | AIS-1597 | SST-906276 | HAS-0528 |
| SST-903687 | AIS-1693 | SST-900511 | PAS-0032 |
| SST-903171 | MCS-0655 | SST-905224 | KAS-0921 |
| SST-905938 | LEA-0194 | SST-906563 | KAS-0942 |
| SST-910247 | NIS-0028 | SST-398601 | MBP-0533 |
| SST-906199 | HAS-0163 | SST-908104 | DRT-1064 |
| SST-901998 | MAS-0274 | SST-903124 | LEA-0914 |
| SST-900069 | RBS-0637 | SST-906942 | MKA-0375 |
| SST-907396 | BWS-0129 | SST-905782 | VAS-0784 |
| SST-904767 | MAS-0292 | SST-910078 | MBP-0602 |
| SST-900939 | KAS-0082 | SST-907131 | VAS-0841 |
| | | SST-904696 | DRT-1336 |

| | | | |
|---|---|---|---|
| SST-904418 | BWS-0406 | SST-907894 | VAS-1431 |
| SST-902990 | GRS-0019 | SST-900877 | MAS-0883 |
| SST-905035 | FLS-0123 | SST-906538 | VAS-1486 |
| SST-907652 | NIS-0217 | SST-900435 | HCS-0037 |
| SST-907359 | KAS-1075 | SST-901110 | VAS-1526 |
| SST-902773 | AVS-0025 | SST-907747 | VAS-1528 |
| SST-910433 | LEA-0996 | SST-909898 | GRS-0265 |
| SST-909007 | AAS-0128 | SST-901147 | BUS-0040 |
| SST-905058 | BAS-0685 | SST-904422 | GWS-0043 |
| SST-905752 | KAS-1195 | SST-900323 | HAS-0744 |
| SST-901892 | CIS-0218 | SST-902862 | BWS-0441 |
| SST-903194 | MKA-0545 | SST-901116 | VAS-1662 |
| SST-904053 | LAS-0083 | SST-905073 | GWS-0058 |
| SST-900097 | CIS-0231 | SST-902699 | KAS-1583 |
| SST-904039 | HAS-0604 | SST-904754 | VAS-1725 |
| SST-905375 | MAS-0700 | SST-910236 | KAS-1607 |
| SST-908346 | KAS-1271 | SST-903303 | GWS-0087 |
| SST-903799 | RBS-1071 | SST-901207 | RAS-0158 |
| SST-903045 | CIS-0269 | SST-902818 | VAS-1833 |
| SST-904465 | MIS-0141 | SST-901221 | RAS-0161 |
| SST-900603 | RJS-0012 | SST-906705 | VAS-1881 |
| SST-903865 | GRS-0128 | SST-902355 | RBS-1915 |
| SST-904987 | RJS-0018 | SST-908094 | VAS-1893 |
| SST-907145 | VAS-1180 | SST-902156 | RBS-1922 |
| SST-908388 | KAS-1429 | SST-900280 | HAS-0783 |
| SST-908836 | MKA-0596 | SST-905686 | BTS-0346 |
| SST-908604 | CIS-0317 | SST-905002 | MIS-0300 |
| SST-909124 | RBS-1292 | SST-904021 | GWS-0096 |
| SST-909148 | RBS-1316 | SST-906343 | HAS-0825 |
| SST-908037 | CIS-0325 | SST-903695 | DPS-0016 |
| SST-902215 | HAS-0704 | SST-903361 | CIS-0443 |
| SST-905340 | RYS-0007 | SST-900306 | BTS-0439 |
| SST-906891 | MIS-0177 | SST-902151 | RBS-2205 |
| SST-900394 | RYS-0012 | SST-905255 | HAS-0868 |
| SST-910288 | VAS-1318 | SST-902764 | HAS-0874 |
| SST-903486 | CIS-0348 | SST-904120 | RBS-2247 |
| SST-902897 | BNS-0131 | SST-900482 | RBS-2286 |
| SST-902774 | HAS-0719 | SST-910014 | HAS-0899 |
| SST-905288 | RBS-1517 | SST-903406 | RYS-0036 |
| SST-905922 | GWS-0018 | SST-905689 | RYS-0039 |
| SST-910304 | MKA-0627 | SST-905598 | RYS-0050 |
| SST-907289 | BCS-0092 | SST-905061 | RBS-2380 |
| SST-908016 | KAS-1520 | SST-900838 | BCS-0290 |

| | | | | |
|---|---|---|---|---|
| SST-904368 | MAS-1143 | | SST-905612 | MAS-1544 |
| SST-902769 | HAS-0975 | | SST-905166 | CIS-0581 |
| SST-908779 | CIS-0482 | | SST-905281 | NIS-0462 |
| SST-908413 | MIS-0351 | | SST-906084 | BCS-0533 |
| SST-903638 | RYS-0058 | | SST-905087 | BIS-0139 |
| SST-906489 | RBS-2773 | | SST-905448 | CAS-0181 |
| SST-905609 | BCS-0379 | | SST-905339 | RBS-3841 |
| SST-900377 | PAS-0100 | | SST-906911 | BCS-0543 |
| SST-908745 | RBS-2836 | | SST-904310 | KES-0158 |
| SST-905263 | IFS-0019 | | SST-904196 | KES-0171 |
| SST-905411 | MAS-1259 | | SST-904926 | KES-0232 |
| SST-908503 | RBS-2938 | | SST-904983 | KES-0258 |
| SST-903415 | LEA-1286 | | SST-905167 | KES-0312 |
| SST-907605 | BAS-0923 | | SST-908202 | KES-0316 |
| SST-904498 | RBS-2981 | | SST-907101 | KES-0348 |
| SST-908405 | RBS-3029 | | SST-905483 | KES-0367 |
| SST-904610 | BAS-0961 | | SST-905317 | KES-0463 |
| SST-905331 | RBS-3113 | | SST-906403 | RBS-3962 |
| SST-903921 | FFS-0036 | | SST-905589 | NIS-0515 |
| SST-904377 | RBS-3225 | | SST-906471 | BCS-0589 |
| SST-904083 | MKA-0721 | | SST-908193 | RBS-4014 |
| SST-904402 | BBS-0028 | | SST-906553 | BGS-0105 |
| SST-904590 | AIR-0013 | | SST-908669 | BAS-1224 |
| SST-908674 | HAS-1066 | | SST-358640 | PAS-0148 |
| SST-906878 | BTS-0700 | | SST-900179 | PAS-0159 |
| SST-906980 | BTS-0701 | | SST-900009 | PAS-0187 |
| SST-905333 | RBS-3518 | | SST-908886 | BGS-0204 |
| SST-900055 | MAS-1488 | | SST-908931 | BAS-1306 |
| SST-908698 | IGS-0102 | | SST-908906 | BGS-0218 |
| SST-900345 | RBS-3621 | | SST-908185 | BCS-0714 |
| SST-904980 | MAS-1502 | | SST-909294 | RBS-4356 |
| SST-905168 | CIS-0571 | | SST-908853 | RBS-4829 |
| SST-905277 | NIS-0437 | | | |