# EXHIBIT B



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████

Ballot ID: 171557

Claim ID: C97413

Signature: ████████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████

Ballot ID: 237440

Claim ID: C35523

Signature: ██████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████_____

Ballot ID: 198700_____

Claim ID: C4323_____

Signature: ███████_____

Date: January 7, 2022_____



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 213939

Claim ID: C15347

Signature: ███████████

Date: January 10, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████

Ballot ID: 208206

Claim ID: C11001

Signature: ███████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 173639

Claim ID: C3757

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: _____

Ballot ID: 174438

Claim ID: C54756

Signature: _____

Date: January 8, 2022



**AVA LAW GROUP, INC.**

## **$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ▓▓▓▓▓▓▓▓▓

Ballot ID: 199020

Claim ID: C4475

Signature: ▓▓▓▓▓▓▓▓▓

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID:  218257

Claim ID:  C68734

Signature:  ████████████████

Date:  January 16, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 173831

Claim ID: C98944

Signature: ████████████████

Date: January 12, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name:  ████████████

Ballot ID:  187964

Claim ID:  C92485

Signature:  ████████████████

Date:  January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 217570

Claim ID: C67987

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 202949

Claim ID: C100297

Signature: ███████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 201506

Claim ID: C6392

Signature: ███████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID:  175408

Claim ID:  C7633

Signature:  ████████████████

Date:  January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 190477

Claim ID: C46084

Signature: ██████████████

Date: January 10, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 224694

Claim ID: C24776

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: _____

Ballot ID: 212730 _____

Claim ID: C14474 _____

Signature: _____

Date: January 9, 2022 _____



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 211608

Claim ID: C13741

Signature: ███████████

Date: January 8, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID:  176936

Claim ID:  C60708

Signature:  ███████████████

Date:  January 13, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: █████████████

Ballot ID: 244477

Claim ID: C42438

Signature: ████████████████

Date: January 19, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 173498

Claim ID: C98794

Signature: ████████████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 227611

Claim ID: C27467

Signature: █████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID:  242987

Claim ID:  C40762

Signature:  ████████████

Date:  January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID:  210723

Claim ID:  C102563

Signature:  ███████████████

Date:  January 9, 2022



**AVA LAW GROUP, INC.**

## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 237499

Claim ID: C35694

Signature: ██████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████████

Ballot ID: 174043

Claim ID: C99060

Signature: ████████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 234223

Claim ID: C82696

Signature: ██████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 235150

Claim ID: C33287

Signature: ███████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: █████████

Ballot ID: 209893

Claim ID: C102339

Date: 11-18-2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ████████████

Ballot ID: 230118

Claim ID: C108746

Signature: ████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID:  191122

Claim ID:  C46722

Signature:  ███████████

Date:  January 8, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▓▓▓▓▓▓▓

Ballot ID: 209301

Claim ID: C102217

Date: June 9, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID:  171207

Claim ID:  C96790

Signature:  ████████████

Date:  January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 174733

Claim ID: C55474

Signature: ██████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████

Ballot ID:  181300

Claim ID:  C73531

Signature:  ██████████

Date:  January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 202032

Claim ID: C56259

Signature: ████████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 169380

Claim ID: C92492

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 233989

Claim ID: C82448

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▉▉▉▉▉▉▉▉▉▉▉

Ballot ID: 243400

Claim ID: C41172

Signature: ▉▉▉▉▉▉▉▉▉▉▉▉

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 178512

Claim ID: C16304

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 192225

Claim ID: C47645

Signature: ████████████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 210990

Claim ID: C102585

Signature: ██████████████

Date: January 7, 2022



## **$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████████

Ballot ID:  206717

Claim ID:  C59566

Signature: ████████████████

Date:  January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 207848

Claim ID: C60512

Signature: ████████████████

Date: March 30, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ███████████████

