**CERTIFICATE OF SERVICE**

I, Kevin S. Mann, hereby certify that, on this 23rd day of October, 2023, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing *Motion to Change Election to Opt Into Expedited Payment/Convenience Class* to be served upon the parties listed on the attached service list by email.

    */s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)

**SERVICE LIST**

| | |
|---|---|
| Derek C. Abbott, Esquire<br>Andrew R. Remming, Esquire<br>Paige N. Topper, Esquire<br>MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com | Glenn Kurtz, Esquire<br>Jessica C. Lauria, Esquire<br>Andrew Hammond, Esquire<br>Samuel P. Hershey, Esquire<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>gkurtz@whitecase.com<br>jessica.lauria@whitecase.com<br>ahammond@whitecase.com<br>sam.hershey@whitecase.com |
| Michael C. Andolina, Esquire<br>Matthew E. Linder, Esquire<br>Laura E. Baccash, Esquire<br>Blair M. Warner, Esquire<br>WHITE & CASE LLP<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>mandolina@whitecase.com<br>mlinder@whitecase.com<br>laura.baccash@whitecase.com<br>blair.warner@whitecase.com | Office of The United States Trustee<br>Attn: David Buchbinder, Esquire<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>David.L.Buchbinder@usdoj.gov |
| Kurt F. Gwynne, Esquire<br>Mark W. Eckard, Esquire<br>REED SMITH LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>kgwynne@reedsmith.com<br>meckard@reedsmith.com | Thomas Moers Mayer, Esquire<br>Rachael Ringer, Esquire<br>Jennifer R. Sharret, Esquire<br>Megan M. Wasson, Esquire<br>KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP<br>177 Avenue of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |
| Richard M. Pachulski, Esquire<br>James E. O'Neill, Esquire<br>PACHULSKI STANG ZIEHL<br>& JONES LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>rpachulski@pszjlaw.com<br>joneill@pszjlaw.com | |