**ADDUENDUM - ATTACHMENT TO OCTOBER 16ᵗʰ LETTER**

**Clerk**
**United States Bankruptcy Court**
**Delaware District**
824 N Market St # 500
Wilmington, DE 19801

and                                                              **USPS OVERNIGHT DELIVERY**

**The Hon. Barbara J. Houser, Trustee**
**Office of the United States Trustee**
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

**Dear Clerk and Trustee:**

**PLEASE STAMP BOTH COPIES FILED** and return one (1) copy to me in the enclosed self-



October 16, 2023

**Clerk**
**United States Bankruptcy Court**
**Delaware District**
824 N Market St # 500
Wilmington, DE 19801

and                                                           **USPS OVERNIGHT DELIVERY**

**The Hon. Barbara J. Houser, Trustee**
**Office of the United States Trustee**
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Dear Clerk and Trustee,

    **I do not have an Attorney** following Video Conference with Judge Silverstein **on November 11, 2021.**

    Employees of the Trustee's Office have refused seven (7) times, to provide me with **MY ENTITLED SCOUT SETTLEMENT TRUST ACCOUNT NUMBER.**

    **IT IS THEREFORE DEMANDED** you direct your employees and contractors to update your electronic and paper files to show I am **PRO SE** and issue **MY SCOUT SETTLEMENT TRUST ACCOUNT NUMBER On Receipt Of This NOTICE**.

    **CLERK and TRUSTEE:** My New Telephone Number Is ▮▮▮▮▮▮▮; **My New Address Is** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Thank you.

    Please ring multiple times, **I am hard of hearing**.





# Re: Denied Zoom Access Password for Today's BSA Hearing

**From:**

**To:** "Lora Johnson" <Lora_Johnson@deb.uscourts.gov>

**Date:** Nov 19, 2021 12:39:34 PM

Thank you very much for your sending. Please have a good weekend.

On 11/19/2021 11:37 AM, Lora Johnson wrote:
> Here is the link:
> https://debuscourts.zoomgov.com/meeting/register/vJItf-CtrDMjE4iXq1Cp7wr6hjYKkTq0PXc
>
> Meeting ID 160 895 2899
> SecurityPasscode 587435
>
> Best regards,
> Lora Johnson
> Courtroom Deputy to Judge Laurie Selber Silverstein
> U.S. Bankruptcy Court
> District of Delaware
> (302) 252-2922
> PS As a courtesy to the court always include case name and case number in the subject line – thanks!
>
> -----Original Message-----
> From
> Sent: Friday, November 19, 2021 11:28 AM
> To: DEBml_LSS_Zoom <DEBml_LSS_Zoom@deb.uscourts.gov>
> Subject: Denied Zoom Access Password for Today's BSA Hearing
>
> CAUTION - EXTERNAL:
>
>
> Judge Silverstein ruled me Pro Se; today, I am denied access to today's Zoom meeting, at approximately 10:38 a.m., not being sent the Zoom meeting and password code, by e-mail.
>
> Zoom and the Court, delivered me their software update on my attempting to join today's Live Zoom Meeting, my following Zoom's and the Court's advice to update doing so responsibly, to assure by Zoom and the Court, smooth operation and protection of mine, Zoom's and the Court's softwares and hardwares.
>
> I telephoned Judge Silvestein's Chambers, provided the telephone dial-in.
>
> It is error of Zoom and the Court to ask me to update Zoom on attempt to login to today's live meeting.
>
> Will you please send me the Zoom Video meeting and password code by e-mail immediately.
>
> Thank you very much for your assistance.

>
> CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.
>
May I pick them up? Thank you very much!
Please place dogs, kitties and all animals, in the PETS section with a
$10 to $50 rehoming fee, to prevent adoption by dog fighters, feeding by
snake owners, animal sacrifice (ritiual or not) and all animal abuse!
Thank You Very Much!

October 16, 2023

**CERTIFICATE OF DELIVERY**

I, ▮▮▮▮ Certify, I Delivered, to:

**Clerk**
**United States Bankruptcy Court**
**Delaware District**
824 N Market St # 500
Wilmington, DE 19801

and

**The Hon. Barbara J. Houser, Trustee**
**Office of the United States Trustee**
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

The attached letter, via electronic mailing(s), and United States Postal Service, bearing sufficient First Class Postage.

