

RECEIVED

2023 OCT 23  AM 10: 26

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Date: 010/10/2023
RE: Request for Document Download


Hello Judge Sliverstein,

I hope this letter finds you doing well. I have a simple request I hope you may be able to help me with. I know you're a very, Very busy Judge and if you're too busy to help then you're just too busy. I do not have an attorney to help. I was having trouble with the trust questionnaire and could not download the signature page and a couple of my documents to my questionnaire. I finally talked to Jas one of your fantastic staff members who was more than happy to help just like all your staff she was wonderful. We got the signature page to upload , but could not get the documents to upload to the document section of my questionnaire. Jas said if I could hard copy them to you that you could approve them to be uploaded by one of your staff of trustees? I have enclosed the five pages to upload and have put post notes on what to title them as on the questionnaire. This is probably my last letter to you as you can see why if you review my documents Exigent Health Declaration Form thank you so much for all your help with all us victims. My heart hurts for all of the victims also.


Sincerely,

Revision Letter  2



**● First Name**
To: First Na

*handwritten note:* MY Letter Revisited. UPLOAS to Documents PHase

Notorize letter

Date: 09/07/2023
RE: Revision of Molestation Incident

## TO: Judge Barbara Houser

## INTRODUCTION TO SCOUTING

I was recruited into the Boy Scouts through the Mormon church in 1971 As a Webelos Scout and then a Cub Scout until 1973 then a Boy Scout from the middle of 1973 until 1974. My Scoutmaster name was ███████ her house was at 8004 south main in Midvale Utah. That is where we attend our Weekly Wednesday meetings. I lived just right around the corner about a block away at 593 West Wasatch Street in Midvale Utah Our Assistant ScoutMaster ███████████████ died in 2014 He was also a member of the Mormon LDS church. ███████ lived in sandy Utah. ███████ is the person who molested me during Scout Camp at Camp Tracy Wigwam The present name is Camp Tracy (Camp Tracy Wigwam 3901 Mill Creek Canyon Rd, Salt Lake City, UT 84109. The  molestation occurred on 04/13/1973 and 04/14/1973 at Camp Tracy Wigwam. The Council at that time was called (The Boy Scouts Of America

Council) Now it is listed as The Crossroads Of The West Council "Camp Tracy" Local Council #590 troup #33 was our troup number was 103 when I attended scouting it has newly been changed to troop #33 in 2023

## Molestation: Summary Of the Incident.

I really didn't know if I wanted to be involved in these Bankruptcy proceedings since I'm still LDS and I love the church and its members. After many days and nights of contemplating my decision I realized I am filling it against certain members of the church and not the church. This is why I decided to be part of the proceedings. These incidents regarding the Boy Scouts Of America started at the start of summer on April 13th and April 14th of 1973. The first incident occurred at Tracy Wigwam (now called Camp Tracy) at night in our tent after turning in for the night on 04/13/1973. I was starting to go to sleep when I felt

███████████████ the person sleeping next to me in the tent and ██████████████████████████████████████████

████████████████████████████████████████

seemed to be all wet. I could see that his other hand was inside

█████████████████████████████████████████

████████████████████████████████████████

and down. While he was doing this to me and himself I asked

█████████████████████████████████████████

████████████████████████████████████████

minutes because I was crying so loudly the other boys could hear me crying and they were laughing at me but they did not know what had happened, they were just laughing at me crying, they did not know why I was crying . The next morning I told the staff at camp that I wanted to go home and that I was home sick. I was lying , but that was the only excuse I could come up with so they would take me home. They told me I could not go home and we only had one more day there and then we were going

home anyway but, I already knew this. I avoided Robert all day
and stayed away from him. I did not report the incident to the
Scoutmaster at the camp because I was embarrassed,
humiliated, and I felt guilty because I felt this was all my fault for
sleeping next to ████████ nd I could not just stop him from doing
what he was doing to me.  I did not know the Scoutmaster that
was there at the camp, and ████████ my Assistant Scoutmaster
who I came with is the one who molested me so I could not
report him because he was friends with my Stepfather. I still feel
guilty for not reporting the incident to the Scoutmaster that was
there at the facility. I was very scared at what he could do to me
physically and I was in fear of what he might do to my family
because they were friends with him. When he was done he
asked me if I liked what he had done to me and I told him that
he was not supposed to be doing things like that to me. The next
night while I was going to sleep On 04/14/1973 I pretended to be
████████████████████████████████████ and this
time I immediately told him to stop. I was very scared of ████████
now and he was trying to get into my sleeping bag with me. I
was terrified at this point. After he unzipped my sleeping bag I



he had done to me that night and the previous night, I told him I
would not tell anybody. When we got home ████ took us all to
████████ ouse to unload our things and my Mom came and

picked me up. It was Fathers day and my Mom had something
planned for my Dad and I had made a Wood Carving Fathers
day gift at camp for my Stepfather and I received my Wood
Carving Merit Badge for that project.  The next day on Monday
when my Dad and Mom got home from work I told them about
what had happened at Camp and what ███ had done to me.
My Father sat me down with my Mother and explained that this
was not acceptable behavior and that he would deal with ███
and his behavior with the Bishop. I did not know what my
stepfather was going to do. He just told me to stay away from
███ and not to go to Boy Scouts any more until he told me to
go back. About a week later my stepfather and my Mother and I
sat down and my Father explained the Church and the Bishop
was dealing with ███ and his behavior. I asked my stepfather
if ███ was going to jail and my Father told me he did not
know and that Church discipline was a private Church matter. I
did not see ███ any more and I never returned to Boy
Scouts. About 3 months later my family and I moved to
Horseshoe Bend, Idaho for my Fathers work. I never really
talked to my parents about ███ again and my parents
behavior began changing and they had quit going to Church and
they started drinking heavily and they were being abusive to all
us kids. My Parents I believe lost the site of the Lord Jesus
Christ and quit going to Church.  I lived with them for about four
years until I moved back to Utah with my brother. I attended
West high school and never returned to Boy Scouts and never
saw ███ again. That's not to say I didn't think about what
███ had done to me allot. I was having a lot of nightmares
and was very depressed suicide was constant thought. I have
also prayed to the Lord Jesus Christ and attended Church
regularly to help cope with some of my issues. I also got married
to the love of my life who also helps me with depression.  I know

that Judge Silverstein, The Hon Barbare J Houser, The Hon
Michael Reagan and the Hon Randi Ilyse Roth do dislike me for
having you have to read my Questionnaire and all my letters I
have sent to all of you, But it has to be done and I'm am Very,
Very, Very sorry, for what I have put all of you through.

Signed..........................................

███████████████

3 pages of
mental health
medicares
and other
medicare please
download to
Documents





1 page of

discharge from

I CU Hospital

Download to

Documents Please