# HARDING 🏛 MAZZOTTI
### LLP

*Name Changed from Martin, Harding & Mazzotti, LLP

SEND ALL CORRESPONDENCE TO:
P.O. Box 15141
Albany, NY 12212-5141
PHONE: 518.862.1200
SERVICE BY FAX OR EMAIL NOT ACCEPTED

**RECEIVED**
2023 OCT 27  AM 10: 13
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**PARTNERS**
Paul B. Harding
Victor L. Mazzotti
Rosemarie Riddell Bogdan

**MAIN OFFICE**
1 Wall Street
Albany, New York 12205
TOLL FREE: 1.800.529.9922
FAX: 518.724.0385

**STAFFED OFFICES**
Plattsburgh, NY
Rochester, NY
Saratoga, NY
Manchester, VT
Tewksbury, MA

**APPOINTMENT CENTERS**
Albany, NY
Buffalo, NY
Corning, NY
Detroit, MI
New York, NY
Syracuse, NY
Schenectady, NY
Troy, NY
White Plains, NY

**FIRM ATTORNEYS ADMITTED IN**
New York
Massachusetts
Michigan
Vermont
District of Columbia
California
New Hampshire
New Jersey
Connecticut
Texas
New Mexico
SCOTUS

October 20, 2023

**VIA US MAIL**

Attn: Court Clerk
United States Bankruptcy Court
for the District of Delaware
824 N Market Street, # 500
Wilmington, DE 19801

In re:   BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC
         Chapter 11
         Case No. 20-10343 (LSS)
         (Jointly Administered)
         Re: Docket No: 6443, 7515, 7832

Dear Clerk:

Please be advised that our client has received his portion of the settlement in the above matter.

Please remove me from all mailing/emailing lists including e-filing notifications.

Thank you.

Very truly yours,

Thomas J. Mortati
(518) 556-3401/ (855) 782-4251
Email: thomas.mortati@1800law1010.com

TJM/kmw