In the United States Bankruptcy Court For the District of Delaware.

▮ Plaintiff
vs.
Boys Scout of America Defendants

Case #

RECEIVED 2023 OCT 27 AM 10:19 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

"Letter of inquiry."

To: Judge Laurie Selber Silverstein or Court appointed trustee.

Hi; my name is ▮ and the reason for me writing you all today is because; I was a victim of sexual abuse; during the time I was in the Boy's Scoutt. I filed my claim with Omni; and my claim number # is SA-▮ Today I called Omni; and was given the number to the trustee division. But when I called no one answered. Anyways the reason for this letter is Because I never recieved a copy of the Questioneer; that it talks about by mail; note # maybe it went to my G-mail (▮) which poses a problem because I can't get into it being that I lost my password. ~~Respon~~ Which is why I'am writing to ask you would you please send

me a complete copy along with a Fee wavier to me by U.S. mail; my address is



Thanks in advance for your help and consideration into the matter and may God continue to Bless you and yours! (Amen!)

Signed: [redacted]

Date: October 16th 2023

note: I'am not Represented By an attorney

LEGAL-mail

U.S.M.S.
X-RAY

To: Laurie Selber Silverstein (Judge)
"Court appointed trustee
In the United States Bankruptcy Court
For the District of Delaware
824 north market street
(third Floor) Wilmington
Delaware 19801

19801-302499



BIRMINGHAM AL 350
24 OCT 2023 PM 2 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections (ADOC) is not responsible for the substance or content of the enclosed communication."