# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Reorganized Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

Marcy J. McLaughlin Smith hereby withdraws her appearance as counsel for Allianz Global Risks US Insurance Company, National Surety Corporation, and Interstate Fire & Casualty Company (collectively, the "Allianz Insurers") in the chapter 11 cases of the above-captioned debtors and debtors in possession and requests that she be removed from the CM/ECF noticing list and any other service lists in these cases. David M. Fournier of Troutman Pepper Hamilton Sanders LLP will continue to represent the Allianz Insurers as counsel in these cases.

Dated: October 27, 2023
Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE 6184)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: marcy.smith@troutman.com

*Withdrawing Counsel for the Allianz Insurers*

## **CERTIFICATE OF SERVICE**

I, Marcy J. McLaughlin Smith, hereby certify that on the 27th day of October, 2023, I caused copies of the foregoing *Notice of Withdrawal of Appearance and Request for Removal From Service Lists* to be served upon all parties receiving ECF notice in these cases.

/s/   Marcy J. McLaughlin Smith
Marcy J. McLaughlin Smith (DE 6184)