# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objection Deadline: November 10, 2023 at 4:00 pm (ET)** |

### NOTICE OF MOTION TO CHANGE ELECTION TO OPT INTO EXPEDITED PAYMENT/CONVENIENCE CLASS OR OTHER NECESSARY RELIEF ON BEHALF OF SURVIVOR CLAIMANT B.B.

**PLEASE TAKE NOTICE** that on October 27, 2023, B.B. (the "Movant"), by and through undersigned counsel filed the *Motion To Change Election To Opt Into Expedited Payment/Convenience Class Or Other Necessary Relief On Behalf Of Survivor Claimant B.B.* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **November 10, 2023, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion will be held on **a date and time to be determined** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801.

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

| | |
|---|---|
| Dated:  October 27, 2023 | **GELLERT SCALI BUSENKELL & BROWN LLC** |
| | |
| | */s/ Charles J. Brown, III* |
| | Charles J. Brown, III (DE 3368) |
| | 1201 N. Orange Street, 3rd Floor |
| | Wilmington, DE 19801 |
| | Phone: 302-425-5813 |
| | Fax: 302-425-5814 |
| | Email: cbrown@gsbblaw.com |
| | |
| | *Counsel for B.B.* |
| *Of Counsel:* | |
| Deborah K. Levy, Esq. | |
| Junell & Associates, PLLC | |
| 3737 Buffalo Speedway Suite 1850 | |
| Houston, Texas 77098 | |
| Phone: 713-221-3750 | |
| kschroeder@junell-law.com | |