# **<u>EXHIBIT 2</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                    Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br>(Jointly Administered) |

**DECLARATION OF D.M.**

1.      I am Claimant # 108639.

2.      On or about September 19, 2020, my counsel submitted my executed Proof of Claim Form on my behalf, and I amended the Proof of Claim Form in or about April 2021 with information as to the year of abuse and a P.O. Box for mail purposes since I was homeless.

3.      I was only able to use the P.O. Box for a few months so by the time I received a ballot to vote on the Plan, I no longer had any mailing address. I had to use my telephone to execute the Ballot.

5.      In late 2021, I received a Ballot where I was supposed to vote to accept or reject some Bankruptcy Plan for the Boy Scouts; I checked a box to accept the Plan.

4.      I thought that for each section where there was a box with text in the box, I had to place a check in one of the squares. There was only one box to check where it states about an election, so I thought we had no choice but to check that one box. When doing the electronic ballot, I thought it would not let me continue without checking a box in each section where there was a text box. The ballot was especially difficult to read and understand where to check or be given options as to what to check because I was using my phone to complete my ballot.

5.      I then had a Complaint filed on my behalf in Arizona to protect my rights due to their statute of limitations.

6.      Only recently, in August 2023, did I find out that when I e-filed the Ballot I had checked a box that said that I wanted to receive $3500 instead of going ahead with my claim any further.

1

2

7.      I was totally surprised at the fact I was being limited to $3500 for what I went through at such a young age. I have no memory of checking any kind of box or doing anything that would not let me get more than $3500 for all the abuse that was done to me and all I have suffered because of it. If I did check the box, it was by mistake because it was the only box in that section, so I thought we had no choice. I never even knew I could get that quick money, and I had never talked about that with my lawyer.

Signed under the pains and penalties of perjury, this 25th  day of October, 2023.

/s/ D.M.