**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br>(Jointly Administered) |

**ORDER GRANTING MOTION TO CHANGE ELECTION TO OPT**
**OUT OF EXPEDITED DISTRIBUTION CLASS AND INTO**
**THE STANDARD CLAIM CLASS AND FOR OTHER**
**NECESSARY RELIEF ON BEHALF OF**
**SURVIVOR CLAIMANT D.M.**

Upon consideration of the Motion to Change Election to Opt out of the Expedited Distribution and into the Standard Claim Class and for Other Necessary Relief on Behalf of Survivor Claimant D.M. ("the "Motion") and any response thereto, it is hereby,

ORDERED and DECREED that the Motion is GRANTED.