# **<u>EXHIBIT 2</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br>(Jointly Administered) |

**DECLARATION OF M.G.**

1. I am Claimant # 22818.

2. On or about October 14, 2020, I sent to the court my Proof of Claim Form as I did not understand how to return the Proof of Claim Form in the return envelope to my attorneys.

3. Sometime after that, in late 2021 or early 2022, I received a Ballot where I was supposed to vote to accept or reject some Bankruptcy Plan for the Boy Scouts; I checked a box to accept the Plan.

4. I thought that for each section where there was a box with text in the box, I had to place a check in one of the squares. There was only one box to check where it states about an election, so I thought we had no choice but to check that one box. When doing the electronic ballot, I thought it would not let me continue without checking a box in each section where there was a text box.

5. Only recently, in August 2023, did I find out that when I e-filed the Ballot I had checked a box that said that I wanted to receive $3500 instead of going ahead with my claim any further.

6. I was totally surprised at the fact I was being limited to $3500 for what I went through at such a young age. I have no memory of checking any kind of box or doing anything that would not let me get more than $3500 for all the abuse that was done to me and all I have suffered because of it. If I did check the box, it was by mistake because it was the only box in that section, so I thought we had no choice. I never even knew I could get that quick money, and I had never talked about that with my lawyer.

Signed under the pains and penalties of perjury, this 25th day of October, 2023.

*/s/ M.G.*