# **EXHIBIT 2**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br>(Jointly Administered) |

**DECLARATION OF R.N.**

1. I am Claimant # 103601.

2. On or about November 3, 2020, my counsel submitted a Proof of Claim Form on my behalf and I amended the Proof of Claim Form in or about January 2021 with information as to the local council.

3. Sometime after that, in late 2021 or early 2022, I received a Ballot where I was supposed to vote to accept or reject some Bankruptcy Plan for the Boy Scouts; I checked a box to accept the Plan.

4. I thought that for each section where there was a box with text in the box, I had to place a check in one of the squares. There was only one box to check where it states about an election, so I thought we had no choice but to check that one box. When doing the electronic ballot, I thought it would not let me continue without checking a box in each section where there was a text box.

5. I then received a call from Junell & Associates about executing the ballot and discussing the $3,500 option. I was then sent a ballot from Junell & Associates so I executed the second one thinking the second ballot would be the only one submitted on my behalf. I did not realize I had signed up with two firms and thought I only had one firm. I did not mean for the ballot with the $3,500 election to be submitted after discussing that option with Junell & Associates.

6. Only recently, in August 2023, did I find out that the Ballot I had checked a box that said that I wanted to receive $3500 instead of going ahead with my claim any further would be the controlling

1

2

ballot as I executed a ballot in February 2022 with Junell & Associates indicating I did not want that option.

7.     I was totally surprised at the fact I was being limited to $3500 for what I went through at such a young age. I thought my error in checking off the $3500 option was fixed with Junell & Associates' ballot. When I checked the box with the other firm, it was by mistake because it was the only box in that section, so I thought we had no choice. I never even knew I could get that quick money, and I had never talked about that with my lawyer.

Signed under the pains and penalties of perjury, this 25th day of October, 2023.

/s/ R.N.