IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
| --- | --- |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING MOTION TO CHANGE ELECTION TO OPT INTO EXPEDITED PAYMENT/CONVENIENCE CLASS

Upon the motion (the "Motion")[2] of Babin Law for entry of an order allowing the Claimants to opt out of the expedited distribution election in their respective ballots, (a) it has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334; (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is fair, reasonable and appropriate; and after due deliberation, and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED as follows;

2. Claimant SST-902574's Ballot ID No. 227621 without the expedited distribution option elected should be treated as the operative ballot;

3. Claimant SST-907529's Ballot ID 215722 shall be withdrawn, and Claimant SST-907529 should be eligible to proceed through the Trust Distribution Process like other Claimants who did not vote;

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4.     The Debtors, the Trust, and all other relevant parties shall treat each of the Claimants as if they did not opt into the expedited distribution election;

5.     The Claimants' claims shall proceed through the claims reconciliation process as outlined in the Plan; and

6.     This Court shall retain jurisdiction over the Motion and the relief granted by this Order.