# EXHIBIT 1

Note

| | | |
|---|---|---|
| Case Number | : | 2000208 |
| Case Name | : | ███ v. Boy Scouts of America |
| Case Type | : | Boy Scout Abuse |
| Case Status | : | Settlement |
| Notes Type | : | eMail |
| Priority | : | Normal |
| Create Date | : | 11/11/2021 4:04 PM |
| Created By | : | Vojtush, Gayle |
| Modified Date | : | |
| Modified By | : | |

Note Contents:

**From:** Gayle Vojtush
**Sent:** 11/11/2021 4:04:15 PM
**To:** ███
**Subject:** ballot question

███  Did you intend to vote for the one time amount of $3,500 only with nothing more to come?  If you did not intend to be restricted to only $3,500 in this plan,  I will need you to respond to this email that it was a mistake so that you can revote to get it corrected   You can still accept the plan but not check the 3,500 box

*Best regards,*

*Gayle Vojtush, Esq.*
*Attorney at Law*
**BABIN LAW LLC**
22 East Gay Street, Suite 200
Columbus, Ohio 43215
Office: (614)761-8800
Direct Dial: (614) 982-0881
Email: gayle.vojtush@babinlaws.com

THIS IS A CONFIDENTIAL COMMUNICATION.
It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.
THANK YOU.

Note

| | | |
|---|---|---|
| Case Number | : | 2000208 |
| Case Name | : | ▇ v. Boy Scouts of America |
| Case Type | : | Boy Scout Abuse |
| Case Status | : | Settlement |
| Notes Type | : | eMail |
| Priority | : | Normal |
| Create Date | : | 7/24/2023 11:17 AM |
| Created By | : | Aiad-Toss, Kristina |
| Modified Date | : | |
| Modified By | : | |

Note Contents:

**Fwd  ballot que tion**
 E ternal
 Inbox

  ▇
to me

Sent from my iPhone

Begin forwarded message

**From** ▇
**Date** November 11, 2021 at 4 41 53 PM P T
**To:** Gayle Vojtush <gayle.vojtush@babinlaws.com>
**Subject: Re: ballot question**

Yes I did not intend to check the box just for 3500 please resend so I can resubmit

 ent from my iPhone

On Nov 11, 2021, at 1 04 PM, Gayle Vojtush  gayle vojtush@babinlaws com  wrote

▇  Did you intend to vote for the one  ime amount of $3,500 only with nothing more to come?  If you did not intend to be restricted to only $3,500 in this p  email that it was a mistake so that you can revote to get it corrected.  You can still accept the plan but not check the 3,500 box.

*Best regards,*

*Gayle Vojtush, Esq*
*Attorney at Law*
**BABIN LAW LLC**
22 East Gay Street, Suite 200
Columbus, Ohio 43215
Office  (614)761 8800
Direct Dial: (614) 982-0881
Email: gayle vojtush@babinlaws com

THI   I   A CONFIDENTIAL COMMUNICATION
It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or prote  the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the origin
THANK YOU

Note

| | | |
|---|---|---|
| Case Number | : | 2000208 |
| Case Name | : | ▮ v. Boy Scouts of America |
| Case Type | : | Boy Scout Abuse |
| Case Status | : | Settlement |
| Notes Type | : | eMail |
| Priority | : | Normal |
| Create Date | : | 7/24/2023 11:17 AM |
| Created By | : | Aiad-Toss, Kristina |
| Modified Date | : | |
| Modified By | : | |

Note Contents:

### Fwd Revote E ternal Inbox



to me

Sent from my iPhone

Begin forwarded message

**From** ▮ ▮
**Date** November 15, 2021 at 12 17 09 PM P T
**To:** Gayle Vojtush <gayle.vojtush@babinlaws.com>
**Subject: Revote**

I need to resubmit my vote for the Boy Scout Claim , I made a mistake . Please send link so I can revote. Thank you . This is ▮

ent from my iPhone