# EXHIBIT 2

Note

| | | |
|---|---|---|
| Case Number | : | 2000347 |
| Case Name | : | ██████ █████  v. Boy Scouts of America, |
| Case Type | : | Boy Scout Abuse |
| Case Status | : | Settlement |
| Notes Type | : | eMail |
| Priority | : | |
| Create Date | : | 12/21/2021 9:47 AM |
| Created By | : | Grant, Jessica |
| Modified Date | : | |
| Modified By | : | |
| Note Contents: | | |

**From:** "Grant, Jessica" <jessica.grant@babinlaws.com>
**To:** ██████████
**Subject:** Babin Law, LLC Case# 2000347 - ████████  v. Boy Scouts of America



**Re: Your Boy Scouts Claim    URGENT re: your Voting Preference**

Dear ████████████

ELECTRONIC VOTING ENDS TONIGHT!!!!!

We have received your voting ballot and <u>wanted to make sure that you meant to check the box for ONLY $3,500 before attorney fees. We think your case is worth more than that and you may have mistakenly checked the box for $3,500</u>  If you did NOT intend to check the box for only $3,500, please respond to this email that you mistakenly checked the box for $3,500 and wish to revote and we will have <u>votenet.com</u> send you another ballot

When revoting, we recommend that you check the box on the second page to ACCEPT the PLAN BUT on the third page DO NOT CHECK THE BOX FOR $3,500, leave the 3,500 check box BLANK and hit the word next.  Any questions, please call us at (614)761-8800.

Sincerely,

Steven C. Babin, Jr., Esq.
Gayle P. Vojtush, Esq.

*Babin Law, LLC*
22 East Gay Street, Suite 200, Columbus, Ohio 43215
Phone  (614) 761 8800
November 4, 2021

THIS IS A CONFIDENTIAL COMMUNICATION
It is intended that this communication will not be read except by persons to whom it is addressed by the author  It may contain material, which is privileged or protected work product  The communication of the contents of this message without the author's consent is prohibited  If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it
THANK YOU

Subject: Re: Babin Law, LLC Case# 2000347 - ██████ v. Boy Scouts of America

 < ██████████████ >                                    Wed, Dec 22, 2021, 5:41 AM
to Grant, Jessica

You are viewing an attached message. Babin Law, LLC Mail can't verify the authenticity of attached messages.

Yes please have them send me a new ballet to vote please I need to re vote thank you

On Tue, Dec 21, 2021, 6:47 AM Grant, Jessica <smartadvocate@babinlaws.com> wrote:



**Re: Your Boy Scouts Claim – URGENT re: your Voting Preference**

Dear ████████

ELECTRONIC VOTING ENDS TONIGHT!!!!!

We have received your voting ballot and <u>wanted to make sure that you meant to check the box for ONLY $3,500 before attorney fees. We think your case is worth more than that and you may have mistakenly checked the box for $3,500.</u>  If you did NOT intend to check the box for only $3,500, please respond to this email that you mistakenly checked the box for $3,500 and wish to revote and we will have votenet.com send you another ballot.

When revoting, we recommend that you check the box on the second page to ACCEPT the PLAN BUT on the third page DO NOT CHECK THE BOX FOR $3,500, leave the 3,500 check box BLANK and hit the word next.  Any questions, please call us at (614)761-8800.

Sincerely,

Steven C. Babin, Jr., Esq.
Gayle P. Vojtush, Esq.

*Babin Law, LLC*
22 East Gay Street, Suite 200, Columbus, Ohio 43215
Phone: (614) 761-8800
November 4, 2021

THIS IS A CONFIDENTIAL COMMUNICATION.

It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.

THANK YOU.