# EXHIBIT 3

Note

| | | |
|---|---|---|
| Case Number | : | 2000208 |
| Case Name | : | ▮ v. Boy Scouts of America |
| Case Type | : | Boy Scout Abuse |
| Case Status | : | Settlement |
| Notes Type | : | eMail |
| Priority | : | Normal |
| Create Date | : | 11/16/2021 10:35 PM |
| Created By | : | Aiad-Toss, Kristina |
| Modified Date | : | |
| Modified By | : | |

Note Contents:

## Subject  Re ▮ Ballot ID 231094



Madelyn Farris <madelyn@eballot com>
to Jessica Grant

You are viewing an attached message  Babin Law  LLC Mail can t verify the authenticity of attached messages

Done!

On Tue, Nov 16, 2021 at 4 57 PM Jessica Grant  jessica grant@babinlaws com  wrote

> Can you please delete Mr ▮ vote he accidentally voted the wrong way?  Thank you
>
> *Best regards,*
>
> *Jessica Grant*
> *Litigation Paralegal*
> **BABIN LAW LLC**
> 22 East Gay  treet,   uite 200
> Columbus, Ohio 43215
> Office: (614)761-8800 Ext. 108
> Email: jessica.grant@babinlaws.com
>
> THI   I   A CONFIDENTIAL COMMUNICATION
>
> It is intended that  his communication will not be read except by persons to whom it is addressed by the author  It may contain material, which is privileged or protected work pr…
> au hor's consent is prohibited. If received by you in error or forwarded to you wi hout the express permission of  he original author, ple…
> THANK YOU.

Note

| | | |
|---|---|---|
| Case Number | : | 2000347 |
| Case Name | : | ▆▆▆▆ ▆▆▆▆ v. Boy Scouts of America, |
| Case Type | : | Boy Scout Abuse |
| Case Status | : | Settlement |
| Notes Type | : | eMail |
| Priority | : | Normal |
| Create Date | : | 12/22/2021 10:26 AM |
| Created By | : | Aiad-Toss, Kristina |
| Modified Date | : | |
| Modified By | : | |

Note Contents:



Madelyn Farris <madelyn@eballot com>    Dec 22, 2021, 10:31 A
to me

Done.

On Wed, Dec 22, 2021 at 10 25 AM Jessica Grant  jessica.grant@babinlaws com  wrote
> Mr ▆▆▆ emailed and stated he accidentally voted for the $3500 option  He would like to revote  Can you please delete his vote and resend his voting email to ja7984294@gma l com

Best regards,

Jessica Grant
Litigation Paralegal
BABIN LAW LLC
22 East Gay  treet,  uite 200
Columbus, Ohio 43215
Office: (614)761-8800 Ext. 108
Email: jessica.grant@babinlaws.com

THI  I  A CONFIDENTIAL COMMUNICATION
It is intended  hat this communication will not be read except by persons to whom it is addressed by the au hor  It may contain material, which is privileged or protected work product  The c
contents of  his message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immed
THANK YOU.



Madelyn Farris
Project Coordinator
202 701 3744
she/her/hers