# EXHIBIT 4

## **DECLARATION OF CLAIMANT** ▮

I, ▮ hereby declare as follows:

1. I make this declaration of my own personal knowledge and I am competent to do so.

2. I can confirm my initial ballot to vote on the BSA Bankruptcy Plan mistakenly selected the Expedited Distribution option. I reached out to Babin Law promptly after voting to cancel this vote. At the time, I believed this first ballot was canceled and invalidated.

3. I did not intend to select the Expedited Distribution payment of $3,500.

4. I can confirm that I submitted a second ballot that did not elect the Expedited Distribution option. I confirm that at the time of casting the second ballot I intended to proceed through the standard Trust Distribution Process.

5. I am willing to testify or answer questions about these matters if requested.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/30/2023