# EXHIBIT 5

## DECLARATION OF CLAIMANT ██████████

I, ████████ hereby declare as follows:

1. I make this declaration of my own personal knowledge and I am competent to do so.

2. I can confirm my initial ballot to vote on the BSA Bankruptcy Plan mistakenly selected the Expedited Distribution option. I reached out to Babin Law promptly after voting to cancel this ballot. At the time, I believed this first ballot was canceled and invalidated.

3. I did not intend to select the Expedited Distribution payment of $3,500. After the first ballot was canceled, I intended to proceed through the standard Trust Distribution Process.

4. I am willing to testify or answer questions about these matters if requested.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/30/2023