# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND <br> DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered <br><br> **Re: Docket No. 11565** |

## CERTIFICATE OF SERVICE

      I, James E. O'Neill, hereby certify that on the 27th day of October, 2023, I caused a copy of the *Consolidated Response of the Honorable Barbara J. Houser (Ret.), In Her Capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Survivor Claimant D.S.'s Motion to Change Election to Opt Into Expedited Payment/Convenience Class, D.I. 11532, and (2) Motion to Change Election to Opt Into Expedited Payment/Convenience Class, D.I. 11552* [Docket No. 11565] to be served on the individuals on the service list attached hereto as **Exhibit A** in the manner indicated therein.

      I further certify that on the 1st day of November, 2023, I caused a copy of the *Consolidated Response of the Honorable Barbara J. Houser (Ret.), In Her Capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Survivor Claimant D.S.'s Motion to Change Election to Opt Into Expedited Payment/Convenience Class, D.I. 11532, and (2) Motion to Change Election to Opt Into Expedited Payment/Convenience Class, D.I. 11552* [Docket No. 11565] to be served on the individuals on the service list attached hereto as **Exhibit B** in the manner indicated therein.

      */s/ James E. O'Neill*
      James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:238596.24 85353/002