**Exhibit A**

Boy Scouts – Service List re Response to D.S. & AVA Law Group Motions
Case No. 20-10343 (LSS)
Doc. No. 245639
02 – Email

**Email**
(Counsel for D.S.)
Charles J. Brown, III, Esq.
Gellert Scali Busenkell & Brown LLC
1201 N. Orange Street, 3rd Floor
Wilmington, DE  19801
Email:  cbrown@gsbblaw.com

**Email**
(Counsel for AVA Law Group, Inc.)
Kevin S. Mann, Esq.
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE  19801
Email:  kmann@crosslaw.com