# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>               Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br>(Jointly Administered) |

**DECLARATION OF** ███████

1. Through my attorneys, Timothy C. Hale of Nye, Stirling, Hale, Miller & Sweet, LLP, I filed a Proof of Claim signed by me in this chapter 11 case. I have been designated as Claimant # SST-908123.

2. In or about November of 2021, I e-filed a Ballot where I voted to accept the then current Boy Scouts of America Plan of Reorganization.

3. Recently, my attorney informed me that it appears that I also had checked a box on the Ballot indicating that I was electing to receive an expedited payment of $3,500 in satisfaction of my claim.

4. I have no recollection of checking a box indicating that I wanted to receive the $3,500 expedited payment. I have no memory of checking any kind of box or doing anything that would limit my recovery to $3,500. If I did check a box making that election, it was by mistake.

5. I never spoke with my attorneys about an expedited payment and was not aware of that option. I did discuss with my attorney that my claim against BSA had a high value. The abuse that I suffered over forty years ago was horrific, and I have suffered terribly ever since. Given everything that I have endured, I never would have knowingly elected to receive only $3,500 for my claim.

      Signed and certified on this  30th  day of October 2023, under penalties of perjury, that the foregoing is true and correct.

