# EXHIBIT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>          Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br>(Jointly Administered) |

## DECLARATION OF TIMOTHY C. HALE

1. My name is Timothy C. Hale.

2. I am an attorney in Santa Barbara, CA who has been practicing law since 1996. Over the last twenty-five or more years, I have specialized in representing survivors of child sexual abuse.

3. After the Boy Scouts of America filed its chapter 11 petition in February 2020, I was engaged to represent several survivors of sexual abuse in that bankruptcy case and filed Proofs of Claim for them. I filed such a Proof of Claim for ▇▇▇▇▇▇▇ who was designated as Claimant # SST-908123.

4. On or around November 2021, ▇▇▇▇▇▇▇, as a Class 8 claimant, electronically filed a Ballot on which he voted to accept the then current proposed Bankruptcy Plan.

5. Not realizing what he was doing or the import or consequences of doing so, it appears that he also checked a box which indicated that he wanted to accept an option to accept $3,500.00.

6. Recently, after gaining access to the BSA Trust Portal, I learned that, according to the database, ▇▇▇▇▇▇▇ had elected the option to receive the $3,500 expedited distribution. After six weeks or so of inquiry to the Trust by my firm, I finally received a copy of the Ballot submitted by ▇▇▇▇▇▇▇ which confirmed that he had checked the box to receive the $3,500 expedited distribution.

7. I am certain that checking that box was a mistake by ▇▇▇▇▇▇▇. He had never asked me about the expedited option at any time, and I had never discussed that with him as a choice. The discussions that we did have about his claim were to the effect that it is a high value claim.

8. After receiving a copy of the Ballot from the Trust, I contacted ▇▇▇▇▇▇▇ and

confirmed that he did not recall checking the box making the election and that, if he had done so, it was a mistake because he never would have accepted such a small sum after all that he has endured.

9. Based on my understanding of the abuse that he suffered, and my knowledge of the BSA Plan and Trust, as well as my knowledge and experience of sexual assault cases in general, his claim was clearly worth much more than $3,500.00. He has a Tier One claim (the highest value claim under the BSA Plan and Trust Distribution Procedures). Such a claim has a base amount of $600,000 and depending on the scaling factors (most of which weigh in ▮▮▮▮▮ favor) could increase to as much as $2,700,000 under the Standard Review Option.

Signed and certified on this 31st day of October 2023, under penalties of perjury, that the foregoing is true and correct.

Timothy C. Hale, Esq.