IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**ORDER GRANTING MOTION TO CHANGE ELECTION FROM EXPEDITED PAYMENT/CONVENIENCE CLASS AND OTHER NECESSARY RELIEF
<u>ON BEHALF OF SURVIVOR CLAIMANT J.D.</u>**

Upon consideration of the Motion to *Change Election from Expedited Payment/Convenience Class and Other Necessary Relief on Behalf of Survivor Claimant J.D.* (the "Motion"), the Court having determined that good and adequate cause exists for approval of the Motion, and the Court having determined that no further notice of the Motion is necessary, and for the reasons set forth on the record, it is hereby **ORDERED THAT**:

1. The Motion is GRANTED;

2. The Movant's ballot shall be treated by the Trustee as timely cast without the expedited distribution option exercised;

3. The Debtors, the Trust, and all other relevant parties shall treat the Movant as if he did not opt into the expedited distribution election;

4. The Movant's claim shall proceed through the Standard Review or the Independent Review Option as outlined in the Plan; and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{C1289239.1 }

5. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

DATE: _____

                                                                       _____
Laurie Selber Silverstein
United States Bankruptcy Judge

{C1289239.1}