IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| BOY SCOUTS OF AMERICA AND | § Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | § (Jointly Administered) |
| | § |
| Debtors | § Hearing Date: TBD |
| | § Objection Deadline: November 16, 2023 at 4:00 p.m. (ET) |

## NOTICE OF MOTION TO CORRECT ELECTION FROM THE EXPEDITED PAYMENT OPTION TO THE TRUST ("MATRIX") CLAIMS PROCESS

**PLEASE TAKE NOTICE** that on November 2, 2023, Weller Green Toups & Terrell, LP ("WGTT"), on behalf of certain of its client identified only as his claim number (SST-907550) (the "Claimant" or "Movant") filed the *Motion to Correct Election from the Expedited Payment Option to the Trust ("Matrix") Claims Process* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **November 16, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon Movants' undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **a date and time to be determined** before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.\**

Dated: November 2, 2023

Respectfully Submitted,

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE No. 2814)
**HOGAN♦MCDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540
Fax: (302) 656-7599
Email: dkhogan@dkhogan.com

-and

Mitchell A. Toups (*Pro Hac Vice Pending*)
Texas Bar No. 20151600
**MITCHELL A. TOUPS, LTD., OF WELLER, GREEN, TOUPS & TERRELL, LLP**
Post Office Box 350
Beaumont, Texas 77704
(409) 832-1800
Fax: (409) 832-8577
Email: matoups@wgttlaw.com

*Attorneys for Claimant SST-907550*