**Exhibit A**

IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Case No. 20-10343 (LSS) |
| | § | |
| BOY SCOUTS OF AMERICA AND | § | Chapter 11 |
| DELAWARE BSA, LLC,[1] | § | (Jointly Administered) |
| | § | |
| Debtors | § | Hearing Date: TBD |
| | § | Objection Deadline: November 19, 2023 |

AFFIDAVIT OF CLAIMANT SST-905770

I, ▮▮▮▮▮▮▮▮ declare as follows, pursuant to 28 U.S.C. §1746:

1. I am a Sexual Abuse Survivor from abuse that occurred during my time as a scout with the Boy Scout's of America.

2. I filed my Proof of Claim prior to the November 16, 2020 deadline for filing a Sexual Abuse Survivor Proof of Claim.

3. I never signed a ballot in the voting process and never intended to elect the $3,500 Expedited Claim Process.

4. Attached hereto is a true and copy of the Ballot submitted on my behalf, which I did not sign.

5. Also attached hereto is a true and correct copy of my photo identification issued by the State of California.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DocuSign Envelope ID: DF113A61-A3F4-4FF5-8162-A6903EBC0D8D

6. The address on my ballot was not my correct mailing address.

7. Around May 2023, I was notified by IPG Law, who originally represented me and referred my case to Mitchell A. Toups, Ltd., that the Settlement Trustee had my claim categorized as having elected the $3,500 Expedited Review Process.

8. Upon learning this, IPG Law advised me that I had to contact Omni to correct my ballot and gave me their phone number.

9. It is my desire, and has always been my desire, to proceed with my claim through the Trust ("Matrix") claims process.

10. I have waited years to tell my story, and never intended nor wanted my claim to proceed through the Expedited Payment Option.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/2/2023



Claimant SST-907550

*[Handwritten: POC Claim Number 66659]*

# IPG

**IPG Law Group, LLC**
133 West Main Street
Norristown, PA 19401

*[Handwritten: ID 179799]*

**RECEIVED**
DEC 0 6 2021
Omni Agent Solutions

October 19, 2021

**TIME SENSITIVE COMMUNICATION - URGENT**

RE:    Boy Scout Abuse Claims

This letter contains the Ballot we told you about in our email. This is the Voting Package on the Settlement. We recommend you Vote to ACCEPT the Plan.

---
Check **only** one box:

☑ ACCEPT (I.E., VOTE IN FAVOR OF) the Plan

☐ REJECT (I.E., VOTE AGAINST) the Plan

---

In addition, we recommend that you DECLINE the Expedited Distribution of a one-time Cash payment from the Settlement Trust in the amount of $3,500 if the Plan is approved.

---
Check **only** one box:
If the Plan is confirmed as set forth above and in the Plan, the holder of an eligible Direct Abuse Claim ELECTS to:

☒ Receive the Expedited Distribution of a one-time Cash payment from the Settlement Trust in the amount of $3,500.00 conditioned upon satisfaction of the criteria set forth in the Trust Distribution Procedures, in exchange for a full and final release in favor of the Settlement Trust, the Protected Parties, and the Chartered Organizations.

☐ DECLINE the Expedited Distribution of a one-time Cash payment from the Settlement Trust in the amount of $3,500.00 conditioned upon satisfaction of the criteria set forth in the Trust Distribution Procedures, in exchange for a full and final release in favor of the Settlement Trust, the Protected Parties, and the Chartered Organizations.

---

Please check two boxes on this Page and sign by the Red X in the highlighted Box on the next Page and return this entire package to me. If you have any questions you can email chipitpbiz@gmail.com or call at 610-290-0407.

If you cannot reach immediately as the phone lines are busy, please call back. If you leave a message, we WILL return your call. *If you want a full version of the disclosure, we had sent you a link via email last week.*

Note: We recommend to EMAIL chipitpbiz@gmail.com for any questions.

