**<u>Exhibit B</u>**

**Winneker Declaration**

IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Case No. 20-10343 (LSS) |
| | § | |
| BOY SCOUTS OF AMERICA AND | § | Chapter 11 |
| DELAWARE BSA, LLC,[1] | § | (Jointly Administered) |
| | § | |
| Debtors | § | Hearing Date: TBD |
| | § | Objection Deadline: November 19, 2023 |

## DECLARATION OF CHIP WINNEKER PURSUANT TO 28 U.S.C. §1746

I, Chip Winneker, declare as follows, pursuant to 28 U.S.C. §1746:

1. I work for IPG Law, one of the attorneys for Claimant SST-907550 regarding abuse that occurred during his time as a scout with the Boy Scouts of America.

2. Claimant SST-907550 filed his Proof of Claim prior to the November 16, 2020 deadline for filing a Sexual Abuse Survivor Proof of Claim. IPG Law was the handling attorney at this time.

3. In approximately May 2023, during a telephone call with Claimant SST-907550, I informed Claimant that his claim was proceeding under the Expedited Payment Option due to the ballot he submitted. Claimant SST-907660 informed me immediately that he never signed a ballot in the voting process and never intended to elect the $3,500 Expedited Claim Process.

4. Claimant SST-907550 also informed my office that the signature and the original mailing address on his ballot was incorrect.

5. I advised Claimant SST-907550 that he needed to contact Omni to correct his ballot and gave him their phone number. I do not think he was successful in getting through to anyone

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

at Omni. This case, among others, was ultimately referred to Mitchell A. Toups, Ltd., of Weller, Green, Toups & Terrell, L.L.P. When Mr. Toups' office sent out the Expedited Questionnaire, the claimant called me again about the Expedited Claim and I called Mr. Toups' office where his claim had been referred to inform his office of this issue.

6. Claimant SST-907550 informed me that it is his desire, and has always been his desire, to proceed with his claim through the Trust ("Matrix") claims process.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/2/2023

DocuSigned by:

*Chip Winneker*
D706E404045D42B...
Chip Winneker