**<u>Exhibit C</u>**

**Toups Declaration**

IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Case No. 20-10343 (LSS) |
| | § | |
| BOY SCOUTS OF AMERICA AND | § | Chapter 11 |
| DELAWARE BSA, LLC,[1] | § | (Jointly Administered) |
| | § | |
| Debtors | § | Hearing Date: TBD |
| | § | Objection Deadline: November 19, 2023 |

## DECLARATION OF MITCHELL A. TOUPS PURSUANT TO 28 U.S.C. §1746

I, Mitchell A. Toups, declare as follows, pursuant to 28 U.S.C. §1746:

1. I am one of the attorneys for Claimant SST-907550 regarding abuse that occurred during his time as a scout with the Boy Scouts of America.

2. Claimant SST-907550 filed his Proof of Claim prior to the November 16, 2020 deadline for filing a Sexual Abuse Survivor Proof of Claim. Claimant SST-907550's attorney at the time was IPG Law. Claimant SST-907550's claim was referred to me for handling in approximately December 2022.

3. Claimant SST-907550 informed my office that he never signed a ballot in the voting process and would have never elected the $3,500 Expedited Claim Process. Claimant SST-907550 called my office after receiving the Expedited Questionnaire we sent him.

4. Claimant SST-907550 informed my office that the signature was not his and the original address on his ballot was not correct.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: 11/2/23

_____
Mitchell A. Toups