## IN THE UNITED STATES BANKRUPCTY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | **)** | Case No. 20-10343 (LSS) |
| | **)** | |
| BOY SCOUTS OF AMERICA AND | **)** | Chapter 11 |
| DELAWARE BSA, LLC,[1] | **)** | (Jointly Administered) |
| | **)** | |
| Debtors. | **)** | Hearing Date: **TBD** |
| | | Objection Deadline: November 20, 2023 |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on November 2, 2023, the Davis, Bethune & Jones law firm on behalf of certain of its clients (the "Claimants"), identified by the Settlement Trustee as Claim Numbers SST-905644, SST-908149, SST-907199, SST-907204, and SST-904178, by and through its undersigned counsel, filed the *Motion to Correct Election From The Expedited Payment Option to the Trust ("Matrix") Claims Process or Independent Review Option - Davis, Bethune & Jones* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a Hearing on the Motion will be held on **a date to be determined** before The Honorable Laurie Selber Silverstein, United States BankruptcyJudge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be filed by **November 20, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federaltax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC(4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 7503.

Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware, 19801.  At the same time, a copy of any objection must be served upon undersigned counsel so as to be received on or before the Objection Deadline.

      **PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Court may grant the relief requested and enter a final order without further notice.

Dated: November 2, 2023.           **CONAWAY LEGAL, LLC**

           */s/ Bernard G. Conaway*
           Bernard G. Conaway, Esquire (DE 2856)
           1007 North Orange Street, Ste. 400
           Wilmington, DE 19801
           Phone: (302) 428-9350
           Email: bgc@conaway-legal.com