IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 20-10343 (LSS) |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Chapter 11 |
| DELAWARE BSA, LLC,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Related Filings: |

## ORDER GRANTING MOTION TO CORRECT ELECTION FROM THE EXPEDITED PAYMENT OPTION TO THE TRUST ("MATRIX") CLAIMS PROCESS OR INDEPENDENT REVIEW OPTION - DAVIS, BETHUNE & JONES

Upon the motion (the "Motion")[2] of the Davis, Bethune & Jones law firm on behalf of certain Claimants, for entry of an order allowing the Claimants to correct their expedited distribution election in their respective ballots and to proceed with their claims through the Trust ("Matrix") Claims Process or Independent Review Option, it appears: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and (c) notice of the Motion was due and proper under the circumstances; and it further appearing that the relief requested in the Motion is fair, reasonable and appropriate; and after due consideration of objections, if any, following deliberation, and good and sufficient cause appearing therefore;

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federaltax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC(4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 7503.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** as follows;

2. The Claimants' ballots shall be treated by the Trustee as timely cast without the expedited distribution option exercised;

3. The Debtors, the Trust and all other relevant parties shall treat each of the Claimants as if they did not opt into the expedited distribution election;

4. The Claimants claims shall proceed through the claims reconciliation process as outlined in the Plan; and

5. This Court shall retain jurisdiction over the Motion and the relief granted by this Order.

DATE: _____

_____
Laurie Selber Silverstein
United States Bankruptcy Judge