## CERTIFICATE OF SERVICE

I, Bernard G. Conaway, hereby certify that, on this 2nd day of November, 2023, I caused, consistent with LOCAL RULE 9036(1)(b), service upon registered CM/ECF Users, and the following persons:

Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Paige N. Topper, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

*Debtors' Counsel*

Michael C. Andolina, Esquire
Matthew E. Linder, Esquire
Laura E. Baccash, Esquire
Blair M. Warner, Esquire
White & Case LLP
111 South Wacker Drive Chicago, Illinois 60606 mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

*Debtors' Counsel*

Kurt F. Gwynne, Esquire
Mark W. Eckard, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
meckard@reedsmith.com

*Counsel to the Official Committee of Unsecured Creditors*

Office of The United States Trustee
Attn: David Buchbinder, Esquire
J. Caleb Boggs Federal Building 844 King Street, Suite 2207 Lockbox 35
Wilmington, DE 19801
David.L.Buchbinder@usdoj.gov

*U.S. Trustee*

Richard M. Pachulski, Esquire
Debra I. Grassgreen, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801)
Telephone: (302) 652-4100
Email: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
joneill@pszjlaw.com

*Counsel for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*

Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
Kramer Levin Naftalis & Frankel LLP
177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
jsharret@kramerlevin.com

mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*


*/s/ Bernard G. Conaway*
Bernard G. Conaway, Esquire (DE 2856)