# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF COUNSEL SUBMITTING STIPULATION EXTENDING DEADLINE FOR CLAIMANTS TO PROVIDE QUESTIONNAIRE

I, Charles J. Brown, III, Esq., of Gellert Scali Busenkell & Brown, LLC, counsel to survivor claimants D.S., M.G., R.N., D.M., B.B., hereby certify as follows:

1. On and after October 11, 2023, a series of motions (the "Motions") were filed by D.S., M.G., R.N., D.M., B.B., the AVA Law Group, LLC ("AVA"), the Krause & Kinsman Law Firm ("Krause"), the Nye, Stirling, Hale, Miller, & Sweet, LLP law firm ("Nye Stirling"), the Babin Law LLC firm ("Babin"), and The Robert Pahlke Law Group law firm ("RPLG") (collectively, the "Filing Parties").

2. The Honorable Barbara J. Houser (Ret.) (the "Trustee" and together with the Filing Parties, the "Parties"), in her capacity as trustee of the BSA Settlement Trust (the "Settlement Trust"), objects to the relief sought in the Motions.

3. Thereafter, having met and conferred, the Parties have entered into a Stipulation Extending Deadline for Claimants to Provide Questionnaire. A true and correct copy of the Stipulation is attached to the proposed order as Exhibit 1.

WHEREFORE, the undersigned respectfully requests that the Court enter the proposed order attached hereto as **Exhibit A**, without further notice or hearing.

2

Dated:  November 3, 2023      **GELLERT SCALI BUSENKELL & BROWN LLC**

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: 302-425-5813
Fax: 302-425-5814
Email: cbrown@gsbblaw.com

*Counsel for D.S., M.G., R.N., D.M., B.B.*