# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR CLAIMANTS**
**TO PROVIDE QUESTIONNAIRE**

The Honorable Barbara J. Houser (Ret.) (the "Trustee"), in her capacity as trustee of the BSA Settlement Trust (the "Settlement Trust"), and D.S., M.G., R.N., D.M., B.B., the AVA Law Group, LLC ("AVA"), the Krause & Kinsman Law Firm ("Krause"), the Nye, Stirling, Hale, Miller, & Sweet, LLP law firm ("Nye Stirling"), the Babin Law LLC firm ("Babin"), and The Robert Pahlke Law Group law firm ("RPLG") (collectively, the "Filing Parties") having entered into the Stipulation Extending Deadline for Claimants to Provide Questionnaire attached hereto as Exhibit 1, it is hereby;

**ORDERED THAT:**

1.    The Stipulation is APPROVED.

# **EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR CLAIMANTS TO PROVIDE QUESTIONNAIRE**

The Honorable Barbara J. Houser (Ret.) (the "Trustee"), in her capacity as trustee of the BSA Settlement Trust (the "Settlement Trust"), and D.S., M.G., R.N., D.M., B.B., the AVA Law Group, LLC ("AVA"), the Krause & Kinsman Law Firm ("Krause"), the Nye, Stirling, Hale, Miller, & Sweet, LLP law firm ("Nye Stirling"), the Babin Law LLC firm ("Babin"), and The Robert Pahlke Law Group law firm ("RPLG") (collectively, the "Filing Parties") by and through their undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, a series of motions (collectively, the "Motions") challenging the Settlement Trust's designation of ballot elections opting into expedited payment/convenience class were filed in this bankruptcy case by the Filing Parties on behalf of their respective clients; and

WHEREAS, the Trustee objects to the relief sought in the Motions; and

WHEREAS, the deadline for all Expedited Claimants to submit a signed Expedited Distribution Claims Questionnaire ("Questionnaire") to the Settlement Trust is November 2, 2023, and any Questionnaire submitted after that date will be late and the affected claimant may not be eligible to receive payment from the Trust; and

WHEREAS, the Trustee has indicated that the November 2 deadline will not be extended; and

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.
DOCS_DE:245663.1

WHEREAS, the Trustee and the Filing Parties in an effort to maintain the status quo for the Filing Parties, agree as follows:

1. The hearing on the Motions or any similar motion seeking to change a ballot election that is filed by 5 pm ET on Thursday, November 2, 2023, shall be held on November 20, 2023 at 10:00 A.M. (E.T.).

2. The deadline to submit the Questionnaire to the Settlement Trust shall be extended to ten (10) days after the entry of a Court order disposing of the Motions (or any similar motion seeking to change a ballot election that is filed by 5 pm ET on Thursday, November 2, 2023).

Dated: November 2, 2023

| **CROSS & SIMON, LLC**<br><br>*/s/ Kevin S. Mann*<br>Kevin S. Mann, Esquire (DE 4576)<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>Phone: (302) 777-4200<br>Email: kmann@crosslaw.com<br><br>*Counsel to AVA Law Group* | **CONAWAY LEGAL, LLC**<br><br>*/s/ Bernard G. Conaway*<br>Bernard G. Conaway, Esquire (DE 2856)<br>1007 North Orange Street, Ste. 400<br>Wilmington, DE 19801<br>Phone: (302) 428-9350<br>Email: bgc@conaway-legal.com<br><br>*Counsel to Certain Clients of Krause & Kinsman and Certain Clients of The Robert Pahlke Law Group* |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Debra I. Grassgreen (CA Bar No. 169978)<br>James E. O'Neill (DE Bar No. 4042)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>Phone: (302) 652-4100<br>Email: rpachulski@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>joneill@pszjlaw.com | **GELLERT SCALI BUSENKELL & BROWN LLC**<br><br>*/s/ Charles J. Brown, III*<br>Charles J. Brown, III (DE 3368)<br>1201 N. Orange Street, 3rd Floor<br>Wilmington, DE 19801<br>Phone: (302) 425-5813<br>Email: cbrown@gsbblaw.com<br><br>*Counsel for D.S., M.G. R.N., D.M., and B.B.* |

| | |
|---|---|
| – AND –<br><br>**GILBERT LLP**<br>Kami E. Quinn (admission *pro hac vice*)<br>Emily P. Grim (admission *pro hac vice*)<br>Sarah A. Sraders (admission *pro hac vice*)<br>700 Pennsylvania Avenue, SE<br>Washington, DC 20003<br>Email: quinnk@gilbertlegal.com<br>grime@gilbertlegal.com<br>sraderss@gilbertlegal.com<br><br>*Attorneys for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust* | **CAMPBELL & LEVINE, LLC**<br><br>*/s/ Katherine L. Hemming*<br>Katherine L. Hemming (DE 5496)<br>222 Delaware Ave, Suite 1620<br>Wilmington, DE 19801<br>Phone: (302) 426-1900<br>Email: khemming@camlev.com<br><br>*Counsel to Certain Clients of Nye, Stirling, Hale, Miller, & Sweet, LLP*<br><br>**JACOBS & CRUMPLAR**<br><br>*/s/ David T. Crumplar*<br>David T. Crumplar, Esquire (DE 5876)<br>Jacobs & Crumplar, P.A.<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE 19801<br>Email: davy@jcdelaw.com<br><br>*Counsel to Certain Clients of Babin Law LLC* |

3

DOCS_DE:245663.1