IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BOY SCOUTS OF AMERICA AND | § | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | § | (Jointly Administered) |
|     Debtors | § | |
| | § | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Mitchell A. Toups, Mitchell A. Toups, Ltd., *of* Weller, Green, Toups & Terrell, LLP ("Toups"), to represent certain Boy Scout Abuse Survivor Claimants in this action.

Dated:  November 2, 2023

                                         */s/ Daniel K. Hogan*
                                         Daniel K. Hogan (No. 2814)
                                         **HOGAN♦MCDANIEL**
                                         1311 Delaware Avenue
                                         Wilmington, DE 19806
                                         (302) 656-7540/Fax:  (302) 656-7599
                                         Email:  dkhogan@dkhogan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated:  November 2, 2023                /s/ Mitchell A. Toups
                                            **MITCHELL A. TOUPS (TX** 20151600)
                                            **MITCHELL A. TOUPS, LTD., OF**
                                            **WELLER, GREEN, TOUPS & TERRELL, L.L.P.**
                                            Post Office Box 350
                                            Beaumont, Texas 77704
                                            (409) 832-1800/Fax: (409) 832-8577
                                            Email:  matoups@wgttlaw.com

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: November 6th, 2023**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2