IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BOY SCOUTS OF AMERICA AND | § | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | § | (Jointly Administered) |
|     Debtors | § | |
| | § | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of T. Christopher Tuck of Rogers, Patrick, Westbrook & Brickman, LLC, to represent certain Boy Scout Abuse Survivor Claimants in this action.

Dated: November 2, 2023

                                                             Respectfully Submitted,

                                                             */s/Daniel K. Hogan*
                                                             Daniel K. Hogan (No. 2814)
                                                             **HOGAN✱MCDANIEL**
                                                             1311 Delaware Avenue
                                                             Wilmington, DE 19806
                                                             (302) 656-7540
                                                            Fax: (302) 656-7599
                                                            Email: dkhogan@dkhogan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of South Carolina, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: November 2, 2023

          **ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC**

          <u>/s/ *T. Christopher Tuck*</u>
          T. Christopher Tuck, Esq.
          1037 Chuck Dawley Blvd., Bldg. A
          Mount Pleasant, South Carolina 29464
          Phone: (843) 727-6500
          Fax: (843) 216-6509
          ctuck@rpwb.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: November 6th, 2023
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE