IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 11581 |

**ORDER APPROVING STIPULATION EXTENDING DEADLINE FOR CLAIMANTS TO PROVIDE QUESTIONNAIRE**

The Honorable Barbara J. Houser (Ret.) (the "Trustee"), in her capacity as trustee of the BSA Settlement Trust (the "Settlement Trust"), and D.S., M.G., R.N., D.M., B.B., the AVA Law Group, LLC ("AVA"), the Krause & Kinsman Law Firm ("Krause"), the Nye, Stirling, Hale, Miller, & Sweet, LLP law firm ("Nye Stirling"), the Babin Law LLC firm ("Babin"), and The Robert Pahlke Law Group law firm ("RPLG") (collectively, the "Filing Parties") having entered into the Stipulation Extending Deadline for Claimants to Provide Questionnaire attached hereto as Exhibit 1, it is hereby;

**ORDERED THAT:**

1. The Stipulation is APPROVED.

Dated: November 6th, 2023
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE