# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOY SCOUTS OF AMERICA AND | ) Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission of Kristina Aiad-Toss to represent certain Claimants of Babin Law in this action.

**Date:**　　　　　　　　　　　BY:　　*/s/ David Crumplar*
　　　　　　　　　　　　　　　　　　David Crumplar (#5876)
　　　　　　　　　　　　　　　　　　Jacobs & Crumplar, P.A.
　　　　　　　　　　　　　　　　　　750 Shipyard Dr., Suite 200
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Phone: (302) 656-5445
　　　　　　　　　　　　　　　　　　Email: Davy@jcdelaw.com

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Case 20-10343-LSS   Doc 11587   Filed 11/06/23   Page 2 of 2

**CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Ohio and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

      */s/ Kristina Aiad-Toss*
      Kristina Aiad-Toss
      Babin Law, LLC
      10 West Broad St, 9th Floor
      Columbus, Ohio 43215
      614-982-0067
      Kristina.aiad-toss@babinlaws.com

ORDER GRANTING MOTION

      IT IS HEREBY ORDERED Counsel's Motion for Admission Pro Hac Vice is Granted.

Date:_____                          _____

                                                    United States Bankruptcy Judge