# CERTIFICATE OF SERVICE

I, Charles J. Brown, III, Esquire, certify that on November 6, 2023, I caused a true and correct copy of *Notice of Motion To Change Election To Opt Into Expedited Payment/Convenience Class Or Other Necessary Relief On Behalf Of Survivor Claimant D. S.* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties listed below via electronic mail:

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Andrew R. Remming, Sophie Rogers Churchill
1201 North Market Street, 16th Floor, P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com; aremming@morrisnichols.com; srchurchill@morrisnichols.com

White & Case LLP
Attn: Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

White & Case LLP
Attn: Michael C. Andolina, Matthew E. Linder, Blair Warner, Laura E. Baccash
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com; mlinder@whitecase.com; blair.warner@whitecase.com; laura.baccash@whitecase.com

Pachulski Stang Ziehl & Jones LLP
Richard M. Pachulski, Debra I. Grassgreen, James E. O'Neill
919 N. Market Street
17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
 Email: rpachulski@pszjlaw.com; dgrassgreen@pszjlaw.com; joneill@pszjlaw.com

Gilbert LLP
Kami E. Quinn, Emily P. Grim, Sarah A. Sraders
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Email: quinnk@gilbertlegal.com; grime@gilbertlegal.com; sraderss@gilbertlegal.com

Office of the United States Trustee
for the District of Delaware
Attn: Timothy J. Fox, Jr, Hannah M. McColllum
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: Timothy.Fox@usdoj.gov; hannah.mccollum@usdoj.gov

                                              */s/ Charles J. Brown, III*
                                              Charles J. Brown, III (DE 3368)

Dated: November 6, 2023