**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br>(Jointly Administered)<br><br>RE: D.I. 11561, 11562, 11563, 11564<br><br>**Hearing Date: November 20, 2023, at 10:00 am (ET)**<br>**Objection Deadline: November 10, 2023, at 4:00 pm (ET)** |

**OMNIBUS RE-NOTICE OF MOTIONS TO CHANGE ELECTION TO OPT INTO EXPEDITED PAYMENT/CONVENIENCE CLASS OR OTHER NECESSARY RELIEF ON BEHALF OF SURVIVOR CLAIMANTS**

**PLEASE TAKE NOTICE** that on October 27, 2023, the undersigned counsel filed the following motions (the "Motions") with the United States Bankruptcy Court for the District of Delaware (the "Court"):

A. *Motion To Change Election To Opt Into Expedited Payment/Convenience Class Or Other Necessary Relief On Behalf Of Survivor Claimant B.B.* [D.I. 11561]

B. *Motion To Change Election To Opt Into Expedited Payment/Convenience Class Or Other Necessary Relief On Behalf Of Survivor Claimant D.M.* [D.I. 11562]

C. *Motion To Change Election To Opt Into Expedited Payment/Convenience Class Or Other Necessary Relief On Behalf Of Survivor Claimant M.G.* [D.I. 11563]

D. *Motion To Change Election To Opt Into Expedited Payment/Convenience Class Or Other Necessary Relief On Behalf Of Survivor Claimant R.N.* [D.I. 11564]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Notices filed with the Motions, if you oppose the Motions or if you want the court to consider your views regarding the Motions, you must file a written response with the Court detailing your objection or response by

**November 10, 2023, at 4:00 p.m. (ET).**  You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motions will be held on **November 20, 2023, at 10:00 am (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801, 6th Floor, Courtroom 2.

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTIONS AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Dated:  November 6, 2023

**GELLERT SCALI BUSENKELL & BROWN LLC**

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: 302-425-5813
Fax: 302-425-5814
Email: cbrown@gsbblaw.com

*Counsel for B.B., D.M., M.G., and R.N.*

*Of Counsel:*
Deborah K. Levy, Esq.
Junell & Associates, PLLC
3737 Buffalo Speedway Suite 1850
Houston, Texas 77098
Phone: 713-221-3750
kschroeder@junell-law.com