**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) |
| DELAWARE BSA, LLC,[1] | ) Chapter 11 |
| | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 11575, 11578, 11586 |
| Debtors. | ) |
| | ) **Hearing Date: November 20, 2023 at 10:00 a.m. (ET)** |
| | ) **Objection Deadline: November 13, 2023 at 4:00 p.m. (ET)** |

**OMNIBUS RE-NOTICE OF MOTIONS FOR AN ORDER COMPELLING THE SCOUTING SETTLEMENT TRUST TO CORRECT CLAIMANTS' MISCLASSIFIED BALLOTS**

**PLEASE TAKE NOTICE** that on November 2, 2023, the undersigned counsel filed the following motions (the "Motions") with the United States Bankruptcy Court for the District of Delaware (the "Court"):

- Motion to Correct Election From the Expedited Payment Option to the Trust (Matrix) Claims Process filed by SST-907550 [D.I. 11575]; and

- Motion for an Order Compelling the Scouting Settlement Trust to Correct Claimants Misclassified Ballots filed by WGTT-RP Claimants [D.I. 11578].

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motions or if you want the court to consider your views regarding the Motions, you must file a written response with the Court detailing your objection or response by **November 13, 2023, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motions will be held on **November 20, 2023, at 10:00 am (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801, 6th Floor, Courtroom 2.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: November 6, 2023 | */s/ Daniel K. Hogan* <br> Daniel K. Hogan (DE Bar # 2814) <br> HOGAN♦MCDANIEL <br> 1311 Delaware Avenue <br> Wilmington, DE 19806 <br> (302) 656-7540 <br> Email: dan@dkhogan.com |

*Of Counsel:*

Mitchell A. Toups (*Pro Hac Vice Pending*)
MITCHELL A. TOUPS, LTD., OF
WELLER, GREEN, TOUPS & TERRELL, LLP
Post Office Box 350
Beaumont, Texas 77704
(409) 832-1800
Email: matoups@wgttlaw.com

*Attorneys for Claimant SST-907550*

-and-

T. Christopher Tuck, Esq. (*Pro Hac Vice Pending*)
ROGERS, PATRICK, WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, South Carolina 29464
Phone: (843) 727-6500
ctuck@rpwb.com

*Counsel for WGTT-RP Claimants*