|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | : Case No. 20-10343 (LSS) |
|  | : |
|  | : **Objection Deadline: November 13, 2023 at 4 p.m. (ET)** |
| Debtors.[1] | : Related Docket No.: 11570 |
|  | : **Hearing Date: November 20, 2023 at 10 a.m. (ET)** |

### RE-NOTICE OF HEARING OF MOTION TO CHANGE ELECTION FROM EXPEDITED PAYMENT/CONVENIENCE CLASS AND OTHER NECESSARY RELIEF ON BEHALF OF SURVIVOR CLAIMANT J.D.

**PLEASE TAKE NOTICE** that on November 1, 2023, J.D. ("Movant") filed the *Motion to Change Election From Expedited Payment/Convenience Class and Other Necessary Relief on Behalf of Survivor Claimant J.D.* (the "Motion") [D.I. 11570] with the United States Bankruptcy Court for the District of Delaware. You were previously served with the Motion.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **November 13, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon Movants' undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, originally scheduled for **a date and time to be determined**, will be held on **November 20, 2023 at 10:00 a.m. (ET)** before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{C1289951.1}

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING**.

Dated: November 7, 2023
Wilmington, Delaware

**CAMPBELL & LEVINE, LLC**

*/s/ Katherine L. Hemming*
Katherine L. Hemming (No. 5496)
222 Delaware Ave, Suite 1620
Wilmington, DE 19801
(302) 426-1900
khemming@camlev.com

-and-

Joel M. Walker, Esq. (PA Bar #26515)
Nye, Stirling, Hale, Miller, & Sweet, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
(412) 443-4145
jmwalker@nshmlaw.com
(Admitted Pro Hac Vice)

*Counsel for Movant J.D., Claimant # 908123*

{C1289951.1 }