# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### CONSOLIDATED RESPONSE OF THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST, IN OPPOSITION TO MOTIONS TO CHANGE ELECTIONS OF EXPEDITED DISTRIBUTION [D.I. 11561, 11562, 11563, 11566, 11570]

The Honorable Barbara J. Houser (Ret.) (the "Trustee"), in her capacity as trustee of the BSA Settlement Trust (the "Settlement Trust"), hereby submits this consolidated opposition (the "Opposition") to:

(1) Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant B.B. [D.I. 11561];

(2) Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant D.M. [D.I. 11562];

(3) Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant M.G. [D.I. 11563];

(4) Motion to Correct Election from the Expedited Payment Option to the Trust ("Matrix") Claims Process or Independent Review Option [D.I. 11566]; and

(5) Motion to Change Election from Expedited Payment/Convenience Class and Other Necessary Relief on Behalf of Survivor Claimant J.D. [D.I. 11570] (together, the "Motions").

---

[1] The Reorganized Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The Trustee incorporates her *Consolidated Response in Opposition to (1) Survivor Claimant D.S.'s Motion to Change Election to Opt into Expedited Payment/Convenience Class, D.I. 11532, and (2) Motion to Change Election to Opt into Expedited Payment/Convenience Class, D.I. 1522* [D.I. 11565] (the "First Consolidated Opposition") as if set forth fully herein.[2] In further support of her Opposition, the Trustee respectfully states and alleges as follows:

## ADDITIONAL FACTUAL BACKGROUND

The facts alleged in each of the Motions are as follows:

- Survivor Claimant B.B. alleges that he mistakenly checked the box electing the Expedited Distribution option on his Class 8 ballot. Mot. to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant B.B., D.I. 11561, at 1. He has not received any payment yet from the Trust. *Id.* at 2.

- Survivor Claimant D.M. alleges that he mistakenly checked the box electing the Expedited Distribution option on his Class 8 ballot. Mot. to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant D.M., D.I. 11562, at 1. He has not received any payment yet from the Trust. *Id.* at 2.

- Survivor Claimant M.G. alleges that he mistakenly checked the box electing the Expedited Distribution option on his Class 8 ballot. Mot. to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant M.G., D.I. 11563, at 2. He has not received any payment yet from the Trust. *Id.*

- The Krause & Kinsman Law Firm asserts that its clients each filed ballots for Class 8 claims wherein they mistakenly checked a box electing the Expedited Distribution option. Mot. to Correct Election from the Expedited Payment Option to the Trust ("Matrix") Claims Process or Independent Review Option, D.I. 11566, at 2. They have not received any payment yet from the Trust. *Id.*

- Survivor Claimant J.D. alleges that he mistakenly checked the box electing the Expedited Distribution option on his Class 8 ballot. Mot. to Change Election from Expedited Payment/Convenience Class and Other Necessary Relief on Behalf of Survivor Claimant J.D., D.I. 11570, at 2. He has not received any payment yet from the Trust. *Id.*

---

[2] Capitalized, undefined terms set forth herein have the meaning set forth in the First Consolidated Opposition.

**RELIEF REQUESTED**

The Trustee seeks an order from this Court denying the Motions.

**BASIS FOR RELIEF**

The basis for the Trustee's relief is set forth in the First Consolidated Opposition. In short, while the Trustee is sympathetic to these claimants' predicaments, the Plan language, along with the language set forth in the TDP and Solicitation Procedures, does not permit claimants to change their elections of Expedited Distribution. Further, the Trust would face significant difficulty in changing (at a minimum) hundreds of claims from Expedited Distribution to the Matrix or Independent Review options.

**CONCLUSION**

For the reasons set forth above, the Trustee respectfully requests that this Court deny the Motions.

Dated: November 10, 2023
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
James E. O'Neill (DE Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
joneill@pszjlaw.com

– AND –

**GILBERT LLP**
Kami E. Quinn (admission *pro hac vice*)
Emily P. Grim (admission *pro hac vice*)
Sarah A. Sraders (admission *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC  20003
Telephone:  (202) 772-2200
Facsimile:   (202) 772-3333
Email:  quinnk@gilbertlegal.com
            grime@gilbertlegal.com
            sraderss@gilbertlegal.com

*Attorneys for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*