# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re**: | Chapter 11 |
|  | (Jointly Administered) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
|  | **Hearing Date**: November 20, 2023, at 10:00 am ET |
|  | **Objection Deadline**: November 14, 2023 |
| Debtors. |  |
|  | **Related Docs**: 11566, 11577, 11579, 11580 and 11585 |

## RE-NOTICE OF MOTIONS

**PLEASE TAKE NOTICE** that, undersigned counsel, filed the following motions ("Motions") on behalf of certain Sexual Abuse Claimants:

    A.    *Motion to Allow Change of Election from the Expedited Payment Option to the Trust (Matrix) Claims Process or Independent Review Option*, filed October 30, 2023 [Dk: 11566]; and

    B.    *Motion to Allow Election from The Expedited Payment Option to the Trust (Matrix) Claims Process or Independent Review Option - Robert Pahlke Law Group,* filed November 2, 2023 [Dk: 11577]; and

    C.    *Motion to Allow /Correct Election from The Expedited Payment Option to the Trust (Matrix) Claims Process or Independent Review Option - Davis, Bethune & Jones,* filed November 2, 2023 [Dks: 1157 and 11580].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motions will be held on **November 20, 2023, at 10:00 am ET** before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom 2, 824 North Market Street, Wilmington, Delaware,

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 7503.

19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motions must be filed by **November 14, 2023, at 4:00 p.m. ET** ("Objection Deadline"). At the same time, a copy of any objection must be served upon undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Court may grant the relief requested and enter a final order without further notice.

Dated: November 10, 2023.

        **CONAWAY LEGAL, LLC**

        */s/ Bernard G. Conaway*
        Bernard G. Conaway, Esquire (DE 2856)
        1007 North Orange Street, Ste. 400
        Wilmington, DE 19801
        Phone: (302) 428-9350
        Email: *bgc@conaway-legal.com*

        *Counsel to Certain Claimant of the Krause & Kinsman, the Robert Pahlke Law Group, and the Davis, Bethune & Jones*