# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### DECLARATION OF CATHERINE NOWNES-WHITAKER

I, Catherine Nownes-Whitaker, declare as follows:

1. I am the Chief Operating Officer at Omni Agent Solutions ("Omni"), which serves as the administrative agent to Boy Scouts of America ("BSA") and Delaware BSA, LLC. I am over twenty-one (21) years of age.

2. Attached as **Exhibit A** to this declaration is a true and correct copy of the voting records collected by Omni in connection with the BSA bankruptcy for the claimants listed therein.

3. I understand that during the BSA bankruptcy proceedings, an application called eBallot was created by a law firm or law firms to compile voting records and submit them to Omni. Omni is not affiliated with this eBallot application (which is distinct from an e-balloting application that Omni itself used during the BSA bankruptcy proceedings).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of November, 2023.

*/s/ Catherine Nownes-Whitaker*
Catherine Nownes-Whitaker

---

[1] The Reorganized Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

| Claimant | Ballot No | clmNo | DateRecd | Printed Ballot Amount | Tabulated Vote Amount | Ballot Vote | Vote | Comment | Opt Out | Expedited Distribution Election |
|---|---|---|---|---|---|---|---|---|---|---|
| D.M. | 230378 | 29731 | 12/22/2021 | $1.00 | $1.00 | Accept | Accept | | FALSE | TRUE |
| R.N. | 214577 | 103601 | 3/7/2022 | $1.00 | $1.00 | Accept | Accept | | TRUE | FALSE |
| R.N. | 239028 | 46475 | 12/10/2021 | $1.00 | $0.00 | Accept | Invalid | Superseded by subsequently submitted valid Ballot included in tabulation | FALSE | FALSE |
| R.N. | 239027 | 79429 | 12/28/2021 | $1.00 | $1.00 | Accept | Accept | | TRUE | TRUE |
| K.S. | 231094 | 109090 | 12/24/2021 | $1.00 | $1.00 | Accept | Accept | | FALSE | TRUE |
| K.S. | 227621 | 27483 | 12/10/2021 | $1.00 | $0.00 | Accept | Invalid | Superseded by subsequently submitted valid Ballot included in tabulation | FALSE | FALSE |
| J.H. | 215722 | 66421 | 12/24/2021 | $1.00 | $1.00 | Accept | Accept | | FALSE | TRUE |
| U.B. | 169952 | 45406 | 12/4/2021 | $1.00 | $1.00 | Accept | Accept | | FALSE | TRUE |
| T.B. | 236808 | 120977 | 11/19/2021 | $1.00 | $0.00 | Accept | Invalid | Superseded by subsequently submitted valid Ballot included in tabulation | FALSE | FALSE |
| T.B. | 254976 | 10478 | 12/1/2021 | $1.00 | $1.00 | Reject | Reject | | TRUE | TRUE |
| R.S. | 222948 | 73098 | 12/22/2021 | $1.00 | $1.00 | Accept | Accept | | TRUE | TRUE |
| W.H. | 210471 | 62546 | 12/22/2021 | $1.00 | $1.00 | Accept | Accept | | FALSE | TRUE |
| E.P. | 210486 | 62573 | 12/22/2021 | $1.00 | $1.00 | Accept | Accept | | FALSE | TRUE |