# EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### DECLARATION OF THE HONORABLE BARBARA J. HOUSER (RET.), IN SUPPORT OF HER OPPOSITION TO THE MOTION TO COMPEL APPROPRIATE RELIEF OF E.C.

I, Barbara J. Houser, declare as follows:

1.      I am the trustee (the "Trustee") of the BSA Settlement Trust (the "Settlement Trust").

2.      I am over the age of eighteen years.  This declaration (the "Declaration") is based on my personal knowledge and experience, my review of relevant documents, and my supervision of various people who report to me as Trustee of the Settlement Trust.  If called as a witness, I could and would competently testify to the facts set forth herein.  As Trustee of the Settlement Trust, I am duly authorized to make this Declaration.

3.      The Settlement Trust received an Excel file from Omni Agent Solutions ("Omni") setting forth the voting records for BSA's plan of reorganization.  Attached as **Exhibit A** to this declaration is a true and correct copy of the voting record received from Omni for claimant E.C.

---

[1] The Reorganized Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4.      The Settlement Trust has communicated with E.C. on numerous occasions. Attached as **Exhibit B** is a summary of the Settlement Trust's communication with E.C., which was prepared by Settlement Trust personnel.

5.      Attached as **Exhibit C** is a copy of an email that Settlement Trust personnel received from E.C. on September 3, 2023.

6.      Attached as **Exhibit D** is a copy of a ballot received by Omni from E.C., which the Settlement Trust received from Omni on November 13, 2023.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13th day of November, 2023.

Hon. Barbara J. Houser (Ret.)

# EXHIBIT A

**Debtor: Boy Scouts of America, et al.**
**Case No. 20-10343**
**Direct Abuse Claims Ballot Detail Results with comparison to updated Ballots received after the Voting Deadline**
*Current as of Sep. 9, 2022*

Abstain -> False
Accept -> True

PREPARED AT THE REQUEST OF COUNSEL
HIGHLY CONFIDENTIAL

| AddrName | Ballot No | clmNo | DateRecd | Ballot Vote | Vote | Comment | Opt Out | Expedited Distribution Election | MasterBallotID | Updated BallotID | Final Vote | Final Expedited Election |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███████ | 181049 | 23219 | 12/13/2021 | Accept | Accept | | TRUE | TRUE | | N/A | Accept | TRUE |

# EXHIBIT B

Private & Confidential

**Summary of the Trust's Communication with** ████████████

**Purpose**: This document summarizes the Trust's communication with ████████████ (SST-393527 / Omni 23219; 71836; 4576). ████████ has emailed the Trust on 39 occasions. ████████ inquiries stemmed from:

(1)  concerns over his Omni proof of claim numbers being consolidated into one SST number,
(2)  confusion over the Expedited Distribution for one SST compared to potential opt outs for two of his three Omni claims,
(3)  questions about his portal user name and password, and
(4)  how to access and fill out the Claims Questionnaire.

The Trust has replied to ████████ with clarifications on his ballot elections for the Expedited Distribution, instructions on how to access the portal with the registered user name and password, and has offered assistance in explaining how to access the Claims Questionnaire. Additionally, the Trust has attempted to call ████████ on three separate days. When ████████ indicated that the Trust should only call him at 2PM and 4PM (without a time zone), the Trust attempted to call at those times.

*On 11/2/2023* ████████ *went to the local library, made an account, submitted his Expedited Claims Questionnaire, and signed through Adobe Sign.*

**Timeline**: The below table provides the historical written communication with ████████. Additionally, the Trust has attempted to speak verbally with ████ ████, but has been unable.

*Phone Call Communication Timeline*

- Phone calls (summarized) 10/10/2023
    - EH and EC attempted to call ████████ and EC left a voicemail asking for a callback.
- Phone calls (Summarized) 10/26/2023
    - 1st Attempt – called ████████ at 10:39AM, phone rang a few times that went to voicemail, left a message that we were returning his email and phone correspondence, said "this is the Trust" and left our phone number.
    - 2nd Attempt – called ████████ at 11:08 AM, phone rang once then went straight to voicemail, did not leave a 2nd message.
    - 3rd Attempt – called ████████ at 11:18 AM after ████████ sent another email to the Trust so called back right away to increase chances of reaching ████████. Phone rang once, then went straight to voicemail, did not leave a 2nd message. ████████ emailed later that day with a request to be called at 2PM or 4PM. The Trust replied to ████████ confirming receipt of his request, but asked to clarify which time zone ████ ████ was in so we could make sure we were calling at the right time.
- Voicemail Received 10/26/2023

1

Private & Confidential

- o   ██████████ called the Trust and left a voicemail, indicating that there was no link on the website to answer the questionnaire and that he could not access it
- Phone calls (Summarized) 10/30/2023
  - o   1st Attempt - Called ██████████ at 2:55 pm and left a message that we were returning his call.
  - o   2nd Attempt – Called ██████████ at 3:30 pm and left a message that we would try again at 4pm.
  - o   3rd Attempt - Called again at 4 p.m and left a message that we have been attempting to contact him so that we can be of assistance.

*Written Communication Timeline*

| ID # | Subject | Email Body From Claimant<br>*(SST-393527)* | Trust Response<br>*(If Applicable)* | Date Received | Time (ET) |
|---|---|---|---|---|---|
| 1 | Fw: Canceling of expidited OPT OUT settlement offer | Dear Mr MAYER/KRAMER ect<br>I repetedly canceled option of expidited settlement but OMNI and Boy Scouts refuse to confirm<br>Also a third claim# 2??? I did not make was added I requested explanation of asap.<br>I was abused at club boy scouts ██████████████████████<br>at ████████████████████████████████<br><br>I only made 2 claims 1 against the scout and against the troop leader but a 3rd claim I did not make they refuse to say when made by whom why(consolidating the 2??) Please verify<br>#1 Troop number<br>#2 Troop leaders name<br>#3) I have cancelled Expidited settle option "opt out"<br>#4) WHO MADE 3RD.<br>Claim # 2...<br>Omni replied after the 2nd mailed cancel expedited"Where did you send it ? But fails to reply after I sent the 3rd cancelation of the expedited settlement.<br>The being abused at that age was a horror.<br>I have sent resent OMNI 3 requested forms to quit my option of OPT out expedited settlement but they refuse to process it<br>I also had requested ████ and National Boy Scouts  verify troop # and ██████████<br>████ but no reply<br>I made two claims and requested cancel the expedited settlement "opt out "  but can't get OMNI to confirm recieving my 3rd mailing.<br>Mr John Dothery was replying but haven't yet re above<br>Please help thanks | N/A | 6/14/2023 | 11:54 AM |

