### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

  Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew Van Arsdale, Esq., of AVA Law Group, Inc. to represent AVA Law Group, Inc. in the above-captioned matter.

| | |
|---|---|
| Dated: November 15, 2023 | */s/ Kevin S. Mann*<br>Kevin S. Mann (No. 4576)<br>CROSS & SIMON, LLC<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>(302) 777-4200<br>kmann@crosslaw.com |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the states of California, Montana, Nevada and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

| | |
|---|---|
| Dated: November 15, 2023 | */s/ Andrew Van Arsdale*<br>Andrew Van Arsdale, Esq.<br>AVA LAW GROUP, INC.<br>3667 Voltaire Street<br>San Diego, CA 92106<br>(858) 922-1487<br>Andrew@avalaw.com |

### ORDER GRANTING MOTION

  IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.