

RECEIVED

2023 NOV 15  AM 9:57

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Case No. 20-10343(LSS)**

Dear Judge Laurie Silverstein,

On the week of October 25th, I received a Ballot. by mistake I checked the box for 3,500. I DID NOT MEAN TO CHECK that box. I did it by error. I have a strong case Against the boy scouts. Please read my DECLARATION, and proof of being in the Boy Scouts. I deserve more then 3,500 dollars. I have asked my attorney Andrew Van Arsdale At AVALaw to file a Motion to fix the problem in your court. He does NOT respond to my Request to file the motion to get my full amount of damages. Please HELP me!!!
Can you write the law Firm a letter on my behalf asking him to file the motion to Dismiss the Check mark for 3,500 dollars only. ALSO CAN YOUR CLERK SEND ME ATTRONEY'S WHO WILL FILE THE MOTION FOR ME.



DECLARATION OF ▮▮▮

I was first a Club Scout 06/02/1963, I stated as a Boy Scout
In 11/21/1966 as a Tenderfoot Scout. My Scout Master was
▮▮▮. I was registered as a Boy Scout troop 958,
In San Diego, California, on Feb 1970. (see exhibit).
While a Boy Scout, in summer of 1968 I went to Mataguay
Scout Ranch. Put on by Imperial Council. The address is
27955 Highway 79, Santa Ysabel, Ca. 92070. I was there for
A week. While there a Camp Counselor took me on hikes
While on the hikes he ▮▮▮ He touched me ▮▮▮
This happened two times that week at the ranch.
Next year again in summer my parents made me go back to
The same Mataguay Scout Ranch. The same Camp Counselor
Was there. He took me again hiking for my merit badge, while
He hiking he again sexually molested me this time it was worst
Then before. ▮▮▮ on him. This
happened two times that week at camp.
I declare under the penalty of perjury under the laws of the
State of California that the foregoing is true and correct.
Executed this day October 29th, 2021 in Culver City, California.



Jane Shingle
3703 Calle Casino
San Clemente, Ca 92673

SANTA ANA CA 926
8 NOV 2023 PM 1 L

J.S.M.S.
X-RAY

00501-493500

US Bankruptcy Court
Judge Silverstein
Case No 20-10343
824 N. Market St. #800

