IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_\_** |

**ORDER GRANTING MOTION TO SET EXPEDITED HEARING DATE AND
SHORTEN NOTICE PERIOD WITH RESPECT TO MOTION TO AUTHORIZE
REVOCATION OF EXPEDITED DISTRIBUTION ELECTIONS ON
THE GROUNDS OF MISTAKE, INADVERTENCE AND INJUSTICE**

Upon the *Motion to Set Expedited Hearing Date and Shorten Notice Period With Respect to Motion to Authorize Revocation of Expedited Distribution Elections on the Grounds of Mistake, Inadvertence and Injustice* (the "Motion to Shorten") requesting that the notice period for the filed *Motion to Authorize Revocation of Expedited Distribution Elections on the Grounds of Mistake, Inadvertence and Injustice* [Docket No. 11599] (the "Motion to Authorize") be shortened pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure, Section 105(a) of the Bankruptcy Code, and Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; it appearing that the relief requested in the Motion to Shorten is appropriate under the circumstances; due and proper notice of the Motion to Shorten having been provided under the circumstances, and it appearing that no other or further notice need be provided; after due deliberation; and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. A hearing on the Motion to Authorize shall be held on November 20, 2023 at 10:00 a.m. (ET).

3. Objections and other responses to the Motion to Authorize shall be filed by no later than November 20, 2023 at 10:00 a.m. (ET).

4. This Court shall retain jurisdiction with respect to all matters arising under or related to this Order and to interpret, implement, and enforce the provisions of this Order.