**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] Reorganized Debtors. | Chapter 11 Case No. 20-10343 (LSS) (Jointly Administered) |
|---|---|

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 20, 2023, AT 10:00 A.M. EASTERN TIME

**This hearing will be conducted in-person. Any exceptions must be approved by chambers.**

**Parties may observe the hearing remotely by registering with the Zoom link below no later than November 20, 2023, at 8:00 a.m. Eastern Time.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItdO6ppjkiHoghUpz1UCvglfAqBQHbcic**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**Topic: Boy Scouts of America**

**Time: November 20, 2023, at 10:00 a.m. Eastern Time (US and Canada)**

MATTER WITHDRAWN:

1. Motion for an Order Compelling the Scouting Settlement Trust to Correct Claimants' Misclassified Ballots (D.I. 11578, filed 11/02/23).

   Responses Received:

   a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change

[1] The Reorganized Debtors in the chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Elections of Expedited Distribution [D.I. 11564, 11567, 11575, 11577, 11578, 11579] (D.I. 11602, filed 11/10/23).

Related Pleadings:

a) Omnibus Re-Notice of Motions for an Order Compelling the Scouting Settlement Trust to Correct Claimants' Misclassified Ballots (D.I. 11591, filed 11/06/23);

b) Consolidated Reply to Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change Elections of Expedited Distribution (D.I. 11602) with Regard to Motions to Change Elections of Expedited Distribution (D.I. 11575 and 11578) (D.I. 11607, filed 11/13/23); and

c) Notice of Withdrawal (D.I. 11578) (D.I. 11611, filed 11/14/23).

Status: This matter has been withdrawn.

RESOLVED MATTER:

2. Motion for an Order Deeming Previously Filed Proofs of Claim to be Deemed Timely Filed (D.I. 11209, filed 05/10/23).

Objection Deadline: May 31, 2023, at 4:00 p.m. (ET).

Responses Received:

a) Settlement Trustee's Response to Motion for an Order Deeming Previously Filed Proofs of Claim to be Deemed Timely Filed (D.I. 11276, filed 05/31/23).

Related Pleadings:

a) Reorganized Debtors' Reply to the Settlement Trustees Response to Motion for an Order Deeming Previously Filed Proofs of Claim to Be Deemed Timely Filed (D.I. 11336, filed 06/16/23).

Status: The Debtors understand that the parties intend to submit a stipulation under certification of counsel resolving this matter. This matter will not go forward at this time.

ADJOURNED MATTER:

3. Motion (I) to Allow Substantial Contribution Claim of the Roman Catholic Ad Hoc Committee and (II) for Waiver of Certain Requirements of Local Rule 2016-2 (D.I. 10815, filed 12/29/22).

Objection Deadline: January 12, 2023, at 4:00 p.m. (ET); extended to January 31, 2023, for the Lujan Claimants and the Office of the United States Trustee.

Responses Received:

a) Lujan Claimants' Limited Objection and Joinder in U.S. Trustee's Objection to Motion (I) to Allow Substantial Contribution Claim of the Roman Catholic Ad Hoc Committee and (II) for Waiver of Certain Requirements of Local Rule 2016-2, and Reservation of Rights (D.I. 10942, filed 01/31/23); and

b) United States Trustee's Omnibus Objection to Payment of Compensation and Reimbursement of Expenses for Movants filed December 29, 2022 (D.I. 10944, filed 01/31/23).

Related Pleadings: None.

Status: The parties have agreed to adjourn this matter to a hearing on a date to be determined.

MATTERS GOING FORWARD:

4. Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant D.S. (D.I. 11532, filed 10/11/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Survivor Claimant D.S.'s Motion to Change Election to Opt into Expedited Payment/Convenience Class, D.I. 11532, and (2) Motion to Change Election to Opt into Expedited Payment/Convenience Class, D.I. 11552 (D.I. 11565, filed 10/27/23).

Related Pleadings:

a) Certificate of Service (D.I. 11568, filed 11/01/23);

b) Certification of Counsel Submitting Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11581, filed 11/03/23);

c) Order Approving Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11586, filed 11/06/23);

d) Notice of Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant D.S. (D.I. 11588, filed 11/06/23); and

e) Response to Trustee's Consolidated Response and Trustee's Declaration on Behalf of Survivor/Claimant D.S. (D.I. 11603, filed 11/13/23).

Status: This matter is going forward.

5. [SEALED] Letter Regarding Abuse/Claims/Settlement filed by E.C. (D.I. 11546, filed 10/19/2023).

Responses Received:

a) [REDACTED] Response of The Honorable Barbara J. Houser (Ret.), in Her Capacity as Trustee of the BSA Settlement Trust, in Opposition to the Motion to Compel Appropriate Relief of E.C., D.I. 11547 (D.I. 11608, filed 11/13/2023).

