## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br>(Jointly Administered) |

## DECLARATION OF DEBORAH K. LEVY

1.      My name is Deborah K. Levy.

2.      I am an attorney in Houston, Texas who has been practicing since 2012. I have dedicated my practice to helping those fallen victim to various types of companies, including companies which allow for sexual abuse and assault to be committed.

3.      The pending R.N. motion is regarding Omni Claim Ballot 46475, whose ballot was attached to the motion. Due to a clerical error, the claim number and dates of execution were incorrectly written on the Declarations of R.N. and myself using a different R.N..

4.      In the moving papers, R.N.'s declaration is for Ballot 46475, who recalls that he executed two ballots. As stated in R.N.'s declaration, he did not understand the ballot and did not want to opt for the $3500 expedited election.

5.      For R.N., Ballot 46475, Junell & Associates made contact with him in November 2021 to discuss his options and obtain his vote. He availed himself to the electronic ballot and executed.

6.      Unbeknownst to Junell & Associates at the time, R.N. executed a second ballot where he mistakenly opted for the $3500 expedited election.

7.      As R.N. stated, he did not mean to elect the $3500 expedited election and respectfully requests that this court allow him to proceed with the Matrix process.

Signed under the pains and penalties of perjury, this 16th day of November, 2023.

Deborah K. Levy, Esq.

## CERTIFICATE OF SERVICE

I, Charles J. Brown, III, Esquire, certify that on November 16, 2023, I caused a true and

correct copy of the *Declaration of Deborah K. Levy in Support of Reply Brief in Further*

*Support of Motion to Change Election to Opt Into Expedited Payment/Convenience Class or Other*

*Necessary Relief On Behalf Of Survivor Claimant R.N.,* to be electronically filed and served via CM/ECF

to all parties requesting electronic service in this case and upon the parties listed below via electronic mail:

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Andrew R. Remming, Sophie Rogers Churchill
1201 North Market Street, 16th Floor, P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com; aremming@morrisnichols.com;
srchurchill@morrisnichols.com

White & Case LLP
Attn: Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

White & Case LLP
Attn: Michael C. Andolina, Matthew E. Linder, Blair Warner, Laura E. Baccash
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com; mlinder@whitecase.com; blair.warner@whitecase.com;
laura.baccash@whitecase.com

Pachulski Stang Ziehl & Jones LLP
Richard M. Pachulski, Debra I. Grassgreen, James E. O'Neill
919 N. Market Street
17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Email: rpachulski@pszjlaw.com; dgrassgreen@pszjlaw.com; joneill@pszjlaw.com

Gilbert LLP
Kami E. Quinn, Emily P. Grim, Sarah A. Sraders
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Email: quinnk@gilbertlegal.com; grime@gilbertlegal.com; sraderss@gilbertlegal.com

Office of the United States Trustee
for the District of Delaware
Attn: Timothy J. Fox, Jr, Hannah M. McColllum
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: Timothy.Fox@usdoj.gov; hannah.mccollum@usdoj.gov


Dated: November 16, 2023

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5813
cbrown@gsbblaw.com

*Counsel for R.N.*


Of Counsel:
Deborah K. Levy, Esq.
Junell & Associates, PLLC
3737 Buffalo Speedway Suite 1850
Houston, Texas 77098
Phone: 713-221-3750
kschroeder@junell-law.com