**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                          Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF RESPONSE IN OPPOSITION TO THE MOTION TO COMPEL APPROPRIATE RELIEF OF E.C.**

The Honorable Barbara J. Houser (Ret.) (the "Trustee"), in her capacity as trustee of the BSA Settlement Trust (the "Settlement Trust"), hereby files this motion (the "Motion to Seal") seeking entry of an order substantially in the form annexed hereto as **Exhibit A** (the "Order"), pursuant to sections 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing Trustee to file under seal Exhibits A-D to the Declaration of the Honorable Barbara J. Houser (Ret.) (the "Houser Declaration") in Support of her Response in Opposition to the Motion to Compel Appropriate Relief of E.C. (the "Response").  In support of the Motion to Seal, the Trustee respectfully states as follows:

---

[1] The Reorganized Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## JURISDICTION

This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

On October 19, 2023, this Court filed on the docket a "Letter Regarding Abuse/Claims Settlement" sent from Survivor E.C.  *See* Letter Regarding Abuse/Claims/Settlement, D.I. 11546. This document was filed under seal.  The Court also filed a redacted version of this document on the public docket which omits any reference to E.C.'s identity or other confidential identifying information.  *See* Letter Regarding Abuse/Claims/Settlement, D.I. 11547.

## RELIEF REQUESTED

The Trustee seeks entry of an order substantially in the form annexed hereto as **Exhibit A**, pursuant to sections 105(a) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing the Trustee to file under seal Exhibits A-D to the Houser Declaration.

## BASIS FOR RELIEF

The Bankruptcy Code, Bankruptcy Rules, and Local Rules authorize the Court to limit the disclosure of certain confidential information to protect entities from potential harm. Section 105(a) of the Bankruptcy Code codifies the Court's inherent equitable powers and empowers it to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).  Federal Rule of Bankruptcy Procedure 9018 provides that "[o]n motion or on its own initiative, with or without notice, the court may make any order which justice requires . . . (2) to protect any entity against scandalous or defamatory matter contained in any paper filed in a case under the Code."  Fed. R. Bank. P. 9018.  Further, Local Rule 9018-1(d) provides, in relevant part, that "[a]ny party who seeks to file documents under seal must file a

motion to that effect." Del. Bankr. L.R. 9018-1(d).

The information that the Trustee seeks to seal is information that could reveal E.C.'s identity or other confidential details regarding the abuse he suffered. This information is routinely sealed in these proceedings, and the Court itself sealed this information when filing E.C.'s motion.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9018-1(D)(IV)

The undersigned counsel hereby certifies that it would be futile to confer with the Holder of Confidentiality Rights as there is no dispute that the information contained within Exhibits A-D is confidential.

## NOTICE

Notice of the Motion will be provided to: (a) the U.S. Trustee; (b) counsel to the Reorganized Debtors; (c) Movant E.C.; and (d) any party that has requested notice pursuant to Bankruptcy Rule 2002 and available on the Debtors' case website at: https://cases.omniagentsolutions.com. The Trustee respectfully submits that no further notice is required.

## NO PRIOR REQUEST

No prior motion for the relief requested herein has been made to this or any other court.

## CONCLUSION

For the reasons set forth above, the Trustee respectfully requests entry of an order, substantially in the form annexed hereto as **Exhibit A**.

Dated: November 13, 2023

Wilmington, Delaware                    **PACHULSKI STANG ZIEHL & JONES LLP**

                                        _/s/  James E. O'Neill_
                                        Richard M. Pachulski (CA Bar No. 90073)
                                        Debra I. Grassgreen (CA Bar No. 169978)
                                        James E. O'Neill (DE Bar No. 4042)

919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: rpachulski@pszjlaw.com
        dgrassgreen@pszjlaw.com
        joneill@pszjlaw.com

– AND –

**GILBERT LLP**
Kami E. Quinn (admission *pro hac vice*)
Emily P. Grim (admission *pro hac vice*)
Sarah A. Sraders (admission *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC  20003
Telephone: (202) 772-2200
Facsimile:   (202) 772-3333
Email: quinnk@gilbertlegal.com
        grime@gilbertlegal.com
        sraderss@gilbertlegal.com

*Attorneys for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*