## **EXHIBIT A**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>Jointly Administered<br>**Re: Docket No. _____** |

## EXHIBITS FILED IN SUPPORT OF RESPONSE IN OPPOSITION <u>TO THE MOTION TO COMPEL APPROPRIATE RELIEF OF E.C.</u>

Upon the Motion (the "Motion to Seal")[2] of the Honorable Barbara J. Houser (Ret.) (the "Trustee"), in her capacity as trustee of the BSA Settlement Trust (the "Settlement Trust"), seeking entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing Trustee to file under seal Exhibits A-D to the Declaration of the Honorable Barbara J. Houser (Ret.) (the "Houser Declaration") in Support of her Response in Opposition to the Motion to Compel Appropriate Relief of E.C. (the "Response"); and it appearing that there is good and sufficient cause for the relief set forth in this Order; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Seal in the Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the notice of the Motion to Seal and opportunity for a hearing on the Motion to Seal were appropriate under the circumstances and no other notice need be provided; and the Court having

---

[1] The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.
[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion to Seal.

determined that the legal and factual bases set forth in the Motion to Seal and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.     The Motion to Seal is GRANTED.

2.     The Settlement Trust is authorized to file Exhibits A-D to the Houser Declaration under seal.

3.     Exhibits A-D shall not be disseminated to anyone other than: (a) the Court, (b) the Office of the United States Trustee for the District of Delaware, (c) counsel for the Reorganized Debtors, and (d) E.C., without either: (i) the written consent of the Trustee, or (ii) further order of the Court.  All parties receiving Exhibits A-D shall maintain their confidentiality.

4.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.     The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Seal.

6.     The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.