# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST, IN SUPPORT OF HER CONSOLIDATED RESPONSES IN OPPOSITION TO MOTIONS TO ALLOW [D.I. 11565, 11600, 11602, 11608, 11612]**

I, Barbara J. Houser, declare as follows:

1. I am the trustee (the "Trustee") of the BSA Settlement Trust (the "Settlement Trust" or the "Trust").

2. On October 27, 2023, I submitted the *Declaration of the Honorable Barbara J. Houser (Ret.), in Her Capacity as Trustee of the BSA Settlement Trust, In Support of Her Consolidated Response in Opposition to (1) Survivors Claimant D.S.'s Motion to Change Election to Opt Into Expedited Payment/Convenience Class, D.I. 11532, and (2) Motion to Change Election to Opt Into Expedited Payment/Convenience Class, D.I. 11552*, D.I. 11565-1 (the "October 27 Declaration").

3. I submit this declaration to supplement the information provided in paragraph 5 of the October 27 Declaration.

---

[1] The Reorganized Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4. As of November 16, 2023, 5,712 Expedited Distribution claimants have signed and submitted the questionnaire to the Settlement Trust, which represents approximately 77.4% of the expedited claimant population. Of those Expedited Distribution claimants who have signed and submitted the questionnaire, 5,516 claimants have received qualification notices. Completed release forms have been received from 871 claimants. Of those, 772 claimants have already received payment, and I have initiated the payment process for an additional 99 claimants.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of November, 2023.

_____
Hon. Barbara J. Houser (Ret.)