Nov 3, 2023

Dear Clerk of the Court,

RECEIVED
NOV 16 2023

This correspondence is in reference to the Suit Against the Boy Scouts of America. The Honorable Judge Silverstein Approved the Plan submitted And ruled for the case to proceed. It was sent to US District Judge Honorable Richard G. Andrews.

It's been transferred to a Trustee Mr. Houser, who is suppose to oversee the Trust fund for payment of Damages Awards.

My Attorney with the AVA-Law-Group sent me an update 4-Months Ago. Attorney Andrew Van Arsdale. Esq. represents Me. In that update he apprised me that Hon. Judge Andrew's affirmed the proposed plan of reorganization, which was confirmed by Judge Silverstein in the bankruptcy case.

Trustee Houser contacted AVA-Law-Group to make sure Andrew Van Arsdale represented me. on July 13, the Law Firm did a fax confirming they did represent Me. A questionaire is suppose to be sent to the Attorneys office, he's suppose to send it to me to sign And verify Damage Narrative.

We supposedly have until Dec 1, 2023 to have the

Questionaire and Damages Narrative signed and returned to the Trustee.

Supposedly in August they were going to send me the Questionaire. Its November 3, 2023 and I've yet to receive it.

If Your Questionaire And Signed Form Arenit in by Dec 1, 2023 You will Not be eligible For Monetary Damages Award.

It's imparative that I obtain the Address to Mr. Housers Office (Trustee) so I can obtain my Questionaire And get it in on time.

I've Tried to call my Attorney's Office, our Phone won't take calls or Make calls with the numbers Listed on the Legal Mail.

Is it possible for your office to Fax this letter, or Call Trustee Housers office on my behalf? My case Number is [redacted] CASE # [redacted] Silverstein because we were minors when we were abused. So they protect our Identity Now.

Any Assistance will be greatly Appreciated.

Respectfully Submitted

Boy Scouts of America
CASE# 20-10343-LS Silverstein
My Number as a claimant is SA-59025



See Attachments to this Correspondence
updates from my Attorneys Office.



**AVA LAW GROUP**

2718 Montana Ave. Suite 220
Billings, MT 59101
www.AVALaw.com

Email: help@AVALaw.com
Tel: (406) 333-3333
Fax: (619) 374-2177

July 24, 2023

**RE:  Claim Against the Boy Scouts of America (Privileged and Confidential Attorney Client Communication)**

We are writing to you today with an update on your case against the Boy Scouts of America (BSA).

Trustee Houser asked our law firms to confirm we represent you in this case, which we sent across on July 13th, 2023. With this information they have begun pre-populating their system to start to receive questionnaires. Trustee Houser has indicated that the final version of the questionnaire will be ready no later than the end of July, and they are insisting that all questionnaires are completed and sent back to them by Friday, December 1st, 2023.

On the whole this is a great thing as Trustee Houser will know the total population of claimants still participating in this process by no later than Friday, December 1st. That is an important part of their calculation in determining money damages on each individual case. The reason why that is so important is because the total number of claims will have a correlation with the amount of money available for individual claimants. At the end of the day there is 2.45 billion dollars that has been committed to fund the trust and there are still outstanding insurance policies that have yet to be settled. Trustee Houser needs to know how many claims will be made against that total amount of money to start distributions of it. As you know, there were approximately 82,000 claims filed in the bankruptcy before November 16th of 2020. But everyone that still wants to participate in this process will need to have their questionnaire submitted by December 1st, 2023, to be eligible for money damages.

This means you will want your damages narrative ready and be on the lookout for communication from my office as soon as we receive the final version of the questionnaire. Again, we will fill out the bulk of the questionnaire on your behalf, but we will need you to review it, potentially add a damages narrative (with our help), and ultimately sign off on its accuracy. We hope to have these out to you in August!

In terms of the flow of money into the Trust, there is currently 634 million dollars in the trust account. The oil and gas leases assigned to the trust have produced 6 million dollars to date. The trustee believes they have found a buyer for the 61-piece Norman Rockwell collection and are aiming for 65 million dollars to purchase it. Also, there have been 21 properties approved for sale

**REPRESENTING THE PEOPLE AGAINST THE POWERFUL**

ANDREW
VAN ARSDALE, ESQ.
MANAGING PARTNER

TEAGUE
WESTROPE, ESQ
ATTORNEY

KASODIE
WEST, ESQ
ATTORNEY



## AVA LAW GROUP

2718 Montana Ave. Suite 220
Billings, MT 59101
www.AVALaw.com

Email: help@AVALaw.com
Tel: (406) 333-3333
Fax: (619) 374-2177

from various local counsel camps across the Country with 75 additional properties being put up on the market for sale.

