TO: THE HONORABLE JUDGE LAURIE SILVERSTEIN
BANKRUPTCY COURT OF DE
824 N. MARKET ST.
6TH FLOOR
WILMINGTON, DE 19801
ATTN: CACIA BATTS

FROM: [REDACTED]

DATE: 11/15/2023
RE: BOY SCOUTS CONTINUED ABUSE - 2 PAGES

IMAGINE BEING A 10 YR. OLD BOY, FIRST TIME AWAY FROM HOME AT A 2-WEEK SUMMER CAMP.
THEN IN A CAMP/ROOM WITH ANOTHER YOUNG SCOUT & AN OLDER SCOUT TO SUPERVISE US.

[REDACTED]

FORTUNATELY, I WAS ABLE TO SQUIRM AWAY. I FORGET THE DETAILS, BUT I WAS ABLE TO GET MY MOTHER TO GET ME OUT OF THERE.
LUCKILY, SOME ENTERPRISING ATTORNEYS HAVE INITIATED EFFORTS TO GET US SOME COMPENSATION, THOUGH VERY LITTLE.
THE SCOUTS HAVE STILL BEEN ABLE TO ABUSE US THROUGH MANEUVERING & APPEALS.

(2)

So, now we wait & wait for this compensation it seems forever.

When I was in basic training, thats all I could think about in a barracks of about 60 boys, being of the smallest.

Morelli Law Firm (Will) is my attorney & I hope they are doing the best they can but when I called to check on the status last week, I did talk to Will & he said things were progressing. But the next day I got a call from a woman in their office to "initiate" my case.

I told her I have been a client more than 2 years & already have been speaking to "Will" in the office.

I'm leary of whats going on in there and hope I am not up for more mistakes & abuse & this needs to be settled.

Thank you for your time your honor.



ATLANTA METRO 301
17 NOV 2023 PM 9 L

HONORABLE LAURIE SILVERSTEIN
C/O CACCIA BATTS
824 NORTH MARKET ST.
6TH FLOOR
WILMINGTON, DE. 19801

19801-302499