20-10343 LSS
(BSA)

2023 NOV 28 AM 11:21

**Mail body: COMPELL : Bankruptcy court 10/5 motion**

On Mon, Oct 9, 2023, 3:15 PM I III

On Fri, Oct 6, 2023, 4:38 PM

On Thu, Oct 5, 2023, 11:00 AM I :
O

On Sun, Sep 3, 2023 at 5:41 PM te:
UNITED STATES BANKRUPTCY COURT DELAWARE DISTRICT

Case #________

ADDENUMN TO MOTION & ADDL TIME TO REPLY TO 37 PAGE BRIEF Served 11/16/23 ALSO APPROPIATE RELIEFS

Motion to COMPEL Show Cause

IN MATTER OF

BOY SCOUTS OF AMERICA

1) I JUST RECIVED TUED 11/16 37 PAGE BRIEF DEMAND MAIED NOT EMAILED

1 F1) PLAINTIFF FILED 2 SEPERATE COMPLAINT REPORTS OF SEXUAL ABUSE SUFFERED IN HARLEM NY AMSTERDAM AVE CUB SCOUTS TROOP # 4

1B SCOUT SETTLEMENT TRUST STATES EACH SEX ASSALT #

2) THE SEXUAL ASSAULTS OCCURED 1963-64 SPONSERED BY CHURCH 141st St NICHOLAS AVE HARLEM NYC 1 S A

2B I CANCELLED OPT OUT OPTION IMMEDIATELY 2021 & 2022 EX 1&2 "PART"

3)DUE TO 2 DISTINCT SEX ASSAULTS

1) Sa# OPT OUT ONLY FOR 1 CLAIM "PART"

2) Sa# NO OPT OUT

3 SA AMMENDED CANCELLED OPT OUT

4) INITALY IN ONLY (1) ONE OF THE COMPLAINT CLAIMS REPORTS OPT OUT SELECTED THEN IMMEDIATELY RESINDED IN FAVOR OF NON OPT OUT COMPLAINT/CLAIM

5) THE APPROPIATE AUTHORITYS THRU OMNI AGENTS AT FIRST DID NOT REPLY TO CANCELLATION OF THE OPT OUT OPTION MADE IN ONLY ONE OF THE TWO SEPERATE INCIDENT CLAIMS

6) AFTER OMNI CONFIRMED THE CANCELLATION OF MY OPT OUT OPTION JOHN DOTHORY BY EMAIL 8/2022 PRIOR TO CASE CLOSEING

7) THE DISPUTE WITH OMNI AND THE SCOUT SETTLEMENT AUTHORITY WAS AND IS IF I HAD 1 OR 2 SEPERATE APART REPORTS CLAIMS

8) I REFUSED REQUEST TO CANCEL ONE OF THE 2 REPORTS/CLAIMS

8A MY CHANGE REJECT OPT OUT OPTION $3500 MADE 2021 AGAIN 2022

9) PER CRITERIA IF MORE THAN 1 PERPETRATOR AT THE SAME INCIDENT (AND TIME) OF ABUSE THAT FACTOR WOULD BE CONSIDERED ADDITIONALY

10) IN MY CASE THERE WERE 2 SEPERATE INCIDENTS NOT 2 ABUSERS AT THE SAME TIME

11) AT FIRST I WAS ABUSED BY A FELLOW SCOUT THEN OVER 15 MINUTES LATER IN A TOTALLY SEPERATE INCIDENT BY THE SCOUT MASTER I DID NOT WANT TO REPORT AT FIRST AND IF I DECIDED TO WAS GOING TO IN A SEPERATE LATER COMPLAINT

12 WEEKS AFTER MAKING 1ST REPORT I PUT EMBARASEMENT ASIDE AND .REPORTED THE SCOUTMASTERS.SEXUAL ABUSE

13 THE BOY SCOUTS REFUSED TO CONFIRM THE TROOP NUMBER AND FULL NAME OF THE SCOUTMASTER (exhibits 1-5)

14) THE SCOUT SETTLEMENT GROUP REFUSED AND TO THIS DAY REFUSES TO CONFIRM RECIEPT OF AMMNDED BALLOT CANCELING OPT OUT OPTION OMNI JOHN DOTHR II RECEIV

#1) THE EXPIDITED SETTLEMENT IS OR IS NOT THE SAME AS " OPT OUT OF SETTLEMENT"(OPTION)

#2) IF I SUCESSFULLY CANCELLED MY OPT OUT OPTION

2B ) THE OMNI AGENTS CONFIRMED CANCELLATION OF MY OPT OUT OPTION (exhibit)

2c) OMNI AGENTS AT FIRST IGNORED MY CANCELLATION OF THE OPT OUT OPTION NOTIFIED DAYS AFTER IT WAS CHOSEN IN ERROR (ALSO THAT OPT OUT WAS ONLY CHOSEN FOR 1 OF THE 2 SEX ABUSE INCIDENTS I SUFFERED)

#3) THE TROOP NUMBER OF THE ONLY BLACK HARLEM NEW YORK SCOUTING TROOP HELD AT ST JAMES PRESBETERIAN CHURCH 141 ST AMSTERDAM AVE NYC 1963-1964

#4) THE FULL NAME OF THE CUB SCOUT TROOP LEADER

#5) WHAT THE SETTLEMENT METRICS REFERED TO ARE EXACTLY THEY SAY WILL APPLY TO THOSE "QUALIFIED FOR THE EXPEDITED SETTLEMENT"

6) IF THE " EXPEDITED SETTLEMENT OPTION IS THE SAME AS THE "OPT OUT OPTION" (A FIXED $3500.00 AMOUNT) THEN THERE COULD NOT BE ANY
" METRICS TO DETERMINE AMOUNT PAID"

