*Reply Requested Please
Honorable Judge Silverstein,                           8-23-23
RE: BOA Case #20-[redacted] Creditor: Michael Wilson

My name is Michael Shawn Wilson, I am an abuse survivor located in Cobb County Adult Detention Center in Marietta Georgia. I have been incarcerated since 3-17-2021 being held pending trial on criminal charges related to my drug addiction and mental health. I am writing to you as a last resort. I have no way to look for other methods of help.

   The last contact I received from my civil lawyer Steven Babin from Babin Law, LLC 65 E. State St Ste:1300 Columbus OH 43215-4209 was Feb. 2023. The letter was from Donald Kral Bar# 0042091 asking me to sign some paperwork and confirm impacts of abuse in my case. Since then I was told that claims would be paid June 2023 and I have been unable to reach anyone at Babin Law LLC. I have written 2 letters, 5 voicemails, and more than 10 messages with the answering service at 614.761.8800. None of the people who were helping me are there anymore. The direct number I had 614-982-0881 is now disconnected. Your court clerk advised me to contact Pachulski Stang Ziehl & Jones Mr. James Oneill 302-652-4100 who then told me they do not represent the trustee any longer. They asked me to email info@scoutingsettlementtrust.com. Since I am detained I do not have regular access to email, google, phone or other methods of research/legal advise. Could you please help me get a response from someone that gives me answers as to if my claim has been paid to my lawyer, who I should contact to file complaints if it has been paid. Please

CC: Babin Law, LLC                                            8-23-23



ATLANTA METRO 301
25 AUG 2023 PM 5 L

COBB COUNTY SHERIFF'S OFFICE
ADULT DETENTION CENTER

This letter is being mailed by an Inmate of this facility. The Administration has not reviewed the contents.

U.S. Bankruptcy Court
District of Delaware
Judge L. Silverstein
824 N. Market St.
Wilmington DE 19801

Case #20-10343 [LSS]
* LEGAL MAIL