# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 10808 |

## ORDER DENYING MOTION

For the reasons set forth in my Opinion of even date, the *Motion of the Coalition of Abused Scouts for Justice for Entry of an Order Approving the Debtors' Proposed Payment of the Coalition Restructuring Expenses [Docket No. 10808]* is **DENIED**.

Dated: December 5, 2023

Laurie Selber Silverstein
United States Bankruptcy Judge