US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RECEIVED
2023 DEC -7 AM 10:26
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Postmarked 9/22/23 KR

—————X
Boy Scouts of America

CASE 20 10343-LSS
Hon. Judge Silverstine

—————X

NOTICE OF HEARING
MOTION TO CANCEL OPT OUT OPTION o relieas
OCT 5TH 10 AM
#2 courtroom 6 Floor
824 N MARKET ST Will. DE 19801

This is motion pro se
OF [redacted] victim of 2
sexual assaults Defendant Libal for
RE: OPT OUT wase selected for only 1st
1st claim # [redacted]    9/29   No to FoR
2nd claim # [redacted]    11/13

Copy served on Def.
 B.S.A
C/o DEREK ABBOTT
1201 N MARKET ST
Willinston Del. 19899

UNITED STATES BANKRUPTCY COURT DELAWARE DISTRICT

Case # 20 10343

20 - 10343
Judge Silverstein

Motion TO CANCEL OPT OUT OPTIONS
+ TO PAY EACH CLAIM SEPRATELY

BOY SCOUTS OF AMERICA    #█████ + █████
ALSO VERIFY TROOP # & NAME OF SCOUTMASTER

Background

INFO@SCOUTSSETTLEMENTTRUST.COM HAS RACEISTLY IN CORRUPTION VIOLATED PLAINTIFFS EQUAL.PROYECTION RIGHTS BY FORECEING CALDWELL TO ACCEPT OPT OUT SETTLEMENT OF $3500.00

MALISHOUSLY IGNOREING EMAILS OF OMNI SOLUTIONS THAT CONFIRMED VERIFIED CANCALATION OF OPT OUT OPTION FRAUDLENTLY  ALSO THEY MISPELLED MY NAME SO I WOULD NOT RECEIVE BALLOT ECT ON MAIL

1) PETITIONER FILED 2 SEPERATE COMPLAINTS ████ #████ REPORTING 2 SEPERATE SEXUAL ABUSES SUFFERED IN SPONNOR ST JAMES PRESBETERIAN CHURCH MEETING PLACE 5pm 1963 HARLEM NY AMSTERDAM AVE CUB SCOUTS TROOP # 2 or 4   ONLY CHOSE OPT OUT 1ST CLAIM THEN CANCELED OPTOUT OPTION

#1B PETITIONE FILED A THIRD AMMENDED REPORT ████

1C) DENYING DUE PROCESD AT NO TIME DID SCOUTS NOR OMNIAGENT GIVE ANY REQUIRED FAIR NOTICE THAT

#1 SELECTION OF OPT OUT OPTION COULD NOT BE CANCELED OR CHANGED  WAS NOT DISCLOSED

#2 THAT ONLY ONE CLAIM COULD BE MADE DESPITE 2 SEPERATE S ASSAULTS SAME DAY  "   "

#3 IF OR NOT EXPIDITED SETTLEMENT IS SAME AS OPT OUT OPTION  IS STILL NO REPLY

#4) IF FAILING ANSWER QURSTIONS IN EXPEDITDED SETTLEMENT QURSTIONER WILL PREVENT COMPENSATION

2) THE 2 SEXUAL ASSAULTS OCCURED CUB SCOUT TROOP 4 1963-64 SPONSERED BY St JAMES PRESBETERIAN CHURCH 141st St NICHOLAS AVE HARLEM NYC

3) THERE ARE 2 DISTINCT SEX ASSAULTS  REPORTED 1ST ON 9/29 2ND 11/13 3rd 11/13
BALLOT ID ████

1) Sa# ████  9/29

2) Sa# ████  11/13

SA# ████  11/13

4) INITALY DUE TO POVERTY IN ONLY (1) ONE OF THE CLAIMS I AGREED TO FAST SETTLEMENT OPT OUT OPTION  THEN I CANCELLED RESINDED OPUT OUT IN FAVOR OF WAITING FOR FULL COMPENSATION

5) BY EMAIL EXHIBIT OMNI VERIFIED THE CANCELLATION OF OPT OUT OPTION BY THE APPROPIATE AUTHORITYS EXHIBIT a

6) FOR MONTHS I ~~OVERLOOKD~~ HAD NO RESPONCE TO OPTOUT THE OMNI CANCELLATION EMAIL DEMANDING CANCELLATION

OF OPT OUT OPTION I ONLY CHOSE FOR 1 OF 2 CLAIM #
████ I 1ST SENT LETTER CANCELING ONLY 1 CLAIM#
OPT OUT OPTION 30 DAYS AFTER SELECTING FOR
I DID NOT CHOSE OPT OUT FOR 2ND CLAIM ████

7A) 2 SEX ASSAULTS OCCURED AT CUB SCOUT TROOP #___ UNKNOWN
BOY
TROOP LEADERS NAME Mr ALLEN VERIFICATION REQUESTED

7) OMNI AGENTS AT FIRST DID NOT REPLY TO MY REPETED DEMANDS FOR (2ND) CANCELLATION OF THE OPT OUT OPTION THAT I HAD MADE ONLY IN REGARDB OF ONE OF THE TWO SEPERATE SEX ASSAULTS SUFFERED

6) AFTER OMNI CONFIRMED THE CANCELLATION OF MY OPT OUT OPTION I RECIVED DEADLINE DEMAND TO REGISTER FOR EXPEDITED SETTLEMENT I THOUGHT WAS NOT OPT OUT OPTION I REGISTERD REFUSE T FILL OUT QUESTIONS UNTIL TOLD IS THE EXPIDED THE OPT OUT?

