Mail body: Re: Last REPLY TO HON BARBARA HOUSER TRUSTEEs REPLY TO PLAINTIFFS MOTON

On Wed, Nov 22, 2023, 3:17 PM ████████████████ ote:

On Sun, Nov 19, 2023, 9:20 PM James O'Neill <JONeill@pszjlaw.com> wrote:
Received.

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP

On Nov 19, 2023, at 7:27 PM, I III ████████████████ wrote:

RECEIVED
2023 DEC -7 PM 1:39
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

US DELAWARE DISTRICT BANKRUPTCY COURT
CH 11 20-10343 LLS
BOY SCOUT OF AMERICA AND DELAWARE Debtors

REPLY TO HON HOUSER BRIEF & MOTION FOR PUNETIVE DAMAGES

APPLICABLE LAW

DUE PROCESS EQUAL PROTECTION CLAUSE RACE ALIENAGE DISCRIMINATION T 42USC 1982

BACKGROUND

re████████████████████████████ FILED 1st SEX ABUSE CASE CLAIM AGAINST FELLOW SCOUT ABUSER #1 4576  THEN A WEEK LATER 2nd CASE AGAINST TROOP LEADER # 23219 SHORTLY AFTER CANCELLED OPT OUT OPTION BY LETTER EMAILS AND AMMENDED PROOF OF CLAIM THAT GENERATED 3rd CASE # 71836         RESULTING IN 3 CASE #   1 st    4576   (4476?)
THEN FILED AMMENDED BALLOT 2022 CANCELING OPT OUT OPTION           2nd 23219
                                                                    3rd    71836

Hon HOUSER MiSLEADS COURT ONLY NOW DID I CANCEL CHANGE OPT OUT OPTION

TRUSTEE IS REABUSEING SEX ABUSE VICTIMS BY FORCEING 1 MONTHS RENT A $ 3500.00 AS COMPENSATION INSTEAD OF A NEW HOUSE $500,000.00 MINIMUMN OWED

ISSUES

#1 IIWAS TOLD TO CANCEL OPT OUT OPTION SEND A AMMENDED CLAIM FOR SENT CONFIRMED RECIVED BY OMNI AGENT SOLUTIONS TRUSTEE FRAUDLENTLY OMMITS EMAILS TO OMNI 2021 2022 CANCELING OPT OUT OPTION

#1b TRUSTEE AND OMNI FRAUDLENTLY CONCEALING LAST BALLOT ( MOVANTS AMMENDED BALLOT) OMNI AGENT JOHN DOTHERY ACKNOWLEDGE RECIVED CANCELED OPT OUT OPTION A FRAUDLENT TRICK WARRANTING PUNETVE DAMAGES (hereby demanded) THE TRUSTS RULE VERIFY CALDWELLS AMENDED BALLOT CANCELED THE OPT OUT OPTION SO TRUSTEE REFUSES TO ACKNOWLEDGE RECIEPT OF HE AMMENDED BALLOT OMNI AGENT JOHN DOTHERY EMAIL ACKNOWLEDGED RECIEPT OF requireing court supoen
"THE LAST BALLOT

1c I WAS DRUNK AND UNDER INFLUENCE OF DRUGS FOR ANXIETY AND MARAJUANA HIGH AT THE TIME I FAILED TO CORRECT ERROR OF MISTAKENLY CHECKING BOX SELECTNG OPT OUT FOR ONLY ONE CASE OF SEX ASSAULT I HAD ASKED FRIEND TO WHITE OUT THE CHECKED OPT OUT BOX BEFORE MAILING DID NOT DISCOVER ERROR FOR MONTHS IMMEDIATELY NOTIFIED BOY SCOUTS AND OMNI

(exhibits)

1d UNCONSTUTIONAL IN MALSHOUS FRAUDLENT MSREPRESENTATON AND CONCEALMENT TRCKERY OMNI AGENTS AND TRUSTEE FAILED DUTY OWED CONSTUTIONAL DUE PROCESS NOTICE THAT SELECTING OPT OUT #1 IRREVOKABLE #2 WOULD APPLY TO BOTH CASES # 4476 ALSO SEPERATE SEX ABUSE CASE # 71836 BASED ON UNDISCLOSED

1e DUE PROCESS REQUIRED WRITTEN NOTICE WARNING PRINTED IMMEDIATE UNDER OPT OUT CHECK BOX THE WARNING " ONCE CHOSEN OPT OUT OPTION CANNOT BE CHANGED OR CORRECTED"

1f JUDICAL NOTICE REQUESTED OF # 1 AMMENDED PROOF OF CLAIM RECIVED BY OMNI AGENTS CANCELING OPT OUT OPTON  (EXHIBIT)
# 2 AMMENDED BALLOT WAS RECIVED BY OMNI  AGENTS 2/2022
# 3 TRUSTEE MISREPRESENTS   CONCEALS EVIDENCE BOY SCOUTS ALSO OMNI AGENT JOHN DOTHERY RECIVED 2/2022 FACT THAT I PRIOR THREE TIMES CANCELLED OPT OUT OPTION

1g THE 3rd MODIFIED 5th AMMENDED CH 11 PLAN ( BSA llc DL 10296 is UNCONSTUTIONAL DENYING DUE PROCESS EQUAL PROTECTION OF LAW AGAINST PUBLIC POLCY AS TRUSTEE NTERPETS T TO ALLOW PAYMENT OF 1st SEX ABUSE RAPE CASE  AT $3500.00  PRETEXT FOR NOT COMPESATEING IGNOREING ALL SEX ABUSES (page 2 line 9"" PROVIDE FOR A SINGLE RESOLUTION FOR EACH SUVIVOR  REGARDLESS OF THE NUMBER OF INCIDENTS OF ABUSE SUFFERED BY INDIVIDUAL

1h) DENAL OF ADDITIONAL COMPENSATION FOR( 2nd or 3rd) SEPERATE AND DISTINCT SEX ABUSES SUFFERED  COMMITED BY BOY SCOUTS  ETAL AFTER THE 1st  SEX ABUSE AWARD OF $3500.00 OR FULL COMPENSATED AMOUNT IS FRAUD DENY S JUSTICE UNCONSTUTIONAL DUE PROCESS EQUAL PROTECTION

1i TRUSTEE CONCEALED DUE PROCESS NOTICE FAILED TO SERVE NOTICE OF IRREVOKABLEITY OF OPT OUT OPTION AND TRUSTEES CONSOLIDATED RESPONSE IN OPOSITION TO SUVIVOR CLAIMENT DS MOTON TO CHANGE ELECTON TO OPT INTO EXPIDITED PAYMENT C CLASS D  11532...(ALSO) (2) MOTON TO CHANGE ELECTION...11522(DI 11565

1j) I SUBMTTED DOCUMENT AMMENDED PROOF OF CLAIM CANCELING OPT OUT OPTION BY LETTER  TO BOY SCOUTS ALSO  AMMENDED BALLOT AND 2nd  AMMENDED BALLOT All CANCELLATON OF OPT OUT OPTION
BEFORE DEADLINE

