a

RECEIVED
2023 DEC -8 AM 10:08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To whom this may concern.

My name is [REDACTED] Case No [REDACTED] and I am currently a prisoner residing at Oaks correction facility within Michigan Department of corrections. I am writing you today in regards to the Boy Scout of America Lawsuit litigated before your court of which I am a plaintiff.

In approximately 2021 or 2022, I was mailed some legal papers asking me if I wanted to take a settlement in the amount of $3500.00 I refused this offer by checking the box NO and mailed those papers back to attorney Mr Andrew Arsdale. I was also advised by the attorney of record not to accept any future settlement offers. It was my understanding that by refusing this offer, A Judge would then decide the monetary amount based on the severity of my injury.

On 10/13/23 after 3 years of waiting, unbeknownst to me, my power of attorney Albertina Blue was sent some legal papers and was told that by signing these papers, it would give the judge permission to initiate the in Court Judgement process.

It has recently come to my attention that my power of Attorney was misinformed, deliberately subjected to confusing language by the document wording and mislead by both the Advocate that was appointed to me and the Attorney of record, who never properly consulted or informed me as to any of the Courts orders, nor action. As a result the papers that my P.O.A was tricked into signing, was a reissuance of the settlement of $3500.00 agreement that I had already REFUSED. At NO time did I agree to the $3500.00 settlement.

give permission to settle nor would I have agreed to such a settlement. Especially, since I had already refused it.

Here, Plaintiff cannot automatically be disqualified or forced to forgo his position within this case, due to misinformation and misrepresentation by the Advocates. Where the re-sending of material to Plaintiff's P.O.A that the Court had already been WARNED that the language could or would be confusing. And in light of the fact that I had already previously rejected the offer. These types of actions erode to confidence in the Court system, creates a Fraud on the Court and they deliberately REVICTIMIZES the Plaintiff. I have not only been subjected to trickery and victimization by the Defendants (Boy Scout of America). if allowed to stand. I would suffer a second victimization by the agreed to terms of The Defendant's confusing form of wording. The implementation of such forms to the Plaintiff by the Plaintiff's advocates.

Plaintiff requests that this Court acknowledge his original form REJECTING the $3500°° settlement and correct the wrongs perpetuated against this Plaintiff

Sincerely

Please send your response to



And/or



Thank you



DV DANIELS NJ # 070
27 NOV 2023 PM 8 L

Attn: United States Bankruptcy Court District of Delaware
Chief Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801