November 29, 2023  10:43 Am



Ms. Una O'Boyle
Clerk Of the Court
United States Bankruptcy Court
824 N. Market Street Suite 500 Third Floor
Wilmington, Delaware 19801

In Re: Boy Scouts of America Settlement and documents required to complete a claim. Cause Number NO – 20 – 10343 Trustee James O'neill 919 N. Market Street, 17th floor, Wilmington, Delaware 19801

Ms. Boyle:

I respectfully Request that you make this communication a part of the record of the case and forward this to whomever it is actually supposed to go to but not least to the Trustee of the Settlement of this case; The Judge hearing and in charge of the case; The Federal Bar Association for the state of Texas, Southern District of Texas (whose address and phone number I have been trying to obtain since 7 o'clock this morning to no avail; though I was able to obtain from the Texas State Bar Association the CLE sponsor for the Federal Bar Association Mr. Philip Gallagher with a number 713-646-1316 but when I dialed that number I reached another attorney from Baker Hoffstatler who stated that this was her phone number and that she did not have Mr. Gallagher's number but [after lecturing me for being frustrated at spending over three hours trying to find a mailing address or phone number for the Federal Bar Association Southwest District of Texas, and not kissing her feet and treating her like the Goddess she believes herself to be "too good to speak to the masses who are not worthy of her time"] ; she did provide me with his supposed email address, which appears to be personal not professional as follows: Philip_Gallagher@sd.org; which I will, of course utilize after I have completed and mailed this letter.

My issue is as follows:

(1)     two or three years ago I sign ed up with Bailey, Cohen and Heckamann [ a Law Firm \ Houston Texas for a place in line with the Boy Scouts of America Litigation; afterwards not allowing contact from any other lawyers or firms in reference to this case:

(2) In March 2023 I received an email notification that there were documents that needed to be completed in order to receive compensation in the case for the depravities visited upon me by the Boy Scout employee's who assaulted me in my youth. Shortly thereafter I called [in march 2023] Bailey, Cohen and Heckamann and asked them to send me the documents via Land Mail as I had relocated since my initial contact with them and currently lived in an adobe home built in 1885 in a very small community about 65 miles south of Albuquerque, New Mexico and as cellphone and internet service was erratic and unreliable (also I could only obtain wifi internet service which is in itself both unreliable and impossible to secure against intrusion] and I wanted them to mail the documents to me at my post office box so that I could retain my privacy and my information would not be accessible via a WiFi intrusion.
(A)     I remade this request in June or July 2023
(B)     I remade this request in August 2023
©     I remade this request in September or October 2023 and found that Bailey, Cohen and Heckamann

no longer had my phone number attached to my file and that they had not sent the documents requested nor had they updated my file in any way other than to erase my phone number from it. My number was taken down by someone and I was assured the documents would be mailed prior to the deadline for filing for the claim.

THAT WAS A LIE

Today is November 29, 2023 and I have never received the documents required to file my claim against BSA I am not really surprised since this is a moneymaker for the law firms and they could care less about the people they are making the money off of.  And, as usual law firms, Lawyers and the various support staff, financial advisers and others will retain the majority of the settlement; since the case was brought for the benefit of the legal industry rather than the injured parties involved.

However I want the claim forms mailed to me AS SOON AS POSSIBLE so that I may fill them out and return them.

They will, of course, be arriving in your hands very late; however I cannot prevent that as the Law Firm Bailey, Cohen and Heckaman, 1360 Post Oak Boulevard, Suite 2300, Houston, Texas 77056) never mailed me the forms to fill out for the settlement.

I was under the impression that once a law firm obtained a client that they had sought (Bailey et al advertised for clients for the BSA case NATIONALLY), they were required by the courts to keep that client informed, updated and provided with whatever documents were needed to prosecute that clients interest in that case. This law firm (hereinafter "Bailey" Bailey Cohen & Heckamann) has intentionally failed to do so. Apparently I was supposed to sign the "give me $3500.00 and I will release all my other interest's to you so you can make more money for the firm; document they sent me.

Page Two (2)

At any rate I will truly appreciate your sending me the necessary documents requisite to file my claim against the boy scouts of America the worlds second largest child sex ring only to the catholic church itself where yes, I was educated. This was pulled on me by the law firm that was supposedly representing me in the catholic church sex case but they "conveniently lost their ability to reach me by mail or phone at the time documents to prove assault were to be presented and filed so I do not intend to allow the same to happen here.

In my personal opinion Bailey should be removed from any and all payment schedules since they have clearly cleared their files of all but what they considered worthy white clients; I will be there are few to none Black, Latin, Oriental or American Indian clients in their lists. From their perspective this settlement is for qualified white people only.

But then THIS IS AMERICA ISN'T IT.

I am sending copies of this letter to the Texas State Bar Association, The Attorneys for the Boy Scouts of America, Bailey Cohen Heckamann and I have sent this to you for entry in the court case file and the trustee's case file.

Please understand I do comprehend that this settlement while supposedly for the people injured will be dispursed primarily to the law firms, financial advisers and various support staffs involved herein including the trustee. But then again THIS IS AMERICAN JURISPRUDENCE ISN'T IT.

I will file my complaint against Bailey with the Federal Bar Association 4075 Wilson Boulevard, 8th Floor, Arlington, Virginia 22203. Where I am sure it will be ignored since they care no more about the people than the lawyers do. With the Texas Bar Association 1414 Colorado Street, Austin, Texas 78701; They will pay even less attention to this than the federal bar since they seldom bother to speak with people calling in and resent it when they are required to. I tried to call the grievance line and was on hold for over ten minutes before the line told me to leave a message and terminated the call.

I think I will send copies to CNN, Fox News, NBC news, ABC news, and in Great Britain the Times, Financial Times, The Guardian and the Daily Telegraph. And Reach plc (formerly Trinity Mirror) News UK and DMG Media, Agence France press (AFP),Reuters, and the Associated Press. The Law firm can buy them off easily and even (given recent events proven to all) the American news networks themselves but at least it will cost them more than cheating me out of my minuscule settlement would cost them. Since I am no one, simply a U S. Citizen born and abused here I am of no importance so they probably won't even have to buy anyone off cause WHO CARE'S RIGHT!

Respectfully Submitted



Ps: Mr. Philip_Galleger has not responded to the email Ms. Ashley Green gave to me so her statement that he was a very responsible person and would reply immediately was not correct; since that is common with lawyer's I am not surprised. It is curious that the Federal Bar Organization of the Southwest District of Texas is so difficult to find. I guess all feds figure no one has the right to complain about their conduct; or is that only lawyers??            Page Three (3)



Clerk Una Boyle
U.S. Bankruptcy Court
824 N. Market Street Ste 500 3rd Floor
Wilmington, Delaware 19801



