to the Honorable Laurie Selber Silverstein
824 N. Market Street, Sixth Floor, Courtroom #2
Wilmington, DE 19801   please read all my files judge Silverstein 1

sent from morgan and morgan 9/22/ 22 1 had astroke 9/27/22 later went to
dr, densdale mesa, az.sent 9/22/ 22 from AIS Andrew Van Arsdale

I have been signed up with morgan and morgan sence 3/ of2021
Iam so tired of letting this, being a reminder of afore problems.

my files 11  10 asi my files 33   2 of 6 my files Iam not gay or bio sex
problems over 67 and 48 years ago., I finished my questionair  now 78 years old
  this is what they sent me sence Ive have a stroke and on hospice gentiva
and bad off all. and the questionareare very bad on me but iam doing it. now done it.
a mess I hatefuly lived with sence I was 11 years old now 78 years old and more
 forgetful. and more messed up physical as to a stroke.It semed like almost constantly
 flastbacks of horrible thoughts of the bad days at the boy scout meatings and
blocked some or most of the thoughts out for a along time many years . but still flashbacks.
 in the transcript  from bsa ais, .If you are disputing your $3,500 election,
 i had a stoke well over 1 year ago maby beacuse of some this. I do not want your
 $3,500.00 yes you offered but sent 0 0  iam  & did a few months ago i wanted or
needed money but you did,t sensent 0 or nothing any thing at the time.  $.00 when i needed it your co.
 sent nothing. at all not even $1.00  at the time ($0 dollars)
saved 11 10 23 you say if you are disputing your $3,500 election, yes iam
 a few months ago i wanted or needed money but you did,t
send any thing at the time. when i needed it your co. sent nothing.
at all not even $1.00  at the time ($0 dollars)  now a big lawsuit  against
 me possiblely faceing or completely faceing homelessness about the propierty of
between 27,000 and a lot more.  in the name of the lord jesus christ my lord please
help me & the judge Honorable Laurie Selber Silverstein

---

Power of Attorney  2/25/22

Limited Power of Attorney. Client hereby grants Attorneys a limited power of attorney to execute all

documents and papers that Client would execute relating to the subject matter of the claim or cause of action. Client hereby grants Attorneys a limited power of attorney to endorse Client's name to any checks or drafts received by Attorneys in settlement of any and all claims pursued by Attorneys on behalf of Client. Such settlement funds shall be placed in trust for Client's benefit

================================================================================

email sent 9/22/ 22  I had a stroke 9/27/22 later went to dr, densdale mesa, az.
sent 9/22/ 22  from AIS Andrew Van Arsdale
Iam 77years old will i live another 4 mos ??
Expedited Payment of $3,500.00 lived at 7726 e.holmes for over 12 years consistently.
General Trust that follows the general outline of the proposed Trust Distribution Procedure
Opt out to Excess Trust where we must put on evidence of notice and liability to the BSA to access certain insurance monies

do I get the 3,500.00 or is it cut 40% john garvey


to  AIS Andrew Van Arsdale
 email to AIS Andrew Van Arsdale from me
do I get the 3,500.00 or is it cut 40% john garvey
garveyjohn02@gmail.com lived at 7726 e.holmes for over 12 years consistently.
------------------------------------------------------------
 in the transcript  from bsa ais, .If you are disputing your $3,500 election,
 i had a stoke well over 1 year ago maby beacuse of some this. I do not want your
$3,500.00 yes iam did a few months ago i wanted or needed money but you did,t send any
thing at the time. when i needed it your co. sent nothing. at all not even $1.00  at the time ($0 dollars)
saved 11 10 23 you say if you are disputing your $3,500 election, yes iam
 a few months ago i wanted or needed money but you did,t
send any thing at the time. when i needed it your co. sent nothing.


================================================================================