IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 11628 & 11629** |

**Objection Deadline: At the hearing**
**Hearing Date: December 20, 2023 at 2:00 p.m. (ET)**

## NOTICE OF MOTION OF CLAIMANT D.J.P. TO RESUBMIT CLAIM NO. 51247

**PLEASE TAKE NOTICE** that, on November 17, 2023, claimant D.J.P. filed a motion to resubmit claim no. 51247 (the "Motion") [SEALED Docket No. 11628] [REDACTED Docket No. 11629] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Motion will be held on **December 20, 2023 at 2:00 p.m. Prevailing Eastern Time** (the "Hearing") before the Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion may be made at the Hearing.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DE:4893-2703-5031.1 85355.001

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  December 15, 2023
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
James E. O'Neill (DE Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  rpachulski@pszjlaw.com
            dgrassgreen@pszjlaw.com
            jlucas@pszjlaw.com
            joneill@pszjlaw.com

– and –

**GILBERT LLP**
Kami E. Quinn (admission *pro hac vice*)
Emily P. Grim (admission *pro hac vice*)
Sarah A. Sraders (admission *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC  20003
Telephone: (202) 772-2200
Facsimile:   (202) 772-3333
Email:  quinnk@gilbertlegal.com
            grime@gilbertlegal.com
            sraderss@gilbertlegal.com

*Attorneys for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*

DE:4893-2703-5031.1 85355.001