**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Reorganized Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 20, 2023, AT 2:00 P.M. EASTERN TIME

> **This hearing will be conducted in-person. Any exceptions must be approved by chambers.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than December 20, 2023, at 8:00 a.m. Eastern Time.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIscu2tqz8qH-rfoeau-cjsZ-F_FofD9wc**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**
>
> **Topic: Boy Scouts of America**
>
> **Time: December 20, 2023, at 2:00 p.m. Eastern Time (US and Canada)**

ADJOURNED MATTER:

1. Motion (I) to Allow Substantial Contribution Claim of the Roman Catholic Ad Hoc Committee and (II) for Waiver of Certain Requirements of Local Rule 2016-2 (D.I. 10815, filed 12/29/22).

    Objection Deadline: January 12, 2023, at 4:00 p.m. (ET); extended to January 31, 2023, for the Lujan Claimants and the Office of the United States Trustee.

---

[1] The Reorganized Debtors in the chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Responses Received:

a) Lujan Claimants' Limited Objection and Joinder in U.S. Trustee's Objection to Motion (I) to Allow Substantial Contribution Claim of the Roman Catholic Ad Hoc Committee and (II) for Waiver of Certain Requirements of Local Rule 2016-2, and Reservation of Rights (D.I. 10942, filed 01/31/23); and

b) United States Trustee's Omnibus Objection to Payment of Compensation and Reimbursement of Expenses for Movants filed December 29, 2022 (D.I. 10944, filed 01/31/23).

Related Pleadings:    None.

Status: The parties have agreed to adjourn this matter to a hearing on a date to be determined.

MATTERS GOING FORWARD:

2. [SEALED] Letter to Court Regarding Claim No. 51247 (D.I. 11628, filed 11/17/23).

Responses Received: None.

Related Pleadings:

a) [REDACTED] Letter to Court Regarding Claim No. 51247 (D.I. 11629, filed 11/17/23); and

b) Notice of Motion of Claimant D.J.P. to Resubmit Claim No. 51247 (D.I. 11680, filed 12/15/23.

Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: December 18, 2023<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Sophie Rogers Churchill*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Sophie Rogers Churchill (No. 6905)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            srchurchill@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>            mlinder@whitecase.com<br>            laura.baccash@whitecase.com<br>            blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE REORGANIZED DEBTORS |