## CERTIFICATE OF SERVICE

I, Charles J. Brown, III, Esquire, certify that on December 18, 2023, I caused a true and

correct copy of the *Additional Supplemental Briefing in Support of Motion To Change Election*

*To Opt Into Expedited Payment/Convenience Class Or Other Necessary Relief On Behalf Of*

*Survivor Claimant D. S.* to be electronically filed and served via CM/ECF to all parties requesting

electronic service in this case and upon the parties listed below via electronic mail:

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Andrew R. Remming, Sophie Rogers Churchill
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
Email: dabbott@morrisnichols.com ; aremming@morrisnichols.com;
srchurchill@morrisnichols.com

White & Case LLP
Attn: Jessica C. Lauria
1221 Avenue of the Americas
New York, New York 10020
Email: jessica.lauria@whitecase.com

White & Case LLP
Attn: Michael C. Andolina, Matthew E. Linder, Blair Warner, Laura E. Baccash
111 South Wacker Drive
Chicago, Illinois 60606
Email: mandolina@whitecase.com; mlinder@whitecase.com ; blair.warner@whitecase.com;
laura.baccash@whitecase.com

Pachulski Stang Ziehl & Jones LLP
Richard M. Pachulski, Debra I. Grassgreen, James E. O'Neill
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
Email: rpachulski@pszjlaw.com ; dgrassgreen@pszjlaw.com ; joneill@pszjlaw.com

Gilbert LLP
Kami E. Quinn, Emily P. Grim, Sarah A. Sraders
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
Email: quinnk@gilbertlegal.com ; grime@gilbertlegal.com ; sraderss@gilbertlegal.com

2

Office of the United States Trustee
for the District of Delaware
Attn: Timothy J. Fox, Jr, Hannah M. McColllum
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Email: Timothy.Fox@usdoj.gov ; hannah.mccollum@usdoj.gov

                                                            */s/ Charles J. Brown, III*
                                                            Charles J. Brown, III (DE 3368)

Dated: December 18, 2023