IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. DI 11649 |

**TWELFTH ORDER, UNDER 28 U.S.C. § 1452 AND FED. R. BANKR. P. 9006(b) AND 9027, EXTENDING THE PERIOD WITHIN WHICH THE REORGANIZED DEBTORS MAY REMOVE CIVIL ACTIONS**

Upon the motion (the "Motion")[2] of the Reorganized Debtors for entry of an order (this "Order"), under 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027, further extending the period within which the Reorganized Debtors may file notices of removal of claims or causes of action under Bankruptcy Rule 9027 (the "Removal Period"); and this Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Reorganized Debtors having consented to entry of a final order by this Court under Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Motion having been given and no other or further notice being necessary; and upon the record herein; and the Court having determined

---

[1] The last four digits of the tax identification number of the Reorganized Debtors are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Removal Period is extended by 120 days, to and including April 2, 2024 (the "Extended Removal Deadline"), but only for civil actions that are not channeled to the Settlement Trust pursuant to the Plan.

3. This Order is without prejudice to (a) any position the Reorganized Debtors may take regarding whether section 362 of the Bankruptcy Code applies to stay any litigation against the Reorganized Debtors, as applicable and (b) the Reorganized Debtors' right to seek further extensions of the Removal Period.

4. The Reorganized Debtors are authorized to take all such actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: December 19th, 2023**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**