December 2nd 2023



RECEIVED
2023 DEC 15 PM 12:04
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear AVA Law Group:

Please find enclosed a copy of a notice I felt compelled to send to the Court and Debtor. While I realize that your firm represents me in the claim against the Boy Scouts, your lack of communication since July 24th 2023 has concerned me. Given your instructions that I should be expecting a questionnaire in the mail and that it must be returned to the trustee no later than December 1st 2023, which has come and passed without a questionnaire being mailed to my knowledge. I don't want my claim placed in jeopardy of being dismissed. As I have notified your firm in my previous 7 letters sicne July, 2023 the Texas Department of Criminal Justice implemented a digital mail system. In the process, legal mail that is supposed to be exempt has been routinely eihter diverted to the digital mail process center or returned undeliverable.

While I apologize for any inconvienance being incarcerated may disrupt your system, as I have stated, I fell that what happened to me in the past was a major contributing cause for why I committed my crimes. I hope and pray that your firm is not abandoning me like so many others have.

Respectfully submitted this 2nd Day of December 2023.



CERTIFICATE OF SERVICE

I, ▮ do hereby certify that true and correct copy of the foregoing was placed in U.S. Mail, First Class, postage prepaid to the following addresse's on december 2nd 2023:

AVA LAW GROUP ,LLC
2718 Montana Ave, Suite 220
Billing ,MT 59101

and

Boy Scouts of America
1325 West Walnot Hill Lane
Irving, TX 75038



NORTH TEXAS TX P&DC
DALLAS TX 750
5 DEC 2023 PM 7 L



UNITED STATES DISTRICT COURT
ATTN: BANKRUPTCY COURT CLERK
FEDERAL BUILDING
844 KING STREET
WILMINGTON, DE, 19801-3519

U.S.M.S
X-RAY

19801-357099

