T.W.

12-17-2023

United States Bankruptcy Court

District Of Delaware

Honorable Chief Judge Laurie Selber Silverstein

RECEIVED

2023 DEC 27 AM 11:1○

20-10343 LSS

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

824 North Market Street

6th Floor

Wilmington, DE 19801

302-252-2925

Office of the United States Trustee

J. Caleb Boggs Federal Building

844 King Street, Suite 2207, Lockbox 35

Wilmington, DE 19801

- OFFICE (302) 573-6491
- 

Good morning U.S. Trustee and Madam Judge Silverstein,

I'm writing you today to express my concerns and to appeal to your benevolence. In a mindset of forbearance, since the beginning of the BSA Chapter 11 case the process has been very long and arduous. There have been many elements on the side of the BSA that have called survivors liars and criminals, but I've stood in front of them and listened to all their appalling rhetoric; wincing but hopeful. Now that phase of the case is over; however, the hurdles have become even more numerous, and I feel re-victimized by the process changing whole; with little hope there is understanding.

The trustee Hon. Barbara J. Houser ( retired) began the conversation with survivors that it was going to take her three years to begin the process of payouts, she is very stiff with her rules and quite uncompromising; these traits trigger my thoughts to the controlling unforgiving nature of my abuser and professionals that don't hear the pain, professionals that are still not hearing the pain, and my particular amplitude doesn't garner anything no matter the way I turn the volume up.

Furthermore, the trustee instituted two different questionnaires a short one for those survivors seeking a quick exit from the trust and a more dense questionnaire for those survivors ( me) seeking more. The dense questionnaire was very difficult to wade through it went from A-O. The resulting process triggered my clinical depression, anxiety, and PTSD causing me further therapy for suicidal ideation (passive) by means of esketamine therapy ( Spravato nasal route) and has been very difficult to pull out of the hole. Likewise, my illness is complex and directly related to the sexual abuse I incurred while being a participant in the BSA, and numerous attempts to get my records have failed! Yet both my brothers have their records intact which has also been given to the trustee. My physicians at USF and

counselor at USF Psychiatric Clinic, I have addressed all of their concerns for the process the Trustee is ardently holding to and have explained the harmful affects it's having on me in email form directly addressed to the trustee and conveyed through my Attorney Andrew VanArsdale of AVA Law in California. The attempts have garnered no help no understanding, I'm just annoying her, the trustee is relentless in her march across the field. The trustee sends form letters that state my issue is not her problem, but may I add the reason I started this process was for my mental health? So her responses are quite triggering and vexing. I'm asking for recognition while she figures out the rest and she will have none of it! She doesn't understand how freeing it will be after forty years to see the words this happened to you ▉▉▉▉▉ and we are sorry, that is not what is in her mind it's only process! Same for everyone your mental health doesn't matter. No amount of money will make me whole! But that recognition will be a God send.

Please understand, I know the trustee must weed out fraud, but she has been given letters from my 80 year old parents, and care team, and I have answered all of the triggering questions on her questionnaire, when will ease of process occur? The trustee doesn't communicate time lines she makes it very frustrating, she makes me feel like I have to pull what is already mine from her ardent fingers. This is not her court room! This is my reclamation from years of tormenting trauma that the trustee is making a thousand times worse. There should be room for ease of process.

Bottom line, this process is doing a lot of damage, and I'm not well because of it. My feeling is once the trustee has all the information plus family and physicians support there needs to be an ease of process and she should be able to communicate a time line for recognition for what was done ( most important thing) and dispersement of funds for the abuse I suffered.

Lastly, I have been extremely frustrated and angry because I feel the trustee is not listening to the urgency. I have communicated that dislike and frustration and just recently without checking on me or calling my wife to make sure I was okay, the trustee called the Police instead, there was no indication that I had an active plan for suicide! I merely expressed my dismay as I have done many times, why call the police this time? I'm asking that my condition and urgency be understood, ease of process occur, and the trustee receive education on adult survivors of childhood sexual abuse, the two poles of survivors. Please ask yourself if you could trust someone who comes off as a tyrant, uncompromising, humiliates you by calling the cops and the officer as well as my own physician said you did this out of anger and frustration, but the body of the email didn't contain any type of plan, I resent her treatment of me and my illness. I'm not a Karen in a coffee shop! I have a documented illness she is making worse and refusing to ease the process! Is this really the person I get after all I've been through!no! She needs education. All the controls have been stripped from my hands like I'm some sort of criminal for asking more, I don't even have access to my own account? I'm not a criminal, this process is harming me I'm asking for help, please.

Thank you for your time and attention to the above appeal. I look forward to hearing back from you about this matter. Please have a nice Holiday season.

Sincerely,

She keeps her old number from when we lived in Georgia.

To add to what my husband has said above, it's appalling to me that no mental health professionals were included in the team to speak to the impact this process could/would have on the survivors. While understood that a process must be created, especially with this number of survivors, due to its nature it's not your typical class action case. Many parts of the process have been harmful to the victims, and in my husband's case, have undone years of progress. They are victims, not criminals . The nature and length of the process has re-victimized them, and there is no acknowledgement or even interest from the trustee on making any effort to address or change that fact. No one is protecting these men, is that not the purpose and moral obligation of the legal system?

The payout process may be very complex, but at a minimum the process of giving these men confirmation of what they have painfully had to relive, yet once again, is enough…and at a minimum they can know that they can stop reliving it daily in case they are asked for "more". They can have that amount of relief and can then try and put the horrible events that have happened to them and move on with their lives. Having this lingering process just precipitates the playing of the abuse events video over and over and over again.

 No one would argue that in the world as it is today, there are individuals who would unbelievably fraudulently claim they were abused. But I would suggest that harming and re-victimizing the 99 percent that lived with this horror for years, and saw this suit as a ray of "hope" to see some accountability, and ultimately get some "peace", have been and continue to be brutalized with the process. Truly, morally, ethically this is not right and needs to be realized and immediately addressed before even more damage is done.

Sincerely,

United States Bankruptcy Court
District of Delaware
Honorable Chief Judge Laurie Selber Silverstein
824 North Market Street
6th Floor
Wilmington, DE 19801

TAMPA FL 335
SAINT PETERSBURG FL
18 DEC 2023 PM 10 L