Re: 2nd Additional Arguements to 11/20 hearing and new Motion

2

On Tue, Nov 21, 2023 at 9:48 AM I III ▉▉▉▉▉▉▉▉▉▉ wrote:
US BANKRUPTCY COURT DELAWARE

~~22CV-1357~~

20 10343 LLS

MOTION FOR APPROPIATE RELIEFS (& ADDL ARGUEMENTS)

BOY SCOUTS OF AMERICA ETAL    DEBTOR

APPLICABLE LAWS

US CONSTUTION, TITLE 42 USC 1983 KKK ACT DUE PROCESS EQUAL PROTECTION CLAUSES GOOD FAITH

JUDICAL NOTICE REQUESTED DUE TO.MY RACE ALIENAGE IN PUERTO RICO ZOOM CONSPIRED FOR BENEFIT OF TRUSTEE TO DENY MY CIVIL RIGHT DUE PROCESS TO PARTICIPATE IN COURT HEARING 11/20 BY ZOOM REPETED TRICKERY CANCELING CALL PREVENTED VIDEO APPEARANCE IRREPAREABLY HARMING ABILITY TO RECIVE FULL COMPENSATION FOR EACH SEX ABUSE SUFFERED

THIS IS A CASE TRUSTEE PERVERTED RULES T0 NOT DISCLOSE FRAUDLENTLY CONCEALED HOW THE PLAN AND RULES PPD ECT DISENFRANCHISES CONSTUTIONAL RIGHTS:

#1 SELECTNG EXPIDITED DISTRIBUTION PREVENTS VICIMS OF MULTIPLE SEX ABUSES/RAPES FROM BEING COMPENSATED EXCEPT FOR THE 1 ST RAPE

#2 ONLY A AMMENDED BALLOT BEFORE END OF VOTE DEADLINE COULD CHANGE SELECTION OF EXPIDITED OPTION

#3 BY TRUSTEES LAST MINUTE ADDING EXPIDITED OPTION TO BALLOT VICTIMS WERE WITHOUT NOTICE THAT END OF BALLOT ACCEPTANCE WAS ALSO END OF CIVIL RIGHT TO CANCEL EXPIDITED OPTION

I WAS UNDER EXTREEM DURESS WHEN FILLING OUT BALLOT AND FIRST CHOSE IMMEDATELYBUNCHOSE EXPIDITED BOX THINKING A CHECK IS ACCEPTING A X IS NOT IF I RECALL I MARKED X REJECTION THEN ASKED A FRIEND MAILING IT TO WHITE IT OUT BEFORE MAILING AS I HAD NONE AND THERE WAS NO YES NO OPTION BY TRUSTEE KNOWING MISTAKE WOULD BE MADE

FAILURE TO PRINT A YES NO LINES WAS FATAL TO THE GOOD FAITH AND DUE PROCESS REQUIREMENTS OWED TO NON LAWYER REPRESENTED SEX VICTIMS
BALLOT VOTING

THE UNEXPECTED INCLUDEING IN BALLOT BY TRUSTEE THE EXPIDITED OPTION UNEXPECTED ALSO BY VICTIMS IN UNFAIR SUPRISE WAS BAD FAITH TRICKERY

TRUSTEE LATER EXHIBITED SAME BAD FAITH HANGING UP PHONES AUTOMATICALLY AFTER 1ST MINUTE OF LEAVE A MESSAGE RECORDING NEVER RESPONDED K0 RETURN CALL BY TRUSTEE ETAL

ADDING TO BALLOT DEMAND TO IMMEDIATELY CHOSE EXPIDITED OPTION WAS UNFAIR SURPRISE A AMBUSH ON CIVIL RIGHTS OF UNREPRESENTED SEX VICTIMS UNDOUBTLY UNDER DURESS SUFFERING ANXIETY STRESS MADNESS SEXUAL ABUSE REPORTING AND BALLOT BRINGS TO UNREPRESENTED VICTIMS

TRUSTEE BREACHED HER DUTYS OWED VICTIMS BY LAST MINUTE ADDING FORCEING SEX ABUSED VICTIMS TO IMMEDIATELY CHOSE UNEXPLAINED VAGUE EXPIDITED OPTION WHICH SEEMED TO BE A ADVANCE OF THE $11,000.00 OMNI AGENT SAID WAS THE ESTIMATED PAYMENT TO BE MADE AT END OF CASE

TRUSTEE LACKING DUTY OWED VICTIMS AND GOOD FAITH PLACED A IMMEDIATE SUPRISE SHOCKING DEBILATEING (TO UNREPRESENTED VICTIMS) A UNBEARABLE DISENFRANCHISEING IMMEDIATE SUPRISE OF A FEW MINUTES DEADLINE TO CHOSE OR NOT EXPIDITED OPTION DUE PROCESS AND WQUAL PROTECTION DENIAL

THE HONORABLE COURT HAS TO PRESUME AS TRUSTEE FORSEEABLY DID THAT UNREPRESENTED SEX ABUSE VICTIMS WERE UNDER EXTREEM SEVER EMOTIONAL DISTRESS AND OVERWHELMED BY THE GROSSLY NON COMPREHENSIBLE BALLOT WORDING AND LEAGLESE BEFORE BEING SHOCKED WITH SUPRISE OF MARKING A BOX INSTEAD OF A YES NO CHOICE OF EXPIDITED OPTION

TRUSTEES FRAUDLENT CONCEALMENT VOIDS ENTIRE CONTRACT BETWEEN VICTIM AND TRUSTEE IE SETTLEMENT AGREEMENT

UNREPRESENTED SEXUAL ABUSED VICTIMS AND THOSE
AS I IN DESPERATE NEED OF MONEY WERE TRICKED BY TRUSTEE AND NO NOTICE OF HOW AND WHEN ELECTED EXPIDITED OPTION COULD BE CANCELLED

