

December 29, 2023

The Honorable Judge Laurie Selber Silverstein
United States District Court
District of Delaware
824 N. Market Street
Third Floor
Wilmington, DE 19801

**CASE NAME: Boy Scouts of America**
**CASE NUMBER: 20-10343** **CLAIMANT ID NUMBER:** ▉

**Re: Boy Scouts Of America Case Number 20-10343**

I, ▉ residing a ▉ am writing to humbly request an extension of the filing deadline in the above-mentioned case pursuant to Rule 6(b) of the Federal Rules of Civil Procedure based on grounds of excusable neglect.

1. **Background:** On December 10, 2020, I became aware of an inadvertent oversight that led to the failure to file **abuse claim forms** by the court's designated deadline. This oversight was not intentional but rather resulted from an unforeseen combination of circumstances, including an **extended illness**.

2. **Rule 6(b) Standard:** Rule 6(b) of the Federal Rules of Civil Procedure provides that the court may, for good cause, extend the time prescribed by these rules. One of the recognized grounds for extending time is excusable neglect. **Case law supports that sickness, such as the three-month period during which I suffered from coronavirus, is an eligible criterion for relief under excusable neglect.**

3. **Excusable Neglect:** The neglect in this case was purely inadvertent and stems from factors beyond my control. The nature of the oversight was excusable and not the result of willful disregard of the court's rules. The **extended illness** due to coronavirus, lasting three months, significantly impacted my ability to adhere to the filing deadline.

4. **Prejudice to the Opposing Party:** Granting an extension will not unduly prejudice the opposing party. The delay is minimal, and the complete filing occurred on December 24, 2020, less than 40 days after the deadline. Importantly, this delay did not adversely affect the defendants or impede the progression of the case.

5. **Conclusion:** In consideration of the above circumstances, I, Kenneth Moss, residing at 7 Neptune Park, Ormond Beach, FL 32176, humbly request that the court grant an extension of time for the filing of **abuse claim forms** based on Rule 6(b), excusable neglect, and the documented case law supporting relief for sickness-related delays.

Respectfully submitted,

▉ [Claimant ID ▉

Mailing and Filing Address:

Delaware Bankruptcy Court 824 N. Market Street Third Floor Wilmington, DE 19801

12/29/23

JAMES MILEO
Notary Public
State of Florida
Comm# HH224358
Expires 4/23/2026






UNITED STATES POSTAL SERVICE® | PRIORITY MAIL®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

US POSTAGE AND FEES PAID
2023-12-29
32176
C4015071
Commercial
FLAT RATE ENV

USPS PRIORITY MAIL

CUSTOMER OF:
SHIPPING BY THE SEA
1454 OCEANSHORE BLVD
ORMOND BEACH FL 32176

SHIP TO:
DELEWARE BANKRUPTCY COURT
DELEWARE BANKRUPTCY COURT
824 N MARKET ST
FLOOR 3
WILMINGTON DE 19801-3024

Shipped via XPSship.com

USPS TRACKING #

9405 5361 0605 1030 3636 73