**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>       Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re:  11687** |

**CERTIFICATE OF NO OBJECTION REGARDING REORGANIZED DEBTORS'**
**MOTION FOR ENTRY OF AN ORDER (I) FURTHER EXTENDING THE CLAIMS**
**OBJECTION DEADLINE AND (II) GRANTING RELATED RELIEF**

    The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to the *Reorganized Debtors' Motion for Entry of an Order (I) Further Extending the Claims Objection Deadline and (II) Granting Related Relief* (D.I. 11687) (the "Motion"), filed on December 18, 2023.

    The undersigned further certifies that Morris Nichols has reviewed the Court's docket and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice of the Motion, objections to the Motion were to be filed and served no later than January 2, 2024, at 4:00 pm (ET).

    WHEREFORE, the Reorganized Debtors respectfully request that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Reorganized Debtors in the chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated:  January 3, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Sophie Rogers Churchill*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Sophie Rogers Churchill (No. 6905)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email:  dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          srchurchill@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted pro hac vice)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email:  jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted pro hac vice)<br>Matthew E. Linder (admitted pro hac vice)<br>Laura E. Baccash (admitted pro hac vice)<br>Blair M. Warner (admitted pro hac vice)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br>          blair.warner@whitecase.com<br><br>*Attorneys for the Reorganized Debtors* |