20-10343

To: Justice Lauri Selber Silverstein
B.S.A Chapter 11 case

824 Market St. 6th FL
Wilmington Delaware 19801

RECEIVED 1600 HRS
Dec. 26, 2023
2024 JAN -4 AM 11:54
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: B.S.A CHApter 11

from [redacted]

Dear Honorable Justice Silverstein,

I write you today in Reguards to a CHApter 11 Bankruptcy case In which us victims of child aBuse were asked to write aBout How we were molested By our trusted adults. well I did write you aBout it and Hopefully you got a understanding of what we went Through. well now it seems I am being victimized again Not physically but mentally. It has been 8 moNths since I have heard from The A.V.A Law Group. The case Has been settled money is being Distributed to everyone but me. The Law firm refuses To Accept my calls or any letters. I have met all of The requirements I signed my statments of abuse But It's like I am someone that doesn't exsist. I am Hopeing you could give them a Quick email or call and ask Them whats going on. I am at wits end with This after 4 years of court Hearings. well god bless you and Thank you.
Sincerely [redacted]

P.S. I am a military veteran with p.t.s.D.



BOSTON MA 020
30 DEC 2023 PM 3 L

Justice Lauri Selber Silverstein
RE B.S.A. Chap II Case
824 Market Street 6th Fl
Wilmington, Delaware 19801

19801-305499