I was told by the

Scouting Settlement
Trust Team in an
"E-mail - enclosed"
to contact the
bankruptsy Court judge
directly.

So Here I will try
to tell you my problem.

Thank You
In Advance

RECEIVED
2024 JAN -9  AM 10: 06

01-03-24

Dear Chief Judge Silverstein

Please excuse the unprofessional content of this letter. Self advocate here needing your help
with a matter very close to my heart for over 50 years. I am a BSA abuse survivor. I started on
this journey years ago when the BSA story first hit the court system.

 Getting to my point of need for help from you. I retired in September of 2020 which gave me
more time to concentrate on filing my original claims forms.  The original BSA survivor claims
deadline was November 16 - 2020.  On October 10 - 2020  I went to the claims forms site online
and printed out the 12 sheets needed. I did so because I was using a borrowed computer and
didnt want to leave my private personal story on someone elses computer. I filled out the 12
forms by hand , dated , and signed them. I took the sheets to kinkos and made copies, again,
because I didnt want to store them on someone elses computer. I addressed the envelope to the
address provided by OMNI Solutions on the first page of the claims forms and put them in the
regular USPS mail, weighed with proper postage and mailed them on Monday Oct 12-2020.
Knowing there would probably be many claims to be sent in I expected it to be a while before
getting a reply but I figured sending it in more than a month before the Nov deadline would be
sufficent.

 I waited until mid November, no reply or confirmation from OMNI , then I started to wonder.
Deadline being Nov 16-2020 5:00 PM  I went back on the OMNI  claims forms website on the
afternoon of Nov 15- 2020 , but this time on a computer my son had given me. This time I
uploaded the forms and filled all 12 of them out via the site , all digitally, all typed , not hand
writen, dated and signed in Type , so I could send them in via their own website to be sure they
received them before the deadline , which was to be the next day. I clicked on send and waited
for the circle to stop spinning and it read Sent, task complete. I then plugged my laptop up to
charge the battery and closed the lid , where then it went into sleep mode and I left it. I was
untouched until the afternoon of Nov 16,  when I opened the lid and the computer woke from
sleep I was about to shut the computer off but it asked if I wanted to save my last work task
before shutting down, I clicked Yes, Save To ?,  I clicked Documents, then went to documents
where I see it saved as BSA Claims, With the date and time inwhich I " saved" the forms to
documents. Even the documented saved date and time was before the deadline.  I clicked on
that file and it opened the 12 completed forms I had sent the evening before, on Nov15,
satisfied I had filed twice now, once in hand written and mailed and now digitally , I stopped
wondering if OMNI  had indeed gotten a claim from me , now to wait and give them time to
process and reply. That was November.

 I am enclosing a "screen shot" of my computer documents page, showing date and time I saved

1

the work I had sent to OMNI the evening before .

On December 28 - 2020  I received my first contact letter from OMNI. Since they had never heard of me before I sent the claims in I knew they had contacted me through the personal information on the claims.

I am enclosing a copy of their company envelope with post mark and date, Along with a copy of the confirmation letter the envelope contained. I was then satisfied that my claim had been received , although there was no mention of when they recorded it received , I didnt think that important since I knew that twice I had sent claims before the deadline. In my mind I had done what was required of me.

Next  one month later on Jan 7 - 2021  I reveived a letter from a Calf Law Office, Pachulski Stang Ziehl & Jones  with a letter enclosed concerning privacy with the Tort Claimants Committee, the Identity of registered participants shall be kept strictly confidential. It also invited survivors to participate in a virtual town hall meeting to be held on Jan 14 - 2021,  which I attended.

I am enclosing a copy of their Letter head , post marked, dated and a copy of the letter it contained.

Next  on Jan 19 -2021 , I received a 2nd  letter from OMNI , with a letter explaining they had again received a set of survivor cliams forms in my name. To me this meant they had worked their way to the second set of forms that I had sent on Nov 15, digitally,  the day before the deadline.

I am enclosing a copy of their envelope post marked and dated, along with a copy of their letter enclose from them.

Next I received a letter from OMNI  telling of many changes and updates , injunctions, trust info, etc. complicated legal info.

I am enclosing a copy of OMNI Letter head , post marked dated, and a copies of info updates.

I then received a extra large bundle of small and large catalogs of court info  and enclosed with those was a couple of forms from TCC , with a ballot for survivors to vote to accept or reject BSA's Plan. I read through it all and voted to reject the plan and voted against the Expedited Distribution of one-time payment, dated , signed , and again sent that back in as requested.

I am enclosing a copy of the letters and  that rejection form.

Also encloed are random copies of catalogs, all to prove they are still in touch with me and updating me along the entire way.

After sending in the rejection ballot dated and sign , all comunication from then on was in the form of E-mails. Communication started from the Scouting Settlement Trust. Emails updating

2

and informing of deadlines etc. I received and email introducing me to the settlement process and was invited to attend a webinar town hall meeting held in Oct of 2023, which signed up for and attended, very well done, where I met Judge Barbara Houser along with members of the settlement team. I was so relieved after hearing them and seeing them live and feeling assured that this process was to be secure, with no chance of our private information, stories, being open to the wrong people. Very informative.

I again received an E-mail inviting me to join, sign up, for another virtual town hall to be held early November, which I again attended. I even typed in a question which Judge Houser and Ms Randi answered. Again , very informative of deadlines and what to expect and explained that we who were" self representing" should go to the Settlement Portal and Register, get user name, and password, because it was private and only survivor claiments would be able to Register.

I went to the settlement site and registered, user ID, and was given a password , and sucessfully got into the portal. She had explained in town hall that there were instruction pages that we might want to read over to make the form completion a bit easier. I read through all the instructions and was confident I could handle the forms , as I had done twice before. In the town hall meetings she told us to take our time and put down as much detail as possible , which would help the Team to decide which level or category each claiment would be placed in for settlement. She instructed that if we grew tired or needed more time to complete the forms we were to Hit Save and then return later and complete at our convenience , but NOT TO hit send or done until we were absolutely sure we had included everything we could remember.

I had already read over all the instructions and confident I was ready to complete the final group of claim forms the Team was needing from me.

I then went back to the Settlement Portal , entered ID and Password, got in and went to survivor claim forms, clicked on it and it opened , all the forms were there but it wouldnt allow me to click or type on any part of the forms. I thought this odd so I logged out of the claims portion and went to the , Help, Contact, etc , and sent an E-mail to ask the team what I was doing wrong. They quickly replied and said it looks as though you are properly Registered , and gave me a new password after confirming I was who I said I was. I used the password and again I got into the Private Portal and went to the claims forms section , where again I could see the claims but could not fill them in. Again I went to the Team with my problem and a reply said they would look into it further. The next day I received a nice email saying that OMNI had listed me as INVALID in their system. I replied that I had confirmation letters saying they had received my claims. The , nicely replied , that my concern was being escalated higher up for answers.

After a couple days I was told they contacted OMNI and they had me listed as no filing my original claim forms in a timely manner.

After a few back and forth emails with the team they told me they could not advise me of how to procede , and that I would have to send them dated responce receipts of being validated that

3

I should have received from OMNI  after sending in my original claim. I didnt receive anything from OMNI  except the two letters ,inclosed, postmarked, that I mentionl earlier.

Another team email reply said they couldnt tell me how to procede but my only recorse was to file a motion with the Bankruptsy Court Judge, or that I may want  to seek councel. They also mentioned the Pioneer Rule, that I might use and get a Court Order from the Bankruptsy Judge in order have my original claims changed from " invalid "  to Validated , due to the records in OMNI's system saying they were received late.

I dont see how its possible for both sets of claims to be recorded as late. I feel there has been an error with recording when my claims were received. Maybe the fact I filed twice through something off , or someone off, or double info kicked the claims out.

It may not be proper procedure but I am enclosing a full 12 page copy signed and dated of my first hand written claim that was mailed  Oct 12- 2020.  The first and last page, tell the mailing address for OMNI that I sent it to and the date I filled them out..

I am also including copies of  the Digitally filled out, dated and digitally signed forms, first and last page shows the OMNI website I filled the 12 pages out on and their own site that I then forwarded them to.

Again, after receiving two seperate letters saying they received two  copies of claims on my behalf, I saw no reason for me to expect ,nor did I get, any sort of email or return receipt from OMNI  in response to my claims , other than the two dated envelope letters.

AND, being put on every mailing list for 3 years and multiple letters and updates, and a ballot to refuse the $ 3500.oo one time payout, and attend final town halls with Judge Houser and given Registration clearing me to enter the Settlement  private portal, at some point I must have been valid for me to be led on this long only to be told im invalid.

I dont know all the legal hoops to go through nor can I afford to pay a lawyer to do what I just did. No way they can relay my detailed info to you the way I did. I hope I havent wasted your valuable time but being my own advocate seemed smarter to me.

I am in hope and prayer that you,  Judge Silverstein  can make a judgement and notify who ever needs to be notified to validate my claims soon , and that OMNI or Judge Houser notify me of my being validated, so I can again go online and fill out the final settlement forms the Team needs for settlement  level placement.

I look forward to hearing from you or whom ever.

Thank you for your precious time and attention on my personal matter,

And all the compasionate time you have put into the entire BSA  process.

4

Very Sincerely



email



1 st Confirmation from Omni
① claim received




U.S. POSTAGE ⟫ PITNEY BOWES

$ 000.50⁰

ZIP 91367
02 4W
0000359861 DEC 22 2020

SANTA CLARITA CA 913

23 DEC. 2020 PM 7

Read
12-28-20



PLEASE FORWARD TO PRESIDENT, LEGAL DEPARTMENT, OR ADDRESSEE.

