Mr. Kenneth Moss
7 Neptune Park
Ormond Beach, FL 32176
Calikenny21@gmail.com
(386) 282-1669

RECEIVED
2024 JAN -9 AM 10: 24
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 4, 2024

The Honorable Judge Laurie Selber Silverstein
United States District Court
District of Delaware
824 N. Market Street
Third Floor
Wilmington, DE 19801

Re: **CASE NAME: Boy Scouts of America**
**CASE NUMBER: 20-10343** **CLAIMANT ID NUMBER:** ▆▆▆▆

Dear Honorable Judge Laurie Selber Silverstein and Support Staff

I trust this letter finds you well. I ▆▆▆▆▆▆▆▆ the plaintiff in the aforementioned case, am writing to update the Court on a recent development related to the motion I filed last week, on December 29th, 2023

As per my previous correspondence, I submitted a motion for an extension of time under Rule 6(b), accompanied by evidence supporting my claim. Regrettably, a discrepancy in the filing date has been identified, and I am seeking the Court's guidance and assistance in reconciling this matter.

I respectfully request the Court's consideration to combine the present motion with the one I submitted the week prior, bearing case number 20-10343. This consolidation would allow for a comprehensive review of the updated proof and information provided.

Attached to this letter are the necessary documents, supporting evidence, and relevant case details.





January 4, 2024

The Honorable Judge Laurie Selber Silverstein
United States District Court
District of Delaware
824 N. Market Street
Third Floor
Wilmington, DE 19801

Re: **CASE NAME: Boy Scouts of America**
**CASE NUMBER: 20-10343** **CLAIMANT ID NUMBER ▮**

Dear Honorable Judge Laurie Selber Silverstein,

I, ▮ the plaintiff, submit this motion for an extension of time under Rule 6(b) with profound humility, seeking assistance in a matter of utmost importance.

On November 16, 2020, I filed an abuse claim, as substantiated by attached proof. Regrettably, the court records present a discrepancy, indicating a filing date different from my submission.

Upon discovering new email evidence, a disconcerting incongruity emerged. While my forms were duly submitted before the deadline on November 16, the system inexplicably recorded them on November 17. The email, dispatched on November 16, was acknowledged and dated the subsequent day.

In the spirit of candor and transparency, I implore this Court for guidance and understanding, beseeching assistance in reconciling this matter. The gravity of the situation compels me to invoke Rule 6(b) and respectfully request an extension.

Attached herewith are unequivocal email confirmations supporting my plea.

Your Honor, your consideration in this matter is of profound importance, and I humbly submit my plea for assistance, understanding the weight of the Court's decisions.




<documentsend@omniagnt.com>
Date: Tue, Nov 17, 2020, 8:47 AM
Subject: Proof of Claim submission confirmation in the matter of Boy Scouts of America
To:



Your proof of claim in the matter of Boy Scouts of America (case # 20-10343) claim has been successfully submitted as follows:

**Your Claim Number(s):**

| Case Number | Debtor | Claim Number |
|---|---|---|
| 20-10343 | Boy Scouts of America | 9371 |

Creditor Name:

As the designated claims agent in this matter, Omni Agent Solutions is responsible for maintaining the official court docket. In most cases your claim will appear on the official court docket within 24-48 hours of submission.

Click here to go to the official Proof of Claims docket.

Click here to submit another claim.

If you or someone you know did not initiate this claim submittal, you should contact us immediately at contact@omniagnt.com.

From: <documentsend@omniag...
Date: Tue, Nov 17, 2020, 8:52 AM
Subject: Boy Scouts of America Claim Upload Confirmation
To:



Your Sexual Abuse Survivor Proof of Claim in the matter of Boy Scouts of America (Case # 20-10343) has been successfully submitted.

Claim Identifier:

You will receive a second email with your claim number within seven (7) calendar days.

As the designated claims agent in this matter, Omni Agent Solutions is responsible for maintaining the official court docket. Pursuant to the Bar Date Order [Docket No. 695], Sexual Abuse Survivor Proofs of Claim will not be available to the public on the court docket unless you have elected on your claim form to publicly release your identity and your Sexual Abuse Survivor Proof of Claim.

If you or someone you know did not initiate this claim submittal, or if you have questions about the handling or processing of your claim, you should contact us at contact@omniagnt.com.

Click here to submit another claim.

© Omni Agent Solutions

