

RECEIVED

2024 JAN 10 AM 9:06

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk, U.S. BAnkruptcy Court
824 N. Market Street, Sutie 500
Wilmington, Delaware 19801

01 January 2024

RE: In re: Boy Scouts of Amer. &
Delaware BSA, L.L.C.
Chap 11
Case no. 20-10343 (LSS)

To the Hon. Clerk of the Court:

Greetings. I am a claimant in the above case. I filed a motion for leave to file an out of time claim April 20, 2021. Since I received ballots, etc. I assumed that the motion had been granted. That actually was not the case.

Recently I received paperwork from the trustee explaining that I either needed to obtain an order from the Court or proof from Omin Agent Solution indicating that my claim is allowed.

For that reason I am respectfully requesting that the Court enter a ruling on my April 20, 2021 motion.

Thankkyou for your time and attention in this matter.

Respectfully submitted,

Cert. mail no.
7022 3330 0002 0995 3688

cc: file

Mr. Theis H. Benchum
TDCJ No. 2036660
899 FM 632
Kenedy, Texas 78119

CERTIFIED MAIL

Retail
US POSTAGE PAID
FCM LETTER
KENEDY, TX 78119
JAN 02, 2024
$0.00
R2305H130972-7
RDC 99

Clerk, U.S. Bankruptcy Court
824 N. Market Street, Ste 500
Wilmington, Delaware 19801


