

RECEIVED
2024 JAN 11 AM 9:46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT DELAWARE

824 N. MARKET #500

WILMINGTON DE 19801

Dec. 26, 2023

RE: BSA CLAIM #

CASE:

642 B.R. 504

IN RE: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, Debtors.

Case No. 20-10343 (LSS) (Jointly Administered)

United States Bankruptcy Court, D. Delaware.

TO: ADMINISTRATIVE OFFICE OF the US Bankruptcy Court

ATTN: CLERK OF COURTS

Dear Sir/Mam:

I would greatly appreciate it if you could please update my mailing address with this court regarding the BSA Claim case. Please update my name from ▮▮▮▮ to my real name ▮▮▮▮

I have been falsely incarcerated for the last year and I haven't been able to get in touch with my attorneys on this case. I do not even remember their names nor phone numbers although they were located in California somewhere. I have been so traumatized in prison here that I forgot their names.

Can you please let me know my attorneys name and phone number as well if you can please.

Also please let me know the current status of my claim and let me know if I need to do anything further.

Thank you so much.

Have a wonderful day and Happy Holidays.



Grey, Franz
23-23-63
C/O Santa Ana Jail
PO Box 22003
Santa Ana CA 92701

Santa Ana Jail
Inmate Correspondence
LEGAL MAIL

CERTIFIED MAIL

7019 2970 0000 1110 8987

ADMINISTRATIVE
of the United States
Bankruptcy Court
824 N. Market
Wilmington DE 19