To: Judge Andrews./Clerk.

Claim Against the Boy Scouts of America, Priviledge & also confidential:

Claim Number #SA- ████████

I am concerned about my Claim, against BSA my Counsels Eisenberg, & Andrew Van Arsdale hAve NOT contacted me Since September, 2023.?

Im a Former Cub Scout in 1964 later I became a Boy Scout in 1967 until 1973. during this time as a child I was Abused by many Adults giving me Herpies virus 1 and 2 for life on my mouth tongue also Rectum, I have PTSD every time a monthly break out I am 65 years old Im Trumatised, that nobody is telling me about my Claim, I suffered enough. currantly for 11 years I sit in this Jail uncharged unarrested with no release

I came here on Parole, In 2010, Parole was discharged on 10-04-2013

I have no way to keep contact other than snail mail, I just want to know Clerk, is A.I.S./BSA Bankruptcy Claim is still active. I do have a signed contract with Eisenberg & Arsdale Law groups since July 20, 2020

Please Respond Clerk,

█████████████████

I swear by the laws of the State of California, All details in this letter are true and correct.

X ███████████

January 04, 2024

LEGAL MAIL

SANTA ANA CA 926
4 JAN 2024 PM 3 L

Clerk of Court;
Justice; Andrews
(US.A. Bankruptcy Case)
824. Market Street 6 to Fl.
Wilmington, DE.
19801

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019