| | | | |
|---|---|---|---|
| Housing Unit | B236 | Date: | 08 Jan 24: 0700hrs |
| To: Chief Judge Laurie Selber Silverstein ~~Staff Member~~ Name of Judge | | or | U.S. Bankruptcy Ct./Dst. of Delaware Department |

**Emergency Hearing**

Request For: ☒ Appointment ☐ Information ☐ Services Other: Zoomgov.com hearing

Summary (Please Print): Your honour, by way of introduction, I am your BSA-Case#:20-10343-LSS; Doc 695-7; Filed: 26 May 20 by; www.sssfirm.com, their client#0011047, Omni Agent Solutions, Case#: N1D-7079-7-CSA-36651C. Please file into court record enclosed adhoc complaint I have filed w/h N.Y. State Bar. Please convene a Tele Justice hearing, exparte hearing of SSS firm only w/h Scouting Settlement Trust, and Omni Agent Solutions, & Bar. To schedule duly: Ms. Conner @ 434.797.2000. Email notary publics: william.price@vadoc.virginia.gov, & sherita.williams@vadoc.virginia.gov. Thank Your Honour. *[signature]*

Do not attach additional pages and do not write below this line

Email ~~Reply~~ Response

Request sent to correct department ☐ Yes ☐ No          Date _____

Request was rerouted to: _____

Inmate seen ☐ Yes ☐ No

Response: _____

*[Stamp: RECEIVED 2024 JAN 12 AM 9:49 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE]*

Staff Respondent Name          Date of Response

**VIRGINIA DEPARTMENT OF CORRECTIONS**          Revision Date: 2/15/22

NASSAU AND SUFFOLK COUNTIES

# COMPLAINT

~~VIRGINIA~~ STATE BAR
Bar New York State Association

| Mail to: | NOTE: Send in this form if you wish to file a formal complaint that a lawyer /law firm/ has acted unethically. The Complaint might result in discipline to the lawyer, or firm. If you are seeking other remedies against the lawyer, you may need to seek legal advice from a lawyer in private practice. Also, the Bar may require your further involvement in an investigation of your complaint by asking you to be interviewed by a Bar investigator and/or to participate at a hearing. |
|---|---|
| ~~VIRGINIA STATE BAR~~ ~~INTAKE OFFICE~~ ~~707 East Main Street, Suite 1500~~ ~~Richmond, Va 23219-2800~~ ~~Telephone: (804) 775-0570~~ | |

The New York State Bar Association, Complaints, 1 Elk Street, Albany, NY 12207 and the Regional Office of, Attorney Grievance Committee for the Tenth Judicial District, 150 Motor Parkway, Suite 102, Hauppauge, NY 11788

**YOUR NAME:** Mr. Mrs. Miss Ms. ▉▉▉▉ first  initial  ▉▉▉▉ last

**YOUR ADDRESS:**
Newest Email/Liaison/Notary: lelia.ridney@vadoc.virginia.gov
(Physical) 475 Green Rock Ln. (Smail) 3521 Woods Way
street
Please note if your investigator would like to come for an initial consultation, arrive at physical addr. To smail send your mail to other addr. or hearing via zoomgov.com.
(Physical) Chatham (Smail) State Farm, Va 23160 (Phys.) 24531
city                                     state                      zip code
~~(Primary Email Liaison)Notary Public: william.price@vadoc.virginia.gov~~
(Email Liaison) Notary Public: Ms. Sherita L. Williams, serita.williams@vadoc.virginia.gov/dancingbuck@B236 Pod.

Green Rock Correctional Centre
Daytime Telephone No.:
☑ home ( 434 ) 797-2000
☐ work Mon.-Fri. 0900-1600hrs +
www.vadoc.visitme.com/app.
Other Telephone No. and times you can be reached:
☐ home ( )
☐ work

My BSA Case#: 20-10343-LSS Doc 695-7 Filed 26May20. Scouting Settlement Trust, P.O. Box 50157, McLean, VA 22102.

**LAWYER'S NAME:**
1). Linc    3). Adam.    5). Selene.         1). Leder.    3). Slater.    5). Braun.
2). Jessica. 4). Joseph.  6). Jessica.        2). Stetzer.  4). Slater.    6). Smith.
first                    initial                last

Settlement Admin.: Omni Agent Solutions, Case#: NID-7079-7-CSA-36651C
Address: 5955 DeSoto Ave., Ste. 100, Woodland Hills, Ca 91367. Website: cases.omniagentsolutions.com.

