## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. D.I. 10809 & 11654** |

## ORDER PURSUANT TO BANKRUPTCY CODE SECTION 503(B) ALLOWING PAYMENT OR REIMBURSEMENT OF THE PFAU/ZALKIN RESTRUCTURING EXPENSES BY THE SETTLEMENT TRUST

Upon the motion (the "**Motion**")[2] for entry of an order (this "**Order**"), pursuant to sections 363(b), 1129(a)(4), and 503(b) of the Bankruptcy Code,[3] allowing payment or reimbursement of the Pfau/Zalkin Restructuring Expenses by the Settlement Trust; and this Court having jurisdiction to consider the Motion in accordance with 28 U.S.C. § 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and Pfau/Zalkin having consented to entry of a final order by this Court under Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the Motion having been given and no other or further notice being necessary; and the United States Trustee having withdrawn its objection to the Motion insofar as it seeks relief under section 503(b) of the Bankruptcy Code; and the United States

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

[3] Notwithstanding the Motion's request for relief under sections 363(b) and 1129(a)(4), consistent with the Court's Letter Ruling at D.I. 11654, this Order is being entered exclusively under section 503(b).

Trustee and the court-appointed Fee Examiner having completed their respective review of the

fees and expenses in accordance with Article II.A.2 and Article V.T.2. of the confirmed Plan; and

the United States Trustee and the Fee Examiner do not object to the award of the fees and expenses

in the Court's Letter Ruling [D.I. 11654; and no further adjustments or resolutions of disputes

being necessary in connection with the award of fees as approved in the Court's Letter Ruling; and

upon the record herein; and the Court having determined that the legal and factual bases set forth

in the Motion establish just cause for the relief granted herein pursuant to section § 503(b) of the

Bankruptcy Code; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is GRANTED under section 503(b)'s substantial contribution standard,

as set forth herein.

2.      The Settlement Trust is authorized, in accordance with and subject to the terms of

the Plan and the Confirmation Order, to promptly pay KTBS Law LLP, as approved by the Court's

Letter Ruling, in the amount of $3,500,000.

3.      The Settlement Trust is authorized to take all actions necessary to effectuate the

relief granted pursuant to this Order in accordance with the Motion.

4.      Nothing in this Order shall impair or affect the rights of any parties in the appeal of

the Confirmation Order pending before the Circuit Court, Case No. 23-1688.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

**Dated: January 16th, 2024**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**