Sunday, 7 January 2024

Dear Clerk,

Enclosed please find three (3) original/copies of my pleading entiteled "claimant's ████ Notice and request for an order requiring the trustee to provide claimant ████ with a final version of the questionnaire."

Please file one original/copy in all of your appropriate files.

Please forward one copy to the court.

And, please return a file-stamped copy to me for my own records.

Thank you for your time and efforts.



RECEIVED
2024 JAN 18  AM 9:46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

1. ████████████████████
2. ████████████████████
3. ████████████████████
4. ████████████████████
5. ████████████████████
6. Claimant/victim in propria persona
7.
8. UNITED STATES BANKRUPTCY COURT
9.
10. FOR THE DISTRICT OF DELAWARE
11.

| | |
|---|---|
| IN RE | CHAPTER 11 |
| BOY SCOUTS OF AMERICA AND | CASE NO.: 20-10343 (LSS) |
| DELAWARE BSA, LLC | CLAIMANT'S ████ NOTICE |
| | AND REQUEST FOR AN ORDER |
| DEBTORS | REQUIRING THE TRUSTEE TO |
| | PROVIDE CLAIMANT ████ WITH |
| | A FINAL VERSION OF THE |
| | QUESTIONNAIRE. |

NOW COMES CLAIMANT/VICTIM ████████████████ acting in pro-per and hereby respectfully gives his formal Notice of claim (second) against the Boy Scouts of America and, requests that this Honorable Court issue its Order requiring the designated trustee in the above captioned matter to (a.) provide claimant ████ with a final version Questionnaire, (b.) provide claimant Finck with reasonable time to prepare and submit such Questionnaire and (c.) process claimant ████ Questionnaire/claim.

In Support thereof, claimant ████ shows as follows:

= Page 1 of 7 =

1.) As a member of the Boy Scouts, claimant ▓ was sexually assaulted by a scout leader in Idaho Falls, Idaho.

2.) At the inception of the above captioned Bankruptcy proceedings claimant ▓ received a questionnaire from the AVA Law group, 2718 Montana Ave., Suite 229, Billings, MT 59101.

3.) Claimant ▓ immediately completed said Questionnaire and returned it to the AVA Law Group.

4.) Over the following approximate three years, claimant ▓ has received a number of letters and copies of documents and pleadings filed in the case at bar from attorney Andrew Van Arsdale of the AVA Law Group and several other parties having direct involvement in the present case.

5.) The last letter claimant ▓ received from the AVA Law Group was dated July 24, 2023. Therein attorney Van Arsdale informs claimant ▓ that (a.) on July 13, 2023 the AVA Law Group confirmed that they represent claimant ▓ in this case and (b.) the trustee is insisting that all final version Questionnaires be completed and sent back to the trustee by December 1, 2023. See Exhibit-A.

6.) As of the below date, the AVA Law Group has not provided claimant ▓ with a final version Questionnaire.

7.) To the best of claimant ▓ knowledge, information and belief the AVA Law Group has not submitted a final version Questionnaire on behalf of claimant ▓

~ Page 2 of 7 ~

WHEREFORE, based upon the foregoing, claimant/victim Michael F. Finck, respectfully requests this Honorable Court to enter an Order granting relief requested and for such other and further relief as this court deems necessary and proper.

RESPECTFULLY SUBMITTED,

DATED: JANUARY 5, 2024.

~ per

DECLARATION

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the statements contained in the foregoing notice and request of claimant/victim ▮▮▮▮▮ are true and correct.

EXECUTED on this 5th day of January, 2024.

~ Page 3 of 7 ~

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of January, 2024, the original and one copy of claimant Finck's Notice and request for an Order from the Court was deposited into the prison's legal mail system for mailing to:

Clerk of the Court
US Bankruptcy Court
District of Delaware
824 N. Market St. N, 3rd Floor
Wilmington, DE, 19801

and, one copy was mailed to:

Andrew Van Arsdale, Esq.
AVA Law Group
2718 Montana Ave., Suite 220
Billings, MT, 59101

By:

# Exhibit A

2 Page 5 of 7 2

# AVA LAW GROUP

2718 Montana Ave. Suite 220
Billings, MT 59101
www.AVALaw.com

Email: help@AVALaw.com
Tel: (406) 333-3333
Fax: (619) 374-2177

July 24, 2023

**RE: Claim Against the Boy Scouts of America (Privileged and Confidential Attorney Client Communication)**

We are writing to you today with an update on your case against the Boy Scouts of America (BSA).

Trustee Houser asked our law firms to confirm we represent you in this case, which we sent across on July 13th, 2023. With this information they have begun pre-populating their system to start to receive questionnaires. Trustee Houser has indicated that the final version of the questionnaire will be ready no later than the end of July, and they are insisting that all questionnaires are completed and sent back to them by Friday, December 1st, 2023.

On the whole this is a great thing as Trustee Houser will know the total population of claimants still participating in this process by no later than Friday, December 1st. That is an important part of their calculation in determining money damages on each individual case. The reason why that is so important is because the total number of claims will have a correlation with the amount of money available for individual claimants. At the end of the day there is 2.45 billion dollars that has been committed to fund the trust and there are still outstanding insurance policies that have yet to be settled. Trustee Houser needs to know how many claims will be made against that total amount of money to start distributions of it. As you know, there were approximately 82,000 claims filed in the bankruptcy before November 16th of 2020. But everyone that still wants to participate in this process will need to have their questionnaire submitted by December 1st, 2023, to be eligible for money damages.

This means you will want your damages narrative ready and be on the lookout for communication from my office as soon as we receive the final version of the questionnaire. Again, we will fill out the bulk of the questionnaire on your behalf, but we will need you to review it, potentially add a damages narrative (with our help), and ultimately sign off on its accuracy. We hope to have these out to you in August!

In terms of the flow of money into the Trust, there is currently 634 million dollars in the trust account. The oil and gas leases assigned to the trust have produced 6 million dollars to date. The trustee believes they have found a buyer for the 61-piece Norman Rockwell collection and are aiming for 65 million dollars to purchase it. Also, there have been 21 properties approved for sale

PAGE 6 of 7

**REPRESENTING THE PEOPLE AGAINST THE POWERFUL**

ANDREW
VAN ARSDALE, ESQ.

TEAGUE
WESTROPE, ESQ.

KASODIE
WEST, ESQ

# AVA LAW GROUP

2718 Montana Ave. Suite 220
Billings, MT 59101
www.AVALaw.com

Email: help@AVALaw.com
Tel: (406) 333-3333
Fax: (619) 374-2177

from various local counsel camps across the Country with 75 additional properties being put up on the market for sale.

Lastly, in an attempt to force the unsettled insurer's hand, the Trustee has retained litigation Counsel in Texas to file a lawsuit on behalf of the Trust (you and your claims) against the unsettled insurance policies. We are optimistic that the filing of that lawsuit will force the insurers back to the table to discuss settlement negotiations, rather than having to wait until all appeals are exhausted sometime next year.

That is where things stand today, and we will have another update out along with the questionnaire in August with instructions on how that should be completed. Again, thank you for your continued patience and trust in our firm.

Sincerely Yours,

Andrew Van Arsdale

— PAGE 7 of 7 —

**REPRESENTING THE PEOPLE AGAINST THE POWERFUL**

ANDREW
VAN ARSDALE, ESQ.

TEAGUE
WESTROPE, ESQ.

KASODIE
WEST, ESQ.



Clerk of the Court
US Bankruptcy Court
District of Delaware
824 N. Market St, N, 3rd Floor
Wilmington, Delaware
19801