UNITED STATES BANKRUPTCY COURT

DISTRICT OF Delaware

In re: Boy Scouts of America　§　Case No. 20-10343
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§　Lead Case No. 20-10343
　　　　　Debtor(s)　　　　　§
　　　　　　　　　　　　　　　☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2023　　　　Petition Date: 02/18/2020

Plan Confirmed Date: 09/08/2022　　　　Plan Effective Date: 04/19/2023

This Post-confirmation Report relates to:　⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/Sophie Rogers Churchill　　　　　　　Sophie Rogers Churchill
Signature of Responsible Party　　　　　Printed Name of Responsible Party

01/19/2024
Date

　　　　　　　　　　　　　　　　　　　Willmington, Delaware
　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Boy Scouts of America                              Case No. 20-10343

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $67,589,175 | $213,583,478 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $66,610,000 | $66,610,000 |
| d. Total transferred (a+b+c) | $134,199,175 | $280,193,478 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $22,490,590 | $207,135,913 | $22,456,466 | $178,531,677 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | | All Debtor Professionals (see at | | $22,490,590 | $207,135,913 | $22,456,466 | $178,531,677 |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |
| xv | | | | | | | |
| xvi | | | | | | | |
| xvii | | | | | | | |
| xviii | | | | | | | |
| xix | | | | | | | |
| xx | | | | | | | |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |

| Debtor's Name Boy Scouts of America | | | | | | Case No. 20-10343 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Boy Scouts of America                                                                 Case No. 20-10343

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $282,343 | $9,343,337 | $282,343 | $9,343,337 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | All OCPs (see attached) | | $282,343 | $9,343,337 | $282,343 | $9,343,337 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)                              4

Debtor's Name Boy Scouts of America        Case No. 20-10343

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name Boy Scouts of America       Case No. 20-10343

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name Boy Scouts of America | Case No. 20-10343

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $36,473,569 | $335,911,408 | $36,439,445 | $291,077,088 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $1,575,593 | $0 | $1,575,593 | $1,575,593 | 100% |
| b. Secured claims | $262,689,421 | $0 | $262,689,421 | $262,689,421 | 100% |
| c. Priority claims | $1,707 | $0 | $1,707 | $1,707 | 100% |
| d. General unsecured claims | $27,339,155 | $3,719,348 | $5,322,034 | $37,361,570 | 14% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?   Yes ○   No ◉
   If yes, give date Final Decree was entered: _____
   If no, give date when the application for Final Decree is anticipated: _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

Debtor's Name Boy Scouts of America                                                     Case No. 20-10343

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Joseph A. Zirkman                                                    Joseph A. Zirkman
Signature of Responsible Party                                           Printed Name of Responsible Party

EVP & General Counsel                                                    01/19/2024
Title                                                                    Date

Debtor's Name Boy Scouts of America                                                             Case No. 20-10343

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name Boy Scouts of America    Case No. 20-10343



