1 January 2024

Justice Lauri Selber Silverstein
BSA Bankruptcy Case
824 Market St., 6th Floor
Wilmington DE. 19801

RECEIVED 2024 JAN 22 AM 8:51
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: SA ▮▮▮▮

Dear Justice Silverstein,

My letter is about the above mentioned case. This year it enters the forth year of litegation. And it was my understanding that all parties came to an agreement. However, it is now my understanding that some of those parties wish to back out of their end of the agreement. Is this true? If so it is unacceptable to us, the victims. How can you allow any party to renig on their end? I see this as a common delay tactic. Why, if true, is this court allowing this to go on?

Second, I have a question about my reputation. My law group, (AVA), has not sent, nor responded to my correspondance. I, to date, still have not received any thing from the conservators in the way of a questionair to establish what my claim is worth. I feel that I am getting pushed under the rug on my claim. I feel that my voice is not getting heard. What can I do? What are my legal recourses in this matter?

I look forward to hearing from either my attorney, or your office on these issues in the very near future.



Sincerely,



NORTH HOUSTON TX 7
10 JAN 2024 PM 7

Justice Lauri Silverstein
BSA Bankruptcy Case
824 Market St., 6th Floor
Wilmington, DE. 19801

19801$3024 C012

5
Legal Mail