**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**CONSOLIDATED RESPONSE OF THE HONORABLE BARBARA J. HOUSER (RET.), IN HER CAPACITY AS TRUSTEE OF THE BSA SETTLEMENT TRUST, IN OPPOSITION TO (1) MOTION TO ALLOW A CHANGE OF ELECTION FROM THE EXPEDITED PAYMENT OPTION TO THE TRUST (MATRIX) CLAIMS PROCESS OR INDEPENDENT REVIEW OPTION (SST-906788) [D.I. 11672], (2) MOTION TO CANCEL OPT OUT OPTIONS AND PAY EACH CLAIM SEPARATELY [D.I. 11655, 11656], AND (3) MOTION TO APPROVE OPT OUT AND PUNITIVE DAMAGES [D.I. 11658, 11659]**

The Honorable Barbara J. Houser (Ret.) (the "Trustee"), in her capacity as trustee of the BSA Settlement Trust (the "Settlement Trust"), hereby submits this consolidated opposition to:

(1) Motion to Correct Election From the Expedited Payment Option to the Trust ("Matrix") Claims Process or Independent Review Option (SST-906788) [D.I. 11672];

(2) Motion to Approve to Cancel Opt Out Options and Pay Each Claim Separately [D.I. 11655, 11656]; and

(3) Motion to Approve Opt Out and Punitive Damages [D.I. 11658, 11659] (together, the "Motions").

In support of her opposition, the Trustee incorporates her prior oppositions to the various motions to allow changes of election of the expedited payment option (the "Prior Oppositions"), including:

(1) Consolidated Response of the Honorable Barbara J. Houser (Ret.), In Her Capacity as Trustee of the BSA Settlement Trust, in Opposition to

---

[1] The Reorganized Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

(1) Survivor Claimant D.S.'s Motion to Change Election to Opt into Expedited Payment/Convenience Class, D.I. 11532, and (2) Motion to Change Election to Opt into Expedited Payment/Convenience Class, D.I. 11522 [D.I. 11565];

(2) Consolidated Response of the Honorable Barbara J. Houser (Ret.), In Her Capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change Elections of Expedited Distribution, D.I. 11561, 11562, 11563, 11566, 11570 [D.I. 11600];

(3) Consolidated Response of the Honorable Barbara J. Houser (Ret.), In Her Capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Change Elections of Expedited Distribution, D.I. 11564, 11567, 11575, 11577, 11578, 11579 [D.I. 11602];

(4) Response of the Honorable Barbara J. Houser (Ret.), In Her Capacity as Trustee of the BSA Settlement Trust, in Opposition to the Motion to Compel Appropriate Relief of E.C., D.I. 11547 [D.I. 11608, 11624];

(5) Response of the Honorable Barbara J. Houser (Ret.), In Her Capacity as Trustee of the BSA Settlement Trust, in Opposition to Motions to Authorize Revocation of Expedited Distribution Elections on the Grounds of Mistake, Inadvertence and Injustice, D.I. 11599 [D.I. 11612];

(6) Supplemental Declaration of the Honorable Barbara J. Houser (Ret.), In Her Capacity as Trustee of the BSA Settlement Trust, in Support of Consolidated Responses in Opposition to Motions to Allow, D.I. 11565, 11600, 11602, 11608, 11612 [D.I. 11626];

(7) Supplemental Response of the Honorable Barbara J. Houser (Ret.), in Her Capacity as Trustee of the BSA Settlement Trust, In Support of Her Oppositions to Motions to Allow Changes to Claimant Elections of Expedited Distribution, D.I. 11565, 11600, 11602, 11608, 11612, and 11624 [D.I. 11669]; and

(8) Response of the Honorable Barbara J. Houser (Ret.), In Her Capacity as Trustee of the BSA Settlement Trust, In Opposition to Motion to Correct Election from the Expedited Review Option to the Settlement Trust Review Process by Claimant P.T., D.I. 11635 [D.I. 11673].

For the reasons set forth in the Prior Oppositions, the Trustee respectfully requests that this Court deny the Motions.

Dated: January 30, 2024
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Debra I. Grassgreen (CA Bar No. 169978)
James E. O'Neill (DE Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: rpachulski@pszjlaw.com
         dgrassgreen@pszjlaw.com
         joneill@pszjlaw.com

– AND –

**GILBERT LLP**
Kami E. Quinn (admission *pro hac vice*)
Emily P. Grim (admission *pro hac vice*)
Sarah A. Sraders (admission *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC  20003
Telephone:  (202) 772-2200
Facsimile:   (202) 772-3333
Email: quinnk@gilbertlegal.com
         grime@gilbertlegal.com
         sraderss@gilbertlegal.com

*Attorneys for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust*