# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 11628 & 11629 |

## ORDER ALLOWING PROOF OF
## CLAIM NO. 51247 FILED BY D.J.P. AS TIMELY FILED

The Court having considered claimant D.J.P.'s motion to resubmit claim no. 51247 (the "Motion") [SEALED Docket No. 11628] [REDACTED Docket No. 11629]; and after a hearing on the Motion; and after due deliberation thereon; IT IS HEREBY

ORDERED that, for the reasons stated on the record in open court at the hearing on December 20, 2023, the proof of claim form attached to Docket No. 11628 ("Claim No. 51247") shall be deemed timely filed; and it is further

ORDERED that the Scouting Settlement Trust may provide a copy of Claim No. 51247 to Omni Agent Solutions, the Debtors' Claims and Noticing Agent ("Omni"), if necessary and Omni shall mark the Claims Register in these cases to reflect that Claim No. 51247 is timely filed; and it is further

ORDERED that Claim No. 51247 is still subject to review by the Scouting Settlement Trust and the Trustee's right to object to Claim No. 51247 for any reason other than timeliness is reserved; and it is further

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DE:4880-4283-1513.1 85355.001

ORDERED that the Debtors, Omni and the Scouting Settlement Trust are authorized to take all steps necessary to effectuate the terms of this Order.

*Dated: January 31st, 2024*
*Wilmington, Delaware*

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE