**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Hearing Date: Feb. 6, 2024 at 2:00 PM (ET)<br>Objection Deadline: Jan. 30, 2024 at 4:00 pm (ET) |

**CENTURY'S STATEMENT IN CONNECTION WITH MOTION TO EXTEND THE DEADLINE FOR "INDEPENDENT REVIEW OPTION" AND OFFER OF CONSTRUCTIVE SUGGESTION [Dkt. 11739]**

Century[1] submits this statement to offer, as a construction suggestion, that the stated concerns about the IRO deadline could be mooted if an escrow – on terms acceptable to the Settlement Trustee – held the IRO payments until a fixed point (for example July 2024). This would moot the stated concerns about leaving the IRO Deadline in place, without adjournment, while giving the Settlement Trustee and STAC the flexibility to dialogue on other issues without delaying implementation of the IRO.

The Pfau/Zalkin substantial contribution motion was based on their work developing the IRO – which was detailed in their motion. Hence, any issues raised by new counsel that remain could be resolved without intervention of the Court, disruption of the IRO process or the Plan.

Century stands by the terms of its Settlement Agreement, the Plan of Reorganization and Confirmation Order. Century is appreciative of the service of the Settlement Trustee and the

---

[1] Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America ("Century"),

STAC, and has worked cooperatively with the Debtor to implement the Plan. By offering this suggestion, Century takes no position on the merits of the STAC Motion and is not taking or suggesting a position contrary to that of the Settlement Trustee.

| | |
|---|---|
| Dated: January 31, 2024 | /s/ *Stamatios Stamoulis* |
| | Stamatios Stamoulis (#4606) |
| | STAMOULIS & WEINBLATT LLC |
| | 800 N. West Street, Suite 800 |
| | Wilmington, DE 19081 |
| | Telephone: (302) 999-1540 |
| | |
| | O'MELVENY & MYERS LLP |
| | Tancred Schiavoni, admitted *pro hac vice* |
| | 7 Times Square |
| | New York, NY 10036 |
| | Telephone: (212) 326-2000 |
| | |
| | *Counsel for Century Indemnity Company* |