Mail body: MOTION CANCEL EXPIDITED SUBMIT FEE WAIVER

US BANKRUPTCY COURT DELAWARE

20 10343 - LSS  BSA RECEIVED

BOY SCOUTS OF AMERICA

EX PARTE
2024 FEB -1 AM 11:03

DEBTOR
AS MAILING SUBMIT FEE WAIVER FOR

MOTION TO DECLARE UNCONSTUTIONAL AND APPROPIATE RELIEF

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

FULL SETTLEMENT (BY MAIL) & APPROPIATE RELIEF

I DECLARE SWEAR TRUE UNDER LAWS OF US AND OATH AND PENALTY OF PERJURY
THE FOLLOWING IS TRUE AND CORRECT
TO MY OWN PERSONAL KNOWLEDGE

APPLICABLE LAW US CONSTUTION DUE PROCESS EQUAL PROTECTION CLAUSE KKK ACT TITLE 42 US CODE 1983

UNDISPUTED FACTS RE BALLOT ID 181049

1) TRUSTEE NEVER MADE AVAILABLE BEFORE PLAN VOTE ALSO ALLEGED DEADLINE TO CHOSE EXPIDITED OPTION

#1 HOW AND DEADLINE TO CORRECT MISCHOSEN EXPIDITED OPTION ( MAILER FAILED FORGOT PROMISE TO WHITE OUT BOX MARK BEFOR MAILING EXHIBIT)

#2 TDP NOR ITS RELIED ON ARTICLE VIIIC1 TO DENY 2ND SINGLE PERPERATRATOR CLAIM # 

#3 SECOND BALLOT WAS HOW TO ALSO DEADLINE TO CORRECT EXPIDITE OPTION ERROR

1A) ▇▇▇▇▇▇▇▇ HEREAFTER REFERED TO AS PLAINITFF )PLAINTIFF I ATTENDED HARLEM NYC CUB SCOUTS TROOP #4 1963/64 141 ST NICHOLAS SPONSORED BY ST JAMES PRESBETERIAN CHURCH WHO AS BOY SCOUTS FAILED DUTY TO RETAIN RECORDS KNOWING SEX ABUSES LIKELY OCCURED

2) PLAINTIFF WAS VICTIM OF SEX ABUSE ON TWO SEPERATE OCCASSIONS BY SINGLE PERPERTRATORS NOT BY MULTIPLE PERPERTRATORS AS TRUSTEE CLAIMED IN ARGUEMENT PAGE 7 DOC 11608 11/13/239 RESTATED HERE BY REFRENCE)

2A) 1ST BY SINGLE PERPERTRATOR ONE OLDER SCOUT GREGORY ( claim # SA 4765)

2B) 2ND AGAIN ABUSED BY SINGLE PERPERTRATOR AFTER REPORTING 1ST SEX ABUSE TO TROOP LEADER WHO SEPERATELY SEX ABUSED PLAINITFF DIGITALLY

(claim #75672)

3) PLAINTIFF DID NOT WANT TO REPORT SCOUT MASTER AT TIME OF 1ST CLAIM DUE TO AGE DIFFRENCE EMBARASSMENT DID WEEKS AFTER (claim # 75672)

3B) TRUSTEE ARGUED ALSO IN BRIEF DOC 11608 11/13/23 (RESTATED HERE BY REFRENCE) FRAUDLENTLY UNCONSTUTIONALLY LEGAL GROUNDS FOR DENING

ANY AND ALL COMPENSATION FOR 2ND SEX ABUSE BY SINGLE PERPETRATOR WAS MULTIPLE PERPERATOR CLAUSE CLAIMING THAT INAPPLICABLE ALSO

UNCONSTUTIONAL VAGUE AND OVERBROAD UNDISCLOSED UNDER COLOR OF LAW ALLOWED DUE PROCESS AND CIVIL RIGHTS TO BE DENIED IE

TDP ART VIII C1(& SOLITICATION PROCEDURES sIVF1

4) PLAINITFF INDICATED ON BALLOT AND ATTACHED LETTER (exhibit)WORDS " I CHOSE EXPIDITED ONLY FOR 1ST CLAIM NOT 2ND CLAIM ( 75672)

5) PLAINITFF CANCELLED THE EXPIDITED OPTION AS ADVISED 2021 BY LETTER TO OMN AGENTS ALSO BU 2ND BALLOT 3RD BY AMMENDED CLAIM FORM

