**Mail body: Re: Motion to compel: Boy scouts 2021**   20-10343-LSS BSA 2ND Fileing



RECEIVED
2024 FEB -1  AM 11: 19
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

On Mon, Nov 27, 2023, 2:28 PM I III ▮▮▮▮ e:

On Wed, Aug 17, 2022, 1:20 PM I III ▮▮▮▮ wrote:

On Fri, Jul 29, 2022, 10:45 PM I III ▮▮▮▮ ote:

On Tue, Oct 26, 2021, 4:46 PM I II ▮▮▮▮ wrote:

On Wed, Oct 20, 2021, 11:34 AM I III ▮▮▮▮ e:

On Wed, Oct 13, 2021, 1:15 AM I III ▮▮▮▮ wrote:
US BANKRUPTCY COURT DELAWARE

Case # 20 10343

Motion Petition to Compel Discovery of troop #...

------------------------------------------x

BOY SCOUTS OF AMERICA

------------------------------------------x

   Boy Scouts fail to reply to certified letter to Identify Troop number and full name of troop leader who sexually abused plaintiff digitly after plaintiff was abused by slightly
   reported he was abused by slightly older boy scout 1963 St James aPresbatetian Church autodorium evening meetings Petitioner was and is too embarassed to report and litigate being victimized as a cub boy scout at troop #(?) unknown by a fellow scout (claim #sa▮▮

then after reporting sex abuse the same evening I was revictimized by the
Troop leader ( claim # sa▮▮

The Boy Scout meetings were held 4-6pm in St James Presbyterian Church auditorium 141 St Nicholas ave Harlem Ny 1963-1964 we never went anywhere I recall taught rope knot tying ship type .I believe Mr Allen was troop leader who abused me but I want to verify his full name and Troop number
 I have since found Church's sponser Boy Scout Troop but due to Covd records can't be accessed per Pastor of St James Presbyterian Church 141 St Nicholas Harlem NYC

The Boy Scouts of America has records of 1960s NYC Harlem troop number an the Troop leader and.employees but refuses to reply to letter requesting the information from their records to prosecute the troop leader who abused me

   NYC Boy Scouts director Jason Toledo said at least not the records I have access to but did not say who did not put me in contact with older Scout officials who may know troop number and name of troop leader

..The National organization The Boy Scouts of America since early 1960s was aware of sex abuse by Troop.leaders and volunteer s and intentionally failed forseeable duty to maintain records on microfilm or otherwise to identify Boy Scout troops and their troop leaders and potential employee child sex abusers to be identified when child Victims decided to tell hidden secrets years after as grown ups

   Boy Scouts Dean Tournier RECIVED totally ignored a certified return RECIEPT 7020181 00000 97570744 letter requesting the troop leaders name also the troop number sent to pin

Bad faith proven by letter ignored after being RECIVED by the Boy Scouts of America National Headquarters addressed to

The Pastor due to covd ect (see.letter ex 1)could not find records going back to 1963 when the sex abuses occurred to get troop number and troop leaders names

The boy scout meeting on Tuesdays at 4 -6 pm held at the 141 St Harlem Presbyterian Church closed due to covd in whose auditorium the cub boy scout meetings were held had no records available

The current director Boy Scout Jason Tolando ( see letter ex 2) of the New York boy scouts could not provide the boy scout troop number nor the troop leaders name stateing " that was before digital records" but did not say who has access to records and did not put me in contact as said

I feel Omni Solutions was being dishonest and RACEIST when emailed no claim associated with my email or name and Boyscouts are intentionally hideing info needed to complete all information needed for this report of sex abuse to be investigated

WHEREFORE

I request order Boy Scouts of America produce records of 141 St Nicholas ave Harlem NY Boy Scout troop # also leaders name from 1963-1964 and scouts names

exhibits
St James pastor letter
Boy scouts NY leader
Letter.to Boy Scouts and
Certified RECIEPT received ignored