*Exhibit* (handwritten)

REFUSED WAIVER Email Since you op
3rd Filing (handwritten)

3rd Filsins (handwritten)

US BANKRUPTCY COURT (handwritten)
DELAWARE (handwritten)
Boy Scouts of America Debtor, (handwritten)

## Scouting Settlement Trust
## Independent Review Option ("IRO")
## Claimant's Fee Waiver Form

CASE 20-10343 -LSS (handwritten)

| IRO – Claimant's Fee Waiver Form | | | | | |
|---|---|---|---|---|---|
| **Claimant Name** | First Name ▓▓▓▓ | Middle Initial ▓▓ | Last Name ▓▓▓▓▓ | | Suffix |
| **SST Claim ID** | SST Claim ID Number SST-▓▓▓▓▓ | | | | |

### CLAIMANT'S AFFIDAVIT IN SUPPORT OF REQUEST TO THE SETTLEMENT TRUSTEE
### TO WAIVE THE INITIAL $10,000.00 OR SECOND $10,000.00 IRO ADMINISTRATIVE FEE

FOR EACH CASE  SA  4765 (handwritten)
            CASE  SA  75672 (handwritten)

**Affidavit in Support of Request**

I swear or affirm under penalty of perjury that my answers on this form are true and correct and that I cannot pay the *(please select one)*

[✓] Initial $10,000.00
[✓] Second $10,000.00

IRO Administrative Fee.

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, claim number, and the question number.

Sig ▓▓▓▓▓▓▓▓▓▓

Date: __1/20/24__

1. For both you and your spouse (or if applicable "joint" for items shared), estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise, rounded to the nearest dollar.

| Income source | Average monthly amount during the past 12 months | | |
|---|---|---|---|
| | You | Spouse | Joint |
| Employment | $ ○ | $ ○ | $ ○ |
| Self-employment | $ NA | $ NA | $ NA |
| Income from real property (such as rental income) | $ NA | $ NA | $ NA |
| Interest and dividends | $ NA | $ NA | $ NA |
| Gifts | $ NA | $ NA | $ NA |
| Alimony | $ NA | $ NA | $ NA |
| Child support | $ NA | $ NA | $ NA |
| Retirement (such as social security, pensions, annuities, insurance) | $ NA | $ NA | $ NA |
| Disability (such as social security, insurance payments) | $ NA | $ NA | $ NA |
| Unemployment payments | $ NA | $ NA | $ NA |
| Public assistance (such as welfare) | $ NA | $ NA | $ NA |
| Other (specify): | $ NA | $ NA | $ NI |
| **Total monthly income:** | $ 200 | $ NA | $ NA |

2. List your employment history for the past year, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address City, State | Dates of Employment (MM/YY) | | Gross Monthly Pay |
|---|---|---|---|---|
| NA | | | | $ |
| NA | | | | $ |
| NA | | | | $ |

**Scouting Settlement Trust – IRO – Claimant's Fee Waiver Form**

3. List your spouse's employment history for the past year. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address City, State | Dates of Employment (MM/YY) | | Gross Monthly Pay |
|---|---|---|---|---|
| N A | | | | $ |
| N A | | | | $ |
| N A | | | | $ |

4. How much cash do you and your spouse have on hand? $ _____ 10.00 _____

Below, state any money you or your spouse (or "joint" for items shared) have in bank accounts or in any other financial institution (i.e. money markets).

| Financial Institution | Owner of Account (You/Spouse/Joint) | Type of Account | Amount in Account |
|---|---|---|---|
| N A | | | $ |
| N A | | | $ |
| N A | | | $ |
| N A | | | $ |
| N A | | | $ |
| N A | | | $ |
| N A | | | $ |
| N A | | | $ |
| N A | | | $ |
| N A | | | $ |
| N A | | | $ |
| **Total Amount** | | | **$** |

