# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[2] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED Counsel's Motion for Admission Pro Hac Vice of Colin Wood, Esq. is **GRANTED**.

Date: _____

_____
United States Bankruptcy Judge

**Dated: February 2nd, 2024**
**Wilmington, Delaware**

---

[2] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.