**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) ) Chapter 11 ) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) Case No. 20-10343 (LSS) ) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Matthew M. Murphy of Paul Hastings LLP to represent the Settlement Trust Advisory Committee to the BSA Settlement Trust, in this action.

Dated: January 26, 2024

*/s/ Patrick J. Reilley*
Patrick J. Reilley (No. 4451)
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Email: preilley@coleschotz.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  January 26, 2024

*/s/ Matthew M. Murphy*
Matthew M. Murphy
**PAUL HASTINGS LLP**
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Email: mattmurphy@paulhastings.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: January 31st, 2024
Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**

40000/0828-46948633