IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 11738** |

## NOTICE OF WITHDRAWAL

Please take notice that Pfau Cochran Vertetis Amala PLLC ("Pfau") and the Zalkin Law Firm P.C. ("Zalkin" and together with Pfau, the "Pfau/Zalkin Claimants"), by and through their undersigned counsel, hereby withdraws the document docketed as the *Motion for Extension of Time to Elect the Independent Review Option Brought by the Pfau/Zalkin Claimants* [D.I. 11738] which was filed on January 23, 2024 in the above-captioned case.

DATED: February 2, 2024                    Respectfully Submitted,

                                           **BIELLI & KLAUDER, LLC**

                                           */s/ David M. Klauder*
                                           David M. Klauder, Esquire (No. 5769)
                                           1204 N. King Street
                                           Wilmington, DE 19801
                                           Phone: (302) 803-4600
                                           Email: dklauder@bk-legal.com

                                                      —and—

                                           **PFAU COCHRAN VERTETIS AMALA PLLC**
                                           Michael T. Pfau, Esquire
                                           Jason P. Amala, Esquire
                                           Vincent T. Nappo, Esquire
                                           Benjamin B. Watson, Esquire
                                           403 Columbia Street, Suite 500
                                           Seattle, WA 98104

1

Phone: (206) 451-8260
Fax: (206) 623-3624
michael@pcvalaw.com
jason@pcvalaw.com
vnappo@pcvalaw.com
bwatson@pcvalaw.com

**THE ZALKIN LAW FIRM, P.C.**
Irwin Zalkin, Esquire
Devin Storey, Esquire
Kristian Roggendorf, Esquire
10590 W Ocean Air Dr. #125
San Diego, CA 92130
Tel:  858-259-3011
Fax:  858-259-3015
irwin@zalkin.com
devin@zalkin.com
kristian@zalkin.com