## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 11740** |

## NOTICE OF WITHDRAWAL

Please take notice that Andreozzi + Foote ("A+F"), by and through their undersigned counsel, hereby withdraws the document docketed as the *Joinder of the Andreozzi + Foote Claimants to the Motion for Extension of Time to Elect the Independent Review Option Brought by the Pfau/Zalkin Claimants and the Settlement Trust Advisory Committee* [D.I. 11740] which was filed on January 25, 2024 in the above-captioned case.

DATED: February 2, 2024              Respectfully Submitted,

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

—and—

**ANDREOZZI + FOOTE**

Nathaniel Foote, Esquire
4503 N. Front St.
Harrisburg, PA 17110
Email: nate@vca.law

*Counsel to the A+F Claimants*

1