**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 6, 2024, AT 2:00 P.M. EASTERN TIME

> **This hearing will be conducted in-person, and any exceptions must be approved by chambers.**
>
> **To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**
>
> **\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***
>
> **After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**
>
> **Topic: Boy Scouts of America**
>
> **Time:  February 6, 2024, at 2:00 p.m. Eastern Time (US and Canada)**

WITHDRAWN/RESOLVED MATTERS:

1. [WITHDRAWN] Motion for Extension of Time to Elect the Independent Review Option Brought by the Pfau/Zalkin Claimants (D.I. 11738, filed 01/23/24).

    Responses Received:

    a) Joinder of the Andreozzi + Foote Claimants to the Motion for Extension of Time to Elect the Independent Review Option Brought by the Pfau/Zalkin Claimants and The Settlement Trust Advisory Committee (D.I. 11740, filed 01/25/24);

    b) Joinder of the Herman Law Claimants to Motions for Extension of Time to Elect the Independent Review Option (D.I. 11748, filed 01/29/24);

---

[1] The Reorganized Debtors in the chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

    c)    Response of Certain Insurers to Motions to Extend the Independent Review Option Election Deadline (D.I. 11749, filed 01/30/24);

    d)    Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Motion for Extension of Time to Elect the Independent Review Option Brought by the Pfau/Zalkin Claimants [D.I. 11738], and (2) Motion by The Settlement Trust Advisory Committee to Further Extend the Independent Review Option Election Deadline Under the Trust Distribution Procedures [D.I. 11739] (D.I. 11751, filed 01/30/24);

    e)    Notice of Withdrawal of Motion for Extension of Time to Elect the Independent Review Option Brought by the Pfau/Zalkin Claimants (D.I. 11778, filed 2/2/2024); and

    f)    Notice of Withdrawal of Joinder of the Andreozzi + Foote Claimants to the Motion for Extension of Time to Elect the Independent Review Option Brought by the Pfau/Zalkin Claimants and the Settlement Trust Advisory Committee (D.I. 11779, filed 2/2/2024).

Related Pleadings:    None.

Status: This matter has been withdrawn.

2.     Motion by The Settlement Trust Advisory Committee to Further Extend the Independent Review Option Election Deadline Under the Trust Distribution Procedures (D.I. 11739, filed 01/23/24).

    Responses Received:

    a)    Joinder of the Andreozzi + Foote Claimants to the Motion for Extension of Time to Elect the Independent Review Option Brought by the Pfau/Zalkin Claimants and The Settlement Trust Advisory Committee (D.I. 11740, filed 01/25/24);

    b)    Joinder of the Herman Law Claimants to Motions for Extension of Time to Elect the Independent Review Option (D.I. 11748, filed 01/29/24);

    c)    Response of Certain Insurers to Motions to Extend the Independent Review Option Election Deadline (D.I. 11749, filed 01/30/24);

    d)    Reorganized Debtors' Response to Motion by The Settlement Trust Advisory Committee to Further Extend the Independent Review Option Election Deadline Under the Trust Distribution Procedures (D.I. 11750, filed 01/30/24); and

    e)    Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Motion for Extension of Time to Elect the Independent Review Option Brought by the Pfau/Zalkin Claimants [D.I. 11738], and (2) Motion by The Settlement Trust Advisory Committee to

      Further Extend the Independent Review Option Election Deadline Under the Trust Distribution Procedures [D.I. 11739] (D.I. 11751, filed 01/30/24).

      Related Pleadings:    None.

      Status: According to counsel to the Settlement Trust Advisory Committee and counsel to the BSA Settlement Trust (the "Trust"), this matter has been resolved.

UNCONTESTED MATTER:

3.     [SEALED] Motion to Approve for Order Allowing Submission of Trust Claim (D.I. 11728, filed 01/18/24).

      Responses Received:  None.

      Related Pleadings:

      a)     [REDACTED] Motion to Approve for Order Allowing Submission of Trust Claim (D.I. 11729, filed 01/18/24).

