**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-10343 (LSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Docket No. 11739**<br>) |

**NOTICE OF WITHDRAWAL OF MOTION BY THE SETTLEMENT
TRUST ADVISORY COMMITTEE TO FURTHER EXTEND THE
INDEPENDENT REVIEW OPTION ELECTION DEADLINE
<u>UNDER THE TRUST DISTRIBUTION PROCEDURES</u>**

**PLEASE TAKE NOTICE** that the *Motion by the Settlement Trust Advisory Committee to Further Extend the Independent Review Option Election Deadline Under the Trust Distribution Procedures* [Docket No. 11739] filed on January 23, 2024 is hereby withdrawn without prejudice.

Dated: February 2, 2024
Wilmington, Delaware

/s/ *Justin R. Alberto*
Seth Van Aalten (admitted *pro hac vice*)
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
**COLE SCHOTZ, P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: svanaalten@coleschotz.com
jalberto@coleschotz.com
preilley@coleschotz.com
snewman@coleschotz.com

-and-

---

[1] The Reorganized Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

Kristopher M. Hansen (admitted *pro hac vice*)
Daniel A. Fliman (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Ave
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
           danfliman@paulhastings.com

-and-

Matthew M. Murphy (admitted *pro hac vice*)
Matthew Micheli (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email:  mattmurphy@paulhastings.com
            mattmicheli@paulhastings.com

*Co-Counsel to the STAC*

2