~~Mailbody~~: Reconsider Motion

US BANKRUPTCY COURT DELAWARE

CH 11 CASE 20 10343

IN RE
BOY SCOUTS OF AMERICA...

EX PARTE ▮▮▮▮▮

MOTION FOR RECONSIDERATION REHEARING OF FEBURARY (6?) ORDER: "SELECT $3500 WHEN VOTING ...CHOICE WAS FINAL" ORDER
8

MOTION FOR SANCTIONS AND FOR ADDL TIME TO SUBMIT EVIDENCE ECT

NOTICE

PLAINTIFF WAS GANG ATTACKED IN PR NEMINO CANALES NEW APT DOOR KICKED IN AND POLICE ADVISED NOT TO RETURN UNABLE TO ACCESS FILES EVIDENCE NEEDED FOR BOY SCOUT CLAIM PENDING MOTIONS INCLUDEING THIS

MARCH 23 IS NEW DATE FOR PENDING MOTIONS AND PRIOR UNDECIDED MOTION THIS IS ADDED TO THAT ZOOM HEARING

TRUSTEE FAILED TO ADVISE OF THE FED 6 HEARING SAID IT WAS ADJOURNED TO MARCH 23 perany oneill
8
DENIED 2ND TIME DUE PROCESS ZOOM HEARING OF PENDING UNDECIDED MOTION

UNDISPUTED FACTS

U TRUSTEE
1) PROMISED TO SEND ZOOM LINK FOR PETITIONER TO ARGUE UNDECIDED MOTION DENIED ZOOM ATTENDANCE PRIOR 11/8/23 DUE TO MALISHOUS RACEISM INSTEAD TRUSTEE CONCEALED 2/8 HEARING AND LED PLAINTIFF TO BELIVE IT WAS CANCELLED TO 3/28
2) CONCEALED DATE OF 2/8 HEARING IN 2 EMAILS EXHIBIT

U1) THERE IS NO COMPETENT EVIDENCE OF

#1 -PRIOR TO ALLEGED MARCH 7 2022 DEADLINE TO TRUSTEE FAILED TO NOTIFIY THERE WAS A DEADLINE (DOC 11608 Page 6 line 10

#2- "CHOICE (OF EXPIDITED OPTION )WAS FINAL "

U1a) TRUSTEES AGENTS NOTIFIED PLAINTIFF PRIOR TO 3/7/22 AND AFTER THEY RECIVED LETTER AND DOCS CANCELLING EXPIDITED PAY OPTION(EXHIBITS.      ) CHOSEN ONLY FOR 1WT CLAIM ▮▮▮

U1b) 3/26/20 UNSERVED ORDER RE CLAIM FORMS
PLAINTIFF BEFORE AND AFTER FILLING OUT CLAIMS WAS ADVISED BY OMNI AGENTS TO FILL OUT TWO SEPERATE CLAIMS FOR EACH SINGLE PERPETRATOR SEX ABUSE SUFFERES ALSO TWO AMMENDED CLAIMS CANCELING EXPIDITED OPTION IN THE 1ST CLAIM ▮▮ EXHIBITS

U1c) ONLY 275 SEX ABUSED SCOUTS SEEK TO CANCEL EXPIDITED OPTION ALL REPRSENTED BY ATTORNEYS

U1d) TRUSTEE NEEDS TO TREAT NON ATTORNEY REPRESENTED AS PLAINTIFF SAME AS FED RULES REQUIRE PRO SE NOT REQUIRED TO COMPLY WITH STRICT RULES ALSO BE ALLOWED TO AMMEND COMPLAINT CLAIM

1e) COURT DENIED DUE PROCESS FAILED TO NOTIFY PLAINTIFF TO SUBMIT BRIEF IN MOTIONS BEFORE THE COURT RESULTING IN FEB 6 ORDER UNSERVED

U2) PLAINTIFF SUBMITTED TWO SEPERATE CLAIMS FOR EACH SEX ABUSE BY A SEPERATE SINGLE PERPETRATOR ▮▮▮ AND A WEEK LATER ▮▮▮ NOT WANTING AT FIRST TO REPORT THE TROOP LEADERS SEX ABUSE ALSO UNSURE IF FINGER DIGITAL PENETRATION CONSTUTED SEX ABUSE DEFINITION DUE TO EMBARASSMSNT...

