IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

TIMOTHY CARTWRIGHT #657-823          :

    Plaintiff,                       :.

    vs.                              :     Case No. 20-10343 (LSS)

BOY SCOUTS OF AMERICA AND             :

DELAWARE BSA, LLC                     :

    Defendant.                       :

---

MOTION FOR NEW COUNSEL

---

Now comes Plaintiff ███████████ pro se in this motion. He is a
claimant the the bankcuptcy case against the Boy Scouts of America and
Delaware BSA, LCC, Case No. 20-10343 (LSS), asking for new counsel to be
appointed on his behalf. I ask that the Judge overseeing the bankruptcy and
litigation case against the Boy Scouts of America (BSA), to terminate the
contract between Slater Slater & Schulman LLP, and myself on the grounds of
bad faith and negligence on the part of Slater Slater & Schulman LLP.

    Under the sixth amendment, I have a choice of counsel and I feel that I
have more than adequate reasons to ask the court for new counsel to be
appointed on my behalf in the matter against the Boy Scouts of America (BSA).

1) I recieved from Slater Slater & Schulman LLP, a 80 page questionnaire asking
me about the abuse that I suffered while a Cub Scout. The Questionnaire
(Document #2), clearly states on it that it is to be  filled out by my legal
representation, that would be Slater Slater & Schulman LLP. Attached to the
questionnaire was a paper from Slater Slater & Schulman LLP, on their
letterhead, informing me to fill out the questionaire myself (Document #1).
This is in direct conflict with the instructions on the questionnaire.

2) The most troubling problem is that Slater Slater & Schulman LLP, gave an

inaccurate and wrong accounting of my answers on the electronic filling that they submitted for me. There is 15 factual errors or misquotes, not reflecting the answers that I gave on the questionnaire. In one of my answers I said "being anally raped took a lot of soul **searching**." as part of my answer. In the version submitted by Slater Slater & Schulman LLP, it says "being a delivery to cook a lot of soul-searching." This in no way sounds anything like I wrote down. My attorneys at least in this section completely omitted the crime commited against me like I hadn't been sexually assaulted at all. Documents #3,#4,#5 and #6 are photocopies of what Slater Slater & Schulman LLP (SSS) from this point on, submitted on my behalf in the E-claim. The errors and misquotes that they have made are clearly highlighted and numbered on these documents.

3) Documents #7 and #8 are photocopies of pages 16 of 80 and 70 of 80 from the 80 page questionanaire sent to me by (SSS) I have highlighted and numbered the sections of where I was misquoted by (SSS) on the E-filling.

**4)** Since (SSS) has refused to register with the Ohio Department of Rehabilitation and Corrections (ODRC), so that I can get my legal mail unopened, unread and photocopied. Simply stamping "Legal Mail" on an envelope does not constitute as Legal Mail in Ohio. Documents #9 and #10 are copies of letters that I sent to Slater Slater & Schulman LLP (SSS), informing them of the change in mailroom policy. Document #11 is a copy of the policy that I sent with documents #9 and #10 to (SSS). In the one and only phone call that (SSS) accepted from me, I asked why was their firm ignoring ODRC policy on legal mail. I was told only that Slater Slater & Schulman LLP, would not do anything that **would cause** them to encure any added expense. Then the call was apruptly ended. (SSS) has not accepted another call from me in the last 6 months and I do not call collect.

5) (SSS)'s refusal to register my legal mail and refusal to accept my phone calls has caused me to encure expenses. When (SSS) sent me prepaid return envelopes, the mailroom destroys them as being unregistered, possibly drug laced contraband. This means that I must pay to send the mail to them by registered mail. Document #12 is from when I had to mail the Questionnaire back to Slater Slater & Schulman LLP. Their total screw up of my E-filling and their refusal to accept my phone calls on over 20 occasions is forcing

me to draft up this motion, get multiple copies at my expense and to send two copies out by registered mail. This will almost entirely eat up my $18 State pay for the month.

6) That Slater Slater & Schulman has refused to send for my Mental Health records from Chillicothe Correctional Institution despite me asking them to do just that. In my letter to them (SSS) of 08/31/22, I ask my lawyers to not only to ask for my Mental Health Records but to also to request for in-house emails between myself and Mental Health. I even provided them with dates and reference numbers for these emails.

I have no confidence in Slater Slater & Schulman LLP, and I feel that reasonable minds would agree with me given the facts presented in my 12 documents, that Slater Slater & Schulman has done more harm than good in my claim. I therefore ask the court to appoint new counsel on my behalf in my claim against the Boy Scouts of America and Delaware BSA, LLC.

There is another inmate that I am aware of also being a claimant in the same case against the BSA, and he gets his legal mail unopened and unread. He has had numerous phone interviews with his lawyers and was never asked to fill out his own claim form. His lawyers accept his phone calls. The law firm representing him is this matter is MARC J. BERN & PARTNERS, LLP. Their address is 101 West Elm Street, Suite 520. This is who I wish to represent me.

