# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. No. 6766** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Amanda George hereby withdraws her appearance as counsel for National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities in the above bankruptcy cases (collectively, the "AIG Companies").

All other current counsel of record will continue to represent the AIG Companies and are not intended to be affected by this notice.

Dated: February 28, 2024

*Respectfully submitted*,
By: */s/ Deirdre M. Richards*
Deirdre M. Richards (#4191)
**ELLIOTT GREENLEAF P.C.**
1105 N. Market Street
Wilmington, DE 19801
Telephone: (302) 384-9402
Facsimile: (302) 384-9399
Email: dmr@elliottgreenleaf.com

-and-

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.**
Susan N.K. Gummow (admitted *pro hac vice*)
222 N. LaSalle St., Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5009
Email: sgummow@fgppr.com

-and-

**GIBSON, DUNN & CRUTCHER LLP**
Michael A. Rosenthal (admitted *pro hac vice*)
Mitchell A. Karlan (admitted *pro hac vice*)
James Hallowell (admitted *pro hac vice*)
Keith R. Martorana (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: mrosenthal@gibsondunn.com
mkarlan@gibsondunn.com
jhallowell@gibsondunn.com
kmartorana@gibsondunn.com

**GIBSON, DUNN & CRUTCHER LLP**
Richard J. Doren (admitted pro hac vice)
Blaine H. Evanson (admitted pro hac vice)
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7038
Email: rdoren@gibsondunn.com
bevanson@gibsondunn.com

*Counsel for National Union Fire Insurance Company of Pittsburgh, PA., Lexington Insurance Company, Landmark Insurance Company, and The Insurance Company of the State of Pennsylvania*