## **CERTIFICATE OF SERVICE**

I, Jeremy W. Ryan, do hereby certify that on February 28, 2024, a copy of the foregoing **Declaration of Ford Elsaesser in Support of Substantial Contribution Claim of the Roman Catholic Ad Hoc Committee** was served on the parties listed on the attached service list in the manners indicated.

                                                      */s/ Jeremy W. Ryan*
                                                      Jeremy Ryan (No. 4057)

**SERVICE LIST**

| | |
|---|---|
| **Counsel for the Reorganized Debtors**<br>Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Sophie Rogers Churchill, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: dabbott@morrisnichols.com;<br>aremming@morrisnichols.com;<br>srchurchill@morrisnichols.com<br><br>**Via Email** | **Counsel for the Reorganized Debtors**<br>Jessica C. Lauria, Esq.<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Email: jessica.lauria@whitecase.com<br><br>**Via Email** |
| **Counsel for the Reorganized Debtors**<br>Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Laura E. Baccash, Esq.<br>Blair M. Warner, Esq.<br>WHITE & CASE LLP<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>Email: mandolina@whitecase.com;<br>mlinder@whitecase.com;<br>laura.baccash@whitecase.com;<br>blair.warner@whitecase.com<br><br>**Via Email** | **Counsel for Lujan Claimants**<br>Christopher D. Loizides, Esq.<br>LOIZIDES, P.A.<br>1225 N. King Street, Suite 800<br>Wilmington, DE 19801<br>Email: Loizides@loizides.com<br><br>**Via Email** |
| **Counsel for Lujan Claimants**<br>Delia Lujan Wolff, Esq.<br>LUJAN & WOLFF LLP<br>Suite 300, DNA Bldg.<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910<br>Email: dslwolff@lawguam.com<br><br>**Via Email** | **Office of the United States Trustee for the District of Delaware**<br>Timothy J. Fox, Esq.<br>Hannah M. McCollum, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>Email: Timothy.Fox@usdoj.gov;<br>hannah.mccollum@usdoj.gov<br><br>**Via Email** |

| **Counsel for the Honorable Barbra J. Houser (Ret.) in her capacity as Trustee of the BSA Settlement Trust** | **Counsel for the Honorable Barbra J. Houser (Ret.) in her capacity as Trustee of the BSA Settlement Trust** |
|---|---|
| Richard M. Pachulski, Esq.<br>Debra I. Grassgreen, Esq.<br>James E. O'Neill, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Email: rpachulski@pszjlaw.com;<br>dgrassgreen@pszjlaw.com;<br>joneill@pszjlaw.com<br><br>**Via Email** | Kami E. Quinn, Esq.<br>Emily P. Grim, Esq.<br>Sarah A. Sraders, Esq.<br>GILBERT LLP<br>700 Pennsylvania Avenue, SE, Suite 400<br>Washington, DC 20003<br>Email: quinnk@gilbertlegal.com;<br>grime@gilbertlegal.com;<br>sraderss@gilbertlegal.com<br><br>**Via Email** |

IMPAC 11355785v.1