## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### DECLARATION OF COLIN G. WOOD, ESQ. IN SUPPORT OF A MOTION FOR AN ORDER AUTHORIZING THE LATE FILING OF PROOF OF CLAIM FORMS

Colin G. Wood, Esq. files this Declaration in support of his Motion For An Order Authorizing The Late Filing Of Proof Of Claim Forms (Doc 11741) (the "Motion"), and in support thereof respectfully states as follows:

My name is Colin G. Wood. I am an attorney duly licensed in the state of Texas, I am over 18 years of age, and I am mentally competent to make this Declaration. The facts contained herein are true and correct and within my personal knowledge.

Working with local counsel in Delaware, the Motion was filed on behalf of Movants SST-327769, SST-331258, SST-332246, SST-332478, SST-332499, SST-418707, SST-418708, and SST-418723 (collectively "Movants")[2]. Five (5) of the Movants are represented by Colin G. Wood, Esq. with the law firm of Jason J. Joy & Associates, PLLC ("Joy Law"). These are Movants SST-327769, SST-331258, SST-332246, SST-332478, SST-332499 (the "Wood Movants").

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The Movants previously and confidentially disclosed their identity to Debtors' counsel, consistent with Court protocols for keeping their identity out of the public record.

## BACKGROUND

Joy Law represents approximately 1,200 clients in the Boy Scout bankruptcy litigation. The majority of these clients were retained in the thirty (30) day period immediately preceding the November 16, 2020 bar date. At this time, all of Joy Law's attorneys and staff were working remotely due to the COVID-19 pandemic. However, three staff members came into the office to accommodate the large number of Proof of Claim (POC) forms which had to be uploaded to the Omni website. These staff members included our managing partner Jason Joy, the case manager for our Boy Scout docket, and myself.

Almost all of Joy Law's POC forms were uploaded to the Omni website in the 72-hour period immediately preceding the November 16, 2020 bar date (Saturday November 14, Sunday November 15, and Monday November 16). Each staff member was therefore responsible for uploading hundreds of POC forms each day. During this three-day period the Omni website behaved as if it were under heavy traffic, presumably because many tens of thousands of POC forms were being uploaded across the country. As a result, uploading a single POC form sometimes took several minutes to complete, and errors often arose during the upload process.

**Movant SST-327769**

Movant SST-327769 executed his Proof of Claim (POC) form on November 12, 2020. Joy Law believed it had uploaded Movant SST-327769's POC form on Monday, November 16. Over the following week as Joy Law reviewed the filing confirmation receipts, it realized that Movant SST-327769's POC form had not transmitted successfully to the Omni website, and therefore had not received a corresponding confirmation number.

Upon realizing its mistake, Joy Law contacted Omni and requested that it accept the late-filed POC form. Omni was not able to accommodate this request. On September 12, 2022, Joy Law supplemented Movant SST-327769's POC form with the intent of resolving the filing issue. The updated POC form was successfully transmitted to the Omni website, but again Omni was unable to assist in resolving the late filing issue.

**Movant SST-331258**

Movant SST-331258 executed his fee agreement and POC form on November 14, 2020 – two days before the bar date. Joy Law believed it had uploaded Movant SST-331258's POC form on Sunday, November 15. Over the following week as Joy Law reviewed the filing confirmation receipts, it realized that Movant SST-331258's POC form had not transmitted successfully to the Omni website, and therefore had not received a corresponding confirmation number.

Upon realizing its mistake, Joy Law contacted Omni and requested that it accept the late-filed POC form. Ultimately, Omni was not able to accommodate this request. On April 14, 2023, Joy Law supplemented Movant SST-331258's POC form with the intent of resolving the filing issue. The updated POC form was successfully transmitted to the Omni website, but again Omni was unable to assist in resolving the late filing issue.

