

RECEIVED
2024 FEB 29 AM 10: 29
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 23, 2024

Laurie Selber Silverstein
United States Bankruptcy Judge
824 Market ST N 3rd Floor
Wilmington, DE 19801

In Re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

CASE # 20-10343   LSS

(JOINTLY ADMINISTERED)

## MOTION SEEKING COURT ORDER GRANTING INDEPENDENT REVIEW OF SEXUAL ABUSE CLAIM

Dear Judge Silverstein,

I am writing to you today requesting your assistance by issuance of Court Order granting independent review of my sexual abuse claim.

First and foremost I am not an attorney and I do not have the education of one and I am not represented by legal counsel and I filed my proof of claim **Pro Se.**

I submitted my proof of claim for review to the Scouting Settlement Trust on October 20, 2023 – more than four (4) months ago.

1

Since filing my claim with the Settlement Trust they issued a date of February 16, 2024 bar date, should I decide to request an independent review of my sexual abuse claim. The problem is that the Trust has yet to determine any valuation of my claim and based on recent correspondence with the Trust I don't believe my claim will not be valued fairly and that an independent review of my claim may be necessary.

The Scouting Trust announced in the last couple weeks that they were implementing an advanced payment program that would authorize initial distributions on allowed claims in the amount of 1.5 percent of the total allowed claim amount. I was advised today that my advance payment would total $1,000 and would require me to sign releases of certain parties if I want to receive funding from those parties when I am finally paid from this settlement. The problem I have with this is based on my matrix for the type of abuse I went through and this advance payment of $1,000 do not correspond. I fear that I am only receiving pennies on the dollar which sickens me especially when this Court stated in its' September 8, 2022 confirmation order that the sexual abuse survivors would be ***fully compensated*** and the Boy Scouts have also stated the same on numerous occasions but it's looking more like we will only be insulted and disrespected with our final determination.

Under the current rule the Trust setup required Claimant's to make the determination of an independent review prior to receiving any final determination of what they were being offered which wasn't the proper and ethical way to proceed with the option of an independent review. I should have the right to seek an independent review upon reviewing my offer by the Trust and not doing so the Trust isn't being transparent or is the right pathway forward by the Trust for Claimant's seeking this option. How are we to know that we need an independent review if we don't know that we disagree with the final determination of our claim? (What we are being offered to be paid).

2

I urge you to please issue a Court Order granting me the right to have my proof of claim evaluated by an independent review should I require such as anything less will be an injustice to me.

I will also need to seek review of having the fees waived by having my claim reviewed by an independent review board.

Respectfully Submitted this 23rd day of February, 2024.



Pro Se Claimant

3