# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) (Jointly Administered) <br> ) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) Case No. 20-10343 (LSS) <br> ) <br> ) |
| Debtors. | ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, David T. Crumplar, hereby certify that, on this 4th day of March 2024, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing *Notice of Appeal* to be served upon the parties listed on the attached service list by email.

>  */s/ David Crumplar*
> David Crumplar (#5876)
> Jacobs & Crumplar, P.A.
> 750 Shipyard Dr., Suite 200
> Wilmington, DE 19801
> Phone: (302) 656-5445
> Email: Davy@jcdelaw.com

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

## SERVICE LIST

Derek C. Abbott, Esquire Andrew R. Remming, Esquire Paige N. Topper, Esquire MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@morrisnichols.com
aremming@morrisnichols.com
ptopper@morrisnichols.com

Glenn Kurtz, Esquire

Jessica C. Lauria, Esquire

Andrew Hammond, Esquire
Samuel P. Hershey, Esquire

WHITE & CASE LLP
1221 Avenue of the Americas New York, New York 10020
gkurtz@whitecase.com
jessica.lauria@whitecase.com
ahammond@whitecase.com
sam.hershey@whitecase.com

Richard M. Pachulski, Esquire
James E. O'Neill, Esquire
PACHULSKI STANG STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor Wilmington, DE 19801
rpachulski@pszjlaw.com
joneill@pszjlaw.com

Office of The United States Trustee Attn: David Buchbinder, Esquire
J. Caleb Boggs Federal Building 844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
David.L.Buchbinder@usdoj.gov

Office of The United States Trustee
Attn: David Buchbinder, Esquire
J. Caleb Boggs Federal Building 844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
David.L.Buchbinder@usdoj.gov

Michael C. Andolina, Esquire Matthew E. Linder, Esquire Laura E. Baccash, Esquire Blair M. Warner, Esquire WHITE & CASE LLP
111 South Wacker Drive Chicago, Illinois 60606 mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.comblair.warner@whitecase.com

Kurt F. Gwynne, Esquire Mark W. Eckard, Esquire
 REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com
meckard@reedsmith.com

Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
rringer@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

2