20-10343

RECEIVED
2024 MAR -5 AM 10: 27
CLERK
U.S. BANKRUPTCY COURT

March 1, 2024

Dear Honorable Laurie Selber Silverstein,

My name is [REDACTED] I am one of the claimants regarding the BSA lawsuit. I made a mistake when I checked off the $3,500 settlement, I thought that was the settlement I did not see the other choice as I made a terrible mistake. The next day I made the correction and checked off the correct box to continue with the lawsuit.

What this man did to me when I was 9 years old is unforgiveable. He took advantage of me on two separate nights. I didn't know how to react nor did I have any one to speak of it to. My father was a cold-hearted man and always told me to listen and do as adults told me. I don't want to go into details as to what he did, it brings back horrible memories.

What I am asking for your Honor is if you can please find it in your heart to give me a second chance for the mistake I have made and re-enter me into the lawsuit. I would be indebted to you for doing this.

Thank you for taking the time and reading my letter. If you would like to discuss this further with me, please do not hesitate to contact me.

Sincerely,

[REDACTED]

HARRISBURG PA 171

2 MAR 2024 PM 1 L

Honorable Laurie Selber Silverstein
U.S. Bankruptcy Court
824 North Market Street
6th Floor
Wilmington, DE 19801

19801-302499