20-10343

To Bankruptcy court
c/o Boy scout suit Judge

RECEIVED
2024 MAR -5 AM 10: 27
CLERK
U.S. BANKRUPTCY COURT

2-25-24

This is ▮▮▮▮▮▮ a victum in the Boy scout suit, I'm wrighting to file a complaint on the settlement Trust out of McLean Va over them making me refile over and over 3 time same paper work to try to revictomlize me and other I feel. Can your court order them to stop making us relive these bad act again 1 or 2 time I can see 3 or more is sick and harassment to try to do what ever stop paying us so who ever can keep the settlement y themself or what ever there gone is thanks y any help this court may give wrote Lowyers and settlement trust also R/W

OKLAHOMA CITY OK
28 FEB 2024 PM 7

US POSTA
ZIP 73741
02 4W
000038782



Bankruptcy court
824 N. market st
6th Floor court Roo
Wilmington Dela

19801-302499