# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: <br><br> BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 <br><br> (Jointly Administrated) |

## ORDER GRANTING STIPULATION FOR AN ORDER
## AUTHORIZING PROOFS OF CLAIM AS TIMELY FILED

Pursuant to the Stipulation of the Parties, and for good cause shown, the Court finds that:

1. Claimant R.S. (SST-418114) timely prepared, signed, and submitted his Proof of Claim form to Omni Agent Solutions on November 13, 2020.

2. Claimant J.C. (SST-418101) timely prepared, signed, and submitted his Proof of Claim form to Omni Agent Solutions on November 16, 2020.

3. Claimant M.M. (SST-418032) timely prepared, signed, and submitted his Proof of Claim form to Omni Agent Solutions on November 12, 2020.

4. Claimant G.W. (SST-418273) timely prepared, signed, and submitted his Proof of Claim form to Omni Agent Solutions on November 16, 2020.

5. Claimant M.M. (SST-418035) timely prepared, signed, and submitted his Proof of Claim form to Omni Agent Solutions on November 16, 2020.

6. Claimant R.B. (SST-322723) timely prepared, signed, and submitted a Proof of Claim form to Omni Agent Solutions on November 12, 2020, but this submission inadvertently contained the Proof of Claim form of a different claimant. But for this error, Claimant R.B.'s Proof of Claim would have been timely filed.

IT IS HEREBY ORDERED that the Parties' Stipulation is GRANTED and the Proof of Claim forms submitted by Claimants R.S., J.C., M.M., G.W., M.M., and R.B. are deemed as timely filed; and it is further

ORDERED that the Proof of Claim forms of Claimants R.S., J.C., M.M., G.W., M.M., and R.B. are subject to the review of the BSA Settlement Trust in accordance with the terms of the Trust Distribution Procedures and the BSA Settlement Trust's right to object to the Proof of Claim forms for any reason other than timeliness is reserved; and it is further

ORDERED that the Debtors, Omni Agent Solutions, and the BSA Settlement Trust are authorized to take all steps necessary to effectuate the terms of this Order.

DATED: March 6th, 2024.

By the Court:

_____
Judge Laurie S. Silverstein