# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>               Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 11814, 11822 & 11823** |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO SEAL EXHIBITS TO PETITION TO ACCEPT UNTIMELY FILING OF <u>SEXUAL ABUSE SURVIVOR PROOF OF CLAIM</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to John R.C. Doe's *Motion to Seal Exhibits to Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim* [Docket No. 11822] (the "Sealing Motion"), filed on February 14, 2024.

The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Sealing Motion appears thereon. Pursuant to the notice of the Sealing Motion, responses to the Sealing Motion were to be filed and served no later than March 1, 2024. Accordingly, it is hereby respectfully requested that the order attached to the Sealing Motion be entered at the Court's earliest convenience.

Dated: March 6, 2024

                                              <u>/s/ Daniel K. Hogan</u>
                                              Daniel K. Hogan (DE Bar # 2814)
                                              HOGAN♦MCDANIEL
                                              1311 Delaware Avenue
                                              Wilmington, DE 19806
                                              Telephone:  (302) 656-7540
                                              Email:  <u>dan@dkhogan.com</u>
                                              *Counsel for John R.C. Doe*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows:  Boy Scouts of America (300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 Wet Walnut Hill Lane, Irving, Texas 75038.