IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Case No. 20-10343 (LSS) |
| | ) |
| BOY SCOUTS OF AMERICA AND | ) |
| DELAWARE BSA, LLC,[1] | ) Chapter 11 |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |
| | ) Re: D.I. ____ |
| | ) |

## ORDER GRANTING MOTION TO SEAL EXHIBITS TO PETITION TO ACCEPT UNTIMELY FILING OF SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

Upon the motion (the "Motion") of Movant, John R.C. Doe, to file the Exhibits under seal; and the Court finding notice of the Motion was sufficient under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED. Movant John R.C. Doe is hereby authorized to file the Exhibits to Movant's Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim under seal.

**Dated: March 8th, 2024**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.