

RECEIVED
2024 MAR 11  AM 10: 31
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

February 29, 2024

The United States Bankruptcy Court
for the District of Delaware,
6th. Fl. Ct. Rm. No. 2.:
824 Market Street,
Wilmington, Delaware 19801-3577

IN RE:   Boy Scouts of America - and Delaware BSA, LLC,
Case No. 20-10343 (LSS), Chapter 11 Bankruptcy,
Sexual Abuse Survivor proof of Claim: No. SA-55
filed on or about July 1st. 2020 pro se.

Dear Clerk of Court,

Would you kindly provide me with a status update of the above captioned matter, and unabridged Docket Entry sheet, and status of settlements, it's been 44 months since I filed proof of claim and acceptance.

Thank you for you're time and attention in this matter.

Sincerely,



BOSTON MA 020
2 MAR 2024 PM 3 L

19801-490960

The United States Bankruptcy Court
for the District of Delaware
6th. Fl. Ct. Rm. No. 2,
824 Market Street,
Wilmington, Delaware 19801-3574





This correspondence is forwarded from a Massachusetts Correctional Institution. The contents may not have been evaluated and the Department of Correction is not responsible for the substance or content of the enclosed material. If you have received unwanted correspondence from this inmate call 1-866-684-2846 to stop future correspondence.