***CASE NO. 20-10343, BSA ET AL.***

March 6, 2024

***VIA USPS MAIL TRACKING RECEIPT***

The Honorable Chief Judge Laurie Selber Silverstein
US BANKRUPTCY COURT FOR DISTRICT OF DELAWARE
**CASE NO. 20-10343, BOY SCOUTS OF AMERICA, ET AL.**
824 North Market Street
6th Floor
Wilmington, DE 19801

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
2024 MAR 11 AM 10: 41
RECEIVED

**Re:** ***CASE NO. 20-10343, BSA ET AL.***
**IRO Claimant [redacted] SST # [redacted] pro se**
**IRO Fee Waiver Request Decision (Denial) by Madam Trustee Houser-**
**REQUEST FOR REVIEW BY CHIEF JUDGE LAURIE SELBER SILVERSTEIN**
**APPEAL AND REQUEST FOR RECONSIDERATION DUE TO ERRORS BY TRUSTEE/TRUST ADMINISTRATIVE STAFF**

Dear Your Honor:

My name is [redacted] I write to you on the above referenced subject of Case No. 20-10343. I recently received on February 23, 2024, Madam Trustee Houser's Decision (1/12/24) to my timely-submitted IRO Fee Waiver Request and Claimant package of October 13, 2023.

I understand, although given with the most ambiguous and wholly-unassisted direction by both Trustee and the Trust Administrative staff, I am to directly request your review to what I believe you will find a severe injustice in Decision-- loaded with errors and reckless documented communications and actions and, *inaction*, by the Trust now levied me for nearly 5 months now.

In short, I seek your sober judgment on the facts I provided to date.

Your Honor, you shall also find that I gathered and cooperated almost *spontaneously* to every known and understood request by the Trustee/Trust and, in return such *quietly* dismissed my material inquiries and descriptive submittals. **My indisputable cooperation (has NOT been argued otherwise from the Trust) in the nearly 4 years I invested in this very difficult case, along with erupting my personally direct abuse held deep beneath its scars, well, the record speaks for itself.**

As I deeply respect your time and, you, Your Honor, I have attached Exhibits in **APPENDICES A-D** and shall refer to each accordingly and essentially in *reverse Chronological Order* to emphasize the errors and *inaction* by Trust Administrative staff put forth to date on my timely IRO Fee Waiver Request and how such has been further destructive and debilitating upon me due to this injustice.

This request has waffled around within the Trust now for nearly 5 months. And, I have been advised by the Trust in late October 2023 that "*no more than 2 Fee Waiver Requests had been submitted to the Trust itself*".

Respectfully, if I knew four years ago what I know NOW in such Administrative failures and myopic and baseless decision-making, I likely would have continued to suffocate within me 45+ years of darkness and evil. Pure Fiery Hell. I stepped forward years ago for many reasons—the first—**absolutely being**---getting my day in court to directly face representatives of my Abusers. Your Honor, I encourage you and would be privileged for you to review my overwhelmingly comprehensive and intact Survivors Claim Package, w/ <u>all</u> exhibits, I timely submitted October 13, 2023.

And now through the errors and incredulous entrenched contaminated work of the Trust, it attempts to *quietly* and wrongfully *toss* myself like an old weathered chicken into a crowded heap in some chicken coop—a cute Matrix—stripping me and totally devoid of such above opportunity—like having a black ID number engraved onto your wingless wing and essentially *never* to be acknowledged formally for the detailed crimes and deviant abuses I lay out with great difficulty in my timely October submittal to the Trust.

Again respectfully, Madam Trustee is fathomlessly wrong in "her baseless opinion" in my waiver request marred by severe errors and ineptitude by her staff! As a result Your Honor, she seemingly attacks my credibility on my current "destitute financial condition" (NOT on my well-documented merits and history of Abuse in the BSA as a young boy) due to an injury I sustained in 2017. And yet she and her staff as shown in the Appendices outright refused to contact the verified sources and people provided over and over to the Trust whom share interest in my circumstance(s).

Your Honor--**My Honor**, Integrity and Courage is second-to-none! Madam Trustee's myopic decision letter is simply riddled with errors and has further crushed whatever spirit and "trust" I remain on this overwhelming lifelong matter.

Chief Judge Selber Silverstein, please find below such resourceful facts that I respectfully seek your trusted review and ruling upon:

<u>APPENDIX A</u> you will find a most *sterile* email and defiantly-telling "boilerplate CYA-script " of February 26, 2024, I received from a **"the usual Nameless person of the Trust"** whereby, in short, **<u>this person totally ignored additional vital supporting material delivered to the Trust further addressing areas noted by Madam Trustee in her decision I received only days prior, on February 23, 2024.</u>**

I will further explain in this correspondence on the material documents and their indisputable resource to Madam Trustee and the Trust **<u>(and importantly whether Madam Trustee was even given such material records by her Nameless staff person(s))</u>** but, for now Your Honor you will find in **<u>APPENDIX A</u>** following behind the above mentioned sterile and boilerplate email, the following records:

- **LETTER BY PHYSICIAN, MATHEW SEBASTIAN, MD; UNC HOSPITALS; DATED FEBRUARY 9, 2024**
- **3-PAGE AFFIDAVIT METICULOUSLY DETAILING FALSE CRIMINAL (ALL) CHARGES, A MATTER SPECIFICALLY RAISED BY MADAM TRUSTEE, SUBMITTED TO APPROPRIATE COURT IN NORTH CAROLINA. MADAM TRUSTEE AND THE TRUST <u>REFUSED</u> TO CONTACT MS. CARRAH FRANKE, ESQ. (NO REPRESENTATION IN OUR CASE-IN-CHIEF HERE YOUR HONOR) LITERALLY FOR 5 MONTHS THROUGH PRESENT DESPITE MY MULTIPLE CONSENTS. MORE TO BE SAID ON THIS BELOW.**

- **YOUR HONOR, NONE OF THE ABOVE DOCUMENTS—NONE OF THEM—WERE EVER REQUESTED BY THE TRUST OR THIS NAMELESS PERSON AND YET I SEAMLESSLY AND IMMEDIATELY PROVIDED TO MADAM TRUSTEE UPON MY RECEIPT FEBRUARY 23, 2024 OF HER BASELESS DECISION.**

**APPENDIX B** you will find my timely email response (w/ "Notice of Appeal/Request for Reconsideration") to Madam Trustee (**and** The Honorable Judge Michael Reagan whom I enjoyed our interfaces to date) of February 23, 2024, upon being handed her Decision the same day. My crippling astonishment to the document I believe is well established and respectfully stated in such.

The 3.20 pages of Decision are contained here as well. With key highlights noted.

**APPENDIX C** contains:

- My November 20, 2023, response to that same Nameless Trust person;
- **The above document contains the outright and continuing refusals by "this Nameless Person" to cooperate and provide some *remnant* of "name, ID or capacity" so that others representing my interests (i.e. Ms. Franke) to inquests raised by "same Nameless person" be made available, and informed, to further assist "same Nameless person" on this very private, gravely intrusive matter of sexual abuse sustained in the BSA as a young boy.**
- **The Trust November 16, 2023, email correspondence containing erroneous information by the Trust, including its incorrect assimilation of public records and reference to the very same false criminal charges previously mentioned in APPENDIX A and dockets backlogged in NC Courts for years now despite overwhelming evidence to the contrary, including multiple Affidavits from several witnesses and persons supporting myself. This "same Nameless person" should recognize that I, S. Clark, do not own the courts in NC as they attacked me as if I do! Then refuse with my consent to interface with those persons delivered to the Trust on my behalf. Ludicrous!!!**
- **My two (2) November 2, 2023, "spontaneous" email responses to "same Nameless person".**
- **The October 25, November 2, 2023 "Joint Q + A Red Edits Trust/[redacted] work product we collectively composed—contains 1-12 completed questions and answers in Joint form PER REQUEST OF THE TRUST.**

**APPENDIX D** contains a host of key and informative communications between parties from October 4-16, 2023, identifying, in particular, the following:

- **Sincere and mutual pleasantries shared between the very affable** The Honorable Michael Reagan and myself;
- **The promises, then failed commitments, of "same Nameless person" contacting me via telephone to discuss further the IRO Fee Waiver and all submittals to date;**

- **The acknowledgment by "same Nameless person" of myself being "right-in-the-middle of a serious surgery and recovery period, with heavy controlled sedatives, and then "same Nameless person" craps out their mutually agreed specific time commitments to contact "*when I am more clairvoyant*" due to the scheduled heavy sedatives daily use cycle during this period;**

- **The eventual *unilateral* decision and action by "same Nameless person" to then knowingly send me "homework to do while on major sedatives and painkillers at this very time....in lieu of previously scheduled teleconferences...and then, robustly refuse to work concurrently with my Caregivers at my side after ridiculously "same Nameless person" wrongfully identifying Caregivers as, Attorneys---despite clear and elementary-level written introductions by both myself and one Caregiver himself;**
- **The commencing of the Trust (which carried on for months through Present Day) to refuse to return telephone calls and/or schedule teleconferences with myself for us to mutually ensure all requested information is in place and, most importantly, WHO AT THE TRUST POST MY CONSENTS GIVEN PLANNED TO CONTACT MS. FRANKE AS BOTH SHE AND NC LAW REQUIRED. ALL NEGLECTED BY "SAME NAMELESS PERSON" UNDER THE TUTELAGE OF MADAM TRUSTEE.**

Your Honor, I am truly trying to be economical here with you on the egregious actions levied me by the Trust. I am **certain** the four (4) Appendices summarized above and attached behind here shall serve your *trusted* Review properly, as well as, my ethical and honorable IRO Fee Waiver Request delivered to the Trust way back on October 13, 2023.

