IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) ) | Case No. 20-10343 (LSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF COUNSEL REGARDING REVISED ORDER GRANTING IN PART AND DENYING IN PART THE MOTION FOR AN ORDER AUTHORIZING THE LATE FILING OF PROOF OF CLAIM FORMS (D.I. 11741)

The undersigned counsel hereby certifies as follows:

1. On January 25, 2024, the undersigned counsel filed the Motion for an Order Authorizing The Late Filing Of Proof Of Claim Forms on behalf of eight Movants[2] (the "Motion") (D.I. 11741).

2. Included with the Motion was a proposed order granting the requested relief on behalf of all eight Movants.

3. On March 8, 2024, the Court held a hearing on the Motion and granted the relief requested with respect to Movants SST-327769, SST-331258, SST-332478, SST-332499, SST-418707, SST-418708, and SST-418723. The Court denied the Motion with respect to Movant SST-332246.

4. As directed by the Court, the undersigned counsel has revised the proposed order to reflect the Court's ruling (the "Revised Order").

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Movants SST-327769, SST-331258, SST-332246, SST-332478, SST-332499, SST-418707, SST-418708, and SST-418723.

5. The Revised Order has been reviewed and approved by all affected parties pursuant to Local Rule 9019-1.
6. Attached hereto as Exhibit A is a copy of the Revised Order.

WHEREFORE, the undersigned counsel respectfully requests that the Court enter the Revised Order attached hereto as Exhibit A.

Respectfully submitted,

/s/ *David T. Crumplar*
David T. Crumplar (#5876)
Jacobs & Crumplar, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
davy@jcedlaw.com
302-656-5445

/s/ *Colin G. Wood*
Colin G. Wood *(Pro Hac Vice)*
Jason J. Joy & Associates, PLLC
909 Texas Street, Suite 1801
Houston, TX 77002
Phone: (713) 221-6500
Facsimile: (713) 221-1717
Email: colin@jasonjoylaw.com

*Attorneys For Movants SST-327769, SST-331258, SST-332246, SST-332478, SST-332499, SST-418707, SST-418708, and SST-418723*