# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**REVISED ORDER AUTHORIZING THE LATE FILING OF PROOF OF CLAIMS BY MOVANTS SST-327769, SST-331258, SST-332478, SST-332499, SST-418707, SST- 418708, AND SST-418723, AND DENYING THE LATE FILING OF PROOF OF CLAIM FILED BY MOVANT SST-332246**

1. Upon consideration of the above-referenced Motion (D.I. 11741), for good cause found, it is hereby ORDERED that:

2. The Motion is **GRANTED** with respect to Movants SST-327769, SST-331258, SST-332478, SST-332499, SST-418707, SST-418708, and SST-418723.

3. The motion is **DENIED** with respect to Movant SST-332246.

4. The Proof of Claims filed by the Movants identified in paragraph 2 herein shall be deemed timely filed, notwithstanding anything to the contrary in the Bar Date Order. The Debtors, the Claims Agent, and the Clerk of this Court are authorized to modify the official Claims Register for these Chapter 11 cases in compliance with the terms of this Order and to take all steps necessary or appropriate to effectuate the relief granted in this Order.

5. The Proofs of Claim identified in Paragraph 2 herein are still subject to review by the Scouting Settlement Trust and the Trustee's right to object to these claims for any reason other

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

than timeliness is reserved. Furthermore, nothing in the Motion or this Order shall be construed as a waiver, release or estoppel of any claims or rights of Movant, including, without limitation, the right to dispute any objection to the Claim or any right or defense as to any counterclaim of the Debtors.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Date: March 13, 2024

_____
United States Bankruptcy Judge