Boy Scouts of America
Case 20-10343

## Certificate of Mailing

I hereby certify that a true and correct copy of the attached document, was mailed on March 13, 2024, to the persons/parties at the following addresses:

United States Bankruptcy Court – District of Deleware

Greg Parkinson
Trust Claim ID: SST-419277
utgregp@gmail.com

_____
Gregory Parkinson