# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Dkt. No. 11575 |

## ORDER GRANTING MOTION

The Court having considered the Motion to Correct Election from the Expedited Payment Option to the Trust (Matrix) Claims Process [Docket No. 11575];

**IT IS HEREBY ORDERED** for the reasons stated in the Letter Ruling dated March 14, 2024 [Docket No. 11903], that:

1. The Motion is granted as set forth herein.

2. The ballot containing the forged signature of Claimant SST-907550 is void and shall be of no force and effect.

Dated: March 14, 2024

Laurie Selber Silverstein
United States Bankruptcy Judge