IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> Dkt. Nos. 11577 |

## ORDER GRANTING MOTION

The Court having considered the Motion to Correct Election from the Expedited Payment Option to the Trust (Matrix) Claims Process [Docket No. 11577];

**IT IS HEREBY ORDERED** for the reasons stated in the Letter Ruling dated March 14, 2024 [Docket No. 11903], that:

1. The Motion is granted as set forth herein.
2. The ballots containing the forged signatures of Claimant SST-905751 and Claimant SST-901144 are void and shall be of no force and effect.

Dated: March 14, 2024

Laurie Selber Silverstein
United States Bankruptcy Judge