20-10343 LSS

3/8/24

To: U.S. Bankruptcy Court
District of Delaware
Honorable Judge: Laurie Selber Silverman
824 N. Market St. - 3rd Floor
Wilmington, DE. 19801-3024

Ref. BSA claim #2003570

Your Honor,
This whole ordeal, almost 4 yrs dealing with Krause & Kinsman, it's even harder dealing with the depression & recurring nightmares brought about by that damned questionaire, & asking Judicial Watch to subpoena BSA & Pershing Elementary & Conway Jr. High for school records & Medical records. I hope you fully grasp what this organization did to my late father ████, my late uncle ████ both Ohio scout members, & neither one wanted anything to do with my joining, should have listened, & what they did to me. Those other two forms he never mailed to me, or I would have forwarded them to Judicial Watch. I don't think seeking damages against both the BSA + ████ was excessive. This whole thing hurts to discuss after over 70 yrs.
I hope you decide to grant my damage request.

Respectfully
████

To: U.S. Bankruptcy Court  
(Note: Rep. Maxwell Frost of FL,  
being asked, as was Homeland Security,  
What is delay in settlement payment?) 4 yrs?  
District of Delaware  
— Honorable Judge-Laurie Selber Silverman —  
@ 24 N. Market St, — 3rd Floor  
Wilmington, DE 19801-3024

5/7/24  
Claim No.  
2003770



PRIORITY PROCESSING REQUEST
Correspondence Enclosed 19801-302499

U.S.M.S.
X-RAY

— District of Delaware —
Honorable Judge Laurie Selber Silverman
824 N. Market St. • 3rd Floor
Wilmington, DE. 19801-3024

ORLANDO FL 328
8 MAR 2024 PM 6 L

United States Bankruptcy Court