**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**DELAWARE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 20-10343 |
| | ) | |
| Boy Scouts of America., | ) | CHAPTER: 11 |
| Debtor | ) | |

## REQUEST FOR NOTICE AND DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

COME NOW, Timothy J. Silverman of Scheer Law Group, LLP, files this Request for Notice and Demand for Service of Papers, as an interested party, pursuant to Bankruptcy Rule 2002 and 11 U.S.C. § 1109(b), and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone number listed as follows:

Timothy J. Silverman
Scheer Law Group, LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656
(949) 263-8757
tsilverman@scheerlawgroup.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, Counsel requests that he be provided with a copy of any Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization.

Counsel additionally request that the Clerk of the Court place the foregoing name and address on any mailing matrix to be prepared or existing in the above-numbered case.

Dated March 25, 2024

Respectfully submitted,

*/s/ Timothy J. Silverman*
**Timothy J. Silverman**
California State Bar No. 145264

For the Firm
Scheer Law Group, LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656
(949) 263-8757
tsilverman@scheerlawgroup.com
*Interested Party*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**DELAWARE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 20-10343 |
| | ) | |
| Boy Scouts of America. | ) | CHAPTER:  11 |
| Debtor | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th day of March, 2024, a copy of the foregoing was served electronically through CM EECF to those parties entitled to such electronic service.


                                        */s/ Raquel Veloz*
                                        **Raquel Veloz**