*my copy*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED 2024 MAR 26 AM 10:23

| IN RE: | CHAPTER 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA LLC, DEBTORS. | CASE No. 20-10343 (LSS) |

(JOINTLY ADMINISTERED)

CLAIMANT ▮▮▮▮▮ MOTION FOR BREACH OF FIDUCIARY DUTY AGAINST ATTORNEY JAMES E. O'NEILL, AND THE HONORABLE BARBARA J. HOUSER (RET)

COMES NOW ▮▮▮▮▮ PRO SE, AS A CLAIMANT IN THE ABOVE CAUSE, AND SUBMITS TO THIS HONORABLE COURT THIS MOTION FOR BREACH OF FIDUCIARY DUTY; AND IN SUPPORT THEREOF, WOULD STATE THE FOLLOWING FACTS.

1) THAT THIS CLAIMANT OPTED TO TAKE THE ONE TIME EXPEDITED PAYMENT OF $3,500.

2) THAT THIS CLAIMANT IS A STATE PRISONER IN THE STATE OF FLORIDA SINCE 1978.

3) THAT ATTORNEY JAMES E. O'NEILL, OF PACHULSKI, STANG, ZIEHL & JONES LLP, 919 N. MARKET STREET, 17TH FLOOR, P.O. BOX 8705, WILMINGTON, DELAWARE, 19899-8705 STATED IN COURT DOCUMENTS, THAT A HARD COPY OF THE EXPEDITED PAYMENT QUESTIONAIRE WOULD BE PROVIDED TO PRISONERS WHO ARE CLAIMANTS IN THIS CAUSE.

4) THAT AS OF THE DATE OF THE FILING, OF THIS MOTION, THIS CLAIMANT **HAS NOT RECEIVED SAID HARD COPY**, AND THAT ATTORNEY JAMES E. O'NEILL'S FAILURE TO PROVIDE SAID HARD COPY HAS CAUSED THIS CLAIMANT TO MISS SEVERAL DEADLINES TO FILE SAID QUESTIONAIRE.

5) THIS CLAIMANT HAS WRITTEN TO ATTORNEY JAMES E. O'NEILL ON FOUR (4) DIFFERENT OCCASIONS, AND HAS RECEIVED **NO REPLIES** FROM ATTORNEY O'NEILL, OR HIS OFFICE.

6) THIS CLAIMANT HAS ALSO HAD HIS CRIMINAL POST-CONVICTION ATTORNEY SEND AN E-MAIL TO ATTORNEY O'NEILL AT joneill@pszjlaw.com CONCERNING ATTORNEY'S O'NEILL FAILURE TO PROVIDE THE HARD COPY OF THE EXPIDITED PAYMENT QUESTIONAIRE ON DEC. 20th, 2023. NO RESPONSE HAS BEEN MADE. [SEE ATTACHED EXHIBIT A]

7) IT APPEARS THAT ATTORNEY JAMES E. O'NEILL HAS, AND IS, BREACHING HIS FIDUCIARY DUTY OF HOLDING IN TRUST THIS CLAIMANT'S EXPEDITED PAYMENT OF $3,500, THUS DISOLVING ANY COFIDENCE, OR TRUST, THAT THIS CLAIMANT HAD IN ATTORNEY JAMES E. O'NEILL (OR THE LAW FIRM OF PACHULSKI, SIANG, ZIEHL & JONES LLP) TO PROTECT THIS CLAIMANTS' INTEREST'S IN THIS CAUSE.

7) IT ALSO APPEARS THE THE SETTLEMENT TRUST TRUSTEE, THE HONORABLE BARBARA J. HOUSER (RET), HAS FAILED IN HER RESPONDANT SUPERIOR POSITION TO MONITOR SAID SETTLEMENT TRUST ATTORNEY JAMES E. O'NEILL'S ACTIONS, AS PERTAINS TO PROVIDING HARD COPY EXPEDITED PAYMENT QUESTIONAIRES TO PRISONERS.

8) THAT, ATTORNEY O'NEILL'S FAILURE TO PROVIDE SAID HARD COPY TO PRISONERS EXHIBITS A PREDISPOSITION OF PREJUDICE TO THIS CLAIMANT AS A PRO SE PRISONER IN THIS CAUSE.

9) THAT IT IS BAD ENOUGH THAT THIS CLAIMANT HAD TO SUFFER SEXUAL ABUSE WHILE A BOY SCOUT, BUT TO NOW SUFFER PREJUDICE AND DELAY IN PROCESSING OF THE EXPEDITED PAYMENT COMPOUNDS THE MENTAL ANGQUISH THIS CLAIMANT SUFFERED FROM THE SEXUAL ABUSE.

10) IT APPEARS THAT ATTORNEY JAMES E. O'NEILL HAS, AND IS, ACTING IN HIS INDIVIDUAL CAPACITY, AND UNDER COLOR OF FEDERAL LAW TO DEPRIVE CLAIMANT (A PRISONER) OF HIS ELECTED SETTLEMENT OF $3,500 IN THIS CAUSE, AN THAT SAID FAILURE TO PROVIDE CLAIMANT A HARD COPY OF THE QUESTIONAIRE CONSTITUTES A BREACH OF FIDUCIARY DUTY. ATTORNEY JAMES E. O'NEILL HAS FAILED TO PROTECT THIS CLAIMANT'S INTEREST

RELIEF REQUESTED

CLAIMANT ▇▇▇▇▇▇ REQUEST THAT THE FOLLOWING RELIEF BE GRANTED:

1) THAT ATTORNEY JAMES E. O'NEILL BE FOUND TO HAVE BREACHED HIS FIDUCIARY DUTY TO PROTECT CLAIMANT HILL'S INTEREST IN THIS CAUSE, AND TO REMIT TO CLAIMANT HILL THE MONETARY AMOUNT OF $50,000, AND

2) THAT ATTORNEY JAMES E. O'NEILL EXPIDITE THE OPTED ONE TIME PAYMENT OF $3,500 TO CLAIMANT HILL.

