20-10343 LSS

Dated: 3/15/24

To: United States Bankruptcy Court – District of Delaware (3rd Circuit)
Honorable Judge L.S. Silverstein – Presiding
c/o U.S. District Court Clerk
844 N. King Street   Wilmington, DE 19801

From: ███████████████████████

RE: BSA – Scouting Abuse Suit      BSA, 2024 Bankr.

RECEIVED 2024 MAR 26 AM 10:23

Dear Court Clerk,
 Please find the following enclosed documents:
- Motion to Permit ███████████ filing of Proof of Claim after bar date – 3 pgs.
- Exhibit A – TDCJ Time Sheet  showing incarceration since 2/12/2019 – 1 pg
- Exhibit B – Order Appointing Counsel  dated 2/14/2019 – 1 pg
- Exhibit C – Lawyer Profile of Carlton Hughes (deceased) dated 3/14/2023 – 1 pg
- Exhibit D – Notice of Appeal sent to Settlement Trust dated 3/14/24 – 1 pg

 Please present all to Judge Silverstein for immediate action.
      Thank You!

I, Carl David Paschal, declare the foregoing to be True and Correct under Penalty of Perjury pursuant to Title 28 U.S.C. § 1746 and all other laws of the USA.

 Executed on 3/15/24    X ███████████████

Page one of one

| Carl David Paschal | In the United States Bankruptcy Court - District of Delaware, Before the Honorable Laurie S. Silverstein |
|---|---|
| Re: BSA 2024 Bankr. | |

"Motion to Permit ▮▮▮▮▮ filing of Proof of Claim After Bardate"

Comes Now, Carl Paschal, Pro Se Movant in the above referenced cause before the United States Bankruptcy Court - District of Delaware, to move the Court to Permit the filing of his Proof of Claim After the bar date.

Pursuant to Federal Rules of Civil Procedure Rule 9006(b)(1), Movant claims excusable neglect due to circumstances beyond his control as is evidenced by the following facts:

1) On Feb. 12th, 2019 I was arrested for a crime that I did not commit.

2) I have been incarcerated since that arrest. (See Exhibit A) (attached)

3) The Court appointed Attorney Carlton Hughes as counsel on Feb 14th, 2019. (See Exhibit B) (attached)

4) Attorney Carlton Hughes, Tx Bar #07134500 was a criminal & personal Injury Attorney. (See Exhibit C) (attached)

5) In March of 2020, Mr. Hughes told me that he would file my "case" in the BSA Scouting Abuse Suit. This was after I had explained to him that I had been abused, which he verified with my mother, at the age of 10.

6) Being incarcerated since 2/12/19, I was unaware of this case, the circumstances, or Bar date of Nov. 16, 2020 (See Ex A)

7) I was transferred to TDCJ's Gurney Unit on 10/7/20 and held in solitary confinement until Dec. 23rd 2020, when I was transferred to the McConnell Unit where I had to literally fight for my life.

8) Unknown to me, Mr. Hughes not only didn't file my case, he had passed away in September 2020, after his falling very ill in March/April 2020. He had already had open heart surgery. I was unaware of his death until I was officially notified in April 2023. (See Ex C)(attached)

9) Once this was known, I then requested a claim form from Omni and filed my Pro Se Proof of Claim Application with Omni shortly thereafter.

Page one of Three

"Motion to Permit"

10) I filed the Scouting Settlement Trust Questionaire along with pictures of my abusers with me at a soap box derby, pictures of me in my Cub Scout uniform (Age 10), as well as affidavits from myself and my mother regarding the abuse.

### ARGUMENT

Just as was held in Pioneer, 507 US 380, my attorney's failure to file proofs of claims before the deadline constituted excusable neglect under the Rule 9006(b)(1) because of the intervening circumstances of my attorney's serious medical condition that led to his death approximately 5 months after he informed me that he would, "Take care of it."

The additional circumstance of my being incarcerated and unaware of any deadline much less than the suit itself, other than what my attorney told me and his assurances that he would file the necessary paperwork.

I was not able to be notified by publication in the normal means available to others since I had no access to internet, newspapers or TV.

I provide the Court the attached exhibits to be entered as evidence to support this motion before the Court.

