**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1],<br><br>              Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>RE: D.I. 11769 and 11921 |

**ORDER GRANTING MOTION OF JOHN B.R. DOE TO ENLARGE THE
BAR DATE IN ORDER TO FILE A PROOF OF CLAIM**

Upon consideration of the Motion of John B.R. Doe to Enlarge the Bar Date in Order to File a Proof of Claim and all responses thereto, the Court having determined that good and adequate cause exists for approval of the Motion, and the Court having determined that no further notice of the Motion must be given;

IT IS HEREBY ORDERED that John B.R. Doe is permitted to file a proof of claim that shall be deemed to be timely filed, and the Debtors are prohibited from objecting to the claim on the basis that it was not timely filed.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**Dated: March 27th, 2024
Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**