**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | Case No. 20-10343 (LSS) |
| Reorganized Debtors. | (Jointly Administered) |

**ORDER (I) EXTENDING THE CLAIMS OBJECTION DEADLINE
AND (II) GRANTING RELATED RELIEF**

Upon the *Reorganized Debtors' Motion for Entry of an Order (I) Extending the Claims Objection Deadline and (II) Granting Related Relief* (the "Motion")[2] for entry of an order, pursuant to sections 105(a), 502 and 503 of the Bankruptcy Code, Bankruptcy Rule 9006 and Local Rule 9006-2, extending the Claims Objection Deadline; and due and sufficient notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be provided under the circumstances; and it appearing that the relief requested by this Motion is in the best interests of the estate, creditors, and other parties in interest; the Court having reviewed the Motion and the responses thereto, if any; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

---

[1]   The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]   Capitalized terms not defined herein are used as defined in the Motion.

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      The Claims Objection Deadline, solely with respect to Administrative Expense Claims (other than a Professional Fee Claim), Priority Tax Claims, Other Priority Claims, and Other Secured Claims, is extended through and including April 15, 2024.

3.      This Order is without prejudice to the rights of the Reorganized Debtors to seek further extensions of the Claims Objection Deadline.

4.      This Order shall be effective and enforceable by its terms immediately upon entry.

5.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Dated: March 28th, 2024**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**