**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

Houser v. J.F.H.
--------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| Hon. Barbara J. Houser, | \| |
| | \|  C.A. No.: 24-00382 UNA |
| Appellant, | \| |
| | \| |
| v. | \|  Bankruptcy Case No. 20-10343 (LSS) |
| | \|  Bankruptcy BAP No. 24-16 |
| J.F.H., | \| |
| | \| |
| Appellee. | \| |

--------------------------------------------------------------------------------------------------------------------

**WITHDRAW OF APPELLEE, J.F.H.'S**
**MOTION AND ORDER TO ADMIT ATTORNEY RANDALL L. RHODES**
***PRO HAC VICE* FROM U.S. BANKRUPTCY COURT**

I attorney William R. Adams formally withdraw the Pro Hac Vice Motion of Randall L.

Rhodes which was filed with the U.S. Bankruptcy Court of Delaware under document number

11934.

Respectfully Submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By: /s/ *William R. Adams*

William R. Adams (DE Bar #4972)
222 Delaware Avenue, Suite 1040
Wilmington, DE 19801-1621
Tel. (302) 428-6133
Fax (888) 811-7144

Date: March 27, 2024                    Attorneys for Appellee, J.F.H.