United States Bankruptcy Court for the District  Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Boy Scouts of America<br>Case Number 20-10343 |
|---|---|
| Creditor Name and Address: | U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, IN 46278 |
| Court Claim Number (if known): | 257 |
| Date Claim Filed: | 08/12/2020 |
| Total Amount of Claim Filed: | $3,546.66 + unliquidated/contingent |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 03/26/2024

Signature _Erin Gudaitis_

Print Name: Erin Gudaitis

Title (if applicable): Supervisory Financial Program Specialist, Financial Risk & Analysis Section

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.



6650 Telecom Drive
Indianapolis, IN 46278

**U.S. Customs and Border Protection**

03/26/2024

Boy Scouts of America Claims Processing
c/o Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Re:   Boy Scouts of America
      Case Number: 20-10343

Dear Sir/Madam:

Enclosed is our Notice of Withdrawal of Claim for the above referenced bankruptcy case. Please file the notice and return a file-marked copy of the notice in the enclosed self-addressed, stamped envelope.

If you have any questions regarding this case, please make immediate contact with by sending an e-mail to Bankruptcyteam@cbp.dhs.gov.

Sincerely,

*Erin Gudaitis*

Erin Gudaitis
Supervisory Financial Program Specialist
Financial Risk & Analysis Section
Financial Operations, Office of Finance
U.S. Customs and Border Protection

Enclosures

**FROM:**
U.S. Customs and Border Protection
Revenue Division
Attn: Bankruptcy Team
6650 Telecom Dr., Suite 100
Indianapolis, IN 46278

**TO:**
Boy Scouts of America Claims Process.
c/o Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

RECEIVED APR 02 2024 Omni Agent Solutions

U.S. POSTAGE $009.85 PITNEY BOWES
MAR 26 2024
MAILED FROM ZIP CODE 46278

FIRST CLASS

PRIORITY MAIL

USPS TRACKING # 9114 9014 9645 0546 6275 88