March,26, 2024 To the Honorable

### Judge; Richard Andrews & Judge House & Judge Silverstein

From Mr. Timothy James Dunaway 3374 R Street-box11, Merced, CA. 95348 Cell # 209-504-1314

RECEIVED 2024 APR -3 AM 11: 37 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Subject: *Vicmized person's timely distribution of funds.*

Dear Sir; I am **74** years old, & I am a ***disabled person from 1999***, and I am not getting in younger. I will give you a fast dicription of what happened to me by **(2)** diffrent boy scout leaders, one at **11-1/2** years old & at almost **14 years old**. I have filled out all the forms that I recived from filling from 2020. My Lawers group is **AVA Law Group**. And at this point of time, <u>I do not have much faith in them</u>. As I have contacted them at least **2 to 3** times a month from 2020, till know . The funds has been turned over to a "**Trustee named is JUDGE Houser**". she was given this case by the court to give out these funds of <u>**(2.4 Billion dollars)**</u> to almost (**70,000 men out of about a total of 82,000** ) who claimed the case against the Boy Scout's of America, USA. And i am only one of the 70,000, that is still alive , at my age of **74-yr's old**, I do not know when our "**Lord**" will take me Home to be with him. I do know it might be **5 minute's**, or **5 hours**, or **5 days**, or **5 mounths**, or **5 years**. So with this knowage I am asking you Judge; **Richard Andrews** to <u>intervene</u> & connect with **Judge Houser** as "**Why**" has she ordered new forms & a "<u>**Dead-Line**</u>" for any new "**Persons**" to file a new claims & submitte them by **May 31, 2024**; WE had a **Dead Line** IN **2021**, not only for me but all the other "<u>**Victimitoms**</u>" of the Boy Scouts Molestation case. I think the **(?) Has Judge Houser,** been compermised by the <u>**Insurance Companies**</u> & is haveing unfair influence on dueing her job of settling & sending the funds of the BSA- law suit with the **Victimitoms**. Or is she is draqging her feet as to <u>**Enormous**</u> task of "<u>**Distribution of the funds**</u>". Or her Failure as not to hire enough people to help with her task given to her to "**distribute**" these funds as the court ask her to take on this task. And I have <u>**No Proof**</u> of these claims. But these are Items that no matter how most all of the **Victim's** feel, as I do as I write this letter. Please ask **Honorable Judge Houser** as to aLL of Items That I have brough up in this letter. And you may Give her this "LETTER: TO read & reply to you & my Lawers of AVA Law Group and myself. And **Please forgive My- <u>Stinking-Thinking</u>** , Of Implying or <u>accuseing Judge Houser</u> of anything but doing her Duty as the Law ask her to due.

### Mailed on March 27, 2024 To

### CC:

### Judge: Richard Andrews, & Judge: Laurie Silverstein & Judge: Houser

1

Judge's : Of the Federal District Court;- Richard Andrews, Mail To;

844-North King Street, Wilmington, DE., 19801-- And forward this letter to Retired Judge; Houser, to this same address.

Judge; Laurie Silverstein, at 824- North Market Street,- 3rd. Floor, Wilmington, DE. 19801

Yours Truely: _____;

████████████████████████

From: Timothy James Dunaway
3374-R-Street-Box 11
Merced, CA. 95348

To: Judge;
Laurie Silverstein
824-North Market Street
3rd-Floor
Wilmington, DE-19801

P.S: Please Foward
A copy To Judge "Houser"
BSA Case is included in This
Envelope

SACRAMENTO CA 957
U.S. 27 MAR 2024 PM 3 L
X-RAY

# 19801-302499

