IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § Case No. 20-10343 (LSS) |
| | § |
| BOY SCOUTS OF AMERICA AND | § Chapter 11 |
| DELAWARE BSA, LLC,[1] | § (Jointly Administered) |
| | § |
| Reorganized Debtors. | § |
| | § **Re: Docket No. 11864** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR AN ORDER AUTHORIZING CLAIMANT SST-419302'S TIMELY FILED SEXUAL ABUSE SURVIVOR PROOF OF CLAIM**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion for an Order Authorizing Claimant SST-419302's Timely Filed Sexual Abuse Survivor Proof of Claim* [Docket No. 11864] (the "Motion") filed on March 1, 2024. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than April 2, 2024 at 4:00 p.m. Thus, the movant respectfully requests that the Court enter an order granting the Motion.

Dated: April 3, 2024　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/Daniel K. Hogan*
　　　　　　　　　　　　　　　　　　　Daniel K. Hogan (DE No. 2814)
　　　　　　　　　　　　　　　　　　　**HOGAN♦McDANIEL**
　　　　　　　　　　　　　　　　　　　1311 Delaware Avenue
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　　　　(302) 656-7540
　　　　　　　　　　　　　　　　　　　Fax: (302) 656-7599
　　　　　　　　　　　　　　　　　　　Email: dkhogan@dkhogan.com

　　　　　　　　　　　　　　　　　　　-and-

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Mitchell A. Toups (*Pro Hac Vice Pending*)
Texas Bar No. 20151600
**MITCHELL A. TOUPS, LTD., OF**
**WELLER, GREEN, TOUPS & TERRELL, LLP**
Post Office Box 350
Beaumont, Texas 77704
(409) 832-1800
Fax: (409) 832-8577
Email: matoups@wgttlaw.com

*Attorneys for SST-419302*