**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. <u>11910</u>** |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to *Claimant P.V.'s Motion for Leave to File Late Proof of Claim* [Docket No. 11910](the "Motion"). The undersigned further certifies that a review of the Court's docket in this case reflects no answer, objection, or other responsive pleading to the Motion. Pursuant to the Notice of Motion, the objection deadline was April 1, 2024.

Dated: April 4, 2024
Wilmington, Delaware

                                                **BIELLI & KLAUDER, LLC**

                                                */s/ David M. Klauder*
                                                David M. Klauder, Esq.
                                                1204 N. King Street
                                                Wilmington, DE 19801
                                                Phone: (302) 803-4600
                                                Email: dklauder@bk-legal.com

                                                *Attorney for Claimant P.V.*

1