RECEIVED
2024 APR -5  AM 10: 45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## PRO-SE MOTION FOR LATE CLAIM IN CIVIL BANKRUPTCY CASE "BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC." CASE NO. 20-10343, CH. II BANKRUPTCY

Honorable Chief Judge Silverstein:

In this pro se motion, I am hereby requesting that you allow my late claim to be included in the above bankruptcy case, under the Pioneer rules. I was recently contacted by the Scouting Settlement Trust with notice that I would be excluded from the claim due to my late filing. I had initially filed a claim through Omni Agent Solutions in late 2021/early 2022. Omni informed me that my claim was late, but suggested that I still file because Omni was not certain how this court would treat late claimants. At that time, I had also written a letter to this court asking to be included as a claimant, and the reasons for my late claim. I received no response, but this may have occurred because I didn't address the letter as a motion to the court, rather just an informal letter. Due to the sensitive content, I had also asked that my letter be kept under seal. The allegations against BSA in my claim are quite serious, and I would prefer not to delve into the details at this point.

continued →

My legal resources, particularly regarding bankruptcy cases, are extremely limited. Please forgive my lack of formality in this letter.

The reason for that is also the reason I was not informed of the BSA case in the first place — I have been incarcerated in federal prison since 2006. I was uniquely uninformed of the BSA settlement, and it wasn't until I happened to be informed by another recently incarcerated BSA claimant in 2021 that I was made aware of the settlement. Had I been aware of the settlement, I would have certainly filed my claim before the bar date of November 16, 2020, as again, my claim is quite serious, and at the core of what this whole settlement is about. I would even argue that the basis of my claim may well have also indirectly lead up to contributing to my criminal actions which landed me in prison.
I also believe that in this case, my late claim would not unduly burden the plaintiff in this case, as the 80,000+ cases are still being actively processed.

Your honor, I hope you will allow my claim to continue. If you require any additional information or documentation from me, please let me know.

continued →

The claim number for my initial Omni Agent Solutions BSA claim is: 

My current address is:

My current release date is June 25, 2027.

Thank you for your time.




EL PASO TX 798
RIO GRAND DISTRICT
1 APR 2024 PM 2 L

19801-302499

⇔11264-031⇔
Honorable Judge Silverstein
824 N Market ST
6th Floor
Wilmington, DE 19801
United States

