(A.I.S.)

RECEIVED
2024 APR -3 AM 11: 43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Andrew Van Arsdale
and Judge Silverstein
To: THE HONORABLE JUDGE LAURIE SILVERSTEIN

At first I was hesitant about admitting some of the abuse and how often it occured. But after the thought that my honesty and coming out and telling my story may help me to let some anger out, it also may serve as a reminder that this should not be tolerated in Scouting and any other organization where children are present. My story has caused me grief I hope you understand

(pg.1)

██████████ aware to my ██████ the sexual abuse by Scout Master ███████ leader █████ or ██████ while I was a CubScout or Weeblow and the a Cubscout. I believe that my long history with drug abuse and Alcohol abuse was attributed and directly related to the abuse I suffered and endured while in the care of and enrolled participent of the Boy Scouts of America. Both my older brother ████████ who was also involved in Scouting and was abused also, both of us suffered Drug and Alcohol abuse when we left Scouting. I was a drug user at 8 years of age by smoking and turning to Marijuana use and eventually leading to harder drugs such a Cocaine at age 11. I believe this behavior was a direct result of Months of sexual abuse by Scout Master leader ████████

(Pg.2)

Its clear that of the 4 sons my mother had, the only 2 that had issues with drugs, alcohol and the law were myself and ███████. The 2 that were ███████ ███████. Its hard to watch this video. I was so young and innocent and was robbed of a productive childhood by a pedophile and a sexual ████ ███ Scout Master leader ███████ who knows how many victims this man abused. I was in prison from 1991 to 1998. It only shows from 1995 to 1997 because the Federal government refused to acknowledge the rule of double jepardy. Have judge Silverstein check it out. My Drug arrest was Federal. I went before judge Loyde D. George ⓕ first then judge Phillip Pro, second.

(Pg. 3)

The DVD I am attaching is a short clip of some of our Scouting adventures. It was originally on a home movie recorder we put on VHS, then transferred to DVD. The timelines are not correct cause some earlier footage should have been in the beginning. None the less, we had Scouting and Abuse from those who were trusted. My life has been a nightmare at times and I have no respect for pedophiles and sexual abusers. Please understand it wasn't easy to break this video down. I cried during most of it. Alot of the people related to me (including my brother Angelo who was also abused) are dead and gone. I tried to find the party most related to my claim. I can't be exact why the Scout leader Master

(pg. 4)

was never videod on camera. I feel mybe he was smart enough to not show his face Roy Aunes, Scout Master Leader I hope he burns in hell. Thanks for your time.

▮

Attached is the time by minutes and where and who of my testimony. ▮ was seen in the ▮ but I cant be sure of his picture his son warren, My brother angelo's abuser is in there also. I hope this video helps.

Respectfully ▮

▮ & ▮ Family (pg. 5)

TIME – 2:42 MINUTES IN TO MOVIE
IN ▮ AN LEFT HAND SIDE
▮ WIFE OF SCOUT MASTER

▮ AND MY GRANDMOTHER WERE FRIENDS AND NEIGHBORS AS WAS OUR FAMILY.

6:52 IN ITS ME ON A TORTOISE WITH
IN YOUNG BROTHER ▮
ME STRIPED SHIRT AT THE ZOO

9:53 to 10:02   ▮ WIFE OF ROY ANNES

12:19 IN TO 12:42 MINUTES IN. FIRST SCOUTING TRIP FOR ME AND ANGELO MY OLDER BROTHER. I WAS A CUB SCOUT HE WAS A BOY SCOUT. MOM FILMED OUR CAMP.

13:20 IN GRANDMA WENT TO HAWAII WITH BETTY TO SEE THE PEARL HARBOUR VIDEO GOT COMBINED.

(Pg. 6)

21:25  Minutes w. Picnic with
       Family unknown Park
       ▓▓▓▓▓ wife of ▓▓▓▓▓
       Scout Leader Master with sun
       glass's on center screen

25:14  Minutes in Second Scouting Hike and
 to    Camp out I believe at
26:28  Angeles National Forest tepees and
       tents with Mom Filming

Page 1 of 2 pages

To Attorney Andrew Van Arsdale
and Judge Silverstein:

This letter is to prove and act as a verification as to my sons both ▇▇▇ and ▇▇▇ Angelo Maietta interaction and involvement with the Boy Scouts of America.

I enrolled them both in the mid to late 60's. I believe ▇▇▇ was between 6 & 9 yrs old. ▇▇▇ was a few years older. Joseph was a Weeblo or Cub Scout. Its been so many years I hardly remember, as I'm coming on 87 yrs old. I allowed ▇▇▇ ▇▇▇ to go on campouts, trail hikes, fishing and other scouting activities and trusted their Scout Master Roy Annis and his son Warren. As they were also neighbors and friends. I have vedio footage of some of the activities. I had dropped them off at the Scout masters house ▇▇▇ who lived next door to us in Cudahy Ca. I never suspected anything wrong. They had been there dozens & dozens of times.

Page #2

as I repeated they were Scouts, neighbors + frien[ds]

Should you need any further information I can be contacted at

███████

Phone # ███████

Sincerely
███████
(mother of ███████)