In the United States Bankruptcy Court of Deleware

Plaintiff.

▬▬▬▬▬▬▬▬ pro se.

vs.

In Re: Boy Scouts of America and Deleware BSA, LLC (Debtors)

Chapter #11

Case # 20-10343 (LSS)

RECEIVED 2024 APR 10 AM 11:12 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## Motion Asking Judge to Allow Claim to Proceed

Come's now Plaintiff Marco Acoff proISE moves this Honorable Court in this motion Asking Judge to Allow Claim to Proceed, Pursuit to Rule 9006(b)(1) of the Rules of the United States Bankruptcy Court and supports this motion with the Following...

1. The delyin Filing Proof of Filing claim timely was beyond Plaintiffs Control. For seRval Reansons. 1#. Being that Plaintiff was incarcerated. And tried to call law firm's office in the prescribed amount of time, but due to Jail House Phone Collect System; and it's Restrictions on calls at the Jail; Lawyer's Law Firm #1-800 number was Restricted and I wasn't able to call

2. Plaintiff later tried to call using Phone's upgraded Pre-paid phone system, and law firm would not accept pre-paid phone calls.

(1 of 5)

3. Commercial listing Lawyer's number over-seeing case did not provide a address to write.

4. County Jail (Calhoun County Jail) did not have A law library; and Court Appointed Lawyer would not help in obtaining help; stating that he was paid only on criminal case which made it impossible to obtain address and case information.

5. Due to the sexual abuse; And the nature, which was a secret to Plaintiff which Plaintiff was both scared to share and ashamed of. The situation imposed a Fatal impact on Plaintiff's personal life And proved a grave mistake. Being that Plaintiff Called Attorney's office on 3-way call, with then to be Wife And Child's mother, (Thinking she had put the phone down) But didn't; Child's mother heard entire conversation with Attorney which detailed entire lifes secret sexual history Thus Resulting; in Childs mother; leaving Plaintiff; taking child; exposing Plaintiff's secerts to Both Family; and Frieds; via social media; and never allow Plaintiff to see or speach to her or Daughter Again.

6. Once Plaintiff was transferd to Prison which had a law library. Plaintiff obtained Court House Address; And personally wrote Judge Laurie Selber Silversteen. explaing the complex issues described and ask Judge to Allow Plaintiff to Be added to Claim; And later Recieved a Sexual Abuse Claim Form From Omni. via. the Judge.

(2 of 5)

7. Upon Reciept of Sexual Abuse Proof of Claim Form. PlaintiffProlse, Quickly Filled Out Form, Placed it in the ~~institution~~ institutional mail Box Postage Prepaid Addressed it to Omni's Office

8. Plaintiff later Followed up with Omni; and Found out mail was never delivered Due to several Reasons Beyond the Plaintiff's Control; to include: Both Covid-19; and it's Restrictions; on life and the Operations of the Jail. Or either mail's Room or U.S. mail letter was lost in the mail. From which Plaintiff wrote Judge over this case again explaining situation.

9. Plaintiff later Recieved another Sexual Abuse Proof of Claim Form; from which Plaintiff filled out and Recieved; Sexual Abuse Claim's number # SA_____; From John Dorthy at Omni.

10. Plaintiff Followed up with Omni for over 2 Years thinking issue was Resolved; only to Find out thru; The Trust that; Plaintiff's case was Filed as a late Filer. From which Plaintiff was given 45 day's on 3/06/2024 to either provid a timely Proof of Claim Form or either have Judge issue order Allowing Claim to proceed Regardless of it's Tardyness

11. Plaintiff Further asserts that the Granting of this motion will not prejudice the debtors and that Filings are in good Faith.

12. Plaintiff Further asserts that due to plaintiff's illegally being incarcerated and the Financial burden it caused; that Plaintiff wasn't Financially able to afford to hire a attorney.

13. Plaintiff Further supports this motion with Exhibit #1 (Attached) which shows Plaintiff being arrested on 11/8/2018 From which plaintiff has been incarcerated until the Present.

14. Plaintiff wasn't Allowed proper access to Courts due to Jails Restricted Wherefore these privities considered; the Plaintiff Pursuit to In Re: Pioneer Investment Services Co. 943 F.2d 673, 677 (1991) and Rule 9006 (B)(1) OF the United States Bankruptcy Court Rules; Prays that this Honorable Court will issue a order to the "Trust" over Case allowing Case to proceed despite it Being late.



Done this 28th day of march 2024
(4 oF 5)

## Certificate of Service

I ▉▉▉▉▉▉▉▉▉▉ pro se; hereby certify that I have this 28th day of March 2024 placed a copy of the foregoing motion Asking Judge to Allow Claim to proceed By Placing a copy in the U.S. mail / Institutional mail Box; Postage Prepaid and properly Affixxed addressed to:

The United States Bankruptcy Courthouse
Address: 824 North Market Street
Third Floor Wilmington
Deleware; 19801

Signed ▉▉▉▉▉▉▉▉▉▉

Done this 28th day of March 28th 2024

(5 of 5)

220

Exhibit #19

**Ashley Sisson**

From:
Sent: ███████████████ 2018 10:14 AM
To:
Subject:

███████████ was arrested on 11-7-18 for a motion to revoke bond and needs a 72 hr hearing on CC-2016-000082 and 83, please.

Thanks!

**Ashley Sisson**
**Circuit Court Criminal Division**
**Criminal Clerk**
25 West 11th Street, Ste. 300
Anniston, AL. 36201
(256) 231-1750

151

(pg. ████)

"URGENT"
Legal mail
mailed 3/28/2024
U.S.MS X-RAY
LEGAL ONLY

The United States Bankruptcy Courthouse For the District of Delaware
824 North Market Street
third Floor,
Wilmington Delaware 19801

19801-302499

BIRMINGHAM AL 350
2 APR 2024 PM 3 L
FIRST CLASS
ZIP 35023
02 7H
0006094480
US POSTAGE PITNEY BOWES
$ 000.88⁰
MAR 29 2024

"This correspondence is forwarded...
Alabama State ... son. The content...
been ... ed: and the Alabam...
of Cor... s (ADOC) is no...
the substance or conte...
communication."

"URGENT"
LEGAL mail

mailed
3-28-2024