**Mail body: Fwd:**

---------- Forwarded message ----------
From: ███████
Date: Fri, Apr 5, 2024, 3:29 PM
Subject:
To: James O'Neill <JONeill@pszjlaw.com>
Cc: <officedepot@printme.com>

RECEIVED
2024 APR 10  AM 10: 23
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

US DISTRICT COURT OF BANKRUPTCY DELAWARE

CHAPTER 11                              ADDDENUMN TO MOTION S SET FOR HEARING APRIL AND ADDL EVIDENCE ...
BOY SCOUTS OF AMERICA          CASE # 20 10343
                                               Affidavit of ███████

I SWEAR UNDER OATH AND PENALTY OF PERJURY THE FOLLOWING FACTS TRUE TO MY PERSONAL KNOWLEDGE

1 I WAS VICTIM OF TWO SEX ASSAULTS 1963 AT BOY SCOUTS MEETING APPROX 5 PM HELD AT ST NICHOLAS AVE AUDITORIUM
  ST JAMES PRESBETERIAN CHURCH 409 W 141 ST

2 I AT FIRST DUE TOO EMBARASSED WHEN MAKING THE FIRST REPORT SA #        AND DID NOT WANT TO REPORT THE 2ND
  SEX( FINGER)  ASSAULT BY THE TROOP LEADER I MADE EVENTUALLY A WEEK LATER  SA #

3) I CALLED OMNI ON 12/11/21 TO REPORT THE MAILER OF THE BALLOT JOSE MENDEZ DID NOT FORGOT TO WHITE OUT THE
  LINE  MARK ON THE BALLOTS SECOND QUESTION FOR ELECTING THE EXPIDITED $3500 SETTLEMENT AND WAS TOLD TO MAIL
  IN A SECOND BALLOT OMNI SENT ME EXHIBIT 1 ON  WHICH I DID NOT SELECT THE SECOND BOX LEFT IT EMPTY MAILED 12/14/21

3A ) I SENT OMNI A LETTER 1/2023 STATEING THAT I HAD SENT IN SECOND BALLOT AND RESINDED THE EXPIDITED OPTION
  THAT I MADE ONLY FOR THE 1ST CLAIM # 4765 NOT FOR 2ND CLAIM SA 71

3C ) AT NO TIME DID ONMI STATE THAT IF I CHOSE EXPIDITED OPTION FOR 1ST CLAIM IT WAS UNCHANGEABLE AND APPLIED TO
  BOTH CLAIMS NOT ONLY THE 1ST CLAIM AS INTENDED

4) OMNI AGENT STATED THEY HAD RECIVED THE SECOND BALLOT WHERE I ONLY MARKED THE 1ST BOX LEAVING EXPIDITED BOX
  SECOND BOX EMPTY (EXHIBIT)

5) WHEN I CALLED OMNI A YEAR LATER THEY SAID THEY DID NOT RECIVE THE 2ND BALLOT OF 12/14/21 AFTER FIRST TELLING ME
  IN JAN 2022 THEY HAD RECIVED AND PROCESSED THE 2ND 12/14/21 BALLOT

6) I MAILED IN A 3RD BALLOT TO OMNI THEY RECIVED IN 2022 ALSO NOT CHECKING THE SECOND BOX FOR THE EXPIDITED PAYMENT

7) I ALSO WAS TOLD BY JOHN DOTHERY TO SEND IN A AMMENDED CLAIM FORM EXPLAINING I DID NOT ACCEPT THE EXPIDITED OPTION
  THAT I FILLED OUT AND RETURNED IT FEBURARY 2022 OMNI STATED THEY RECIVED IT  BUT THEN

CLAIMED THEY COULD NOT FIND
   IT AND I SENT ANOTHER SEE EXHIBITS

8) THE PLAN WAS NOT LEGAL A MERE PROPOSAL AT THE TIME THE OPTION TO SELECT EXPIDITED PAYMENT WAS OFFERED
   THEREFORE IT WAS NOT CONSIDERED TO ME BINDING AND WOULD HAVE TO BE CONFIRMED YEA OR NO AFTER AND WHEN
   THE PLAN WAS APPROVED

9) SINCE THE EXPIDITED OPTION WAS PART OF THE PLAN AND THE BALLOT WAS ONLY A VOTE ON THE PLAN IT COULD
   HAVE ONLY BEEN BINDING AFTER THE PLAN WAS LEGAL APPROVED

10) I WAS UNDER MEDICATION AND DRUGS AT THE TIME I SUBMITTED ALL THE BALLOTS AND UNDER DURESS S AND HOMELESS AND FINANCIALLY DESPERATE BUT DECIDED IMMEDIATELY TO REJUECT THE EXPEDITED OPTION

11) I WAS AT THE TIME OF THE CLAIM AND BALLOT UNDER MEDICATION AND TREATMENT BY PSYCHARIST AND PSYCOLOGIST
   DUE TO THE SEX ABUSE I SUFFERED AT THE BOY SCOUTS SUBJECT OF THE TWO CASES AND STILL AM SEE EXHIBITS

