**IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | § Case No. 20-10343 (LSS) |
| | § |
| BOY SCOUTS OF AMERICA AND | § Chapter 11 |
| DELAWARE BSA, LLC,[1] | § (Jointly Administered) |
| | § |
| Debtors | § Re: |
| | § |

**ORDER GRANTING MOTION AUTHORIZING TIMELY FILED SEXUAL ABUSE
SURVIVOR PROOF OF CLAIM FOR CLAIMANT SST-419302**

Upon the motion (the "Motion")[2] of Claimant SST-419302, for entry of an order granting Claimant's timely filed Sexual Abuse Survivor Proof, it appears: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and (c) notice of the Motion was due and proper under the Circumstances; and it further appearing that the relief requested in the Motion is fair, reasonable and appropriate; and after due consideration of objections, if any, following deliberation, and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED that:**

1. The Motion is GRANTED as follows;

2. Claimant SST-419302's ballot shall be treated by the Trustee as timely filed;

3. The Debtors, the Trust and all other relevant parties shall treat Claimant SST-419302's claim as a timely filed claim;

4. Claimant SST-419302 claims shall proceed through the claims reconciliation process as outlined in the Plan; and

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

5. This Court shall retain jurisdiction over the Motion and the relief granted by this Order.

Dated: April 10th, 2024
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE