## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>              Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No(s). |

### ORDER GRANTING PETITION TO ACCEPT UNTIMELY FILING OF
### SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

Upon consideration of the Petition of John R.C. Doe to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim and all responses thereto, the Court having determined that good and adequate cause exists for approval of the Motion, and the Court having determined that no further notice of the Motion must be given;

IS HEREBY ORDERED that John R.C. Doe is permitted to file a proof of claim that shall be deemed to be timely filed, and the Debtors are prohibited from objecting to the claim on the basis that it was not timely filed.

Dated: April 10th, 2024
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE