IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 11917, 11919, & 11920** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO SEAL
EXHIBITS TO PETITION TO ACCEPT UNTIMELY FILING OF
SEXUAL ABUSE SURVIVORS' PROOFS OF CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to John Doe #1 through John Doe #6's *Motion to Seal Exhibits to Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim* [Docket No. 11919] (the "Sealing Motion"), filed on March 21, 2024.

The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Sealing Motion appears thereon. Pursuant to the notice of the Sealing Motion, responses to the Sealing Motion were to be filed and served no later than April 9, 2024. Accordingly, it is hereby respectfully requested that the order attached to the Sealing Motion be entered at the Court's earliest convenience.

Dated: April 10, 2024

　　　　　　　　　　　　　　　　　　　/s/ Daniel K. Hogan
　　　　　　　　　　　　　　　　　　　Daniel K. Hogan (DE Bar # 2814)
　　　　　　　　　　　　　　　　　　　HOGAN♦MCDANIEL
　　　　　　　　　　　　　　　　　　　1311 Delaware Avenue
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　　　　Telephone: (302) 656-7540
　　　　　　　　　　　　　　　　　　　Email: dan@dkhogan.com
　　　　　　　　　　　　　　　　　　　*Counsel for John Doe #1 through John Doe #6*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 Wet Walnut Hill Lane, Irving, Texas 75038.