# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 16, 2024, AT 10:00 A.M. EASTERN TIME

> **This hearing will be conducted in-person, and any exceptions must be approved by chambers.**
>
> **To attend a hearing remotely, please register using the eCourtAppearance tool ([available here](#)) or on the court's website at www.deb.uscourts.gov.**
>
> **\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***
>
> **After the deadline has passed, an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.**
>
> **Topic: Boy Scouts of America**
>
> **Time: April 16, 2024, at 10:00 a.m. Eastern Time (US and Canada)**

RESOLVED MATTERS:

1. [SEALED] Motion to File Claim After Claims Bar Date Filed by John D.H. Doe (D.I. 11813, filed 02/09/24).

    Objection Deadline:    April 4, 2024, at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleadings:

    a) Motion to Seal Exhibits to Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11824, filed 02/14/24);

---

[1] The Reorganized Debtors in the chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

b)  [REDACTED] Notice of Filing of Proposed Redacted Version of the Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11825, filed 02/14/24);

c)  Declaration of Theodore S. Forman, Esq. in Support of Petitions to Accept Untimely Filings of Sexual Abuse Survivor Proof of Claim Forms (D.I. 11862, filed 03/01/24);

d)  Re-Notice of Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11877, filed 03/06/24);

e)  Certificate of No Objection Regarding Motion to Seal Exhibits to Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11881, filed 03/06/24);

f)  Order Granting Motion to Seal Exhibits to Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11886, filed 03/08/24);

g)  Certificate of No Objection Regarding Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11958, filed 04/05/24); and

h)  Order Granting Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11974, filed 04/10/24).

Status: An order has been entered with respect to this matter. No hearing is necessary.

2.  [SEALED] Motion to File Claim After Claims Bar Date Filed by John R.C. Doe (D.I. 11814, filed 02/09/24).

Objection Deadline:   April 4, 2024, at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)  Motion to Seal Exhibits to Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11822, filed 02/14/24);

b)  [REDACTED] Notice of Filing of Proposed Redacted Version of the Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11823, filed 02/14/24);

c)  Declaration of Theodore S. Forman, Esq. in Support of Petitions to Accept Untimely Filings of Sexual Abuse Survivor Proof of Claim Forms (D.I. 11862, filed 03/01/24);

d)  Re-Notice of Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11878, filed 03/06/24);

    e)    Certificate of No Objection Regarding Motion to Seal Exhibits to Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11882, filed 03/06/24);

    f)    Order Granting Motion to Seal Exhibits to Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11887, filed 03/08/24);

    g)    Certificate of No Objection Regarding Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11959, filed 04/05/24); and

    h)    Order Granting Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11975, filed 04/10/24).

Status: An order has been entered with respect to this matter. No hearing is necessary.

3.    Motion for an Order Authorizing Claimant SST-419302's Timely Filed Sexual Abuse Survivor Proof of Claim (D.I. 11864, filed 03/01/24).

Responses Received: None.

Related Pleadings:

    a)    Certificate of No Objection Regarding Motion for an Order Authorizing Claimant SST-419302's Timely Filed Sexual Abuse Survivor Proof of Claim (D.I. 11953, filed 04/03/24); and

    b)    Order Granting Motion Authorizing Timely Filed Sexual Abuse Survivor Proof of Claim for Claimant SST-419302 (D.I. 11972, filed 04/10/24).

Status: An order has been entered with respect to this matter. No hearing is necessary.

4.    Motion for an Order Deeming Previously Filed Proofs of Claim to be Timely Filed (D.I. 11868, filed 03/04/24).

Responses Received: None.

Related Pleadings:

    a)    Certification of Counsel Regarding the Stipulation Between Certain Claimants and the Honorable Barbara J. Houser (Ret.), Trustee of the BSA Settlement Trust to Accept Late File Proofs of Claims (D.I. 11902, filed 03/14/24); and

    b)    Order Approving Stipulation Between Certain Claimants and the Honorable Barbara J. Houser (Ret.), as Trustee of the BSA Settlement Trust to Accept Late Filed Proofs of Claim (D.I. 11914, filed 03/19/24).

