| | |
|---|---|
| **DELAWARE BANKRUPTCY COURT**<br>Honorable Judge Laurie Selber Silverstein<br>824 North Market St.<br>Wilmington, DE 19801 | RECEIVED<br>2024 APR 12  AM 9:20<br>CLERK<br>US BANKRUPTCY COURT<br>DISTRICT OF DELAWARE |
| In re BSA, ▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>*Petitioner,*<br><br>v.<br><br>Boy Scouts of America and Delaware BSA, LLC, Debtors,<br><br>*Defendants.* | **COURT USE ONLY** |
| *Petitioning* Party:<br><br>▮▮▮▮▮▮▮▮▮▮▮▮▮ | Case No: <u>20-10343 (LSS)</u><br><br>Claimant No. <u>SST</u>▮▮▮<br><br><br>Honorable Judge Silverstein |
| **MOTION AND AFFIDAVIT TO CORRECT ELECTION FROM THE EXPEDITED PAYMENT OPTION TO THE TRUST ("MATRIX") CLAIMS PROCESS OR INDEPENDENT REVIEW OPTION** | |

**COMES NOW:**

Plaintiff ▮▮▮▮▮▮ (hereinafter '▮▮▮▮▮▮' respectfully moves this Court to Correct Election from the Expedited Payment Option to the Trust ("Matrix") Claims Process or Independent Review Option.

As a basis for this Motion, ▮▮▮▮▮ asserts the electronic signature on the ballot attributed to him was a forgery, and that he never signed a hard copy of the Expedited Payment Option.

**STATEMENT OF FACTS:**

1. ▮▮▮▮ was an inmate at the New Mexico Department of Corrections from November 2021, through May 30, 2023.
2. ▮▮▮▮ was transferred from the New Mexico Department of Corrections to the Colorado Department of Corrections on May 30, 2023, pursuant to a write filed by the State of Colorado.

Boy Scouts of America and Delaware BSA, LLC, Debtors – Claimant SST▮▮▮

3. ▮ presently resides at the Colorado Department of Corrections' "Colorado Territorial Correctional Facility", in Canon City, Colorado.
4. ▮ has been a resident of Colorado and an inmate of the Colorado Territorial Correctional Facility from May 30, 2023, through the date of this Motion.
5. ▮ has NOT, at any time from November 2021 to the date of this Motion been released from the State penal custody.
6. ▮ official DOC inmate account records for the prior six months confirm that ▮ has been in the custody the Colorado Department of Corrections without a break in his incarceration. *See Exhibit A* (*Account Statement of ▮ Colorado Department of Correction Inmate Number 183791*).
7. While incarcerated in the New Mexico Department of Corrections, ▮ DID NOT have access to the internet.
8. While incarcerated in the New Mexico Department of Corrections, ▮ DID NOT have access to an email account.
9. As a prisoner in the Colorado Territorial Correctional Facility, ▮ DOES NOT have access to the internet.
10. As a prisoner in the Colorado Territorial Correctional Facility, ▮ DOES NOT have access to an email account.
11. The Colorado Territorial Correctional Facility's Operating Procedures and Administrative Regulations prohibit Correctional staff from assisting inmates with civil litigation matters, providing legal advice, or providing internet access to a court's websites.
12. ▮ HAS NOT executed a Power of Attorney to any individual which would allow the Agent the authority to sign the *Election from the Expedited Payment Option*.
13. On or about February, 2024, ▮ was advised through ▮ AVA Law Group, Inc. that they were in possession of a Scouting Settlement Trust Agreement (SST-903693) which included an electronic signature purporting to be that of ▮
14. ▮ timely advised AVA Law Group Inc. that he DID NOT electrically sign the Scouting Settlement Trust Agreement (SST-903693), NOR could he as he has ZERO access to email or the internet.
15. ▮ NEVER signed a ballot, electronic or hard copy, in the voting process.

16. ▓▓▓ alleges that his forged ballot was submitted in his name electing the Expedited Distribution treatment for his claim.

17. ▓▓▓ has repeatedly requested that AVA Law Group Inc. file *a Motion To Correct Election From The Expedited Payment Option To The Trust ("Matrix") Claims Process Or Independent Review Option*

18. As of the date of this Motion, AVA Law Group has NOT filed a Motion, NOR asked for ▓▓▓ to execute a sworn Affidavit in support of any such Motion.

19. ▓▓▓ asserts that without an entry of an Order directing the Trustee to process his claim under the standard Trust Distribution Procedures or the Independent Review, prejudice would result.

