IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[2]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>RE: Docket No(s). ____ |

### ORDER GRANTING MOTION TO SEAL EXHIBITS TO PETITION TO ACCEPT UNTIMELY FILING OF SEXUAL ABUSE SURVIVORS' PROOFS OF CLAIM

Upon the motion (the "Motion") of Movants, John Doe #1 through John Doe #6, to file the Exhibits under seal; and the Court finding notice of the Motion was sufficient under the circumstances; and after due deliberation and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED. Movants John Doe #1 through John Doe #6 are hereby authorized to file the Exhibits to Movants' Petition to Accept Untimely Filing of Sexual Abuse Survivors' Proofs of Claim under seal.

---

[2] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 Wet Walnut Hill Lane, Irving, Texas 75038.

**Dated: April 12th, 2024**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE