IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, *et al.*[1], | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | Related Docket Nos. 11939 and 11983 |

**ORDER DEEMING PROOFS OF CLAIM OF
W.S. (NEW HAMPSHIRE) AND D.A. (FLORIDA) TIMELY FILED**

Upon consideration of the *Motion of W-S. (New Hampshire) and D.A. (Florida) for an Order Deeming Proofs of Claim Timely Filed* (the "Motion") it is hereby **ORDERED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The Sexual Abuse Proofs of Claims (the "Claims") filed on behalf of W-S. (New Hampshire) and D.A. (Florida) (the "Movants") shall be deemed timely filed.

3. The Debtors, Omni Agent Solutions (the "Claims Agent"), and the Clerk of this Court are authorized to modify the official Claims Register for these chapter 11 cases in compliance with the terms of this Order and to take all steps necessary or appropriate to effectuate the relief granted in this Order.

4. Nothing in the Motion or this Order shall be deemed or construed: (a) as a waiver of the Debtors' rights to dispute or otherwise object to the Claims on any grounds or basis other than the timeliness of the Claims, (b) as a waiver of the Debtors' rights to dispute or otherwise

---

[1] The Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

ME1 47998269v.1

object to any claim on any basis, or (c) to waive or release any right, claim, defense, or counterclaim of the Debtors, or to estop the Debtors from asserting any right, claim, defense, or counterclaim. Furthermore, nothing in the Motion or this Order shall be construed as a waiver, release or estoppel of any claims or rights of Movants, including, without limitation, the right to dispute any objection to the Claims or any right or defense as to any counterclaim of the Debtors.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: April 12th, 2024**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

ME1 47998269v.1