## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date**: May 14, 2024, at 10:00 a.m. (ET)<br><br>**Response Deadline**: April 29, 2024, at 4:00 p.m. (ET)<br><br>Re: D.I. 11996 |

## NOTICE OF REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) FURTHER EXTENDING THE CLAIMS OBJECTION DEADLINE AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that today, the above-captioned reorganized debtors (the "Reorganized Debtors"), filed the *Reorganized Debtors' Motion for Entry of an Order (I) Further Extending the Claims Objection Deadline and (II) Granting Related Relief* [D.I. 11996] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **April 29, 2024, at 4:00 p.m. (ET)** (the "Response Deadline"); and (c) served, so as to be received on or before the Response Deadline, on the undersigned counsel to the Reorganized Debtors.

**PLEASE TAKE FURTHER NOTICE** that only responses made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** that, if necessary, a hearing on the Motion will be held on **May 14, 2024, at 10:00 a.m. (ET)** before the Honorable Laurie Selber Silverstein of the United States Bankruptcy Court for the District of Delaware.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Reorganized Debtors in these chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: April 12, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Sophie Rogers Churchill*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Sophie Rogers Churchill (No. 6905)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>aremming@ morrisnichols.com<br>srchurchill@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice)*<br>Blair M. Warner (admitted *pro hac vice)*<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>mlinder@whitecase.com<br>laura.baccash@whitecase.com<br>blair.warner@whitecase.com<br><br>*Attorneys for the Reorganized Debtors* |