To whom it may concern, **I moved, My old address was,**

My new address is,

RECEIVED
2024 APR 15  AM 10: 17
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Please change everything to my new address. My client ID is #          Case No. 20-1034 (LSS). Clmsc No: C42619. I haven't gotten any mail on this Boy Scouts Of America case since February 2023. Please resend and mail me anything I haven't gotten since February 2023. **What's going on with this case?** My new phone number is            I need any money from this case to be mailed to my mother's address instead of mine. My mother's name is            My mother's address and phone number is,                                                         . My mother is my power of attorney. You have my permission to talk to            about me and anything about this Boy Scouts Of America case.

Please write me back today on all of this and confirm you changed my mailing address. Thank you and have a great day.

Please send me my settlement

Recipient# 417611, Sender# 6020213, Letter# 5

MILWAUKEE WI 530
APR 2024 PM 4 L



BSA
Judge Laurie Selber Silverstein
US Bankruptcy Judge
Bankruptcy Court
824 N Market St, 6th flr
Courtroom No 2
Wilmington, Delaware 19801