

**Dear Trust,**

I have a case against the BSA, and I could not under Stand the ballot that I checked. I am seeking relief Due to my ability to understand what I was checking On ballot.

I am 69 years old, and have DEMENTIA, which affect my Ability to understand what I am doing. I get confused very easy. I do not have the ability to understand what I am signing.

I have IN-HOME SUPPORT services, due to my DEMENTIA. I have to have help doing the simplest things. My attorney did not go over the ballot with me. I did Not understand what I was checking. If my attorney has 250 clients that checked the wrong box, that would Show you he did not do his job explaining what to check On ballot.

I asked the Court to grant me relief on the 3,500 dollars Payment.

My In-Home support help me with this letter.



STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY     CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

# IN-HOME SUPPORTIVE SERVICES (IHSS) PROGRAM
# RECIPIENT NOTICE OF MAXIMUM WEEKLY HOURS



Notification Date
Recipient Name
Recipient Case Number
Social Worker Name
Social Worker Number
Social Worker Telephone
Social Worker Address

You are receiving this notification to inform you of your authorized <u>maximum weekly hours</u>.

You were sent a notice of action indicating, as of _____01/01/2024_____, your **monthly authorized hours** are _____107:03_____.

Your **maximum weekly hours** are your monthly authorized hours divided by 4.0 _____26:46_____.

If your monthly hours change, you will receive a notice of action of the change in your monthly authorized service hours. You will also receive another notification reflecting the change in weekly authorized hours.

Your provider(s) will not be paid by the IHSS program for any hours exceeding your maximum monthly hours. If you have your provider(s) work additional hours or provide services that are not allowed by IHSS, then you must pay the provider(s) for those additional hours or services.

As a recipient, you are responsible for creating a work schedule for your provider(s) to ensure that he/she does not work in excess of your maximum number of weekly hours and your monthly authorized hours. If your provider is working for more than one recipient, your provider will only be able to work up to 66 hours each week for you or total combined for you and the other recipients. Each provider is responsible for informing you of the hours he/she will be available to work for you.

Should you have any questions regarding this notification, please contact your IHSS social worker at the number listed on this notification.

SOC 2271A (11/15)

STATE OF CALIFORNIA

# NOTICE OF ACTION
## IN-HOME SUPPORTIVE SERVICES (IHSS)
## CHANGE

COUNTY OF Orange

Notice D
Case Na
Case Num
Social Worker Na
Social Worker Num
Social Worker Teleph
Social Worker Addr

**NOTE:** This notice relates ONLY to your In-Home Supportive Services. It does NOT affect your receipt of SSI/SSP, Social Security or Medi-Cal. **KEEP THIS NOTICE WITH YOUR IMPORTANT PAPERS.**

(AD

As of __01/01/2024__, the services you can get and/or the amount of time you can get for services has changed.
Here's Why:
Total Hours:Minutes of IHSS you can get each month is now: __107:03__. This is a/an increase/decrease of __+05:16__.

You will now get the services shown below for amount of time shown in the column "Authorized Amount of Service You Can Get." That column shows the hours/minutes you got before, the hours/minutes you will get from now on, and the difference. If you are getting less time for a service, the reason(s) is shown on the next page.
1) If there is a zero in the "Authorized Amount of Service You Can Get" column or the amount is less than the "Total Amount of Service Needed" column, the reason is explained on the next page(s).
2) "Not Needed" means that your social worker found that you do not require assistance with this task. (MPP 30-756.11)
3) "Pending" means the county is waiting for more information to see if you need that service. See the next page(s) for more information.

