*CASE NO. 20-10343, BSA ET AL.*

April 8, 2024
*(NORTH AMERICAN TOTAL SOLAR ECLIPSE DAY)*

*VIA USPS MAIL TRACKING RECEIPT*

The Honorable Chief Judge Laurie Selber Silverstein
US BANKRUPTCY COURT FOR DISTRICT OF DELAWARE
**CASE NO. 20-10343, BOY SCOUTS OF AMERICA, ET AL.**
824 North Market Street
6th Floor
Wilmington, DE 19801

Re:   *CASE NO. 20-10343, BSA ET AL.*
       **IRO Claimant**           pro se
       *ADDENDUM BRIEF TO MARCH 6, 2024 NO.*    *SEALED, NO.*    *REDACTED*
       **REQUEST FOR APPEAL & HEARING, IRO FEE WAIVER DECISION—ERRORS BY**
       **TRUSTEE/TRUST ADMINISTRATIVE STAFF**

Dear Chief Judge Laurie Selber Silverstein:

I respectfully submit to the Court the above referenced case and record. I will not regurgitate nor malinger upon my recently received March 6, 2024, 42-pages submittal to you seeking sober judgment upon the Trust. That comprehensive Brief speaks for itself. As I noted with your most resourceful Judicial Assistant last week via teleconference, Ms. Cacia Batts, I am obligated and compelled to make the court aware of the following troubling developments—not only for myself but, **for ALL identified Survivors under your trusted jurisdiction.**

Your Honor, I shall be terse.

On March 26, 2024, I attended the most recent Trust Town Hall Video Conference. I have attended all such and live to date. As a means to learn and inquire for additional information to my March 6, 2024, submittal to the Court, I (and my Caregiver) submitted in *advance, and contemporaneously,* that what is contained in **APPENDIX A** for your review. This is an actual snapshot of the live question and video conference of March 26.

**Your Honor, then and since March 26 the Trust REFUSES to address and answer that concise inquiry attached.**
The Silence has indeed been Deafening!

As I firmly noted in my March 6 Brief to the Court—I believe that answer is **0** to any such approved Fee Waiver Reviews as the process approved by the Court and bestowed upon the Trustee to administer appears to be an infected Ruse solely developed to appease the "eligible Claimants" and, the Court. Zero criteria. Subjective "thoughts and opinions" by Madam Trustee despite the ironclad documentation and foundations contained in my March 6 Brief and, in effect, to date essentially the Trust being unaccountable for such errors in decision on the Fee Waiver in my case and, perhaps other Survivors.

I implore the Court to determine if the Answer to **APPENDIX A** for approved Fee Waivers is indeed, greater than **0**. And then substantiate to the Court that accounting with acceptable criteria.

Page 2

**APPENDIX B** I submit to the Court my SSA Earnings Statement (and history), effective April 3, 2024.  Records like this, *material records*, Your Honor have **NOT** been proffered by the Trust within the IRO Fee Waiver process but, rather that process manifests itself in subjective measures and unsupported opinions like "an inoperable registered <$950.00 valued vehicle owned by Claimant(s)" and other outlandish and wholly subjective determinations.

Your Honor, despite the myopia put forth in the decision to my *timely* IRO Fee Waiver Request and foundations contained in my March 6 Brief, I believe **APPENDIX B** wholly speaks for itself as the Trust Administration is exposed as being too inept to request such *material records* for such eligibility designed in good faith **by** the Court for any eligible Survivor to the IRO process to which I seek. (Please refer to March 6 Brief for additional foundations and arguments).

Lastly, I am obligated to make the Court aware of this final inclusion.  In doing so, I can refer the Court to the very same March 26 Town Hall Video conference which is now available on the Trust's website.

As I shared with Ms. Batts, the majority of that Town Hall presentation was unnecessarily consumed by another behemoth of a monstrosity creation by the Trust—called the "Advance Payment Program", or simply "the APP". According to Madam Trustee, over the past 13 months or so, "<u>some</u> Survivors have inquired whether they may get an advances payment from their pending settlement...".  Despite the Trust already conjuring a separate 1.5% "initial advanced payment process" as planned, there appears to be a newest "administrative need to hire dozens of new people, train them in our procedures...to issue the $1,000.00 to those Survivors...whom accept it."

Chief Judge Laurie Selber Silverstein,  I believe most if not all Survivors would find this—well, simply implausible.  Or defensible.  If one were to assume this assertion by the Trust were true, and numerous, as they now intend to administer it, a whopping $1,000.00 to those who seek it as a future deduction to final settlement, then it appears the following:

## <u>The Trust determined that such "requesting Survivors" seek:</u>

## ***$76.92 per month Advance ($1,000.00/13 months)***

<u>or</u>

## ***$2.55/day for past 13 months***

In the meantime, as captured on above referenced video conference, dozens and dozens of new employees (needing training) are to be hired to "review and disseminate" the programmed payments of $1,000.00, **in addition to** the initial 1.5% program, "to those Survivors who seek it".

