IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors. | ) Chapter 11<br>) Case No. 20-10343 (LSS)<br>) (Jointly Administered)<br>) Hearing Date: April 16, 2024 at 10:00 a.m.<br>) Objection Deadline: April 1, 2024 at 4:00 p.m. |

### ORDER GRANTING MOTION OF CHRISTOPHER AMBROSE
### TO DEEM LATE-FILED PROOF OF CLAIM TO BE TIMELY FILED AND DIRECT ITS ADMINISTRATION BY THE TRUST ADMINISTRATOR AS IF TIMELY FILED[1]

Upon the motion of Christopher Ambrose (the "Movant") To Deem Late-Filed Proof of Claim To Be Timely Filed and Direct Its Administration by the Trust Administrator as if Timely Filed pursuant to Rule 3003(c)(3) and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedures, and proper notice having been provided, and sufficient cause appearing therefor; it is hereby ORDERED that:

1. The proof of claim of Christopher Ambrose (Doc-133042; Identifier Number SST-418491; ClmSchNo: C96186) (the "Claim") shall be deemed timely filed.

2. Omni Agent Solutions, the Debtors' Claims and Noticing Agent ("Omni"), shall mark the Claims Register in these cases to reflect that the Claim is timely filed; and,

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3. The BSA Settlement Trust may provide a copy of the Claim to Omni, if necessary, and Omni may provide a copy to the BSA Settlement Trust, if necessary; and,

4. The Claim is still subject to review by the BSA Settlement Trust and the Trustee's right to object to the Claim for any reason other than timeliness is reserved; and,

5. Debtors, Omni, and the BSA Settlement Trust are authorized to take all steps necessary to effectuate the terms of this Order.

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: April 16, 2024
Wilmington, Delaware