IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

IN RE

BOY SCOUTS OF AMERICA
&
DELAWARE BSA LLC

CASE 20-10343

MOTION SEEKING LEAVE
FROM THE COURTING

COMES NOW ███████
██████ AND ASKES THIS COURT
FOR LEAVE TO FILE A CLAIM AGAINST
THE DEBITERS IN THIS CASE IN
SUPPORT OF THIS MR LUCIUS OFFERS
THE FOLLOWING.

1.) ███████ WAS UNDER THE IMPRESSION
THAT HE RETAINED THE LAW OFFICE OF
BERN CAPPELLI LLP TO REPRESENT HIM
ON THIS CASE. AND WAS IN COMMUNICATION
WITH THIS LAW OFFICE IN 2020 AND FILED
CLAIM FORMS WITH THIS LAW OFFICE IN
NOVEMBER 2020.

2.) ███████ HAS BEEN RECIEVING THINGS
ABOUT THIS LAW SUITE OVER THE LAST 3
YEARS. FOR CLUDING A VOTE IN THE

Setelment Agreement.

3.) [redacted] was not made aware their was a problem with his Cidim till March of 2024

4.) Since all funds for Abuse Cidims have been funneled to a Trust to Administer there is no hardship to the debotors in allowing this leave.

5.) It would be a miscarraige of Justice not to alloue [redacted] whom is a victum of Abuse. And is incarcerated with limited means of communication, and no Internet Access this leave. esspecinly when [redacted] Thought he had Representiation the whole last 3 years.

### Conclusion

[redacted] Beggs the court to allow him leave to fill a Cidim against the debtors and

— 3 —

The Settlement Trust

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion has been filed with the Clerk of Court at 824 N. Market St #500 Wilmington DE 19801 And copies sent to White & Case LLC at 1221 Avenue of the Americas New York NY 10020, and Andrew Remming 1201 N Market St 16th Floor PoBox 1347 Williamington de 19899 on this 10th day of April 2024 via U.S.P.S.

Respectfully Submitted By,