Ballot ID: 241742

Claim ID: C112460

Signature: ███████████████

Date: January 8, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████

Ballot ID: 173435

Claim ID: C98729

Signature: ████████████

Date: January 10, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 174944

Claim ID: C6455

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 174951

Claim ID: C6483

Signature: ███████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 174957

Claim ID: C6500

Signature: ███████████████

Date: January 7, 2022



## **$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 172169

Claim ID: C97928

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 173434

Claim ID: C98727

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 184479

Claim ID: C33617

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████████

Ballot ID: 214210

Claim ID: C15527

Signature: ████████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 169764

Claim ID: C45003

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▓▓▓▓▓▓▓▓▓▓

Ballot ID: 180930

Claim ID: C120419

Signature: ▓▓▓▓▓▓▓▓▓▓

Date: January 24, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 236224

Claim ID: C110597

Signature: ███████████████

Date: January 21, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 216135

Claim ID: C17506

Signature: ███████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▮▮▮▮▮▮▮▮▮▮

Ballot ID: 211064

Claim ID: C102674

Signature: ▮▮▮▮▮▮▮

Date: January 9, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 202511

Claim ID: C7190

Signature: ███████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████████

Ballot ID: 221966

Claim ID: C22474

Signature: ██████████████████

Date: January 8, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 180311

Claim ID: C21245

Signature: ███████████

Date: January 8, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ██████████████

Ballot ID:  232006

Claim ID:  C81010

Signature:  ██████████████

Date:  January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ███████████████

Ballot ID: 244442

Claim ID: C42366

Signature: █████████████

Date: February 16, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.


Name: ███████████████

Ballot ID:  244432

Claim ID:  C42351

Signature:  ████████████████

Date:  March 2, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.


Name: ███████████████

Ballot ID: 204411

Claim ID: C100659

Signature: ████████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 224732

Claim ID: C24839

Signature: ███████████

Date: January 8, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 234162

Claim ID: C109965

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 238402

Claim ID: C36482

Signature: ███████████

Date: January 9, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 191810

Claim ID: C47186

Signature: ███████████

Date: January 12, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 227772

Claim ID: C27495

Signature: ████████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 242834

Claim ID: C40628

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.


Name: ▮▮▮▮▮▮▮▮▮▮

Ballot ID: 215586

Claim ID: C16922

Signature: ▮▮▮▮▮▮▮▮▮▮

Date: January 14, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 226907

Claim ID: C26806

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 169780

Claim ID: C93580

Signature: ███████████████

Date: February 1, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 194337

Claim ID: C49847

Signature: ███████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 184523

Claim ID: C33710

Signature: ████████████████

Date: January 15, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 243224

Claim ID: C41012

Signature: █████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 219537

Claim ID: C20380

Signature: ███████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 228621

Claim ID: C28263

Signature: ████████████████

Date: January 21, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 177424

Claim ID: C11964

Signature: ███████████

Date: January 10, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 230272

Claim ID: C79936

Signature: ██████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 198880

Claim ID: C99121

Signature: ████████████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 211464

Claim ID: C102733

Signature: ████████████

Date: January 10, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 243152

Claim ID: C113059

Signature: ████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 207921

Claim ID: C10837

Signature: ██████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 201513

Claim ID: C6438

Signature: ██████████████

Date: January 7, 2022



**AVA LAW GROUP, INC.**

## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 201860

Claim ID: C6697

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 235054

Claim ID: C110247

Signature: ███████████

Date: January 8, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 185439

Claim ID: C36657

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 210014

Claim ID: C12596

Signature: ███████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.


Name: ███████████

Ballot ID: 212744

Claim ID: C14492

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: _____

Ballot ID: 211454

Claim ID: C102723

Date: June 9th 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID:  209607

Claim ID:  C102270

Signature:  ███████████████

Date:  January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 198463

Claim ID: C54001

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 187495

Claim ID: C43024

Signature: ███████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID:  212469

Claim ID:  C14362

Signature:  ████████████████

Date:  January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 170304

Claim ID: C94677

Signature: ███████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ████████████████

Ballot ID: 212674

Claim ID: C14378

Signature: ████████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▮▮▮▮▮▮▮▮▮▮