Sincerely,

IPG Law Group LLC

(i) it has the power and authority to vote to accept or reject the Plan,

(ii) it was the holder (or is entitled to vote on behalf of such holder) of the Class 8 Direct Abuse Claim described in Item 1 as of the Voting Record Date,

(iii) it has not submitted any other Ballots for other Class 8 Direct Abuse Claims, or if it has submitted any other Ballots with respect to such Claims, then any such Ballots date earlier in time are hereby revoked,

(iv) it acknowledges that a vote to accept the Plan constitutes an acceptance of the treatment of such Entity as a holder of a Class 8 Claim,

(v) it understands and, if accepting the Plan, agrees with the treatment provided for its Claim(s) under the Plan,

(vi) it understands and acknowledges that if multiple Ballots are submitted voting the Claim set forth in Item 1, only the last properly completed Ballot voting the Claim and received by the Solicitation Agent before the Voting Deadline shall be deemed to reflect the voter's intent and thus to supersede and revoke any prior Ballots received by the Solicitation Agent, and

(vii) all authority conferred or agreed to be conferred pursuant to this Ballot, and every obligation of the undersigned hereunder, shall be binding on the transferees, successors, assigns, heirs, executors, administrators, trustees in bankruptcy, and legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned. The undersigned understands that an otherwise properly completed, executed, and timely returned Ballot failing to indicate either acceptance or rejection of the Plan, or indicating both acceptance and rejection of the Plan, will not be counted.

| Print or Type Name of Claimant: | |
|---|---|
| Last Four Digits of Social Security Number of Claimant: | |
| Birthdate of Claimant (MM/DD/YY): | |
| Signature: | |
| Name of Signatory (if different than Claimant): | |
| If by Authorized Agent. Title of Agent: | |

15



TPG Law Group
133 W. Main St
Norristown, PA 19401

4 BALLOT
#45464, #45440,
#64459 & #45407

RECEIVED
DEC 06 2021
By

Boy Scouts of America Ballot Processing
c/o Omni Agent Solutions
5955 De Soto Ave
Suite 100
Woodland Hills, CA. 91367

Retail
US POSTAGE PAID
$8.91
Origin: 19401
12/01/21
4160860601-03

PRIORITY MAIL 2-DAY®
0 Lb 1.90 Oz
1004
C045

EXPECTED DELIVERY DAY: 12/04/21

SHIP TO:
5955 DE SOTO AVE
STE 100
WOODLAND HILLS CA 91367-5100

USPS TRACKING® #

DocuSign Envelope ID: DF113A61-A3F4-4FF5-8162-A6903EBC0D8D



9505 5139 1733 1335 2980 84

DocuSign Envelope ID: DF113A61-A3F4-4FF5-8162-A6903EBC0D8D



# DocuSign

## Certificate Of Completion

Envelope Id: DF113A61A3F44FF58162A6903EBC0D8D  
Subject: Complete with DocuSign: ▮▮▮▮▮  
Source Envelope:  
Document Pages: 7  
Certificate Pages: 1  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC-06:00) Central Time (US & Canada)

Signatures: 1  
Initials: 0

Status: Completed

Envelope Originator:  
Janney Gordon  
P.O. Box 350  
nil  
Beaumont, TX  77704  
jgordon@wgttlaw.com  
IP Address: 12.21.111.98

## Record Tracking

Status: Original  
    11/2/2023 11:20:52 AM

Holder: Janney Gordon  
    jgordon@wgttlaw.com

Location: DocuSign

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  
(None)

Signature Adoption: Drawn on Device  
Using IP Address: 75.140.104.115  
Signed using mobile

Timestamp  
Sent: 11/2/2023 11:24:42 AM  
Viewed: 11/2/2023 11:32:00 AM  
Signed: 11/2/2023 11:37:36 AM

Electronic Record and Signature Disclosure:  
    Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|
| **Editor Delivery Events** | **Status** | **Timestamp** |
| **Agent Delivery Events** | **Status** | **Timestamp** |
| **Intermediary Delivery Events** | **Status** | **Timestamp** |
| **Certified Delivery Events** | **Status** | **Timestamp** |
| **Carbon Copy Events** | **Status** | **Timestamp** |
| **Witness Events** | **Signature** | **Timestamp** |
| **Notary Events** | **Signature** | **Timestamp** |
| **Envelope Summary Events** | **Status** | **Timestamps** |
| Envelope Sent | Hashed/Encrypted | 11/2/2023 11:24:42 AM |
| Certified Delivered | Security Checked | 11/2/2023 11:32:00 AM |
| Signing Complete | Security Checked | 11/2/2023 11:37:36 AM |
| Completed | Security Checked | 11/2/2023 11:37:36 AM |
| **Payment Events** | **Status** | **Timestamps** |