2

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|------|---------|---------------------------------------|-------------------------------|---------------|-----------|
| 2 | Re: Scouting Settlement Trust \| Expedited Distribution Claims Questionna ire | Please advise amount for each seperate claim why a third claim # if or how third claim consolidated the 2 seperate claims | N/A | 8/29/2023 | 2:18 AM |
| 3 | Re: Scouting Settlement Trust \| Expedited Distribution Claims Questionna ire | Dear Sirs<br>1)What is my proof of claim form #so I can register?<br>2) WERE my 2 seperate claims consolidated into the 3 claim number?<br>2b) I was told the 3rd claim number was assigned due to adding details to the 2 claims I did not include due to not asked in initial claim form<br>3) is the third claim number my proof of claim # needed for registration?<br>4) will I seperately be compensated for the 2 seperate abuse incidents given 2 seperate claim numbers<br>5) what are the details and grounds of the compensation matrix reference to<br>6) is this expedited the $3500 opt out option 1st chose for ONLY 1 of the 2 abuse incidents I reported??<br>7) How long before I can rec ive compensation NOT the rejected opt out option I refuse after initially chosed for ONLY one of the 2 sex abuses I suffered | N/A | 8/29/2023 | 2:38 AM |
| 4 | Claim #4576 used to create account expedited settlement is this the $3500 OPT OUT OPTION I REJECTED? | Dear Sirs<br>Re claims<br># 4576<br># 71836<br>After I added info a third Claim<br># sa 23219<br>Please ADVISE ME IF THIS I HAVE REGISTERED FOR IS THE $3500.00 OPT OUT OPTION I REFUSED AFTER INITALY SELECTING<br>I INITALLY DECIDED I NEED THE $ 3500 IMMEDIATELY AND TO LESSEN BURDEN ON SCOUTS BY ACCEPTING BUT ONLY IN ONE OF THE 2 CLAIMS NOT BOTH SEPERATE ASSAULT CLAIM FORM #S<br>I DO NOT RECAL WHICH OF THE 2 CLAIMS I DECIDED TO ACCEPT ONLY $3500 FOR BUT OMNI CLIENT SUPPORT VERIFIED I REJECT THE OPT OUT ONLY $3500 OPTION AFTER INITALY AGREEING TO<br>PLEASE<br>CONFIRM | N/A | 8/29/2023 | 3:27 AM |

3

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|---|---|---|---|---|---|
| | | #1 ) I AM NOT OPTING OUT (FOR $3500) BY JUST REGISTERED # 4576<br>#2 THAT I HAVE 2 SEPERATE CLAIMS EACH WILL BE SEPERATELY COMPENSATED<br># 3 THAT THE THIRD CLAIM # SA 23219 IS NOT A) a CONSOLIDATION OF THE 1ST 2 CLAIMS<br>B) IS NOT A SEPERATE 3RD CLAIM<br>ON NOV 13 2020 I FILED AMMENDMENT TO THE TWO CLAIMS BY FILEING FORM 410<br>(CLAIM# SA 23219) REQUEST A COPY OF THAT FORM ALSO PLEASE SEND COPY OF THE 2 PRIOR FORMS FOR<br>EACH OF THE CLAIM FORMS I SUBMITTED<br>#1 SA 4575<br>#2 SA 71836<br>#3 SA 23219<br>I THEN DECIDED NOT TO OPT OUT AT ALL<br>I DEMAND TO KNOW IF THIS EXPEDITED SETTLEMENT IS THE $3500.00 OPT OUT OPTION I REFUSE<br>I FEEL I AM BEING TRICKED BY LACK OF CLARITY I DEMAND TO KNOW THAT FACT IMMEDIATELY<br>ALSO PLEASE<br>A) provide a copy of my original 2 seperate claim forms for<br>#1 claim # 4576<br>#2 claim #71836<br>#3. ADDED INFO    #SA23219<br> ADDED Addl info that generated 3rd claim # SA 23219 ONLY A amendment<br> AGAIN PLEASE CLAIRIFY INTENTIONALY CONFUSEING LACK OF INFO ON IF THIS IS THE REJECTED $3500 OPT OUT OPTION I REJECTED<br>ALSO SEND COPY OF COURTS SETTLEMENT METRICS REFERED TO THANK YOU THIS DELIBERATE CONFUSEING  LACK OF INFO  IS CAUSEING ME FLASHBACKS TO THE ABUSE INCIDENTS THO LONG AGO VERY BAD TRICKING ME NOT TO KNOW IF THIS I REGISTERDD DOR IS THE OPT OUT OPTION I REJECTED | | | |
| 5 | Fwd: Scouting Settlement Trust - Account Creation | PLEASE CONFIRM THIS IS NOT RELATED TO THE OPT OUT OPTION I REJECTED | ████████,<br><br>Thank you for contacting the Scouting Settlement Trust. Unfortunately, no changes in election can be made at this time. Once a holder of a Direct Abuse Claim elected to receive a $3,500 expedited settlement distribution, their decision was final. The election was made on the ballot when you voted to accept or reject the Plan (POC | 8/29/2023 | 1:52 PM |