Related Pleadings:

a) [REDACTED] Letter Regarding Abuse/Claims/Settlement filed by E.C. (D.I. 11547, filed 10/19/2023).

Status: This matter is going forward.

6. Motion of AVA Law Group, Inc. to Change Election to Opt into Expedited Payment/Convenience Class (D.I. 11552, filed 10/23/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Survivor Claimant D.S.'s Motion to Change Election to Opt into Expedited Payment/Convenience Class, D.I. 11532, and (2) Motion to Change Election to Opt into Expedited Payment/Convenience Class, D.I. 11552 (D.I. 11565, filed 10/27/23).

Related Pleadings:

a) Certificate of Service (D.I. 11568, filed 11/01/23);

b) Certification of Counsel Submitting Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11581, filed 11/03/23);

c) Order Approving Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11586, filed 11/06/23); and

d) Notice of Hearing Date Regarding Motion to Change Election to Opt into Expedited Payment/Convenience Class (D.I. 11590, filed 11/06/23).

Status: This matter is going forward.

7. Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant B.B. (D.I. 11561, filed 10/27/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change

Elections of Expedited Distribution [D.I. 11561, 11562, 11563, 11566, 11570] (D.I. 11600, filed 11/10/23).

Related Pleadings:

a) Certification of Counsel Submitting Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11581, filed 11/03/23);

b) Order Approving Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11586, filed 11/06/23);

c) Omnibus Re-Notice of Motions to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimants (D.I. 11589, filed 11/06/23); and

d) Reply Brief in Further Support of Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimants D.M., M.G., and B.B. (D.I. 11605, filed 11/13/23).

Status: This matter is going forward.

8. Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant D.M. (D.I. 11562, filed 10/27/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change Elections of Expedited Distribution [D.I. 11561, 11562, 11563, 11566, 11570] (D.I. 11600, filed 11/10/23).

Related Pleadings:

a) Certification of Counsel Submitting Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11581, filed 11/03/23);

b) Order Approving Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11586, filed 11/06/23);

c) Omnibus Re-Notice of Motions to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimants (D.I. 11589, filed 11/06/23); and

d) Reply Brief in Further Support of Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimants D.M., M.G., and B.B. (D.I. 11605, filed 11/13/23).

Status: This matter is going forward.

9. Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant M.G. (D.I. 11563, filed 10/27/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change Elections of Expedited Distribution [D.I. 11561, 11562, 11563, 11566, 11570] (D.I. 11600, filed 11/10/23).

Related Pleadings:

a) Certification of Counsel Submitting Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11581, filed 11/03/23);

b) Order Approving Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11586, filed 11/06/23);

c) Omnibus Re-Notice of Motions to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimants (D.I. 11589, filed 11/06/23); and

d) Reply Brief in Further Support of Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimants D.M., M.G., and B.B. (D.I. 11605, filed 11/13/23).

Status: This matter is going forward.

10. Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant R.N. (D.I. 11564, filed 10/27/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change Elections of Expedited Distribution [D.I. 11564, 11567, 11575, 11577, 11578, 11579] (D.I. 11602, filed 11/10/23).

Related Pleadings:

a) Certification of Counsel Submitting Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11581, filed 11/03/23);

b) Order Approving Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11586, filed 11/06/23);

c) Omnibus Re-Notice of Motions to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimants (D.I. 11589, filed 11/06/23); and

d) Reply Brief in Further Support of Motion to Change Election to Opt into Expedited Payment/Convenience Class or Other Necessary Relief on Behalf of Survivor Claimant R.N. [D.I. 11564] (D.I. 11606, filed 11/13/23).

Status: This matter is going forward.

11. Motion to Correct Election from the Expedited Payment Option to the Trust ("Matrix") Claims Process or Independent Review Option (D.I. 11566, filed 10/30/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change Elections of Expedited Distribution [D.I. 11561, 11562, 11563, 11566, 11570] (D.I. 11600, filed 11/10/23).

Related Pleadings:

a) Certification of Counsel Submitting Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11581, filed 11/03/23);

b) Order Approving Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11586, filed 11/06/23); and

c) Re-Notice of Motions (D.I. 11601, filed 11/10/23).

Status: This matter is going forward.

12. Motion to Change Election to Opt into Expedited Payment/Convenience Class (D.I. 11567, filed 10/31/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change Elections of Expedited Distribution [D.I. 11564, 11567, 11575, 11577, 11578, 11579] (D.I. 11602, filed 11/10/23).