Lastly, in an attempt to force the unsettled insurer's hand, the Trustee has retained litigation Counsel in Texas to file a lawsuit on behalf of the Trust (you and your claims) against the unsettled insurance policies. We are optimistic that the filing of that lawsuit will force the insurers back to the table to discuss settlement negotiations, rather than having to wait until all appeals are exhausted sometime next year.

That is where things stand today, and we will have another update out along with the questionnaire in August with instructions on how that should be completed. Again, thank you for your continued patience and trust in our firm.


Sincerely Yours,

Andrew Van Arsdale

REPRESENTING THE PEOPLE AGAINST THE POWERFUL

| ANDREW | TEAGUE | KASODIE |
| VAN ARSDALE, ESQ. | WESTROPE, ESQ | WEST, ESQ |
| MANAGING PARTNER | ATTORNEY | ATTORNEY |

Andrew Van Arsdale, Esq.
Lead Attorney

Teague Westrope, Esq.
Litigation Attorney

Kasodie West, Esq.
Litigation Attorney



**AVA LAW GROUP**

**REPRESENTING THE PEOPLE AGAINST THE POWERFUL**

2718 Montana Ave., Suite 220
Billings, MT 59101

Tel: (406) 333-3333
Fax: (619) 374-2177

Email: help@avalaw.com

April 7, 2023

**RE:    Claim Against the Boy Scouts of America (Privileged & Confidential; Attorney-Client Communication)**

We are writing to you today with an update on your case against the Boy Scouts of America (BSA) in both the U.S. Bankruptcy Court and U.S. Federal Court in Wilmington, Delaware. If you have been following the news, you have probably seen that Judge Andrew's affirmed the proposed plan of reorganization confirmed by Judge Silverstein in the bankruptcy Court.

The opposing insurers who lost their arguments filed a motion to immediately stay the trust pending their appeal to the Third Circuit. Briefings should be finalized today and we anticipate Judge Andrews will rule on this issue within two weeks.

If Judge Andrews does not stay the trust, a trust will be formed and funded with close to 1 billion dollars to begin distribution of money damages for your claim filed in the bankruptcy. If he stays the trust, any trust formation will be delayed until after the 3rd Circuit has a chance to issue an opinion on these issues. We believe he will likely deny the motion, a trust will be formed, and a process to pay money damages to you will begin immediately.

The total money committed is 2.45 billion to fund the trust, but the rest of the money will only be released after all appeals are exhausted. I will also note that Judge Andrews noted there is almost 4 billion dollars in unsettled insurance policies, of which a portion of that will eventually settle for the benefit of Boy Scout Abuse Survivors.

We will have another update after Judge Andrews rules on the stay motion, and if he rules as we think he will, we will want to move quickly to submit your case to the Trust for payment processing. We will need to go over your questionnaire that the trustee and you will need to sign a document verifying the information we will submit similar to what you had to do with your proof of claim form back in the fall of 2020.

This is good news and we will be in touch with you on that as soon as the trust is formed and the questionnaire is finalized. The BSA is finally being held accountable for what they allowed to happen to you as a child.

Thank you for your patience and trust in our firm and this process. If you have any questions, please contact us directly at 888-99-SCOUT.

Sincerely Yours,

Andrew Van Arsdale

CASE No 20-10343·LS, Silverstein
claimant Number SA- ███████

RECEIVED
NOV 16 2023
US DISTRICT COURT
DISTRICT OF DELAWARE

Legal Mail

~78030I-132<2>
Judge Andrews
824 Market Street
Wilmington, DE 19801
United States

1980183024

RECEIVED
NOV 07 2023
FCI PEKIN MAIL ROOM

Legal Mail

PEORIA IL
NOV 2023 PM






The enclosed letter was processed through
special mailing proc___ __g for forwarding
to you. The 'etter h___ ___ ___r been opened
___ ___ ___rded,___ ___ ___ ___ises a
___ ___ ___ ___ ___ ___ ___ ___ch this facility
___ ___ ___ ___ ___ ___ ___ ___h to return the
___ ___ ___ ___ ___ ___ ___ ___y clarification.
___ ___ ___ ___ ___ ___ ___ ___por__ence for
___ ___ ___ng to ano_____ ___ ___see, please return
the enclosure to the above address.

Legal Correspondence