7) THE SCOUT SETTLEMENT GROUP REFUSES TO PROVIDE IGNORES REQUESTED

#1) A COPY OF THE 2 SEPERATE SEX ABUSE REPORT/ CLAIM/REPORTS
IE #1 SA
#2 SA

#2) ALSO REQUESTED A COPY OF THE ADDITIONAL INFO DETAILS MADE IN THE AMMENDMENT THAT WAS ASSIGNED # SA

#3) A COPY OF THE SETTLEMENT MATRIX REFERED TO NEEDED TO UNDERSTAND OPTIONS

WHEREFORE
PETITIONER REQUESTS

1) COURT ORDER SETTLEMENT GROUP ADMINISTRATORS TO VERIFY AS DID OMNI MY CANCELATION OF THE "OPT OUT OPTION" CHOSEN FOR ONLY 1 OF THE TWO SEX ABUSE INCIDENT REPORTS

2) COURT ORDER SCOUT SETTLEMENT ADMINISTRATORS TO CONFIRM O
IF THE EXPEDITED SETTLEMENT IS THE SAME AS THE " OPT OUT OPTION"

#3) PROVIDE A COPY OF BANKRUPTCY COURTS 'SETTLEMENT MATRIX' REFERED TO IN THE EXPEDITED SETTLEMENT LITERATURE

4) APPROPIATE RELEIEF ADD'TIME TO REPLY TO 37 PAGE MOTION

DATED 9/ /23
served electronically on respondants

EXHIBIT 2Nd CANCEL OPT OUT OPTION

2ND TIME
CANCEl OPTOUT
Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

Notice of CANCEL Opt Out option

**COVER PAGE FOR AMENDMENTS OR SUPPLEMENTS TO THE SEXUAL ABUSE SURVIVOR PROOF OF CLAIM**

Ballot ID # [redacted]

TO: Omni Agent Solutions

FROM: [redacted]

| | |
|---|---|
| First and Last Name: | [redacted] |
| Year of Birth: | [redacted] |
| Number and Street: | [redacted] |
| City: | [redacted] |
| Country (not USA): | [redacted] |
| Telephone (Home): | [redacted] |

DATE: 8/15/22
8/18/22

CLAIM NUMBER: (20- 10343 CASE #) ClAIM # SA[redacted]
(if you have it)
(C23219(?)) AlSO ClAIM # SA[redacted]

INTERNAL CLAIM OR CLIENT IDENTIFIER: (CC_________?)
(if applicable)

Ballot ID[redacted]

Notes (if any): I CHANGE PRIOR CHOICE OF EXPIDITED ($3500) SETTlEMENT
I DO NOT AGREE TO EXPIDITED Settlement AS PRIOR NOTIFIED OMNI [redacted]

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification n[redacted] 300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75[redacted]

8/8/23
8/14/23

P3

2b

Exhibit
June 2022
"Confirm "Opted Out"
of Expedited
"Opt out" option

**From**[redacted]
**Sent:** Sunday, June 5, 2022 9:18 PM
**To:** John Doherty <jdoherty@OmniAgnt.com>
**Cc:** Taba Guzman <tguzman@OmniAgnt.com>
**Subject:** [External] NEW BALLOT TO OPT OUT OF THE 3500 EXPEDITED OFFEE

Â

OMNI AGENTS

BALLOTS

Â

CLAIM #[redacted]

ALSO non duplicate seperate

CLAIM #[redacted]

Â

Â Â RE CONFIRM I HAVE OP OUT OF EXPEDITED OFFER FOR EACH SEPERATE CLAIM SEPERATE ABUSE INCIDENTS ONE BY FELLOW SCOUT ONE BY SCOUT MASTER

PLEASEÂ CONFIRM I HAVE CHANGED MY OPTION FOR EXPEDITED OFFER I PRIOR CHOSE BUT SINCE REJECTED

Â

I WAS TOLD TO FILL OUT EMAILED NEW BALLOT

I CANNOT OPEN SAID EMAILED NEW BALLOT

Â

PLEASE SEND NEW BALLOT BY MAIL AND CONFIRM I AM CURRENTLY NOT ACCEPTING EXPEDITED OFFER

Â

Â Â I HAVE NOT RECIVED THE NEW BALLOT YET BY MAIL TO CANCEL EXPEDITED OFFER

Â

Â I REFUSE REJECT EXPEDITED OFFER HEREBY THIS NOTICE AS YOU FAILED OR REFUSE TO SEND REQUESTED NEW BALLOT AS PRIOR REQUESTED

Â

Â Â I REQUESTED A NEW BALLOT BY MAIL AS I COULD NOT AND CANNOT OPEN THIS EMAILED

Â

Â PLEASE IMNEDIATELY COMPLY AND CONFIRM YOU WILL IMMEDIATELY MAIL NEW BALLOTÂ

Â

Â I A[redacted]

POB[redacted]

The information contained in this communication and its attachment(s) is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete the communication without retaining any copies.



Exhibit 3
6/7/22
CHANGED OPT OUT ELECTION
OMNI AGENT
John Dothery Acknowles Reciept

I have sent you a new ballot (today via mail and email ) to change your election. Here it is again for your reference. We CAN NOT accept a ballot or changes via email. You must either use the E-Balloting site or return your new ballot to us via mail or overnight courier Instructions are below.

---

99+

P6

CERTIFIED MAIL
9589 0710 5270 1520 5908 32
U.S.M.S X-RAY
FOREVER USA
RDC 99
19801
U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR 00918
NOV 16, 2023
$4.59
US Bankruptcy Court Clerk
824 N Market st #500
Wilmington Delaware
19801