7) I DEMANDED CLARIFICATION ILLEGALLY FRAUDLENTLY RACEISTLY MALISHOUSLY STILL REFUSED BY SCOUT SETTLEMENT TRUST

#1) IS EXPEDITED SETTLEMENT THE SAME AS THE OPT OUT OPTION ?

#2 CONFIRM I HAVE TWO SEPERATE SEX ABUSE CLAIMS NOT 1 CONSOLIDATED CLAIM  EACH SETTLED SEPRATE

#3 CONFIRM THAT I AM NO LONGER IN THE OPT OUT OPTION WITH (ONLY) 1 OF MY TWO CLAIMS

7b) THE DISPUTE WITH OMNI AND THE SCOUT SETTLEMENT AUTHORITY WAS AND IS

#1

IF I AM NO LONGER INN THE OPT OUT CLASSIFICATION  I CANCEIED 20 THEY CLAIM I CANNOT
ALSO  CANCEL OPT OUT OPTI

#2 IF I STILL HAVE 1 OR 2 SEPERATE APART REPORTS CLAIMS

8) I REFUSED REQUEST TO CANCEL ONE OF THE 2 REPORTS/CLAIMS

9) PER CRITERIA IF MORE THAN 1 PERPETRATOR AT THE SAME INCIDENT (AND TIME) OF ABUSE THAT FACTOR WOULD BE CONSIDERED ADDITIONALY

10) IN MY CASE THERE WERE 2 SEPERATE INCIDENTS 2 ABUSERS AT DIFFRENT TIME

I HAD EXITED THE BATHROOM BACK. WITH THE SCOUTS WHEN AFTER A INTERLUDE I WAS AGAIN SEPERATED FROM THE SCOUTS AND ABUSED

11) AT FIRST I WAS ABUSED BY A FELLOW SCOUT THEN OVER 15 MINUTES LATER IN A TOTALLY SEPERATE INCIDENT BY THE SCOUT MASTER I DID NOT WANT TO REPORT AT FIRST AND IF I DECIDED TO WAS GOING TO IN A SEPERATE LATER COMPLAINT

12 WEEKS AFTER MAKING 1ST REPORT I PUT EMBARASEMENT ASIDE AND .REPORTED THE SCOUTMASTERS.SEXUAL ABUSE

13 THE BOY SCOUTS HAVR REFUSED TO

#1 CONFIRM THE TROOP NUMBER 2 OR 4 AND

#2 FULL NAME OF THE SCOUTMASTER

(exhibits 1-5)

ST JAMES PRESBYTERIAN CHURCH EMAIL BGSTJAMES @VERIZON.NET

14) THE SCOUT SETTLEMENT GROUP REFUSED AND TO THIS DAY REFUSES TO CONFIRM IF :

#1) THE EXPIDITED SETTLEMENT IS OR IS NOT THE SAME AS " OPT OUT OF SETTLEMENT"(OPTION)

#2) IF I SUCESSFULLY CANCELLED MY OPT OUT OPTION

2B) THE OMNI AGENTS CONFIRMED CANCELLATION OF MY OPT OUT OPTION (exhibit)

2c) OMNI AGENTS AT FIRST IGNORED MY CANCELLATION OF THE OPT OUT OPTION NOTIFIED DAYS AFTER IT WAS CHOSEN IN ERROR (ALSO THAT OPT OUT WAS ONLY CHOSEN FOR 1 OF THE 2 SEX ABUSE INCIDENTS I SUFFERED)

#3) THE TROOP NUMBER OF THE ONLY BLACK HARLEM NEW YORK SCOUTING TROOP HELD AT ST JAMES PRESBETERIAN CHURCH 141 ST AMSTERDAM AVE NYC 1963-1964

#4) THE FULL NAME OF THE CUB SCOUT TROOP LEADER

#5) WHAT THE SETTLEMENT METRICS REFERED TO ARE EXACTLY THEY SAY WILL APPLY TO THOSE "QUALIFIED FOR THE EXPEDITED SETTLEMENT"

6) IF THE " EXPEDITED SETTLEMENT OPTION IS THE SAME AS THE "OPT OUT OPTION" (A FIXED $3500.00 AMOUNT) THEN THERE COULD NOT BE ANY