1k) THE PLAN IS UNCONSTUTIONAL DENYS DUE PROCESS  EQUAL PROTECTION BY  HOUSERS ACTS AND ASSERTIONS
#1  ONLY THE 1st CLAIM at $3500 HAS TO BE COMPENSATED IF 2nd SEX ABUSE SUFFERED DIFFRENT ABUSER AND TIME
#2  OPT OUT OPTION IS IRREVOKABLE
#3  FAILURE TO NOTIFY CLAIMENTs HOW TO CANCEL OPT OUT AND DEADLINE TO CANCEL OPT OUT IF POSSIBLE

B HOUSER REFUSES TO VERIFY RECIEPT BY BOY SCOUTS AND OMNI OF CALLS LETTERS EMAILS ALSO CANCELING OPT OUT BY LETTERS AMMENDED CLAIM FORM( AMMENDED BALLOTS (2) EXHIBIT)

1f TRUSTEE FRAUDLENT FAILURE TO DISCLOSE FOLLOWING(DUE PROCESS EQUAL PROTECTON VIOLATION)

1g TRUSTEE ANTICIPATED MISTAKES WOULD BE MADE BY PRO SE PLAINTIFF NO ATTORNEY IN ANXIETY CHOSEING OPT OUT OPTION DUE TO MISTAKE AND NO ATTORNEY AND ANXIETY AND FRAUDLEENTLY CONCEALED REQUIRED DUE PROCESS DISCLOSURES

#1 Deadline for changeing Opt Out Option
#2 Once chosen opt out option cannot be changed

A) THAT CHOSEING OPT OUT OPTION WAS IRREVERSABLE FINAL UNCANCELABLE

B) HOW TO CANCEL OPT OUT OPTION NOT DISLOSED NOR THAT DEADLINE TO SUBMIT AMMENDED LAST BALLOT ( apparently only way )TO CANCEL OPT OUT WAS 3/7/22

C) TRUSTEE FAILED DUTY TO DISCLOSE THAT IF OPT OUT OPTION CHOSEN VICTIMS OF 2 or MORE SEX

ASSSAULTS WOULD ONLY RECIVE ONE $3500 PAYMENT IF OPT OUT OPTION SELECTED IRREGARDLESs OF

2nd SEPERATE AND DSTINCT ABUSE AT TIME AND DIFFRENT FROM 1st and 2nd ABUSER NOT

PARTICIPATEING IN 1st ABUSE OF SEX UALLY ASSAULT UNCONSTUTIONAL DUE PROCESS DENIAL
E) DUE PROCESS REQUIRED TRUSTEE TO NOTIFY DEADLINE TO CHANGE CANCEL OPT OPTION WAS MARCH 7 2022 ONLY NOTIFIED BY BRIEF SERVED BY EMAIL THURSDAY PRIOR TO HEARING

F) IF OPT OUT OPTION SELECTED UNCONSTUTIONALLY ARBITRARY TRUST COULD DECIDE TO NOT COMPENSATE 2nd DISTINT SEX ASSAULT BY SEPERATE PERSON AT A DIFFRENT TIME UNDER UNCONSTUTIONAL VAGUE LANGUAGE OF TRUST DISTRIBUTION PROCEEDURES &
PLAN ART I .18 and TDP Art VIIIC1                              :" SINGLE INCIDENT OF ABUSE language perverted by Trustee to UNCONSTUTIONALLYDisenfranchise compensaton for "SECOND INCIDENT OF ABUSE

COURT DID INTEND TO ALLOW DEBTORS UNDER CO:OR OF OPT OUT GUIDELINES TO VIOLATE DENY CIVIL

RIGHT TO SUE AND CONSTUTIONAL RIGHT TO BE COMPENSATED FOR 2nd AND EACH SEPERATE AND

DISTINCT SEXUAL ASAULT ONLY ON BASIS OF FALSE PRETEXT

THAT fSCOUTS PAY $3500 FOR 1ST SEX ABUSE CASE THAY DONT HAVE TO PAY FOR FOLLOWING 2ND SEXUAL ASSAULT COMMITTED BY THEIR EMPLOYEES DUE TO PEDOPHILE CULTURE AND IMPUNITY OF BOY SCOUT LEADERS ETAL AT HE TIME


ON page 6 #12 lne 16 TRUSTEE ARGUES NONSENSE " 2nd sex abuse committed by 2 seperate persons is not sepertely compensatable WTHOUT PRIOR NOTICE DUE PROCESS REQUIRES OTHERWISE WOULD HAVE FILED 2 LAWSUITS

5) THE AMMENDED CLAIM FORM the THIRD CLAIM # 23219 WAS SOLELY TO AMMEND AND CANCEL OPT OUT OPTION

6) THE LANGUAGE RELIED ON TO DENY COMPENSATION FOR THE ND SEPERATE AND DISTINCT SEX ASSAULT IS UNCONSTUTIONALLY VAGE AND DENIES DUE PROCESS RIGHT TO REDRESS COURTS FOR GREVIENCE EXACTLY AS EPSTEIN BLANKET IMMUNITY CONSPIRACY DENYING DUE PROCESS EQUAL PROTECTION UNDER COLOR OF LAW T42 US CODE 1983
7) PETITIONED WROTE AND EMAILED OMNI AGENTS BOY SCOUTS AND TRUSTEE 2021 CANCELING OPT OUT OPTION BUT THEY FAILED TO CONFIRM CAUSEING EXTREEM EMOTIONAL DISTRESS AND REPETED ATTEMPTS TO CANCEL OPT OUT OPTION AND WAS ADVISED BY OMNI AGENTS
#1 OPT OUT OPTON WAS CANCLED FOR FULL COMPENSATION INSTEAD OF OPT OUT OPTION #2

FALSE CLAIMS OF HON BARBARA HOUSER FOR COURTS ADJUDACATION ect...

JUDICIAL NOTICE REQUESTED DESPITE RECIVING EXHIBITS AND EVIDENCE I CANCELLED OPT OUT OPTION 2022 and 2023 WHILE CASE WAS ACTIVE FALSELY CLAIMS THIS IS A

#1 page 5 line 2 " HE DID NOT SUBMT A SUBSEQUENT BALLOT OR OTHERWISE SEEK TO CANCEL RESIND

OR OTHERWISE CHANGE HIS ELECTION UNTIL APRIL 2023"

I SENT 4 LETTERS TO OMNI CANCELING OPT OUT OPTON AND MADE # PHONE CALLS WAS ASSURED THEY WULD MAKE THAT CHANGE THAT I DO NOT WANT OPT OUT OPTION AFTER I SUBMITTED AMMENDED CLAIM
(EXHIBIT 1) CANCELING OPT OUT OPTON generateing 3rd CASE # 71836


# 2 HOUSER MSEPRESENTS Page 1 line 3;: ' MOTION (is)TO CHANGE HIS ELECTION OF EXPIDITED PAYMENT"
#1a Page 2 line 13: " HE CANNOT NOW CHANGE HIS ELECTION OF EXPIDITED DISTRUBITION"

SETTLEMENT TRUST S FRAUDLENTLY CONCEALING AMMENDED PROOF OF CLAIM  LETTERS ALSO CALDWELLS LAST BALLOTs "AMMENDED BALLOT THA T OMNI  THEN AGENT JOHN DOTHERY RECIVED 2022 and 2023 REPETED CANCELING OPT OUT OPTION (selected only for case SA 4576)  (4476?)