ALTHOUGH COURT MAY AGREE AS IMPLIED THOSE ATTORNEY REPRESENTED VICTIMS NOT PRIOR ATTEMPTING TO CANCEL EXPIDITED OPTION ARE GOLD DIGGERS ONLY MISTAKE WAS FINDING OUT POTENTIAL COMPENSATION FIGURES THAT WERE FORSEEABLE BY A GOOD ATTORNEY

TRUSTEE DENIED DUE PROCESS EQUAL PROTECTION UNCONSTUTIONALLY TO ALL THE NON ATTORNEY REPRESENTED CLASS OF SEX ABUSE VICTIMS THAT ATTEMPTED TO CORRECT MISTAKE OF MARKING EXPIDITED DURING BALLOT PERIOD AND WITHIN A YEAR AFTER

ARE ENTITLED TO CHANGE THEIR BALLOT DUE TO TRUSTEE FAILING DUTY TO ADVISE THEY HAD 1 YEAR AFTER BALLOT DEADLINE OR VOTE DAY TO FILE A MOTION TO CHANGE ELECTED EXPIDITED OPTION

TO FINDING OUT OF THE HUGE DIFFRENCE INNL

THE ONLY BENEFICARYS OF THE SETTLEMENT WILL BE LIMITED TO THE FUTURE EMPLOYERS OF THE TRUSTEES ATTORNEYS

A UNDER THE TABLE BRIBE TO PREVENT FAIR EQUAL COMPENSATION DISTRIBUTION TO SEXUAL ABUSE VICTIMS IN FAVOR OF A LARGER 40% LAWYER FEE PAY OUT TO A FEW LAW FIRMS

TRUSTEES LACK OF GOOD FAITH TO NOTIFY DEADLINE TO CANCEL CHAANGE CORRECT CHOICE OF EXPIDITED OPTION RAISED
APPEARANCE OF BIAS AND CONCEALMENT BY TRUSTEES AND HER ATTYS NAKEDLY FAVORING INCREASEING THE PAYOFF FOR LARGE LAW FIRMS BY LIMITING SEX ABUSE VICTIMS RIGHT TO FULL COMPENSATION FOR EACH SEPERATE DISTINCT SEX ABUSE SUFFERED UNDER PRETEXT OF PPD AND SETTLEMENT RULES AND UNCORRECTABLE EXPIDITED CHOICE ERRORS NULLIFYING US CONSTUTION DUE PROCESS EQUAL PROTECTION PUBLIC POLICY

I RELIED ON OMNI AGENT ASSURANCES THAT

#1) IF I CHOSE $3500 EXPIDITED ADVANCE I WOULD BE STILL BE PAID LATER THE FULL COMPENSATION THAT WOULD ONLY BE MAX $11,000.00 LATER

#2) THAT OMNI RECIVED MY LETTER AND CORRECTED MY ERROR OF MARKING AND NOT WHITEING OUT EXPIDITED OPTION ADVANCE BOX

I ERRED IN NOT MYSELF WHITE ING OUT THE MISTAKE OF MARKING A X IN BOX BELOW EXPIDITED OPTION WORDING I THOUGHT A CHECK WAS YES AND PLACEING X AS I DID WAS NO REJECTING

TRUSTEE FAILED DUTYS OWED AND DUE PROCESS ALL UNREPRESENTED VICTIMS BY TRUSTEES SUPRISE LAST MINUTE INCLUDEING IN BALLOT DEMAND TO IMMEDIATELY CHOSE OR REJECT EXPIDITED OPTION AND DEFINEING EXACTLY WHAT THAT WAS IN SAME PAGE

UNREPRESENTED SEX ABUSED VICTIMS WERE PRESUMABLY AS I UNDER EXTREEM STOMACH CHURNUNG EMOTIONAL MENTALSEVER DISTRESS AND SUFFERING AT HAVING TO VOTE PLAN AND TRICKED DENIED MEANINGFUL CHOICE OF TO ACCEPT OR REJECT EXPIDITED OPTION OR PLAN DENIED DUE PROCESS AND GOOD FAITH  DUTY OF TRUSTEE OWED DUTY TO INCLUDE

#1.  A YES LINE AND A NO LINE AS INDIGENT FORMS HAVE

#2 A STATEMENT OF DEADLINE TO CHOSE O EXPEDITED DISTRUBITION IF CHOICE COULD NOT BE MADE IMMEDEATEKY BEFORE BALLOT DEADLINE

#3 A STATEMENT OF HOW TO CANCEL SELECTION OF EXPIDITED DISTRIBUTION

THE PLAN AND RULES RELIED ON  BY TRUSTEE TO DENY CHANGEING EXPIDITED COMPENSATION CHOICE WERE ARE STILL
INCOMPREHENSIBLE TO UNREPRESENTED VICTIMS COURT COULD EASILY CONFIRM THAT FACT EXCEPT TO A ATTORNEY OR CONTRACT EXPERT IE TRUSTEES
UNCONSTUTIONAL VAGUE OVERBROAD PPD AND SETTLEMENT RULES

APPLICABLE RULES VAGUE AMBIGIOUS UNCONSTUTIONALLY VAGUE AMBIGIOUS DENY FULL COMPENSATION FOR VICTIMS CONFUSED AND MISTAKENLY MARKING CHOOSEING FAILING TO CORRECT CHECKING EXPIDITED ADVANCE OPTION