3B30i-562426

Omni Agent Solutions
5955 DeSoto Ave., Suite 100
Woodland Hills CA 91367



**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DESIGNATION OF ADDITIONAL
PERMITTED PARTIES UNDER BAR DATE ORDER**

**NOTICE IS HEREBY GIVEN** as follows:

On May 26, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 695] (the "Bar Date Order") establishing November 16, 2020 at 5:00 p.m. (Eastern Time) as the last date and time for any holder of a Sexual Abuse Claim[2] to file a claim against the Debtors. The Debtors' records indicate that you or your authorized representative or attorney filed a Sexual Abuse Claim against the Debtors.

Paragraph 7 of the Bar Date Order provides for a Confidentiality Protocol with respect to Sexual Abuse Proofs of Claim. The Confidentiality Protocol prohibits anyone from accessing Sexual Abuse Proofs of Claim except for certain limited Permitted Parties that may confidentially receive access. Pursuant to paragraph 7(e)(13) of the Bar Date Order, an additional party may be designated as a "Permitted Party" with the express written consent of the Debtors, the Tort Claimants' Committee, and the Future Claimants' Representative upon seven (7) business days' notice to Sexual Abuse Survivors.

The Debtors, the Tort Claimants' Committee, and the Future Claimants' Representative have consented to the designation of Coalition Counsel, State Court Counsel,[3] and Other Retained Professionals (as defined below) of the Coalition of Abused Scouts for Justice (the "Coalition") as a Permitted Party under the Bar Date Order. Specifically, "Coalition Counsel" includes representatives of the law firms Brown Rudnick LLP and Monzack Mersky Browder and Hochman, PA. "State Court Counsel" presently includes representatives of the following law firms: (i) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., (ii) Andrews & Thornton, (iii) ASK LLP, (iv) Slater Slater Schulman LLP, (v) Motley Rice LLC, (vi) Napoli Shkolnik

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Bar Date Order.

[3] "Coalition Counsel" and "State Court Counsel" are described and defined in the *Order Approving the Motion of the Coalition for Abused Scouts for Justice to Participate in Mediation* [Docket No. 1573], filed on October 23, 2020, and the *Second Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019* [Docket No. 1429], filed on October 7, 2020, as may be amended by supplemental filings.

PLLC, (vii) Marc J. Bern & Partners LLP, (viii) Junell & Associates, PLLC, (ix) Reich & Binstock
LLP, (x) Krause & Kinsman Law Firm, (xi) Weller, Green, Toups & Teller, LLP, (xii) Babin Law,
LLC, (xiii) Jason J. Joy & Associates, PLLC, and (xiv) Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A. "Other Retained Professionals" retained by either the Coalition or State
Court Counsel presently includes: (a) Elm Street Enterprises, LLC, (b) Parsons Farnell & Grein,
LLP, and (c) Province, Inc. Additional State Court Counsel and Other Retained Professionals that
join or are retained by the Coalition or State Court Counsel may become a "Permitted Party" upon
execution of the Confidentiality Agreement without further notice.

Upon the expiration of the seven (7) business day notice period described above, your
Sexual Abuse Claim may be confidentially shared with the Coalition Counsel, State Court
Counsel, and Other Retained Professionals identified above. The Confidentiality Protocol
described in the Bar Date Order shall remain in full force and effect.

Dated:  December 18, 2020
        Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Eric Moats (No. 6441)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 351-9314
Email: dabbott@mnat.com
        aremming@mnat.com
        ptopper@mnat.com
        emoats@mnat.com

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.boelter@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
        mlinder@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION







US POSTAGE >> PITNEY BOWES

$ 000.50⁰

ZIP 90067
02 4W
0000340048 JAN 05 2021

Hire a *Veteran*



Invitation to attend
Town-Hall meeting

3E301#9624 R002

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
COSTA MESA, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF VIRTUAL TOWN HALL MEETINGS
## HOSTED BY THE OFFICIAL TORT CLAIMANTS' COMMITTEE

      **PLEASE TAKE NOTICE** that pursuant to section 1103(b)(3) of the Bankruptcy Code, the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee"), appointed in the captioned cases intends to hold monthly virtual town hall meetings for survivors of childhood sexual abuse and their representatives (the "Survivors") who are not appointed to the Tort Claimants' Committee to provide updates and access to information about the bankruptcy cases and to solicit and receive comments from Survivors regarding the status of the Boy Scout's bankruptcy cases and the impact of the Boys Scout's bankruptcy cases on Survivors' claims. Participants shall be limited to Survivors (including guardians, if applicable) and their attorneys. ***The identity of registered participants shall be kept strictly confidential.***

      **PLEASE TAKE FURTHER NOTICE** that the Tort Claimants' Committee is composed of nine Survivors who were selected by the Office of the United States Trustee (a division of the U.S. Department of Justice) to represent the interests of similarly situated Survivors. As an official committee, the Tort Claimants' Committee has a fiduciary duty to all Survivors.

      **PLEASE TAKE FURTHER NOTICE** that on **Thursday, January 14, 2021 at 8:00 p.m. (Eastern Time)**, the Tort Claimants' Committee will hold the first virtual town hall meeting. Subsequent meetings will recur every second Thursday of every month at 8:00 p.m. (Prevailing Eastern Time) (the "TCC Town Halls") and be scheduled and published at www.pszjlaw.com/TCCTownHall.html. Information about how to register for the TCC Town Halls is set for on the attached **Exhibit A**.

Dated: January 4, 2021        PACHULSKI STANG ZIEHL & JONES LLP

                 */s/ James E. O'Neill*
                 James I. Stang (CA Bar No. 94435)
                 James E. O'Neill (DE Bar No. 4042)
                 John W. Lucas (CA Bar No. 271038)
                 919 North Market Street, 17th Floor
                 P.O. Box 8705
                 Wilmington, DE  19899-8705 (Courier 19801)
                 Telephone: (302) 652-4100/Facsimile:  (302) 652-4400
                 Email: jstang@pszjlaw.com; joneill@pszjlaw.com; jlucas@pszjlaw.com

                 *Counsel for the Tort Claimants' Committee*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## EXHIBIT A

## Instructions for Registering for the TCC Town Halls

Date: January 14, 2021 and every second Thursday of every month
Time: 8:00 pm (Eastern Time)
Format: Zoom Webinar
Future Meetings Check: www.pszjlaw.com/TCCTownHall.html

*Registration Information*: To attend the TCC Town Halls, you must pre-register at the following link:

**https://pszjlaw.zoom.us/webinar/register/WN_NpqcAUFiQ0qiLoTXNoRaIQ**

The capacity for the TCC Town Halls is 10,000 participants. The monthly meetings will be recorded and made available to registrants who are unable to attend.

Your registration information will be kept *strictly confidential* by the TCC and your participation in the TCC Town Halls will likewise be confidential. Participants' names will not be displayed and parties that submit questions will not be identified on the Town Hall.

*Questions and Answers:* Following each Town Hall, participants with questions about the material presented can email their questions to: BSASurvivors@pszjlaw.com. The Tort Claimants Committee will review the questions received prior to each scheduled TCC Town Hall and make every reasonable effort to answer the appropriate questions at the following TCC Town Hall. Questions should be general in nature and should not relate to an individual Survivors' claim.

2

DOCS_SF:104758.4 85353/002

2nd confirmation from Omni
of claim received

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 91367 $ 001.20⁰
02 4W
0000058861

SANTA CLARITA CA 913

16 JAN 2021 PM 4

38301-962426

PLEASE FORWARD TO PRESIDENT, LEGAL DEPARTMENT, OR ADDRESSEE.

Omni Agent Solutions
5955 DeSoto Ave., Suite 100
Woodland Hills CA 91367



**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DESIGNATION OF ADDITIONAL**
**PERMITTED PARTIES UNDER BAR DATE ORDER**

**NOTICE IS HEREBY GIVEN** as follows:

On May 26, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 695] (the "Bar Date Order") establishing November 16, 2020 at 5:00 p.m. (Eastern Time) as the last date and time for any holder of a Sexual Abuse Claim[2] to file a claim against the Debtors. The Debtors' records indicate that you or your authorized representative or attorney filed a Sexual Abuse Claim against the Debtors.

Paragraph 7 of the Bar Date Order provides for a Confidentiality Protocol with respect to Sexual Abuse Proofs of Claim. The Confidentiality Protocol prohibits anyone from accessing Sexual Abuse Proofs of Claim except for certain limited Permitted Parties that may confidentially receive access. Pursuant to paragraph 7(e)(13) of the Bar Date Order, an additional party may be designated as a "Permitted Party" with the express written consent of the Debtors, the Tort Claimants' Committee, and the Future Claimants' Representative upon seven (7) business days' notice to Sexual Abuse Survivors.

The Debtors, the Tort Claimants' Committee, and the Future Claimants' Representative have consented to the designation of the United Methodist Ad Hoc Committee[3] as a Permitted Party under the Bar Date Order, as well as individual Methodist Chartered Organizations and conferences, solely with respect to Sexual Abuse Claims that may be connected to their organization. The United Methodist Ad Hoc Committee is made up of twelve representatives from various annual conferences and commissions of the United Methodist Church. Certain United Methodist churches and other United Methodist organizations are currently, or were in the past, Chartered Organizations authorized to operate Scouting units.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Bar Date Order.

[3] The "United Methodist Ad Hoc Committee" is described in more detail in the *Verified Statement of the United Methodist Ad Hoc Committee Pursuant to Bankruptcy Rule 2019* [Docket No. 1901], filed on January 6, 2021, as may be amended by supplemental filings.

Upon the expiration of the seven (7) business day notice period described above, your Sexual Abuse Claim may be confidentially shared with authorized representatives of the United Methodist Ad Hoc Committee. The Confidentiality Protocol described in the Bar Date Order shall remain in full force and effect.