**LAWYER'S ADDRESS:**
Slater Slater Schulman, LLP. Case#: ▉0011047
lawyer's law firm, if known
445 Broad Hollow Rd., Ste. 419
street address or P.O. Box www.scoutingsettlementtrust.com
Email: info@scoutingsettlementtrust.com
BSAContact@sssfirm.com. www.sssfirm. Email: bsateam@sssfirm.com.
Melville,                             NY                         11747
city                                  state                      zip code
New York•California•Pennsylvania•New Jersy•Louisiana•Arkansas•New Mexico•North Carolina•Maryland

Lawyer's Telephone No.:
( 631 ) 420.9300 / Fax: 631.465.7052
833.961.6495 Email: jsmith@sssfirm.com
Email: lleder@sssfirm.com
Email: jstetzer@sssfirm.com
Email: sbraun@sssfirm.com
Email: jslater@sssfirm.com
Email: aslater@sssfirm.com

**LAWYER'S ACTIONS COMPLAINED OF:**
25Aug20: Out of the blue, and unsolicted was served from, Braun, a FedEx package from SSS containing questions, Postit: "Appeal process is on going", and two paged Retainer Agreement, shipped 20Aug20.
27Aug20: Signed & dated, mailed back responded to questions, and Retainer Agreement to SSS.
05Oct20: Received, two paged letter, attached to proof of claim forms, replete with $1.80 prepaid USPS mailer. That letter dated, 30Sept20. I booted my memory, started filling in alot of questions.
12Oct20: Painfully, completed proof of claim forms, and filed request for Notary Public processing.
26Oct20: Sussex 2 mailrm. ships package back to atty Leder, total & complete as I can recall facts.
After duly filing, I received what appeared regular letters updating progress of this valid claim. The letters also stated, I was to contact the firm if I had any concerns, yet, the firm didn't respond to repeated requests to telephone or visit, was a very simple procedure, that I couldn't. Please understand, I am living with PTSD, anxiety, depression, dose medication, and ADA of 1972 Act.
(Continue on the back ~~on separate page if you need more room. Also, attach copies of any documents that help~~ explain your complaint.)

**YOUR SIGNATURE:** ▉▉▉▉                                   Date: 11Dec23@0900hrs

COMPLAINT MUST BE SIGNED AND DATED
~~Please return this form over for more information we need from you to analyze your complaint.~~ ⟶

[Notary seal]
WILLIAM L. PRICE
NOTARY PUBLIC
Commonwealth of Virginia
Registration #7917748
My Commission Expires July 31, 2026

William L Price

~~Virginia~~ New York State Bar Complaint.... Page 2

**LAWYER'S ACTIONS COMPLAINED OF:** *(continued)*

16 Jul 21@1130hrs, I filed a certified-letter, $7.16, Tracking# 70191120000Ø159-533234, to immediately contact me. The letter was duly received, 19 Jul 21@1331. No response! 07 Sept 21@1030hrs, I arrived at new address: 1821 Estaline Valley Rd., Craigsville, Va 24430. Later, I received, quite a bit of documentation. I didn't understand. I reached out to SSS, 3 Nov 21. No response. SSS, didn't telephone, nor visit me. I felt trapped, between confusion and deadlines. Stressed, I did what I could with ~~out~~ SSS'advice, and filed before deadline, and advised SSS of filing. 10 may 23, SSS called me, to confirm my contact intel. That is when I learned my claim was going sideways. I requested a hearing with Chief Judge Laurie Selber Silverstein @ USBC, and a hearing with your NY State Bar. SSS, agreed. Nothing happened. The reason my claim went sideways is SSS was intentional negligent to not collaborate/consult. 17 Aug 23@1600hrs, Counselor Ms. Johnson received an SSS email to schedule a telephon consult, 24 Aug 23@1300hrs. During our consult, with atty Jessica Stetzer, I felt I was being accused of intentional negligence. Again, I requested a hearing with the Judge, SSS and I. Also asked for NY State bar's full contact information. No action! Don't have NY code. I have: VCA 54.1-3906, Smith v. McLaughlin, Khattab v. Epperly, Achtman v. McInerney & Squrie, LLP

**List the names, addresses, and phone numbers of persons who might be able to give additional information about your complaint:**

Notary Public, Mr. Hunt, Jeffrey Dekle, #8046338, Commonwealth Of Virginia, County of Augusta, 1821 Estaline Valley Rd., Craigsville, Va. 24430-2520. Tele: 540.997.3640. Fax:7252. Email [redacted]. Ms. Johnson @ 540.997.7000, monitored my phoning. Ms. Johnson, typed as atty Stetzer sort of got in the blaming one another, and I started worrying. Atty Stetzer, alleged, their never advised any clients to go low. I countered based on the many attempts, I tried to have consultations it was SSS that was intentionally negligent, to help me. At the of our heated consult, again I demanded to be heard by Judge Silverstein, and have Bar stepin. My next trip to J-5's law library I pasted around the short Retainer Agreement, to those in the know with contract law. It was agreed, SSS, is guilty of intentionally negligent malpractice.