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

| Debtor's Name | Boy Scouts of America | | Case No. | 20-10343 (LSS) |

**Part 2: Preconfirmation Professional Fees and Expenses**
($ in thousands)

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $ 22,491 | $ 207,136 | $ 22,456 | $ 178,532 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| 1 | WHITE & CASE LLP | Counsel | 10,775 | 85,449 | 10,741 | 71,029 |
| 2 | OMNI MANAGEMENT GROUP INC | Claims Agent | 1,535 | 35,537 | 1,535 | 34,187 |
| 3 | ALVAREZ & MARSAL HOLDINGS LLC | Financial Advisor | 3,006 | 22,262 | 3,006 | 19,014 |
| 4 | SIDLEY AUSTIN LLP | Counsel | 615 | 11,948 | 615 | 11,338 |
| 5 | BATES WHITE LLC | Claims Advisor | 2,027 | 13,833 | 2,027 | 11,544 |
| 6 | HAYNES & BOONE LLP | Insurance Advisor | 1,711 | 13,380 | 1,711 | 11,222 |
| 7 | MORRIS NICHOLS ARSHT & TUNNELL | Local Delaware Counsel | 1,062 | 10,111 | 1,062 | 8,547 |
| 8 | OGLETREE DEAKINS NASH SMOAK&STEWART PC | Claims Advisor | 550 | 6,106 | 550 | 5,222 |
| 9 | KCIC LLC | Other | 634 | 3,873 | 634 | 3,231 |
| 10 | JLL VALUATION & ADVISORY SVCS LLC | Appraiser | 183 | 1,173 | 183 | 975 |
| 11 | PRICEWATERHOUSE COOPERS LLP | Auditor | 392 | 2,253 | 392 | 1,861 |
| 12 | QUINN EMANUEL URQUHART & SULLIVAN LLP | Special Litigation Counsel | - | 1,042 | - | 193 |
| 13 | HOTEL & LEISURE ADVISORS LLC | Appraiser | - | 103 | - | 103 |
| 14 | FLORIDA KEYS APPRAISAL SERVICES | Appraiser | - | 25 | - | 25 |
| 15 | JAMES F WELLES | Appraiser | - | 18 | - | 18 |
| 16 | DAWN M POWELL APPRAISALS INC | Appraiser | - | 9 | - | 9 |
| 17 | FI SALTER REAL ESTATE INC | Appraiser | - | 8 | - | 8 |
| 18 | BW FERGUSON & ASSOCIATES LTD | Appraiser | - | 6 | - | 6 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $ 282 | $ 9,343 | $ 282 | $ 9,343 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| 1 | FTI CONSULTING INC | Strategic Communications and Public Relations | 79 | 2,579 | 79 | 2,579 |
| 2 | WILLIS TOWERS WATSON INC | Pension / Health & Benefits | - | 1,080 | - | 1,080 |
| 3 | FOX ROTHSCHILD LLP | Counsel - IP Matters | 35 | 763 | 35 | 763 |
| 4 | STEPTOE & JOHNSON PLLC | Corporate Counsel | 160 | 751 | 160 | 751 |
| 5 | WIGGIN & DANA LLP | Defense Counsel | - | 447 | - | 447 |
| 6 | WILSON ELSER MOSKOWITZ | Defense Counsel | 0 | 438 | 0 | 438 |
| 7 | BAX ADVISORS LLC | General Counsel Advisor | - | 327 | - | 327 |
| 8 | HARPER AND PEARSON | Audit and Financial Statement Preparation | - | 274 | - | 274 |
| 9 | QUINN EMANUEL URQUHART & SULLIVAN LLP | Special Litigation Counsel | - | 199 | - | 199 |
| 10 | LCG ASSOCIATES INC | Match Savings Plan Consulting | - | 175 | - | 175 |
| 11 | BURNETT RISK CONTROL INTL LLC | Insurance Consultant and Expert | - | 152 | - | 152 |
| 12 | MELICK PORTER LLP | Defense Counsel | - | 154 | - | 154 |
| 13 | JONES SKELTON & HOCHULI PLC | Defense Counsel | - | 146 | - | 146 |
| 14 | SAUL EWING LLP | Defense Counsel | - | 141 | - | 141 |
| 15 | STITES & HARBISON PLLC | Defense Counsel | - | 138 | - | 138 |
| 16 | MCGUIRE WOODS LLP | Defense Counsel | 2 | 130 | 2 | 130 |
| 17 | 535 GROUP LLC | Government Relations Consultant | - | 120 | - | 120 |