OMNI AGENTS ACKNOWLEDGE RECIEPT THEN LOST ( exhibits   ) DEMANDING PLAINITFF RESUBMIT SAME AFTER BALLOT DEADLINE

6) PLAINTIFF WAS ADVISED TO SEND AMMENDED CLAIM FORM BY OMNI AGENTS UNADVISED AS PLAINITF THAT LAST BALLOT DETERMINES EXPIDITED OPTION

IS CHANGED OR NOT ONLY DISCLOSED BY TRUSTEE IN COURT WHEN ASKED BY JUDGE WHO DID NOT KNOW EITHER

7) PLAINITFF WAS NEVER ADVISED A SECOND BALLOT COULD BE SUBMITTED TO CHANGE THE EXPIDITED OPTION BY TRUSTEE ONLY OMNI AGENTS

SHORTLY BEFORE DEADLINE WHO ALSO SAID SUBMIT A AMMENDED CLAIM FORM TO CHANGE EXPIDITED OPTION ( EXHIBIT   )

8) OMNI ONLY IN COURT AND BRIEF DID TRUSTEE DISCLOSE

# 1 SELECTION OF EXPIDITED OPTION WAS IRREVOKEABLE AFTER BALLOT DEADLINE

# 2 LAST BALLOT DETERMINES EXPIDITED OPTION

# 3 TRUSTEE ALLEGED UNCONSTUTIONALLY PLAN ALLOWS DENIAL ON WHIM AND CAPRICE UNDER COLOR OF LAW EQUAL PROTECTION AND DUE PROCESS TO

COMPENSATION FOR 2ND SEX ABUSE THAT WAS #1 NOT "MULTIPLE PERPETRATORS INVOLVED " THERE WAS ONLY 1 O N E PERPETRATOR INVOLVED" (EACH TIME)

PLANS MULTIPLE PERPUTRATOR CLAUSE IS UNCONSTUTIONALLY VAGUE AND OVERBROAD FAILING TO DEFINE THE INTERPETRATION CLAIMED IT ALLOWS

COMPLETELY DENIAL OF A DIFFRENT SEX ABUSE TAKING PLACE BY SINGLE PERPETRATOR AT A SEPERATE PLACE AND TIME AS PLAINTIFF SUFFERED

ON GROUNDS I FAILED TO MENTION 2ND SEX ABUST IN 1ST CALIM)

IN COURT AND BRIEF PAGE 7 DOC 11608 OF 11/13/23

"MULITPLE INCIDENTS ABUSE AS A AGRAVATING FACTOR THAT MAY INCREASE A SUVIVORS AWARD SEE TDP ART VIIIC1

COULD REFUSE TO PAY 2ND SEX ABUSE DUE TO UNCONSTUTIONALLY VAGUE  TDP

LANGUAGE I CANT UNDERSTAND HOW TRUSTEE CLAIMS MEANS TRUSTEE DOSENT HAVE TO PAY SEPERATELY FOR EACH UNRELATED SOLO SEX ABUSE

TRUSTEE FAILED DUTY TO NOTIFY ME AND THEIR OMNI AGENTS  1 DEADLINE TO CANCEL EXPIDITED OPTION 2 HOW TO CANCEL EXPIDITED OPTION

3 EXPIDITED OPTION WAS UNCHANGEABLE AS TRUSTEE ARGUED & BRIEF PLED)

9 PLAINTIFF MUST SUBMIT HEREBY MAILING IN FULL COMPENSATION FEE WAIVER TRUSTEE REFUSES TO PROVIDE ADDRESS ALSO FOR FULL REVIEW

DOCS ON GROUNDS I CHOSE EXPIDITED OPTION SEE EXHIBIT

10 I WAS NOT ABLE TILL 3RD TRY TO FILL OUT QUESTIONEER FOR EXPIDITED PAYMENT DUE TO A COMPUTER FRAUD FIX BY TRUSTEE TO PREVEN

T DOWNLOADING AND UPLOADING FOR THOSE COMPUTER SAVY TOTALY DISENFRANCHISEING OTHERS REQUESTING INFO ALREADY TRUSTEE HAD

11 PLAINITFF DEMANDS ORDER SUBMISSION OF FEE WAIVER BY EMAIL TO TRUSTEE ATTACHED BE SUFFICENT AS TRUSTEE REFUSES MAIL ADDRESS

12) TIME HAS NOT EXPIRED TO SUBMIT FEE WAIVER OF TWO SEPERATE $ 10,000.00 FEES TRUSTEE REFUSES TO PROVIDE MAILING ADDRESS FOR