5. List the assets, and their values, which you own, or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home(s) | | |
|---|---|---|
| | **Total Value** | **Amount Owed** |
| Home #1 | $  NA | $ |
| Home #2 | $  NA | $ |

| Other Real Estate | | |
|---|---|---|
| | **Total Value** | **Amount Owed** |
| Other Real Estate #1 | $  NA | $ |
| Other Real Estate #2 | $  NA | $ |
| Other Real Estate #3 | $  NA | $ |

| Motor Vehicle(s) | | | | | |
|---|---|---|---|---|---|
| | **Make** | **Model** | **Year** | **Total Value** | **Amount Owed** |
| Vehicle #1 | NA | | | $ | $ |
| Vehicle #2 | NA | | | $ | $ |
| Vehicle #3 | NA | | | $ | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Name of Person, Business, or Organization | Owed to Whom? *(You/Spouse/Joint)* | Amount Owed |
|---|---|---|
| NA | | $ |
| NA | | $ |
| NA | | $ |
| NA | | $ |

**Scouting Settlement Trust – IRO – Claimant's Fee Waiver Form**

7. State the persons who rely on you or your spouse for support. This may include parents, children under and over the age of 18 or extended family members

| Name | Relationship | Age |
|------|-------------|-----|
| NA | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| Expense Type | Amount Paid by You | Amount Paid by Spouse | Amount Paid Jointly |
|--------------|-------------------|----------------------|--------------------|
| Home-mortgage/Rent (include lot rented for mobile home)<br><br>Is payment a home-mortgage or rent?<br>☐ Home-mortgage ☐ Rent<br>Are real estate taxes included?<br>☐ Yes ☐ No<br>Is property insurance included?<br>☐ Yes ☐ No | $  NA | $  NA | $  NA |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $  NA | $ | $ |
| Home maintenance (repairs and upkeep) | $  NA | $ | $ |
| Food | $  NA | $ | $ |
| Clothing | $  NA | $ | $ |

**Scouting Settlement Trust – IRO – Claimant's Fee Waiver Form**

| Expense Type | Amount Paid by You | Amount Paid by Spouse | Amount Paid Jointly |
|---|---|---|---|
| Laundry and dry-cleaning | $ N/A | $ | $ |
| Medical and dental expenses | $ N/A | $ | $ |
| Transportation (not including motor vehicle payments) | $ N/A | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | | |
| Homeowner's or renter's: | $ N/A | $ | $ |
| Life: | $ N/A | $ | $ |
| Health: | $ N/A | $ | $ |
| Motor vehicle: | $ N/A | $ | $ |
| Other: | $ N/A | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ N/A | $ | $ |
| Installment payments | | | |
| Motor Vehicle: | $ N/A | $ | $ |
| Credit Card(s): | $ N/A | $ | $ |
| Other: | $ N/A | $ | $ |
| Alimony, maintenance, and support paid to others | $ N/A | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ | $ |
| Other (specify): | $ N/A | $ | $ |
| **Total monthly expenses:** | $ N/A | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes  [✓] No

If yes, describe below

10. Provide any other information that will help explain why you cannot pay the IRO Administrative fee such as unusual medical expenses, emergencies, credit card payments, student loans, reasons that the listed money is not available to you, or other circumstances to help the Settlement Trustee understand your financial situation.

Sexuall Abused by Cub Scout
Sexuall Abused by Scout Leader
AS complaine

11. State the city and state of your legal residence   San  Juan  Puerto Rica

12. If available to, upload a copy of your state and federal income tax return, along with any schedules, as filed for the past 2 years.          NONE

13. If you are currently incarcerated, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last twelve months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

14. Do you have an attorney or law firm representing you in the IRO?

[ ] Yes  [✓] No

If yes, please have your attorney complete the Attorney's Fee Waiver Form found on the key links tab of the scoutingsettlementtrust.com website. Your fee waiver request WILL NOT be considered until both the Claimant's Fee Waiver Form and the Attorney's Fee Waiver Form are completed and submitted.

Page 7 of 8

**Scouting Settlement Trust – IRO – Claimant's Fee Waiver Form**