      Status: According to counsel to the Trust, the Trust does not oppose the relief requested in this motion.

FULLY BRIEFED MATTERS:

4.     Motion to Correct Election From the Expedited Review Option to the Settlement Trust Review Process by Claimant P.T. (D.I. 11635, filed 11/20/23).

      Responses Received:

      a)     Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motion to Correct Election From the Expedited Review Option to the Settlement Trust Review Process by Claimant P.T., D.I. 11635 (D.I. 11673, filed 12/11/23).

      Related Pleadings:

      a)     Supplemental Briefing on Standard of Review in Support of Motion to Correct Election by Claimant P.T. (D.I. 11662, filed 12/08/23).

      Status: According to counsel for the Trust, this matter is fully briefed and ripe for decision. The parties do not intend to provide argument on this matter, unless requested by the Court.

5.     Motion to Correct Election From the Expedited Payment Option to the Trust ("Matrix") Claims Process or Independent Review Option (SST-906788) (D.I. 11672, filed 12/09/23).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Motion to Allow a Change of Election from the Expedited Payment Option to the Trust (Matrix) Claims Process or Independent Review Option (SST-906788) [D.I. 11672], (2) Motion to Cancel Opt Out Options and Pay Each Claim Separately [D.I. 11655, 11656], and (3) Motion to Approve Opt Out and Punitive Damages [D.I. 11658, 11659] (D.I. 11752, filed 01/30/24).

Related Pleadings:    None.

Status: According to counsel for the Trust, this matter is fully briefed and ripe for decision. The parties do not intend to provide argument on this matter, unless requested by the Court.

MATTERS GOING FORWARD:

6. [SEALED] Motion to Cancel Opt Out Options and to Pay Each Claim Separately (D.I. 11655, filed 12/07/23).

   Responses Received:

   a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Motion to Allow a Change of Election from the Expedited Payment Option to the Trust (Matrix) Claims Process or Independent Review Option (SST-906788) [D.I. 11672], (2) Motion to Cancel Opt Out Options and Pay Each Claim Separately [D.I. 11655, 11656], and (3) Motion to Approve Opt Out and Punitive Damages [D.I. 11658, 11659] (D.I. 11752, filed 01/30/24).

   Related Pleadings:

   a) [REDACTED] Motion to Cancel Opt Out Options and Pay Each Claim Separately (D.I. 11656, filed 12/07/23).

   Status: This matter is going forward.

7. [SEALED] Motion to Approve Opt Out and Punitive Damages (D.I. 11658, filed 12/07/23).

   Responses Received:

   a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Motion to Allow a Change of Election from the Expedited Payment Option to the Trust (Matrix) Claims Process or Independent Review Option (SST-906788) [D.I. 11672], (2) Motion to Cancel Opt Out Options and Pay Each Claim Separately [D.I. 11655,

11656], and (3) Motion to Approve Opt Out and Punitive Damages [D.I. 11658, 11659] (D.I. 11752, filed 01/30/24).

Related Pleadings:

a)      [REDACTED] Motion to Approve Opt Out and Punitive Damages (D.I. 11659, filed 12/07/23).

Status: This matter is going forward.

8.      [SEALED] Motion to Permit Filing of Proof of Claim After Bar Date (D.I. 11726, filed 01/12/24).

Responses Received:

a)      Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motion of [Redacted] to Permit Filing of Proof of Claim After Bar Date [D.I. 11726, 11727] (D.I. 11753, filed 01/30/24).

Related Pleadings:

a)      [REDACTED] Motion to Permit Filing of Proof of Claim After Bar Date (D.I. 11727, filed 01/12/24).

Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 2, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Sophie Rogers Churchill*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
       aremming@morrisnichols.com
       srchurchill@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
       mlinder@whitecase.com
       laura.baccash@whitecase.com
       blair.warner@whitecase.com

ATTORNEYS FOR THE REORGANIZED DEBTORS