U2) UNBEKNOST TO TRUSTEE AS I SUFFERED I READ IT IS TYPICAL TO BE TOO EMBARASED TO REPORT SEX ABUSE BY A OLDER PERPETRATOR

U3) 9/30/21 ORDER OF PLAN SOLITATION PROCEDURE AND EXPEDITED DISTRIBUTION ELECTION

U4) NO NOTICE WAS GIVEN BY BALLOT OR OTHEWISE THAT
#1) ELECTION OF EXPIDITED PAYMENT WAS IRREVOKABLE AS ARGUED IN TRUSTEES BRIEF IN OPPOSITION PAGE. LINE

U5) NO NOTICE WAS GIVEN IN BALLOT THAT A SECOND BALLOT HAD TO BE FILED BY A DEADLINE TO CORRECT CHANGE THE EXPIDITED PAY OPTION

U6) BOY SCOUT TRUSTEES OMNI AGENT STATED TO PLAINTIFF TO CANCEL CORRECT CHANGE THE EXPIDITED PAY OPTION SEND A LETTER THEN FILE AMMENDED CLAIM FORM THEN FILE 2ND BALLOT(EXHIBITS.    )

U7 ) I SUBMITTED 1ST BALLOT 12/13/21

U8) I SUBMITTED 2ND BALLOT 12/28/21

U9) I SUBMITTED 3RD BALLOT 1/27/22

U10) I SUBMITTED 4TH BALLOT 4/  /23

U11) TRUSTEE NEVER SERVED SOLITION PROCEEDURES REFERES TO IN BRIEF PAGE 4 I LINE 5 ,6

U12) DENYING EQUAL PROTECTION DUE PROCESS DESPITE PENDING MOTION COURT AND TRUSTEE ONEILL AGAIN CONCEALED FAILED TO NOTIFY OF PENDING MOTIONS AND ORDER DECIDED 2/6/24 PER LAW 360 INTERNET NOTICE :" BOY SCOUT VICTIMS CANT REDO BOX CHECK MISTAKE COURT SAYS" content unavailable without subscription" THAT IS BASIS OF PENDING MOTIONS SCHEDULED MARCH 2023-CV

U13) THERE IS COMPETANT EVIDENCE 1 PETITIONER IMMEDIATELY NOTIFIED ONMI AGENTS AND CANCELLED EXPIDITES OPTION CHOSEN BY ERROR FOR ONLY 1ST OF 2 SEPERATE SINGLE PERPERTRATOR A EX ABUSES SUFFERED ALSO OMNI AND PETITIONER WAS UNAWARE OF" THE CHOICE WAS FINAL" IE PER ORDER RE BALLOT SELECTION EXPIDITED OPTION

1) TRUSTEE FALSELY MISREPRESENTED I COULD NOT RECALL WHICH CLAIM I SELECTED EXPIDITES PAY FOR TO MISLEAD COURT IT WAS VERY CLEAR ON BALLOT ERASED I WAS NOT LETTING SCOUT LEADER OFF FOR TOKEN $3500.00

1B) TRUSTEE IN FRAUD ON COURT (AS DEFINED IN FED RULES RESTATED BY REEEFRENCE)MALISHOUSLY FALSELY MISREPRESENTED PAGE 5 LINE 8
"... SUBMITTED BALLOT 12/13/21....HE DID NOT SUBMIT A SUBSEQUENT BALLOT OR OTHERWISE SEEK TO CANCEL RESCIND OR OTHERWISE CHANGE HIS ELECTION UNTIL APRIL 2023 WHEN HE CONTACTED OMNI AGENT

1C) PLAINTIFF NEEDS ADDL 60 DAYS TO GATHER FIND FILED EVIDENCE OF PROOF OF TRUSTEES FRAUDLENT MISREPRESENTATION

2) ORDERS REFERED TO IN BRIEF WERE NEVER SERVED HEREBY REQUESTED TO GIVE DUE PROCESS NOTICE OF INFO THAT TRUSTEE RELIES ON

2B) PLAINTIFFS IMMEDIATELY 2021 NOTIFIED OMNI AGENTS (EXHIBITS.    ) TO CORRECT ERROR OF MARK IN BOX IE SELECTION OF EXPIDITED SETTLEMENT ON THE 1ST CLAIM 4765 OF TWO SEPERATE CLAIMS AGAINST 2 SEPERATE

SINGLE PERPERTRATORS 2ND CLAIM #

THE WORDING WRITTEN ON BALLOT INDICATEING SEL1CTED FOR ONLY 1ST CLAIM # 4765 WAS FRAUDLENT

3) TRUSTEE FAILED TO GIVE DUE PROCESS NOTICE OF
#1 HOW TO CHANGE CORRECT EXPIDITED OPTION
#2 DEADLINE TO CORRECT EXPEDITED OPTION