I feel that without new legal counsel, I might as well drop my suit and my claim against the BSA. As for Slater Slater & Schulman, a one-third cut of zero is zero. I ask the court to understand that I'm by no means an attorney and give me a measure of latitude in that reguard in this motion.

Respectfully,



## This index contains the following:

1) A two page letter sent to Slater Slater & Schulman LLP, documenting the many misquotes and errors of the electronic filling they submitted.

2) Cover page attached to Questionnaire from Slater Slater & Schulman LLP, informing me to fill out the Questionnaire. (Doc.#1)

3) Page 1 of the Questionnaire that states the Questionnaire is to be filled out by my lawyer. It even says in bold print "do not fill out this Questionnaire." (Doc.#2)

4) Page 11 of 30 of E-filling. Errors highlighted and numbered. (Doc.#3)

5) Page 20 of 30 of E-filling. Errors highlighted and numbered. (Doc.#4)

6) Page 21 of 30 of E-filling. Errors highlighted and numbered. (Doc.#5)

7) Page 22 of 30 of E-filling. Errors highlighted and numbered. (Doc.#6)

8) Page 16 of 80 from the original Questionnaire with supplemental answer page. My actual answers highlighted and numbered. (Doc.#7)

9) Page 70 of 80 from the original Questionnaire with supplemental answer page. My actual answers highlighted and numbered. (Doc.#8)

10) Copy of the letter dated 08/31/22, that I sent to Slater Slater & Schulman LLP, about the legal mail change at ODRC. (Doc.#9)

11) A copy of the letter dated 02/04/22, that I sent to Slater Slater & Schulman LLP, about the legal mail change at ODRC. (Doc.#10)

12) Copy of the ODRC legal mail change sent to Slater Slater & Schulman with both of the above listed letters of 02/04/22 and 08/31/22. (Doc.#11)

13) A photocopy of the certified Mail Receipt from where I sent the Questionnaire to Slater Slater & Schulman LLP. The prepaid envelope that they sent was destroyed by the mailroom because of failure to register the Legal Mail sent by Slater Slater & Schulman LLP. (Doc.#12)

Slater Slater Schulman LLP
445 Broad Hollow Road, Suite 419
Melville, NY 11747

01/24/24

RE: Boy Scouts of America Claim

To whom it may concern,

　　Recently I recieved a printed copy from you, of what your firm has submitted electronically on my behalf in the matter against the BSA. I notized several glaring and obvious misquotes in what you submitted. Upon comparing what you submitted against my originals, it is clear that they're many massive mistakes made on your part. You have me coming off as not being able to speak in complete or intelligent sentences.

　　I'm documenting these mistakes, sending your firm and the Clerk of Courts a copy and ask that I be assigned another law firm. Any doubts that I had before about the attention my case was being given are no longer doubts. And I'm clear on why I've had such difficulties with your law firm, I strongly believe that it's due to my current incarceration.

* Page 11. I wrote "part of", you put "to patrol",　*1
* Page 11. I wrote "a", you put "my",　*2
* Page 11. I wrote "must have", you put "must've",　*3
* Page 20. I wrote "anally raped took", you put "a delivery to cook",　*4
* Page 20. I wrote "drugs", you put "rags",　*5
* Page 20. I wrote "rears", you put "tears".　*6
* Page 20. I wrote "I hit", you put "I hate",　*7
* Page 20. I wrote "learned", you put "learn",　*8
* Page 20. I wrote "Scouts". you put "scouts",　*9
* Page 21. I wrote "easy". you put "Izzy", What's an Izzy?　*10
* Page 21. I wrote "adventurous". you put "adventure the",　*11
* Page 21. I wrote "destructive", you put "distractive",　*12
* Page 21. I wrote "tried", you put "try",　*13
* Page 22. I wrote "scouts", you put "scans",　*14
* Page 22. You restart my testimony over from the beginning complete with all of the misquotes again.　*15

　　I ask that you fix and resend my claim against the BSA, as I await the Judge's ruling on my Pro Se motion for a change of attorney.

I have also uncovered an error created by Slater Slater & Schulman LLP, that I must fix. On DOC. 657-7, page 6 of 12, section E. The question of  Where were you at the time you were sexually abused (city, state, territory and/or county)? The answer give by Slater Slater & Schulman LLP was "Cricket Holler Scount Camp in Dayton Ohio."

While it is true that my pack #126 did meet in Dayton, Ohio, where I lived, the place I said I was raped at was several hours away from Dayton by car. I also said that one of the other boys had called the place Cricket Holler. I never said or wrote anywhere that the Scout Camp Ground was in Dayton, Ohio itself. I never put down the length of the car trip before because it seemed unimportant and had happened so long ago.

Now that I know that Slater Slater & Schulman LLP, approaches legal work in such a hurried and halfhazzardly manner, I will continue to scan other documents that they have sent me for other errors and will send such errors to them as I find them.

Respectfully,





### SLATER SLATER SCHULMAN LLP
ATTORNEYS AT LAW



DOCUMENT #1

October 5, 2023



**RE: Boy Scouts of America**

Dear

Enclosed is a questionnaire that you MUST complete in order to receive compensation in the Boy Scouts of America bankruptcy proceeding.