**Movant SST-332246**

Movant SST-332246 executed a fee agreement with Joy Law on November 4, 2020. However, Joy Law was subsequently unable to contact Movant SST-332246 until April of 2023, and unable to submit Movant SST-332246's POC form until May 2, 2023. Joy Law received

additional information from Movant SST-332246 on July 19, 2023, and filed a supplemental POC to reflect this new information.

Following the filing of each POC, Joy Law contacted Omni and asked that it accept the late-filed document. Omni was unable to assist with either submission.

**Movant SST-332478**

Movant SST-332478 provided his signed and executed POC form on October 23, 2020. Joy Law believed it had uploaded Movant SST-332478's POC form on Saturday, November 14. Over the following week as Joy Law reviewed the filing confirmation receipts, it realized that Movant SST-332478's POC form had not transmitted successfully to the Omni website, and therefore had not received a corresponding confirmation number.

Upon realizing its mistake, Joy Law contacted Omni and requested that it accept the late-filed POC form. Ultimately, Omni was not able to accommodate this request. On July 14, 2023, Joy Law supplemented Movant SST-332478's POC form with the intent of resolving the filing issue, but again Omni was unable to assist.

**Movant SST-332499**

Movant SST-332499 was incarcerated at the time of filing. He executed his POC form on November 8, 2020. In November of 2020, Joy Law was working with Jillian Coburn, a victim's rights advocate who assisted Joy law in collecting information from incarcerated clients. Movant SST-332499's POC form was sent to Ms. Coburn's office instead of Joy Law's

office. Joy Law does not know whether Ms. Coburn uploaded Movant SST-332499's POC form prior to the bar date.

To preserve anonymity, Joy Law uses a series of alphanumeric characters to track its Boy Scout clients. Joy Law believes it filed Movant SST-332499's POC form on November 15, 2020, under internal ID JJJ-6333-001 (corresponding to SA# 84673). Due to a clerical error, Jason Joy Law was unaware that this internal ID had previously been used to denote a different client (SA # 84628). This error did not become apparent until the summer of 2023 when Joy Law cross referenced the internal IDs against the SA numbers. Upon discovering its mistake, Joy Law contacted Omni and asked that it grant access to the POC form so Joy Law could verify the identity of the Claimant. Omni was unable to accommodate this request. Joy Law then asked Omni to accept a second POC form for Movant SST-332499 using a corrected internal tracking number. Again, Omni was not able to accommodate this request.

There are three possibilities: **(1)** Movant SST-332499's POC form has been inadvertently uploaded twice (once by Joy Law, and once by Ms. Coburn), **(2)** two Boy Scout clients were assigned the same internal tracking number, and Joy Law uploaded POC forms for each of these clients, or **(3)** the client who shared an internal tracking number with Movant SST-332499 had their POC form uploaded twice.

Because Omni is unable to grant access to the POCs in question, Joy Law is still unable to confirm whether Movant SST-332499's form was ever uploaded.

**REQUEST FOR RELIEF**

With the exception of Movant SST-332246, each of the Wood Movants provided their POC forms to Joy Law prior to the bar date. Joy Law believed it had filed these POC forms prior to the bar date. When Joy Law discovered the POC forms had not properly transmitted to the Omni website, it incorrectly sought relief with Omni instead of the Court.

After Omni was unable to provide the requested relief, Joy Law incorrectly assumed the Trustee would file motions to dismiss POC forms that were not filed before the bar date. Joy Law intended to use these motions for dismissal as an opportunity to file a brief in opposition explaining the reason for late filing.

I now understand I should have filed the Motion immediately upon discovering the late filing. I ask the Court to find excusable neglect under these circumstances and deem Movants' POC forms timely filed. In the case of Movant SST-332499, I ask that the Court enter an order permitting Joy Law to refile his POC form under his corrected internal tracking number, thereby ensuring the Trustee's office has received the correct POC form.

Respectfully submitted,

*Colin Wood*
Colin G. Wood, Esq.
909 Texas St., Ste. 1801
Houston, TX 77002
Phone: (713) 221-6500
Facsimile: (713) 221-1717
Email: colin@jasonjoylaw.com