Rather than assist the Abused Survivor(s), the Trust to date appears to focus on mostly immaterial and largely menial parts—all in the name (or "nameless" in my case) to just push papers along the way, not call claimants despite agreeing to and treat such as real Humans, not returning calls, dumping sloppily and shoddily written emails while requesting confidential and private information—**IN FACT, A DEED MADAM TRUSTEE HERSELF VOWED ON VIDEO WOULD NEVER BE DONE BY HER , OR THE TRUST, BUT AS YOU SHALL SEE YOUR HONOR THE ABOVE APPENDICES ARE LOADED WITH CONFIDENTIAL REQUESTS FOR INFORMATION---TO WHICH THE TRUST IMMEDIATELY WERE PROVIDED--AND MOSTLY ALL TO A "SAME NAMELESS PERSON" WHO APPARENTLY HAS DEVELOPED AN ACUTE ARTHRITIS IN THE DIGITS AS SUCH CALLS NO ONE—WHETHER THAT BE CLAIMANT(S), REQUESTING ATTORNEYS SUCH AS MS. FRANKE, LOCAL COURTS AND/OR OTHERS.**

In essence, this "same Nameless person" and respectfully, Madam Trustee herself, has *ordered* me to violate Ms. Franke's demands and requests of me to serve their own needs, not mine nor others! Incredulous for a seasoned and retired Civil Judge as Madam Houser to be derelict and not respect, and protect, the request of Attorney Franke to contact her directly to preserve one's constitutional rights!!! So troubling!

This is so flagrant at the Trust—and apparently from TOP-DOWN with the error-laden waiver decision.

So where do we all find ourselves in this ordeal? Well Your Honor, we find ourselves focusing on such irrelevant and ignorant areas such as those contained in the Decision, in the likes of:

[redacted] did not say what mean by being a "jr.".
I HAVE NOT USED NOR BEEN LABELED "A JR." SINCE I WAS APPROXIMATELY 7 YEARS OLD—YEARS PRIOR TO MY SERIES OF RAPES AND UNGODLY ABUSE IN THE BSA AS MICROSCOPICALLY DETAILED IN MY COMPREHENSIVE OCTOBER 2023 SUBMITTAL.

-[redacted] is receiving energy assistance...
WELL, IF I CANNOT AT PRESENT BE ABLE TO PAY THE ELECTRIC BILL DUE TO MY INJURIES SUSTAINED IN 2017 AND, BEEN APPROVED BY AGENCY, I AM PRETTY DARN SURE I DON'T HAVE $10,000.00-20,000.00 HANGING AROUND SOMEWHERE I FORGOT!

-[redacted] has zero income..at present...etc...
YOUR HONOR, I AM PRETTY SURE ...LAST TIME I CHECKED...ZERO= ZERO---AND ZERO ITSELF IS BELOW 200% OF THE FEDERAL POVERTY LEVEL. DUE TO MY CLINICAL RECORD AND DISABILITY I AM FULLY DEPENDENT ON RELATIVE FOR HOUSING AT SAME ADDRESS, FOOD ETC---THIS IS TRULY DIFFICULT FOR ME TO EXPERIENCE SUCH—AND YET IT APPEARS I AM RIDICULED BY THE TRUST. SEE APPENDIX A FROM PHYSICIAN THAT I AM UNAWARE IF MADAM TRUSTEE EVER RECEIVED!

THE "SAME NAMELESS PERSON" REFUSES TO ANSWER SUCH QUESTION!!!

-[redacted] also owns a 2004....2004...Cadillac vehicle....
RIDICULOUS FOR ONE THING IN AND BY ITSELF---BUT RESOURCEFUL AS WELL--SUCH VEHICLE WAS "GIFTED" BY ME SOMETIME PRIOR TO 2018 TO A NIECE...FOR USE AT COLLEGE....OVER 6 YEARS AGO AND POST MY 2017 PEDESTRIAN INJURIES...THANKS TO MADAM TRUSTEE *I JUST LEARNED* THAT MY NIECE NEVER TOOK OUT OF MY NAME SINCE THAT TIME....BUT....EVEN MORE HOLLOW OF A COMMENT IN THE DECISION.....THE VEHICLE HAS BEEN SIDELINED I AM TOLD DUE TO REQUIRED MECHANICAL REPAIRS FOR OVER 16 MONTHS BY FAMILY MEMBER AND, THE SALVAGE VALUE OF THE VEHICLE IS <$950.00. THIS SADLY STILL DON'T GET US TO THE 2 PAYMENTS OF $10,000.000 "SAME NAMELESS PERSON" SO WHY EVEN MENTION IT---UNLESS ITS A POWER SWING LEVIED TO THOSE IS A LESS THAN DESIRED AND DIRE SITUATION(S).

I AM NOT A PERFECT HUMAN. AND IF I AM UNAWARE OF SOMETHING LIKE THE ABOVE, FOR 6 YEARS—I CANNOT STRAIN AND PASS IT THROUGH MY BOWELS! CERTAINLY, NO GOOD DEED GOES UNPUNISHED FROM "SAME NAMELESS INEPT PAPER PUSHER" UNDER MADAM TRUSTEE'S STEWARDSHIP.

-[redacted] has $2500.00 in savings account..."did not provide 2023 bank records"...
WELL HERE AGAIN YOUR HONOR, I STILL REMAIN WITH APPROXIMATELY $2,500.00 AND..YOU WILL IDENTIFY IN APPENDIX C I WAS ASKED TO PROVIDE YEAR 2022 BANK STATEMENTS ...2022...FROM "SAME NAMELESS PERSON" AND,,,,,IMMEDIATELY DID UPON MY RECEIPT FROM MY BANK...THIS WAS ALSO ONE ISSUE THAT WAS SUPPOSED TO BE DISCUSSED MUTUALLY WITH THAT "SAME NAMELESS PERSON" BUT THAT PERSON *UNILATERALLY* WAS A NO-SHOW TO THE AGREED MEETING THEN VANISHED LIKE A BAT OUT OF HELL!

---

YOUR HONOR:

**I DON'T LIE. I DON'T STEAL. I HAVE A ZERO CRIMINAL CONVICTION RECORD (EXCEPT PERHAPS A SPEEDING TICKET OVER 35 YEARS AGO!!!) I HAVE NEVER TAKEN ANYONE'S PROPERTY OR OTHER W/O FIRST COLLABORATING WITH AND AGREEING. NOTE APPENDIX A (JUST ONE OF SEVERAL AFFIDAVITS CONTAINED). I AM DISABLED (COMMENCING 2019). I HAVE NEVER COMMITTED PERJURY—NEVER!!! I AM FINANCIALLY DESTITUTE AT PRESENT DUE TO MY SUSTAINED INJURIES FROM 2017.**
**I HAVE BEEN MOST HONORABLE AND 100% TRUTHFUL TO THE TRUST, TO MADAM TRUSTEE, TO THE AFFABLE JUDGE REAGAN—AND EVEN TO THIS DERELICT "SAME NAMELESS PERSON". I AM A SURVIVOR OF BSA CHILD-YOUTH RAPES AND UNGODLY ABUSE IN NEW JERSEY, NEW YORK AND POSSIBLY DELAWARE. AND I AM TRUTHFULLY *FURIOUS* AT THE MERITLESS CHALLENGES TO MY CHARACTER AND INTEGRITY THAT I BELIEVE MADAM TRUSTEE, AT MINIMUM, WAS HANDICAPPED WITH AS HER STAFF HAS REFUSED TO CONTACT THE VERY SAME PEOPLE WHO WELCOMED SUCH CONTACT ON MY BEHALF—IN ADDITION TO NOT CONTACTING DIRECTLY MYSELF TO ASSIST AS NEEDED RATHER THAN JUST PUSH PAPERS, NEGLECT SUBMITTED VITAL MATERIAL EVIDENCE, *UNILATERALLY* CANCEL AGREED TELECONFERENCES AND, JUST SIT OUT SANDS OF THE HOUR GLASS ONE GRANULE AT A TIME IN THEIR CUTE LITTLE REMOTE HOME SETTINGS AND ALLOW ABUSE SURVIVORS TO BE FURTHER AND HORRIBLY ABUSED BY THE TRUST ITSELF.**

**THERE IS NOT A SCINTILLA OF UNTRUTH OR OTHER "QUESTIONABLE" RESPONSE PROVIDED TO THE TRUST BY [REDACTED] AND FOR MYSELF TO EVEN HAVE TO MAKE SUCH CLEAR TAKES ME BACK TO THE DAYS OF A YOUNG BOY AND MY ABUSIVE TIME IN BSA AND SUCH EVIL ATTACHED TO IT.**

**YOUR HONOR, MY PRO SE REQUEST OF YOUR REVIEW CRIES FOR YOUR JUDGMENT AND JUDICIAL SKILL SET.**

FURTHERMORE, I FIRMLY BELIEVE IF [REDACTED] IS DEEMED INELIGIBLE IN THE FEE WAIVER STRUCTURE DEVELOPED AND APPROVED BY THE COURT, THEN IT IS PRACTICALLY INCONCEIVABLE THAT ANY SURVIVOR CLAIMANT WOULD BE. AND IT APPEARS NONE HAVE. ZERO INCOME = ZERO INCOME. LIMITED ASSETS AND $2500.00 SAVINGS APPEARS A BIT SHORT TO $20,000.00. <200% FEDERAL POVERTY LEVEL IS A LEVEL I HAVE NEVER FACED ONLY UNTIL A FEW YEARS AGO----YOUR HONOR I BELIEVE YOU WILL LIKELY FIND THAT NO ONE—NOT A ONE ELIGIBLE SURVIVOR, HAS BEEN APPROVED FOR THE WAIVER DESPITE MEETING ELIGIBILITY CRITERIA AND THIS PROCESS WAS JUST THAT---A PHONY PROCESS FROM THE GET-GO THAT LOOKS EQUITABLE AND SPECTACULAR ON PAPER---BUT IN PRACTICE WAS EXECUTED IN CONTRAST OUTSIDE YOUR RESPECTED PURVIEW.