3) THAT ATTORNEY JAMES E. O'NEILL REEMBURSE CLAIMANT HILL THE AMOUNT OF $150.00 THAT CLAIMANT HILL PAID HIS CRIMINAL ATTORNEY FOR ONE (1) HOUR'S WORK, IN SENDING THE EMAIL IN THIS CAUSE.

4) THAT ANY MONIES BE SENT TO:

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

AND THAT A COVER LETTER BE SENT WITH SAID MONIES, EXPLAINING THAT THIS IS A COURT SETTLEMENT PAYMENT, i.e. COURT ORDER.

WHEREFORE, CLAIMANT HILL, PRAYS THIS COURT GRANT THE RELIEF HEREIN AT THIS TIME.

pg. 4

CERTIFICATE OF SERVICE

I, CLAIMANT ███████████████ DO HEREBY CERTIFY, THAT A TRUE COPY OF THE FOREGOING MOTION HAS BEEN FURNISHED, VIA THE U.S. POSTAL SERVICE, TO THE FOLLOWING PARTIES:

ATTORNEY JAMES E. O'NEILL (DE-BAR NO. 4042)
c/o 919 N. MARKET STREET
   17th FLOOR, P.O BOX 8705
   WILMINGTON, DE. 19899-8705 (COURIER 19801)

AND TO:
THE HONORABLE BARBARA J. HOUSER (RET)
c/o 700 PENNSYLVANIA AVE., SE
   SUITE 400
   WASHINGTON, DC. 20003
(COUNSEL FOR BARBARA J. HOUSER (RET))

1st FILING   ON THIS 19 DAY OF JANUARY 2024.
2nd FILING   ON THIS ___ DAY OF MARCH 2024
             CERTIFIED BY SIGNATURE

MAILING ADDRESS — ███████████

pg. 5

# EXHIBIT A

 **Gmail**  Ronald Baker <prisonerconnections@gmail.com>

**████████████ Claimant in Boy Scout Case**
1 message

**Prisoner Connections** <prisonerconnections@gmail.com>  Wed, Dec 20, 2023 at 7:05 AM
To: "joneill@pszjlaw.com" <joneill@pszjlaw.com>

Dear Counsel,

Grollman Law has the pleasure of representing William Hill, DC# 875698, in his criminal case. ████ is an inmate of the Florida Department of Corrections at Gulf C.I. located at 500 Ike Steele Road Wewahitchka, Florida 32465-0010. ████ has asked us to forward a message to you. The following letter/message is being sent by us as a courtesy and comes directly from ████ and we (Grollman Law) are not responsible for its content:

From ████

I am a claimant, named William Russell Hill.

I have not been provided a hard copy of the Expedited Payment Questionnaire, as you stated in court documents that you would do. The deadline for completing this form has expired and I am contemplating filing a Notice of Intent to sue you, and your firm, for breach of fiduciary duty to protect my claim and the $3,500 one time payment that I elected to take. To avoid this action I would request that you provide the following:
1) A waiver of the deadline to complete a hard copy of the questionnaire or,
2) A letter assuring that the one time payment of $3,500 is being processed and will be mailed to me within the next 21 days.

Please take notice that if this is not done a complaint for breach of fiduciary duty will be filed in this cause, wherein, I will be requesting compensation in the amount of $50,000 from you and your firm.

You may contact me at my mailing address as on record with your office.

Thank you for your attention to this matter.

Respectfully, ████

Please respond directly to ▇▇▇ as we (Grollman Law) are not involved in anything outside the criminal post conviction case nor do we wish to be.

Thank you for your attention to this matter.

--

Ron Baker
Paralegal
The Grollman Law Firm
544 12th Street West
Bradenton, FL 34205
(941) 896-6775

And/Or
Ron Baker
Paralegal
CEO & President,
Prisoner Connections, LLC
P.O. Box 1913
Riverview, Florida 33568
(813) 549-9501
www.PrisonerConnections.com
www.RestoreGunRights.org
Facebook Prisoner Connections

The information (and any attachments) transmitted is/are confidential and is/are intended only for the person or entity to which it is addressed. This information may contain confidential, proprietary, and/or material that is protected by one or more legally recognized privileges. Any review, retransmission, dissemination, disclosure, or other use of, or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender to inform them accordingly and delete this message from all computers and network without saving it in any manner.

THIS EMAIL IS COVERED by the Electronics Communications Privacy Act, 18 U.S. C. §§ 2510-2521 and is legally privileged. This transmission may also be protected under the attorney-client privilege, the attorney work product doctrine and/or other protective statuses.

Mailed from a Correctional Institution

TO: U.S. BANKRUPTCY COURT
HON. LAURIE S. SILVERSTEIN
824 MARKET STREET
3rd FLOOR
WILMINGTON, DE.
19801



02 1P
000093 2234
MAILED FROM ZIP CODE 32465
UNITED STATES POSTAGE
PITNEY BOWES
$ 000.88°
MAR 18 2024