A) - My TDCJ Time Sheet (Sent. Begin Date: 2/12/2019) over 5 years to date incarcerated
B) - Court Order Appointing Carlton Hughes as my Counsel (F19-1247-362)
C) - State Bar of Texas Profile date printed 3/14/23
   - My 1st official notice of his death
   - Practice Areas: Criminal, Litigation = Personal Injury
   - Admitted to the federal court to Practice law
D) Carbon copy of "Notice of Appeal" to Settlement Trust Dated 3/14/24
   - with Reasons for Appeal

### Conclusion

The failure of my attorney to file for me was unknowable to me and once I was transferred to TDCJ's McConnell Unit, it was a fight for my life, Internally. I recieved head trauma during this time. (documented by medical)

Because my attorney Mr. Hughes refused to respond to my letters, I added him to the lawsuit that I filed to prove my innocence. (See Denton County, Texas Cause # 22-2722-16 where I have filed the evidence proving that I did not commit the crime of Robbery for which I am serving 75 years).

Page Two of Three          "Motion to Permit"

It wasn't until I was sent the State Bar Print out by Mr. Hughes' estate's Attorney in April of 2023 that I was officially notified of his death, and subsequently was denied my legal files in his possession.

It is a matter of law under the Supreme Court case of *Pioneer* that I am entitled to forgiveness and inclusion due to excusable neglect, caused by exigent circumstances far beyond my attorney's, or my own, control. I was harmed by his excusable neglect and ask the honorable court to order my Proof of Claim be deemed timely filed.

## Prayer

Movant prays that the Court would grant his motion due to excusable neglect and order that the Proof of Claim submitted to Omni Agent Solutions be deemed timely filed, the Claims Register be marked to reflect the Proof of Claim is timely filed, and order the Settlement Trust to proceed with the processing of his claim, and any other relief deemed to be just, fair and equitable.

Dated: 3/15/24    Respectfully Submitt[REDACTED]

I, Carl David Paschel, declare that the foregoing is true and correct under penalty of perjury pursuant to Title 28 USC [REDACTED] of the USA. Executed on March 15th, 2024

## Certificate of Service

I, the undersigned, certify that this is being served upon the US Bankruptcy Court - Delaware District by US mail by being placed in the TDCJ mail system on 3/16/24.

Page Three of Three    "Motion to Permit"

```
              T. D. C. J.   -   I N S T I T U T I O N A L   D I V I S I O N
              DATE 03/24/23              RECORDS OFFICE           TIME 08:39:56
TDCJID: 02321000 NAME:       ████████                             UNIT MCCONNELL
SENT. BEGIN DATE 02/12/2019 TDC RECEIVE DATE 10/07/2020
INMATE STATUS STATE APPROVED TRUSTY CLASS III W    LAST PCR REQUEST 04/22/22

     SENT. OF RECORD         00075    YRS 00 MOS 00 DAYS   MAND SUPV  PAROLE
     FLAT TIME SERVED        00004    YRS 01 MOS 09 DAYS    005  %    005  %
     GOOD TIME EARNED        00003    YRS 06 MOS 16 DAYS    000  %    004  %
     WORK TIME EARNED        00002    YRS 00 MOS 20 DAYS    000  %    002  %
     MAND SUPV TIME CREDITS  00004    YRS 01 MOS 09 DAYS    005  %
     PAROLE TIME CREDITS     00009    YRS 08 MOS 15 DAYS               011  %
     MINIMUM EXPIRATION DTE: 02/11/2094
     MAXIMUM EXPIRATION DTE: 02/11/2094

JAIL GOOD TIME RECD YES           NUMBER OF DETAINERS 01
GOOD TIME LOST 00000 DAYS         WORK TIME LOST 00000 DAYS
PAROLE STATUS     BPP DATE
                                                   TDC CALC DATE 05/06/2025


REQUEST _____
CONDUCT RECORD:
```

Exhibit A

SO#

FMC19-621
DPD19-054

**CHARGE** ROBBERY (A)

| THE STATE OF TEXAS | § | IN THE _____ |
| --- | --- | --- |
| VS. | § § | DISTRICT COURT |
| [REDACTED] | § § | DENTON COUNTY, TEXAS |

FILED
AT _____ O'CLOCK ___M
FEB 14 2019
DISTRICT CLERK
Denton County, Texas
BY _____ DEPUTY

**FINDING REGARDING INDIGENCE
AND ORDER APPOINTING COUNSEL**

On this date, the Court considered Defendant's application for an appointed attorney and sworn affidavit stating that he is without counsel and is too poor to employ counsel.