12) I WAS PROMISED BY OMNI THEY RECIVED THE 12/14/2021 2ND BALLOT AND HAD CANCELLED THE OPT OUT EXPIDITED OPTION

13) THE TRUSTEE FAILED TO INFORM HOW TO CHANGE THE EXPEDITED OPTION WHEN I FIRST CHOSE IT AND I IMMEDIATELY
   TOLD THE MAILR MR MENDEZ TO WHITE OUT THE MARK IN EXPIDITED BOX BUT HE FORGOT AMD MAILED IT I TOLD
   OMNI AND THEY SAID FILL OUT THE SECOND BALLOT AFTER VERIFIED 2ND BALLOT RECIVED THEN A YEAR LATER
   ASKED ME TO INSTEAD FILL OUT AMMENDED CLAIM FORM  PROOF SUCUT TRUSTEE FAILED TO INFORM OMNI OR
   ME HOW TO CORRECT ERROR OF MARK IN EXPIDITED OPTION BOX

14 I WITTNESSED JUDGE ASKING OMNI TO EXPLAIN HOW THEY NOTIFIED HOW TO CHANGE EXPIDITED OPTION AND
   INSTEAD OMNI ATTY SAID THE PLAN SAYS LAST BALLOT SHALL BE DETERMINING BUT THEY DINOT TELL ME THAT

15 I WITTNESSED JUDGE ALLOWING A PERSON WHO NEVER MADE ANY CLAIM AT ALL 1ST MAKE A CLAIM 3/24 AND
   JUDGE ALLOWED NON CLAIMIANT  2 YEARS AFTER DEADLINE 3/28/22  AT THIS LATE DATE MARCH 2024 HEARING BE ABLE TO
   FOR THE 1ST TIME MAKE A CLAIM SELECT FULL SETTLEMENT GET FULL REVIEW SETTLEMENT AFTER
   HER ATTY SAID SHE WAS ON DRUGS AND FORGOT A UNPROVEN HEARSAY  JUDGE ON WHIM AND CAPRICE AND UNJUST DISCRIMINATION
   UNDER COLOR OF LAW DENY DUE PROCESS TO SOME NOT OTHERS ONLY IF THEY HAVE ATTY

16) SECTION 3585  TITLE 12 LIMITS TO 2 YEARS TO BRING ACTION FOR BREACH OF TRUST PLAINTIFF HAS FILED JUST AS STATUE OF
   LIMITATIONS MUST BE APPLIED TO ALL THE JUDGE SILVERSTEINS ALLOWING A CLAIM 1ST MADE 3 2024 VOIDS THE DEADLINE OF
   3/28/23 FOR SUBMITTING AMMENDED BALLOT TO CHANGE ELECTION OF EXPIDITED OPTION AND VOIDS DEADLINE DATE FOR ALL
   WITH REASONABLE CAUSE EQUAL TO THAT OF THE EXCEPTION TO DEADLINE OTHERWISE PLAN IS UNCONSTUTIONAL IN ITS ENTIRITY

ATTACHED EXHIBITS RESTATED INCORPORATED HEREIN BY REFRENCE 1 AMMENDED BALLOT 12/14/22  2 MENDEZ

AFFIDAVIT 3 ECT...

    WHEREFORE   THIS AFFIDAVIT IS SUBMITTED IN SUPPORT OF THE RELIEF REQUESTED AND BASED ON NEW EVIDENCE JUDGE
    WAIVES DEADLINE TO MAKE A CLAIM FOR COMPENSATION AND EXPIDITED OPTION ECT FOR SOME DUE TO DRUG ADDICTIONNOT OTHERS

**Mail body:**

US FEDERAL BANKRUPCY COURT DELAWARE

BOY SCOUTS OF AMERICA AND DELAWARE DEBTORS

CHAPTER 11 20 10343
AFFIDAVIT OF ▮

THE FOLLOWING AFFIDAVIT OF ▮ S SWORN TRUE UNDER LAWS TO MY PERSONAL KNOWLEDGE THE FACTS KNOWN TO ME I DECLARE AND STATE UNDER OATH AND PENALTY OF PERJURY THE FOLLOWING ON DECEMBER 11 2021 ▮ ASKED BE TO BUY WHITE OUT AND ERASE THE MARK PLACED IN THE ATTACHED BOY SCOUT VOTEING BALLOT AND THEN TO MAIL THE BALLOT,I FORGOT TO WHITE OUT THE MARK IN THE SECOND BOX AND MAILED IT TO OMNI AGENT SOLUTIONS ON DECEMBER 10 2012 WITHOUT WHITEING

THE MARK OUT AS I PROMISED TO DO WHICH MARK WAS TO ACCEPT THE EXPIDITED PAYMENT OF $3500.00

I TOLD ▮ THAT WAS NOT A GOOD IDEA TO ACCEPT THE $3500.00 FOR ONE OF HIS TWO CLAIMS HE MAILED A LETTER ATTACHED STATEING THAT HE MADE A MISTAKE IN MARKING THE SECOND BOX FOR THE EXPIDITED AND ONLY WAS GOING TO ACCEPT THAT FOR THE SECOND CLAIM AGAINST THE SCOUTMASTER I INCLUDED THE LETTER WHEN I MAILED THE BALLOT.