Status: An order has been entered with respect to this matter. No hearing is necessary.

5.     [SEALED] Motion of R.M. (CO) to Deem Late-Filed Proof of Claim to be Timely Filed and Direct Its Administration by the Trust Administrator as if Timely Filed (D.I. 11883, filed 03/06/24).

    Responses Received: None.

    Related Pleadings:

    a)     [REDACTED] Motion of R.M. (CO) to Deem Late-Filed Proof of Claim to be Timely Filed and Direct Its Administration by the Trust Administrator as if Timely Filed (D.I. 11884, filed 03/06/24);

    b)     Certificate of No Objection Regarding Motion of R.M. (CO) to Deem Late-Filed Proof of Claim to be Timely Filed and Direct Its Administration by the Trust Administrator as if Timely Filed (D.I. 11922, filed 03/22/24); and

    c)     Order Granting Motion of R.M. (CO) to Deem Late-Filed Proof of Claim to be Timely Filed and Direct Its Administration by the Trust Administrator as if Timely Filed (D.I. 11938, filed 03/27/24).

    Status: An order has been entered with respect to this matter. No hearing is necessary.

6.     Claimant P.V.'s Motion for Leave to File Late Proof of Claim (D.I. 11910, filed 03/18/24).

    Responses Received: None.

    Related Pleadings:

    a)     Certificate of No Objection Regarding Claimant P.V.'s Motion for Leave to File Late Proof of Claim (D.I. 11954, filed 04/04/24); and

    b)     Order Granting Claimant P.V.'s Motion for Leave to File Late Claim (D.I. 11973, filed 04/10/24).

    Status: An order has been entered with respect to this matter. No hearing is necessary.

7.     [SEALED] Motion of S.E. to Deem Late-Filed Proof of Claim to be Timely Filed and Direct Its Administration by the Trust Administrator as if Timely Filed (D.I. 11915, filed 03/19/24).

    Responses Received: None.

    Related Pleadings:

    a)     [REDACTED] Motion of S.E. to Deem Late-Filed Proof of Claim to be Timely Filed and Direct Its Administration by the Trust Administrator as if Timely Filed (D.I. 11916, filed 03/19/24);

b)  Certificate of No Objection Regarding Motion of S.E. to Deem Late-Filed Proof of Claim to be Timely Filed and Direct Its Administration by the Trust Administrator as if Timely Filed (D.I. 11952, filed 04/03/24); and

c)  Order Granting Motion of S.E. (CA) to Deem Late-Filed Proof of Claim to be Timely Filed and Direct Its Administration by the Trust Administrator as if Timely Filed (D.I. 11965, filed 04/09/24).

Status: An order has been entered with respect to this matter. No hearing is necessary.

MATTERS UNDER CERTIFICATION:

8.  Reorganized Debtors' Motion for Entry of an Order (I) Further Extending the Claims Objection Deadline and (II) Granting Related Relief (D.I. 11687, filed 12/18/23).

    Objection Deadline: January 2, 2024, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    a)  Certificate of No Objection Regarding Reorganized Debtors' Motion for Entry of an Order (I) Further Extending the Claims Objection Deadline and (II) Granting Related Relief (D.I. 11704, filed 01/03/24).

    Status: A Certificate of No Objection has been filed with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court directs otherwise.

9.  [SEALED] Motion to File Claim After Claims Bar Date filed by John Doe #1 through John Doe #6 (D.I. 11917, filed 03/20/24).

    Objection Deadline: April 9, 2024, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    a)  Motion to Seal Exhibits to Petition to Accept Untimely Filing of Sexual Abuse Survivors' Proofs of Claim (D.I. 11919, filed 03/21/24);

    b)  [REDACTED] Notice of Filing of Proposed Redacted Version of the Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11920, filed 03/21/24);

    c)  Certificate of No Objection Regarding Motion to Seal Exhibits to Petition to Accept Untimely Filing of Sexual Abuse Survivors' Proofs of Claim (D.I. 11977, filed 04/10/24); and

5

    d)      Certificate of No Objection Regarding Petition to Accept Untimely Filing of Sexual Abuse Survivor Proof of Claim (D.I. 11978, filed 04/10/24).