**ARGUMENT**

Under Delaware law, the party asserting forgery (in the civil context) bears the burden of proving his claim by a preponderance of the evidence. "Proof by a preponderance of the evidence means proof that something is more likely than not. It means that certain evidence, *when compared to the evidence opposed to it*, has the more convincing force and makes you believe that something is more likely true than not."

Where the party bearing the burden provides direct testimony that the signature on a document is not his (whether by testimony or by way of a declaration or affidavit) and the opposing party provides no evidence to the contrary, the proponent has met his burden.

Here, ▓▓▓ did NOT sign the ballot attributed to him. In fact, ▓▓▓ was incarcerated at the New Mexico Department of Corrections from November 2021, to May 30, 2023, and then transfer via writ to the Colorado Department of Corrections from May 30, 2023 to the date of the instant Motion. The Period of November 2021, through April 3, 2024 includes the solicitation period. *See e.g.,* **Exhibit B** ▓▓▓ *sworn Affidavit).*

While incarcerated, ▓▓▓ DID NOT, nor does he presently have access to emails or the internet ▓▓▓ counsel sent a hard copy of the ballot to the physical address counsel had on file at the time. The ballot attributed to ▓▓▓ was apparently received electronically. ▓▓▓ DOES NOT make a declarative statement in his affidavit that he signed the electronic ballot attributed to him.

This Court has previously considered issues nearly identical to the instant case, in *In re BSA, 2024 Bankr.* LEXIS 651 (Bankr. D. Del. March 14, 2024).

In *In re BSA, 2024 Bankr.* LEXIS 651 (Bankr. D. Del. March 14, 2024), Claimant SST-▮ (M.M.) did not sign the ballot attributed to him. In his declaration, M.M. testifies that he "never signed a ballot in the voting process" and he did not sign the ballot ascribed to him by Omni. Claimant SS▮ (A.M.) did not sign the ballot attributed to him. A.M. was incarcerated at the Ohio Department of Rehabilitation & Corrections from October 1, 2021 through February 10, 2022, which includes the solicitation period. While incarcerated, A.M. did not have access to phone, emails or social media.

Based on the evidence in the record, the Court GRANTED the Motion, and further Ordered that "[t]he ballot containing the forged signature of Claimant SST▮ is void and shall be of no force and effect.

**PRAYER**

Here, ▮ prays that this Court follow the same logic and reasoning memorialized in *In re BSA, 2024 Bankr.* LEXIS 651 (Bankr. D. Del. March 14, 2024), and Ordered that the ballot containing the forged signature of Claimant SST▮ is void and shall be of no force and effect.

Respectfully submitted,

Date: 4/3/2024

5

## CERTIFICATE OF MAILING

I certify that on the 3rd day of April, 2024 that a true and correct copy of the foregoing **MOTION AND AFFIDAVIT TO CORRECT ELECTION FROM THE EXPEDITED PAYMENT OPTION TO THE TRUST ("MATRIX") CLAIMS PROCESS OR INDEPENDENT REVIEW OPTION** was deposited in the U.S. Mail, postage pre-paid and addressed to the following:

- ☑ AVA Law Group, Inc.
  2718 Montana Avenue, Suite 222
  Billings, MT 59101

- ☑ Timothy Jay Fox, Jr., Hannah J McCollum
  Office of the United States Trustee,
  844 King Street, Suite 2207 (lockbox 35)
  Wilmington, DE 19801