| SERVICES<br>NOTE: See the back of the next page for a short description of each service. | TOTAL AMOUNT OF SERVICE NEEDED HOURS:MINUTES | ADJUSTMENT FOR OTHERS WHO SHARE THE HOME (PRORATION) | AMOUNT OF SERVICE YOU NEED HOURS:MINUTES | SERVICES YOU REFUSED OR YOU GET FROM OTHERS | AUTHORIZED AMOUNT OF SERVICE YOU CAN GET HOURS:MINUTES | | |
|---|---|---|---|---|---|---|---|
| | | | | | NOW | WAS | +/- |
| **DOMESTIC SERVICES (per MONTH):** | 05:00 | 00:00 | 05:00 | 00:00 | 05:00 | 04:00 | +01:00 |
| **RELATED SERVICES (per WEEK):** | | | | | | | |
| Prepare Meals | 07:00 | 00:00 | 07:00 | 00:00 | 07:00 | 07:00 | 00:00 |
| Meal Clean-up | 03:30 | 00:00 | 03:30 | 00:00 | 03:30 | 03:30 | 00:00 |
| Routine Laundry | 01:00 | 00:00 | 01:00 | 00:00 | 01:00 | 01:00 | 00:00 |
| Shopping for Food | 01:00 | 00:00 | 01:00 | 00:00 | 01:00 | 01:00 | 00:00 |
| Other Shopping/Errands | 00:30 | 00:00 | 00:30 | 00:00 | 00:30 | 00:30 | 00:00 |
| **NON-MEDICAL PERSONAL SERVICES (per WEEK):** | | | | | | | |
| Respiration Assistance (Help with Breathing) | 00:00 | | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| Bowel, Bladder Care | 00:00 | | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| Feeding | 00:00 | | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| Routine Bed Bath | 00:00 | | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| Dressing | 02:20 | | 02:20 | 00:00 | 02:20 | 01:26 | +00:54 |
| Menstrual Care | 00:00 | | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| Ambulation (Help with Walking, including Getting In/Out of Vehicles) | 01:00 | | 01:00 | 00:00 | 01:00 | 01:00 | 00:00 |
| Transferring (Help Moving In/Out of Bed, On/Off Seats, etc.) | 00:35 | | 00:35 | 00:00 | 00:35 | 00:35 | 00:00 |
| Bathing, Oral Hygiene, Grooming | 04:05 | | 04:05 | 00:00 | 04:05 | 04:05 | 00:00 |
| Rubbing Skin, Repositioning | 01:47 | | 01:47 | 00:00 | 01:47 | 01:47 | 00:00 |
| Help with Prosthesis (Artificial Limb, Visual/ Hearing Aid) and/or Setting up Medications | 00:28 | | 00:28 | 00:00 | 00:28 | 00:42 | -00:14 |
| **ACCOMPANIMENT (per WEEK):** | | | | | | | |
| To/From Medical Appointments | 00:19 | | 00:19 | 00:00 | 00:19 | 00:00 | +00:19 |
| To/From Places You Get Services in Place of IHSS | 00:00 | | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| SUPERVISION (per WEEK): | 00:00 | | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |

DECLARATION OF ███

I was first a Club Scout 06/02/1963, I stated as a Boy Scout
In 11/21/1966 as a Tenderfoot Scout. My Scout Master was
Mr. Russell. I was registered as a Boy Scout troop 958,
In San Diego, California, on Feb 1970. (see exhibit).
While a Boy Scout, in summer of 1968 I went to Mataguay
Scout Ranch. Put on by Imperial Council. The address is
███ was there for
A week. While there a Camp Counselor took me on hikes
While on the hikes he molested me sexually. He touched me
Sexually and he put my hand on him, asking me to touch him.
This happened two times that week at the ranch.
Next year again in summer my parents made me go back to
The same Mataguay Scout Ranch. The same Camp Counselor
Was there. He took me again hiking for my merit badge, while
He hiking he again sexually molested me this time it was worst
Then before. He had me do Oral Copulation on him. This
Happened two times that week at camp.
I declare under the penalty of perjury under the laws of the
State of California that the foregoing is true and correct.
Executed this day October 29th, 2021 in Culver City, California.





US Bankruptcy Court
District of Delaware
ATTN: Judge Silverstein
824 N. Market St #500
Wilmington DE 1980[1]