*Your Honor, I am confident you got the blooming landscape on this newest "Admin Gem".*

Page 3

Akin to Throwing $500 at a 5-cent hiccup!  More Trust Employees.  Benefits.  Training expenses.  Massive Bureaucracy.  Burgeoning multi-million dollar Trust costs and expenses now flourishing upon the backs of the eligible Survivors.  And literally a host of other concerns and mismanagement I can put forward here—but perhaps await for my requested IRO Fee Waiver hearing or bench decision.

And according to Madam Trustee, all for the whopping **$2.55 per day** as the Trust morphs into something far different than the Court set out, or approved, parallel with the very same concerns I underscore here.

In the meantime, I am pigeon-holed into "a faceless Matrix", wrongfully stripped of my day in court (please refer to my March 6 Brief), left arguing about a "gifted and inoperable 2004 vehicle value of <$950.00" or "verified utilities assistance" that the "Same Nameless Person" is myopically fixed upon as the Trust now blows through more millions to serve itself and, itself **only** it *appears*.  Nepotism?  Perhaps at play?  Don't know because the Trust to date appears unaccountable with such outlandish programs-creativity!

Your Honor.  I will end here.  As **APPENDICES A & B** clearly serves appropriately alone the above concerns.  As I have aged, wisdom seems to fill the many cracks and wrinkles.  Repeatedly, please know the Trust in "almost every" publication, brief, argument, Town Hall charades, tagline and similar—claims to *strive* to be "Transparent"---to date here on *"Solar Eclipse Day"* the Trust has been about as "Transparent" as the North American *Black Sun* above our heads.

I remain harmed, ill-placed and disenfranchised by the Trust----God knows how many other Survivors the same, represented or Pro se.  The Trust has further abused my Pro se representation as explained in March 6 Brief._ Your Honor, honestly, I wholly "regret reluctantly stepping forward and brutally exposing my long-suffocated scars to eruption" to this misaligned process to date.  I seek your trusted stewardship.  Your resolute judicial acumen.  And your sober judgment to avoid just another fleeced Flock of Survivors and Beneficiaries (i.e. The Otto Bremer Trust, Minnesota) at the unchecked actions and precarious decisions of this Trust Administration.

Warmest regards and **Courage, Ethics and Accountability,**

████████████

IRO BSA Survivor Claimant S. Clark, **SST**███████ pro se
**GOVERNING STATE:  NEW JERSEY**

Colon Levore (Signature)
Caregiver, Witness #1

Nanette Dalton (Signature)
Caregiver, Witness #2

Encl.  **APPENDICES A-*B***

cc: The Honorable Barbara J. Houser, (Ret.), Trustee- McLean VA
    BSA File
    SC Medical File

Page 4

## CASE NO. 20-10343, BSA ET AL.

### CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a copy of the foregoing document upon the Court and Trustee identified below by depositing a copy of the same in the custody of the U.S. Postal Service, first class postage prepaid, addressed as follows:

The Honorable Chief Judge Laurie Selber Silverstein
US BANKRUPTCY COURT FOR DISTRICT OF DELAWARE
**CASE NO. 20-10343, BOY SCOUTS OF AMERICA, ET AL.**
824 North Market Street
6th Floor
Wilmington, DE 19801



The Honorable Barbara J. Houser (Ret.), BSA Trustee
Scouting Settlement Trust
P.O. Box 50157
McLean, VA 22102

**This the 8h day of April, 2024.**



pro se

# APPENDIX A

March 26, 2024 Town Hall Live Video



Question:
Of the 323 IRO Claimants, 1) How many have paid the initial
$10,000 payment;  2) How many Claimants have been
APPROVED  via the Fee Waiver Review?

Answer:
UNANSWERED



# APPENDIX B

CONFIDENTIAL



# Your Social Security Statement

April 3, 2024

## Retirement Benefits

You have earned enough credits to qualify for retirement benefits. To qualify for benefits, you earn credits through your work - up to four each year.

Your full retirement age is **67**, based on your date of birth: August 18, 1965. As shown in the chart, you can start your benefits at any time between **ages 62** and **70. For each month you wait to start your benefits, your monthly benefit will be higher—for the rest of your life.**

These personalized estimates are based on your earnings to date and assume you continue to earn $0 per year until you start your benefits. Learn more at *ssa.gov/benefits/retirement/learn.html* .