Ballot ID: 171176

Claim ID: C96709

Signature: ▮▮▮▮▮▮▮▮▮▮

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████

Ballot ID: 204210

Claim ID: C103729

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 187509

Claim ID: C43043

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: _____

Ballot ID: 230569 _____

Claim ID: C80186 _____

Signature: _____

Date: January 7, 2022 _____



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 205348

Claim ID: C58582

Signature: ████████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 208198

Claim ID: C10989

Signature: ███████████

Date: January 7, 2022



## **$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 231291

Claim ID: C80493

Signature: ████████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 244849

Claim ID: C42837

Signature: ████████████

Date: January 10, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID:  202061

Claim ID:  C56351

Signature: ████████████████

Date:  January 9, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▓▓▓▓▓▓▓▓▓▓

Ballot ID: 212864

Claim ID: C64152

Signature: ▓▓▓▓▓▓▓▓

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ███████████

Ballot ID:  192600

Claim ID:  C48041

Signature:  ███████████

Date:  January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID:  173509

Claim ID:  C98811

Signature:  ███████████

Date:  January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID:  215016

Claim ID:  C103788

Signature: ███████████████

Date:  January 7, 2022



## **$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ████████████

Ballot ID: 221629

Claim ID: C71728

Signature: ████████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ██████████████

Ballot ID: 211559

Claim ID: C13661

Signature: ██████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 176968

Claim ID: C97064

Signature: ███████████

Date: January 8, 2022



## **$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 233307

Claim ID: C31935

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID:  230840

Claim ID:  C30009

Signature: ██████████████

Date:  January 8, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ██████████████

Ballot ID: 241633

Claim ID: C39295

Signature: ████████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 242367

Claim ID: C40136

Signature: ███████████

Date: January 8, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 244437

Claim ID: C42360

Signature: ███████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 223749

Claim ID: C73730

Signature: ███████████

Date: January 9, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: _____

Ballot ID: 209175 _____

Claim ID: C61676 _____

Signature: _____

Date: January 7, 2022 _____



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ███████████

Ballot ID: 189709

Claim ID: C45360

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████████

Ballot ID: 188061

Claim ID: C43617

Signature: █████████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 229053

Claim ID: C28557

Signature: ████████████████

Date: January 8, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████

Ballot ID: 180251

Claim ID: C70453

Signature: ████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 229057

Claim ID: C28562

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 199717

Claim ID: C4995

Signature: ████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ██████████████

Ballot ID:  214932

Claim ID:  C16209

Signature: ██████████████████

Date:  February 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▮▮▮▮▮▮▮▮▮▮

Ballot ID: 214783

Claim ID: C103730

Signature: ▮▮▮▮▮▮▮▮

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████████

Ballot ID: 174488

Claim ID: C5258

Signature: ████████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████

Ballot ID:  217451

Claim ID:  C18428

Signature: ██████████

Date:  January 26, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: _____

Ballot ID: 173492 _____

Claim ID: C98787 _____

Signature: _____

Date: January 7, 2022 _____



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 221298

Claim ID: C21907

Signature: ███████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 171758

Claim ID: C97633

Signature: ██████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████

Ballot ID: 209406

Claim ID: C12208

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 239494

Claim ID: C37425

Signature: ██████████████████

Date: January 10, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 229069

Claim ID: C28577

Signature: █████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 213289

Claim ID: C14803

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 216070

Claim ID: C17376

Date: March 24, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 207998

Claim ID: C10942

Signature: ███████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 213144

Claim ID: C14794

Signature: ████████████████████

Date: January 8, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: _____

Ballot ID: 188746 _____

Claim ID: C44287 _____

Signature: _____

Date: January 7, 2022 _____



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ████████████████

Ballot ID: 231093

Claim ID: C109085

Signature: █████████████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 234388