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|------|---------|--------------------------------------|-------------------------------|---------------|-----------|
| | | | #4576). Further, individuals are unable to have two different abuse claims. You received a new Proof of Claim Number when amendments were filed, however, only one claim is submitted through the Trust. In order to access the Claims Processing Portal and submit your Expedited Claims Questionnaire, please click on the link below to change your password and login. The Website (www.scoutingsettlementtrust.com) contains helpful "How to Guides" in the "News and Key Links" tab to help navigate the Portal and Claims Questionnaire. | | |
| 6 | QUESTION # 1 IS OPT OUT $3500.00 OPTION THE SAME AS EXPEDITED SETTLEMENT? | SCOUTING SETTLEMENT I AM [redacted] I HAVE NOT RECIVED A ANSWER TO.MY 3 QUESTIONS #1 IS OPT OUT $3500 SETTLEMENT THE SAME AS THIS EXPIDITED SETTLEMENT? #2 CAN YOU SEND ME A COPY OF THE METRICS FOR SETTLEMENT OF BANKRUPTCY COURT #3 I MADE 2 SEPERATE.CLAIMS 4576 & 61836 ARE THESE GOING TO SEPERATELY SETTLED ?? #4 I REQUESTED A COPY OF THE 2 CLAIM FORMS AND 3RD FORM A AMMENDMENT TO THE CLAIMS WHICH WAS Assigned a 3rd Claim # 23219 PLEASE SEND THE REQUESTED INFO ASAP AND VERIFY RECIEPT OF MY INQUIRY FOR THAT THANK YOU | N/A | 8/30/2023 | 12:55 PM |
| 7 | (No subject) | I WANT TO KNOW WHO ON THE S SETTLEMENT TEAM IS COMMUNICATEING TO ME AND NAME OF SUPERVISOR ALSO ATTORNEY ASSOCIATED I CAN CONTACT I IMMEDIATELY CANCELLED MY OPT OUT OPTION I DID NOT OPT OUT OF SETTLEMENT ALSO THAT INITAL OPT OUT WAS ONLY FOR 1 OF THE 2 CLAIMS WHO DO I HAVE TO SUE ? | N/A | 9/3/2023 | 5:55 AM |
| 8 | (No subject) | You still have not answered my question. is Expedited SETTLEMENT THE SAME AS THE OPT OUT OPTION? | N/A | 9/3/2023 | 5:56 AM |
| 9 | Fwd: [External] PLEASE CONFIRM RECIEPT OF CANCEL | N/A [Email was forwarding an email from Omni] | N/A | 9/3/2023 | 6:39 AM |

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|---|---|---|---|---|---|
| | OPT OUT PAPERWORK | | | | |
| 10 | Re: QUESTION # 1 IS OPT OUT $3500.00 OPTION THE SAME AS EXPEDITED SETTLEMENT? | Ref ID #6 in this sheet. | N/A | 9/12/2023 | 7:54 AM |
| 11 | Re: Scouting Settlement Trust \| Expedited Claims Questionnaire Deadline Update | I DEMAND YOU INFORM ME IF I ANSWER THE EXPIDITED QUESTION THAT MEANS I ACCEPT THE OPT OUT PAYMENTS OF $3500.00 I AM ▮▮▮▮▮▮▮▮  I HAVE 2 TWO SEPERATE CLAIMS I ONLY CHOSE THE OPT OUT SETTLEMENT FOR 1 OF THE 2 CLAIMS I THEN CANCELLED THE OPT OUT OPTION ON THAT 1 CLAIM PLEASE CONFIRM I HAVE REJECTED OPT OUT OPTIONS ON MY 2 CLAIMS  PLEASE CONFIRM MY 3 SA #   THE 3RD IS NOT A CLAIM JUST ADDITIONAL INFO  #1    SA   4765 (?) #2    SA   75,672(?) #3 | ▮▮▮▮▮▮▮▮ Thank you for your inquiry. Unfortunately, no changes in election can be made at this time. Once a holder of a Direct Abuse Claim elected to receive a $3,500 expedited settlement distribution, their decision was final. We understand that in a small number of cases there are difficulties that may make it impossible to submit this Questionnaire by the original October 3 deadline. Some of those difficulties include resolving discrepancies related to Proof of Claim forms and multiple representation issues. To make sure that the Claimants experiencing difficulties are not left out, the Trust is extending the deadline for submission of Expedited Claims Questionnaires to November 2, 2023. Despite this extension, | 9/29/2023 | 1:21 PM |

6

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|------|---------|----------------------------------------|-------------------------------|---------------|-----------|
|  |  |  | please submit your Questionnaire as soon as possible. |  |  |
| 12 | AMMENDED BALLOT OF ▮▮▮ CANCELLING OPT OUT OPTION CLAIM # SA 4476 AND SA 71836 | BOY SCOUT OF AMERICA<br>PER MR JOHN DOTHERY OF OMNI   I SENT IN A SECOND BALLOT CANCELLING OPT OUT OPTION<br>I WANT A COPY BECAUSE NOW I AM TOLD I CANNOT CANCELL OPT OUT OPTION BY SETLEMENT GROUP RACEISTLY FAIL TO REPLY<br>I ONLY ACCEPTED OPT OUT ON 1 OF THE 2 CLAIMS YET NOW I AM TOLD I ONLY HAVE ONE CLAIM<br>SCOUTING SETTLEMENT EMAIL  REFUSES TO REPLY OR ANSWER<br>#1 IS EXPEDITED SETTLEMENT SAME AS OPT OUT OPTION?<br>#2 IF EXPEDITED SETTLEMENT QUESTIONEER IS OPT OUT OPTION I REFUSED WHY DO I HAVE TO ANSWER AND WHAT IS CONSEQUENCE OF NOT ANSWEREING BEFORE NOV 3 RD?<br>#3 I CHANGED MY BALLOT SENT IN A SECOND NOT CHOSEING OPT OUT OPTION I DEMAND A COPY OF MY SECOND BALLOT OMNI S<br>JOHN DOTHERY RECIVED<br>#4 PLEASE CONFIRM I REJECTED OPT OUT OPTION    AND STATE IF EXPEDITED SETTLEMENT IS OPT OUT OPTION | ** this was escalated to the data team for ballot review | 9/29/2023 | 3:43 PM |
| 13 | Behold, The First Direct Images of The Cosmic Web In The Dark Reaches of The Universe : ScienceAlert | ** only sent a link that  I will not include in here due to security concerns - it was a link to a science website ** | N/A | 9/30/2023 | 12:52 AM |
| 14 | Re: Scouting Settlement Trust | Expedited Claims Questionna | I DEMAND YOU ANSWER<br>#1 WHAT THIS IS IS IT OPT OUT SETTLEMENT I REJECTED AFTER I CHOSE FOR ONLY 1 OF 2 CLAIMS<br>#1 WHAT DO YOU MEAN BY LEFT OUT IF I FAIL TO ANSWER BY NOV 3 WILL I BE DENIED COMPENSATION?<br>#3 I AM.GOING TO ANSWER JUST IN CASE BUT I AM NOT AGREEING TO EXPIDITED SETTLEMENT<br>#4 I HAVE 2 SEPERATE CLAIMS | N/A | 10/4/2023 | 5:39 PM |