Related Pleadings:

a) Motion to Seal to Exhibits Attached to Motion to Change Election to Opt into Expedited Payment/Convenience Class (D.I. 11574, filed 11/02/23);

b) Certificate of Service (D.I. 11576, filed 11/02/23);

c) Certification of Counsel Submitting Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11581, filed 11/03/23);

d) Order Approving Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11586, filed 11/06/23);

e) Re-Notice of Hearing of Motions (D.I. 11595, filed 11/09/23); and

f) Notice of Request to Present at Omnibus Hearing (D.I. 11604, filed 11/13/23).

Status: This matter is going forward.

13. Motion to Change Election from Expedited Payment/Convenience Class and Other Necessary Relief on Behalf of Survivor Claimant J.D. (D.I. 11570, filed 11/01/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change Elections of Expedited Distribution [D.I. 11561, 11562, 11563, 11566, 11570] (D.I. 11600, filed 11/10/23).

Related Pleadings:

a) Certification of Counsel Submitting Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11581, filed 11/03/23);

b) Order Approving Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11586, filed 11/06/23);

c) Re-Notice of Hearing of Motion to Change Election from Expedited Payment/Convenience Class and Other Necessary Relief on Behalf of Survivor Claimant J.D. (D.I. 11592, filed 11/07/23); and

d) Reply of Survivor Claimant J.D. to Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change Elections of Expedited Distribution (D.I. 11616, filed 11/15/23).

Status: This matter is going forward.

14. Motion to Correct Election from the Expedited Payment Option to the Trust ("Matrix") Claims Process (D.I. 11575, filed 11/02/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change

Elections of Expedited Distribution [D.I. 11564, 11567, 11575, 11577, 11578, 11579] (D.I. 11602, filed 11/10/23).

Related Pleadings:

a) Omnibus Re-Notice of Motions for an Order Compelling the Scouting Settlement Trust to Correct Claimants' Misclassified Ballots (D.I. 11591, filed 11/06/23); and

b) Consolidated Reply to Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change Elections of Expedited Distribution (D.I. 11602) with Regard to Motions to Change Elections of Expedited Distribution (D.I. 11575 and 11578) (D.I. 11607, filed 11/13/23).

Status: This matter is going forward.

15. Motion to Correct Election from the Expedited Payment Option to the Trust ("Matrix") Claims Process or Independent Review Option – Robert Pahlke Law Group (D.I. 11577, filed 11/02/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change Elections of Expedited Distribution [D.I. 11564, 11567, 11575, 11577, 11578, 11579] (D.I. 11602, filed 11/10/23).

Related Pleadings:

a) Certification of Counsel Submitting Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11581, filed 11/03/23);

b) Order Approving Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11586, filed 11/06/23); and

c) Re-Notice of Motions (D.I. 11601, filed 11/10/23).

Status: This matter is going forward.

16. Motion to Correct Election from the Expedited Payment Option to the Trust ("Matrix") Claims Process or Independent Review Option – Davis, Bethune & Jones LLC (D.I. 11579, filed 11/02/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change

Elections of Expedited Distribution [D.I. 11564, 11567, 11575, 11577, 11578, 11579] (D.I. 11602, filed 11/10/23).

Related Pleadings:

a) Certificate of Service and Exhibit to Motion to Correct Election from the Expedited Payment Option to the Trust ("Matrix") Claims Process or Independent Review Option – Davis, Bethune & Jones LLC (D.I. 11580, filed 11/02/23);

b) Certification of Counsel Submitting Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11581, filed 11/03/23);

c) Order Approving Stipulation Extending Deadline for Claimants to Provide Questionnaire (D.I. 11586, filed 11/06/23); and

d) Re-Notice of Motions (D.I. 11601, filed 11/10/23).

Status: This matter is going forward.

17. Motion to Authorize Revocation of Expedited Distribution Elections on the Grounds of Mistake, Inadvertence and Injustice (D.I. 11599, filed 11/10/23).

Responses Received:

a) Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motion to Authorize Revocation of Expedited Distribution Elections on the Grounds of Mistake, Inadvertence and Injustice (D.I. 11612, filed 11/14/23).

Related Pleadings:

a) Motion to Set Expedited Hearing Date and Shorten Notice Period with respect to Motion to Authorize Revocation of Expedited Distribution Elections on the Grounds of Mistake, Inadvertence and Injustice (D.I. 11617, filed 11/15/23);

b) Order Granting Motion to Set Expedited Hearing Date and Shorten Notice Period with respect to Motion to Authorize Revocation of Expedited Distribution Elections on the Grounds of Mistake, Inadvertence and Injustice (D.I. 11619, filed 11/15/23); and

c) Notice of Hearing Date and Objection Deadline regarding Motion to Authorize Revocation of Expedited Distribution Elections on the Grounds of Mistake, Inadvertence and Injustice (D.I. 11620, filed 11/15/23).

Status: This matter is going forward.

Dated: November 16, 2023
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Sophie Rogers Churchill*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
srchurchill@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

ATTORNEYS FOR THE REORGANIZED DEBTORS