" METRICS TO DETERMINE AMOUNT PAID"

7) THE SCOUT SETTLEMENT GROUP REFUSES TO PROVIDE IGNORES REQUESTED

#1) A COPY OF THE 2 SEPERATE SEX ABUSE REPORT/ CLAIM/REPORTS BE EMAILED t[REDACTED]

IE #1 SA [REDACTED]
#2SA [REDACTED] Also 23219

#2) ALSO REQUESTED A COPY OF THE ADDITIONAL INFO DETAILS MADE IN THE AMMENDMENT THAT WAS ASSIGNED # SA

#3) A COPY OF THE SETTLEMENT MATRIX REFERED TO NEEDED TO UNDERSTAND OPTIONS

WHEREFORE

PETITIONER REQUESTS ORDER CANCEL OPT OUT OPTIONS ON BOTH CLAIMS

1) COURT ORDER SETTLEMENT GROUP ADMINISTRATORS TO VERIFY AS DID OMNI MY CANCELATION OF THE "OPT OUT OPTION" CHOSEN FOR ONLY 1 OF THE TWO SEX ABUSE INCIDENT REPORTS

2) COURT ORDER SCOUT SETTLEMENT ADMINISTRATORS TO .....

3) COURT ORDER COPY PROVIDED OF CLAIM # [REDACTED]

4.) PROVIDE A COPY OF BANKRUPTCY COURTS 'SETTLEMENT MATRIX' REFERED TO IN THE EXPEDITED SETTLEMENT LITERATURE

5.) VERIFY TROOP # 1963-64 ST JAMES PRESBYTERIAN CHURCH 141 ST NICHOLAS AV HARIEM NYC ALSO SCOUT MAST[REDACTED]

DATED 9/2/23

served electronically on respondants  MORRIS NICHOL[REDACTED]
DEREK ABBOTT
1201 N MARKET ST
WILLINGTON DE 19899

PS VICTIM CANT AFFORD P.O BOX PAYMENT SERVE BY EMAIL

Mail body: Re: [External] PLEASE CONFIRM RECIEPT OF CANCEL OPT OUT PAPERWORK

On Mon, May 8, 2023, 9:11 PM Client Support <clientsupport@omniagnt.com> wrote:

Exhibit 1

Thank you for contacting Omni Agent Solutions.

On April 28, 2023, we sent you an email confirming receipt of your election change. Please take this email as further confirmation that we have recorded your intent to not receive the expedited distribution payment. This information will be passed along to the Settlement Trustee in due course.

The following information is intended to explain why three claim numbers are associated with your claim against the Boy Scouts of America. You filed two Sexual Abuse Proof of Claim forms, SA-4576 and SA-71836, on September 29, 2020 and November 13, 2020, respectively. On November 13, 2020, you also filed a General Proof of Claim on a Form 410, assigned claim number SA-23219, which included a narrative attachment from you.

When the time comes, the Settlement Trustee and her staff will review all documents you have submitted in this matter to help them evaluate your claim.

I hope this is helpful and resolves your concerns. We are here for you if you want to talk or have additional questions, at 866-907-BSA1 (2721). Press Option 1.

Sincerely,

Omni Agent Solutions, Inc.

5955 De Soto Ave., Suite 100

Woodland Hills, CA 91367"

From:
Sent: Sunday, May 7, 2023 9:32 AM
To: BSAballots@omniagnt.com
Cc: John Doherty <jdoherty@OmniAgnt.com>
Subject: [External] PLEASE CONFIRM RECIEPT OF CANCEL OPT OUT PAPERWORK

OMNI CASE 20 10343 Boy Scouts Bankruptcy Claims

I SUBMITED TWO 2 CLAIMS A THIRD WAS GENERATED WHY BY WHOM

Mail body: Re: DELIBERATE NAME MISPELLING 2 SEPERATE CLAIMS

On Tue, Nov 16, 2021, 4:59 PM I II

On Tue, Nov 16, 2021, 3:30 PM I
OMNI AGENT SOLUTIONES

Exhib.12

   I HAVE TWO SEPERATE CLAIMS DUE TO TWO DISTINCT SEX ABUSES WHERE PERPETRATORS DID NOT ACT TOGETHER

#1   I AM BEING DISCRIMINATED AGAINST BY OMNI DELIBERATELY MISPELLING MY NAME ON 2ND CLAIM NOTICE

#2 I WANT TO SETTLE EXPIDITED THE FIRST CLAIM NOT THE 2ND CLAIM

Note #1 I IMMEDIATELY CANCELED OPT OUT OPTION EXPEDITED ON 1ST CLAIM

#2 I CLARIFIED OPT OUT OPTION WAS NOT SELECTED FOR 2ND CLAIM



US Bankruptcy Court District Delaware
Clerk of Court Motion Filer
824 N Market st    3d Fl
Wilmington Delaware