TRUSTS PLAN :SOLITATON PROCEDURES MANDATE " IF  DEBTORS RECIVE  MORE THAN ONE BALLOT ON BEHALF OF HOLDER OF SINGLE CLAIM THE EFFECTIVE VOTE SHALL BE THE LAST BALLOT RECIVED,,,"
CALDWELLS LAST BALLOT RECIVED BY OMNI JOHN DOTHERY DID NOT SELECT OPT OUT OPTION later called EXPEDITED

1st AMMENDED PROOF OF CLAIM FORM CANCELED OPT OUT OPTION WITHOUT OBJECTION BY TRUSTEE PLAINTIFF RELIED ON TO HIS HARM UNAWARE OF TRUSTEES MALISHOUS FRAUD
2nd AMMENDED BALLOT RECVED BY TRUSTS OMNI AGENT JOHN DOTHERY WHO INSTRUCTED PLAINTIFF HOW TO A @ND TIME RECANCEL OPT OUT OPTION

evidence concealed fraudulently OMNI JOHN DOTHERY EMAILs PROOF HON HOUSER RECIVED CANCEL OF OPT OUT OPTION  by executed recived AMMENDED CLAIM FORM ALSO AMMENDED BALLOT 2022 again 2023
p2 lne 13;' HE CANNOT NOW CHANGE (OPT OUT OPTION

# 1  page 2 #1 line 4: " HE NOW SEEKS TO  CANCEL THAT ...(opt out)...OPTION PRESUMABLY...
              F A C T
OMNI EMAILS CALLS AND EXHIBITS PROVE 2022 PLAINTFF SUCESSFULLY CANCELED OPT OUT OPTION BY AMMENDED CLAM Exhibit 1 AGAIN BY AMMENDED BALLOT NOT CHOSENG OPT OUT

# 2 page #2 line 9 : " (THE PLAN) and its supporting documents provide for a single resoluton for eachsurvivor ,regardless of the number of incidents of abuse suffered  "...

# 3  page 2 line 11 :" BECAUSE MOVENT ELECTED THE EXPIDITED DISTRIBUTION ON THE BALLOT HE WILL RECIVE EXPIDITED DISTRIBUTION"

 ( H HOUSER GNORES THE  3 NOTICES OF CANCELLING OF THE OPT OUT OPTION
     1st BY LETTER TO BOY SCOUTS AND OMNI   (EXHIBIT)
     2nd BY AMMENDED PROOF OF CLAIM THAT GENERATED #rd CASE #  71836 ON THE AMMENDED BALLOT OMNI AGENT JOHN DOTHERY ACKNOWLEDGE RECIVEING AND FORWARDING (exhibit 2)

#4  page 2 line 13: ..." HE CANNOT NOW CHANGE ELECTION TO OPT (OUT) ...and MOTION TO CHANGE ELECTION TO OPT (OUT)


   #4 Page
 HON HOUSER IS FRAUDLENTLY MISLEADING COURT HAVING RECVED EXHIBITS PROOF of

#1 OMNI AGENT JOHN DOTHERY RECIVED AMMEND CLAIM CANCELING OPT OUT IN 2022

#2 OMNI AGENT JOHN DOTHERY (exhibits)INSTRUCTED PLAINTIFF TO FILE AMMENDED BALLOT TO CANCEL NOT CHOSE OPT OUT OPTION 2022 ALSO ACKNOWLEDGED RECEPT THEREOF & FORWARDING TO SCOUT TRUSTEE BUT FRAUDLENTLTY REFUSES TO REAFFIRM EMAIL SUPONEAED

#3 DUE PROCESS REQUIRES NOTICE SELECTION OF OPT OUT OPTION IS FINAL

IRREVERSABLE OTHEWISE PLAINTIFF WOULD NEVER SELECTED FOR ONLY 1st CASE #4476
PLAINTIFF SPECIFIED WROTE IN MARGIN NOT SELECTED FOR 2ND CASE #75672

#4 THE 3RD CASE #   2........   WAS GENERATED ONLY DUE TO CANCELING OPT OUT 2022

1 Plaintiff suffered 2 sex abusers 1963 a cub scout and 1/2 later the Scout leader on info and belief
Sponsered by and held at autotorium of St James Prespeterian Church 141 st St Nicholas Harlem NYC

2 Plaintiff filed case #4476 1st only against fellow Scout electing opt out option

2B A week later after embarassment faded filed 2nd claim against Troop leaders abuse 1/2 hour later. case # 71836 not electing opt option

3 Plaintiff reled on debtor s OMNI Agent plaintff could recind the opt out option before case adjudacation

4 Plainitff was instructed by OMNI Agent John Dothery in calls and emails to fill out a ammendment
to claim to change and Cancel election of opt out option Plainitff (EXHIBIT 1) submitted 2022 and OMNI acknowledge
reciept of in 2022 generateing a 3rd Case # 2

5 Plaintiff was also advised by OMNI to send in a AMMENDED BALLOT TO CANCEL OPT OUT OPTION

6 ON  6 2022 PLAINTIFF AMMENDED BALLOT NOT SELECTING OPT OUT OPTION

# 1) PLAINTIFF MADE 2 SEPERATE CLAIMS FOR 2 SEPERATE ASSAULTS SAME DAY 15 MINUTES APART
UNDER GUIDELNES THEN APPLCBLE PRIOR TO NEW RULES OF THIRD MODFIED FIFTH AMMENDED CH !!
PLAN OF REORGANAZATION BSA LLC D1 10296 PROVDE FOR SINGLE RESOLUTON REGARDLESS OF THE
NUMBER OF NCIDENTS OF ABUSE SUFFERED "is UNCONSTUTIONAL DENYS DUE PROCESS EXACTLY AS
EPSTEINS FIX WTH FL PROSCEUTORS IMMUNUTY FOR ALL OTHER FUTURE CHARGES CLAMS

SCOUT SETTLEMENT TRUST FAILED DUE PROCESS DUTY TO ADVISE SELECTING OPT OUT WAS
IRREVERSABLE

[REDACTED] CANCELLED OPT OUT OPTION PER INSTRUCIONS OF TRUSTEES AGENT OMNI
SOLUTIONS BY FILLING OUT AMMENDED BALLOT ACKNOWLEDGE RECIVED BY OMNI JOHN DOTHERY
1ST BY SUBMITTING COVER PAGE AND AMMENDMENTS OR SUPPLEMENTS TO THE
SEXSUVIVORS PROOF OF CLAIM ACKNOWLEDGED RECIVED BY OMNI EXHIBIT 1

OMNI AGENT ADVISED PLAINTIFF TO FILE A AMMEDED CLAIM EXHIBIT 1 TO CANCEL OPT OUT OPTION
CANCELLED 2021 EXHIBIT 1

SCOUT SETTLEMENT TRUST REFUSED DUTY TO CALL OMNI AGENT JOHN DOTHERY WHO
RECIVED AMMENDED BALLOT CANCELIMG EXPEDITED OPT OUT OPTION