UNCONSTUTIONAL  DUE PROCESS FAILURE TO DISCLOSE NOTIFY PROVIDE

#1 PPD AND SETTLEMENT RULES WERE IN LANGUAGE NOT UNDERSTANDABLE BY NON REPRESENTED SEX ABUSE VICTIMS OF COMMON KNOWLEDGE CONFUSEING
HIDEING ARGUEMENT THEY PREVENT SEPERATE PAYMENTS FOR VICTIMS OF SEPERATE DISTINCT MULTIPLE SEXUAL ABUSES

AS I WAS TOLD BY OMNI AGENTS I COULD CHOSE EXPIDITED ADVANCE IF $3500 AND WOULD BE PAID THE BALANCE LATER  OF ESTIMATED "$11,000.00 FULL PAYMENT"

#2 THAT ANY MISTAKE IN MARKING BOX BELOW EXPIDITED OPTION COULD BE CANCELLED  NOT CORRECTED BY CALLS LETTERS AND EMAILS TO OMNI AGENT AS PLAINTIFF UNDERSTOOD AND ONNI ADVISED HAD BEEN DONE

#3 THAT THE ERROR IN CHECKING "EXPIDITED ADVANCE OPTION" COULD NOT BE CORRECTED CHANGED EXCEPT BY AMMENDING BALLOT BEFORE 3/2022

#4 FRAUDLENTLY CONCEALED REQUIRED NOTICE WARNING THAT ANY  ERROR OF CHECKING EXPIDITED OPTION WOULD PREVENT VICTIMS OF SEPERATELY REPORTED MULTIPLE SEX ABUSES FROM RECIVEING MORE THAN $3500 FOR THE 1ST SEX ABUSE CASE

I WAS TOLD BY OMNI THAT I COULD CHOSE EXPIDITED ADVANCE PAYMENT OF $3500.00 FOR ONLY THE 1ST SEX ABUSE AND WAIT FIR THE BALENCE I SUFFERED AND RECIVE

" YOU MUST FILE AMMENDED BALLOT BEFORE ....IF YOU DECIDE NOT TO ACCEPT EXPIDITED OPTION"

" IF YOU ACCEPT EXPIDITED OPTION YOU WILL NOT RECIVE FULL COMPENSATION"

" THE $20,000.00 FEE TO PARTICIPATE IN FULL SETTLEMENT WILL NOT PREVENT UNREPRESENTNED BY ATTORNEY POOR HOMELESS INDIGENT VICTIMS FROM FULL COMPENSATION"

" TRUSTEE WILL NOT ATTEMPT TO FATTEN THE POT FOR LAW FIRMS FUTURE EMPLOYERS AND  ATTORNEYS BY LIMITING THE AMOUNT OF COMPENSATION ALL SEX ABUSED VICTIMS RECIVE BY FAILING TO DICLSCLOSE CRITICAL DISENFRQNCHISEING FACTS AND DEADLINES ESPECIALLY UNREPRESENTED VICTIMS

1) EXPIDITED OPTION IS NOT CHANGEABLE AFTER A CERTAIN DATE

2) UNCONSTUTIONAL VAGE AND OVERBROAD PPD AND OTHER RULES WILL BE MAILED FOR THOSE WITHOUT INTERNET ACCESS AS PLAINTIFF AT THE TIME

3) UNREPRESENTED MINORITYS WILL NOT BE DENIED FULL COMPENSATION BY DENIAL OF CIVIL RIGHTS UNDER TITLE 42 US CODE 1983 AND KKK ACT AS I WAS

4) THE DECIDEING RULES RELIED ON BY TRUSTEE TO. DENY CIVIL. RIGHT NOT TO ACCEPT EXPIDITED OPTION AND TO LIMIT COMPENSATION TO ONLY THE 1STVOF MULTIPLE SEPERATE AND DISTINCE SEXUAL ABUSES DENY DUE PROCESS AND EQUAL PROTECTION OF THE LAW AGAINST PUBLIC POLICY AND ALL CIVIL RIGHTS ACTS

5) HAVING READ OR HEARING TRUSTEE EXPLAIN THE RULES LIMITING TO ONLY ONE 3500 PAYMENT VICTIMS OF MULTIPLE SEPERATE AND DISTINCT SEX ABUSES AND TORTS I CANNOT UNDENERSTAND HOW THAT IS CONSTUTIONAL DENYING RIGHT TO REDRESS GRIEVENCES EXCEPT FOR THE 1ST GRIVENCE TORT BEING UNCONSTUTIONALLY VAGUE AND OVERBROAD

ADDITIONAL FACTS

1  I WAS A VICTIM OF 2 SEPERATE SEX ABUSES HARLEM NY 141 ST JAMES PRESBETERIAN CHURCH 1ST BY FELLOW SCOUT HENCE FIRST CASE CLAIM # 4476.

2 AT THE TIME I WAS TOO EMBARASSED TO EXPOSE MYSELF TO THE STIGMA SOCIAL HUMILATION OF HAVING BEEN LATER SEX ABUSED BY THE SCOUT MASTER WEEKS LATER FILED HENCE 2ND CASE CLAIM #

2B I READ AMBULANCE CHASER ATTYS HAD ROBO SIGNED FORGED ALLWGED CLIENTS NAMES AND DUMPTED THOUSANDS OF CLAIMS WITHOUT MEETING OR TALKING TO VICTIMS THAT WOULD REDUCE MY COMPENSATION SO I DECIDED TO RECIVE WHAT I UNDERSTOOD TO BE A EXPIDITED HARDSHIP ADVANCE BUT IMMEDIATELY RECINDED BEFORE MAILING BALLOT