Dated:  January 15, 2021
        Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Eric Moats (No. 6441)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 351-9314
Email: dabbott@mnat.com
       aremming@mnat.com
       ptopper@mnat.com
       emoats@mnat.com

**WHITE & CASE LLP**
Jessica C. K. Boelter (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Email:  jessica.boelter@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION

2

April 2023

Still on OMNI mailing LIST (valid?)
letters) believing I was on
for 3 years - I Jan 2021
after receiving Dec 2020

Boy Scout
law Suit

US POSTAGE
$ 000.60⁰
ZIP 91367
02.4W
0000358861 APR 24 2023

SANTA CLARITA CA 913

25 APR 2023 PM 4 L

OFFICIAL LEGAL CORRESPONDENCE – PRIVATE

36301-962426

Omni Agent Solutions, Inc.
5955 DeSoto Ave., Suite 100
Woodland Hills CA 91367




IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC¹ | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

AMENDED NOTICE OF ENTRY OF CONFIRMATION ORDER AND OCCURRENCE OF EFFECTIVE DATE OF THIRD MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION (WITH TECHNICAL MODIFICATIONS) FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

PLEASE TAKE NOTICE OF THE FOLLOWING:

**Confirmation Order.** On September 8, 2022, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [D.I. 10316] (the "Confirmation Order") confirming the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [D.I. 10296] (as may be further amended, supplemented, or modified in accordance with the terms thereof, and together with the Plan Supplement and the Plan Documents, the "Plan") in the chapter 11 cases of Boy Scouts of America and Delaware BSA, LLC, the above-captioned non-profit corporations that are debtors and debtors in possession (together, the "Debtors").²

**Affirmation Order.** On March 28, 2023, the United States District Court for the District of Delaware entered an Opinion [D.I. 150] and Order [D.I. 151] in Civ. No. 22-1237-RGA (D. Del.) affirming the Confirmation Order on appeal (the "Affirmation Order").

**Effective Date.** On **April 19, 2023**, the Effective Date of the Plan occurred, and as a result the Plan has been substantially consummated. All conditions precedent to the Effective Date of the Plan set forth in Article IX.B of the Plan have either been satisfied or waived in accordance with the Plan and Confirmation Order.

**Binding Effect.** As of the Effective Date, the terms of the Plan (including, without limitation, all discharge, injunction, exculpation, and release provisions contained in the Plan and the Confirmation Order) and Plan Documents are immediately effective and enforceable and deemed binding upon the Debtors, the Reorganized BSA, and any and all holders of Claims against and Interests in the Debtors (irrespective of whether holders of such Claims or Interests voted to accept the Plan or are impaired under the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan, each Entity acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases, and notwithstanding whether such Person or Entity (a) will receive or retain any property, or interest in property, under this Plan, (b) has filed a Proof of Claim in the Chapter 11 Cases or (c) failed to vote to accept or reject the Plan, affirmatively voted to reject the Plan, or is conclusively presumed to reject the Plan.³

---

1 The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Confirmation Order or Plan, as applicable.

3 This notice is intended to provide notice of the Effective Date, among other things, and it does not, and shall not be construed to, limit, modify, or interpret any of the provisions of the Plan, Insurance Settlement Agreements, Confirmation Order, or Affirmation Order. Some of the provisions of the Plan, Insurance Settlement Agreements, and Confirmation Order are included herein for the convenience of creditors; *however*, creditors should refer to the full text of these documents and should not rely upon the summary provided herein.

---

**Releases and Injunctions.** Article X of the Plan contains important releases of the Debtors and certain third parties, exculpation, and injunction provisions, including, without limitation, the Channeling Injunction, the protection for Insureds and Co-Insureds of Settling Insurance Companies, the Post-Confirmation Interim Injunction, and the Insurance Entity Injunction. Pursuant to the Confirmation Order and Affirmation Order, all such provisions are now in full force and effect. Excerpts of certain of these provisions are provided below. You should review the full text of these provisions carefully. Information about the releases, exculpation, and injunction provisions under the Plan can be found at https://omniagentsolutions.com/BSA.

**RELEASES, INJUNCTIONS, AND OTHER PROVISIONS AFFECTING ABUSE CLAIMS**

**Channeling Injunction.** Pursuant to Article X.F of the Plan, notwithstanding anything to the contrary herein, to preserve and promote the settlements contemplated by and provided for in the Plan, including the Abuse Claims Settlement, the Insurance Settlements, and the United Methodist Settlement, and to supplement, where necessary, the injunctive effect of the Discharge as provided in sections 1141 and 524 of the Bankruptcy Code and as described in Article X of the Plan, pursuant to the exercise of the equitable jurisdiction and power of the Bankruptcy Court and the District Court under section 105(a) of the Bankruptcy Code, as the sole recourse of any holder of an Abuse Claim against a Protected Party⁴ on account of such Abuse Claim shall be to and against the BSA Settlement Trust pursuant to the Settlement Trust Documents, and such holder shall have no right whatsoever at any time to assert such Abuse Claim against any Protected Party or any property or interest in property of any Protected Party, (b) the sole recourse of any holder of a Post-1975 Chartered Organization Abuse Claim against a Limited Protected Party on account of such Post-1975 Chartered Organization Abuse Claim shall be to and against the Settlement Trust pursuant to the Settlement Trust Documents, and such holder shall have no right whatsoever at any time to assert such Post-1975 Chartered Organization Abuse Claim against any Limited Protected Party or any property of any Limited Protected Party, (c) the sole recourse of any holder of an Abuse Claim against a Limited Protected Party if such Abuse Claim is covered under any insurance policy issued by any Settling Insurance Company, shall be to and against the Settlement Trust pursuant to the Settlement Trust Documents, and such holder shall have no right whatsoever at any time to assert such Abuse Claim against any Limited Protected Party or any property or interest in property of any Limited Protected Party, (d) the sole recourse of any holder of an Opt-Out Chartered Organization Abuse Claim against an Opt-Out Chartered Organization on account of such Opt-Out Chartered Organization Abuse Claim shall be to and against the Settlement Trust pursuant to the Settlement Trust Documents, and such holder shall have no right whatsoever at any time to assert such Opt-Out Chartered Organization Abuse Claim against any Opt-Out Chartered Organization or any property or interest in property of any Opt-Out Chartered Organization. For the avoidance of doubt, the sole recourse for any holder of an Abuse Claim covered by any insurance policy issued by a Settling Insurance Company shall be to and against the Settlement Trust pursuant to the Settlement Trust Documents. Accordingly, on and after the Effective Date, all Persons that have held or asserted, currently hold or assert, or that may in the future hold or assert, any Abuse Claim against the Protected Parties, or any of them, or any Post-1975 Chartered Organization Abuse Claim against the Limited Protected Parties, or any of them, or any Abuse Claim against the Limited Protected Parties (or any of them) if such Abuse Claim is covered under any insurance policy issued by any Settling Insurance Company, or any Opt-Out Chartered Organization Abuse Claim against the Opt-Out Chartered Organizations, or any of them, shall be permanently and forever stayed, restrained and enjoined from taking any action for the purpose of directly, indirectly, or derivatively collecting, recovering, or receiving payment, satisfaction, or recovery from any Protected Party with respect to any Abuse Claim, or from any Limited Protected Party with respect to any such Abuse Claim if such Abuse Claim is covered under any insurance policy issued by any Settling Insurance Company, or from any Limited Protected Party with respect to any Post-1975 Chartered Organization Abuse Claim, or from any Opt-Out Chartered Organization with respect to any Opt-Out Chartered Organization Abuse Claim, other than from the Settlement Trust pursuant to the Settlement Trust Documents, including:

a.  commencing, conducting, or continuing, in any manner, whether directly, indirectly, or

---

4 A list of current Protected Parties is set forth in the Plan and a list of the Limited Protected Parties is available at https://cases.omniagentsolutions.com/bsa.

derivatively, any suit, action, or other proceeding of any kind (including a judicial, arbitration, administrative, or other proceeding) in any forum in any jurisdiction around the world against or affecting any Protected Party, Limited Protected Party, or Opt-Out Chartered Organization, or any property or interest in property of any Protected Party, Limited Protected Party, or Opt-Out Chartered Organization;

b. enforcing, levying, attaching (including any prejudgment attachment), collecting or otherwise recovering, by any manner or means, either directly or indirectly, any judgment, award, decree, or order against or affecting any Protected Party, Limited Protected Party, or Opt-Out Chartered Organization or any property or interest in property of any Protected Party, Limited Protected Party, or Opt-Out Chartered Organization;

c. creating, perfecting, or otherwise enforcing in any manner, whether directly or indirectly, any Encumbrance of any kind against any Protected Party, Limited Protected Party, or Opt-Out Chartered Organization, or any property or interest in property of any Protected Party, Limited Protected Party, or Opt-Out Chartered Organization;

d. asserting, implementing or effectuating any setoff, right of reimbursement, subrogation, indemnity, contribution, reimbursement, or recoupment of any kind, in any manner, directly or indirectly, against any Protected Party, Limited Protected Party, or Opt-Out Chartered Organization, or any property or interest in property of any Protected Party, Limited Protected Party, or Opt-Out Chartered Organization; or

e. taking any act in any manner, and in any place whatsoever, that does not conform to, or comply with, the provisions of the Plan Documents or the Plan with regard to any matter that is within the scope of the matters designated by the Plan to be subject to resolution by the Settlement Trust, except in conformity and compliance with the Settlement Trust Documents with respect to any such Abuse Claim, Post-1975 Chartered Organization Abuse Claim, Pre-1976 Chartered Organization Abuse Claim, or Opt-Out Chartered Organization Abuse Claim.