**Grounds for these multiple allegations:** SSS with $2.8M at stake (their 40%), didn't call, tele visit, nor visit. In addition, SSS, didn't motion the Judge for a hearing, nor ~~get~~ to bring the NY State Bar, and didn't provide your address. Not the first I requested, and not the second I time we consulted. The law library ruled, SSS, is guilty of malpractice, that their liability insurance pay out $2.8M, and no 40% SSS.

**PLEASE ANSWER THE FOLLOWING QUESTIONS:**

1. Have you or a member of your family complained to us about this lawyer before? ☐ Yes ☒ No
   If *yes*, please state when you complained and the outcome of that complaint.

2. Have you filed a complaint or legal action about this matter anywhere else? ☐ Yes ☒ No
   If *yes*, state where and the outcome.

3. Did you hire this lawyer? ☐ Yes ☒ No   If *yes*, give the approximate date you employed him/her, the nature of your legal case, and estimate how much money, if any, you paid him/her.

4. If you did not hire the lawyer, what is your connection with the lawyer? This is a really good question! I was at Sussex II SP paying attention to ~~attention~~ to atty TV ads. I had written several, without any responses. Unsolicited SSS firm, contacted me. I suspected, one of ~~their~~ SSS investigators found a letter father mailed to BSA council. Law clerk, Timothy Carnes, researched the Virginia code and case law above, because I am experiencin double vision. What does NY have?

5. Is your complaint only that you think the lawyer charged you too much? ☐ Yes ☒ No
   ~~If yes, you should contact the Virginia State Bar at (804) 775-0500 and ask for information on fee dispute resolution.~~

6. Have you read the pamphlet describing the Bar's complaint process? ☐ Yes ☒ No

Judge Silverstein; Counselor Ridney, indicated to receive a federal witness to appear with me to testify. She was told not to aid me with BSA.

Email: lelia.ridney@vadoc.virginia.gov

# VIRGINIA DEPARTMENT OF CORRECTIONS

**RECEIVED JAN 03 2024 TREATMENT**

Facility Request 801_F3 2-22

## Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department of individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: ▮▮▮  DOC Number: ▮▮▮

Housing: ▮▮▮  Date: 03 Ja 23 @ 0600 hrs

To: **Counselor Price or Ridney** or **Treatment**
    Staff Member Name                  Department

Request For: ☐ Appointment  ☐ Information  ☐ Services  Other: _____

Summary (Please Print): I need help with papers received NY Bar last night, and copies today.

Thank You

*Do not attach additional pages and do not write below this line*

### Facility Response

Request sent to correct department ☐ Yes ☐ No    Date: _____
Request was rerouted to: _____
Inmate seen ☐ Yes ☐ No
Response: _____

Staff Respondent Name _____    Date of Response _____

VIRGINIA DEPARTMENT OF CORRECTIONS    Revision Date: 2/15/22

Judge Silverstein: Counselor Ridney indicated to receive a Federal witness subpoena to appear with me to testify why she was told not to aid me with BSA per NY Bar papers

# VIRGINIA DEPARTMENT OF CORRECTIONS

Email: lelia.ridney@vadoc.virginia.gov

**Facility Request**    801_F3_2-22

**RECEIVED JAN 0 2 2024 TREATMENT**

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: [redacted]   DOC Number: [redacted]

Housing: [redacted]   Date: 01Ja24:0630hrs

To: Counselor Ridney (Staff Member Name) or Treatment (Department)

Request For: ☐ Appointment  ☒ Information  ☐ Services  Other: ____

Summary (Please Print): I need and request, address to:
Chief Judge Laurie Selber Silverstein
U.S. Bankruptcy Court
District of Delaware
This need is for my, BSA Case #20-10343-LSS
My only reference shows:
Federal Bldg., 844 N. King Str., Lockbox 18,
Wilmington, DE 19801-3570. Telephone: 302.573.6170

*Do not attach additional pages and do not write below this line*

## Facility Response

Request sent to correct department ☐ Yes ☐ No   Date: ____

Request was rerouted to: ____

Inmate seen ☐ Yes ☐ No

Response: ____

Staff Respondent Name ____   Date of Response ____

**VIRGINIA DEPARTMENT OF CORRECTIONS**   Revision Date: 2/15/22



GREENSBORO NC 270
PIEDMONT TRIAD AREA
8 JAN 2024 PM 5 L

District of Delaware

U.S. Bankruptcy Ct.
Chief Judge Laurie Selber Silverstein
Federal Building/Federal Courts
844 North King Street
Wilmington, DE 19801 - 3570

19801-35704