| 18 | HECHT SPENCER & ASSOCIATES INC | Government Relations / Lobbyist | - | 115 | - | 115 |
| 19 | AKERMAN LLP | Employment Counsel | - | 114 | - | 114 |
| 20 | VERNIS & BOWLING OF THE FL KEYS | Defense Counsel | - | 113 | - | 113 |
| 21 | LUNDBERG ENTERPRISES LLC | Consultant | - | 107 | - | 107 |
| 22 | NIGRO KARLIN SEGAL & FELDSTEIN | Supply Auditor (Licensee Audit) | - | 81 | - | 81 |
| 23 | CIVILLE & TANG PLLC | Defense Counsel | - | 72 | - | 72 |
| 24 | LEWIS BRISBOIS BISGAARD & SMITH | Defense Counsel | 0 | 69 | 0 | 69 |
| 25 | NORTON ROSE FULBRIGHT LLP | Asia Trademark Counsel | - | 65 | - | 65 |
| 26 | COVINGTON & BURLING | Counsel - Investigations | - | 54 | - | 54 |
| 27 | DENTONS US LLP | Defense Counsel | - | 51 | - | 51 |
| 28 | JASON AMSEL | Counsel - IP Matters | - | 48 | - | 48 |
| 29 | Milliman USA Inc | Actuary - Insurance Reserves | - | 41 | - | 41 |
| 30 | MARKOWITZ HERBOLD GLADE AND MEHLHAF PC | Defense Counsel | 1 | 40 | 1 | 40 |
| 31 | SCHEPER KIM & HARRIS LLP | Defense Counsel | - | 30 | - | 30 |
| 32 | WHITE AND WILLIAMS LLP | Defense Counsel | - | 27 | - | 27 |
| 33 | FLOYD PFLUEGER & RINGER | Defense Counsel | - | 26 | - | 26 |
| 34 | MITCHELL, WILLIAMS, SELIG, GATES | Defense Counsel | - | 21 | - | 21 |
| 35 | HUESTON HENNIGAN | Defense Counsel | - | 21 | - | 21 |
| 36 | THE BVA GROUP LLC | Valuation Advisory Services | - | 19 | - | 19 |
| 37 | CLARKE SLIVERGLATE PA | Defense Counsel | - | 20 | - | 20 |
| 38 | HEPLERBROOM LLC | Defense Counsel | - | 17 | - | 17 |
| 39 | FREDRIKSON & BYRON PA | Defense Counsel | - | 17 | - | 17 |
| 40 | BAKER & HOSTETLER LLP | Counsel - Data Privacy | - | 14 | - | 14 |
| 41 | MCLANE MIDDLETON PROF ASSOC | Defense Counsel | - | 29 | - | 29 |
| 42 | THE SIMONS FIRM LLP | Counsel – Litigation and Easements | 3 | 15 | 3 | 15 |
| 43 | KELEHER & MCLEOD PA, ATTORNEYS AT LAW | Defense Counsel | - | 11 | - | 11 |
| 44 | CAROLINA FRIDMAN LAW CORP | Canadian Immigration Counsel | - | 10 | - | 10 |
| 45 | BAYS LUNG ROSE HOLMA ATTORNEYS AT LAW | Defense Counsel | - | 10 | - | 10 |
| 46 | BOONE KARLBERG PC | Defense Counsel | - | 9 | - | 9 |
| 47 | KIPP AND CHRISTIAN PC | Defense Counsel | 1 | 10 | 1 | 10 |
| 48 | MNP LLP | Canadian Audit Preparation | - | 8 | - | 8 |
| 49 | VALUES TO VISION LLC | Grant Administration Consulting | - | 8 | - | 8 |
| 50 | HINSHAW & CULBERTSON LLP | Defense Counsel | - | 7 | - | 7 |
| 51 | BARNES LIPSCOMB STEWARD & OTT PLLC | Counsel - Probate and Estate Administration | - | 5 | - | 5 |
| 52 | HAWLEY TROXELL ENNIS & HAWLEY LLP | Defense Counsel | - | 5 | - | 5 |
| 53 | WICKER,SMITH,O'HARA,MCCOY,&FORD PA | Defense Counsel | - | 5 | - | 5 |
| 54 | MILLER JOHNSON SNELL & CUMMISKEY PLC | Defense Counsel | - | 4 | - | 4 |
| 55 | KAMM & MCCONNELL LLC | Investigations Counsel | - | 3 | - | 3 |
| 56 | THEOPHILUS I HARRIS IV | Land Use Entitlement Counsel | - | 2 | - | 2 |
| 57 | STICH ANGELL KREIDLER UNKE & SCATTERGOOD | Investigations Counsel | - | 1 | - | 1 |
| 58 | NICHOLAS W MULICK PA | Defense Counsel | - | 0 | - | 0 |
| 59 | GREFE & SIDNEY PLC | Defense Counsel | - | 0 | - | 0 |
| c. | All professional fees and expenses (debtor & committees) | | $ 36,474 | $ 335,911 | $ 36,439 | $ 291,077 |