FRAUDLENTLY CLAIMING DISPUTED EXPIDITED OPTION GIVES TRUSTEE RIGHT TO DISENFRANCHISE PLAINTIFF DENY EQUAL PROTECTION DUE PROCESS

REQUESTS COURT ORDER TRUSTEE TO ACCEPT SERVICE OF FEE WAIVER ATTACHED HERETO AND GRANT TWO WAIVERS FOR FULL REVIEW ECTERA

13) PLAINTIFF IS INDIGENT AND HOMELESS AS A DIRECT PROXIMATE CAUSE OF SEX ABUSE SUFFERED DUE TO BOY SCOUTS GROSS MALISHOUS NEGLIGENCE

KNOWING LIKELYHOOD FAILING TO PROVIDE SAFE ENVIRONMENT AND AS ADMITTED IN SETTLEMENT UNABLE TO WORK AROUND PEOPLE AND SUFFERING

POVERTY XTREEM EMOTIONAL DISTRESS HEADACHES ANXIETY DEMANDS 5 MILLION BASED ON CALIM SAME AS OTHERS REPRESENTED BY ATTORNEYS

14) TRUSTEE ACTS AND PLAN ARE UNCONSTUTIONAL AND VOID AS AFOREMENTIONED AND CLAIMED IN OTHER MOTIONS ECT RESTATED HEREIN BY REFRENCE

INTO WHICH PLAINITFF RESTATES THE ABOVE BY REFRENCE PENDING BEFORE COURT N ADDITION HERETO

WHEREFORE

PLAINITIFF DEMANDS ORDERS AS APPROPIATE TO REMEDY AFOREMENTIONED

ALSO ORDERS DECLAREING PLAN UNCONSTUTIONALLY VAGE AS APPLYS TO PLAINITFF AND TRUSTEE DISPUTE AND ITS LANGUAGE CITED BY TRUSTEE TO

#1 DENY 2ND CALIM

2 DECLARE MUTIPLE PERPERATRATOR CLAUSE ECT UNCONSTUTIONALLY VAGUE AND OVERBROAD ALSO INAPPLICABLE TO 2 SEPERATE

SINGLE PERPERATRATOR SEXUAL ABUS CLAIMS IE SA 4765 AND SA 75672 AND 3RD SA # TRUSTEE ASSIGNED

ALSO ORDER TRUSTEE ACCEPT BY MAIL PLAINTIFF APPLICATION FOR WAIVER OF FEES

served on trustee via atty Oneil at above email this day _____ /23/24

(Exhibit 3) 7 PAGE Fee Waiver Attached

**Mail body: Re: 2ND COMPLAINT AGAINST BS TROOPMASTER**

Exhibit 1   11/18/20
" 3rd Cancellation
Expidited Settler

On Mon, Nov 27, 2023, 3:26 PM ███████████ wrote:

---------- Forwarded message ----------
From: ███████████
Date: Wed, Nov 18, 2020 at 2:14 PM
Subject: 2ND COMPLAINT AGAINST BS TROOPMASTER
To: Taba Guzman <tguzman@omniagnt.com>
Cc: Jason Toledano <Jason.Toledano@scouting.org>


Dear Ms Guzman

  I am worried dont recall checking the Confidential no DISCLOSURE ON 2ND COMPLAINT AGAINST TROOP MASTER (UPS)

 I have not been able to find out the Cub Boy Scout Masters name nor Troop number

  I filed the second claim Omni recived last Friday 1035 am PLEASE CONFIRM RECIEPT

  I had prior wensday mailed Priority the second complaint on omly form I could find then GENERAL CLAIM FORM ( PLEASE DISCARD AFTER RECIEPT OF SEX COMPLAINT FORM THAT UPS DELIVERED FRIDAY

 The US postal service mailed GENERAL CLAIM FORM
against the Troop Master you recived monday with Affidavit & Complaint attached IS REPLACED BY THE PRIOR FRIDAY RECIVED UNITED PARCEL SERVICE DELIVERED SEX ABISE CLAIM FORM

  PLEASE IMMEDIATELY CONFIRM RECIEPT OF 2ND SEX ABUSE CLAIM FORM RECIVED FRIDAY  VIA UNITED PARCEL SERVICE.

  PLEASE HELP ID THE TROOP MASTER AND THE TROOP NUMBER 1965 67 AT ST JAMES CHURCH 141 ST ST NICHOLAS AVE HARLEM NYC ASAP

 THANK YOU

I repetedly canceled option of expidited settlement but OMNI and Boy Scouts refuse to confirm

Also a third claim# 2??? I did not make was added I requested explanation of asap.