4) TRUSTEE ONLY DISCLOSED IN OPPOSITION BRIEF

Parg 2 ..." THIRD MODIFIED FIFTH AMMENDED CH 11 PLAN OF REORGINIZATIONBSA LLC DI 10296AND ITS SUPPORTING DOCUMENTS PROVIDE FOR A SINGLE RESOLUTION FOR EACH SUVIVOR REGARDLESS OF THE NUMBER OF ABUSES SUFFERED...HE CANNOT NOW CHANGE HIS ELECTION OF EXPIDITED DISTRIBUTION REASONS IN TRUSTEES CONSOLIDATED RESPONSE INNOPPOSITION TO (1) SUVIVOR CLAIMANT D.S. MOTION TO CHANGE ELECTION TO OPT INTO EXPIDITED PAYMENT"(DOC 11608 CASE 20 10343)

5) PLAINTIFF DEMANDS COURT IGNORE AFOREMENTIONED CASE ARGUEMENTD UNATTACHED UNSERVED REFFERED TO ALLEGED "REASONS"

6) COURT RAISED APPEARANCE OF BIAS AGAINST EXPIDITED OPTION CLASS BY STATEMENT

7) COURT ORDER ALLEGED WITHOUT COMPETANT EVIDENCE "SETTLEMENT WAS CLEAR THAT ABUSE CLAIMENTS...SELECT $3500 WHEN VOTEING..CHOICE WAS FINAL"

8) PLAINTIFF SUBMITTED 3 BALLOTS TWO PRIOR TO DEADLINE ALSO ERASED FROM 12 13 22 BALLOT WORDS " SELECTED ONLY FOR 1 CLAIM ▮▮▮ XHIBIT)

9) PLAINTIFFS CANCELLATION OF EXPIDITED OPTION WAS PROCESSED BY OMNI AGENTS IN 2021 AND 2022 PRIOR AND AFTER ALLEGED DEADLINES

10) THERE IS NO COMPETANT EVIDENCE THE PLAN (IE 3RD MODIFIED 5TH AMMENDED AND ITS ATTACHMENTS
#1 WAS SERVED DISCLOSED

#2 CLEARLY STATED EXPIDITED OPTION WAS IRREVOKABLE

#3 CHOICE OF EXPIDITES OPTION FOR 1ST CLAIM ▮▮▮ ALLOWED 2ND CLAIM SA▮▮▮ TO BE DENIED SUE PROCESS

#4) ALLOWED 2 SEPERATE AND APART SEX ABUSES BY 2 SINGLE PERPETRATORS UNRELATED SEX ABUSERS TO BE CONSIDERED MUTIPLE PERPETRATORS ANS AGGRAVATING FACTOR TO DENY 2ND SEX ABUSE FULL OR MATRIX COMP3NSATION

#5 ALLOWED TRUSTEE TO DENY DUE PROCESS AND EQUAL PROTECTION

*PETITIONE NEEDS TILL 3/23 TO GATHER EVIDENCE*

WHEREFORE

PETITIONER REQUESTs RECONSISERATION OF FEB 8 ORDER AND REHEARING ORDERS OF APPROPIATE RELIEF HIS CASE OF 2 SEPERATE CLAIMS SA▮▮▮ ANS CASE CALIM 71. BE SEPERATELY COMPENSATED ALSO ORDER PETITIONER IN 2021 NOTIFIED TRUSTEE VIA OMNI AGENT EXPIDITES OPTION WAS ERROR AND CANCELLED IN 2021 AND 2022
 AND ORDER TRUSTEE FAILED TO NOTIFY PETITONER OF IRREVOKABILITY OF EXPIDITES PAY OPTION AND SANCTIONS UPON PROOF OF PRE 4/23 CORRECTION CHANGE CANCEL OF EXPIDITED OPTION AND APPROPIATE RELEIFS

*PlEASE SCHEDULE FOR 3/8/24
ALSO COURT RE: SCHEDULE ZOOM HEARING
TO ▮▮▮ MAIL LINK*

U.S.M.S. X-RAY

SAN JUAN PR 009
16 FEB 2024 PM 1 L

19801-49351

Delaware Bankruptcy Court
3rd Floor
824 N Market St
Wilmington Delaware 11801

FOREVER / USA