**IF YOU DO NOT COMPLETE THIS QUESTIONNAIRE, YOU WILL NOT RECEIVE THE MONEY YOU ARE ENTITLED TO.** You MUST complete the questionnaire to ensure compensation. There are strict deadlines to qualify for submitting the questionnaire, and the earlier you complete it, the earlier you may receive your compensation.

Please complete the enclosed form in its entirety, and mail it back to us right away so that we may take the next step accordingly. A pre-paid return envelope has been included for your convenience.

If you have any questions or require assistance completing the questionnaire, we will be happy to assist you further. You may call us at (631) 420-9300 or email us at bsacontact@sssfirm.com.

Your attention to this matter is required!

Thank you,

Slater Slater Schulman LLP

# Scouting Settlement Trust ("Trust")
## Trust Claims Questionnaire
### (Blue Form)

DOCUMENT #2

## A. Welcome & Instructions

**Please read all the information carefully before submitting the Claims Questionnaire**

If you elected Expedited Distribution (sometimes called, "Quick Pay"), **do not fill out this Questionnaire.** Instead, write to info@scoutingsettlementtrust.com and request the Expedited Claims Questionnaire.

Do you have an attorney? – If you are represented by a lawyer in connection with this Claim, **do not fill out this Questionnaire.** When a Claimant is represented by a lawyer, the lawyer fills out the Questionnaire based on the information the Claimant provides to the lawyer. Please have your lawyer contact us at info@scoutingsettlementtrust.com. Once we connect with your lawyer, your lawyer will complete this Questionnaire on your behalf with your input.

Throughout this Questionnaire, where it says "settlement rules," or "settlement papers," it is referring to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC; Trust Distribution Procedures for Abuse Claims; BSA Settlement Trust Agreement Pursuant to the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (with Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC; and the Confirmation Order Approving the Plan. All of these papers are available at this web link: https://www.scoutingsettlementtrust.com/s/news-and-key-links

### Welcome
Welcome to the process of submitting your detailed Trust Claims Questionnaire. We understand that it is very difficult to revisit and write about memories of abuse. We are sensitive to that difficulty, and we are only asking for the information that we absolutely need to evaluate your Claim. The Frequently Asked Questions (FAQ) page at www.scoutingsettlementtrust.com has information that may be helpful to you as you fill out the Questionnaire.

### Deadline
A submission deadline has not been established. The Trust will establish a deadline. As soon as the deadline is established, the Trust will notify Claimants and attorneys of the deadline. The submission deadline will be communicated at least 120 days in advance, providing time for Claimants and attorneys to complete and submit the Claims Questionnaire.

### Confidentiality
This Claims Questionnaire asks for information that is very personal and private. The Trustee understands that it may be very difficult to revisit these memories and provide this information. Your information will be held in the strictest confidence; we will only use this information as required by the settlement papers and as outlined below.

TO SUBMIT YOUR CLAIM ONLINE VISIT www.scoutingsettlementtrust.com

This Questionnaire is only for use by Claimants or their attorney to facilitate submitting a claim to the Scouting Settlement Trust. Any other use, reproduction, or distribution of this Questionnaire is prohibited.

## K. Tell us about the Abuse

**Describe the Abuse.** Please describe the abuse in detail in your own words. Please tell us everything you can remember, from the beginning to the middle to the end. Please don't leave anything out. We encourage you to answer this question, but it is optional.

We will ask some very detailed follow-up questions later in this Questionnaire to make sure that we have all the information we need to assess your Claim according to the settlement rules.

**Note that the response to this question must be in the Claimant's own words.**



DOCUMENT #3

If you would like to provide a copy of notes from a session with a health care provider to help you respond to this question, please upload the notes on the Documents tab at the top of this page. Also, if you'd like to upload a handwritten or typed narrative to respond to this question, please upload the narrative on the Documents tab at the top of this page.

*3

I was raped as a Cub Scout. My pack was 126, out of Dayton Ohio. I was the 1977 Pinewood Derby winner. My mother,          was my pack's den mother. I was attacked during a camping trip. I and several other guys in my troop snuck out of our camp after the adult assigned to watch over us had fallen asleep. It was dark out and we ended up going from camp to camp area with several other guys from other troops talking and laughing it up. I believe but I can't swear that the name of the place was Cricket Hollar, or at least that's what somebody had said. He ended up at a Boy Scout camp area that my friend          was in. His Boy Scout troop and my Cub Scout troop met in the same church. The older boys were loud and jumping over a big bonfire. Eventually their scout leader or assistant leader woke up and got pissed and started yelling. He told everyone not to **patrol** his troop to leave. He ordered his scouts to *1 their tents. I was no longer with the group that I had started with. I left and was unable to find my way back to my pack's area. I ended up back at the camp with the irate scout leader. He was still up and I explain to him that I was lost. He asked me what my pack number was and took me through **my** pathway that wasn't in the direction that I came *2 from. He said it was a shortcut. We ended up near an open outdoor stone or cement chapel, near a lake. He asked me if I was thirsty and I didn't think we would ever make it back to camp. He offered me a drink from his canteen, which was very sweet, fruity tasting. It tasted a little like licorice, and it also had a taste that I couldn't place but I was thirsty. Looking back, I realize that there was alcohol in the fruit juice. He said that he may have taken the wrong trail. We sat on the ground to rest. He kept encouraging me to drink from the container. At some point I **must've** fallen asleep or passed out. I found myself on my stomach, on the grass. My pants and underwear were pulled down. There was

. If you would like to provide a copy of notes from a session with a health care provider to help you to respond to this question, please upload the notes on the Documents tab at the top of this page.