**I AND OTHERS FIND IT IS IMPRACTICAL FOR MADAM TRUSTEE TO DENY MY FULLY ELIGIBLE IRO WAIVER AND SUPPORTING INFORMATION AND PERHAPS FIND ANOTHER MORE "QUALIFIED AND ELIGIBLE" SURVIVOR CLAIMANT---AND WE ARE UNAWARE OF A HEADCOUNT ELIGIBILITY LIMIT FROM 0-1. MY CURRENT CIRCUMSTANCE(S) IS INDEED WHAT I INHERENTLY ARRIVE WITH FROM MY PERMANENT INJURIES SUSTAINED IN 2017.**

Another injustice levied me is in order to make aware others of the additional questions to me by the "same Nameless person", so to simply assist and support the Trust further, I was forced to disclose to at least 6-7 people some elements of my abuses sustained while in the BSA—a deeply-housed scar within for for over 45+ years. I needed to, regretfully, so that these persons (i.e. Ms. Franke) would know WHO and WHY someone from the Trust would be contacting them.

Of course as we now know Your Honor, the Trust **never** contacted a soul despite my immediate consent given—and simply sat on my waiver request literally for months, until time expired and, the apparent inconvenience of my waiver request was a "low totem pole exercise not worthy to be acted upon with folk who wished to support me and, had the legal answers and reasons (i.e Ms. Franke) to immediately assist the Trust in such endeavors as warranted.

Again, after 45+ years, what a brutal inequity further inflicted upon me to disclose elements of my sexual abuse as a young Scout to these ½ dozen or so well-intended folk—all directly due to either the Trust's self-importance, incompetence, or both!

Your Honor I would like to close on the issue of-- *Hypocrisy*. *Perhaps Chicanery* as well at a level of extraordinary telling.

Several Twin Cities (Minnesota) very reputable business and news publications and outlets have raised inquiries and concerns, and filed lawsuits, both recently and not too distant past, with the MN Attorney General on the Otto Bremer Foundation (subsequently named "Trust"). In particular, much discussion, coverage and direct inquiries have dealt with the former Executive Director of the Foundation-Trust, Ms. Randi I. Roth, ESQ.

As you know, Ms. Roth is the *current* Claims Administrator here at the BSA Bankruptcy Case Settlement Trust. I pass or express no judgment upon Ms. Roth. In fact she appears to be a most pleasant of person.

However, these sources over time have associated Ms. Roth in her capacity as Executive Director at Bremer with "excessive and ballooning salaries...1,000%+ pay hikes...reportedly for 3 Trustees and herself...well beyond any acceptable Trustee-Philanthropy national benchmarks.....dubious accounting practices....disenfranchised grantees canceled by the Bremer Trust....excessive expense accounts and benefits....creative financing deals and verified nepotism...refusals to cooperate with law enforcement" and other questionable bad faith and lousy governance practices investigated by the MN State Attorney and, others. Some have claimed even "embezzlement by the Trustees due to creative accounting practices". Although I do not believe the latter has been proven yet, nor extinguished, both during and after Ms. Roth's tenure at Bremer.

Ms. Roth was terminated as Executive Director of the Bremer Trust by the Trustees.

However, since that time of Ms. Roth's termination, it is consistently reported by outlets that "Ms. Roth *refuses* to answer any questions on the matter...on her termination...refuses to return calls related to such inquiries....denies being terminated (at least initially) by the Bremer Trustees and, outright has gone 'quiet' to any and all allegations that have been associated and reportedly connected back to her from these same reputable outlet sources.

Your Honor, Why do I separate this and mention it?

The Answer. I point this out *primarily* due to the incredulous Chicanery and Hypocrisy being levied me to date through this BSA Trust. I would expect Ms. Roth has done "*some work*" on my file—I do not know for sure because that "same Nameless person" ***refuses*** to cooperate to date from the Trust. Is it possible--- while I answer each and every question levied me—and *spontaneously* I might add---with or without heavy sedatives infused within my bloodstream to boot during late October 2023, certainly there could **not** be 2 different rules for folk, could there be?

For sure there is **no** Ivory Tower dwarfing and shadowing the tiny Abuse Survivors and Lilliputians below and outside the Trust looking in, is there?

Of course, much like the Bremer Trust, other national outlets now claim "the salaries, benefits, expenses—the Goodies—all go the same way (at least at present) with **zero disclosure** of anyone at the BSA Trust, including that again of Ms. Roth."

**Respectfully Your Honor, you bet I am concerned. If and when you accept my invite and secure and peruse my October 13, 2023, timely package submittal maintained at the Trust, I am *certain* you will find Why! My opportunity to confront my Abusers' representatives lies at the bosom of the Trust. And now the goal posts are once again moved, again and again, upon the Survivor Claimants.**

*Additionally*, I encourage you to take a peek at the 3-4 'Town Halls" to date---if you don't see what others see—that being---unpreparedness, unable to answer simple questions, 20 minutes fluff-15 minutes useful content, ambiguous answers, what appears to be vivid disorganization by Ms. Roth (**NOT** Madam Trustee Houser I must emphasize) and other conspicuous observations—if you spot them Your Honor, "*trust me*" you are far from alone.

**Yes, indeed tough criticisms in a very serious inequity levied me on the waiver by the Trust!**

However, Chief Judge Selber Silverstein I can honestly say as I have studied your impressive presiding over this very complex matter, if it were not *but for* yourself being the emboldened line of defense in the administration of this BSA Trust, the fleecing of funds would have commenced long ago as you have already seen tricky attempts by myriad "Coalitions", "Consultants" and "law firms" and, but if not for you Judge any eligible Survivor would expect to receive a remuneration of perhaps $5.00 and ---a Boston creme donut!

On a truly personal note, I thank the Good Lord Chief Judge Laurie Selber Silverstein is navigating the Captain's Wheel and, clawed floodgates.

Your Honor, keeping it quite simple, I simply wish for my day in court and meet face-to-face to those who wish to represent Evil. And as pro se I shall be prepared and equipped to do so. Ms. Roth, Madam Trustee Houser, that "same Nameless person"--they all have *wrongfully stripped* of me of that forum for which the immense, deep and numbing wave of dread and anxiety to step forward nearly four years ago, as for me, was as Herculean as anything I ever did in my Life (**perhaps with the very exception of what you may read Your Honor of my rapes and abuse maintained by the Trust)** and I executed such in good faith and in the name of facing any adversary that comes my way to represent my Abusers.

To be recklessly cheated and wrongly thrown into The "Matrix Chicken Coop" because of gross errors and false assumptions and opinions, despite the evidence I provided timely at all times to the Trust whether they asked for it or did not,-----to be penalized because of some "FEE WAIVER BOGUS PROCESS" assembled under the tutelage of Madam Trustee's staff, that itself I and others believe is criminal and, possibly unbeknownst to the court.

I did not and do not have the grand luxury or a nice employment severance package framed within a tight Non-Disclosure Agreement perhaps like Ms. Roth to go and stay underground and evade or not answer questions—again with without heavy sedatives as acknowledged by the Trust--and yet, here we are with all the pomp and circumstance, chicanery and hypocrisy dealt to at least 1 Survivor I know of—wildly free-flowing now for 5 months and without a safety valve! Until now! And for that I am much grateful.

I have done my very best with **all** asked of me. And I have complied both spontaneously and, comprehensively to each and every request I am aware of from the Trust. And those who support me have done the very same despite being totally ignored and not contacted as needed by that "same Nameless person". It was as if I and others have treated like, Lepers!

I respectfully request your trusted review Judge Selber Silverstein. I am thirsty and most hungry for whatever adversaries attempt to defend these heinous people and pedophilia acts—which have ruined my Life as described in my package submittal to the Trust. And the homosexual insatiable and deviant desires upon other young boys primarily by such protected predators.

You Judge have the powers to effectuate that process and immediately *perfect* the insidious errors put forth by the Trust in my waiver eligibility and approval—and based on the facts and none other in the my record—and not just to myself as likely there are other Survivor Claimants being disenfranchised and "chicken-cooped" by the Trust. Feathers and all!