_____ The Court finds that the Defendant has sufficient financial resources to employ counsel and the appointment of counsel in the interests of justice is not necessary. The Defendant's request is DENIED at this time. The Defendant is ORDERED to retain counsel to represent him in this case.

OR

___✓___ The Court finds that the Defendant is indigent, or justice otherwise requires appointment of counsel. It is therefore ORDERED that the attorney listed below is hereby appointed to represent the Defendant in this case:

ATTORNEY: [REDACTED]

ADDRESS: [REDACTED]

CITY & ZIP: [REDACTED]

PHONE NUMBER: [REDACTED]

_____ The Court further finds that the Defendant has sufficient financial resources to offset in whole or in part the cost of legal services and related expenses to be provided by this order. It is therefore ORDERED that the Defendant deposit with the Denton County District Clerk $_____.00 per week/month to offset the cost of legal services and related expenses provided by this order. Payment shall begin on _____, 2019.

It is further ordered that this case is set for _____ on the _____ day of _____ 2019, at _____ am/pm.

SIGNED AND ENTERED this _13th_ day of _February_, 2019.

_____
JUDGE PRESIDING

Exhibit B



Exhibit C

**MR.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▲ Deceased

**Bar Card Number:** 07134500
**TX License Date:** 11/05/1982

**Primary Practice Location:** Denton, Texas

**Practice Areas:** Criminal, Litigation: Personal Injury

**Statutory Profile Last Certified On:** 04/02/2020

## PRACTICE INFORMATION

**Firm:** None Reported By Attorney

**Firm Size:** Solo

**Occupation:** Private Law Practice

**Practice Areas:** Criminal, Litigation: Personal Injury

**Services Provided:**
Deaf/Hard of Hearing Translation: Not Specified
ADA-accessible client service: Not Specified
Language translation: Not Specified

**Fee Options Provided:** ❓
None Reported By Attorney

**Please note:** Not all payment options are available for all cases, and any payment arrangement must be agreed upon by the attorney and his/her

## CONTACT INFORMATION

Tel: -- 📞

## COURTS OF ADMITTANCE

**Federal:**
Texas Southern District/Bankruptcy Court
Texas Western District Court

**Other Courts:**
None Reported By Attorney

**Other States Licensed:**
None Reported By Attorney

**Please note:** This information is self-reported by Texas attorneys. Current license or admittance status can only be certified by the appropriate court or licensing entity.

We use cookies to analyze our traffic and enhance functionality. **More Information**

Exhibit C

## Notice of Appeal

To: Settlement Trust P.O.Box 50157 McLean Va. 22102
From: [redacted]

Re: Letter Received on 3/13/24 via TRK # 9405 5301 0935 5015 6050 37

Pursuant to, Pioneer, 507 U.S. 380, I qualify to file a late application due to the following cause of action that establishes excusable neglect.

- I am actually innocent of the charged crime that I am in prison for.
- I filed a writ of Habeas Corpus demonstrating with the record my actual innocence on March 6th, 2023 (see F19-1247-362 WHCI Denton County, TX.)
- There is also a civil action currently being litigated demonstrating that I am in fact actually innocent. (see 22-2732-16 Denton County, TX.)
- Due to the fact that this incarceration, started on Feb. 12, 2019, is a direct result of Government Malfeasance, I qualify to be included into this suit.
- During my incarceration I attempted to file through my attorney when did not actually file for me. (Attorney Carlton Hughes) - now deceased -.
- Due to incarceration I was unaware of any deadline to file.
- The failure to timely file Requires forgiveness and inclusion due to excusable neglect caused by the Government of Denton County, Texas.
- My application/questionaire & attached exhibits clearly show that I do have standing in the cause of action.

Thank You for Notifying me of the Need to Motion the Bankruptcy Court for a Court Order to allow my claim to proceed.

Dated 3/14/24



CC: Exhibit Attached to Motion
File
Record

Exhibit D