FOUR DAYS LATER I WAS WITH HIM WHEN HE MAILED A SECOND BALLOT WHICH DID NOT HAVE THE MARK IN THE 2ND BOX FOR THE EXPIDITED THE COPY OF WHICH 2ND BALLOT IS ATTACHED TO THIS AFFIDAVIT

DATED 3/18/24



Â

**From**: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent**: Tuesday, November 16, 2021 2:30 PM
**To**: John Doherty <jdoherty@OmniAgnt.com>
**Subject**: [External] DELIBERATE NAME MISPELLING 2 SEPERATE CLAIMS

Â

OMNI AGENT SOLUTIONESÂ

Â

Â Â I HAVE TWO SEPERATEÂ CLAIMS DUE TO TWO DISTINCT SEX ABUSES WHERE PERPETRATORS DID NOT ACT TOGETHER

Â

Â #1Â Â I AM BEING DISCRIMINATED AGAINST BY OMNI DELIBERATELY MISPELLING MY NAME ON 2ND CLAIM NOTICE

Â

#2 I WANT TO SETTLE EXPIDITEDÂ THE FIRST CLAIM NOT THE 2ND CLAIM

Â

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Â

Â Â

The information contained in this communication and its attachment(s) is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete the communication without retaining any copies.

Mail body: Fwd: [External] I DONT UNDERSTAND I AM OUT OF CALLING AREA FOR

---------- Forwarded message ---------
From: **John Doherty** <jdoherty@omniagnt.com>
Date: Fri, Dec 10, 2021 at 3:11â€¯PM
Subject: RE: [External] I DONT UNDERSTAND I AM OUT OF CALLING AREA FOR 866 9073721
To:
Cc: BSAInquiries <BSAInquiries@omniagnt.com>

Â

Â

We have received your inquiry. Â We are experiencing a service provider outage. We are working with our provider to restore service as soon as possible. We apologize for any inconvenience.

Â

Unfortunately, we can not answer your question as we are not permitted to provide and legal guidance or clarification of legal information in completing the ballot as we are not attorneys.

Â

Best regards

Jd Â

Â

John Doherty

Office: 818.906.8300 Ext 305

Email: jdoherty@omniagnt.com

Â



Â

**From:**
**Sent:** Friday, December 10, 2021 1:51 PM
**To:** John Doherty <jdoherty@OmniAgnt.com>
**Subject:** Re: [External] I DONT UNDERSTAND I AM OUT OF CALLING AREA FOR

Â

ONLINE NOT FUNCTIONING

Â

I NEED ANSWER PLEASE RE

Â

1 OF 2

Case No: 20-10343
Debtor: Boy Scouts of America
ClmSchNo: C23219

legal representatives of the undersigned, and shall not be affected by, and shall survive, the death or incapacity of the undersigned. The undersigned understands that an otherwise properly completed, executed, and timely returned Ballot failing to indicate either acceptance or rejection of the Plan, or indicating both acceptance and rejection of the Plan, will not be counted.

| | |
|---|---|
| Print or Type Name of Claimant: | [redacted] |
| Last Four Digits of Social Security Number of Claimant: | [redacted] |
| Birthdate of Claimant (MM/DD/YY): | [redacted] |
| Signature: | [redacted] |
| Name of Signatory (if different than Claimant): | |
| If by Authorized Agent, Title of Agent: | |
| Street Address: | [redacted] |
| City, State, Zip Code: | [redacted] |
| Telephone Number: | [redacted] |
| Email Address: | [redacted] |
| Date Completed: | [redacted] |

I HAVE SUFFERED 2 SEPRATE ABUSES 2 NON DUPLI[CATE] CLAIM # SA[redacted] AND SA[redacted]

**IF THIS BALLOT IS NOT RECEIVED BY THE SOLICITATION AGENT ON OR BEFORE DECEMBER 14, 2021 AT 4:00 P.M. (EASTERN TIME), YOUR VOTE WILL NOT BE COUNTED.**

SEPRATE PURPATRATORS UNRELATED NOT GROUP

Ballots must be delivered to the Solicitation Agent (a) via the electronic Ball[ot] submission platform on the Solicitation Agent's website (the "E-Ballot Platform") by visiti[ng]

20cv10343
Boy Scout                          Exhibit

# APS Clinics

| CITA/FECHA | HORA | PROVEEDOR |
|---|---|---|
| 12-April | 11:45 | Dra. Mujica |
| 13 April | am | Dr. almeny |

1.888.323.1464

787.641.9133

APS Clinics

APS Clinics

Nom[redacted]

Réc[redacted]

Teléf[redacted]

Clíni[redacted]

**SCAN ME**

J.S.M.S. X-RAY

US Bankruptcy Court
824 Market St N 3rd Fl
Wilmington Del 19801