Status: Certificates of No Objection have been filed with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court directs otherwise.

10. Reorganized Debtors' Thirteenth Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period Within Which the Reorganized Debtors May Remove Civil Actions and Granting Related Relief (D.I. 11945, filed 03/29/24).

    Objection Deadline: April 9, 2024, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    a) Certificate of No Objection Regarding Reorganized Debtors' Thirteenth Motion for Entry of an Order, Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Extending the Period Within Which the Reorganized Debtors May Remove Civil Actions and Granting Related Relief (D.I. 11979, filed 04/11/24).

    Status: A Certificate of No Objection has been filed with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court directs otherwise.

11. Motion of W.S. (New Hampshire) and D.A. (Florida) for an Order Deeming Proofs of Claim Timely Filed (D.I. 11939, filed 03/27/24).

    Objection Deadline: April 9, 2024, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    a) Certificate of No Objection Regarding Motion of W.S. (New Hampshire) and D.A. (Florida) for an Order Deeming Proofs of Claim Timely Filed (D.I. 11983, filed 04/11/24).

    Status: A Certificate of No Objection has been filed with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court directs otherwise.

12. Motion of B.T., C.W., C.W-S., J.S., and R.C. for an Order Deeming Proofs of Claim Timely Filed (D.I. 11940, filed 03/27/24).

    Objection Deadline: April 9, 2024, at 4:00 p.m. (ET).

    Responses Received: None.

Related Pleadings:

a) Certificate of No Objection Regarding Motion of B.T., C.W., C.W-S., J.S., and R.C. for an Order Deeming Proofs of Claim Timely Filed (D.I. 11984, filed 04/11/24).

Status: A Certificate of No Objection has been filed with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court directs otherwise.

MATTERS GOING FORWARD:

13. [SEALED] Motion to Compel Appropriate Relief Filed by E.C. (D.I. 11546, filed 10/19/23).

    Responses Received:

    a) Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to the Motion to Compel Appropriate Relief of E.C., D.I. 11547 (D.I. 11608, filed 11/13/23).

    Related Pleadings:

    a) [REDACTED] Motion to Compel Appropriate Relief Filed by E.C. (D.I. 11547, filed 10/19/23).

    Status: This matter is going forward.

14. [SEALED] Motion to Cancel Opt Out Options and to Pay Each Claim Separately Filed by E.C. (D.I. 11655, filed 12/07/23).

    Responses Received:

    a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Motion to Allow a Change of Election from the Expedited Payment Option to the Trust (Matrix) Claims Process or Independent Review Option (SST-906788) [D.I. 11672], (2) Motion to Cancel Opt Out Options and Pay Each Claim Separately [D.I. 11655, 11656], and (3) Motion to Approve Opt Out and Punitive Damages [D.I. 11658, 11659] (D.I. 11752, filed 01/30/24).

    Related Pleadings:

    a) [REDACTED] Motion to Cancel Opt Out Options and Pay Each Claim Separately Filed by E.C. (D.I. 11656, filed 12/07/23).

    Status: This matter is going forward.

15.  [SEALED] Motion to Approve Opt Out and Punitive Damages Filed by E.C. (D.I. 11658, filed 12/07/23).

    Responses Received:

    a)  Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Motion to Allow a Change of Election from the Expedited Payment Option to the Trust (Matrix) Claims Process or Independent Review Option (SST-906788) [D.I. 11672], (2) Motion to Cancel Opt Out Options and Pay Each Claim Separately [D.I. 11655, 11656], and (3) Motion to Approve Opt Out and Punitive Damages [D.I. 11658, 11659] (D.I. 11752, filed 01/30/24).

    Related Pleadings:

    a)  [REDACTED] Motion to Approve Opt Out and Punitive Damages Filed by E.C. (D.I. 11659, filed 12/07/23).

    Status: This matter is going forward.

16.  [SEALED] Motion to Declare Unconstitutional and Appropriate Relief as Mailing Submit Fee Waiver for Full Settlement (By Mail) & Appropriate Relief Filed by E.C. (D.I. 11762, filed 02/01/24).