- ☑ Morris, Nichols, Arsht & Tunnell, LLP
  PO Box 1347
  Wilmington, DE 19899

4/3/2024

Boy Scouts of America and Delaware BSA, LLC, Debtors – Claimant SST-



# STATEMENT OF ACCOUNT ACTIVITY

183791 -



Facility: **CTCF, CTCF/CH7**    Date/Time Printed: **04/03/2024 08:48 AM**

Statement Period: 10/03/2023 - 04/03/2024

| Date:Time | Description | Tran Amt | Balance | Available Bef. W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 10/03/2023 00:00 | Beginning Balance | 0.00 | -17.94 | 0.00 | | | 0.00 | 0.00 | |
| 10/03/2023 15:18 | POSTAGE-DEBIT | -3.75 | -21.69 | 0.00 | | 0.00 | 0.00 | 0.00 | CT |
| 10/03/2023 15:19 | POSTAGE-DEBIT | -1.80 | -23.49 | 0.00 | | 0.00 | 0.00 | 0.00 | CT |
| 10/04/2023 09:12 | GENERAL LABORER | 1.72 | -21.77 | 0.86 | MANDATORY | 0.34 | 0.34 | 0.52 | CT |
| 10/04/2023 09:22 | GENERAL LABORER | 4.70 | -17.07 | 3.21 | MANDATORY | 0.94 | 1.28 | 1.93 | CT |
| 10/04/2023 09:35 | MAG UNASSIGNED | 2.64 | -14.43 | 4.53 | MANDATORY | 0.53 | 1.81 | 2.72 | CT |
| 10/04/2023 14:10 | XEROX-DEBIT | -24.75 | -39.18 | 0.00 | | 0.00 | 1.81 | -1.81 | CT |
| 10/04/2023 14:11 | XEROX-DEBIT | -13.50 | -52.68 | 0.00 | | 0.00 | 1.81 | -1.81 | CT |
| 10/09/2023 10:48 | POSTAGE-DEBIT | -25.03 | -77.71 | 0.00 | | 0.00 | 1.81 | -1.81 | CT |
| 10/10/2023 15:47 | XEROX-DEBIT | -27.00 | -104.71 | 0.00 | | 0.00 | 1.81 | -1.81 | CT |
| 10/10/2023 15:47 | XEROX-DEBIT | -2.25 | -106.96 | 0.00 | | 0.00 | 1.81 | -1.81 | CT |
| 10/16/2023 23:50 | JPAY CREDIT | 45.00 | -61.96 | 22.50 | MANDATORY | 9.00 | 35.81 | -13.31 | CT |
| 10/16/2023 23:50 | JPAY CREDIT | 125.00 | 63.04 | 63.04 | MANDATORY | 25.00 | 35.81 | 27.23 | CT |
| 10/17/2023 12:07 | Canteen #17741787 Hold | 0.00 | | 63.04 | CANTEEN | 24.69 | 60.50 | 2.54 | |
| 10/17/2023 16:37 | XEROX-DEBIT | -0.50 | 62.54 | 62.54 | | 0.00 | 60.50 | 2.04 | CT |
| 10/19/2023 06:38 | Canteen Ord#17741787 | -24.69 | 37.85 | 37.85 | | 0.00 | 35.81 | 2.04 | CT |
| 10/19/2023 11:11 | POSTAGE-DEBIT | -0.90 | 36.95 | 36.95 | | 0.00 | 35.81 | 1.14 | CT |
| 10/19/2023 11:11 | POSTAGE-DEBIT | -5.28 | 31.67 | 31.67 | | 0.00 | 35.81 | -4.14 | CT |
| 10/23/2023 14:28 | XEROX-DEBIT | -13.75 | 17.92 | 17.92 | | 0.00 | 35.81 | -17.89 | CT |
| 10/23/2023 14:37 | XEROX-DEBIT | -1.50 | 16.42 | 16.42 | | 0.00 | 35.81 | -19.39 | CT |
| 10/23/2023 14:37 | XEROX-DEBIT | -5.75 | 10.67 | 10.67 | | 0.00 | 35.81 | -25.14 | CT |
| 10/23/2023 14:38 | XEROX-DEBIT | -2.50 | 8.17 | 8.17 | | 0.00 | 35.81 | -27.64 | CT |
| 10/23/2023 14:38 | XEROX-DEBIT | -8.25 | -0.08 | 0.00 | | 0.00 | 35.81 | -35.81 | CT |
| 10/23/2023 14:38 | XEROX-DEBIT | -4.75 | -4.83 | 0.00 | | 0.00 | 35.81 | -35.81 | CT |
| 10/24/2023 23:50 | JPAY CREDIT | 26.00 | 21.17 | 21.17 | MANDATORY | 5.20 | 41.01 | -19.84 | CT |
| 10/25/2023 10:59 | POSTAGE-DEBIT | -13.19 | 7.98 | 7.98 | | 0.00 | 41.01 | -33.03 | CT |
| 10/30/2023 11:30 | POSTAGE-DEBIT | -10.87 | -2.89 | 0.00 | | 0.00 | 41.01 | -41.01 | CT |
| 10/31/2023 00:25 | RESTITUTION-16CR5190 | -41.01 | -43.90 | 0.00 | | 0.00 | 0.00 | 0.00 | CT |
| 11/01/2023 14:49 | XEROX-DEBIT | -5.00 | -48.90 | 0.00 | | 0.00 | 0.00 | 0.00 | CT |
| 11/01/2023 14:49 | XEROX-DEBIT | -3.50 | -52.40 | 0.00 | | 0.00 | 0.00 | 0.00 | CT |
| 11/01/2023 14:53 | XEROX-DEBIT | -12.50 | -64.90 | 0.00 | | 0.00 | 0.00 | 0.00 | CT |