## Personalized Monthly Retirement Benefit Estimates (Depending on the Age You Start)



| Age Retirement Benefits Start | Monthly Benefit Amount |
| --- | --- |
| 62 | $1,320 |
| 63 | $1,406 |
| 64 | $1,500 |
| 65 | $1,625 |
| 66 | $1,750 |
| 67 | $1,875 |
| 68 | $1,938 |
| 69 | $2,088 |
| 70 | $2,325 |

## Disability Benefits

To get benefits if you become disabled right now, you need 37 credits of work, and 20 of these credits had to be earned in the last 10 years.  Your record shows you do not have enough credits at this time to receive disability benefits. Learn more at *ssa.gov/disability*.

## Survivors Benefits

You have earned enough credits for your eligible family members to receive survivors benefits. If you die this year, members of your family who may qualify for monthly benefits include:

| | |
| --- | --- |
| Minor child: | $1,490 |
| Spouse, if caring for a disabled child or child younger than age 16: | $1,490 |
| Spouse, if benefits start at full retirement age: | $1,987 |
| Total family benefits cannot be more than: | $3,576 |

Your spouse or minor child may be eligible for an additional one-time death benefit of **$255**. Learn more at *ssa.gov/survivors*.

## Medicare

You have enough credits to qualify for Medicare at age 65.

Medicare is the federal health insurance program for people:

- age 65 and older,
- under 65 with certain disabilities, and
- of any age with End-Stage Renal Disease (ESRD) (permanent kidney failure requiring dialysis or a kidney transplant).

Even if you do not retire at age 65, you may need to sign up for Medicare within 3 months of your 65th birthday to **avoid a lifetime late enrollment penalty**. Special rules may apply if you are covered by certain group health plans through work.

For more information about Medicare, visit *medicare.gov* or *ssa.gov/medicare* or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).


CONFIDENTIAL

CONFIDENTIAL

### Earnings Record

Review your earnings history below to ensure it is accurate because we base your future benefits on our record of your earnings. There's a limit to the amount of earnings you pay Social Security taxes on each year. Earnings above the limit do not appear on your earnings record. We have combined your earlier years of earnings below, but you can view your complete earnings record online with *my* Social Security. **If you find an error**, view your full earnings record online and call **1-800-772-1213**.

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| 2017 | $0 | $0 |
| 2018 | $0 | $0 |
| 2019 | $0 | $0 |
| 2020 | $0 | $0 |
| 2021 | $0 | $0 |
| 2022 | $0 | $0 |
| 2023 | Not yet recorded | Not yet recorded |

### Earnings Not Covered by Social Security

You may also have earnings from work not covered by Social Security, where you did not pay Social Security taxes. This work might have been for federal, state, or local government or in a foreign country. If you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. Learn more at *ssa.gov/gpo-wep* .

### Important Things to Know about Your Social Security Benefits

- Social Security benefits are not intended to be your only source of retirement income. You may need other savings, investments, pensions, or retirement accounts to make sure you have enough money when you retire.
- You need at least 10 years of work (40 credits) to qualify for retirement benefits. The amount of your benefit is based on your highest 35 years of earnings. If you have fewer than 35 years of earnings, years without work count as 0 and may reduce your benefit amount.
- To keep up with inflation, benefits are adjusted through "cost of living adjustments."
- If you get retirement or disability benefits, your spouse and children may qualify for benefits.
- When you apply for either retirement or spousal benefits, you may be required to apply for both benefits at the same time.
- The age you claim benefits will affect your surviving spouse's benefit amount. For example, claiming benefits after your full retirement age may increase the *Spouse, if benefits start at full retirement age* amount on page 1; claiming early may reduce it.
- If you and your spouse both work, use the *my* Social Security Retirement Calculator to estimate spousal benefits.
- If you are divorced and were married for 10 years, you may be able to claim benefits on your ex-spouse's record. If your ex-spouse receives benefits on your record, that does not affect your or your current spouse's benefit amounts.
- Learn more about benefits for you and your family at *ssa.gov/benefits/retirement/planner/applying7.html* .
- When you are ready to apply, visit *ssa.gov/benefits/retirement/apply.html* .
- The *Statement* is updated annually. It is available online, or by mail upon request.

CONFIDENTIAL

Page 9 of 9    End 4/8/24

Attention:





**USPS TRACKING #**

9114 9010 7574 2906 8079 47

Label 400  Jan. 2013
7690-16-000-7948

UNITED STATES
POSTAL SERVICE®

*CONFIDENTIAL*

The Honorable Chief Judge Laurie Selber Silverstein
US BANKRUPTCY COURT FOR DISTRICT OF DELAWARE
**CASE NO. 20-10343, BOY SCOUTS OF AMERICA, ET AL.**
824 North Market Street
6th Floor
Wilmington, DE 19801

**c/o MS. CACIA BATTS, JUDICIAL ASSISTANT**