Claim ID: C32787

Signature: ██████████████

Date: January 9, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▮▮▮▮▮▮▮▮▮

Ballot ID: 188935

Claim ID: C44596

Signature: ▮▮▮▮▮▮▮▮

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 204658

Claim ID: C100707

Signature: ████████████████

Date: January 11, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 242352

Claim ID: C40100

Signature: ███████████

Date: January 10, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 191321

Claim ID: C46782

Signature: ███████████

Date: January 24, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 234496

Claim ID: C110082

Signature: ███████████████

Date: January 13, 2022



### **$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 176228

Claim ID: C9525

Signature: ████████████

Date: January 8, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID:  170558

Claim ID:  C95443

Signature:  ███████████

Date:  January 10, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 170552

Claim ID: C95436

Signature: ███████████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: _____

Ballot ID: 170547 _____

Claim ID: C95423 _____

Signature: _____

Date: January 7, 2022 _____



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 210494

Claim ID: C62581

Signature: ██████████████

Date: January 9, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID:  175575

Claim ID:  C8089

Signature: ████████████████

Date:  January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 213694

Claim ID: C103282

Signature: ███████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮

Ballot ID: 207160

Claim ID: C10292

Signature: ▮▮▮▮▮▮▮▮▮▮▮▮

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 239720

Claim ID: C37673

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 203273

Claim ID: C100405

Signature: ███████████████

Date: January 15, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.


Name: ███████████

Ballot ID: 217928

Claim ID: C18915

Signature: ███████████

Date: February 4, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 236166

Claim ID: C34194

Signature: ████████████

Date: January 10, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 206771

Claim ID: C59654

Signature: ███████████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████

Ballot ID: 242619

Claim ID: C40386

Signature: ████████████

Date: January 7, 2022



## **$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 226757

Claim ID: C76634

Signature: ████████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 235826

Claim ID: C33870

Signature: ████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 176510

Claim ID: C9966

Signature: ███████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 210487

Claim ID: C62574

Signature: ███████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 207268

Claim ID: C60077

Signature: █████████████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID:  218153

Claim ID:  C19086

Signature:  ███████████████

Date:  January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████████

Ballot ID: 205028

Claim ID: C100861

Signature: █████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▮▮▮▮▮▮▮▮

Ballot ID: 206414

Claim ID: C9787

Signature: ▮▮▮▮▮▮▮▮

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 229327

Claim ID: C28792

Signature: ████████████

Date: January 16, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 171375

Claim ID: C97218

Signature: ████████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████

Ballot ID: 187695

Claim ID: C43236

Signature: ████████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████████

Ballot ID: 217568

Claim ID: C67985

Signature: ████████████████

Date: January 13, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 187689

Claim ID: C43225

Signature: ███████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Ballot ID: 187698

Claim ID: C43239

Signature: ▓▓▓▓▓▓▓▓▓▓▓

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 190809

Claim ID: C46399

Signature: ████████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID:  176752

Claim ID:  C10463

Signature:  ███████████

Date:  January 10, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID:  212958

Claim ID:  C103146

Signature: ███████████

Date:  January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 176186

Claim ID: C98974

Signature: █████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████████

Ballot ID: 207114

Claim ID: C101483

Signature: ████████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████████

Ballot ID: 175308

Claim ID: C100328

Signature: █████████████████

Date: January 9, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▮▮▮▮▮▮▮▮▮▮ _____

Ballot ID: 208527 _____

Claim ID: C11315 _____

Signature: ▮▮▮▮▮▮▮▮▮▮▮▮ _____

Date: January 7, 2022 _____



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 208693

Claim ID: C11332

Signature: ███████████

Date: January 10, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 195873

Claim ID: C51005

Signature: ██████████████

Date: January 23, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 175997

Claim ID: C9105

Signature: ██████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████

Ballot ID: 204965

Claim ID: C100793

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.