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|------|---------|----------------------------------------|--------------------------------|---------------|-----------|
| | ire Deadline Update | #5 PLEASE SEND COPYS OF THE 3 SA NUMBER SUBMISSIONS I MADE FOR THE 2 SEPERATE SEX ASSAULTS I SUFFERED PLEASE CONFIRM THE ABOVE | | | |
| 15 | Re: Your new Scouting Settlement Trust password | I WILL REGISTER SINCE YOUR SILENCE LEAVES ME TO BELIVE THIS IS NOT OPT OUT OPTION THAT I CHOSE ONLY FOR 1 OF MY 2 CLAIMS AND I MADE MOTION FOR OCT 5 HEARING | N/A | 10/4/2023 | 8:42 PM |
| 16 | Re: RECIEPT OF CANCEL REJECT THE OP OUT SETTLEMENT | ** He forwarded a message ** --------- Forwarded message --------- From: Client Support <clientsupport@omniagnt.com> Date: Sat, Apr 29, 2023, 1:20 AM Subject: RECEIPT OF CANCEL REJECT THE OP OUT SETTLEMENT To: ███████████████████████, We are confirming receipt and have processed your request to remove your election of receiving the $3500 Expedited Distribution. | ████████ Thank you for reaching out to the Scouting Settlement Trust. We tried to give you a call at the number you provided previously as it may be helpful to discuss your questions. If you would like to schedule a call with us, please let us know the best number and time for us to call. If you would prefer, you may also call the Trust at 1-833-961-6495. We have included responses to the questions and concerns you raised in the email below as well as those you sent previously: Omni provided us record of the three Proof of Claim documents you filed during the Bankruptcy procedures (SA 71836, SA 23219, and SA 4576). Per the Bankruptcy Settlement and Trust Distribution Procedures, each claimant is allowed one claim. As such, the Trust is required to review the three documents noted above as one claim. In 2021/2022, you submitted a Ballot to Omni on which you had the option to (a) Accept or Reject the Plan; (b) Elect Expedited Distribution ($3,500 "Quick Pay"); | 10/6/2023 | 5:03 PM |

8

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|---|---|---|---|---|---|
| | | | and (c) Opt in or out of the Third Party releases in the Settlement. The Expedited Distribution election is not the same as the Opt In/Out election. Omni has also provided us record of the Ballots you filed. On your Ballot, you elected for your claim to be processed through the Expedited Distribution ($3,500 "Quick Pay"). The Bankruptcy Court set a deadline of March 7, 2022 for claimants to make or change their Ballots. As of March 7, 2022, you had elected Expedited Distribution. Though you emailed Omni in April 2023 to cancel that Ballot, the request was made after March 7, 2022 deadline. As such, your claim will be processed as an Expedited claim. Based on the information above and per the Bankruptcy Court and Settlement papers, you have one claim filed and it will be processed as an expedited distribution claim.<br><br>Please let us know if you would like to discuss further or schedule a call. As noted above, you can also reach us at 1-833-961-6495. | | |
| 17 | IA this the opt out I rejected after initially accepting for 1 of the 2 sex asau | "IS this for the $3500.00 OPT OUT OPTION?I REJECTED THE OPT OUT OPTION AFTER FIRST CHOSEING FOR 1. OF THE TWO SEX ASSAULTS I SUFFERED after I 1st asked for the opt out option a expedited 3500.00 settlement then AFTER I CANCELLED THAT OPT OUT OPTION rejected that due to the severity of the flashbacks and effect on my life" | N/A | 8/13/2023 | 10:22 PM |
| 18 | Fw: Lost Ballot to reject | ** Excluding due to nature of email describing sexual assult ** | N/A | 10/17/2023 | 6:54 PM |

9

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|---|---|---|---|---|---|
| | expedited settlement please send another I can't reopen last one I found in email sent by Omni | | | | |
| 19 | Re: Scouting Settlement Trust \| Expedited Claims Questionnaire Deadline Quickly Approaching | "I will have to fill it out then but I have 2 seperate claims and only chose opt out for 1 of fhe 2 claims then cancelled for that 1 only Demanding full compensation the raceist sex atrack I suffered is doubled by scout settlement refusal to answer if this is opt out option questioner .I understand itcis required also for the other full settlement so I will comply" | N/A | 10/25/2023 | 5:31 PM |
| 20 | what is my user name and password for nov 3 deadline? | I DO NOT KNOW MY USER NAME OR PASSWORD I WAS ADVISED WAS CHANGED AM ATTEMPTING TO ANSWER QUESTIONER AFTER RECIVEING NOTICE THAT FAILURE TO ANSWER BY NOV3 CANCELS ANY COMPENSATION WHATSOEVER" I still dont have a link or instructions how to log into claims processing portal I CANNOT ACCESS QUESTIONER I DONT NEED INSTRUCTIONS ON HOW TO ANSWER I NEED A DIRECT LINK TO QUESTIONEER THIS IS DELIBERATLEY TOO COMPLICATED ONLY A COMPUTER EXPERT CAN ACCESS I DEMAND YOU EMAIL ME THE QUESTIONEER PDF I WILL FIL OUT AND PDF RETRUN BY EMAIL IAM GOING TO NOTIFY JUDGE SILVERSTEIN OF THIS FRAUD TRICK TO DISENFRANCHISE MINORITYS AS I #! IS IT THE SAME AS THE STANDARD LOG IN IF SO THERE IS NO ICON  LINK TO ANSWER QUESTIONEER | " Thank you for contacting the Scouting Settlement Trust.  Your username is the email address you used to register with the Claims Processing Portal. You can reset your password by going to THIS WEBSITE and selecting "Forgot Password?".  If you need further assistance, you can contact us at info@scoutingsettlementtrust.com or via telephone at 833-961-6495."  Thank you for contacting the Scouting Settlement Trust. Attached in this email are instructions for accessing your claims | 10/25/2023 | 11:40 AM |