OMNI AGENT ADVISED PLAINTFF TO FILE A AMMENDED BALLOT ALSO IN 2022 TO CANCEL OPT OUT
OPTION JOHN DOTHERY ACKNOWLEDGED RECIEPT OF EXHIBITS 2 and 3 HON HOUSER REFUSES TO CALL
MR DOTHERY TO CONFIRM REQUIRING SUPOENA TO PRODUCE FILED AMMENDED CLAIM AND ALSO
AMMENDED BALLOT BOTH CANCELING OPT OUT OPTION 2022

COURT CANNOT CONSIDER UNSERVED UNFILED EVIDENCE PAGE 2 last line "which the Trustee incorperates herein FEDERAL COURT AND US CONSTUTION PROHIBIT SUCH DUE PROCESS VIOLATONS

THE FRAUD OF TRUSTEE DENYING DEMANDED ACKNOWLEDGEMENT OF RECIEPT OF 2021 AMMENDED CLAM CANCELING OPT OUT ALSO DOCUMENTS AND MAL AND EMAIL RECIVED S BY THEIR AGENTS OMNI JOHN DOTHERY OF LAST BALLOT 2022 again 2023 NOT SELECTING OPT OUT OPTION

PLAINTIFF IS INDIGENT UNEMPLOYED DISABLED CANT AFORD THE TWO $10,000.00 FEES FOR FULL COMPENSATION FOR THE 2 SEPERATE AND DISTINCT SEX ABUSE CASES BEFORE THE COURT UNSURE IF $10,000.00 on 2 occassions IS DEMANDED FOR EACH SEX ABUSE CASE SUFFERD IE $40,000.00?

PLAINTIFF REQUESTS ORDER WAIVEING ALL $10,000.00 FEES REQUIRED FOR FULL COMPENSATION OF THE 2 DISTINCT SEX ABUSES SUFFERED

TRUSTEE UNCONSTUTIONALLY HAS DETERMINED I MUST ACCEPT $3500.oo FOR THE 1st SEX ASSAULT DUE TO UNCONSTUTIONAL VAGUE UNDISLOSED OF THE CASE LANGUAGE LLOWING TRUSTEES WHIM AND CAPRICE ALLOWED TO COMPLETELY DENY COMPENSATION FOR SECOND SEXUAL ASSAULT SUFERED AND LITIGATED UNDER COLOR OF LAW DSENFRANCHISENG CIVIL RIGHTs UNCONSTUTIONALLY

WHEREFOREI A ORDER IS DEMANDED ENTITLEING PETITIONER NOT FORCED TO ACCEPT THE OPT OUT OPTON INSTEAD FULL COMPENSATION AND WITH INDIGENT WAIVER OF ALL FEES

PLAINTFF WAS ONLY SERVED BY EMAIL @ DAYS PRR HEARING NEEDS ADDITIONAL 14 DAYS TO GATHER EVIDENCE REQUIRED FOR COURT ADJUDACATION

ALSO A ORDER THAT EACH OF THE 2 SEPERATE AND DISTINCT SEXUAL ASSAULTs SUFFERED EACH BE COMPENSATED SEPERATELY as OPPOSED TO TRUSTEES MANDATE ONLY ONE $ 3500.00 PAYMENT WILL BE MADE FOR THE 1ST SEX ASSAULT AND 2nd SEXUAL ASSAULT GO UNCOMPENSATED IE TWO SEPERATE SEX ASSAULT CASE # 4476 and 71836
ALSO ORDER FOR APPROPIATE RELIEFS AND ALLOWING 14 DAYS TO SUBMIT EVIDENCE
11/17/23
served on the trustee and J oneill at email provided for service Electronic signe

Denied Oneil this day

Mail body: 2 sat

On Fri, Nov 24, 2023, 3:19 PM ███████████████ wrote:

US BANKRUPTCY COURT DISTRICT OF DELAWARE
Addenum
~~Attachments to~~ Motion to allow Cancellation of Opt Out & other Reliefs
Exparte

20  10343

BOY SCOUTS OF AMERICA Bankruptcy

I make this affidavit in support of this Motion I declare swear under oath the following facts are true to my own personal knowledge sworn under penalty of perjury

I was unwilling victim of 2 seperate and apart sex abuses I suffered april 1963 at HARLEM NYC CUB BOY/SCOUT TROOP atv141ST ST NICHOLAS AVE I belive sponsored part by ST JAMES PRESBETRIAN CHURCH We met in AUDITORIUM

I demand a declatory Judgement regarding The Unconstutionality of the Trustee Unconstutionally claims Unconstutional undisclosed (until after case was over) "THE PLAN" language disenfranchises Civil right to be seperately compensated for 2nd sexual assault that occurred at a seperate time by diffrent lone individual

I suffered 2 distinct sexual abuses at 2 distinct seperate time by 2 distinct seperate persons and the Trustee says I am "only going to recive $3500.00" due to racesim as assults occured to me of mixed race in Harlem NYC
I cannot determine if I had been advised to seek legal advice before answering ballot and expidited opton i would not have checked x expidited option I immediately decided I did not want as they might fore me to accept that for both seperate CASES I DID NOT INTEND TO HAPPEN UNDER ANY CIRCUMSTANCE FEELING A TRICK THE WAY THE EXPIDITED OPTION PRESENTED WITHOUT EXPLANATION WARNING ECT

    Also den
I SUFFERED 2 seperate sex asaults and MADE 2 seperate claims
1ST I made against the older boy scout that by force in bathroom analy penetrated me 1st case # 4765

    A week later i decided to suffer the humiliation of reporting the 2nd sex abuse I suffered approx 15 minutes ater the 1st sex abuse when I was seperately sex abused by the troop.leader a white male the his name is Mr Allen I belive
that generated 2nd case # 23219

    I demand my Civil Right tobe seperately compensateebfor eqch seperate sex abuse

Trustee failed duty to notice in regard to expidited option
#1 how to unelect option

#2 deadline to unelect option

#3 unrepresented should seek or trustee provide legal advice before choseing to give up legal right to full compensation

#4 that electing expidited option was permenantly releaseing trust from paying any other compensation and it was not a advance due to hardship

#5 that the Trust demand for payment of $10,000. TWICE IF EXPIDITED OPTION NOT CHOSEN WOULD NOT PREVENT POOR FROM REC IVEING FULL COMPENSATION
THAT DEMAND CAUSED ME TO AT 1ST SELECT EXPEDITED OPTION

#6 IT WAS DURESS TO DEMAND DURESSED CONFUSED CHOSE EXPIDITED OPTION ON BALLOT OR NOT AT ALL GIVEN 1 DAY TO DECIDE RATHER THAT THE TIME REASONABLE FAIRNESS REQUIRES AT LEAST A WEEK

in last minute added to Ballot expidited option

Judge Silverstein stated

1"...I should limit relief to unrepresented...those who made motions...its your plan you decide what to do..."