3 I WAS AFTER VERY CONCERNED THAT IT MIGHT NOT BE UNDERSTOOD ALTHOUGH I INITALLY CHOSE EXPIDITED PAYMENT I UNDERSTOOD THAT TO BE A DOWN PAYMENT. FOR THOSE IN FINAICAL DISTRESS AND I WOULD RECIVE FULL COMPENSATION EQUAL DIVIDED BETWEEN ALL VICTIMS SO I TOLD MY FRIEND TO WHITE OUT THAT BOX I MARKED X BEFORE MAILING BALLOT FOR ME AS I WAS SICK EMOTIONALLY AND PHYSICALLY UNDER MEDICATION FOR THE SEX ABUSE AT THE TIME HE MAILED BALLOT

I WAS LATER TOLD THAT I HAD ACCEPTED EXPIDITED OPTION AND I SAID NO IT WAS WHITED OUT

LATER FILED A AMMENDED CLAIM

ERRED CROSSING OUT BOX FOR EXPIDITED BELIVEING THAT WAS A ADVANCE ON LATER DETERMINED AMOUNT

2 PETITIONER ENQUIRED WITH OMNI AGENT THAT CONFIRMED THAT EXPIDITED OPTION WAS FOR PERSONS IN FINANCIAL DISTRESS AND LATER DEDUCTDD FROM ESTIMATED $11,000.00 FULL COMPENSATION THAT WOULD BE AWARDED LATER(LESS EXPIDITED FEES) EQUALLY DIVIDED BETWEEN ALL VICTIMS

WHEREFORE
I REQUEST COURT ORDER ALL UNREPRESENTED SEX ABUSE VICTIMS THAT ATTEMPTED TO CHANGE ERROR MISTAKE OR OTHERWISE CANCEL EXPIDITED OPTION BEFORE LEARNING OF INCREASED PAYMENT ESTIMATE ARE ENTITLED TO FULL PAYMENT AND APPROPIATE RELIEFS

electronicly signed EWC and served on trustee atty Oneill etal this day 11/21/22.

~~Mail body. Fwd. 1pm sat~~ Affidavit of Trustee pattern of interfearance technical ect. ▮

2A

---------- Forwarded message ---------
From: I III - ▮
Date: Sat, Nov 25, 2023 at 3:58 PM
Subject: Re: 1pm sat Affidavit of Trustee pattern of interfearance technical ect. ▮
To: I III ▮
Cc: <officedepot@printme.com>

On Sat, Nov 25, 2023, 3:53 PM I III ▮ wrote:

On Sat, Nov 25, 2023, 5:56 AM I III ▮ wrote:

US BANKRUPTCY COURT DELAWARE

BOY SCOUT DEBTOR Case 2~~0-01357~~

2ocv10343 11S

AFFIDAVIT
re: TRUSTEE VIOLATIONS AND INTERFEARANCE ECT TO PREVENT SEX ABUSED VICTIMS FROM RECIVEING COMPENSATION ECT

THE FOLLOWING AFDIDAVIT IS SWORN TRUE UNDER LAWS AND OATH TO AFFIANTS OWN PERSONAL KNOWLEDGE

1 TRUSTEE MALISHOUSLY RECKLESSLY WITHOUT REQUIRED WARNING TO PREVENT DISENFRQNCHISEMENT OF CIVIL RIGHT TO FULL COMPENSATION FOR INJURYS SUFFERED ADDED EXPIDITED DISTRUBTION OPTION TO BALLOT AT LAST MINUTE WITHOUT REQUITED DUE PROCESS NOTICE THAT SELECTING EXPEDITED OPTION

#1 FAILED TO WARN EXPIDITED OPTION PREVENTED SCOUTS SEX ABUSED ON MORE THAN 1 OCCASSION BY DIFFRENT ABUSERS FROM BEING COMPENSATED SEPERATELY FOR 2ND SEPERATELY COMMITTED SEX ABUSED SUFFERED BY DIFFRENT ABUSER(S)

#2 FAILED TO WARN THAT THE BALLOT DOCUMENT AND RULES AND EXPIDITED OPTION ASKED TO BE CHOSEN/SELECTED/ REJECTED CONTAINED CONFUSEING LANGUAGE AND DISENFRANCHISEMENTS REQUIREING A ATTORNEY TO EXPLAIN THE CONSTUTIONAL RIGHTS THAT WOULD BE DENIED IF VOTING TO ACCEPT PLAN AND OR EXPIDITED OPTION

#3 FAILED DUTY TO ESTIMATE WARN IF EXPIDIITED OPTION ACCEPTED OF DIFFRENCE AND LOSS AND OF THE RANGE OF ESTIMATED POTENTIAL AMOUNT OF COMPENSATION THAT THOSE THAT DID NOT SELECT EXPIDITED COMPENSATION MIGHT RECIVE INSTEAD

#4 FAILED DUTY TO WARN SETTLEMENT TRUST WOULD HANG UP PHONE AFTER 1 MINUTE PREVENTING GRIEVENCE FROM BEING HEARD OR CONSIDERED FAILED TO WARN JUDGE WOULD NOT VERIFY THAT ABUSE

#5 FAILED TO WARN AFTER LOGGING INTO WEBSITE UNREPRESENTED SEX ABUSED SCOUTS WOULD SUFFER NON RESPONSIVE WEBSITE TRICKERY PREVENTING ACCESSING QUESTIONEER FORCED TO GIVE UP IN FUSTRATION AND DUE TO TRUSTEES EXPECTING SEX ABUSED TO SUFFER" GIVE UP SYNDROME DUE TO PSYHARATIC ILLNESS SEX ABUSE CAUSES