**Releases by Holders of Abuse Claims.** Pursuant to and as set forth in full in Article XI.3 of the Plan, as of the Effective Date, all holders of Abuse Claims are deemed to discharge and release; (a) each and all of the Limited Protected Parties and their respective property and successors and assigns of and from all Post-1975 Chartered Organization Abuse Claims and any and all Claims and Causes of Action, (b) each and all of the Limited Protected Parties and their respective property and successors and assigns of and from all Pre-1976 Chartered Organization Abuse Claims and Causes of Action, (c) each of the Participating Chartered Organizations with respect to any Pre-1976 Chartered Organization Abuse Claims and their respective property and successors and assigns of and from all Pre-1976 Chartered Organization Abuse Claims and Causes of Action, and (d) each and all of the Opt-Out Chartered Organizations and their respective property and successors and assigns of and from all Opt-Out Chartered Organization Abuse Claims and any and all Claims and Causes of Action. For the avoidance of doubt, except as provided in Article X.J.3 of the Plan, as of the Effective Date, each holder of Abuse Claims covered by any insurance policy issued by a Settling Insurance Company shall, and shall be deemed to, release and discharge the Settling Insurance Companies for such Claims. Furthermore, holders of Abuse Claims and Causes of Action enjoined from asserting Claims and Causes of Action against the Settling Insurance Companies, their insureds, their co-insureds and parties as provided in the Insurance Settlement Agreements and as further provided in Articles X.F.3, X.H and X.J.6 of the Plan.

**Releases Among Contributing Chartered Organizations and Settlement Parties.** Article X.J.5 of the Plan contains a release by the Contributing Chartered Organizations, including the United Methodist Entities, of the Settlement Parties, which includes the Debtors, Reorganized BSA, the Related Non-Debtor Entities, the Local Councils, the other Protected Parties, the Limited Protected Parties, the Settling Insurance Companies, the Future Claimants' Representative, the Coalition, the Tort Claimants' Committee, and the Settlement Trust, for any and all Claims in connection with, among other things, the Abuse Claims and the Chapter 11 Cases. Article X.J.5 also contains a reciprocal release by the Settlement Parties of the Contributing Chartered Organizations.

**Settlement Trust.** Pursuant to the terms of the Plan, Confirmation Order, and applicable Settlement Trust documents, the Settlement Trust has been created and funded to compensate holders of Abuse Claims and resolve all Abuse Claims channeled to the Settlement Trust in accordance with the Trust Distribution Procedures. The Settlement Trust will establish a website at www.ScoutingSettlementTrust.com to provide more information about the Settlement Trust, including information regarding claims.

**Insurance Entity Injunction.** Article X.H of the Plan contains injunctions against claims relating to any Abuse Claim or other insurance policy issued by a Settling Insurance Company covering Abuse Claims. Pursuant to the terms of Article X.H of the Plan, as of the Effective Date, all holders of Claims based upon, attributable to, arising out of, or in any way connected with any Abuse Claims or other insurance policy issued by a Settling Insurance Company covering Abuse Claims shall be stayed, restrained, and enjoined from taking any action for the purpose of directly or indirectly collecting, recovering, or receiving payments, satisfaction, or recovery with respect to any such claim or cause of action.

**Protections for Claimants and Co-Insureds of Settling Insurance Companies.** Pursuant to Article X.F.3 of the Plan, the Claimant Insureds and co-insureds covered under any insurance policy issued by the Settling Insurance Companies shall be channeled under Article X.F.1 and released under Article X.F.6 as provided in the Insurance Settlement Agreements.

**One-Year Limited Protected Party Injunction for Chartered Organizations.** Article X.F.2 of the Plan contains the Limited Protected Party Injunction, which stays the prosecution of any Abuse Claim that was commenced prior to or after the Effective Date against a Chartered Organization through the later of (a) forty-five (45) days after the resolution of the Abuse Claim that is subject to the Independent Review under the Trust Distribution Procedures or (b) the Limited Protected Party Injunction Date, which is the twelve (12) month period following the Effective Date, as may be extended pursuant to the Settlement Trust Agreement, to afford Participating Chartered Organizations an opportunity to negotiate an appropriate settlement with the Settlement Trust and become a Contributing Chartered Organization. The Settlement Trust will establish a website at www.ScoutingSettlementTrust.com to provide further information.

## RELEASES AFFECTING PARTIES OTHER THAN HOLDERS OF ABUSE CLAIMS

**Releases by the Debtors and the Estates.** Article X.J.1 of the Plan contains a release by the Debtors, Reorganized BSA, and the Estates of certain Released Parties, including the Debtors, Reorganized BSA, the Related Non-Debtor Entities, the Creditors' Committee, the Tort Claimants' Committee, the Coalition, the Future Claimants' Representative, the Ad Hoc Committee, including the United Methodist Entities, the Foundation, the JPM, the Settling Insurance Companies, the Mediators, and all of such Persons' Representatives. Pursuant to Article X.J.1 of the Plan, as of the Effective Date, the Released Parties are deemed released from any Estate Causes of Action that do not constitute Settlement Trust Causes of Action and any and all other Claims in connection with or related to the Debtors and their Estates.

**Releases by Holders of Claims.** Article X.J.4 of the Plan contains a release of the Released Parties by the Releasing Claims Holders, which generally includes holders of Claims that voted on the Plan or were presumed to accept the Plan and did not opt out of such releases as set forth in full in the Plan. Except as otherwise provided in the Plan or Confirmation Order, pursuant to Article X.J.4 of the Plan, the Releasing Claims Holders are deemed to release the Released Parties for any and all Claims and Causes of Action relating to, among other things, the Debtors, their Estates, the Chapter 11 Cases, and the various settlements under the Plan.

## EXCULPATION, DISCHARGE AND INJUNCTION

Articles X.K and X.L of the Plan contain provisions exculpating the Exculpated Parties, which include the Debtors, (b) the Creditors' Committee, (c) the members of the Creditors' Committee in their capacities as such, (d) the Tort Claimants' Committee, (e) the members of the Tort Claimants' Committee in their capacities as such, (f) the Future Claimants' Representative, (g) all of the Debtors' current officers and directors, and former officers and directors who served in such capacity during any portion of the Chapter 11 Cases, and (h) each of the Debtors', Creditors' Committee's, Tort Claimants' Committee's or Future Claimants' Representative's employees, volunteers, agents, attorneys, financial advisors, investment bankers, consultants, representatives, and other professionals (each in their capacity as such). The Exculpated Parties shall have no liability to any person for any Claims or Causes of Action arising on or after the Petition Date and on or before the Effective Date related to the Chapter 11 Cases.

Pursuant to the terms of the Plan and Confirmation Order, including Article X.D of the Plan, with certain limited exceptions, the rights afforded under the Plan and the treatment of Claims under the Plan are in exchange for and in complete satisfaction, discharge, and release of all claims arising on or before the Effective Date. With certain limited exceptions, as of the Effective Date, confirmation of the Plan discharges the Debtors from all Claims.

## PROFESSIONAL FEE CLAIMS

In accordance with Article II.A of the Plan and the Confirmation Order, Professionals or other Persons requesting the final Allowance and payment of compensation and/or reimbursement of expenses pursuant to sections 328, 330, 331 and/or 503(b) or under Article V.I of the Plan, for services rendered during the period from the Petition Date to and including the Effective Date must file and serve final applications for Allowance and payment of Professional Fee Claims on counsel to the Debtors and the United States Trustee no later than **June 5, 2023**.

## ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND REJECTION DAMAGES CLAIMS

**Assumption.** On the Effective Date, except as otherwise provided in the Plan, all Executory Contracts and Unexpired Leases shall be deemed assumed by Reorganized BSA without the need for any further notice to or action, order, or approval of the Bankruptcy Court under sections 365 or 1123 of the Bankruptcy Code, except for Executory Contracts or Unexpired Leases: (a) that were identified on the Rejected Contracts and Unexpired Leas[...] ...schedule; (b) that previously expired or terminated pursuant to their terms; (c) that the Debtors have previously assumed or rejected pursuant to a Final Order of the Bankruptcy Court; (d) that are the subject of a motion to reject that remains pending as of the Effective Date; (e) as to which the effective date of rejection will occur (or is requested by the Debtors to occur) after the Effective Date; or (f) as to which the Debtors or Reorganized BSA, as applicable, determine, in the exercise of their reasonable business judgment, that the Cure Amount, as determined by a Final Order or as otherwise finally resolved, would render assumption of such Executory Contract or Unexpired Lease unfavorable to Debtors or Reorganized BSA.

Entry of the Confirmation Order shall constitute an order of the Bankruptcy Court approving the assumption or rejection, as applicable, of Executory Contracts or Unexpired Leases pursuant to the Plan, pursuant to sections 365 and 1123 of the Bankruptcy Code. Except as otherwise set forth in the Plan, the assumption or rejection of an Executory Contract or Unexpired Lease pursuant to the Plan shall be effective as of the Effective Date. The Debtors' assumption or assumption and assignment of an Executory Contract or Unexpired Lease pursuant to the Plan or otherwise, and payment of any applicable Cure Amount in accordance with the procedures set forth in Article VI.C of the Plan, shall result in the full release and satisfaction of any Claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed, or assumed and assigned, Executory Contract or Unexpired Lease at any time prior to the effective date of assumption.

**Rejection Damages Bar Date.** As set forth in Article VI of the Plan, unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim for Rejection Damages Claims, if any, must be filed within thirty (30) days after the latest to occur of: (1) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection; (2) the effective date of the rejection of such Executory Contract or

Unexpired Lease; or (3) the Effective Date of the Plan (as applicable, the "Rejection Damages Bar Date"). Claims arising from the rejection of an Executory Contract or Unexpired Lease shall be classified as General Unsecured Claims and subject to the provisions of Article VII of the Plan and the applicable provisions of the Bankruptcy Code and Bankruptcy Rules.

## BANKRUPTCY RULE 2002 NOTICE

To the extent you filed a request for notice under Bankruptcy Rule 2002 prior to the Effective Date, you must file a renewed request with the Bankruptcy Court after the Effective Date to continue to receive documents pursuant to Bankruptcy Rule 2002.