| Debtor's Name | Boy Scouts of America | | | | Case No. | | 20-10343 (LSS) |
|---|---|---|---|---|---|---|---|

**Schedule C: Schedule of payments to professionals**
($ in thousands)

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) (1 | | | $ 22,491 | $ 207,136 | $ 22,456 | $ 178,532 |
| b. | Debtor's professional fees & expenses (nonbankruptcy) (1 | | | 282 | 9,343 | 282 | 9,343 |
| | Committees' professional fees & expenses (bankruptcy) | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | 1 | PACHULSKI STANG ZIEHL & JONES | TCC Counsel | 5,112 | 44,984 | 5,112 | 37,887 |
| | 2 | GILBERT LLP | FCR Insurance Counsel | 1,559 | 11,428 | 1,559 | 9,505 |
| | 3 | BERKELEY RESEARCH GROUP | TCC Financial Advisor | 1,786 | 10,509 | 1,786 | 8,902 |
| | 4 | YOUNG CONWAY STARGATT & TAYLOR | FCR Counsel | 1,445 | 9,980 | 1,445 | 8,448 |
| | 5 | KRAMER LEVIN NAFTAILS & FRANKE | UCC Counsel | 764 | 7,175 | 764 | 6,400 |
| | 6 | ALIX PARTNERS LLP | UCC Financial Advisor | 876 | 6,564 | 876 | 5,771 |
| | 7 | NORTON ROSE FULBRIGHT US LLP | Lender Counsel | - | 4,836 | - | 4,836 |
| | 8 | PJT PARTNERS LP | Lender Financial Advisor | - | 3,365 | - | 3,365 |
| | 9 | PASICH LLP | TCC Insurance Counsel | 615 | 3,778 | 615 | 3,149 |
| | 10 | THE GALLAGHER LAW GROUP | Mediator | - | 2,146 | - | 2,146 |
| | 11 | HOGAN LOVELLS US LLP | Mediator | - | 1,716 | - | 1,716 |
| | 12 | YOUNG CONWAY STARGATT & TAYLOR (James Patton) | FCR Legal Representative | - | 1,904 | - | 1,534 |
| | 13 | THE CLARO GROUP LLC | TCC Claims Advisor | 323 | 2,208 | 323 | 1,831 |
| | 14 | COMMONWEALTH MEDIATION &CONCILIATION INC | Mediator | - | 1,320 | - | 1,320 |
| | 15 | ANKURA CONSULTING GROUP LLC | FCR Consultant | 271 | 1,762 | 271 | 1,466 |
| | 16 | CBRE INC | TCC Appraiser | 308 | 1,776 | 308 | 1,483 |
| | 17 | JUSTIN H RUCKI | Fee Examiner | 415 | 1,657 | 415 | 1,408 |
| | 18 | ROCK CREEK ADVISORS | TCC Pension Financial Advisor | 132 | 1,154 | 132 | 950 |
| | 19 | REED SMITH LLP | UCC Local Delaware Counsel | 86 | 640 | 86 | 565 |
| | 20 | WOMBLE BOND DICKINSON (US) LLP | Lender Local Delaware Counsel | - | 456 | - | 456 |
| | 21 | MARK H KOLMAN | TCC Insurance Expert | 7 | 43 | 7 | 36 |
| | 22 | SUMMIT INVESTMENT MANAGEMENT LLC | TCC Appraiser | - | 17 | - | 17 |
| | 23 | JON R CONTE PHD INC | TCC Consultant | 2 | 16 | 2 | 13 |
| | Committees' professional fees & expenses (bankruptcy) | | *Aggregate Total* | 13,701 | 119,432 | 13,701 | 103,202 |
| c. | All professional fees and expenses (debtor & committees) (2 | | | $ 36,474 | $ 335,911 | $ 36,439 | $ 291,077 |

Footnote:
(1) Refer to Part 2 for payments to debtor professional