I was abused at club boy scouts Troop # 4? There was a white Scoutmaster, meetings held at 141 st Nicholas ave at St James Presbeterian Church Harlem NYC church auditorium between a music school I also attended. I lived next block 121 Edgecombe Ave

I only made 2 claims 1 against the scout and against the troop leader but a 3rd claim I did not make they refuse to say when made by whom why(consolidating the 2??)

Please verify

#1 Troop number

#2 Troop leaders name

#3) I have cancelled Expidited settle option "opt out"

#4) WHO MADE 3RD.

Claim # 2...

Omni replied after the 2nd mailed cancel expedited"Where did you send it ? But fails to reply after I sent the 3rd cancelation of the expedited settlement.

The being abused at that age was a horror.

I have sent resent OMNI 3 requested forms to quit my option of OPT out expedited settlement but they refuse to process it

I also had requested NYC and National Boy Scouts verify troop # and Mr Nelson troop leader but no reply

I made two claims and requested cancel the expedited settlement "opt out " but can't get OMNI to confirm recieving my 3rd mailing.

Mr John Dothery was replying but haven't yet re above

Please help thanks

STOP. THINK. CLICK.

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

Mail body: **MOTION CANCEL EXPIDITED SUBMIT FEE WAIVER**

US BANKRUPTCY COURT DELAWARE

20 10343  LSS    BSA

BOY SCOUTS OF AMERICA

■■■■■■■■ EX PARTE

DEBTOR    MOTION TO DECLARE UNCONSTUTIONAL AND APPROPIATE RELIEF
AS MAILING SUBMIT FEE WAIVER FOR

FULL SETTLEMENT (BY MAIL) & APPROPIATE RELIEF

I DECLARE SWEAR TRUE UNDER LAWS OF US AND OATH AND PENALTY OF PERJURY
THE FOLLOWING IS TRUE AND CORRECT
TO MY OWN PERSONAL KNOWLEDGE

APPLICABLE LAW US CONSTUTION DUE PROCESS EQUAL PROTECTION CLAUSE KKK ACT TITLE 42 US CODE 1983

UNDISPUTED FACTS RE BALLOT ID 181049

1) TRUSTEE NEVER MADE AVAILABLE BEFORE PLAN VOTE ALSO ALLEGED DEADLINE TO CHOSE EXPIDITED OPTION

#1 HOW AND DEADLINE TO CORRECT MISCHOSEN EXPIDITED OPTION ( MAILER FAILED FORGOT PROMISE TO WHITE OUT BOX MARK BEFOR MAILING EXHIBIT)

#2 TDP NOR ITS RELIED ON ARTICLE VIIIC1 TO DENY 2ND SINGLE PERPERATRATOR CLAIM # 75672 (1ST SA 4765)

#3 SECOND BALLOT WAS HOW TO ALSO DEADLINE TO CORRECT EXPIDITE OPTION ERROR

1A) I EMMETT CALDWELL( HEREAFTER REFERED TO AS PLAINTIFF )PLAINTIFF I ATTENDED HARLEM NYC CUB SCOUTS TROOP #4 1963/64 141 ST NICHOLAS

SPONSORED BY ST JAMES PRESBETERIAN CHURCH WHO AS BOY SCOUTS FAILED DUTY TO RETAIN RECORDS KNOWING SEX ABUSES LIKELY OCCURED

2) PLAINTIFF WAS VICTIM OF SEX ABUSE ON TWO SEPERATE OCCASSIONS BY SINGLE PERPERTRATORS NOT BY MULTIPLE PERPERTRATORS AS TRUSTEE CLAIMED IN ARGUEMENT PAGE 7 DOC 11608 11/13/239 RESTATED HERE BY REFRENCE)

2A) 1ST BY SINGLE PERPERTRATOR ONE OLDER SCOUT GREGORY ( claim # SA 4765)

2B) 2ND AGAIN ABUSED BY SINGLE PERPERTRATOR AFTER REPORTING 1ST SEX ABUSE TO TROOP LEADER WHO SEPERATELY SEX ABUSED PLAINITFF DIGITALLY

(claim #75672)

3) PLAINTIFF DID NOT WANT TO REPORT SCOUT MASTER AT TIME OF 1ST CLAIM DUE TO AGE DIFFRENCE EMBARASSMENT DID WEEKS AFTER (claim # 75672)