Also, if you'd like to upload a handwritten or typed narrative to respond to this question, please upload the narrative on the Documents Tab at the top of this page.

DOCUMENT #4

My mental health issues are numerous but separating which of those is based on where I grew up and which were caused by the trauma of being a delivery to cook a lot of soul-searching. Yes I have use drugs and alcohol off and on since I was about 14, but unlike others, I'm not a constant slave to chemical addiction. I have only used rags three times and the 11 years that I've been incarcerated. The one thing that getting stoned those three times had in common was that I was under tremendous stress. Once on Covid lockdown. Two of those times was when I was trying to do legal work related to my claim against the BSA. I've been on two different medication's, Zoloft and Prozac for depression and anxiety. Other things outside of the normal prison that led me to ask for these meds was that I was dealing with reliving the night terrors of being raped that always tears its head when I do any kind of legal work involving my claim against a BSA. Once I hate puberty around 12 or 13, I became hyper focused on sex and porn while at the same time I questioned my sexuality and an emptiness began to grow in me. Was I straight or gay or bisexual for being raped. I didn't know then and I still wonder at times today. I learn to use elegant words, compliments and a fake a fearless attitude to seduce young ladies in my mid teens. All along I was scared to death that it would come out. That somehow the world would find out that I had been raped. I began to get paranoid, seeing threats from everywhere. Automatically I feared every other male even if they were smaller than me. Anybody in any kind of uniform would put me on high alert. I began to take stupid chances like sleeping with my girlfriend's sisters or mother. I decide that much like life and the Cub scouts had taught me, it's only wrong if you get caught. I went from being somebody who was young and starved for attention, wanted to see the best in everyone to a damaged, bitter young man who's first sexual experience wasn't consensual. It destroyed much of my moral foundation. Living in a household were having enough beer and cigarettes on hand

*4

*5

*6

*7

*8

*9

Scouting Settlement Trust

SST-307624



DOCUMENT #5

would often take precedence over having food or the rent paid. I had no problem getting access to alcohol and after I was raped, I started to steal beers from the refrigerator. I also experimented with weed and wild Indian sage a few years after that. Much of my adult life I was a functional alcoholic and when I wasn't drinking, I was a workaholic. I needed to stay numb or stay too busy to get drunk. I had an addiction for Izzy women and even went after my now ex-wife, because I had heard that she was promiscuous. I wanted somebody who wanted to indulge in sex as often as I did and wasn't afraid to admit it. When sex with my wife just wasn't enough. When it was just plain, I convinced my adventure the spouse that we should join adultfriendfinder.com which was an online swingers portal. We would go to the parties, meet with other couples, flirt and dance. For my spouse, it was all about role-playing, the fantasy and we never actually swung with anyone that we met. I on the other hand met with several of the women we met at the parties and slept with them without my wife's knowledge. I would often sabotage any budding friendships with any male coworkers. I didn't care for male friends at all and would destroy personal possessions after I successfully ended or destroyed the friendship with any male. I have no idea of why I had these distractive outburst. At the same time I would endear myself with my female coworkers. I had a short fling with one of my coworkers and a few months after that had ended, I started having sex with another female coworker. After nearly a year, the affair just wasn't enough. I then slept with my wife's stripper cousin. Then later on with one of her close friends and finally with my wife's sister. Since I was working 60 to 70 hours a week and I was convinced that my wife had to be having affairs behind my back given her sex drive. The more forbidden an affair felt, the more alluring it was. I always felt like shit afterwards but I kept going back for more. I hated myself, my physical weakness for not being able to defend myself, my body when I needed it to most. I try to forget and to bury the past without dealing with it. Thanks to eBay and credit cards I started buying all kinds of stuff I didn't need. It made me feel better for short periods of time but lead to us filing bankruptcy around 2007. My father was an abusive man and I was a constant disappointment to him. The Cub Scouts was a place of safety, a friendship and character building. It had become a

*10

*11

*12

*13

**Scouting Settlement Trust**

SST-307624

non-judgemental replacement for my often missing, sometimes abusive and always drunk father. I think my mother felt the same way I did about the scans before I was raped. At the age of 56 years old, I still deal with night terrors, sleep paralysis along with many other issues. And all of it gets worse when I have to deal with what happened. Legal work, what I'm typing up now always means the next several weeks will be hell.