Lastly, I thank your most capable and polished **Judicial Assistant, Ms. Cacia Batts.** As margin-noted on Page 1 of the Decision in **APPENDIX B.** Ms. Batts provided to me what Madam Trustee did not—that is, simply a meaningful and proper avenue to make contact with the this court—a *simple* address for example. And for that I am grateful for Ms. Batts and your Staff Your Honor for being that trusted resource.

Warmest regards and **Courage, Ethics and Accountability,**

IRO BSA Survivor Claimant [redacted] pro se
**GOVERNING STATE: NEW JERSEY**

Colon Levore (Signature)
Caregiver, Witness #1

Nanette Dalton (Signature)
Caregiver, Witness #2

Encl. **APPENDICES A-D**

cc: The Honorable Barbara J. Houser, (Ret.), Trustee- McLean VA
BSA File
SC Medical File

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a copy of the foregoing document upon the Court and Trustee identified below by depositing a copy of the same in the custody of the U.S. Postal Service, first class postage prepaid, addressed as follows:

The Honorable Chief Judge Laurie Selber Silverstein
US BANKRUPTCY COURT FOR DISTRICT OF DELAWARE
**CASE NO. 20-10343, BOY SCOUTS OF AMERICA, ET AL.**
824 North Market Street
6th Floor
Wilmington, DE 19801

The Honorable Barbara J. Houser (Ret.), BSA Trustee
Scouting Settlement Trust
P.O. Box 50157
McLean, VA 22102

This the 6th day of March, 2024.

pro se

# APPENDIX A



# Deadline to Elect Independent Review Option (IRO) has passed

**From:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
**To:** "SC" <empiretreasures@nycmail.com>
**Date:** Feb 26, 2024 6:39:00 PM

The deadline to elect the Independent Review Option (IRO) was **February 23, 2024, at 5 PM EST.** In order to elect the IRO you needed to submit a completed Claims Questionnaire **AND** pay an initial nonrefundable $10,000 administrative fee (unless you obtained a waiver from the Trustee) by the deadline.

According to our records, you submitted a Claims Questionnaire electing the Independent Review Option but did not pay the initial $10,000 administrative fee or obtain a fee waiver. **As such, you have not met the requirements to participate in the IRO process and your claim will be processed under the Trust ("Matrix") process.**

To learn more about the Matrix option, please review the Claimant's Guide to the Trust ("Matrix") Claims Process.

If you have any questions, please contact IRO_Support@scoutingsettlementtrust.com.

Regards,
Scouting Settlement Trust Team

Regards,
Scouting Settlement Trust Team

---

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer.



mail.com

# APPEAL AND RECONSIDERATION DOCUMENT (MEDICAL/CLINICAL LETTER NEVER REQUESTED BY TRUST NOR COUNSEL CONTACTED AS COUNSEL REQUESTED) MADAM TRUSTEE/JUDGE MICHAEL REAGAN Re: S. Clark - IRO Fee Waiver Request

**From:** "SC" <empiretreasures@nycmail.com>

**To:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>

**Cc:** ClaimsAdminMJR@scoutingsettlementtrust.com, "empiretreasuresnycmail.com" <empiretreasures@nycmail.com>

**Date:** Feb 25, 2024 7:26:40 PM

## Subject: Dr. Sebastian letter ATTACHED FOR MADAM TRUSTEE

THANK YOU.

[redacted]

**Attachments**

- IMG_3742.jpeg

## Letter Details

UNC INTERNAL MEDICINE EASTOWNE CHAPEL HILL
100 EASTOWNE DR
FL 1 THROUGH 4
CHAPEL HILL NC 27514-2286

UNC HEALTH

February 9, 2024

[redacted]

Patient: [redacted]
MR Number:
Date of Birth: 8/18/1965

To whom it may concern:

[redacted]s under my care and has required the use of assistance with walking devices to ambulate commencing around January 2022 from an injury sustain in 2017. Please continue to work with him to provide him appropriate equipment for ambulation.
If you have questions, please do not hesitate to contact me.

Sincerely,

Mathew Sebastian, MD

*This letter was initially viewed by [redacted]t 2/14/2024 1:56 PM*

 ## ATTN: MADAM TRUSTEE--COURTESY RESEND OF 1:33 PM -- THANK YOU--S. CLARK, IRO TIMELY FILED CLAIMANT

**From:** "SC" <empiretreasures@nycmail.com>

**To:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>

**Cc:** ClaimsAdminMJR@scoutingsettlementtrust.com, "empiretreasuresnycmail.com" <empiretreasures@nycmail.com>

**Date:** Feb 23, 2024 6:56:44 PM

COURTESY RESEND FOR MADAM TRUSTEE (POSSIBLE SERVER ISSUE WAS RECEIVED AT 2:03 PM)----

**RESPECTFULLY, REQUEST FOR RECONSIDERATION ON NEWEST INFORMATION (NOT REQUESTED BY THE TRUST) AND FORMAL APPEAL TO TRUST AND THE COURT.**

**MADAM TRUSTEE, MY CREDIBILITY AND HONESTY IS SECOND TO NONE--ASK ANYONE IN MY LIFE AS THEY SHALL CONFIRM----I MYSELF HAVE SERVED AS AGENT WITH IMPECCABLE INTEGRITY LIKE YOURSELF AND JUDGE REAGAN.**

**I HAVE A ZERO CRIMINAL RECORD, MADAM. THAT IS A FACT AND ONE THAT SHALL REMAIN UNTIL MY GRAVE!**

THE COURTS IN NC, IN PARTICULAR, ARE QUITE DELAYED AND DOCKETS BACKLOGGED FOR SEVERAL YEARS.....NO ONE CONTACTED MS. FRANKE FROM THE TRUST AS SHE ANTICIPATED SOME TYPE OF CONTACT, MADAM.

THANK YOU KINDLY ALL---[redacted]

**Sent:** Friday, February 23, 2024 at 1:33 PM
**From:** "SC" <empiretreasures@nycmail.com>
**To:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
**Cc:** ClaimsAdminMJR@scoutingsettlementtrust.com, "empiretreasuresnycmail.com" <empiretreasures@nycmail.com>
**Subject:** APPEAL DOCUMENT (NEVER REQUESTED BY TRUST NOR COUNSEL CONTACTED AS COUNSEL REQUESTED) MADAM TRUSTEE/JUDGE MICHAEL REAGAN Re: [redacted] - IRO Fee Waiver Request

3 IMAGES ATTACHED ABOVE

----

Madam Trustee:

Respectfully, I am deeply disappointed in you. ***IF YOU DON'T ASK--ONE DON'T RECEIVE!!*** Additional court affidavit THAT NO ONE ASKED FOR BUT---YOU MADE AN IRRATIONAL AND QUICK-TRIGGER-INCORRECT DECISION ANYHOW , MADAM.

Please, don't be part of of THE BLIND PACK...THEY ARE A CONTAGION MADAM!!--be a SEASONED LEADER AS I KNOW YOU TO BE. My Life is already knocked back--please don't pile on with your myopic decision based on poor information and contaminated judgement!

Respectfully, 

**Attachments**

- IMG_3678.jpeg
- IMG_3679.jpeg
- IMG_3684.jpeg

# ***AFFIDAVIT OF DEBORAH LABRIE***

I, Deborah LaBrie, hereby attest that [redacted] has been my Agent (formerly "Attorney-in-Fact" in NC) for over twenty (20) years. In 2020 a once-in-a-lifetime Pandemic of the Corona Virus, Covid-19, began and I did not understand the Federal Pandemic Unemployment Assistance (PUA) Program.

Because of my misunderstanding of such a difficult program, I panicked when I received a "payment due" from NCDES in August 2021. I subsequently learned that such "payment due" was improper and made in error by NCDES and *immediately* withdrawn and removed by NCDES, pursuant Federal mandate for NCDES errors. Due to my panic, I did not allow my Agent [redacted] upon receipt the time to resolve this matter, as he has administered such my affairs in the past.

My Agent [redacted] has committed no crimes on my behalf that I am aware for the Federal PUA benefits and associated NCDES account, commencing in March 2020. Despite my full-blown panic and reactions to an alleged debt, my confusion and my misunderstandings on such administrative tasks, within days of receiving such erroneous NCDES paperwork, I spoke to NCDES and a Wake County Government Employee/Official on my not understanding and concerns with such disturbing paperwork. I did NOT wish to press any charges against my Agent and told this Official the very same. And I specifically stated to this same Official *"I did not understand any of this matter of pandemic benefits stuff…"*. I was later frightened by this official when I did not cooperate with him.

Subsequently, as I again told this Official in October 2021 I do NOT want to press charges, this Official (I did not know this at the time but later learned as noted below) pressured me, manipulated me and, lied to me about this debt that was made in error by NCDES. "He" continued to say things to me that turned out to be NOT true, and deeply false. He tricked me, and then informed me of –"*some charges withdrawal paperwork I would have to fill out*"— but then "He" stated –"*You must press charges Ms. LaBrie...if you don't, you have to pay the money back yourself, do you understand that, so it's either pay the money or press charges today…*".

What I did NOT know in this August - October 2021 time period with the Official is that Scott, my Agent, *timely* filed on May 10, 2021, 4+ months prior, an Administrative Appeal *immediately* with NCDES on *my* behalf. What I also did NOT know then but do now is that NCDES has fixed its errors sent to me and [redacted] as they stated to my Agent "*we are swarmed with work...the payment due statement is in error, Sorry….we are many many months behind in hearing appeals due this error…and other claim management tasks* ".