    Responses Received:

    a)  Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Motion to Declare Unconstitutional and Appropriate Relief as Mailing Submit Fee Waiver for Full Settlement (By Mail) & Appropriate Relief [D.I. 11762, 11763]; (2) Motion to Compel Discovery [D.I. 11764, 11765]; and (3) Motion for Reconsideration and Motion for Sanctions [D.I. 11837, 11838] (D.I. 11861, filed 03/01/24).

    Related Pleadings:

    a)  [REDACTED] Motion to Declare Unconstitutional and Appropriate Relief as Mailing Submit Fee Waiver for Full Settlement (By Mail) & Appropriate Relief Filed by E.C. (D.I. 11763, filed 02/01/24).

    Status: This matter is going forward.

17.  [SEALED] Motion to Compel Discovery Filed by E.C. (D.I. 11764, filed 02/02/24).

    Responses Received:

    a)  Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Motion to Declare Unconstitutional and Appropriate Relief as Mailing Submit Fee Waiver for Full

Settlement (By Mail) & Appropriate Relief [D.I. 11762, 11763]; (2) Motion to Compel Discovery [D.I. 11764, 11765]; and (3) Motion for Reconsideration and Motion for Sanctions [D.I. 11837, 11838] (D.I. 11861, filed 03/01/24).

Related Pleadings:

a) [REDACTED] Motion to Compel Discovery Filed by E.C. (D.I. 11765, filed 02/01/24);

b) [SEALED] Claimant's Affidavit in Support of Request to the Settlement Trustee to Waive IRO Administration Fee (D.I. 11766, filed 02/01/24); and

c) [REDACTED] Claimant's Affidavit in Support of Request to the Settlement Trustee to Waive IRO Administration Fee (D.I. 11767, filed 02/01/24).

Status: This matter is going forward.

18. [SEALED] Motion for Reconsideration and Motion for Sanctions filed by E.C. (D.I. 11837, filed 02/21/24).

Responses Received:

a) Consolidated Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to (1) Motion to Declare Unconstitutional and Appropriate Relief as Mailing Submit Fee Waiver for Full Settlement (By Mail) & Appropriate Relief [D.I. 11762, 11763]; (2) Motion to Compel Discovery [D.I. 11764, 11765]; and (3) Motion for Reconsideration and Motion for Sanctions [D.I. 11837, 11838] (D.I. 11861, filed 03/01/24).

Related Pleadings:

a) [REDACTED] Motion for Reconsideration and Motion for Sanctions filed by E.C. (D.I. 11838, filed 02/21/24).

Status: This matter is going forward.

19. Motion of the Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf Claimants to Enlarge the Bar Date in Order to File Proof of Claims (D.I. 11899, filed 03/13/24).

Objection Deadline:   March 27, 2024, at 4:00 p.m. (ET).

Responses Received:

a) Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motion of the Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf Claimants to Enlarge the

> Bar Date in Order to File Proof of Claims [D.I. 11899] (D.I. 11931, filed 03/26/24); and
>
> b) Reply to Response of The Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust, in Opposition to Motion of the Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf Claimants to Enlarge the Bar Date in Order to File Proof of Claims [D.I. 11899] (D.I. 11967, filed 04/10/24).
>
> Related Pleadings:   None.
>
> Status: This matter is going forward.

20. Motion of Christopher Ambrose to Deem Late-Filed Proof of Claim to be Timely Filed and Directs Its Administration by the Trust Administrator as if Timely Filed (D.I. 11908, filed 03/15/24).

> Objection Deadline:   April 1, 2024, at 4:00 p.m. (ET).
>
> Responses Received:   None.
>
> Related Pleadings:   None.
>
> Status: This matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: April 12, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Sophie Rogers Churchill*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Sophie Rogers Churchill (No. 6905)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>     aremming@morrisnichols.com<br>     srchurchill@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>     mlinder@whitecase.com<br>     laura.baccash@whitecase.com<br>     blair.warner@whitecase.com<br><br>ATTORNEYS FOR THE REORGANIZED DEBTORS |