EXHIBIT A



# STATEMENT OF ACCOUNT ACTIVITY

| Date:Time | Description | Tran Amt | Balance | Available Bef. W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 11/02/2023 08:01 | GENERAL LABORER | 18.06 | -46.84 | 9.03 | MANDATORY | 3.61 | 3.61 | 5.42 | CT |
| 11/03/2023 23:51 | JPAY CREDIT | 100.00 | 53.16 | 53.16 | MANDATORY | 20.00 | 23.61 | 29.55 | CT |
| 11/07/2023 22:05 | Canteen #17776059 Hold | 0.00 | | 53.16 | CANTEEN | 15.15 | 38.76 | 14.40 | |
| 11/07/2023 23:51 | MEDICAL APPOINT | -3.00 | 50.16 | 50.16 | | 0.00 | 38.76 | 11.40 | CT |
| 11/09/2023 06:10 | Canteen Ord#17776059 | -15.15 | 35.01 | 35.01 | | 0.00 | 23.61 | 11.40 | CT |
| 11/09/2023 15:19 | XEROX-DEBIT | -4.25 | 30.76 | 30.76 | | 0.00 | 23.61 | 7.15 | CT |
| 11/09/2023 15:20 | XEROX-DEBIT | -3.75 | 27.01 | 27.01 | | 0.00 | 23.61 | 3.40 | CT |
| 11/09/2023 15:21 | XEROX-DEBIT | -1.00 | 26.01 | 26.01 | | 0.00 | 23.61 | 2.40 | CT |
| 11/09/2023 15:21 | XEROX-DEBIT | -2.50 | 23.51 | 23.51 | | 0.00 | 23.61 | -0.10 | CT |
| 11/11/2023 23:49 | JPAY CREDIT | 75.00 | 98.51 | 98.51 | MANDATORY | 15.00 | 38.61 | 59.90 | CT |
| 11/13/2023 15:16 | POSTAGE-DEBIT | -5.76 | 92.75 | 92.75 | | 0.00 | 38.61 | 54.14 | CT |
| 11/13/2023 15:17 | POSTAGE-DEBIT | -4.67 | 88.08 | 88.08 | | 0.00 | 38.61 | 49.47 | CT |
| 11/13/2023 15:19 | POSTAGE-DEBIT | -2.07 | 86.01 | 86.01 | | 0.00 | 38.61 | 47.40 | CT |
| 11/13/2023 15:21 | POSTAGE-DEBIT | -9.96 | 76.05 | 76.05 | | 0.00 | 38.61 | 37.44 | CT |
| 11/13/2023 19:52 | Canteen #17786161 Hold | 0.00 | | 76.05 | CANTEEN | 37.42 | 76.03 | 0.02 | |
| 11/15/2023 23:51 | JPAY CREDIT | 45.00 | 121.05 | 121.05 | MANDATORY | 9.00 | 85.03 | 36.02 | CT |
| 11/16/2023 06:37 | Canteen Ord#17786161 | -37.42 | 83.63 | 83.63 | | 0.00 | 47.61 | 36.02 | CT |
| 11/17/2023 14:23 | POSTAGE-DEBIT | -10.70 | 72.93 | 72.93 | | 0.00 | 47.61 | 25.32 | CT |
| 11/17/2023 19:39 | Canteen #17796759 Hold | 0.00 | | 72.93 | CANTEEN | 25.04 | 72.65 | 0.28 | |