Name: ████████████████

Ballot ID: 225914

Claim ID: C25899

Signature: ████████████████████

Date: January 23, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 204549

Claim ID: C8508

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████████

Ballot ID: 204557

Claim ID: C8530

Signature: ████████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 187746

Claim ID: C43326

Signature: ████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████

Ballot ID: 210296

Claim ID: C12806

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 209952

Claim ID: C12499

Signature: ██████████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 209745

Claim ID: C12488

Signature: ███████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 229587

Claim ID: C29114

Signature: ███████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 216479

Claim ID: C104222

Signature: █████████████

Date: March 24, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID:  243019

Claim ID:  C40813

Signature:  ██████████████

Date:  January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 201057

Claim ID: C55572

Signature: ███████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████

Ballot ID: 231613

Claim ID: C80669

Signature: ██████████

Date: January 7, 2022



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: _____

Ballot ID: 207459 _____

Claim ID: C101562 _____

Signature: _____

Date: January 8, 2022 _____



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ███████████

Ballot ID: 208592

Claim ID: C101948

Signature: ███████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 236585

Claim ID: C34503

Signature: ██████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 226583

Claim ID: C76546

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 188098

Claim ID: C43690

Signature: ███████████

Date: January 10, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 234597

Claim ID: C32884

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████

Ballot ID: 188113

Claim ID: C43714

Signature: ████████████

Date: January 13, 2022



### **$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 212057

Claim ID: C102880

Signature: ███████████

Date: January 10, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 188273

Claim ID: C43808

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 199835

Claim ID: C54764

Signature: ███████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████████

Ballot ID: 223681

Claim ID: C73602

Signature: ████████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 240123

Claim ID: C87604

Signature: ███████████████

Date: January 9, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████

Ballot ID: 242004

Claim ID: C112575

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: _____

Ballot ID: 180089 _____

Claim ID: C105302 _____

Signature: _____

Date: January 7, 2022 _____



**$3,500 Election on BSA Ballot Discrepancy**

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.


Name: ███████████

Ballot ID: 242392

Claim ID: C40196

Signature: ███████████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 188279

Claim ID: C43816

Signature: ████████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 213451

Claim ID: C103271

Signature: ██████████████

Date: January 17, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ███████████████

Ballot ID:  221234

Claim ID:  C21794

Signature:  ██████████████

Date:  January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID:  170574

Claim ID:  C95484

Signature:  █████████████

Date:  January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▮▮▮▮▮▮▮▮▮▮

Ballot ID: 191040

Claim ID: C46563

Signature: ▮▮▮▮▮▮▮▮▮▮

Date: January 9, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 224166

Claim ID: C24394

Signature: ████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.


Name: ███████████

Ballot ID: 200311

Claim ID: C5525

Signature: ██████████

Date: January 11, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 209811

Claim ID: C62159

Signature: ███████████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 232639

Claim ID: C31467

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: _____

Ballot ID: 199419 _____

Claim ID: C4843 _____

Signature: _____

Date: January 8, 2022 _____



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 209531

Claim ID: C61933

Signature: ████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 209757

Claim ID: C62033

Signature: ███████████

Date: January 11, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████████

Ballot ID: 171786

Claim ID: C97680

Signature: ███████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID:  219953

Claim ID:  C70332

Signature:  ████████████

Date:  January 16, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 200351

Claim ID: C5612

Signature: ███████████

Date: January 14, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.


Name: ███████████

Ballot ID: 208451

Claim ID: C11211

Signature: ███████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: █████████████

Ballot ID: 218485

Claim ID: C68887

Signature: ████████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 208452

Claim ID: C11213

Signature: ███████████

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ███████████

Ballot ID: 213514

Claim ID: C64577

Signature: ███████████

Date: January 8, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ▇▇▇▇▇▇▇▇

Ballot ID: 213391

Claim ID: C14977

Signature: ▇▇▇▇▇▇▇▇

Date: January 7, 2022



### $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on

my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did

not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I

cast that is currently in Omni's possession.

Name: ██████████████

Ballot ID: 204488

Claim ID: C57935

Signature: ██████████████

Date: January 7, 2022



## $3,500 Election on BSA Ballot Discrepancy

This document is to confirm my confusion on the election for the $3,500 quick pay election on my BSA Ballot for the proposed plan of reorganization. By my signature below, I attest that I did not intend to accept the $3,500 expedited payment, and hope to void that election on the ballot I cast that is currently in Omni's possession.

Name: ████████████████

Ballot ID: 222510

Claim ID: C72504

Signature: ████████████████

Date: January 7, 2022