10

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|---|---|---|---|---|---|
| | | | questionnaire. " <br><br> "█████████, <br><br> To access the Claims Processing Portal please follow this link: https://www.scoutingsettlementtrust.com/s/. Then select "Login" in the upper right corner. On the next screen you will need to enter your username and password. At that point you will be logged in to the portal. In the Portal you will select the "Claims" tab, then you can open your Questionnaire. Illustrated instructions are attached to this email. <br><br> If you need further assistance or are having trouble reaching your law firm, you can contact us at info@scoutingsettlementtrust.com or via telephone at 833-961-6495." | | |
| 21 | SYSTEM DOES NOT ALLOW PASSWORD RESET | "I WENT TO RESET PASSWORD PAGE JUST REVERTS TO SAME LOG IN PAGE DOES NOT ALLOW SELECT NEW PASSWORD MY NEW PASSWORD WILL BE ██████████ PLEASE RESET SO I CAN ANSWER QUESTIONS REQUIRED BY NOV 3" | N/A | 10/25/2023 | 12:04 PM |
| 22 | Account Creation Failure | ** not including response here due to PII** This information is necessary to create an account. | N/A | 10/25/2023 | 12:12 PM |
| 23 | HOW DO I GET TO QUESTIONER PAGE TO ANSWER QUESTION NO LINK PROVIDED | ██████████ 6194 <br> I HAVE 2 CLAIMS SA 4765 AND SA 75672 <br> BUT YOUR PAGE SAYS I ONLY HAVE 1 CLAIM CAN YOU CORRECT THIS ASAP?? <br> ALSO ASKS FOR ANOTHER NUMBER I DO NOT HAVE ACCESS TO ?_____ <br> WHAT ARE MY OTHER NUMBERS REQUIRED AND ASSOCIATED WITH MY 2 CLAIMS | N/A | 10/25/2023 | 12:49 PM |

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|---|---|---|---|---|---|
| | ON DEADLINE NOTICE | | | | |
| 24 | SEND LINK TO QUESTIONEER I AM REQUIRED TO ANSWER BY NOV 3 I CANNOT ACCESS IT TI IS NOT ON WEBSITE WHEN I LOGGED IN | I AM ▉▉▉▉▉▉▉▉▉▉<br>I DEMAND YOU SEND ME A LINK IMMEDIATELY TO ANSWER QUESTIONER REQUIRED BY NOV 4<br>I DONT WANT OPT OUT OPTION BUT LATEST EMAIL SAYS NO COMPENSATION WHATSOEVER IF NOT ANSWERED IN TIME<br>I HAVE 5 ISSUES I DEMAND YOU CORRECT<br>#1 NO LINK TO ANSWER QUESTIONS BY NOV3 DEADLINE SEND A LINE IN NEXT FIVE MINUTES !<br>#2 DUE TO BEING A  BLACK CUB BOY SCOUT VICTIMIZED  AT ▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉ I AM BEING DISCRIMINATED DUE TO RACE THET SCOUTS REFUSE TO CONFIRM ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ I HEREBY DEMAND ALSO<br> #3  THE WEBSITE FALSELY SAYS I ONLY HAVE ONE CLAIM FAILS TO STATE CLAIM #<br> (AND HAS NO LINK TO ANSWER REQUIRED QUESTIONER)<br> 2 CLAIMS: SA   4765<br> ALSO 2ND CLAIM  SA  75672  WHY DOES SITE SAY I ONLY HAVE 1 CLAIM PLEASE CORRECT THIS<br>BALLOT ID 355165<br>I SENT IN 2ND BALLOT DELETING OPT OUT OPTION AS JOHN DOTHERY ONNI REQUESTED AND ACKNOWLEDGED RECIPT OF  RECIEPT OF 2ND BALLOT<br> #4 I DEMAND YOU AGAIN CONFIRM RECIEPT OF 2ND BALLOT THAT DID NOT SELECT OPT OUT OPTION<br> #5 YOU SENT EMAIL STATEING OPT OUT OPTION COULD NOT BE CHANGED BUT I DID CHANGE IT<br> I WAS SENT A NOTICE I COULD NOT RECIVE ANY SETTLEMENT WHATSO EVER IF I DID NOT ANSWER QUESTIONEER<br>BUT IT IS IMPOSSIBLE TO FIND A LINK TO QUESTIONEER IT IS NOT ON WEBSITE<br> I REQUEST YOU IMMMEDIATELY SEND ME A LINK TO QUESTIONEER TO ANSWER<br> AFTER TEN 10 ATTEMPTS I WAS ABLE TO CHANGE MY PASSWORD CHANGE LINK ONLY SENT 1 TIME OVER A HOUR I TRIED TO GET ONE SENT REPETEDLY FOLLOWING INSTRUCTIONS<br> NOW THERE IS NO LINK TO ANSWER QUESTIONER AND DEADLINE NOV3 WHY NOT SENT WITH NOTICE TO ANSWER QUESTIONS BY DEADLINE??/<br> PLEASE SEND ME A LINK AND CORRECT THAT I HAVE 2 CLAIMS | N/A | 10/25/2023 | 1:27 PM |