#1 The plan language was concealed at time of voteing is unconstutionally vague as a person of common knowledge is not warned of any deadline to cancel change expidited distribution

#2 The ballot added at last munute the expidited box failing to notify
#1 if X is rejection or check is acceptance

#3 How to change mistake if box checked in error as petitioned did expecting mailer to white out not discovering error till months later

#4

Trustee fraudlently represents
The 2nd sex abuse was is a "aggravation"bof the 1st sex assault I suffered per the unconstutionally vague undefined plan language a fraudlently scam violation of duty to disclose and notify

Per the plans language agravation can only mean 2 abuser ie multiple rape

Plans word aggravation means sex abuse by multiple abusers during 1 distinct NOT APPLYING TO 2 SEPERATE AND DISTINCE SEX ABUSES


I made it perfectly clear I intended to select the expedited distriburion for only 1st case due to not wanting Scouts to suffer financially but i immediately recinded(cancelled) if I recall with a X instead of !/ check mark then feeling they might be dishonest and try to trick me into accepting it for both cases so I IMMEDIATELY CHANGED CANCELLING BEFORE SENDING BALLOT AND AFTER OVER AND OVER TO NO AVAIL

WHEREFORE

I REQUEST APPROPIATE RELIEFS AS REQUESTED ORDERS DECLATORY JUDGEMENTS AND A ORDER TRUSTEE VIOLATED DUTYS OWED BT CONCEALING DEADLINE TO CANCEL EXPIDITED OPTION AND HOW TO DO SO

I asked Omni Agents and they verified Omni recived my letter and ammended claim form canceling expidited option Omni verified I had changed my Expidited distribution

Then Mr Dothery asked me to send in another ammended Claim form and a ammended Ballot after that

At NOT TIME DID OMNI AGENT Mr Dothery state there was any DEADLINE TO CANCEL CHANGE EXPIDITED OPTION AS TRUSTEE FRAUDLENTLY ALLEGES SHE NOTIFIED ALL FAILING DUTY GROUNDS FOR REQUESTED REMOVAL CONFLICT OF INTREST

TRUSTEE IS SEEKING TO ENRICH ONLY REPRESENTED VICTIMS( AS IS HER ATTYS FUTURE EMPLOYERS)


THE EXPERT LAW FIRMS HER FUTURE EMPLOYERS BY LIMITING EQUAL DISTRIBUTION OF FUNDS FOR COMPENSATEING ALL VICTIMS NOT JUST THOSE WIH ATTORNEYS THAT CANT BE ROBBED BY TRUSTEES TRICKERY WITCH CRAFT


I sent in as instructed by OMNI to cancel the expidited option 1st a Letter 2022 (exhibit) and twice 2 ammended Claim forms 2022(exhibit) after a 3rd ammended ballot cancelling expidited option

I was advised 2022 I had sucessfully canceled the OPTOUT OPTION I CHOSE FOR ONLY THE 1ST CLAIM SA# 4675

THEN I WAS TOLD JUST WEEKS AGO I HAVE ONLY 1 CLAIM AND I CANNOT CANCEL OPT OUT OPTION ALREADY CANCELED
#1 UNCONSTUTIONAL DENYING DUE PROCESS NOT TO NOTICE YOU CANT CANCEL OPT OUT OPTION

#2 UNCONSTUTIONAL NOT TO ALLOW TWO SEPERATE CLAIMS TWO SEPERATE INDIVIDUAL SEX ABUSERS DIFFERENT TIMES SAME DAY 15 MINUTES APART

#3 SCOUTING@ EMAIL.COM REFUSES TO PROVIDE COPY OF #1) THE THREE CLAIM FORMS ALSO
#2) SETTLEMENT MATRIX REQUESTED

#3) REFUSES TO CLARIFY
A) IF EXPEDITED SETTLEMENT IS SAME AS OPT OUT OPTION
B) WHAT WILL HAPPEN IF QUESTIONS DEMANDED NOT ANSWERED BY OCT 3 FOR EXPIDITED SETTLEMENT QUESTIONER

I REJECT OPT OUT OPTION DEMAND FULL PAYMENT FOR EACH SEPRATE PROOF OF CLAIM SUBMIT

Mail body: Re: 2nd Additional Arguements to 11/20 hearing and new Motion

On Tue, Nov 21, 2023, 9:48 AM I II ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
US BANKRUPTCY COURT DELAWARE

Ch 11   20 10343

MOTION FOR APPROPIATE RELIEFS (& ADDL ARGUEMENTS)

BOY SCOUTS OF AMERICA ETAL

APPLICABLE LAWS

US CONSTUTION ,TITLE 42 USC 1983 KKK ACT DUE PROCESS EQUAL PROTECTION CLAUSES GOOD FAITH

JUDICAL NOTICE REQUESTED DUE TO.MY RACE ALIENAGE IN PUERTO RICO ZOOM CONSPIRED FOR BENEFIT OF TRUSTEE TO DENY MY CIVIL RIGHT DUE PROCESS TO PARTICIPATE IN COURT HEARING 11/20 BY ZOOM REPETED TRICKERY CANCELING CALL PREVENTED VIDEO APPEARANCE IRREPAREABLY HARMING ABILITY TO RECIVE FULL COMPENSATION FOR EACH SEX ABUSE SUFFERED

THIS IS A CASE TRUSTEE PERVERTED RULES TO NOT DISCLOSE FRAUDLENTLY CONCEALED HOW THE PLAN AND RULES PPD ECT DISENFRANCHISES CONSTUTIONAL RIGHTS:

#1 SELECTNG EXPIDITED DISTRIBUTION PREVENTS VICIMS OF MULTIPLE SEX ABUSES/RAPES FROM BEING COMPENSATED EXCEPT FOR THE 1 ST RAPE

#2 ONLY A AMMENDED BALLOT BEFORE END OF VOTE DEADLINE COULD CHANGE SELECTION OF EXPIDITED OPTION

#3 BY TRUSTEES LAST MINUTE ADDING EXPIDITED OPTION TO BALLOT VICTIMS WERE WITHOUT NOTICE THAT END OF BALLOT ACCEPTANCE WAS ALSO END OF CIVIL RIGHT TO CANCEL EXPIDITED OPTION

I WAS UNDER EXTREEM DURESS WHEN FILLING OUT BALLOT AND FIRST CHOSE IMMEDATELYBUNCHOSE EXPIDITED BOX THINKING A CHECK IS ACCEPTING A X IS NOT IF I RECALL I MARKED X REJECTION THEN ASKED A FRIEND MAILING IT TO WHITE IT OUT BEFORE MAILING AS I HAD NONE AND THERE WAS NO YES NO OPTION BY TRUSTEE KNOWING MISTAKE WOULD BE MADE

FAILURE TO PRINT A YES NO LINES WAS FATAL TO THE GOOD FAITH AND DUE PROCESS REQUIREMENTS OWED TO NON LAWYER REPRESENTED SEX VICTIMS
BALLOT VOTING

THE UNEXPECTED INCLUDEING IN BALLOT BY TRUSTEE THE EXPIDITED OPTION UNEXPECTED ALSO BY VICTIMS IN UNFAIR SUPRISE WAS BAD FAITH TRICKERY