#6 FAILED TO HAVE SEX ABUSE EXPERTS AND PSYCHARIST AS ADVISORS TO PREVENT FORSEEABLE DISENFRANCHISEMENT OF SEX ABUSED SCOUTS DUE TO WAY IN WHICH SETTLEMENT TRUST DESIGNED EXPLAINED AND PRESENTED TRUST DEMANDS TO THE ABUSED SCOUTS TO PREVENT GIVE UP SYNDRROME DUE TO EMBARASSMENT AND OTHER PSYCOLGICAL ISSUES SEX ABUSED SUFFER

#7 FAILED TO VERIFY IF EXPIDITED OPTION HAD BEEN SELECTED OR REJECTED OR CHANGED

#8 FAILED TO WARN AND STATE EXACTLY HOW TO SELECT OR REJECT EXPIDITED OPTION AS A X MARK TO REJECT / OR CHECK MARK TO SELECT

#9 FAILED TO GIVE A DEADLINE WARN I NG WARNING THAT FULL SETTLEMENT COULD NOT BE SELECTED AT A LATER TIME TO CONFUSE SCOUTSBINTO SELECTING EXPEDITED OPTION WARNING WAS GIVEN INSTEAD TRICKERY WHITCHRAFT FRAUD

#10 TRUSTEE INSTEAD PREYED ON 'SEX ABUSED SCOUTS ANXIETY SYNDROME' THUS ONLY GAVE THAT DEADLINE WARNING REGARDING EXPIDITED OPTION TO TRIGGER ANXIETY IN TRUSTEE AND LARGE LAW FIRMS THE BALLOT ECT WAS DESIG WD TO FAVOR IE TRUSTEES AND HER ATTYS FUTURE EMPLOYERS

#11 FAILED TO WARN WEBSITE WOULD NOT FUNCTION 1ST AND 2ND ICON WAS SELECTED TO ACCESS QUESTIONEER AND THAT WAS DESIGNED TO TRIGGER "SEX ABUSED GIVE UP IN ANXIETY EMBARASSMENT AND FUSTRATION SYNDROME

#12 FAILED TO WARN UNREPRESENTED SEX ABUSED SCOUTS CURRENTLY SUFFERING HOMELESSSNESS POVERTY AND INDIGNANTCY WERE MORE LIKELY TO SELECT EXPIDITED OPTION DUE TO TRUSTEES VAGUNESS IF THAT WAS A ADVANCE ON FUTURE FULL PAYMENT FOR SEX ABUSES SUFFERED OR NOT

#13 FAILED DUTY TO NOTIFY OMNI AGENTS AND SEX ABUSED SCOUTS WANTING TO CANCEL MISTAKE OR CHOICE OF SELECTING EXPIDITED OPTION HOW AND DEADLINE TO RESULTING IN OMNI AGENTS ADVISEING ME TO SEND IN AMMENDED CLAIM FORM THAT TRUSTEE FRADULENTLY MISLED JUDGE CLAIMING IT DID NOT INDICATE CANCELNOF EXPIDITED OPTION

14 FAILED DUTY TO REQUIRE OMNI AND TRUSTEE TO VERIFY DATE OF RECIEPT OF CHANGE CANCEL EXPIDITED SETTLEMENT

15 TRUSTEE DESIGNED AND EXECUTED SETTLEMENT PLAN TO FAVOR THE LARGE JEWISH LAW FIRMS AND MAXIMIZE THEIR 40% LEGAL FEE FAILING DUTY TO REDUCE SIZE OF TIER 1 ECT PAYOUTS BY CAPPING LEGAL FEES AT A REASONABLE 10% -20% MAXIMUMN

16 TRUSTEE FAILED DUTY OWED AS IS CUSTOM IN SEX ABUSE SETTLEMENT WHERE A WAIVER IS DEMANDED AS EXPIDITED OPTION CONCEALABLY WAS TO PROVIDE FOR ATTORNEY TO EXPLAIN THE LEGAL CONSEQUENCES OF MARKINGBON BALLOT A X OR CHECK IN EXPIDITED OPTION BOX

FOR ALL FOREGOING REASONS THIS AFFIDAVIT DEMANDS TRUSTEE BE REPLACED AND APPROPIATE RELIEFS ORDERED BY THE COURT

TRUSTEE HOUSER DUE TO THE UNDISPUTABLE FOREGOING EVIDENCE MUST BE REMOVED PERSUANT TO DELAWARE TRUSTEE LAW

Mail body: REPLY TO HON BARBARA HOUSER TRUSTEE TO PLAINTIFFS MOTON

From: James O'Neill <JONeill@pszjlaw.com>

Cc: Debra Grassgreen <dgrassgreen@pszjlaw.com>, quinnk@gilbertlegal.com <quinnk@gilbertlegal.com>
Received.