## ACCESS TO DOCUMENTS

Copies of the Plan, Confirmation Order, the Settlement Trust Documents, or any other pleadings or documents filed in these chapter 11 cases may be obtained free of charge by visiting https://cases.omniagentsolutions.com/bsa or for a fee via PACER at http://www.deb.uscourts.gov. The Settlement Trust will establish a website to provide more information about the Settlement Trust, including the Settlement Trust Agreement and the Trust Distribution Procedures, which will be available free of charge at www.ScoutingSettlementTrust.com.

Dated: April 19, 2023

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
        laura.baccash@whitecase.com
        mlinder@whitecase.com
        blair.warner@whitecase.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
Tori L. Remington (No. 6901)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        ptopper@morrisnichols.com
        tremington@morrisnichols.com

*Attorneys for the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)   Hand delivery, first class mail, or courier the *original* proof of claim to: **BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367,** so that it is *received* on or before **November 16, 2020 at 5:00 p.m. (Eastern Time);**[2] or

(ii)  Electronically using the interface available at: www.OfficialBS͏        ͏ on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile †

"You" and/or "Sexual Abuse Survivor" refers to the person asse                        Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this                        ͏en this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form                        ͏tative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual                        ͏ror's parent or legal guardian or attorney. Any Sexual Abuse Survivor Pr͏                        ͏ documentation establishing such person's authority to sign the claim fo͏

### Who Is a Sexual Abuse Surv͏

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexua**͏. sexually abused *before* turning eighteen (18) years of age.

### Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning        6) years of age and where the sexual abuse (defined below) occurred <u>on or before February 18, 2020</u>. This Sexual Abuse Surv͏        ͏oof of Claim

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse. Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

## What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm. It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

## You May Wish to Consult an Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

## What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as confidential unless you expressly request that it be publicly available by checking the "public" box and signing below.**

☐    **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public.**

Signature: _____

Print Name: _____

## PART 2: IDENTIFYING INFORMATION

### A.   Identity of Sexual Abuse Survivor

First Name ███████   Middle Initial ███   Last Name ███████   Jr/Sr/III _____

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. ~~If~~ ███████████████████████████████████

| Numl | ███████████████████ |
| City: | |
| Coun | |
| Telep | |

For co███████████████████████████████

Email ☒   US Mail ☒   Home Voicemail ☐   Cell Voicemail ☒   Counsel listed below ☐

Social Security Number of Sexual Abuse Survivor (last four digits only): XXX-XX-7173

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number: _____

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): 01 / 1958

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: _____

Gender of Sexual Abuse Survivor:  Male ☒   Female ☐   Other (specify) _____

### B.   If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:

| Law Firm Name: | | | | | |
| Attorney's Name: | | | | | |
| Internal Claim or Claimant Identifier (if applicable): | | | | | |
| Number and Street: | | | | | |
| City: | | State: | | Zip Code: | |
| Country (not USA): | | Email Address: | | | |
| Telephone (Work): | | Fax No. | | | |

Page 3 of 12

## PART 3:  BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.    Marital/Domestic Partner History:**

    a.    Have you ever been married?      Yes ☒      No ☐

    b.    If yes, please provide:

        i.    Length of time you were/have been married: _2 8 years_

        ii.    Current marital status: _Single_

    c.    If your marriage has ended, please specify whether your marriage ended by: divorce ☐  or  death of your spouse ☐

**B.    Education History:**

    a.    What is your highest level of education completed or degree obtained?

    High School ☒    Associates ☐      Bachelors ☐ Masters ☐    Doctoral ☐  Other _____

    b.    Educational institution(s): _____

**C.    Employment:**

    a.    What is your current employment status?

    ☐ Employed – Occupation: _____

    ☒ Retired – Former Occupation: _Rural Mail Carrier_

    ☐ Unemployed – Former Occupation: _____

    ☐ Disabled – Former Occupation: _____

    ☐ Other: _____

**D.    Military service:**

    a.    Have you ever served in the military? Yes ☐      No ☒

    b.    If yes, please provide the following information:

    c.    Branch(es) of service: _____

    d.    Years of service in each: _____

    e.    Rank at discharge for each: _____

    f.    Nature of discharge for each (e.g., honorable): _____

    _____

    _____

**E.    Involvement with Scouting:**

    a.    Have you ever been affiliated with Scouting and/or a Scouting program?

Yes ☒    No ☐

b. When were you involved with Scouting? _Aprox 1969 – 1973_

c. What type of Scouting unit (i.e., troop) were you involved with, and, if you recall, when you were involved and what was your troop or unit number?

☒ Boy Scouts _Brownsville Tn Troop 70 Bobwhite and Wolf patrols_

☐ Cub Scouts _____

☐ Exploring Scouts _____

☐ Sea Scouts _____

☐ Venturing _____

☐ Other (please explain your involvement with Scouting):

_met in basement old carnigy library on west mainstreet_
_about once a month._

_____

_____

_____

---

**PART 4: NATURE OF THE SEXUAL ABUSE**

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers to the best of your recollection.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A. Please answer "Yes" or "No" to each of the following:

i.    Were you sexually abused by more than one person?    Yes ☐    No ☒

ii.   Were you sexually abused in more than one state?    Yes ☐    No ☒

B. Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

Page 5 of 12

Scout master ████████

Heavy set about 35 yrs old

Pastor of a church in a near by town.

C. Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

dont recall other leaders

D. What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

☒ Adult Scout leader in my Scouting unit

☐ Adult Scout leader not in my Scouting unit

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☐ Camp personnel (e.g., camp staff) not in my Scouting unit

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

Scout master

E. Where were you at the time you were sexually abused (city, state, territory and/or country)?

Brownsville TN, Shiloh, Camden Camp McMorris, Others,

F. What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☒ Boy Scouts

☐ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

G. What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

Troop 7D  Brownsville, Tn 38012

H. What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse? (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

Don't recall

I. What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

Dont recall   West Tennessee Council   maybe

J. In which of the following places did the sexual abuse take place? Check all that apply.

☐ At or in connection with a Scout meeting.

☒ At or in connection with a Scout camp.

☐ At or in connection with another Scouting-related event or activity (please explain):

_____

☐ Other (please explain – for example, schools, churches, cars, homes or other locations):

_____
_____
_____

K. When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started? If the sexual abuse took place over a period of time, please state when it started and when it stopped. If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

about 5 grade  I think fall of 1969 or summer of 1970

about 11 yrs old  until I was about 13  best I Remember

L. Please describe what happened to you. You can provide a description in your own words and/or use the checkboxes below.

i. About how many times were you sexually abused?

Page 7 of 12

☐ I was sexually abused once.

☒ I was sexually abused more than once.

If you were sexually abused more than once, please state how many times (if you recall): _____

_Over a couple year period maybe 10-12 times_

M. Please describe what happened to you. You can provide a description in your own words and/or use the checkboxes below. (Check all that apply.) **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

   i. What did the sexual abuse involve?

   ☒ The sexual abuse involved touching outside of my clothing.

   ☒ The sexual abuse involved touching my bare skin.

   ☒ The sexual abuse involved fondling or groping.

   ☒ The sexual abuse involved masturbation.

   ☐ The sexual abuse involved oral copulation / oral sex.

   ☒ The sexual abuse involved the penetration of some part of my body.

   ii. Did any of the following occur in connection with the sexual abuse:

   ☐ The acts of sexual abuse against me also involved other youth.

   ☐ The sexual abuse involved photographs or video.

   ☐ Even though I did not want it, my body responded sexually to the sexual abuse.

   ☒ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

   ☒ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

   ☒ The sexual abuser(s) made my family think they could be trusted.

   ☒ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below. You may attach additional pages if needed.

_He would often at night walk up to troop camp fires and be_
_wearing a Tshirt and loose boxers and prop one foot upon_
_any object so his male private parts were exposed. He would_
_tell us to strip to underware and tshirts before going to bed._
_He often came into showers while all age boys were showing. I was_
_a sound sleeper and sometimes wake up inside his sleeping bag zipped up._

N.  Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?    Yes ☒    No ☐

O.  Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse? Yes ☐    No ☒

P.  If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

_2 older eagle couts were toH and soon after_
_our scout master quit. So I assumed that they told_
_some one._

Q.  Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☒ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

☒ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

_He was a pastor at a near by Church but No my Church_
_He was a teacher at my School but a few grades_
_above me - not my teacher._

R.  Are you aware of anyone who knew about the sexual abuse?

_Have told a couple of close friends but some of them_
_are deceased, and have never told any member of my family._

Continued top page (9) (1)

He would alway wait until all kids were situated with there sleepingbags in a big tent and then he would bring his over and lay his bag close to mine. Sometime hot in the tent we would not zip our bags closed, just sleep on top. Always told us to strip to underwear to sleep cooler and so we wouldnt mess up our uniforms, I remember waking with him up against my back, his arm over me, lik a hug, when I tried to move he said its OK just keeping you warm, He asked if my dad ever slept or hugged one this way, I whispered No. He said the dont ever tell him because he would be jelous and be mad. This happened several times. I was young and didn't yet know about intercourse and its, results, which I later learned was why I would wake at times with his arm palling me against him and his penis using my upper thighs as a means to pleasure himself, some times ███████████████

███████████████████████████████████████████████

███████████████ we were all told to go br-the even if only with a wash cloth. The last time that happened he was pleasuring himself from behind me very high up and hitting my testicles. There was always a very bad odor when this happened. He pulled back just before he finished and pushed entering my rectum enough that I yelled out. Imediately he put his hand over my mouth and said out loud, ███████ Shhhh your having a bad dream. My Best friend ███████████ awaken in the dark and asked whats wrong, mr Gary said, he's OK, he just had a bad dream, Shhhh, yall go back to sleep. The next night we slept in different Tents. Another new scout slept close to him. The next day on The porch of the camptradingpost porch, 2 Eagle Scouts, older guys, myself and the new boy ████████████████ asked if he could tell the ealgle scouts something without getting in trouble. Sure they said, ████ said ███████ touched me here, putting his hand over his crotch area.