3B) TRUSTEE ARGUED ALSO IN BRIEF DOC 11608 11/13/23(RESTATED HERE BY REFRENCE) FRAUDLENTLY UNCONSTUTIONALLY LEGAL GROUNDS FOR DENING

ANY AND ALL COMPENSATION FOR 2ND SEX ABUSE BY SINGLE PERPETRATOR WAS MULTIPLE PERPERATOR CLAUSE CLAIMING THAT INAPPLICABLE ALSO

UNCONSTITUTIONAL VAGUE AND OVERBROAD UNDISCLOSED UNDER COLOR OF LAW ALLOWED DUE PROCESS AND CIVIL RIGHTS TO BE DENIED IE

TDP ART VIII C1(& SOLITICATION PROCEDURES sIVF1

4) PLAINITFF INDICATED ON BALLOT AND ATTACHED LETTER (exhibit)WORDS " I CHOSE EXPIDITED ONLY FOR 1ST CLAIM NOT 2ND CLAIM ( 75672)

5) PLAINITFF CANCELLED THE EXPIDITED OPTION AS ADVISED 2021 BY LETTER TO OMN AGENTS ALSO BU 2ND BALLOT 3RD BY AMMENDED CLAIM FORM

OMNI AGENTS ACKNOWLEDGE RECIEPT THEN LOST ( exhibits    ) DEMANDING PLAINITFF RESUBMIT SAME AFTER BALLOT DEADLINE

6) PLAINTIFF WAS ADVISED TO SEND AMMENDED CLAIM FORM BY OMNI AGENTS UNADVISED AS PLAINITF THAT LAST BALLOT DETERMINES EXPIDITED OPTION

   IS CHANGED OR NOT ONLY DISCLOSED BY TRUSTEE IN COURT WHEN ASKED BY JUDGE WHO DID NOT KNOW EITHER

7) PLAINITFF WAS NEVER ADVISED A SECOND BALLOT COULD BE SUBMITTED TO CHANGE THE EXPIDITED OPTION BY TRUSTEE ONLY OMNI AGENTS

SHORTLY BEFORE DEADLINE WHO ALSO SAID SUBMIT A AMMENDED CLAIM FORM TO CHANGE EXPIDITED OPTION ( EXHIBIT  )

8) OMNI ONLY IN COURT AND BRIEF DID TRUSTEE DISCLOSE

# 1 SELECTION OF EXPIDITED OPTION WAS IRREVOKEABLE AFTER BALLOT DEADLINE

# 2 LAST BALLOT DETERMINES EXPIDITED OPTION

   # 3 TRUSTEE ALLEGED UNCONSTUTIONALLY PLAN ALLOWS DENIAL ON WHIM AND CAPRICE UNDER COLOR OF LAW EQUAL PROTECTION AND DUE PROCESS TO

 COMPENSATION FOR 2ND SEX ABUSE THAT WAS #1 NOT "MULTIPLE PERPETRATORS INVOLVED " THERE WAS ONLY 1 O N E PERPETRATOR INVOLVED" (EACH TIME)

PLANS MULTIPLE PERPUTRATOR CLAUSE IS UNCONSTUTIONALLY VAGUE AND OVERBROAD FAILING TO DEFINE THE INTERPETRATION CLAIMED IT ALLOWS

COMPLETELY DENIAL OF A DIFFRENT SEX ABUSE TAKING PLACE BY SINGLE PERPETRATOR AT A SEPERATE PLACE AND TIME AS PLAINTIFF SUFFERED

 ON GROUNDS I FAILED TO MENTION 2ND SEX ABUST IN 1ST CALIM)

 IN COURT AND BRIEF PAGE 7 DOC 11608 OF 11/13/23

"MULITPLE INCIDENTS ABUSE  AS A AGRAVATING FACTOR THAT MAY INCREASE A SUVIVORS AWARD SEE TDP ART VIIIC1

 COULD REFUSE TO PAY 2ND SEX ABUSE DUE TO UNCONSTUTIONALLY VAGUE  TDP

LANGUAGE I CANT UNDERSTAND HOW TRUSTEE CLAIMS MEANS TRUSTEE DOSENT HAVE TO PAY SEPERATELY FOR EACH UNRELATED SOLO SEX ABUSE

   TRUSTEE FAILED DUTY TO NOTIFY ME AND THEIR OMNI AGENTS  1 DEADLINE TO CANCEL EXPIDITED OPTION 2 HOW TO CANCEL EXPIDITED OPTION