*14

DOCUMENT #6

*15

My mental health issues are numerous but separating which of those is based on where I grew up and which were caused by the trauma of being a delivery to cook a lot of soul-searching. Yes I have use drugs and alcohol off and on since I was about 14, but unlike others, I'm not a constant slave to chemical addiction. I have only used rags three times and the 11 years that I've been incarcerated. The one thing that getting stoned those three times had in common was that I was under tremendous stress. Once on Covid lockdown. Two of those times was when I was trying to do legal work related to my claim against the BSA. I've been on two different medication's, Zoloft and Prozac for depression and anxiety. Other things outside of the normal prison that led me to ask for these meds was that I was dealing with reliving the night terrors of being raped that always tears its head when I do any kind of legal work involving my claim against a BSA. Once I hate puberty around 12 or 13, I became hyper focused on sex and porn while at the same time I questioned my sexuality and an emptiness began to grow in me. Was I straight or gay or bisexual for being raped. I didn't know then and I still wonder at times today. I learn to use elegant words, compliments and a fake a fearless attitude to seduce young ladies in my mid teens. All along I was scared to death that it would come out. That somehow the world would find out that I had been raped. I began to get paranoid, seeing threats from everywhere. Automatically I feared every other male even if they were smaller than me. Anybody in any kind of uniform would put me on high alert. I began to take stupid chances like sleeping with my girlfriend's sisters or mother. I decide that much like life and the Cub scouts had taught me, it's only wrong if you get caught. I went from being somebody who was young and starved for attention, wanted to see the best in everyone to a damaged, bitter young man who's first sexual experience wasn't consensual. It destroyed much of my moral foundation. Living in a household

## K. Tell us about the abuse

**Describe the abuse.** Please describe the abuse in detail in your own words. Please tell us everything you can remember, from the beginning to the middle to the end. Please don't leave anything out. We encourage you to answer this question, but it is optional.

We will ask some very detailed follow-up questions later in this Questionnaire to make sure that we have all the information we need to assess your Claim according to the settlement rules.

*Note that the response to this question must be in the Claimant's own words.*

If you would like to provide a copy of notes from a session with a health care provider to help you respond to this question, please attach the notes to this Claims Questionnaire. Also, if you'd like to include a handwritten or typed narrative to respond to this question, please attach the narrative. Please note that after you sign and submit this Questionnaire, additional documents submitted at a later date will not be considered, unless additional documentation or clarification is requested by the Trustee.

I was raped as a Cub Scout. My pack was 126, out of Dayton Ohio. I was the 1977 pinewood derby winner. My mother, Donna F. Cartwright was my pack's den mother. I was attacked during a camping trip. I and several other guys in my troop snuck out of our camp after the adult assigned to watch over us had fallen asleep. It was dark out and we ended up going from camp area to camp area with several other guys from other troops talking and laughing it up. I believe, but can't swear that the name of the camp was Cricket Hollar, or at least that's what somebody had said.

We ended up at Boy Scout camp area that my friend Richard was in. His Boy Scout troop and my Cub Scout troop met in the same church. The older boys were loud and jumping over a big bonfire. Eventually their Scout leader or assistant leader woke up and got pissed and started yelling. He told everyone not ==part of== his troop to  **\*1** leave. He ordered his Scouts to their tents. I was no longer with the group that I had started with. I left and was unable to find my way back to my pack's camp area. I ended up back at the camp with the irrate Scout leader. He was still up and I explained to him that I was lost.

He asked me what my pack number was and took me through ==a== pathway that wasn't  **\*2** in the direction that I came from. He said it was a short cut. We ended up near a open outdoor stone or cement chapel, near a lake. He asked me if I was thirsty and I didn't think we would ever make it back to my camp. He offered me a drink from his canteen, which was very sweet, fruity tasting. It tasted a little like licorice,

CONTINUED ON ANOTHER PAGE.

DOCUMENT #7a

Scouting Settlement Trust – Trust Claims Questionnaire

TO SUBMIT YOUR CLAIM ONLINE VISIT www.scoutingsettlementtrust.com

This Questionnaire is only for use by Claimants or their attorney to facilitate submitting a claim to the Scouting Settlement Trust. Any other use, reproduction, or distribution of this Questionnaire is prohibited.

CONTINUED FROM PAGE 16 OF 80

and it also had a taste that I couldn't place but I was thirsty. Looking back, I realize that there was alcohol in the fruit juice. He said that he may have taken the wrong trail. We sat on the ground to rest. He kept encouraging me to drink from the canteen.

At some point I must have fallen asleep or passed out. I found myself on my stomach, on the grass. My pants and underwear were pulled down. There was a searing pain in my anus. The freak was was laying on me and grunting. He had my arms at the wrist pinned to the ground beside my head. He was anally raping me. I couldn't get up. I begged him to stop. I cried the whole time that I was awake and aware.                                                                                                                    *3

When he was done, he threatened me. He said it was my fault and that my parents would hate me, would disown me if I ever told anyone. He said that nobody would believe a fat loser like me.