To this very day, NCDES has abandoned my Agent's appeal from May 2021 (initially I read NCDES lost it and could not locate it, but subsequently did locate the May 10, 2021 submittal) and continues to refuse to cooperate and resolve the matter.

DL1

Due to such obstacles by NCDES, including the manipulation of me by the above County Official, I learned my Agent reached out to my (and his) United States Senator and United States Congressman constituent offices and advised them of this abandonment by NCDES and their refusal to release my wrongly held back benefit monies owed to me through my Agent. Upon investigation by the Congressional constituent staff, my eligibility under the Federal PUA program was well, again verified—but NCDES remained in silence and in hiding to resolve the matter and release my benefit monies. Additionally, my Agent [REDACTED] I learned, directly inquired through his authorities in writing to **NC Secretary of Commerce, Machelle Baker Sanders, former NC State Auditor Beth Wood and, my Governor, Roy Cooper**. This was sent and received by all aforementioned on July 22, 2022. And also on numerous subsequent efforts in writing. Incredulously, all above identified has been silent and totally unresponsive to [REDACTED] and counsel, representing [REDACTED] or the actions instigated by the Wake County Official.

Furthermore [REDACTED] has been falsely charged, false arrested, and materially damaged from such errors by NCDES and the same County Official who outright lied to me and coerced me to do something I clearly told "HIM" I did NOT want to do.

NCDES has abandoned my Administrative Appeal for nearly 3 years now— their incompetence and ongoing errors to not resolve this ordeal, as well as the actions by this County Official is Bureaucracy at its very worst— as I was tricked and pressured, as noted above by this Official.

I shall allow those persons serving my interests to continue their progress and fight for myself and [REDACTED]

No one of NCDES-NCDOC has chosen to cooperate (they have even been directed by the Federal Government in 2022 to do so by Congressional mandate but still refuse to comply)-- or even do their job and and conduct now a 3-year old stale and molded Administrative Appeal (that NCDES itself requires pursuant the law) that remains disgustingly unheard by the State.

This unmanaged ordeal, and all resulting from it, requires that any and all information on this matter, my affidavit, my Agent, and/or my being victimized and abused by NC Government Representatives, you are required to contact the following counsel:

**MS. CARRAH B. FRANKE, ESQ.**
**919.792.5400 // 919.792.5464**

**OR**

**THE OFFICE OF GOVERNOR ROY COOPER**
**919.814.2000**

I nor my trusted Agent, [redacted] are to be contacted as I assist Ms. Franke in this matter in any form requested of or through Ms. Franke as Defense Witness.

*I so certify this, my Affidavit.*

[redacted]

**Deborah LaBrie (Signature)**

===============

# APPENDIX B

**Sent:** Friday, February 23, 2024 at 1:14 PM
**From:** "SC" <empiretreasures@nycmail.com>
**To:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
**Cc:** ClaimsAdminMJR@scoutingsettlementtrust.com, "empiretreasuresnycmail.com" <empiretreasures@nycmail.com>
**Subject:** Re [redacted] - IRO Fee Waiver Request
February 23, 2024

Madam Trustee and Judge Reagan:

This is [redacted] claimant. I was just provided this email today as I am advised it was held in a "spam filter" unbeknownst to myself and Caregiver.

Madam Trustee, your understanding noted in the decision is clearly invalid. **And, I submitted 100% of all records and responses asked of me. My Caregiver also agrees. Your basis is incorrect. Please review what was asked of me and applicable years, periods etc. You "shall" find you are in error. Please again review w/ staff.**

Respectfully, I **APPEAL** such decision. I am literally destitute. Destitute-- Madam. I am also advised from Attorney Franke that NO ONE FROM THE TRUST has contacted her as directed due to the open matter. No One.

Madam Trustee, your decision is simply provably inaccurate and, debilitating.

I **APPEAL** this decision to the IRO **and** Bankruptcy court and shall make myself available as needed to properly defend myself. My privacy on this very, very difficult matter has already been assaulted (BY THE TRUST I BELIEVE) as it was **necessary AND etiquette** to advise Ms. Franke that the Trust "may" be contacting her as required by her, Ms. Franke. And, yet the Trust did not do and has NOT ACCEPTED MY PROVABLY ETHICAL RESPONSE WITH HIGHEST OF HONOR.

Then claims falsely I did not comply and ridicules myself for following the advice of counsel as counsel made herself wholly available to the Trust.

Pretty disheartening and disenfranchising I must add. I don't have $10,000 Madam Trustee...I don't have $3,000. And you are incorrect on 6129 Charleycote as well--**your** purported information is wrong. All the respect nevertheless---**I APPEAL.**

Warm regards,

[redacted]

**Sent:** Friday, January 12, 2024 at 5:50 PM
**From:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
**To:** "SC" <empiretreasures@nycmail.com>
**Subject:** [redacted] - IRO Fee Waiver Request
Dear [redacted]

Please see attached Decision of the Trustee regarding your IRO Fee Waiver Request.

Regards,
Scouting Settlement Trust Team

---

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer.

**Scouting Settlement Trust**
**Decision of the Trustee Regarding Fee Waiver Request of Claimant S. Clark**
**January 12, 2024**

This decision concerns a Fee Waiver Request Form submitted by Claimant [redacted] "Claimant"). Claimant is not represented by an attorney; instead, he is representing himself "pro se." For the reasons stated below, the Trustee denies Claimant's requested fee waiver.

**Background**

The Trust Distribution Procedures ("TDP") provide Direct Abuse Claimants with an opportunity to have their claims evaluated by an independent neutral, described in the TDP as a retired judge with tort experience (the "Neutral"). This option is called the Independent Review Option ("IRO"), and the result of this evaluation process by the Neutral is intended to replicate, to the extent possible, the amount a reasonable jury might award for the particular Direct Abuse Claim, taking into account the relative shares of fault that may be attributed to any parties potentially responsible for the Direct Abuse Claim "under applicable law and applying the same standard of proof that would apply under applicable law." TDP Art. XIII (A).

Not Accurate - unless waived (on Documentation)

To elect this option, a Direct Abuse Claimant must pay two $10,000 "administrative fees" to the Trust. These fees are explained in the TDP. *See* TDP Art. XIII(G)(ii). Specifically, the TDP, which governs the IRO process, provides:

> G. **Requirements for Obtaining a Settlement Recommendation.** To obtain a Settlement Recommendation, each Direct Abuse Claimant who proceeds through the Independent Review shall provide the following:
>
> ...
>
> (ii) Payment to the Settlement Trust of an administrative fee in the amount of $ 10,000 at the time of the election for Independent Review Option and a further additional administrative fee in the amount of $10,000 immediately prior to the Neutral's review. **The Settlement Trustee shall have the authority to waive administrative fees in appropriate cases, based on the circumstances of the Direct Abuse Claimant**. To the extent a Direct Abuse Claimant is dissatisfied with the Settlement Trustee's decision on waiver of fees, such decision will be reviewable by the Bankruptcy Court. Any Direct Abuse Claimant that elects not to proceed with the Neutral's review after the opportunity to pursue discovery shall not be required to pay the second $10,000 and shall not be precluded from pursuing their claim under the TDP (as if no election to pursue an Independent Review Option had been made).

Zero Guidance By Trust To This Court — Not even An Address "Bum's Rush Response

TDP, Article XIII.G.(ii) (emphasis added). The payment of these administrative fees is designed to offset the cost to the Trust of employing the Neutral to evaluate the claim.

To apply for a waiver, a Direct Abuse Claimant is required to submit a "Claimant's Fee Waiver Form" to the Trust. The waiver form is required to be signed under penalty of perjury, and it asks detailed questions about a Direct Abuse Claimant's income, expenses, employment history, assets, and liabilities.

Claimant's fee waiver request is timely.

**Applicable Standard**

As detailed in the Claimant's Guide to IRO, claimants must separately request a fee waiver before each $10,000 administrative fee is due to the Trust, as a claimant's financial circumstances may change in the interim. Here, the Claimant correctly seeks a waiver of the first $10,000 administrative fee.

While the Trustee has the authority to waive an IRO administrative fee "in appropriate cases, based on the circumstances of the Direct Abuse Claimant," TDP Article XIII.G.(ii), waiving these administrative fees places a financial burden on the Trust that is borne by all Trust beneficiaries as the Trust will presumably be required to pay the Neutral out of the Trust's assets. Given this, the Trustee is required to consider Claimant's "circumstances" by carefully evaluating his submissions concerning his financial condition to understand if he qualifies for an IRO administrative fee waiver.

The Trust has reviewed in detail Claimant's waiver form, the documentation he submitted to support the form, and his November 2, 2023 and November 20, 2023 emails in response to clarification questions asked of him by the Trust. Claimant describes himself as "currently not independent." He reports monthly income of $23 and monthly expenses of $190. He represents that he has not been employed since 2017 due to a "pedestrian injury" that has left him permanently disabled since 2019. He further represents that he has never received governmental assistance and that he has no other sources of monthly income. Claimant represents that he has $2,500 in a savings account as of December 2022, as well as a checking account balance that received deposits ranging from $200 to $5,191 in 2022, both accounts at Wells Fargo. He provided no bank statements for 2023. He represents that he does not own a home or other real estate, but that he owns outright a 2013 Chrysler valued at $7,000. To further support his waiver form, Claimant provided documents showing that he qualified for a pharmacy assistance program on June 23, 2023 and is eligible for that program until June 23, 2024 and that he qualified for an energy assistance program in April 2023. However, Claimant provided no information on what the eligibility requirements are for either program.