| 11/20/2023 14:38 | XEROX-DEBIT | -0.75 | 72.18 | 72.18 | | 0.00 | 72.65 | -0.47 | CT |
| 11/21/2023 06:49 | Canteen Ord#17796759 | -25.04 | 47.14 | 47.14 | | 0.00 | 47.61 | -0.47 | CT |
| 11/29/2023 11:22 | XEROX-DEBIT | -2.00 | 45.14 | 45.14 | | 0.00 | 47.61 | -2.47 | CT |
| 11/29/2023 11:23 | XEROX-DEBIT | -2.00 | 43.14 | 43.14 | | 0.00 | 47.61 | -4.47 | CT |
| 11/30/2023 00:27 | RESTITUTION-16CR5190 | -47.61 | -4.47 | 0.00 | | 0.00 | 0.00 | 0.00 | CT |
| 12/04/2023 08:25 | GENERAL LABORER | 18.92 | 14.45 | 14.45 | MANDATORY | 3.78 | 3.78 | 10.67 | CT |
| 12/04/2023 14:13 | POSTAGE-DEBIT | -3.75 | 10.70 | 10.70 | | 0.00 | 3.78 | 6.92 | CT |
| 12/07/2023 14:58 | XEROX-DEBIT | -4.50 | 6.20 | 6.20 | | 0.00 | 3.78 | 2.42 | CT |
| 12/08/2023 23:50 | JPAY CREDIT | 100.00 | 106.20 | 106.20 | MANDATORY | 20.00 | 23.78 | 82.42 | CT |
| 12/12/2023 13:43 | Canteen #17834894 Hold | 0.00 | | 106.20 | CANTEEN | 80.58 | 104.36 | 1.84 | |
| 12/13/2023 23:51 | DENTAL APPOINT | -3.00 | 103.20 | 103.20 | | 0.00 | 104.36 | -1.16 | CT |
| 12/14/2023 06:43 | Canteen Ord#17834894 | -80.58 | 22.62 | 22.62 | | 0.00 | 23.78 | -1.16 | CT |
| 12/15/2023 09:55 | FILING FEE #23CV86 | -10.00 | 12.62 | 12.62 | | 0.00 | 23.78 | -11.16 | CT |
| 12/19/2023 13:26 | POSTAGE-DEBIT | -10.55 | 2.07 | 2.07 | | 0.00 | 23.78 | -21.71 | CT |
| 12/20/2023 16:56 | XEROX-DEBIT | -2.25 | -0.18 | 0.00 | | 0.00 | 23.78 | -23.78 | CT |
| 12/20/2023 16:57 | XEROX-DEBIT | -4.00 | -4.18 | 0.00 | | 0.00 | 23.78 | -23.78 | CT |
| 12/20/2023 16:59 | XEROX-DEBIT | -5.00 | -9.18 | 0.00 | | 0.00 | 23.78 | -23.78 | CT |
| 12/20/2023 16:59 | XEROX-DEBIT | -3.00 | -12.18 | 0.00 | | 0.00 | 23.78 | -23.78 | CT |
| 12/23/2023 23:50 | JPAY CREDIT | 200.00 | 187.82 | 187.82 | MANDATORY | 80.00 | 103.78 | 84.04 | CT |
| 12/26/2023 22:45 | Canteen #17866723 Hold | 0.00 | | 187.82 | CANTEEN | 40.31 | 144.09 | 43.73 | |