12

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|---|---|---|---|---|---|
| 25 | I DEMAND YOU SEND ME A LINK IMMEDIATELY SO I CAN ANSWER QUESTIONS TODAY REQUIRED BY NOV 3 | YOUR NOTICE OF DEADLINE DID NOT PROVIDE THE LNINK IT SHOULD HAVE TO ANSWER QUESTIONS I CANNOT FIND ANY WAY TO ANSWER THE QUESTIONS IT IS NOT ON YOUR WEBSITE WAS NOT IN DAMAND LETTER I DEMAND YOU MMEDIATELY SEND THE LINK K | N/A | 10/25/2023 | 1:31 PM |
| 26 | NO LINK TO ANSWER QUESTIONE ERS | i demand you SEND ME A LINK TO ANSWER QUESTIONEERS ALSO I HAVE 2 SEPERATE CLAIMS 2 SEPERATE OCCASSIONS SA 4765 2 SEPERATE ABUSERS SA 75672 I DEMAAND YOU CONFIRM RECIEPT OF THE AMMENDED BALLOT I SENT IN THE BALLOT ID IS 355165 | N/A | 10/25/2023 | 5:33 PM |
| 27 | I DEMAND EMAILED QUESTIONEE R AND TILL DEC 3 TO ANSWER ITS IMPOSSIBLE TO ACCESS THE QUESTIONS | I AM NOT ABLE TO ACCESS THE QUESTIINER. I ▇▇▇▇▇▇▇▇▇▇▇ I CANNOT ACCESS THE QUESTIONEER 11/3 DEADLINE I HAVE TWO CLAIMS WHY WEBSITE SAYS 1 CLAIM ?? #SA 4476 #SA 71836 I DEMAND A LINK TO QUESTIONEER ALSO THEY BE EMAILD PDF SO I CAN ANSWER BY PEN AND SUBMIT BY EMAIL OR ELECTRINICLY AS PRIOR ONES I CANNOT PRINT THE INSTRUCTIONS THAT ARE ILLEGIBLE ONLINE STANDARD LIBRARY COMPUTER DELIBERATELY QUESTIONEERS ARE LESS OR NOT ACCESSIABLE TO DENY DYE PROCESS FRAUD TRICK" | Phone  Call Attempt, left Voicemail | 10/26/2023 | 10:39 AM |
| 28 | Re: Invitation to the Third Scouting Settlement Trust Town | "I DELIBERATELY I CANNOT ACCESS QUESTIONEER  TO DISENFRANCHISE MY CIVIL RIGHTS I DEMAND UNTIL DEC TO ANSWER QUESTIONEERS I CANNOT ACCESS THE REQUIRED QUESTIONEER I DAMAND A PDF COPY BE SENT TO THIS EMAIL SO I CAN ANSWER AS PRIOR QUESTIONEER FORMS AND MAIL OR EMAIL  OR A ICON DIRECT LINK SAME AS TO INSTRUCTIONS SENT INSTEAD OF A REQUESTED | Phone  Call Attempt | 10/26/2023 | 11:08 AM |

13

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|---|---|---|---|---|---|
| | Hall – November 1st 2023 | LINK TO THE QUESTIONEER BE SENT TO ████████████████████ " | | | |
| 29 | Re: Scouting Settlement Trust \| Expedited Claims Questionnaire Deadline Quickly Approaching | "████████████        BALLOT ID 355165 CLAIM # 1  4476                    NOTICE OF FRAUDLENT PREVENTING ACCESS TO QUESTIONEER # 2  71836 I CANNOT ACCESS THE QUESTIONEER PAGE TO ANSWER PAGE IS NOT ACCESSIBLE HIDDEN  I DEMAND DIRECT LINK BE SENT TO QUESTIONEER SO I CAN ANSWER THERE IS NO DIRECT LINK TO ANSWER QUESTIONEER AS THERE IS A DIRECT LINK TO  " INSTRUCTIONS FOR   QUESTIONEER' I DEMAND A DIRECT LINK BE EMAILED TO ME I DEMAN TO DEC 3 TO ANSWER QUESTIONEER SINCE I CANNOT ACCESS QUESTIONER PAGE DUE TO IT BEING HIDDEN INACCESSIBLE  ALSO THAT QUESTIONS BE SENT AS PDF SO I CAN PRINT AND ANSWER AND RETURN BY EMAIL OR MAIL  THIS IS RACEISM DELIBERATE DISENFRANCHISEMENT BY MAKEING IT TOO COMPLICATED IMPOSSIBLE TO ANSWER QUESTIONEER  IMPOSSIBLE TO ENTER THE QUESTIONEER WEBSITE TO ANSWER QUESTIONEER CIVIL RIGHTS VIOLATION" | Phone  Call Attempt | 10/26/2023 | 11:18 AM |
| 30 | HAVING READ THE INSTRUCTIONS CANNOT UNDERSTAND HOW TO ACCESS QUESTIONEER AND I AM USEINGB LIBRARY COMPUTER CANNOT UPLOAD | Scouting Settlement Trust  I Demand a direct link to answer questions and also emailed questions so i can use my phone to upload documents I guess are requested evidential docs I demand to 12 3 to answer questions gang attacked by corrupt gov gang and suffering sever headaches emotional distress from that and flashbacks to the scout attacks also | N/A | 10/26/2023 | 3:03 PM |