TRUSTEE LATER EXHIBITED SAME BAD FAITH HANGING UP PHONES AUTOMATICALLY AFTER 1ST MINUTE OF LEAVE A MESSAGE RECORDING NEVER RESPONDED KO RETURN CALL BY TRUSTEE ETAL

ADDING TO BALLOT DEMAND TO IMMEDIATELY CHOSE EXPIDITED OPTION WAS UNFAIR SURPRISE A AMBUSH ON CIVIL RIGHTS OF UNREPRESENTED SEX VICTIMS UNDOUBTLY UNDER DURESS SUFFERING ANXIETY STRESS MADNESS SEXUAL ABUSE REPORTING AND BALLOT BRINGS TO UNREPRESENTED VICTIMS

TRUSTEE BREACHED HER DUTYS OWED VICTIMS BY LAST MINUTE ADDING FORCEING SEX ABUSED VICTIMS TO IMMEDIATELY CHOSE UNEXPLAINED VAGUE EXPIDITED OPTION WHICH SEEMED TO BE A ADVANCE OF THE $11,000.00 OMNI AGENT SAID WAS THE ESTIMATED PAYMENT TO BE MADE AT END OF CASE

TRUSTEE LACKING DUTY OWED VICTIMS AND GOOD FAITH PLACED A IMMEDIATE SUPRISE SHOCKING DEBILATEING (TO UNREPRESENTED VICTIMS) A UNBEARABLE DISENFRANCHISEING IMMEDIATE SUPRISE OF A FEW MINUTES DEADLINE TO CHOSE OR NOT EXPIDITED OPTION DUE PROCESS AND WQUAL PROTECTION DENIAL

THE HONORABLE COURT HAS TO PRESUME AS TRUSTEE FORSEEABLY DID THAT UNREPRESENTED SEX ABUSE VICTIMS WERE UNDER EXTREEM SEVER EMOTIONAL DISTRESS AND OVERWHELMED BY THE GROSSLY NON COMPREHENSIBLE BALLOT WORDING AND LEAGLESE BEFORE BEING SHOCKED WITH SUPRISE OF MARKING A BOX INSTEAD OF A YES NO CHOICE OF EXPIDITED OPTION

TRUSTEES FRAUDLENT CONCEALMENT VOIDS ENTIRE CONTRACT BETWEEN VICTIM AND TRUSTEE IE SETTLEMENT AGREEMENT

UNREPRESENTED SEXUAL ABUSED VICTIMS AND THOSE
AS I IN DESPERATE NEED OF MONEY WERE TRICKED BY TRUSTEE AND NO NOTICE OF HOW AND WHEN ELECTED EXPIDITED OPTION COULD BE CANCELLED

ALTHOUGH COURT MAY AGREE AS IMPLIED THOSE ATTORNEY REPRESENTED VICTIMS NOT PRIOR ATTEMPTING TO CANCEL EXPIDITED OPTION ARE GOLD DIGGERS ONLY MISTAKE WAS FINDING OUT POTENTIAL COMPENSATION FIGURES THAT WERE FORSEEABLE BY A GOOD ATTORNEY

TRUSTEE DENIED DUE PROCESS EQUAL PROTECTION UNCONSTUTIONALLY TO ALL THE NON ATTORNEY REPRESENTED CLASS OF SEX ABUSE VICTIMS THAT ATTEMPTED TO CORRECT MISTAKE OF MARKING EXPIDITED DURING BALLOT PERIOD AND WITHIN A YEAR AFTER

ARE ENTITLED TO CHANGE THEIR BALLOT DUE TO TRUSTEE FAILING DUTY TO ADVISE THEY HAD 1 YEAR AFTER BALLOT DEADLINE OR VOTE DAY TO FILE A MOTION TO CHANGE ELECTED EXPIDITED OPTION

TO FINDING OUT OF THE HUGE DIFFRENCE INNL

THE ONLY BENEFICARYS OF THE SETTLEMENT WILL BE LIMITED TO THE FUTURE EMPLOYERS OF THE TRUSTEES ATTORNEYS

A UNDER THE TABLE BRIBE TO PREVENT FAIR EQUAL COMPENSATION DISTRIBUTION TO SEXUAL ABUSE VICTIMS IN FAVOR OF A LARGER 40% LAWYER FEE PAY OUT TO A FEW LAW FIRMS


TRUSTEES LACK OF GOOD FAITH TO NOTIFY DEADLINE TO CANCEL CHAANGE CORRECT CHOICE OF EXPIDITED OPTION RAISED
APPEARANCE OF BIAS AND CONCEALMENT BY TRUSTEES AND HER ATTYS NAKEDLY FAVORING INCREASEING THE PAYOFF FOR LARGE LAW FIRMS BY LIMITING SEX ABUSE VICTIMS RIGHT TO FULL COMPENSATION FOR EACH SEPERATE DISTINCT SEX ABUSE SUFFERED UNDER PRETEXT OF PPD AND SETTLEMENT RULES AND UNCORRECTABLE EXPIDITED CHOICE ERRORS NULLIFYING US CONSTUTION DUE PROCESS EQUAL PROTECTION PUBLIC POLICY


I RELIED ON OMNI AGENT ASSURANCES THAT

#1) IF I CHOSE $3500 EXPIDITED ADVANCE I WOULD BE STILL BE PAID LATER THE FULL COMPENSATION THAT WOULD ONLY BE MAX $11,000.00 LATER

#2) THAT OMNI RECIVED MY LETTER AND CORRECTED MY ERROR OF MARKING AND NOT WHITEING OUT EXPIDITED OPTION ADVANCE BOX


I ERRED IN NOT MYSELF WHITE ING OUT THE MISTAKE OF MARKING A X IN BOX BELOW EXPIDITED OPTION WORDING I THOUGHT A CHECK WAS YES AND PLACEING X AS I DID WAS NO REJECTING

TRUSTEE FAILED DUTYS OWED AND DUE PROCESS ALL UNREPRESENTED VICTIMS BY TRUSTEES SUPRISE LAST MINUTE INCLUDEING IN BALLOT DEMAND TO IMMEDIATELY CHOSE OR REJECT EXPIDITED OPTION AND DEFINEING EXACTLY WHAT THAT WAS IN SAME PAGE


UNREPRESENTED SEX ABUSED VICTIMS WERE PRESUMABLY AS I UNDER EXTREEM STOMACH CHURNUNG

EMOTIONAL MENTALSEVER DISTRESS AND SUFFERING AT HAVING TO VOTE PLAN AND TRICKED DENIED MEANINGFUL CHOICE OF TO ACCEPT OR REJECT EXPIDITED OPTION OR PLAN DENIED DUE PROCESS AND GOOD FAITH DUTY OF TRUSTEE OWED DUTY TO INCLUDE

#1. A YES LINE AND A NO LINE AS INDIGENT FORMS HAVE

#2 A STATEMENT OF DEADLINE TO CHOSE O EXPEDITED DISTRUBITION IF CHOICE COULD NOT BE MADE IMMEDEATEKY BEFORE BALLOT DEADLINE