James E. O'Neill
Pachulski Stang Ziehl

> US DELAWARE DISTRICT BANKRUPTCY COURT
>                            CH 11 20-10343 LLS
> BOY SCOUT OF AMERICA AND DELAWARE Debtors
>
>               REPLY TO HON HOUSER BRIEF & MOTION FOR PUNETIVE DAMAGES
>
>               APPLICABLE LAW
>
> DUE PROCESS EQUAL PROTECTION CLAUSE RACE ALIENAGE DISCRIMINATION T 42USC 1982
>
>
>
> ISSUES
> #1 IIWAS TOLD TO CANCEL OPT OUT OPTION SEND A AMMENDED CLAIM FOR SENT CONFIRMED RECIVED BY OMNI AGENT SOLUTIONS TRUSTEE FRAUDLENTLY OMMITS EMAILS TO OMNI 2021 2022 CANCELING OPT OUT OPTION
>
> #1b TRUSTEE AND OMNI FRAUDLENTLY CONCEALING LAST BALLOT ( MOVANTS AMMENDED BALLOT) OMNI AGENT JOHN DOTHERY ACKNOWLEDGE RECIVED CANCELED OPT OUT OPTION
> A FRAUDLENT TRICK WARRANTING PUNETVE DAMAGES (hereby demanded) THE TRUSTS RULE VERIFY AMENDED BALLOT CANCELED THE OPT OUT OPTION SO TRUSTEE REFUSES TO ACKNOWLEDGE RECIEPT OF HE AMMENDED BALLOT OMNI AGENT JOHN DOTHERY EMAIL ACKNOWLEDGED RECIEPT OF requireing court supoen
> 'THE LAST BALLOT
>
> 1c JUDICAL NOTICE OF AMMENDED PROOF OF CLAIM RECIVED BY OMNI AGENTS CANCELING OPT OUT OPTON
>
>
>   FRAUDLENT FAILURE TO DISCLOSE FOLLOWING(DUE PROCESS EQUAL PROTECTON VIOLATION)
>
> #
> A) THAT CHOSEING OPT OUT OPTION WAS IRREVERSABLE FINAL UNCANCELABLE
>
> B) HOW TO CANCEL OPT OUT OPTION NOT DISLOSED NOR THAT DEADLINE TO SUBMIT AMMENDED LAST BALLOT ( apparently only way )TO CANCEL OPT OUT WAS 3/7/22
>
> C) TRUSTEE FAILED DUTY TO DISCLOSE THAT IF OPT OUT OPTION CHOSEN VICTIMS OF 2 or MORE SEX
>
> ASSSAULTS WOULD ONLY RECIVE ONE $3500 PAYMENT IF OPT OUT OPTION SELECTED IRREGARDLESs OF
>
> 2nd SEPERATE AND DSTINCT ABUSE AT TIME AND DIFFRENT FROM 1st and 2nd ABUSER NOT
>
> PARTICIPATEING IN 1st ABUSE OF SEXUALLY ASSAULT UNCONSTUTIONAL DUE PROCESS DENIAL
> E) DUE PROCESS REQUIRED TRUSTEE TO NOTIFY DEADLINE TO CHANGE CANCEL OPT OPTION WAS MARCH 7 2022 ONLY NOTIFIED BY BRIEF SERVED BY EMAIL THURSDAY PRIOR TO HEARING
>
> F) IF OPT OUT OPTION SELECTED UNCONSTUTIONALLY ARBITRARY TRUST COULD DECIDE TO NOT COMPENSATE 2nd DISTINT SEX ASSAULT BY SEPERATE PERSON AT A DIFFRENT TIME UNDER UNCONSTUTIONAL VAGUE LANGUAGE OF TRUST DISTRIBUTION PROCEEDURES &
> PLAN ART I .18 and TDP Art VIIIC1                        :" SINGLE INCIDENT OF ABUSE language perverted by Trustee to

UNCONSTUTIONALLY Disenfranchise compensaton for "SECOND INCIDENT OF ABUSE
>
> COURT DID INTEND TO ALLOW DEBTORS UNDER CO:OR OF OPT OUT GUIDELINES TO VIOLATE DENY CIVIL
>
> RIGHT TO SUE AND CONSTUTIONAL RIGHT TO BE COMPENSATED FOR 2nd AND EACH SEPERATE AND
>
> DISTINCT SEXUAL ASAULT ONLY ON BASIS OF FALSE PRETEXT
>
>   THAT fSCOUTS PAY $3500 FOR 1ST SEX ABUSE CASE THAY DONT HAVE TO PAY FOR FOLLOWING 2ND SEXUAL ASSAULT COMMITTED BY THEIR EMPLOYEES DUE TO PEDOPHILE CULTURE AND IMPUNITY OF BOY SCOUT LEADERS ETAL AT HE TIME
>
>
> ON page 6 #12 lne 16 TRUSTEE ARGUES NONSENSE " 2nd sex abuse committed by 2 seperate persons is not sepertely compensatable WTHOUT PRIOR NOTICE DUE PROCESS REQUIRES OTHERWISE WOULD HAVE FILED 2 LAWSUITS
>
> 5) THE AMMENDED CLAIM FORM the THIRD CLAIM # 23219 WAS SOLELY TO AMMEND AND CANCEL OPT OUT OPTION
>
> 6) THE LANGUAGE RELIED ON TO DENY COMPENSATION FOR THE ND SEPERATE AND DISTINCT SEX ASSAULT IS UNCONSTUTIONALLY VAGE AND DENIES DUE PROCESS RIGHT TO REDRESS COURTS FOR GREVIENCE EXACTLY AS EPSTEIN BLANKET IMMUNITY CONSPIRACY DENYING DUE PROCESS EQUAL PROTECTION UNDER COLOR OF LAW T42 US CODE 1983
> 7) PETITIONED WROTE AND EMAILED OMNI AGENTS BOY SCOUTS AND TRUSTEE 2021 CANCELING OPT OUT OPTION BUT THEY FAILED TO CONFIRM CAUSEING EXTREEM EMOTIONAL DISTRESS AND REPETED ATTEMPTS TO CANCEL OPT OUT OPTION AND WAS ADVISED BY OMNI AGENTS
> #1 OPT OUT OPTON WAS CANCLED FOR FULL COMPENSATION INSTEAD OF OPT OUT OPTION
> #2
>
>
>           FALSE CLAIMS OF HON BARBARA HOUSER FOR COURTS ADJUDACATION ect...
>
> JUDICIAL NOTICE REQUESTED DESPITE RECIVING EXHIBITS AND EVIDENCE I CANCELLED OPT OUT OPTION 2022 and 2023 WHILE CASE WAS ACTIVE FALSELY CLAIMS THIS IS A
>
> #1 Page 1 line 3;:  ' MOTION TO CHANGE HIS ELECTION OF EXPIDITED PAYMENT"
> #1a Page 2 line 13: " HE CANNOT NOW CHANGE HIS ELECTION OF EXPIDITED DISTRUBITION"
>
> SETTLEMENT TRUST S FRAUDLENTLY CONCEALING ▇▇▇▇ LAST BALLOT "AMMENDED BALLOT THA T OMNI AGENT JOHN DOTHERY RECIVED 2022 and 2023 REPETED CANCELING OPT OUT OPTION (selected only for case SA 4476)
>
> TRUSTS PLAN :SOLITATON PROCEDURES MANDATE " IF DEBTORS RECIVE MORE THAN ONE BALLOT ON BEHALF OF HOLDER OF SINGLE CLAIM THE EFFECTIVE VOTE SHALL BE THE LAST BALLOT RECIVED,,, ▇▇▇▇ LAST BALLOT RECIVED BY OMNI JOHN DOTHERY DID NOT SELECT OPT OUT OPTION later called EXPEDITED
>
> 1st AMMENDED PROOF OF CLAIM FORM CANCELED OPT OUT OPTION WITHOUT OBJECTION BY TRUSTEE PLAINTIFF RELIED ON TO HIS HARM UNAWARE OF TRUSTEES MALISHOUS FRAUD
> 2nd AMMENDED BALLOT RECVED BY TRUSTS OMNI AGENT JOHN DOTHERY WHO INSTRUCTED
> PLAINTIFF HOW TO A @ND TIME RECANCEL OPT OUT OPTION
>
> evidence concealed fraudulently OMNI JOHN DOTHERY EMAILs PROOF HON HOUSER RECIVED CANCEL OF OPT OUT OPTION  by executed recived AMMENDED CLAIM FORM ALSO AMMENDED BALLOT 2022 again 2023
> p2 lne 13;' HE CANNOT NOW CHANGE (OPT OUT OPTION
>
> # 1  page 2 #1 line 4: " HE NOW SEEKS TO  CANCEL THAT ...(opt out)...OPTION PRESUMABLY...
>                   F A C T
> OMNI EMAILS CALLS AND EXHIBITS PROVE 2022 PLAINTFF SUCESSFULLY CANCELED OPT OUT OPTION BY AMMENDED CLAM Exhibit 1 AGAIN BY AMMENDED BALLOT NOT CHOSENG OPT OUT
>
> # 2 page #2 line 9 : " (THE PLAN) and its supporting documents provide for a single resoluton for eachsurvivor ,regardless of the number of incidents of abuse suffered "...