(Continued)

The 2 older scouts looked at each other and said,
Well Looks like ole Preacher is up to it again, Mr Gary
was pastor. The assured carl, new boy, they would
take care of it. We went home that day. I unpacked
bathed and talked to my mom about out camp out. When
I put my dirty clothes in the basket I didn't notice
the was a spot of blood in the "bottom" area, and
I went on about my business. Later mom was washing
clothes and Noticed the blood spot. It scared me,
I told he I had fallen on a fence trying to cross
over it, that must be it. But im ok I said just scratched
my bottom it is ok. She didn't press the issue but I
haited to lie to mom but was to scared to tell. About
2 weeks later a letter came in the mail. mom
read it to us, It said ███████ had given up Scouting
so he could spend more time with his own family.
There was a New scout ID card with my mame on it that
said Troop 120 Jackson Tn. Registered until Dec 1972.
(I still have the card) we hope you will join our new Troop
group. I don't think I ever went back to any meetings
as far as I remember. I also have a small red scout
Jacket with a dozen or more patches of different
camperies I went on, that mom sewed on for me.
It ber somewhere, if I can find it. There some good
and bad memories of scouting. Sometimes I break down and
get reclusive thinking about the bad. I was the kid every
Teacher or church choir leader would ask to be host and talk
or soloing at school events or christmas programs. Later
I was with drown and scared to be out in center, still
that way even at family gatherings I sit in the back and
watch. I developed a fright as a chid tha some oe might Sind
out and was ashamed. I couldn't Tell because ██████
was well know and a preacher. No one would believe me.

## PART 5: IMPACT OF SEXUAL ABUSE

### (Attach additional pages if necessary)

(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now. However, you may be asked to provide the information requested at a later date.)

A.   Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.) You can provide a description in your own words and/or use the checkboxes below. **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse.**

☒ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

☒ Post traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☐ Education (including not graduating high school, being unable to finish training or education)

☐ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☒ Intimate relationships (including difficulty maintaining emotional attachments,  difficulty with sexual behavior, infidelity)

☒ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☐ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below. You may attach additional pages if needed.

Before Scouts I was called upon because of my outgoing personality. Speaking and leading parts at school and church solos and programs. After Scouting I became quiet and secluded not wanting to be the center of events I think due to being scared someone would shame me if they found out.

B.   Have you ever sought counseling or other mental health treatment for any reason?

Yes ☒      No ☐

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment. If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

being withdrawn and lonely even with people around me. Stress, anxiety, terrible depression, why wife left, divorced,

## PART 6: ADDITIONAL INFORMATION

**A.** **Prior Litigation.**

    i.    Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

        Yes ☐  No ☒  (If "Yes," you are required to attach a copy of the complaint.)

**B.** **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐   No ☒  (If "Yes," you are required to attach a copy of any completed claim form.)

**C.** **Payments.** Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA? Yes ☐   No ☒

    i.    If yes, how much and from whom? _____

**D.** **Current Bankruptcy Case.** Are you currently a debtor in a bankruptcy case? Yes ☐    No ☒

    i.    If yes, please provide the following information:

        Name of Case: _____  Court: _____

        Date filed: _____  Case No. _____

        Chapter: 7 ☐   11 ☐   12 ☐   13 ☐   Name of Trustee: _____

[Signature page follows – you must complete and sign the next page]

## SIGNATURE

      **To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney. (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

**Check the appropriate box:**

☒    I am the Sexual Abuse Survivor.

☐    I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐    Other (describe): _____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:**     10-10-2020

**Signature:**

**Print Name:**

**Relationship to**                     ivor):     _____

**Address:**     _____

    _____

**Contact Phone**

**Email:**



ients

hare     View

| Cut | Copy path | Paste shortcut | | Move to ▾ | Copy to ▾ | Delete | Rename | New folder | New item ▾ | Easy access ▾ | Properties | Open ▾ | Edit | History | Select all | Select none | Invert selection |

This PC  >  Documents  >

Organize          New          Open          Select

| Name | Date modified | Type | Size |
| --- | --- | --- | --- |
| 2018-01 | 4/15/2020 8:36 PM | File folder | |
| Registration_files | 10/16/2023 1:07 A... | File folder | |
| 9 2020 ret est | 7/26/2020 10:11 PM | Microsoft Edge PD... | 36 KB |
| 2019 tax forms | 5/6/2020 11:46 PM | Microsoft Edge PD... | 319 KB |
| 2019 Individual Tax Return2 | 5/7/2021 4:33 AM | Microsoft Edge PD... | 79 KB |
| 2022 efiled taxact forms | 4/18/2023 9:40 PM | Microsoft Edge PD... | 386 KB |
| BSA Claim | 11/16/2020 4:34 PM | Microsoft Edge PD... | 3,651 KB |
| CCA2023 (1) | 9/22/2023 1:33 PM | Microsoft Edge PD... | 58 KB |
| CSRS-fillable-retirement-application | 7/26/2020 10:02 PM | Microsoft Edge PD... | 2,953 KB |
| deluxe-package | 5/17/2020 1:54 AM | GIF File | 5 KB |
| Document | 9/22/2020 11:12 PM | Rich Text Document | 3 KB |
| FERS-fillable-retirement-application 2 | 8/17/2020 2:21 PM | Microsoft Edge PD... | 999 KB |
| FERS-fillable-retirement-application | 8/17/2020 2:01 PM | Microsoft Edge PD... | 3,813 KB |
| glasses prescrip 2018-2019 | 1/29/2019 11:03 PM | Text Document | 1 KB |
| nrlca rcbp 12 05 18 | 12/5/2018 11:14 PM | Text Document | 4 KB |
| NRLCA RCBP LETTER | 12/5/2018 11:12 PM | Text Document | 4 KB |

Desktop

45°F

Handwritten notes:

Screen Shot of My Saved Documents Page
✗ copy of second set of 12 sheet claim sent electronically 11-15-2020

) 12 pages

Sent forms
11-15-2020 10:1am

Returned to My Computer on 11-16-2020 (still running, charging, Saved the work I had sent the night before at highlighted Time/date 11-16-2020 4:34 PM East Time.

is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse. Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

## What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm. It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

## You May Wish to Consult an Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

## What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as confidential unless you expressly request that it be publicly available by checking the "public" box and signing below.**

☐     **PUBLIC:** I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public.**

| Signature: | ██████████████ | _____ |
|---|---|---|
| Print Name: | ██████████████ | _____ |

## PART 2: IDENTIFYING INFORMATION

**A.    Identity of Sexual Abuse Survivor**

First Nam ████████████    Middle In ████    ast Nan ████████████    Jr/Sr/III _____

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Numb | ████████████████████████████████████ |
|---|---|
| City: | |
| Count | |
| Telepl | |

For con ████████████████

Email ■    US Mail ■    Home Voicemail ☐    Cell Voicemail ■    Counsel listed below ☐

Social Security Number of Sexual Abuse Survivor (last four digits only):  XXX-XX-7173 _ _ _ _

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number: _____

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY): 01 _ _ / 1958 _ _ _ _

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: _____

_____

Gender of Sexual Abuse Survivor:  Male ■    Female ☐    Other (specify) _____

**B.    If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | | | | | |
|---|---|---|---|---|---|
| Attorney's Name: | | | | | |
| Internal Claim or Claimant Identifier (if applicable): | | | | | |
| Number and Street: | | | | | |
| City: | | State: | | Zip Code: | |
| Country (not USA): | | Email Address: | | | |
| Telephone (Work): | | Fax No. | | | |

## PART 3:  BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.    Marital/Domestic Partner History:**

    a.    Have you ever been married?      Yes ■      No ☐

    b.    If yes, please provide:

        i.    Length of time you were/have been married: 28yrs

        ii.   Current marital status: single

    c.    If your marriage has ended, please specify whether your marriage ended by: divorce ■  or  death of your spouse ☐

**B.    Education History:**

    a.    What is your highest level of education completed or degree obtained?

    High School ■   Associates ☐    Bachelors ☐ Masters ☐   Doctoral ☐  Other _____

    b.    Educational institution(s): _____

**C.    Employment:**

    a.    What is your current employment status:

    ☐   Employed – Occupation: _____

    ■   Retired – Former Occupation: Postal Carrier

    ☐   Unemployed – Former Occupation: _____

    ☐   Disabled – Former Occupation: _____

    ☐   Other: _____

**D.    Military service:**

    a.    Have you ever served in the military? Yes ☐      No ■

    b.    If yes, please provide the following information:

    c.    Branch(es) of service: _____

    d.    Years of service in each: _____

    e.    Rank at discharge for each: _____

    f.    Nature of discharge for each (e.g., honorable): _____

    _____

    _____

**E.    Involvement with Scouting:**

    a.    Have you ever been affiliated with Scouting and/or a Scouting program?

Yes ■    No ☐

b.  When were you involved with Scouting? __1969-1973_____

_____

c.  What type of Scouting unit (i.e., troop) were you involved with, and, if you recall, when you were involved and what was your troop or unit number?