3 EXPIDITED OPTION WAS UNCHANGEABLE AS TRUSTEE ARGUED & BRIEF PLED)

9 PLAINITFF MUST SUBMIT HEREBY MAILING IN FULL COMPENSATION FEE WAIVER TRUSTEE REFUSES TO PROVIDE ADDRESS ALSO FOR FULL REVIEW

DOCS ON GROUNDS I CHOSE EXPIDITED OPTION SEE EXHIBIT

10 I WAS NOT ABLE TILL 3RD TRY TO FILL OUT QUESTIONEER FOR EXPIDITED PAYMENT DUE TO A COMPUTER FRAUD FIX BY TRUSTEE TO PREVEN

T DOWNLOADING AND UPLOADING FOR THOSE COMPUTER SAVY TOTALY DISENFRANCHISEING OTHERS REQUESTING INFO ALREADY TRUSTEE HAD

11 PLAINITFF DEMANDS ORDER SUBMISSION OF FEE WAIVER BY EMAIL TO TRUSTEE ATTACHED BE SUFFICENT AS TRUSTEE REFUSES MAIL ADDRESS

12) TIME HAS NOT EXPIRED TO SUBMIT FEE WAIVER OF TWO SEPERATE $10,000.00 FEES TRUSTEE REFUSES TO PROVIDE MAILING ADDRESS FOR

FRAUDLENTLY CLAIMING DISPUTED EXPIDITED OPTION GIVES TRUSTEE RIGHT TO DISENFRANCHISE PLAINTIFF DENY EQUAL PROTECTION DUE PROCESS

REQUESTS COURT ORDER TRUSTEE TO ACCEPT SERVICE OF FEE WAIVER ATTACHED HERETO AND GRANT TWO WAIVERS FOR FULL REVIEW ECTERA

13) PLAINTIFF IS INDIGENT AND HOMELESS AS A DIRECT PROXIMATE CAUSE OF SEX ABUSE SUFFERED DUE TO BOY SCOUTS GROSS MALISHOUS NEGLIGENCE

KNOWING LIKELYHOOD FAILING TO PROVIDE SAFE ENVIRONMENT AND AS ADMITTED IN SETTLEMENT UNABLE TO WORK AROUND PEOPLE AND SUFFERING

POVERTY XTREEM EMOTIONAL DISTRESS HEADACHES ANXIETY DEMANDS 5 MILLION BASED ON CALIM SAME AS OTHERS REPRESENTED BY ATTORNEYS

14) TRUSTEE ACTS AND PLAN ARE UNCONSTUTIONAL AND VOID AS AFOREMENTIONED AND CLAIMED IN OTHER MOTIONS ECT RESTATED HEREIN BY REFRENCE

INTO WHICH PLAINITFF RESTATES THE ABOVE BY REFRENCE PENDING BEFORE COURT N ADDITION HERETO

WHEREFORE

PLAINITIFF DEMANDS ORDERS AS APPROPIATE TO REMEDY AFOREMENTIONED

ALSO ORDERS DECLAREING PLAN UNCONSTUTIONALLY VAGE AS APPLYS TO PLAINITFF AND TRUSTEE DISPUTE AND ITS LANGUAGE CITED BY TRUSTEE TO

#1 DENY 2ND CALIM

2 DECLARE MUTIPLE PERPERATRATOR CLAUSE ECT UNCONSTUTIONALLY VAGE AND OVERBROAD ALSO INAPPLICABLE TO 2 SEPERATE

SINGLE PERPERATRATOR SEXUAL ABUS CLAIMS IE SA 4765 AND SA 75672 AND 3RD SA # TRUSTEE ASSIGNED

ALSO ORDER TRUSTEE ACCEPT BY MAIL PLAINITFF APPLICATION FOR WAIVER OF FEES

served on trustee via atty Oneil at above email this day _____

electronic signed █████████ /23/24

CONFIRMED CANCELLATION

Mail body: Fwd: RECIEPT OF CANCEL REJECT THE OP OUT SETTLEMENT

Exhibit 2

---------- Forwarded message ---------
From: **Client Support** <clientsupport@omniagnt.com>
Date: Sat, Apr 29, 2023, 1:20 AM
Subject: RECIEPT OF CANCEL REJECT THE OP OUT SETTLEMENT
To:

We are confirming receipt and have processed your request to remove your election of receiving the $3500 Expedited Distribution.

Thank you,

Omni Agent Solutions

5955 De Soto Ave., Suite 100

Woodland Hills, CA 91367

The information contained in this communication and its attachment(s) is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete the communication without retaining any copies.