My father and I really didn't get along. As a matter of fact, I feared my father.  So what my attacker said made sense to me at the time. It was hard enough trying to earn my father's love, to live up to his expectations. I was afraid that he wouldn't want me around at all if the truth ever came out.

in the shower so my mother wouldn't ask questions when she did the laundy. I wanted to quit  the Cub Scouts afterwards and my mother wouldn't let me. She was quite involved in it as a volunteer Den Mother for my troop.

As the Boy Scouts and the Cub Scouts met in different parts of the church it wasn't hard to avoid my attacker and in the few times that our two groups did anything together, I stayed as close as possible to my mother.



DOCUMENT #7b

## M. Overall Impact Of The Abuse

How did the experience of abuse affect you? Please tell us about all the ways the abuse had an impact on you. We encourage you to answer this question, but it is optional.

We will ask some very detailed follow-up questions later in this Questionnaire to make sure that we have all the information we need to assess your Claim according to the settlement rules.

*Note that the response to this question must be in the Claimant's own words.*

If you would like to provide a copy of notes from a session with a health care provider to help you to respond to this question, please attach the notes to this Claims Questionnaire.

Also, if you'd like to provide a handwritten or typed narrative to respond to this question, please attach the narrative to this Claims Questionnaire.

My mental health issues are numerous but separating which of those is based on where I grew up and which were caused by the trauma of being ▮▮▮▮▮▮ **\*4** a lot of soul searching. Yes I have used drugs and alcohol off and on since I was about fourteen, but unlike others, I'm not a constant slave to chemical addiction. I have only used drugs three times in the 11 years that I've been **\*5** incarcerated.

The one thing that getting stoned those three times had in common was that I was under tremendous stress. Once on covid lockdown. Two of those times was when I was trying to do legal work related to my claim against the BSA. I've been on two different medications, Zoloft and Prozac for depression, anxiety. The only thing outside of the normal prison hum-drum that led me to ask for for these meds was that I was dealing with reliving the night terrors of being raped that always rears its head when I do anykind of legal work involving **\*6** my claim against the BSA.

Once I hit puberty around 12 or 13, I became hyper focused on sex and **\*7** porn while at the same time I questioned my sexuality and a emptiness began to grow in me. Was I straight or gay or bisexual for being raped. I didn't know then and I still wonder at times today.

I learned to use elegant words, compliments and a fake fearless attitude **\*8** to seduce young ladies in my mid teens. All along I was scared to death that IT would come out, that some how the world would find out that I had been raped. I began to get paranoid, seeing threats from everywhere. Automatically I feared every other male even if they were smaller than me. Anybody in any kind of uniform would put me on high alert. I began to take stupid chances, like sleeping with my girlfriend's sisters or mother. I decide that much like life and the Cub Scouts had taught me, it's only wrong if you get caught. **\*9**

I went from being somebody who was young and starved for attention, who wanted to see the best in everyone to a damaged, bitter young man whose first sexual experience wasn't consensual. It destroyed much of my moral foundation.

CONTINUED ON ANOTHER PAPER.

DOCUMENT #8a

TO SUBMIT YOUR CLAIM ONLINE VISIT www.scoutingsettlementtrust.com

This Questionnaire is only for use by Claimants or their attorney to facilitate submitting a claim to the Scouting Settlement Trust. Any other use, reproduction, or distribution of this Questionnaire is prohibited.

M : OVERALL IMPACT OF THE ABUSE
CONTINUED FROM PAGE 70 OF 80

Living in a household where having enough beer and ciggerrets on hand would often **take** precedence over having food or the rent paid. I had no problem getting access to alcohol and after I was raped, I started to steal beers from the refrigerator. I also experimented with weed and wild Indian Sage a few years after that.

Much of my adult life I was a fuctional alcoholic and when I wasn't drinking, I was a workaholic. I needed to stay numb or stay too busy to get drunk. I had an addiction for easy women and even went after my now exwife, because I had heard that she was promiscuous. I wanted somebody who wanted to indulge in sex as often as I did and wasn't afraid to admit it.  **\*10**

When sex with my wife just wasn't enough. When it was just plain, I convinced my adventurous spose that we should join ADULTFRIENDFINDER. COM. Which was an online swingers portal. We would go to the parties, meet with other couples, flirt and dance. For my spouse, it was all about role playing, the fantasy and we never actually swung with anyone that we met. I on the other hand met with several of the women we met at the parties and slept with them without my wife's knowledge.  **\*11**

I would often sabotage any budding friendships with male coworkers. I didn't care for male friends at all and would destroy personal possessions after I sucessfully ended or destroyed a friendship with any male. I have no idea of why I had these destructive outburst. At the same time I would endear myself with female coworkers.  **\*12**

I had a short fling with one of my coworkers and a few months after that had ended, I started having sex with another female coworker. After nearly a year, the affair just wasn't enough. I then slept with my wife's stripper cousin. Then later on with one of her close friends and finally with my wife's sister. Since I was working 60-70 hours a week and I was convinced that my wife had to be having affairs behind my back given her sex drive. The more forbidden an affair felt, the more alluring it was. I always felt like shit afterwards but I kept going back for more.