The Fee Waiver Request Form requires claimants to submit two years of tax returns which Claimant did not do. Instead, Claimant asserts that he was not required to file tax returns because "per IRS guidelines, [he is] not required to file as [he does] not meet threshold."

In addition, on October 13, 2023, Claimant submitted his completed Claims Questionnaire, which he signed under penalty of perjury. In his Claims Questionnaire, Claimant states that, within the last ten years, he has not been convicted or pled guilty to (1) crimes involving taking or attempting to take money or other property that belonged to someone else, or (2) crimes involving perjury or making false statements. In addition, in an email dated November 2, 2023, Claimant stated that within the last ten years he had not (1) been "accused of or charged with a crime that involved attempting to take money or property that belonged to someone else" and (2) "been accused of or charged with a crime that involved perjury or making false statements."

In analyzing Claimant's waiver request and related information, the Trust found several discrepancies, which cast doubt on the accuracy and completeness of the information provided by him. For example, Claimant reports that he owns no real estate, but public records show him as an owner of a house valued at over $500,000 in Raleigh, North Carolina. When asked about this property, Claimant insists that one of his relatives owns the house and that he is "a jr." Claimant further explains that he is "dependent on that relative." Notably, Claimant did not list himself as a "Jr." in either his completed Claims Questionnaire or his Proof of Claim form, the latter of which specifically asked whether he was a "Jr., Sr. or III." To date, Claimant has been unable to explain the significance of being "a jr." in the face of public records showing him to be the owner of the house in Raleigh, North Carolina, nor has he provided any documentation showing that someone else actually owns the house. In addition, while Claimant disclosed that he owns a Chrysler vehicle worth $7,000, public records also indicate that he owns a 2004 Cadillac Escalade.

Moreover, Claimant initially responded "no" when asked whether, in the last ten years, he had been "accused of or charged with a crime that involved attempting to take money or property that belonged to someone else" or (2) "been accused of or charged with a crime that involved perjury or making false statements." The Trust questioned Claimant about the accuracy of these answers in an email dated November 16, 2023, specially noting that public records report that he had been charged with "identity theft, obtaining property under false pretenses and misdemeanor larceny." In response, Claimant vehemently denies that he has a criminal history and asks the Trust to reach out to his attorney who is representing him in connection with those charges. Although Claimant explains that the charges were dropped and that they resulted from complaints of a "disgruntled family member," he has not provided any documentation corroborating his denials or the actual status of these charges. ← Totally Untrue

In addition, the limited bank account information provided by Claimant is more than a year old and no current information was provided. No explanation was provided for Claimant's failure to provide current bank statements in support of his fee waiver request. ← Totally Untrue

Given these discrepancies, the Trustee lacks confidence in the accuracy and completeness of the information provided by Claimant in support of the requested fee waiver. Public records examined by the Trust in its review of the fee waiver request indicate that the Claimant has assets that would enable him to pay the administrative fee in order to proceed with an IRO election. ← Totally Untrue

Accordingly, the Trustee denies Claimant's request for an administrative fee waiver. If Claimant wishes to proceed with his IRO election, he must pay the first $10,000 administrative fee no later than February 16, 2024, at 5 p.m. EST. Claimant must request IRO payment instructions by emailing iro_support@scoutingsettlementtrust.com no later than February 8, 2024. Failure to elect the IRO *and* pay the administrative fee by February 16, 2024, at 5 p.m. EST will result in Claimant's IRO claim being converted into the Trust's ("Matrix") Claims process instead of the IRO process. If Claimant wishes to have his IRO claim converted into the Matrix Claims process instead of the IRO process before the February deadline, he may inform the Trust via email iro_support@scoutingsettlementtrust.com.

This decision and the documentation submitted in conjunction with Claimant's fee waiver request will remain part of Claimant's file and be considered during the evaluation of the merits of Claimant's claim, regardless of whether he continues with his IRO election or proceeds in the Matrix Claims process.

Prepared For Trial! I would like to face those who Defend My Abusers!

*Hon. Barbara J. Houser (Ret.)*

Trustee, BSA Settlement Trust

# APPENDIX C


## 2 inquiries and answers to 11/16 Trust Representative inquiry--S. Clark

**From:** "SC" <empiretreasures@nycmail.com>
**To:** "IRO Scouting Settlement Trust" <iro_support@scoutingsettlementtrust.com>
**Date:** Nov 20, 2023 12:23:11 PM

November 20, 2023,

Good Monday morning. Thank you for correspondence.

Regarding the inquest, please note:

1. I am a "Jr.".

2. I believe in my submitted and "executed under perjury" SST Survivor Questionnaire of October 13, 2023, I was asked, and then answered, whether I have been convicted of crimes.

Additionally, what is provided below, SHALL be either dismissed or disposed of as 100% false charges made by a disgruntled family member whom has been arrested.

**LET ME BE CLEAR--I HAVE NEVER, EVER, ACTED IN ANY FORM, FASHION OR ANY WAY (NOR RECEIVED ANY BENEFIT OF ANY KIND, DIRECTLY OR INDIRECTLY) IN SUCH FALSE CLAIMS LEVIED ME OF IDENTITY THEFT, FALSE PRETENSE. MISD. LARCENY OR........ANY OTHER CRIME (w/ the exception of a speeding ticket I believe 30+ years ago. PERIOD! AND MY RECORD UNDERSCORES THIS FACT!**

You may contact my counsel below who IS ARRANGING DISMISSAL/DISPOSAL OF THESE FALSE CHARGES BY DISGRUNTLED FAMILY MEMBER AND THE AFFIDAVITS COUNSEL MAINTAINS IN THIS MATTER:

Ms. Carrah B. Franke, ESQ.
919.792.5464

100% Ignored By Trust on Deeply Private matter.

Please provide me here the FIRST AND LAST NAME AND CAPACITY of the Trust Representative seeking and writing this inquiry so that I may make Ms. Franke aware and provide consent as warranted. MY RESPONSES UNDER PERJURY SUBMITTED TO THE TRUST ON OCTOBER 13, 2023, STAND TALL AND ARE 100% ACCURATE AND TRUTHFUL.

Lastly, I believe the aforementioned speeding infraction of 30+ years ago--I was found NOT GUILTY.

Please honor and be discreet with this HIGHLY SENSITIVE AND PERSONAL ABUSE SURVIVOR details and claim AS IS MY PARAMOUNT MANDATE, PLEASE.

Upon receipt, I will provide your name and capacity to Ms. Franke accordingly so she may confer with you as deemed.



# IRO Fee Waiver Form Follow Up

**From:** "IRO Scouting Settlement Trust" <iro_support@scoutingsettlementtrust.com>
**To:** "empiretreasures@nycmail.com" <empiretreasures@nycmail.com>
**Date:** Nov 16, 2023 5:54:42 PM

Dear [redacted]

Thank you for your responses. We have a few follow up questions:

1. According to Wake County public records, you are listed as the property owner for 6129 Charleycote Dr, Raleigh, NC. Please explain this ownership.
2. You stated in your prior correspondence that you've never been criminally charged. The 2021 Case Summaries linked here state that you were charged with identify theft, obtaining property under false pretense, and misdemeanor larceny. Please provide additional details on these charges and any other charges you may have against you.

You will receive a request for a secure file transfer email from jennifer.r.rowe@pwc.com shortly. Please follow the attached instructions and upload your bank statements from 2023.

Thank you in advance for your responsiveness.

Regards,
Scouting Settlement Trust

--------------- Original Message ---------------
**From:** SC [empiretreasures@nycmail.com]
**Sent:** 11/2/2023, 5:17 PM
**To:** iro_support@scoutingsettlementtrust.com
**Subject:** RED TEXT COMPLETE RESPONSES-- IRO Fee Waiver Form Follow Up

Hello...I was able to respond immediately here upon receipt this eve. For clarity, SEE COMPLETE RESPONSES BELOW IN **RED TEXT.**

***As a reminder, I wish to be discreet with this very difficult undertaking. This is paramount. Appreciate all you do.***

Thank you,

[redacted]

**Sent:** Thursday, November 02, 2023 at 7:28 PM
**From:** "SC" <empiretreasures@nycmail.com>
**To:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
**Subject:** Re: IRO Fee Waiver Form Follow Up

Hello...this is [redacted]. I just received this correspondence **this evening.** I shall review immediately and respond w/in 24h or less via this portal.

Thank you very much.