EXHIBIT A



# STATEMENT OF ACCOUNT ACTIVITY

| Date:Time | Description | Tran Amt | Balance | Available Bef. W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 12/28/2023 06:39 | Canteen Ord#17866723 | -40.31 | 147.51 | 147.51 | | 0.00 | 103.78 | 43.73 | CT |
| 12/28/2023 12:00 | POSTAGE-DEBIT | -23.21 | 124.30 | 124.30 | | 0.00 | 103.78 | 20.52 | CT |
| 12/28/2023 12:02 | POSTAGE-DEBIT | -23.55 | 100.75 | 100.75 | | 0.00 | 103.78 | -3.03 | CT |
| 12/29/2023 00:21 | FILING FEES-23CV86 | -40.00 | 60.75 | 60.75 | | 0.00 | 63.78 | -3.03 | CT |
| 12/29/2023 00:28 | RESTITUTION-16CR5190 | -63.78 | -3.03 | 0.00 | | 0.00 | 0.00 | 0.00 | CT |
| 01/03/2024 09:46 | GENERAL LABORER | 17.20 | 14.17 | 14.17 | MANDATORY | 6.88 | 6.88 | 7.29 | CT |
| 01/03/2024 14:47 | XEROX-DEBIT | -4.25 | 9.92 | 9.92 | | 0.00 | 6.88 | 3.04 | CT |
| 01/10/2024 12:03 | XEROX-DEBIT | -13.00 | -3.08 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 01/10/2024 23:51 | JPAY CREDIT | 75.00 | 71.92 | 71.92 | MANDATORY | 30.00 | 36.88 | 35.04 | CT |
| 01/12/2024 12:03 | POSTAGE-DEBIT | -2.79 | 69.13 | 69.13 | | 0.00 | 36.88 | 32.25 | CT |
| 01/12/2024 12:03 | POSTAGE-DEBIT | -3.27 | 65.86 | 65.86 | | 0.00 | 36.88 | 28.98 | CT |
| 01/12/2024 12:03 | POSTAGE-DEBIT | -4.67 | 61.19 | 61.19 | | 0.00 | 36.88 | 24.31 | CT |
| 01/12/2024 23:51 | JPAY CREDIT | 25.00 | 86.19 | 86.19 | MANDATORY | 10.00 | 46.88 | 39.31 | CT |
| 01/14/2024 16:27 | Canteen #17900390 Hold | 0.00 | | 86.19 | CANTEEN | 20.41 | 67.29 | 18.90 | |
| 01/17/2024 06:35 | Canteen Ord#17900390 | -20.41 | 65.78 | 65.78 | | 0.00 | 46.88 | 18.90 | CT |
| 01/17/2024 11:09 | XEROX-DEBIT | -23.00 | 42.78 | 42.78 | | 0.00 | 46.88 | -4.10 | CT |
| 01/19/2024 23:51 | JPAY CREDIT | 150.00 | 192.78 | 192.78 | MANDATORY | 60.00 | 106.88 | 85.90 | CT |
| 01/22/2024 11:37 | POSTAGE-DEBIT | -0.66 | 192.12 | 192.12 | | 0.00 | 106.88 | 85.24 | CT |
| 01/22/2024 11:38 | POSTAGE-DEBIT | -1.98 | 190.14 | 190.14 | | 0.00 | 106.88 | 83.26 | CT |
| 01/22/2024 11:41 | POSTAGE-DEBIT | -0.66 | 189.48 | 189.48 | | 0.00 | 106.88 | 82.60 | CT |
| 01/29/2024 23:50 | JPAY CREDIT | 100.00 | 289.48 | 289.48 | MANDATORY | 40.00 | 146.88 | 142.60 | CT |
| 01/30/2024 13:21 | XEROX-DEBIT | -1.00 | 288.48 | 288.48 | | 0.00 | 146.88 | 141.60 | CT |
| 01/31/2024 00:20 | FILING FEES-23CV86 | -73.44 | 215.04 | 215.04 | | 0.00 | 73.44 | 141.60 | CT |
| 01/31/2024 00:27 | RESTITUTION-16CR5190 | -73.44 | 141.60 | 141.60 | | 0.00 | 0.00 | 141.60 | CT |
| 02/01/2024 14:08 | XEROX-DEBIT | -1.00 | 140.60 | 140.60 | | 0.00 | 0.00 | 140.60 | CT |
| 02/01/2024 23:50 | MEDICAL APPOINT | -3.00 | 137.60 | 137.60 | | 0.00 | 0.00 | 137.60 | CT |
| 02/04/2024 17:59 | Canteen #17927525 Hold | 0.00 | | 137.60 | CANTEEN | 75.11 | 75.11 | 62.49 | |
| 02/05/2024 10:25 | GENERAL LABORER | 19.78 | 157.38 | 157.38 | MANDATORY | 7.92 | 83.03 | 74.35 | CT |
| 02/06/2024 23:51 | JPAY CREDIT | 200.00 | 357.38 | 357.38 | MANDATORY | 80.00 | 163.03 | 194.35 | CT |
| 02/07/2024 23:50 | JPAY CREDIT | 100.00 | 457.38 | 457.38 | MANDATORY | 40.00 | 203.03 | 254.35 | CT |
| 02/08/2024 07:52 | Canteen Ord#17927525 | -75.11 | 382.27 | 382.27 | | 0.00 | 127.92 | 254.35 | CT |
| 02/08/2024 11:37 | MONEY ORDER-DEBIT | -53.75 | 328.52 | 328.52 | | 0.00 | 127.92 | 200.60 | CT |
| 02/09/2024 10:02 | Canteen #17941079 Hold | 0.00 | | 328.52 | CANTEEN | 137.16 | 265.08 | 63.44 | |
| 02/14/2024 10:46 | XEROX-DEBIT | -3.75 | 324.77 | 324.77 | | 0.00 | 265.08 | 59.69 | CT |
| 02/16/2024 13:07 | POSTAGE-DEBIT | -2.79 | 321.98 | 321.98 | | 0.00 | 265.08 | 56.90 | CT |
| 02/16/2024 13:27 | POSTAGE-DEBIT | -3.03 | 318.95 | 318.95 | | 0.00 | 265.08 | 53.87 | CT |
| 02/20/2024 20:41 | Canteen #17963930 Hold | 0.00 | | 318.95 | CANTEEN | 41.25 | 306.33 | 12.62 | |
| 02/21/2024 13:29 | XEROX-DEBIT | -2.25 | 316.70 | 316.70 | | 0.00 | 306.33 | 10.37 | CT |
| 02/21/2024 13:31 | XEROX-DEBIT | -6.25 | 310.45 | 310.45 | | 0.00 | 306.33 | 4.12 | CT |