14

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|------|---------|----------------------------------------|-------------------------------|---------------|-----------|
| | DOCUMEN TS | | | | |
| 31 | 6695 WHAT IS MY CLAIM ID # I SUBMITTED 2 CLAIM S SA 4476 & SA 71836 WHAT IS DATE OF EACH CLAIM | SCOUT SETTLEMENT TRUST<br> I HAVE ATTEMPTED ALL DAY TO FIND A LINK TO BE ABLE TO ANSWER THE REQUIRED QUESTIONS BUT CANNOT ALSO YEASTERDAY FOR HOURS I DEMAN YOU SEND TO MY EMAIL A D I R E C T LINK I DEMAND YOU EXTEND TO DEC 3 TIME TO ANSWER QUESTIONER DUE TO TRICK OF NO LINK TO ACCESS AFTER I LOGGED IN TO SETTLEMENT PORTAL I SAW MY CLAIM NUMBER BUT THERE WAS NO LINK TO QUESTIONEERS YOU FRAUDLENTLY ADVERTISE A DEMO LINK TO THE QUESTIONEER PAGE TO ANSWER REQUIRED QUESTIONS BUT FAIL TO PROVIDE REAL LINK TO THE QUESTIONEER I DEMAND YOU EMAIL ME A DIRECT LINK TO THE QUESTIONEERE ALSO EMAIL ALL REQUIRED QUESTIONS IN PDF SO I CAN PRINT AND ANSWER AS PRIOR YOUR QUESTIONER REQUIRES ON LINE ACCESS MY PHONE AND OLD LIBRARY COMPUTER CANNOT ACCESS I DEMAND A EMAILED QUESTIONEER SO I CAN EMAIL IT AFTER COMPLETION WITH DOCUMENTS SUPPORTING REQUESTED I CANNOT UPLOAD DOCUMENTS FROM OLD LIBRARY COMPUTER I AM ██████"<br> You are avoiding the answer I need EXACTLY HOW DO I ACCESS THE QUESTIINEER? I HAVE THE CLAIM # I ASKED  YOU VERIFY I HAVE 2 DISTINCT SEPPERATE CLAIMS ONE I CHOSE OPT OUT THE OTHER I DID NOT I THEN SUBMITTED A AMMENDED BALLOT AS INSTRUCTED DID NOT SELECT OPT OUT OPTION PLEASE VERIFY RECIEPT | ,<br><br>The Omni Claim Number would have been received after you filed the proof of claim form. You can access it through the Omni portal, if you have access. If you are unsure of your Proof of Claim Number, you can enter "Unknown".<br><br>Please refer to our previous correspondence for direction concerning completing and submitting your Questionnaire.<br><br>If you require further assistance, you can reach us at by telephone at 833-961-6495" | 10/26/2023 | 2:42 PM |
| 32 | Email me a time 2 pm or 4pm ANY DAY for a call mised 2 calls phone hangs up 1/2 way thru leave a message | NOW HANDLED BY TRUST - I cannot access QUESTIIONER nor " UPLOADBDOCS " | Thank you for contacting the Scouting Settlement Trust. What time zone are you currently in for the 2:00 PM or 4:00 PM phone call? " | 10/26/2023 | 5:24 PM |
| 33 | Re: BSA 20-10343 Docket # s 11546 and 11547 | Ok that maybe it whats the title please I do have to send supplement with s postal evidence of refusal to verify ██████<br>#3 That I only chose opt out for 1 of 2 claims  then cancelled by ammended ballot & Scout | N/A | 10/28/2023 | 4:33 PM |

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|---|---|---|---|---|---|
| | | settlemet trust says only now only have 1 claim and cannot cancel opt out  also<br>#4 I dont know if Nov 3 questioneer is opt out option I reject also It is inacessible on my<br>new very old laptop and phone and public library computer I CANNOT UPLOAD RQUESTED<br>QUESTIONER LIKE OTHERS PRINTABLE ATTACHMENT SO I CAN SEND Attachments<br> please scan 1st page of my submission so ill know which one I sent 2 how many pages is it?<br>#5 Deliberately misleading is Scout Settlement statement IF YOU FAIL TO ANSWER<br>QUESTIONER BY NOV  YOU WILL BE DENED COMPENSATION  SO I REQUEST TO DEC  OR !%<br>DAYS AFRER HEARING BUT PLEASE PROVIDE LINK AND HARD COPY I CANNOT UPLAD IT<br>FAILS OFTEN AND EVIDENCE IS ON MY PHONE ONLY | | | |
| 34 | Re: Scouting Settlement Trust \| Expedited Claims Questionnaire Deadline Quickly Approaching | SCOUT SETTLEMENT TRUST<br>  PLEASE VERIFY IF QUESTIONER IS ONLY FOR THE OPT OUT OPTION I CHOSE FOR ONLY !<br>CLAIM THEN REJECTED BY LETTER AND AMMENDED BALLOT PLEASE VERIFT AS DID OMNI<br>RECIEPT OF AMMENDED BALLOT CANCELING NOT CHOSEING OPT OUT OPTION<br>  EMAIL ME THE QUESTIONEER I CANNOT ACCESS IT I DEMAND HARDCOPY MY COMPUTER<br>MUST HAVE A VIRUS I CANNOT UP LOAD DOCS ███████████ ballot id 355165<br>ss 6194 SA # 4476  & SA # 71836   & a 3rd SA #        due to addal info" | N/A | 10/28/2023 | 4:46 PM |
| 35 | Re: Scouting Settlement Trust \| Expedited Claims Questionnaire Deadline Quickly Approaching | I CANNOT ACCESS THE QUESTIONEER  VIA PORTAL LOG IN ELECTRONICLY DUE TO<br>TECHNICAL ISSUES PLEASE SEND A HARD COPY PDF IMMEDIATELY<br>  PLEASE STATE IF THIS IS ONLY FOR OPT OUT OPTION I REJECTED<br>██████████<br>6194 | N/A | 10/31/2023 | 6:04 AM |
| 36 | PLEASE SEND QUESTIONERS BY PDF EMAIL SO I CAN PRINT I CANNOT | ███████████ 355165  BALLOT ID<br>  U R G E N T<br>SA # 4476<br>SA# 71836<br> ALSO I AM ASKING OMNI TO CONFIRM RECIEPT OF AMMENDED BALLOT WHERE I DID NOT<br>CHOSE OPT OUT OPTION AS I WAS INSTRUCTED THAT CANCELLED   OPT OUT OPTION I<br>CHOSE FOR ONLY I CLAIM  SA # 4476  NOT  2ND CLAIM   SA 71836 | N/A | 11/1/2023 | 11:20 AM |