#3 A STATEMENT OF HOW TO CANCEL SELECTION OF EXPIDITED DISTRIBUTION

THE PLAN AND RULES RELIED ON BY TRUSTEE TO DENY CHANGEING EXPIDITED COMPENSATION CHOICE WERE ARE STILL
INCOMPREHENSIBLE TO UNREPRESENTED VICTIMS COURT COULD EASILY CONFIRM THAT FACT EXCEPT TO A ATTORNEY OR CONTRACT EXPERT IE TRUSTEES
UNCONSTUTIONAL VAGUE OVERBROAD PPD AND SETTLEMENT RULES

APPLICABLE RULES VAGUE AMBIGIOUS UNCONSTUTIONALLY VAGUE AMBIGIOUS DENY FULL COMPENSATION FOR VICTIMS CONFUSED AND MISTAKENLY MARKING CHOOSEING FAILING TO CORRECT CHECKING EXPIDITED ADVANCE OPTION


UNCONSTUTIONAL DUE PROCESS FAILURE TO DISCLOSE NOTIFY PROVIDE

#1 PPD AND SETTLEMENT RULES WERE IN LANGUAGE NOT UNDERSTANDABLE BY NON REPRESENTED SEX ABUSE VICTIMS OF COMMON KNOWLEDGE CONFUSEING
HIDEING ARGUEMENT THEY PREVENT SEPERATE PAYMENTS FOR VICTIMS OF SEPERATE DISTINCT MULTIPLE SEXUAL ABUSES

AS I WAS TOLD BY OMNI AGENTS I COULD CHOSE EXPIDITED ADVANCE IF $3500 AND WOULD BE PAID THE BALANCE LATER OF ESTIMATED "$11,000.00 FULL PAYMENT"

#2 THAT ANY MISTAKE IN MARKING BOX BELOW EXPIDITED OPTION COULD BE CANCELLED NOT CORRECTED BY CALLS LETTERS AND EMAILS TO OMNI AGENT AS PLAINTIFF UNDERSTOOD AND ONNI ADVISED HAD BEEN DONE

#3 THAT THE ERROR IN CHECKING "EXPIDITED ADVANCE OPTION" COULD NOT BE CORRECTED CHANGED EXCEPT BY AMMENDING BALLOT BEFORE 3/2022

#4 FRAUDLENTLY CONCEALED REQUIRED NOTICE WARNING THAT ANY ERROR OF CHECKING EXPIDITED OPTION WOULD PREVENT VICTIMS OF SEPERATELY REPORTED MULTIPLE SEX ABUSES FROM RECIVEING MORE THAN $3500 FOR THE 1ST SEX ABUSE CASE

I WAS TOLD BY OMNI THAT I COULD CHOSE EXPIDITED ADVANCE PAYMENT OF $3500.00 FOR ONLY THE 1ST SEX ABUSE AND WAIT FIR THE BALENCE I SUFFERED AND RECIVE

" YOU MUST FILE AMMENDED BALLOT BEFORE ....IF YOU DECIDE NOT TO ACCEPT EXPIDITED OPTION"

" IF YOU ACCEPT EXPIDITED OPTION YOU WILL NOT RECIVE FULL COMPENSATION"

" THE $20,000.00 FEE TO PARTICIPATE IN FULL SETTLEMENT WILL NOT PREVENT UNREPRESENTNED BY ATTORNEY POOR HOMELESS INDIGENT VICTIMS FROM FULL COMPENSATION"

" TRUSTEE WILL NOT ATTEMPT TO FATTEN THE POT FOR LAW FIRMS FUTURE EMPLOYERS AND ATTORNEYS BY LIMITING THE AMOUNT OF COMPENSATION ALL SEX ABUSED VICTIMS RECIVE BY FAILING TO DICLSCLOSE CRITICAL DISENFRQNCHISEING FACTS AND DEADLINES ESPECIALLY UNREPRESENTED VICTIMS

1) EXPIDITED OPTION IS NOT CHANGEABLE AFTER A CERTAIN DATE

2) UNCONSTUTIONAL VAGE AND OVERBROAD PPD AND OTHER RULES WILL BE MAILED FOR THOSE WITHOUT

INTERNET ACCESS AS PLAINTIFF AT THE TIME

3) UNREPRESENTED MINORITYS WILL NOT BE DENIED FULL COMPENSATION BY DENIAL OF CIVIL RIGHTS UNDER TITLE 42 US CODE 1983 AND KKK ACT AS I WAS

4) THE DECIDEING RULES RELIED ON BY TRUSTEE TO. DENY CIVIL. RIGHT NOT TO ACCEPT EXPIDITED OPTION AND TO LIMIT COMPENSATION TO ONLY THE 1STVOF MULTIPLE SEPERATE AND DISTINCE SEXUAL ABUSES DENY DUE PROCESS AND EQUAL PROTECTION OF THE LAW AGAINST PUBLIC POLICY AND ALL CIVIL RIGHTS ACTS

5) HAVING READ OR HEARING TRUSTEE EXPLAIN THE RULES LIMITING TO ONLY ONE 3500 PAYMENT VICTIMS OF MULTIPLE SEPERATE AND DISTINCT SEX ABUSES AND TORTS I CANNOT UNDENERSTAND HOW THAT IS CONSTUTIONAL DENYING RIGHT TO REDRESS GRIEVENCES EXCEPT FOR THE 1ST GRIVENCE TORT BEING UNCONSTUTIONALLY VAGUE AND OVERBROAD

ADDITIONAL FACTS

1 I WAS A VICTIM OF 2 SEPERATE SEX ABUSES HARLEM NY 141 ST JAMES PRESBETERIAN CHURCH 1ST BY FELLOW SCOUT HENCE FIRST CASE CLAIM # 4476.

2 AT THE TIME I WAS TOO EMBARASSED TO EXPOSE MYSELF TO THE STIGMA SOCIAL HUMILATION OF HAVING BEEN LATER SEX ABUSED BY THE SCOUT MASTER WEEKS LATER FILED HENCE 2ND CASE CLAIM #

2B I READ AMBULANCE CHASER ATTYS HAD ROBO SIGNED FORGED ALLWGED CLIENTS NAMES AND DUMPTED THOUSANDS OF CLAIMS WITHOUT MEETING OR TALKING TO VICTIMS THAT WOULD REDUCE MY COMPENSATION SO I DECIDED TO RECIVE WHAT I UNDERSTOOD TO BE A EXPIDITED HARDSHIP ADVANCE BUT IMMEDIATELY RECINDED BEFORE MAILING BALLOT

3 I WAS AFTER VERY CONCERNED THAT IT MIGHT NOT BE UNDERSTOOD ALTHOUGH I INITALLY CHOSE EXPIDITED PAYMENT I UNDERSTOOD THAT TO BE A DOWN PAYMENT. FOR THOSE IN FINAICAL DISTRESS AND I WOULD RECIVE FULL COMPENSATION EQUAL DIVIDED BETWEEN ALL VICTIMS SO I TOLD MY FRIEND TO WHITE OUT THAT BOX I MARKED X BEFORE MAILING BALLOT FOR ME AS I WAS SICK EMOTIONALLY AND PHYSICALLY UNDER MEDICATION FOR THE SEX ABUSE AT THE TIME HE MAILED BALLOT