> .
> 
> > # 3 line 11 :" BECAUSE MOVENT ELECTED THE EXPIDITED DISTRIBUTION ON THE BALLOT HE WILL RECIVE EXPIDITED DISTRIBUTION"
> >
> > JUSTIFYING THE CANCELLING OF THE OPT OUT OPTION ON THE AMMENDED BALLOT OMNI AGENT JOHN DOTHERY ACKNOWLEDGE RECIVEING AND FORWARDING (exhibit 2)
> >
> > #4 line 13: ..." HE CANNOT NOW CHANGE ELECTION TO OPT (OUT) ...and MOTION TO CHANGE ELECTION TO OPT (OUT)
> >
> >   HON HOUSER IS FRAUDLENTLY MISLEADING COURT HAVING RECVED EXHIBITS PROOF of
> >
> > #1 OMNI AGENT JOHN DOTHERY RECIVED AMMEND CLAIM CANCELING OPT OUT IN 2022
> >
> > #2 OMNI AGENT JOHN DOTHERY (exhibits)INSTRUCTED PLAINTIFF TO FILE AMMENDED BALLOT TO CANCEL NOT CHOSE OPT OUT OPTION 2022 ALSO ACKNOWLEDGED RECEPT THEREOF & FORWARDING TO SCOUT TRUSTEE BUT FRAUDLENTLTY REFUSES TO REAFFIRM EMAIL SUPONEAED
> >
> > #3 DUE PROCESS REQUIRES NOTICE SELECTION OF OPT OUT OPTION IS FINAL IRREVERSABLE OTHEWISE PLAINTIFF WOULD NEVER SELECTED FOR ONLY 1st CASE #4476
> > PLAINTIFF SPECIFIED WROTE IN MARGIN NOT SELECTED FOR 2ND CASE #75672
> >
> > #4 THE 3RD CASE #   2........   WAS GENERATED ONLY DUE TO CANCELING OPT OUT 2022
> >
> >  1 Plaintiff suffered 2 sex abusers 1963 a cub scout and 1/2 later the Scout leader on info and belief
> > Sponsered by and held at autotorium of St James Prespeterian Church 141 st St Nicholas Harlem NYC
> >
> > 2 Plaintiff filed case #4476 1st only against fellow Scout electing opt out option
> >
> > 2B A week later after embarassment faded filed 2nd claim against Troop leaders abuse 1/2 hour later. case # 71836 not electing opt option
> >
> > 3 Plaintiff reled on debtor s OMNI Agent plaintff could recind the opt out option before case adjudacation
> >
> > 4 Plainitff was instructed by OMNI Agent John Dothery in calls and emails to fill out a ammendment
> > to claim to change  and Cancel election of opt out option Plainitff (EXHIBIT 1) submitted 2022 and OMNI acknowledge reciept of in 2022 generateing a 3rd Case # 2
> >
> > 5 Plaintiff was also advised by OMNI to send in a AMMENDED BALLOT TO CANCEL OPT OUT OPTION
> >
> > 6 ON  6 2022 PLAINTIFF AMMENDED BALLOT NOT SELECTING OPT OUT OPTION
> >
> > # 1) PLAINTIFF MADE 2 SEPERATE CLAIMS FOR 2 SEPERATE ASSAULTS SAME DAY 15 MINUTES APART UNDER GUIDELNES THEN APPLCBLE PRIOR TO NEW RULES OF THIRD MODFIED FIFTH AMMENDED CH !! PLAN OF REORGANAZATION BSA LLC D1 10296 PROVDE FOR SINGLE RESOLUTON REGARDLESS OF THE NUMBER OF NCIDENTS OF ABUSE SUFFERED "is UNCONSTUTIONAL DENYS DUE PROCESS EXACTLY AS EPSTEINS FIX WTH FL PROSCEUTORS IMMUNUTY FOR ALL OTHER FUTURE CHARGES CLAMS
> >
> >   SCOUT SETTLEMENT TRUST FAILED DUE PROCESS DUTY TO ADVISE SELECTING OPT OUT WAS IRREVERSABLE
> >
> >   CALDWELL CANCELLED OPT OUT OPTION PER INSTRUCIONS OF TRUSTEES AGENT OMNI
> > SOLUTIONS BY FILLING OUT AMMENDED BALLOT ACKNOWLEDGE RECIVED BY OMNI JOHN DOTHERY