■ Boy Scouts __troop 70 bobwhite partol/wolf patrol_____

☐ Cub Scouts _____

☐ Exploring Scouts _____

☐ Sea Scouts _____

☐ Venturing _____

☐ Other (please explain your involvement with Scouting):

Troop 70 Bobwhite patrol /Wolf Patrol ,meeting place basement of old library building , West Main St , Brownsville ,Tenn 38012

_____

_____

_____

_____

_____

## PART 4: NATURE OF THE SEXUAL ABUSE

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers to the best of your recollection.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A.  Please answer "Yes" or "No" to each of the following:

    i.  Were you sexually abused by more than one person?    Yes ☐    No ■

    ii.  Were you sexually abused in more than one state?    Yes ☐    No ■

B.  Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

Scoutmaster of troop 70  aprox mid 30's , was once principle of elementary school , and also church pastor

_____

_____

_____

C.  Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

don't remember assistant scoutmaster

_____

_____

_____

D.  What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

■ Adult Scout leader in my Scouting unit

☐ Adult Scout leader not in my Scouting unit

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☐ Camp personnel (e.g., camp staff) not in my Scouting unit

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

_____

_____

E.  Where were you at the time you were sexually abused (city, state, territory and/or country)?

camp events in west tn, Brownsville , Camden , Shiloh etc

F.  What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

■ Boy Scouts

☐ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

G.   What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

**Troop 70  Brownsville, Tn 38012**

H.   What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

**not sure, but we met in basement of old carnige library on west main 38012**

I.   What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

**Camp McMorris is only BSA affiliated camp location I remember, others were a**

J.   In which of the following places did the sexual abuse take place?  Check all that apply.

☐   At or in connection with a Scout meeting.

☒   At or in connection with a Scout camp.

☐   At or in connection with another Scouting-related event or activity (please explain):

_____

☐   Other (please explain – for example, schools, churches, cars, homes or other locations):

_____
_____
_____

K.   When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started?  If the sexual abuse took place over a period of time, please state when it started and when it stopped.  If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

**Only one scoutmaster , aprox 5th grade, I was in Huntersville Elementary School, about fall of 1960 spring/summer 1970 , I was age 11 I think , maybe 12  .  Started about age 11 through 13 best I remember .**

_____
_____

L.   Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.

i.   About how many times were you sexually abused?

☐ I was sexually abused once.

■ I was sexually abused more than once.

If you were sexually abused more than once, please state how many times (if you recall): sexual activity
as many as a dozen times , and me and others were subjected to physical e

M. Please describe what happened to you. You can provide a description in your own words and/or use the checkboxes below. (Check all that apply.) **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

   i. What did the sexual abuse involve?

      ■ The sexual abuse involved touching outside of my clothing.

      ■ The sexual abuse involved touching my bare skin.

      ■ The sexual abuse involved fondling or groping.

      ■ The sexual abuse involved masturbation.

      ☐ The sexual abuse involved oral copulation / oral sex.

      ☐ The sexual abuse involved the penetration of some part of my body.

   ii. Did any of the following occur in connection with the sexual abuse:

      ☐ The acts of sexual abuse against me also involved other youth.

      ☐ The sexual abuse involved photographs or video.

      ☐ Even though I did not want it, my body responded sexually to the sexual abuse.

      ■ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

      ■ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

      ■ The sexual abuser(s) made my family think they could be trusted.

      ■ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below. You may attach additional pages if needed.

_____

_____

_____

_____

N.    Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?    Yes ■    No ☐

O.    Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse?  Yes ☐    No ■

P.    If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.
I remember the Eagle scout I told it to but I don't remember his name. I don't know if the eagle scout ever told authorities but our troop disbanded because of not having a master and most of us never went back when a new master was appointed. I don't know if the scoutmaster is even still alive.

_____

_____

_____

Q.    Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

■ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

■ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):
He was principal of our elementary school, drove the school bus and was a Methodist preacher, family friend, lived a few miles from my family , very trusted. I think that's the reason I never told, because of the fear of nobody believing me and the fact I had brothers in scouting as well and dad trusted this man so much.

_____

_____

_____

R.    Are you aware of anyone who knew about the sexual abuse?
Not at the time. I have told a few close friends and have been told many times I should report it.

_____

_____

_____

## PART 5: IMPACT OF SEXUAL ABUSE

**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now. However, you may be asked to provide the information requested at a later date.)**

A.   Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.)  You can provide a description in your own words and/or use the checkboxes below.  **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse.**

☑ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

☑ Post traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☐ Education (including not graduating high school, being unable to finish training or education)

☐ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☑ Intimate relationships (including difficulty maintaining emotional attachments, difficulty with sexual behavior, infidelity)

☑ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☐ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below. You may attach additional pages if needed.

_____

_____

_____

_____

B.   Have you ever sought counseling or other mental health treatment for any reason?

Yes ☑        No ☐

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment.  If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.
depression , anxiety, with drawn, loneliness ,

_____

_____

## PART 6: ADDITIONAL INFORMATION

**A.**  **Prior Litigation.**

    i.    Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

        Yes ☐  No ■  (If "Yes," you are required to attach a copy of the complaint.)

**B.**  **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐    No ■  (If "Yes," you are required to attach a copy of any completed claim form.)

**C.**  **Payments.** Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA? Yes ☐    No ■

    i.    If yes, how much and from whom? _____

**D.**  **Current Bankruptcy Case.** Are you currently a debtor in a bankruptcy case? Yes ☐    No ■

    i.    If yes, please provide the following information:

        Name of Case: _____  Court: _____

        Date filed: _____  Case No. _____

        Chapter: 7 ☐  11 ☐  12 ☐  13 ☐   Name of Trustee: _____

[Signature page follows – you must complete and sign the next page]

| SIGNATURE |
| --- |

   **To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.  If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney.  (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.**

**Check the appropriate box:**

[x]   I am the Sexual Abuse Survivor.

[ ]   I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

[ ]   Other (describe): _____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:**   11/15/2020

**Signature:**

**Print Name:**

**Relationship t**

**Address:**

**Contact Phone:**

**Email:**



**TORT CLAIMANTS
COMMITTEE**



Signed
Ballot
Rejected
Returned

## TORT CLAIMANTS COMMITTEE RECOMMENDS THAT SURVIVORS VOTE TO REJECT THE BOY SCOUTS PLAN

The Official Tort Claimants Committee (TCC) in the chapter 11 bankruptcy of the Boy Scouts of America (BSA) urges survivors to *vote to reject BSA's Plan*. The Plan is grossly unfair to the 82,200 survivors who were sexually abused as children.

**In the TCC's opinion, survivors may receive less than 10 cents on the dollar under the current BSA Plan.**

> **The TCC urges you to attend the TCC's "Town Hall" meetings. The TCC will discuss its determinations about BSA's Plan. The Schedule for the Town Hall meetings can be found at www.tccbsa.com or by emailing BSASurvivors@pszjlaw.com. The Zoom link to the Town Hall** meetings: https://pszjlaw.zoom.us/j/82272826295 **OR** telephone: 1-669-900-9128; Code: 82272826295#

The TCC was appointed by the United States Trustee as the official fiduciary representative for all survivors of childhood sexual abuse and it recommends that survivors *vote to reject BSA's Plan*. The nine members of the TCC have collectively spent thousands of hours devoted to assuring that survivors are fairly compensated. After all this time, BSA's Plan does not accomplish that goal. While the topline cash settlement number in the BSA's Plan seems large (approximately $1.8 billion), it only represents a fraction of what the TCC believes the settling parties should and can pay to tens of thousands of survivors based on their financial exposure and available assets. While the BSA will be seeking further settlements and contributions from insurers and Chartered Organizations, at this time, there are none and there is no guarantee that BSA will be able to settle with such parties and provide further insurance or cash to pay claims.

The key flaws in BSA's Plan include:

- BSA's Plan includes settlements with Local Councils that leave them with over a billion dollars of cash and property in excess of what their current need to fulfill the mission of Scouting.
- Under the terms of BSA's Plan, Chartered Organizations do not pay a cent for broad releases for more than 40 years of sexual abuse claims (1976-2020). Instead, Chartered Organizations receive a release of their sexual abuse liability in exchange for a transfer of their interest in insurance policies purchased by the BSA and Local Councils.
- BSA's Plan includes a settlement with The Church of Jesus Christ of Latter-Day Saints (TCJC) that is completely insufficient to pay for claims for which it has liability.
- The Hartford Insurance Company (Hartford), the only settling insurer to date, is paying a small fraction of the coverage it is contractually obligated to provide.

| BallotII | | Creditor: | | Vote Amt: $1.00 |
| Case No | | | | |
| Debtor: | | | | |
| ClmSch | | | | |

COPY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,[1]

        Debtors.

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

*Signed*
*Rejected*
*Returned*

## BALLOT FOR CLASS 8 (DIRECT ABUSE CLAIMS)

PLEASE READ AND FOLLOW THE ENCLOSED INSTRUCTIONS FOR COMPLETING YOUR BALLOT CAREFULLY BEFORE COMPLETING THIS BALLOT.

**YOU MUST COMPLETE FOUR (4) ITEMS ON THIS BALLOT:**

1. **VOTE TO ACCEPT OR REJECT THE PLAN**

2. **DECIDE WHETHER TO MAKE THE OPTIONAL $3,500 EXPEDITED DISTRIBUTION ELECTION**

3. **DECIDE WHETHER TO OPT OUT OF THE THIRD PARTY RELEASE**

4. **SIGN YOUR BALLOT**

**ACCESS TO SOLICITATION MATERIALS:**

THE PLAN, THE DISCLOSURE STATEMENT, AND THE SOLICITATION PROCEDURES ORDER MAY BE ACCESSED, FREE OF CHARGE, AT HTTPS://OMNIAGENTSOLUTIONS.COM/BSA-SABALLOTS.

YOU HAVE RECEIVED A PAPER FORMAT OF THESE MATERIALS WITH THIS SOLICITATION PACKAGE. IF YOU NEED TO OBTAIN ADDITIONAL SOLICITATION PACKAGES, PLEASE CONTACT OMNI AGENT SOLUTIONS (THE "SOLICITATION AGENT") BY (A) CALLING THE DEBTORS' RESTRUCTURING HOTLINE AT 866-907-2721, (B) EMAILING BSABALLOTS@OMNIAGNT.COM, (C) WRITING TO BOY SCOUTS OF AMERICA

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| BallotID | | Creditor: | | Vote Amt: $1.00 |
|---|---|---|---|---|
| Case No | | | | |
| Debtor: | | | | |
| ClmSch | | | | |

If you abstain from voting, you shall not be deemed to have consented to the release provisions set forth in Article X.J.4 of the Plan. The Disclosure Statement and the Plan must be referenced for a complete description of the release, injunction, and exculpation provisions in Article X of the Plan.