I hated myself, my physical weakness for not being able to defend myself, my body when I needed it the most. I tried to forget and to bury the past without dealing with it. Thanks to Ebay and credit cards I started buying all kind of stuff I didn't need. It made me feel better for short periods of time but lead to us filing bankrupcy around 2007.  **\*13**

My father was an abusive man and I was a constant disappointment to him. The Cub Scouts was a place of safety, of friendship and character building. It had become a non judgemental replacement for my often missing, sometimes abusive and always drunk father. I think my mother felt the same way I did about the scouts before I was raped.  **\*14**

At the age of 56 years old, I still deal with night terrors, sleep sleep paralysis along with many other issues. And all of it gets worse when I have to deal with what happened. Legal work what I'm typing up now always means the next several weeks will be hell.

DOCUMENT #8b

SLATER SLATER & SCHULMAN LLP
445 Broad Hollow Road, Suite 419
Melville, NY 11747
08/31/22

In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

Case No. 20-10343 (LSS)

To whom it may concern,

I,                      am writing to inform you of new documentation
that may help with my claim against the Boy Scouts of America.
    I have tried contacting you several times at the phone number you have
given me (631) 420-9300, only to be denied at your end. I have also sent you
hard copies of everything written in this email via snail mail several times.
    As far back as 06-03-2020, I spoke to a series of different Mental Health
professionals here at Chillicothe Correctional Institution (CCI). It is my
understanding after speaking to my latest therapist, one Miss Tagliapietra,
that is indeed listed in the records of several of my many prison therapist,
that I was violently raped while in the Cub Scouts.
    I was informed by Miss Tagliapietra, recently that a RECORDS REQUEST
would need to be made on my behalf, of Mental Health of Chillicothe
Correctional Institution by you. I would have to go down to Mental Health were
I would gladly sign off on the request. I feel that the records would go a
long way in strengthening my claim against the BSA. So as my lawyers I ask you
to make the Records Request of CCI.
    I am also enclosing once again of ODRC's new mailroom policy. When you
send me legal mail and do not follow the policy, other inmates and staff may
have access to and maybe able to read my private correspondences with you as
it is not recognized as legal mail. Given the fact that the last mail I got
from you was dated nearly 7 weeks prior before I got it as regular photocopied
mail and the fact that I'm surrounded by violent extortion artist, I plead
with you to follow the enclosed policy. The last thing that I need right now
is yet another target on my back because I may or may not be getting some kind
of a settlement.
    Ohio Department of Rehabilitation and Corrections Legal Mail Policy
(75-MSL-01) This process went into effect on February 1, 2022. Please be
advised, beginning April 1, 20220, ODRC will be strictly enforcing the
requirement that all Legal Mail have a control number. The new process
requires each piece of intended LEGAL MAIL to have a control numberon it. A
control number is generated from ODRC's system after the sender registers on
our ODRC website. Mail that does not have a control number, even if it is
stamped or marked "Legal Mail," will be treated as ordinary mail.**This means
it will be opened, copied and delivered to you as ordinary mail. The website
to register: www.drc.ohio.gov/inmate-mail.
    I also sent you photocopies of a email between myself and a Clare Wilson,
on Rachel Ming's Jaypay account several months ago. Please let me know if you
got it or not as I spoke of the sexual abuse in the email.



DOCUMENT #9a

There is also 2 Kites (in-house emails) on the Jaypay Kiosk from me to Mental Health in which I speak about being abused. While I do not have the ability to print off the kites, Mental Health does. The Kites are dated 11-28-2020 with a reference number of CCI1120004740 and 06-03-2020 with a refernce number of CCI0620000777. They will not photocopy them for me so you must make the request for those as well.

Here is the address for Mental Health at my facility.
MENTAL HEALTH
CHILLICOTHE CORRECTIONAL INSTITUTION
15802 St. Rt. 104 North
Chillicothe, OH 45601

I thank you for your valuable time in this matter.



DOCUMENT #9b

.Slater Slater & Schulman LLP
445 Broad Hollow Road, Suite 419
Melville, NY 11747

02/04/22

Case No. 20-10343 (LSS)

To whom it may concern,

First I'm **having** a great deal of trouble contacting you through the phone
number you have provided. I am not calling collect but the calls are always
declined at your end. Secondly, I am sending you a copy of the New mailroom
policy that will effect how we communicate. Please read the new policy and
make the proper adjustments.

I thank you for your very valuable time in this matter.