[redacted]

**Sent:** Wednesday, October 25, 2023 at 1:54 PM
**From:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
**To:** "SC" <empiretreasures@nycmail.com>
**Subject:** IRO Fee Waiver Form Follow Up

Dear [REDACTED]

While in the process of reviewing your Fee Waiver Form, we noticed some required documents were not provided. To finalize our evaluation, we have the following questions:

1. The submitted Fee Waiver Form indicates that you do not own a home or other real estate assets. According to publicly available information, it appears that you are associated with a home at [REDACTED] What is your connection to this property? Do you own or have you ever owned the property? If so, please provide details. Property owned by relative. I am dependent on relative as noted below.
2. The Claims Questionnaire indicates your address is [REDACTED] The Fee Waiver Form also indicates that you do not pay any monthly rent. What is this property and how are you associated with it? Above mailing address CONFIRMED. I have zero income and correct I pay zero rent as noted in #1 above.
3. In the past 10 years, have you ever been accused of and or charged with a crime that involved attempting to take money or property that belonged to someone else? Examples include theft of money or property, forgery, counterfeiting, identity theft, shoplifting, burglary, robbery, welfare fraud and arson. If so, please explain. No.
4. In the past 10 years have you been accused of and or charged with a crime that involved perjury or making false statements? If so, please explain. No.
5. The submitted Fee Waiver Form indicated that you were not employed during the year. In a recent conversation with Judge Reagan, you indicated that you are associated with an antique or thrift shop. Can you provide information on the business including business name, location, and your relationship (i.e., owner or employee) to the business? Please also include your salary and /or earnings. Additionally, please provide profit and loss statements for 2022 and 2023. Correct. Judge Reagan commented on my "memorable (to him)" email address and succinctly and correctly asked "if related to antiques or something similar?" I WAS associated with small enterprise involving antiques and furnishings prior to 2005, "empire treasures". I am NOT employed due to 2017 "pedestrian injury". I have zero salary, earnings and clinically diagnosed as permanently disabled since 2019. I receive zero government benefits of any kind and, never have in my entire life.
6. Publicly available information indicates that you have been associated with SM. Consultations and Oakite Products. Please describe your relationship with these entities, time periods and earnings, if any. Oakite Products thru 1990. SM Consultations, ended in 2014.
7. The submitted Fee Waiver Form indicates that you "lost income due to being pedestrian hit by moving vehicle in the form of truck". Can you provide details of the incident and how it impacted your ability to work or earn a living? See #5. Pedestrian hit by box truck in 2017. Permanent sustained and documented lower half injuries.
8. The Fee Waiver Form indicates that you are "currently not independent". Please provide details of how you lost your independence and how it impacted your ability to work and earn a living. See #5 & #7. "Pedestrian injuries" sustained in 2017, clinivally diagnosed with permanent injuries as noted above in 2019. Physically impossible to return to previous work activities per physicians/surgeons resulting IN COMPLETE DEVASTATION OF MY LIFE IN ALMOST ALL AREAS, INCLUDING FINANCIALS.
9. The Fee Waiver Form indicates that you only have $23 a month in income and monthly expenses of $190. How do you support or pay for your living expenses? See #1 above. I am 100% dependent at present.
10. Please confirm your social security number. Last 4 to completed submittal in Waiver form: 1987. (this email is not secure as previously submitted)

11. Please provide the following required documents:
   a. 2022 Federal and State Tax Return with supporting schedules, Per IRS guidelines, not required to file as not meet threshold.
   b. Quarterly Balance Sheets for 2023, NA
   d. Monthly or quarterly profit and loss statements for 2023. NA (zero earnings, zero profit, zero loss).
12. Please provide copies of the following documents:
   a. Monthly bank statements for 2022, Yes, will upload upon securing as requested.
   b. Monthly investment (securities) accounts, if any, for 2022 and 2023. NA.

Thank you in advance for your responsiveness.

Regards,

Scouting Settlement Trust

---

**Attachments**

- Secure File Transfer Guidance - IRO Payment Instructions_pdf.html

# APPENDIX D



# Re: Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

**From:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
**To:** "SC" <empiretreasures@nycmail.com>
**Date:** Oct 16, 2023 1:30:02 PM

The deadline to elect IRO has been extended from October 19, 2023 to February 16, 2024. The Trustee is reviewing your fee waiver and will respond promptly. It is possible that the Trustee will not respond until shortly after October 19, but given the extension of the deadline, your application for fee waiver is not at risk.

Regards,
Scouting Settlement Trust

**From:** IRO Support <IRO_Support@scoutingsettlementtrust.com>
**Sent:** Thursday, October 12, 2023 2:15 PM
**To:** SC <empiretreasures@nycmail.com>
**Subject:** Re: Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

We apologize that we were unable to contact you today at 3 or 3:15 PM. We will be in touch tomorrow to find a time that works.

Regards,
Scouting Settlement Trust

**From:** SC <empiretreasures@nycmail.com>
**Sent:** Thursday, October 12, 2023 11:43 AM
**To:** IRO Support <IRO_Support@scoutingsettlementtrust.com>
**Subject:** Fw: Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

Good Thursday---this is Claimant As promised, getting back w/ update. May I be contacted today to further assist you at 3 pm or 3:15 pm----if not convenient, I am available at some times tomorrow as well.

Best Tel NUMBER FOR ME TODAY & TOMORROW ONLY IS 919.612.1616 at location I am at recovering--please advise kindly

> **Sent:** Wednesday, October 11, 2023 at 8:38 PM
> **From:** "SC" <empiretreasures@nycmail.com>
> **To:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>

**Subject:** Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

**Sent:** Wednesday, October 11, 2023 at 8:30 PM
**From:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
**To:** "SC" <empiretreasures@nycmail.com>
**Subject:** Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

[REDACTED]

Thank you for your response and hope you are recovering well. We will be on the lookout for your response tomorrow.

Regards,
Scouting Settlement Trust

---

**From:** SC <empiretreasures@nycmail.com>
**Sent:** Wednesday, October 11, 2023 5:30 PM
**To:** IRO Support <IRO_Support@scoutingsettlementtrust.com>
**Subject:** Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

Hello...I just received...Thank you for acknowledging my surgery from yesterday..making strides...may I advise tomorrow as I am on heavy sedatives at moment due to aforementioned and wish to be "clairvoyant".[REDACTED]

**Sent:** Tuesday, October 10, 2023 at 3:04 PM
**From:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
**To:** "SC" <empiretreasures@nycmail.com>
**Subject:** Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

Mr.[REDACTED]

We understand that you spoke with Judge Reagan regarding your IRO claim and fee waiver. We also understand that you are in surgery today. We have a few follow-up questions on your fee waiver form. Could you please let us know a good day and time for a conversation to discuss our follow up questions?

Never Acted Upon By "Same Nameless Person"

Many thanks,
Scouting Settlement Trust

---

**From:** IRO Support <IRO_Support@scoutingsettlementtrust.com>
**Sent:** Friday, October 6, 2023 2:58 PM
**To:** SC <empiretreasures@nycmail.com>
**Subject:** Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

Hi [REDACTED]

We will be sending you a request to a secure file transfer for you to use to submit the form. You will receive this email from jennifer.r.rowe@pwc.com shortly, which will contain a file with wire transfer instructions. Please refer to the attached instructions guide if you have any questions about the secure file transfer process.

Thank you,

Scouting Settlement Trust

---

**From:** SC <empiretreasures@nycmail.com>
**Sent:** Friday, October 6, 2023 11:50 AM
**To:** IRO Support <IRO_Support@scoutingsettlementtrust.com>
**Subject:** Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

October 6, 2023

Dear Scouting Settlement Trust Author Below:

Thank you kindly for your note. I received it from Mr. Colon, Caregiver, this morning.

This is CLAIMANT [redacted] Also, this is MY email address on record. Mr. Colon does not represent me in the claim nor could he. He was assisting in a timely communication to the Trustee.

As requested, may I, S. Clark, Claimant, "timely" receive guidance to submit my executed IRO Fee Waiver Form/Affidavit of **9/27/2023.** Thank you for your trusted guidance.

[redacted]
Eligible and Recorded Claimant
******

> **Sent:** Friday, October 06, 2023 at 10:25 AM
> **From:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
> **To:** "SC" <empiretreasures@nycmail.com>
> **Cc:** "Scouting Settlement Trust Info" <Info@scoutingsettlementtrust.com>
> **Subject:** Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL
>
> Hello Colon,
>
> Can you please provide us the documentation demonstrating that you are authorized to act on behalf of [redacted] as well as the completed the Change of Attorney Form (Maroon Form) found on our website? Once we can confirm your authorization to act on [redacted] behalf, we will be able to provide you the link to securely upload the Fee Waiver Affidavit.
>
> Total Ineptitude!
>
> For more information about the IRO process, please review our website's FAQ and the Trust Guides - Attorney's Guide to Independent Review Option found on the Key Links page.



Thanks,
Scouting Settlement Trust

---

**From:** SC <empiretreasures@nycmail.com>
**Sent:** Wednesday, October 4, 2023 3:38 PM
**To:** IRO Support <IRO_Support@scoutingsettlementtrust.com>
**Subject:** ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

Hon. Barbara J. Houser (Ret.)
Trustee

October 4, 2023

Dear Madame Trustee:

On behalf of Claimant [redacted] your SST [redacted] may we secure proper upload-link directives per the Trust rules for his submittal of referenced IRO-Fee Waiver form.

The affidavit was executed on 9-27-2023 and uploaded to portal, but we understand at present it has not been received by your staff.

Shoddy Adminis-tration.

Thank you kindly---please use this same email address (empiretreasures@nycmail.com) as it matches your recorded file for Claimant.

Respectfully & regards,

Colon L.
Caregiver



## Re: S. Clark-IRO Claimant

**From:** "SC" <empiretreasures@nycmail.com>
**To:** "Michael Reagan" <ClaimsAdminMJR@scoutingsettlementtrust.com>
**Cc:** "empiretreasuresnycmail.com" <empiretreasures@nycmail.com>
**Date:** Oct 14, 2023 1:25:02 PM

JUDGE Michael:

GREETINGS Sir this Saturday. Just a courtesy note.