EXHIBIT A



# STATEMENT OF ACCOUNT ACTIVITY

| Date:Time | Description | Tran Amt | Balance | Available Bef. W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 02/22/2024 06:34 | Canteen Ord#17963930 | -41.25 | 269.20 | 269.20 | | 0.00 | 265.08 | 4.12 | CT |
| 02/22/2024 10:18 | XEROX-DEBIT | -3.00 | 266.20 | 266.20 | | 0.00 | 265.08 | 1.12 | CT |
| 02/22/2024 14:17 | POSTAGE-DEBIT | -4.87 | 261.33 | 261.33 | | 0.00 | 265.08 | -3.75 | CT |
| 02/26/2024 06:26 | Canteen Ord#17941079 | -137.16 | 124.17 | 124.17 | | 0.00 | 127.92 | -3.75 | CT |
| 02/27/2024 23:52 | DENTAL APPOINT | -3.00 | 121.17 | 121.17 | | 0.00 | 127.92 | -6.75 | CT |
| 02/28/2024 13:24 | XEROX-DEBIT | -3.00 | 118.17 | 118.17 | | 0.00 | 127.92 | -9.75 | CT |
| 02/29/2024 00:20 | FILING FEES-23CV86 | -63.96 | 54.21 | 54.21 | | 0.00 | 63.96 | -9.75 | CT |
| 02/29/2024 00:27 | RESTITUTION-16CR5190 | -63.96 | -9.75 | 0.00 | | 0.00 | 0.00 | 0.00 | CT |
| 03/04/2024 09:55 | GENERAL LABORER | 17.20 | 7.45 | 7.45 | MANDATORY | 6.88 | 6.88 | 0.57 | CT |
| 03/05/2024 13:49 | POSTAGE-DEBIT | -8.18 | -0.73 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/06/2024 16:08 | XEROX-DEBIT | -6.00 | -6.73 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/06/2024 16:08 | XEROX-DEBIT | -15.00 | -21.73 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/06/2024 16:11 | XEROX-DEBIT | -30.75 | -52.48 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/07/2024 06:43 | FILING FEE 24CV00602SBP | -54.00 | -106.48 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/20/2024 14:20 | POSTAGE-DEBIT | -4.63 | -111.11 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/20/2024 14:27 | POSTAGE-DEBIT | -10.13 | -121.24 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/20/2024 14:38 | XEROX-DEBIT | -2.25 | -123.49 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/20/2024 14:39 | XEROX-DEBIT | -24.00 | -147.49 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/27/2024 13:57 | XEROX-DEBIT | -4.25 | -151.74 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/27/2024 13:57 | XEROX-DEBIT | -2.25 | -153.99 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/27/2024 13:57 | XEROX-DEBIT | -2.75 | -156.74 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/28/2024 23:50 | DENTAL APPOINT | -3.00 | -159.74 | 0.00 | | 0.00 | 6.88 | -6.88 | CT |
| 03/29/2024 00:20 | FILING FEES-23CV86 | -3.44 | -163.18 | 0.00 | | 0.00 | 3.44 | -3.44 | CT |
| 03/29/2024 00:27 | RESTITUTION-16CR5190 | -3.44 | -166.62 | 0.00 | | 0.00 | 0.00 | 0.00 | CT |
| 04/02/2024 23:50 | JPAY CREDIT | 300.00 | 133.38 | 133.38 | MANDATORY | 120.00 | 120.00 | 13.38 | CT |
| 04/03/2024 23:58 | Ending Balance | 0.00 | 133.38 | 133.38 | | 0.00 | 120.00 | 13.38 | |

**Total Deposits:** 1,766.22
**Total Withdrawals:** 1,614.90

### Account Information as of 04/03/2024 08:21

Status: ACTIVE          Current Balance: $133.38          Total Money In Hold: $0.00
                        Total Reserved/Encumbered: $120.00     Available Balance: $13.38

### Statement Information

| | |
|---|---|
| Date:Time | reflects the transaction date and time of deposits and withdrawals to the account during the statement period. |
| Description | is a brief memorandum describing the transaction. |
| Tran Amt | is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number. |
| Balance | is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2. |
| Available | is the derived available balance where 50% of deposits are made available when the actual account balance |