16

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|---|---|---|---|---|---|
| | DOWN LOAD TECHNICAL ISSUE OR VIRUS SETT TRUST IS DISCRIMINATEING DUE TO RACE | PLEASE SEND APPOINTMENT FOR CALL IN ADITION TO SENDING QUESTIONEER PDF ALSO SEND WAIVER OF $ 10,000 FEE FOR FULL SETTLEMENT FEE 939319 7455 WHEN I LOGGED IN I COULD NOT ACCESS DOWNLOAD ANSWER NOR SEE QUESTIONEER DEADLINE NOV3" | | | |
| 37 | UNABLE TO ACCESS QUESTIONE R BY COMPUTER REQUEST EMAILED PDF | SCOUT SETTLEMENT TRUST<br><br>I AM UNABLE TO ACCESS QUESTIONER COMPUTER PROBLEMS PUBLIC LIBARY ▇▇▇▇ I PRIOR HAVE BEEN IGNORED IN MY REQUEST FOR ALTERNATE RECIVEING QUESTIONEER #1 CAN YOU PROVIDE QUESTIONS SO I CAN ANSWER?<br>▇▇▇▇ BALLOTT ID #355165 SA # 4476  AND 71836<br>#2 PLEASE CONFIRM I WILL BE COMPENSATED SEPERAEYL FOR EACH CLAIM 2  SA #S<br>#3  CONFIRM RECIEPT I  AMMENDED BALLOT TO CANCEL OPT OUT OPTION IS QUESTIONEER SOLEY FOR OPT OUT OPTION??<br>PLEASE ANSWER IN NUMBERED ORDER ASAP | | 11/2/2023 | 11:09 AM |
| 38 | Re: Scouting Settlement Trust - ACTION REQUIRED: ESIGNATUR E (Claim ID SST-393527) | I was at public library i could not up load documents what documents do you refer to<br><br> I did sign confirming my name address tele info already on file<br>WHY DO YOU SAY E SIGNATURE STILL REQUIRED THE FORM WAS A ATTEMPT TO DISENFRANCHISE THOSE THAT COULD ACCESS PREVENTED SUBMISDOIN 4 TIMES DUE TO MISSPELLED  AND CORRECTVSPELLED WORDS<br> Why dont you answer questions in order 4"QUESTIONS<br>#1 I have 2 seperate sex abuse incidents reports SA 44 ... abd SA  71..<br>#2 I ONLY CHOSE OPT OUT FOR 1 IF THE 2<br>#3 CONFIRM I CANCELLED THAT OPT OUT WITH AMMENDEE BALLOT<br>#4 WHAT ARE THE SUPPORTING DOCUMENTS REQUIRED? | | 11/2/2023 | 6:40 PM |
| 39 | Re: Scouting Settlement Trust - ACTION REQUIRED: | TELL ME WHAT THE DOCUMENTS YOU REFER TO ARE AND A PHYSICAL ADDRESS OR ADDRESS OF EMAI AS I CANNOT UPLOAD FROM LIBRARY COMPUTEE | ▇▇▇▇ ,<br><br>We are confirming receipt of your signed Claims Questionnaire. There is no further | 11/2/2023 | 6:47 PM |

17

Private & Confidential

| ID # | Subject | Email Body From Claimant (SST-393527) | Trust Response (If Applicable) | Date Received | Time (ET) |
|------|---------|----------------------------------------|-------------------------------|---------------|-----------|
|  | ESIGNATURE (Claim ID SST-393527) |  | action or information needed from you at this time.  Regards,  Scouting Settlement Trust Team. |  |  |

# EXHIBIT C

Fwd: [External] PLEASE CONFIRM RECIEPT OF CANCEL OPT OUT PAPERWORK

███████████████████████████████

Sun 9/3/2023 6:39 AM

To:███████████████████████

Cc:officedepot@printme.com <officedepot@printme.com>

📎 1 attachments (8 KB)

RECEIPT OF CANCEL REJECT THE OP OUT SETTLEMENT.eml;

---------- Forwarded message ---------
From: **Client Support** <clientsupport@omniagnt.com>
Date: Mon, May 8, 2023, 9:11 PM
Subject: RE: [External] PLEASE CONFIRM RECIEPT OF CANCEL OPT OUT PAPERWORK
To: ██████████████████████████ BSAballots@omniagnt.com <bsaballots@omniagnt.com>
Cc: John Doherty <jdoherty@omniagnt.com>, BSA <BSA@omniagnt.com>

████████████

Thank you for contacting Omni Agent Solutions.

On April 28, 2023, we sent you an email confirming receipt of your election change. Please take this email as further confirmation that we have recorded your intent to not receive the expedited distribution payment. This information will be passed along to the Settlement Trustee in due course.

The following information is intended to explain why three claim numbers are associated with your claim against the Boy Scouts of America. You filed two Sexual Abuse Proof of Claim forms, SA-4576 and SA-71836, on September 29, 2020 and November 13, 2020, respectively. On November 13, 2020, you also filed a General Proof of Claim on a Form 410, assigned claim number SA-23219, which included a narrative attachment from you.

When the time comes, the Settlement Trustee and her staff will review all documents you have submitted in this matter to help them evaluate your claim.

I hope this is helpful and resolves your concerns. We are here for you if you want to talk or have additional questions, at 866-907-BSA1 (2721). Press Option 1.

Sincerely,


Omni Agent Solutions, Inc.

5955 De Soto Ave., Suite 100

Woodland Hills, CA 91367"


---

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Sunday, May 7, 2023 9:32 AM
**To:** BSAballots@omniagnt.com
**Cc:** John Doherty <jdoherty@OmniAgnt.com>
**Subject:** [External] PLEASE CONFIRM RECIEPT OF CANCEL OPT OUT PAPERWORK


OMNI CASE 20 10343 Boy Scouts Bankruptcy Claims


 I SUBMITED TWO 2 CLAIMS A THIRD WAS GENERATED WHY BY WHOM

 I REPETELY MAILED CANCELING OF THE OPT OUT OPTION OMNI REFUSES TO ACKNOWLEDGE RECIEPT WHY?

 I SENT SEVERAL EMAILS AND MAIL DEMANDING TO KNOW WHO FILED THE 3 RD CLAIM IN MY NAME WHY????

 I DEMAND CONFIRMING I AM NOT IN OPT OUT CATAGORY ALSO WHO FILED THAT THIRD CLAIM IN MY NAME AND ADDRESS???

 I WILL CONTACT BETTER BUSINESS BUREAU AND APPROPIATES ASAP

The information contained in this communication and its attachment(s) is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete the communication without retaining any copies.


---------- Forwarded message ----------
From: Client Support <clientsupport@omniagnt.com>
To: ▮▮▮▮▮▮▮▮▮▮▮▮
Cc:
Bcc:
Date: Sat, 29 Apr 2023 05:20:32 +0000
Subject: RECIEPT OF CANCEL REJECT THE OP OUT SETTLEMENT

█████████ ,

We are confirming receipt and have processed your request to remove your election of receiving the $3500 Expedited Distribution.

Thank you,

Omni Agent Solutions

5955 De Soto Ave., Suite 100

Woodland Hills, CA 91367

# EXHIBIT D

(Filed Under Seal)