I WAS LATER TOLD THAT I HAD ACCEPTED EXPIDITED OPTION AND I SAID NO IT WAS WHITED OUT

LATER FILED A AMMENDED CLAIM

ERRED CROSSING OUT BOX FOR EXPIDITED BELIVEING THAT WAS A ADVANCE ON LATER DETERMINED AMOUNT

2 PETITIONER ENQUIRED WITH OMNI AGENT THAT CONFIRMED THAT EXPIDITED OPTION WAS FOR PERSONS IN FINANCIAL DISTRESS AND LATER DEDUCTDD FROM ESTIMATED $11,000.00 FULL COMPENSATION THAT WOULD BE AWARDED LATER(LESS EXPIDITED FEES) EQUALLY DIVIDED BETWEEN ALL VICTIMS

WHEREFORE
I REQUEST COURT ORDER ALL UNREPRESENTED SEX ABUSE VICTIMS THAT ATTEMPTED TO CHANGE ERROR MISTAKE OR OTHERWISE CANCEL EXPIDITED OPTION B～～～～～～～～～～～～～～RE ENTITLED TO FULL PAYMENT AND APPROPIATE RELIEFS

electronicly signed EWC and served on trustee atty Oneill etal this 

Mail body: Re: PLEASE ANSWER MY CONCERNS TO PREVENT HAVING TO MOTION US BANKRUPTCY COURT DELAWARE Ch 11

On Mon, Oct 25, 2021, 3:00 PM I III ▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

Oct 25, 2021, 2:53

David Molton Brown Rudnick

Robert S Brady YCS&Taylor

US BANKRUPTCY COURT DELAWARE

CH 11 Case 20 10343 LSS

Petition for DECLATORY RELIEFS & CLARIFICATION    motion

in re
BOY SCOUTS OF AMERICA AND DELAWARE BSA LLC

ISSUE QUESTION

OMNI HAS BEEN UNCOOPERATIVE CAUSED MAILING CO TO MISPELL MY NAME IN MY SECOND CLAIM ALSO BALLOT ONLY RECIVED FOR 1 OF 2 CLAIMS

THE BALLOT AND PAPERS STATE MY CLAIM IS FOR $1.00 IT SHOULD BE $1,000,000.00 PLEASE CORRECT AMOUNT ASAP

2ND CLAIM SEPERATE MAILING NOTICE DID NOT ALLOW OPTION TO ACCEPT EXPEDITED SETTLEMENT

I MAY CHOSE EXPEDITED SETTLEMENT FOR 1 ST CLAIM NOT FOR THE SECOND CLAIM BUT I DO NOT HAVE THAT OPTION AS IT IS ONLY ALLOWED IN BALLOT

I CAN UNDERSTAND NOT ALLOW ED TO VOTE BUT ONCE I CANNOT UNDERSTAND NOT ALLOWED TO ACCEPT EXPEDITED SETTLEMENT ONLY OF 1ST CLAIM NOT IN SECOND CLAIM

1) Failure to provide ballot and 2nd claim # for 2nd s.abuse claim
2) No option to chose to accept expedited settlement for ONLY 1 of 2 SEPERATE CLAIMS

Only 1 ballot RECIVED for 1 st claim ONLY Ballot ID# 181049 or         ClmSch No C24319

I DID NOT RECIVE 2ND Claim #        in 2,nd MAILED NOTIFICATION

ONLY 1ST OF 2 MAILINGS
HAD A BALLOT WITH CLAIM #. C23219

AND OPTION TO ACCEPT EXPEDITED SETTLEMENT

IN 2ND CLAIM IN THE 2 ND MAILING THAT DELIBERATELY MIS SPELLED MY NAME AS

ALSO FAILED TO INCLUDE 2ND CLAIM,#
NOR 2ND BALLOT !

DO I HAVE CIVIL RIGHT TO RECIVE 2 BALLOTS AND OR VOTE 2 TIMED SEPERATE LY DUE TO TWO SEPERATE CLAIMS??

DO I HAVE CIVIL RIGHT TO ACCEPT EXPEDITED SETTLEMENT OF 1ST CLAIM

AND REJECT 2,ND CLAIM?

I RECIVED 2 TWO MAILINGS THE SECOND MIS SPELLED MY NAME
(EXHIBIT #1)
I AM HEREBY ASKING ATTORNEYS LISTED FOR GUIDANCE DUE TO

I DID RECIVE 2 MAILINGS OF PROPOSED SETTLEMENT NOTICED ECR DUE TO 2 SEPERATE CLAIM S

2ND CLAIM IS DUE TO A SECOND S ABUSE BY THE TROOP LEADER MINUTES AFTER I REPORTED TO HIM THE SCOUTS ABUSEING ME THAT 2ND CLAIM I DO NOT WANT TO SETTLE

2ND MAILING DID NOT INCLUDE 2 ND CLAIM #
NOR OPTION TO SETTLE THE SECOND CLAIM

SECOND NOTICE ALSO
1)MISPELLED MY NAME IN CLAIM #2 VOTE LITERATUE SENT BY COURT VIA MAILER OF THE PROPOSED SETTLEMENT AND FAILURE TO INCLUDE

███████████████ WHO MADE.1 ST CLAIM#
AGAINST BOY SCOUT WHO WAS ENCOURAGED BY SCOUTMASTER.TO.SEXUALLY HARASS LEADING TO ABUSE

I MADE SECOND CLAIM AGAINST SCOUT TROOP LEADER WHO S ABUSED ME AFTER SAME DAY

CLAIMANT WANTED OPTION TO ACCEPT EXPIDITED SETTLEMENT ONLY FOR 1ST CLAIM NOT 2,,ND CLAIM BUT ONLY RECIVED 1 CLAIM BALLOT CONTAINING THE OPTION TO ACCEPT EXPEDITED SETTLEMENT

THE FLAW IS FAILURE TO ALLOW ACCEPTANCR OF EXPEDITED SETTLEMENT ONLY FOR 1ST CLAIM NOT THE SECOND CLAIM

CLAIM #2 CLAIMANT DOES.NOT WISH TO SETTLE 2,ND CLAIM BY UNREASONABLE AMOUNT EXPEDITED OPTION $3500
00 1% OF A FAIR SETTLEMENT

HOWEVER THERE IS NO OPTION TO SEPERATE SETTLEING CLAIM #1

AND NOT SETTLEING CLAIM #2

DELIBERATELY MISLEADING ARE THE WORDS:
"...WEATHER TO M A K E THE OPTIONAL $3500.00

SHOULD BE "..,TO T A K E..

CLAIM #2 WAS DUE TO CLAIMANT BEING SUBSEQUENTLY DIGITALLY PENETRATED MINUTES LATER BY SCOUT TROOP .LEADER WHOSE NAME AND TROOP NUMBER PLAINTIFF HAS BEEN REFUSED IN A COVER UP BY DEBTOR IGNORING CERTIFIED LETTERS.EMAILS CALL S

WHEREFORE

I REQUEST COURT OR ADMINISTRATORS TO GRANT APPROPIATE RELIEFS  Declatory Rulers
sened dwel troster 11/27/23
jessica.lauria@whitecase.com
mandolina@whitecase.com real