> 1ST BY SUBMITTING COVER PAGE AND AMMENDMENTS OR SUPPLEMENTS TO THE SEXSUVIVORS PROOF OF CLAIM ACKNOWLEDGED RECIVED BY OMNI EXHIBIT 1
>
>
>
> OMNI AGENT ADVISED PLAINTIFF TO FILE A AMMEDED CLAIM EXHIBIT 1 TO CANCEL OPT OUT OPTION CANCELLED 2021 EXHIBIT 1
>
> SCOUT SETTLEMENT TRUST REFUSED DUTY TO CALL OMNI AGENT JOHN DOTHERY WHO RECIVED AMMENDED BALLOT CANCELIMG EXPEDITED OPT OUT OPTION
>
> OMNI AGENT ADVISED PLAINTFF TO FILE A AMMENDED BALLOT ALSO IN 2022 TO CANCEL OPT OUT OPTION JOHN DOTHERY ACKNOWLEDGED RECIEPT OF EXHIBITS 2 and 3 HON HOUSER REFUSES TO CALL MR DOTHERY TO CONFIRM REQUIREING SUPOENA TO PRODUCE FILED AMMENDED CLAIM AND ALSO AMMENDED BALLOT BOTH CANCELING OPT OUT OPTION 2022
>
> COURT CANNOT CONSIDER UNSERVED UNFILED EVIDENCE PAGE 2 last line "which the Trustee
> incorperates herein FEDERAL COURT AND US CONSTUTION PROHIBIT SUCH DUE PROCESS VIOLATONS
>
> THE FRAUD OF TRUSTEE DENYING DEMANDED ACKNOWLEDGEMENT OF RECIEPT OF 2021 AMMENDED CLAM CANCELING OPT OUT ALSO DOCUMENTS AND MAL AND EMAIL RECIVED S BY THEIR AGENTS OMNI JOHN DOTHERY OF LAST BALLOT 2022 again 2023 NOT SELECTING OPT OUT OPTION
>
> PLAINTIFF IS INDIGENT UNEMPLOYED DISABLED CANT AFORD THE TWO $10,000.00 FEES FOR FULL COMPENSATION FOR THE 2 SEPERATE AND DISTINCT SEX ABUSE CASES BEFORE THE COURT UNSURE IF $10,000.00 on 2 occassions IS DEMANDED FOR EACH SEX ABUSE CASE SUFFERD IE $40,000.00?
>
> PLAINTIFF REQUESTS ORDER WAIVEING ALL $10,000.00 FEES REQUIRED FOR FULL COMPENSATION OF THE 2 DISTINCT SEX ABUSES SUFFERED
>
> TRUSTEE UNCONSTUTIONALLY HAS DETERMINED I MUST ACCEPT $3500.oo FOR THE 1st SEX ASSAULT
> DUE TO UNCONSTUTIONAL VAGUE UNDISLOSED OF THE CASE LANGUAGE LLOWING TRUSTEES WHIM AND CAPRICE ALLOWED TO COMPLETELY DENY COMPENSATION FOR SECOND SEXUAL ASSAULT SUFERED AND LITIGATED UNDER COLOR OF LAW DSENFRANCHISENG CIVIL RIGHTs UNCONSTUTIONALLY
>
> WHEREFOREI A ORDER IS DEMANDED ENTITLEING PETITIONER NOT FORCED TO ACCEPT THE OPT OUT OPTON INSTEAD FULL COMPENSATION AND WITH INDIGENT WAIVER OF ALL FEES
>
> PLAINTFF WAS ONLY SERVED BY EMAIL @ DAYS PRR HEARING NEEDS ADDITIONAL 14 DAYS TO GATHER EVIDENCE REQUIRED FOR COURT ADJUDACATION
>
> ALSO A ORDER THAT EACH OF THE 2 SEPERATE AND DISTINCT SEXUAL ASSAULTs SUFFERED EACH BE COMPENSATED SEPERATELY as OPPOSED TO TRUSTEES MANDATE ONLY ONE $ 3500.00 PAYMENT WILL BE MADE FOR THE 1ST SEX ASSAULT AND 2nd SEXUAL ASSAULT GO UNCOMPENSATED IE TWO SEPERATE SEX ASSAULT CASE # 4476 and 71836
> ALSO ORDER FOR APPROPIATE RELIEFS AND ALLOWING 14 DAYS TO SUBMIT EVIDENCE
>
> served on the trustee and J oneill at email provided for service Electronic signed ▬▬▬▬▬

309
can PR00908

CIERK   US FED BANKRUPTCY COURT
824 N Market ST #500
Willmington Delaware
19801