**Check only one box:**

☐    **ACCEPT (I.E., VOTE IN FAVOR OF) the Plan**

☒    **REJECT (I.E., VOTE AGAINST) the Plan**

## Item 3. Expedited Distribution Election.

Please note that if you make the Expedited Distribution election set forth in Item 3, you must still complete the remaining Items on this Ballot.

**If the Plan is confirmed as set forth above, the holder of an eligible Direct Abuse Claim ELECTS to:**

☐    **Receive the Expedited Distribution of a one-time Cash payment from the Settlement Trust in the amount of $3,500.00 conditioned upon satisfaction of the criteria set forth in the Trust Distribution Procedures, in exchange for a full and final release in favor of the Settlement Trust, the Protected Parties, and the Chartered Organizations.**

## Item 4. Optional Release Election.

Unless a holder of a Class 8 Claim who votes to accept or reject the Plan opts out of the Releases by holders of Claims set forth below, such holder shall be deemed to have consented to the releases contained in Article X.J.4 of the Plan, which provides as follows:

## Article X.J.4 of the Plan—Releases by Holders of Claims.

As of the Effective Date, except for the rights that remain in effect from and after the Effective Date to enforce the Plan and the Confirmation Order, for good and valuable consideration, the adequacy of which is hereby confirmed, including the service of the Released Parties[3] to facilitate and implement the reorganization of the Debtors and the

---

[3] "Released Parties" means, collectively, the following Persons, in each case in its or their respective capacities as such: (a) the Debtors; (b) Reorganized BSA; (c) the Related Non-Debtor Entities; (d) the Creditors' Committee; (e) the members of the Creditors' Committee in their capacities as such; (f) the Tort Claimants' Committee; (g) the members of the Tort Claimants' Committee in their capacities as such; (h) the Future Claimants' Representative; (i) the Coalition; (j) JPM; (k) the Settling Insurance Companies, including Hartford; (l) the Contributing Chartered Organizations, including TCJC; (m) the Foundation, in its capacity as lender under the

| BallotID: 171032 | Creditor: ███████ | Vote Amt: $1.00 |
|---|---|---|
| Case No: 20-10343 | | |
| Debtor: Boy Scouts of America | | |
| ClmSchNo: C96429 | | |

*Copies*

legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned. The undersigned understands that an otherwise properly completed, executed, and timely returned Ballot failing to indicate either acceptance or rejection of the Plan, or indicating both acceptance and rejection of the Plan, will not be counted.

| | |
|---|---|
| Print or Type Name of Claimant: | ████████ |
| Last Four Digits of Social Security Number of Claimant: | ████████ |
| Birthdate of Claimant (MM/DD/YY): | ████████ |
| Signature: | ████████ |
| Name of Signatory (if different than Claimant): | |
| If by Authorized Agent, Title of Agent: | |
| Street Address: | ████████ |
| City, State, Zip Code: | ████████ |
| Telephone Number: | ████████ |
| Email Address: | ████████ |
| Date Completed: | ████████ |

**IF THIS BALLOT IS NOT RECEIVED BY THE SOLICITATION AGENT ON OR BEFORE <u>DECEMBER 14, 2021 AT 4:00 P.M. (EASTERN TIME)</u>, YOUR VOTE WILL NOT BE COUNTED.**

Ballots must be delivered to the Solicitation Agent (a) via the electronic Ballot submission platform on the Solicitation Agent's website (the "<u>E-Ballot Platform</u>") by visiting

441 page ½ Large catalog with several smaller catalogs of info

**Solicitation Version**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**AMENDED DISCLOSURE STATEMENT FO[...]**
**CHAPTER 11 PLAN OF REO[...]**
**ANI[...]**

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vi*[...]
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac v*[...]
Matthew E. Linder (admitted *pro hac vice*[...]
Laura E. Baccash (admitted *pro hac vice*[...]
Blair M. Warner (admitted *pro hac vice*[...]
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com
blair.warner@whitecase.com

*Attorneys for the Debtors and Debtors in Posse*[...]

Dated: September 30, 2021
Wilmington, Delaware

CH 23
PS

PARCEL SELECT
U.S. POSTAGE & FEES PAID
OSM
E-VS

11-12-21

RRD LOGISTICS
INTERNATIONAL SERVICES
3541 LOMITA BLVD
TORRANCE, CA 90505

[redacted] 2.160

Ref1#:
Ref2#:
Ref3#:
Ref4#:

USPS TRACKING # eVS

9261 2901 4082 6573 9561 48

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Solicitation Version*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## AMENDED DISCLOSURE STATEMENT FOR THE MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION FOR BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

WHITE & CASE LLP
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       ptopper@morrisnichols.com

*Attorneys for the Debtors and Debtors in Possession*

Dated: September 30, 2021
       Wilmington, Delaware

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Serial Emails from Settlement Team

Gmail

🔍 scouting

**Scouting Settlement Trust**

Dec 10, 2023, 4:16PM

Dec 15, 2023, 5:53PM

1 of 26

Please contact the bankruptcy court directly about allowing an untimely submission of a Proof of Claim form.

If you cannot provide evidence that your bankruptcy Proof of Claim was timely filed, and you do not obtain an order from the bankruptcy judge allowing for submission of your Trust claim, the Trust is unable to proceed and process your claim submission and it will be Disallowed

Regards,

Scouting Settlement Trust Team

M Gmail

🔍 scouting

**Scouting Settlement Trust** <info@scoutingsettlementtrust.com>

to me ▼

Fri, Oct 20, 2023, 8:22 AM

8 of 26

Thank you for your inquiry through the Contact Us form.

You will need to complete your Questionnaire and submit it to the Trust for review. The Questionnaire is accessed through the Claims Processing Portal. It appears you have successfully registered in the Portal and now need to complete the Questionnaire. We are attaching instructions for navigating the Portal and Questionnaire to this email for your convenience.

If you require further assistance, you can reach us at info@scoutingsettlementtrust.com or by telephone at 833-961-6495.

Regards,

Scouting Settlement Trust Team

_____

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer.

Gmail - error, invalid claim ??

**Gmail**

Q  scouting

**S**

**Scouting Settlement Trust**
to me ▾

Dec 5, 2023 1:27 PM

1 of 26

Thank you for your continued patience with the claims review process. During review of your claim, we have a requirement that for claims to be "allowable" the Claimant must have filed a timely Proof of Claim with Omni Data Solutions. It was noted that the Trust obtained data that you did not timely file your bankruptcy Proof of Claim form. This form should have been filed / received on or before the bankruptcy bar date of November 16, 2020

If you believe your Proof of Claim form was timely filed with the bankruptcy court, we need you to provide us with proof of that Acceptable forms of evidence include, but are not limited to email verification, receipt, or another form of confirmation with a date or timestamp from a company called Omni/Agent Solutions, that your Proof of Claim form was filed timely and received before the deadline

If you have received a deficiency notice around an untimely filed POC, you have forty-five (45) days to respond to this notice and provide the Trust with evidence that your bankruptcy Proof of Claim was timely filed

If you cannot provide evidence that your bankruptcy Proof of Claim was timely filed, and you do not obtain an order from the bankruptcy judge allowing for submission of your Trust claim, the Trust is unable to proceed and process your claim submission and it will be Disallowed

Regards,
Scouting Settlement Trust Team

I didn't receive any reply from Omni except
the two letters postmarked, concerning my claim.
I didn't receive approvals or denials, copies
statement that they received the claim. over 3 years
before I put together were denied.

Courts follow certain rules to decide <mark>whether to allow late filings to be considered despite their lateness</mark>. In bankruptcy court, those rules are explained in a case called 'Pioneer'. If you believe that your reasons for not having filed a timely Proof of Claim meet the Pioneer rules, you may decide to file a motion in court to ask the bankruptcy judge to allow your claim to proceed. The Trust cannot advise you on how to file this motion. If you choose to file a motion, you may wish to retain counsel.

Regards,
Scouting Settlement Trust Team

---

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer.

...

dinkinslainie26@gmail.com>

Dec 23, 2023, 12:55 PM (10 days ago)

I appreciate your efforts. Im an average minded person. I dont understand how to find the "pioneer rule", and cant afford to hire an attorney



**Gmail**

Q scouting

# error , invalid claim ??

1 of 26

**Scouting Settlement Trust**    Thu, Nov 30, 2023, 7:06 PM
to me ▾

Hello

Based on the records from the bankruptcy court, Omni marked the Proof of Claim Form 96429 as received after November 16, 2020. If you believe this was an error, please provide evidence of a timely Proof of Claim submission and we can provide to Omni for further validation.

Regards,
**Scouting** Settlement Trust Team

_____

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer

↰ ▾ Scouting Settlement Trust



UNITED STATES POSTAL SERVICE

Retail

P

US POSTAGE PAID
$14.70

Origin: 38006
01/05/24
4706240506-07

PRIORITY MAIL®

EXPECTED DELIVERY DAY: 01/08/24

0 Lb 12.20 Oz
RDC 03

C012



SHIP
TO:

824 N MARKET ST
WILMINGTON DE 19801-3024

USPS SIGNATURE® TRACKING #



9510 8152 1568 4005 2253 77

U.S.M.S.
X-RAY

United States Bankruptsy Court

District of Delaware

Honorable Laurie Selber Silverstein

Chief Judge

824  North Market Street

6 th  Floor

Wilmington,  DE.  19801