Respectfully,



DOCUMENT #10

> You have received a **jpay** letter, the fastest way to get mail

From : IPay Representative
To :
Date : 10/4/2021 11:07:54 PM EST,    Letter ID: 1296334341
Location : CCI
Housing : EE1344T


Dear Incarcerated Person:

This message is to inform you that ODRC is changing how we process Legal Mail and we need your assistance.••

We have informed the legal community about these changes. The new process requires each piece of intended Legal Mail to have a control number on it. A control number is generated from ODRC's system after the sender registers on our ODRC website.• (See link below).•••

You can help avoid delays in receiving Legal Mail by telling your attorney, or other Legal Mail senders, about this new process. Here is some important information you can share:

Information about the new Legal Mail process can be found at: www.drc.ohio.gov/inmate-mail.
Register to send Legal Mail by clicking on the "Attorney Registration Site" link on the inmate mail page of our website.
View the Legal Mail policy (75-MAL-01) by clicking on the "Updated Policy" link on the inmate mail page of our website.


So far, ODRC has approved almost 700 applications to send Legal Mail into the facilities.•• This is a great start, but we are asking for your help with informing your Legal Mail senders about the new process.• ODRC will soon begin enforcing the requirement that all Legal Mail contain a control number.• Mail that does not have a control number, even if it is stamped or marked "Legal Mail," will soon be treated as ordinary mail.•• This means that it will be opened, copied and delivered to you as ordinary mail.

Change can sometimes be difficult, but we believe the new Legal Mail process will make our facilities safer for all.• We are working closely with facility staff to make this change. Any questions about this process may directed to your facility staff.

Thank you,

ODRC Office of Legal Services



DOCUMENT #11

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

## OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

OCT 30 2

E1

Postage
$

Total Postage and Fees
$

Sent To Slater Slater Schulman
Street and Apt. No., or PO Box No. 445 Broad Hollow Rd. Suite 419
City, State, ZIP+4 Melville NY 11747

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for instructions

7019 2970 0000 6443 9311

DOCUMENT #12

344
/
T

---

Personal A/C Withdrawal
Check Out-Slip

Dollars: 7      Cents: 62

Institution: Chillicothe Correctional Inst.      Date: 10/24/23

Name: Slater Slater Schulman LLP

Address: 445 Broad Hollow Road, Suite 419

City: Melville      State: NY      Zip Code: 11747

☒ Postage   ☐ Copies   ☐ ID   ☐ Misc. _____   ☐ Check-out CK # _____

The inmate's signature on this withdrawal request verifies that the information listed above has been read to or by the inmate and is correct. In the event of an error in the address which results in the return of this package, the inmate shall assume financial responsibility.

| Inmate's Signature | |
| Approved By: | |

Ship VIA:      Date Processed: OCT 3 0 2023

DRC 1004 (Rev. 3/01)   DISTRIBUTION:   WHITE - Cashier      CANARY- Inmate      Pink- _____      ACA 4046

8.1 oz (LE)(cert)

## MEMORANDUM IN SUPPORT

In support of the forgoing motion, Claimant submits the following reasons in favor of his court cost being vacated.

Claimant states that he is currently incarcerated in the Chillicotne Correctional Institution, and currently has an income of $18 a month and is without other finacial resources. Upon release from incarceration, claimant will have no funds and will be in severe finacial straights, due to the cost of reestablishing himself in the community as a rehabilitated citizen. Claimants entire time and resources will be required to affect a successful reintegration into society. Food, shelter, clothing and other necessities of daily living must come from claimant's finacial resources.

Inability to provide for one's own needs, if a substantial part of a claimant's income must be paid as court cost, fines or restitution and reintergration processes and destructive to the well being, both physically and mentally of Mr. CARTWRIGHT and his dependents. The payments of court cost, fines or restitutions would not serve as a deterrent to deviant behavior but would cause undue behavior but rather would cause undue hardship upon Mr. CARTWRIGHT.



## **AFFIDAVIT OF INDIGENCY**

The undersigned <span style="background:black">      </span>, a citizen of the United States and

Affiant herein, after being first duly cautioned and sworn or affirmed on my oath as required by law, do

hereby depose and aver that:

1. Affiant is a State Prisoner in a Correctional Institution within the State of Ohio,
   stationed in the City of Chillicothe, County of Ross, and that I am without the
   necessary funds with which to pay the costs of this action;

2. Affiant is without possession of real or personal property and assets of sufficient
   value with which to offer security for such costs;

3. Affiant is true indigent and pauper within the meaning of the law.

AFFIANT FURTH 

Sworn to, or affirmed, and subscribed in my presence, a Notary Public for the State of Ohio,

County of ____Ross____ , this __11ᵗʰ__ day of __February__ , 2024

Seal

Notary Public  
1|19|2027



CHERRI MARSHALL  
Notary Public, State Of Ohio  
My Commission Expires  
January 19, 2027

## Certificate of Service

I hereby certify the forgoing motion was served on Slater Slater & Schulman LLP, 445 Broad Hollow Road, Suite 419 Melville, NY 11747, by registered US mail postage pre-paid this _16_ day February, 2024.

Pro Se Claimant



INMATE MAIL

US POSTAGE PITNEY BOWES

ZIP 45601
02 4W
0000390439 FEB 21 2024
$ 006.75⁰

U.S.M.S.
X-RAY

CERTIFIED

7021 0350 0001

Clerk of
United State
District of D
824 Marke
3rd Floor
Wilmington