I submitted a rather comprehensive "ST Questionnaire Package" with exhibits yesterday, Friday afternoon. Via IRO. Signature CONFIRMATION delivered to me seamlessly!

I APPRECIATE ALL YOU DO..HOW YOU DO IT...AND WHAT YOU DO FOR ALL CLAIMANTS AND SURVIVORS, JUDGE.....safe Weekend.

[REDACTED]
IRO Abuse Claimant, Pro se
*******************

**Sent:** Tuesday, October 10, 2023 at 7:09 AM
**From:** "Michael Reagan" <ClaimsAdminMJR@scoutingsettlementtrust.com>
**To:** "SC" <empiretreasures@nycmail.com>
**Subject:** Re: [REDACTED] IRO Claimant

S:
Sometime soon, perhaps as early as early as today, the Claimants guide to the TDP will be online. I know you are sticking with the IRO but this may be of interest.

-MJ Reagan

On Oct 9, 2023, at 8:01 PM, Michael Reagan <ClaimsAdminMJR@scoutingsettlementtrust.com> wrote:

Thanks. Great chatting with you.

| <image002.png> |
|---|
| Claims Administrator |

Boy Scouts of America Settlement Trust

ClaimsadminMJR@scoutingsettlementtrust.com

---

**From:** SC <empiretreasures@nycmail.com>
**Date:** Monday, October 9, 2023 at 7:53 PM
**To:** Michael Reagan <ClaimsAdminMJR@scoutingsettlementtrust.com>
**Subject:** [redacted] IRO Claimant

Judge Reagan:

GREATLY appreciate our tele this eve...thank you....GREAT LUCK tomorrow w/ your full Neutral IViews slate!!!!

[redacted]

**Sent:** Sunday, October 08, 2023 at 7:44 PM
**From:** "Michael Reagan" <ClaimsAdminMJR@scoutingsettlementtrust.com>
**To:** "empiretreasures@nycmail.com" <empiretreasures@nycmail.com>
**Cc:** "Michael Reagan" <ClaimsAdminMJR@scoutingsettlementtrust.com>
**Subject:** BSA Settlement Trust

Dear [redacted]

Please call me at your earliest convenience. You will have a missed call from me on your phone around 6:42 PM CT Sunday evening, 10/8/23.

[redacted]

Thank you,

Judge Michael J. Reagan (Ret.)

<ATT00001.png>

Claims Administrator

Boy Scouts of America Settlement Trust

ClaimsadminMJR@scoutingsettlementtrust.com



# IRO Claim Submission Confirmation and Payment Instructions for $10,000 Initial Fee (SST-373195)

**From:** "Scouting Settlement Trust" <info@scoutingsettlementtrust.com>

**To:** "empiretreasures@nycmail.com" <empiretreasures@nycmail.com>

**Date:** Oct 13, 2023 3:08:53 PM

We received the Claims Questionnaire (SST-373195) you submitted to the Scouting Settlement Trust ("the Trust"). You have indicated you want to participate in the Independent Review Option ("IRO").

As previously communicated and detailed on the Scouting Settlement Trust website, to elect IRO, you must submit a completed claims questionnaire and pay an initial nonrefundable $10,000 administrative fee (unless you have obtained a waiver) by **October 19th, 2023 at 5pm ET**. If you have not already paid the administrative fee, please ensure you pay prior to the deadline. Failure to pay the administrative fee by October 19th at 5pm ET will result in your claim going through the Trust ("Matrix") Claims Process. To make this payment, you will need to request the IRO payment instructions by emailing iro_support@scoutingsettlementtrust.com no later than **October 13, 2023**.

Please reference the Scouting Settlement Trust Website for important information regarding the IRO process and deadlines. This includes the Attorney's Guide to Independent Review Option (found here), the Claimant's Guide to Independent Review Option (found here), and the "Independent Review Option" section of the Frequently Asked Questions (FAQs).

If you have any questions, contact us by email at iro_support@scoutingsettlementtrust.com.

Regards,
Scouting Settlement Trust



# Scouting Settlement Trust - ACTION REQUIRED: ESIGNATURE (Claim ID SST-373195)

**From:** "Scouting Settlement Trust" <info@scoutingsettlementtrust.com>

**To:** "empiretreasures@nycmail.com" <empiretreasures@nycmail.com>

**Date:** Oct 13, 2023 3:02:10 PM

Hello 

We are contacting you regarding Claim ID SST[redacted] with the Scouting Settlement Trust ("the Trust").

You indicated that you completed the Claims Questionnaire and uploaded the required supporting documentation to the Claims Processing Portal. The final step to submit this Claim to the Trust for review is to **electronically sign your Claims Questionnaire through a separate email you will receive from Adobe Sign** on behalf of the Scouting Settlement Trust adobesign@adobesign.com.

**Your Claim is not considered submitted until all applicable parties have electronically signed the Claims Questionnaire through Adobe Acrobat Sign.**

The review of your Claim will begin once the Claims Questionnaire has been electronically signed by all relevant parties through Adobe Acrobat Sign (i.e., the Claimant or Representative on behalf of the Claimant and Attorney Representation, if applicable). A signed copy of your Claims Questionnaire will be available in the Claims Processing Portal for future reference.

Please note that if you are an attorney representing a Claimant, the Claimant will also be required to individually, electronically sign the Claims Questionnaire under oath and under penalty of perjury. An email will be sent from Adobe Acrobat Sign to the email address provided on the Claims Questionnaire for the Claimant with instructions on how to electronically sign the Claims Questionnaire.

If you have any questions, contact us by email at info@scoutingsettlementtrust.com.

Regards,
Scouting Settlement Trust

 # Re: Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

**From:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
**To:** "SC" <empiretreasures@nycmail.com>
**Date:** Oct 12, 2023 2:15:32 PM

---

[REDACTED]

We apologize that we were unable to contact you today at 3 or 3:15 PM. We will be in touch tomorrow to find a time that works.

Regards,
Scouting Settlement Trust

No Follow-Through By "Some Nameless Person"

**From:** SC <empiretreasures@nycmail.com>
**Sent:** Thursday, October 12, 2023 11:43 AM
**To:** IRO Support <IRO_Support@scoutingsettlementtrust.com>
**Subject:** Fw: Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

Good Thursday---this is Claimant [REDACTED] As promised, getting back w/ update. May I be contacted today to further assist you at 3 pm or 3:15 pm----if not convenient, I am available at some times tomorrow as well.

Best Tel NUMBER FOR ME TODAY & TOMORROW ONLY IS 919.612.1616 at location I am at recovering--please advise kindly ☺👍

> **Sent:** Wednesday, October 11, 2023 at 8:38 PM
> **From:** "SC" <empiretreasures@nycmail.com>
> **To:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
> **Subject:** Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL
>
> 
>
> > **Sent:** Wednesday, October 11, 2023 at 8:30 PM
> > **From:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
> > **To:** "SC" <empiretreasures@nycmail.com>
> > **Subject:** Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL
> >
> > [REDACTED]
> >
> > 
> >
> > Thank you for your response and hope you are recovering well. We will be on the lookout for your response tomorrow.





# Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

**From:** "SC" <empiretreasures@nycmail.com>
**To:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
**Date:** Oct 11, 2023 5:30:58 PM

Hello...I just received...Thank you for acknowledging my surgery from yesterday..making strides...may I advise tomorrow as I am on heavy sedatives at moment due to aforementioned and wish to be "clairvoyant"..

**Sent:** Tuesday, October 10, 2023 at 3:04 PM
**From:** "IRO Support" <IRO_Support@scoutingsettlementtrust.com>
**To:** "SC" <empiretreasures@nycmail.com>
**Subject:** Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

Mr. S Clark,

We understand that you spoke with Judge Reagan regarding your IRO claim and fee waiver. We also understand that you are in surgery today. We have a few follow-up questions on your fee waiver form. Could you please let us know a good day and time for a conversation to discuss our follow up questions?

Many thanks,
Scouting Settlement Trust

**From:** IRO Support <IRO_Support@scoutingsettlementtrust.com>
**Sent:** Friday, October 6, 2023 2:58 PM
**To:** SC <empiretreasures@nycmail.com>
**Subject:** Re: ATTN Hon. Barbara J. Houser (Ret.) Trustee, REQUEST FOR DIRECTIVES FOR CLAIMANT IRO FEE WAIVER FORM/AFFIDAVIT SUBMITTAL

Hi 

We will be sending you a request to a secure file transfer for you to use to submit the form. You will receive this email from jennifer.r.rowe@pwc.com shortly, which will contain a file with wire transfer instructions. Please refer to the attached instructions guide if you have any questions about the secure file transfer process.

Page 42 of 42
END OF DOCUMENT

US POSTAGE $0

CONFIDENTIAL

U.S.M.S.
X-RAY

The Honorable Chief Judge Laurie Selber Silverstein
US BANKRUPTCY COURT FOR DISTRICT OF DELAWARE
**CASE NO. 20-10343, BOY SCOUTS OF AMERICA, ET AL.**
824 North Market Street
6th Floor
Wilmington, DE 19801

UNITED STATES POSTAL SERVICE
USPS TRACKING #
9114 9010 7574 2906 8079 54
Label 400 Jan. 2013
7690-16-000-7948

CONFIDENTIAL