EXHIBIT A



# STATEMENT OF ACCOUNT ACTIVITY

| Before W/H | prior to deposit is a negative amount (Ref. AR 200-2). This amount is derived prior to mandatory withholding. |
|---|---|
| Encumbrances | are amounts placed on hold pending further processing by the banking system, such as when a centeen order is posted or a deposit is subject to mandatiry garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported. |
| Available Balance | shows monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical. |
| FC | (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction. |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

*Printed and Certified by Julie Russell, CDOC Legal Assistant* *J Russ Legal Asst II CDOC*

EXHIBIT A

1

## Exhibit B

**Affidavit of Ryan J. Griffin (Claimant SST-903693) in support of** *Motion and Affidavit to Correct Election from the Expedited Payment Option to the Trust ("Matrix") Claims Process or Independent Review Option*

I, Ryan J. Griffin, Claimant SST-903693, if called upon to testify, would and could testify truthfully and competently as follows:

1. I was an inmate at that New Mexico Department of Corrections from November 2021, through May 30, 2023.
2. I was transferred from the New Mexico Department of Corrections to the Colorado Department of Corrections on May 30, 2023, pursuant to a write filed by the State of Colorado.
3. I presently resides at the Colorado Department of Corrections' "Colorado Territorial Correctional Facility", in Canon City, Colorado.
4. I have been a resident of Colorado and an inmate of the Colorado Territorial Correctional Facility from May 30, 2023, through the date of this Motion.
5. I have NOT, at any time from November 2021 to the date of this Motion been released from State penal custody.
6. My official DOC inmate account records for the prior six months confirm that I have been in the custody the Colorado Department of Corrections without a break in my incarceration.
7. While incarcerated in the New Mexico Department of Corrections, I DID NOT have access to the internet.
8. While incarcerated in the New Mexico Department of Corrections, I DID NOT have access to an email account.
9. As a prisoner in the Colorado Territorial Correctional Facility, I DO NOT have access to the internet.
10. As a prisoner in the Colorado Territorial Correctional Facility, I DO NOT have access to an email account.
11. The Colorado Territorial Correctional Facility's Operating Procedures and Administrative Regulations prohibit Correctional staff from assisting inmates with civil litigation matters, providing legal advice, or providing internet access to a court's websites.
12. I HAVE NOT executed a Power of Attorney to any individual which would allow the Agent the authority to sign the *Election from the Expedited Payment Option*.
13. On or about February, 2024, I was advised through my counsel, AVA Law Group, Inc., that they were in possession of a Scouting Settlement Trust Agreement (SST-903693) which included an electronic signature purporting to be my signature.

Boy Scouts of America and Delaware BSA, LLC, Debtors – Claimant SST-903963

EXHIBIT B

2

14. I timely advised AVA Law Group Inc. that I DID NOT electrically sign the Scouting Settlement Trust Agreement (SST-903693), NOR could I, as I have ZERO access to email or the internet.
15. I NEVER signed a ballot, electronic or hard copy, in the voting process.
16. I allege that my forged ballot was submitted in my name electing the Expedited Distribution treatment for my claim.
17. I have repeatedly requested that AVA Law Group Inc. file *a Motion To Correct Election From The Expedited Payment Option To The Trust ("Matrix") Claims Process Or Independent Review Option*
18. As of the date of this Motion, AVA Law Group has NOT filed a Motion, NOR asked me to execute a sworn Affidavit in support of any such Motion.
19. I asserts that without an entry of an Order directing the Trustee to process my claim under the standard Trust Distribution Procedures or the Independent Review, prejudice would result.

Signed under the penalty of perjury,

Date: 4/3/2024

Ryan J. Griffin - Claimant SST-903693
Colo. Doc No. 183791
Colorado Territorial Correctional Facility
PO Box 1010
Canon City, CO 81215-1010

Boy Scouts of America and Delaware BSA, LLC, Debtors – Claimant SST-903963

EXHIBIT B

[RE: 20-10343(LSS)]

Colorado Department of Corrections
Name Ryan J Smith
Register Number 183791
Unit CCCF
Box Number 1010
City, State, Zip Cañon City, CO 81215

DELAWARE BANKRUPTCY COURT - CLE
℅ HON. JUDGE L. SELBER SILVERSTEIN
824 N. MARKET ST.
WILMINGTON, DELAWARE
19801

