# WARNING

## "LEGAL MAIL"

**IF YOU ARE AN EMPLOYEE OF THE BUREAU OF PRISONS, <u>ANY STATE PRISON,</u> OR ANY JAIL FACILITY, AND YOU ARE OPENING THIS MAIL WITHOUT THE INMATE BEING PRESENT, YOU ARE IN VIOLATION OF FEDERAL LAW**
**(TITLE 28, CFR, §540.18)**

<u>YOU MAY NOT READ THE MATERIAL CONTAINED IN THIS LEGAL DOCUMENT</u>

<u>YOU MAY ONLY CHECK FOR CONTRABAND</u>

<u>BOP APPROVED:</u>
**Pursuant to Program Statement 5266.10**
**&**
**Title 28, CFR, §540.71, 540.71(b), 540.71(d).**

RECEIVED
2024 APR 16 AM 9: 44





April 03, 2024

Dear Ms. Boyle:

    Please docket my enclosed twenty page motion. Could you also mail me a time stamped certified copy of my motion?

    Thank you for your attention to this matter.

Very Truly Yours,



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

## MOTION TO PROCEED WITH CLAIM

COMES NOW, ███████████████ herin Movant, in pro se, moves this Court to honor Movant's Boy Scouts of America, Sexual Abuse Survivor Proof of Claim as timely.

### AFFIDAVIT

STATE OF INDIANA,

     ss

COUNTY OF VIGO,

I, ██████████ herein Affiant, being duly sworn, depose the following:

### FACTS

1) That, on March 14, 2024, Affiant received an undated letter from Scouting Settlement Trust stating Affiant's Sexual Abuse Survivor Proof of Claim was untimely, and fourty-five, (45), days was given to contest the untimelyness. With the letter being undated, it was impossible to calculate the 45 day deadline. Exhibit A.

2) That, Kevin Hastings of Pfau Cochran Vertetis Amala, Tacoma, WA, represents Affiant, and on September 20, 2020, timely filed said Claim six (6) weeks prior to the November 16, 2020, filing time bar. Case No. SA—███ Exhibit B.

3) That, the Scouting Settlement Trust letter is frivolous and designed to thwart legitimate victims of the Boy Scouts of America Sexual Abuse Survivors claims, and should be investigated for fraud on the court, abuse of process, false statement, etc.

Further Affiant Sayth Naught.

Done this 3rd  day of April, 2024

Without Prejudice,

by ███████████████████

NAME _CCC_____ TITLE _CSW_
AUTHORIZED BY THE ACT OF JULY 7, 1955.
AS AMENDED, TO
ADMINISTER OATHS (18 USC 4004)

WHEREFORE, Movant calls on the order of the court to accept Movant's Sexual Abuse Survivor Claim, filed September 30, 2020, six weeks prior to the November 16, 2020, filing time bar, Case No. SA-4698, as timely filed.

Without Prejudice,

███████████████████

Exhibit A

### Scouting Settlement Trust
P.O. Box 50157
McLean, VA 22102
Scoutingsettlementtrust.com

Dear ███████

The Trust evaluates each claim individually and follows the rules in the settlement papers. One of the requirements for a claim to be "allowable" is that the Claimant filed a timely Proof of Claim in the bankruptcy.

**Our Records Show That You Did Not File a Timely Bankruptcy Proof of Claim**

**The data provided to the Trust indicates that you did not timely file your bankruptcy Proof of Claim form on or before the bankruptcy bar date of November 16, 2020.**

If you believe your Proof of Claim form was timely filed with the bankruptcy court, we need you to provide us with proof of that. Within forty-five (45) days of the date of this notice please provide the Trust with evidence that your bankruptcy Proof of Claim was timely filed. Acceptable forms of evidence include, but are not limited to email verification, receipt, or another form of confirmation with a date or timestamp from a company called Omni Agent Solutions, that your Proof of Claim form was filed timely and received before the deadline.

If you cannot provide that evidence, your claim will be closed.

**The Only Alternative is a Court Order**

Courts follow certain rules to decide whether to allow late filings to be considered despite their lateness. In bankruptcy court, those rules are explained in a case called Pioneer. If you believe that your reasons for not having filed a timely Proof of Claim meet the Pioneer rules, you may decide to file a motion in court to ask the bankruptcy judge to allow your claim to proceed. The Trust cannot advise you on how to file this motion. If you choose to file a motion, you may wish to retain counsel.

**Conclusion**

If you cannot provide evidence that your bankruptcy Proof of Claim was timely filed, and you do not obtain an order from the bankruptcy judge allowing for submission of your Trust claim, the Trust is unable to proceed and process your claim submission and it will be Disallowed.

Please provide the requested documentation to the Trust by following the instructions below. We ask that you kindly respond with the requested information within 45 days of this Notice so that the Trust can continue to evaluate your claim. **Please note that if we do not hear from you within 45 days, your claim will be closed.**

Info@scoutingsettlementtrust.com                                          1-833-961-6495

If you have questions on this Notice, please refer to the information below for options as to the best way to contact the Trust.

Regards,
Scouting Settlement Trust Team

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

How to respond to this Notice and provide additional requested documentation: To submit the requested documentation listed above for review, please mail back to the Trust at the following mailing address.

Scouting Settlement Trust
P.O. Box 50157
McLean, VA 22102

Additionally, if you choose to utilize the Claims Processing Portal, please upload the documentation through the "Documents" tab, selecting the document type relevant for the type of document being uploaded. The uploaded documentation can be scanned or uploaded as images.

If you need assistance uploading documentation to the Claims Processing Portal, refer to the Key Links section of the Scouting Settlement Trust website (www.scoutingsettlementtrust.com), specifically the "Instructions & Guidelines" section and "Claims Processing Portal & Trust Claims Questionnaire (Blue Form)" sub-section for more information.

Once you have uploaded any requested documentation, please add a comment, click the "Submit" button to send your response, and then click the "Response Complete" button.

If you have any questions regarding the process, please respond to this message and click the "Submit" button. Alternatively, you can email the Trust at info@scoutingsettlementtrust.com, or call 1-833-961-6495.

# PFAU COCHRAN
# VERTETIS AMALA
ATTORNEYS AT LAW

Exhibit B

**TACOMA**
909 A STREET
SUITE 700
TACOMA, WA 98402
(253) 777-0799

December 17, 2021

> Re:    *Boy Scouts of America Bankruptcy Update*

Hello:

Boy Scouts of America ("BSA") has recently announced an $800 million settlement with Century Insurance.  The announcement also claims local councils are increasing their contribution by $40 million, which translates to about $500 per claim.

The Century and Hartford insurance companies are the two largest that were contributing to a global settlement fund.  In our view, both settlements are FAR below what these companies should be contributing.

With the new settlement from Century Insurance, the global fund is increasing from $1.6 billion to $2.4 billion. While we recognize these numbers appear large at first glance, they amount only to an estimated 50% increase in your claim's value.  This means if your claim was estimated at $10,000 under the $1.6 billion fund, your estimated payout would now be closer to $15,000.

We do not believe a small increase in the global fund changes the recommendations we provided you with last month.  Following the voting deadline, we are anticipating that there will be a Court hearing on January 24th, 2022, when we'll learn whether the BSA's proposed settlement is approved or rejected.

We will be in touch with an outline of appropriate next steps following the conclusion of the January hearing.  Thank you.

Sincerely,

Kevin M. Hastings

**PARTNERS**
MICHAEL T. PFAU
DARRELL L. COCHRAN2
THOMAS B. VERTETIS2,4
JASON P. AMALA2
MALLORY C. ALLEN
ELIZABETH P. CALORA
KEVIN M. HASTINGS
VINCENT T. NAPPO1
STEVEN T. REICH

**ASSOCIATES**
YEMI AJAYI3
AIDA ALMASALKHI5
PATRICK A. BROWN
JESSICA E. BURRUS
SYDNEY C. CODD
ALEXANDER G. DIETZ
ANELGA DOUMANIAN1
BRIDGET T. GROTZ
WILLIAM T. MCCLURE
MICHAEL D. MCNEIL
ANDREW S. ULMER
BENJAMIN B. WATSON

ALL ATTORNEYS
LICENSED IN WA

1 LICENSED IN NY
2 LICENSED IN OR
3 LICENSED IN CA
4 LICENSED IN NJ
5 LICENSED IN KY

**SEATTLE:** 403 COLUMBIA STREET, SUITE 500 · SEATTLE, WA 98104 · (253) 777-0799
**NEW YORK:** 31 HUDSON YARDS, 11TH FLOOR · NEW YORK, NY 10001 · (212) 300-2444
WWW.PCVA.LAW

# PFAU COCHRAN
# VERTETIS AMALA
ATTORNEYS AT LAW

Exhibit B

TACOMA
909 A STREET
SUITE 700
TACOMA, WA 98402
(253) 777-0799

**February 2, 2024**

James Rand #99335-024
United States Penitentiary
PO Box 33
Terre Haute, IN 47808

PARTNERS
MICHAEL T. PFAU
DARRELL L. COCHRAN2
THOMAS B. VERTETIS2,4
JASON P. AMALA2
MALLORY C. ALLEN
ELIZABETH P. CALORA
KEVIN M. HASTINGS
VINCENT T. NAPPO1
STEVEN T. REICH

ASSOCIATES
YEMI AJAYI3
AIDA ALMASALKHI5
PATRICK A. BROWN
JESSICA E. BURRUS
SYDNEY C. CODD
ALEXANDER G. DIETZ
ANELGA DOUMANIAN1
BRIDGET T. GROTZ
WILLIAM T. MCCLURE
MICHAEL D. MCNEIL
ANDREW S. ULMER
BENJAMIN B. WATSON

ALL ATTORNEYS
LICENSED IN WA

1 LICENSED IN NY
2 LICENSED IN OR
3 LICENSED IN CA
4 LICENSED IN NJ
5 LICENSED IN KY

*Re:*        ***BSA – Trust Distribution Submission Deadline***

Dear ▉▉▉▉▉

    The Trust has announced the deadline to submit your Trust Distribution Process Questionnaire, which is **May 31st, 2024.** This is the date by which we must have your Questionnaire and supporting documents uploaded to the online portal so that the Trust may evaluate your claim.

    We write to you today to reassure you that we have received the required paperwork, and to let you know that we will be reaching out again with any follow up questions or to request additional information we may need to complete your claim. You will have a chance to review the finalized version of your Questionnaire before we submit it to the Trust.

    Thank you again for completing the necessary documents and we will be in touch soon.

Sincerely,

*KC Moore*

KC Moore
Paralegal

SEATTLE: 403 COLUMBIA STREET, SUITE 500 • SEATTLE, WA 98104 • (253) 777-0799
NEW YORK: 31 HUDSON YARDS, 11TH FLOOR • NEW YORK, NY 10001 • (212) 300-2444

-6 of 20-

*Filed September 30, 2020, Case No. SA-4698*   Exhibit B

## JOINT REPRESENTATION AND PROSECUTION AGREEMENT

### 1. Introduction and Recitals

1.1     This is an agreement ("Agreement") between ███████ hereinafter referred to as "Client") and <u>Darrell L Cochran, Kevin Hastings,</u> and the law firm of PFAU COCHRAN VERTETIS AMALA PLLC (hereinafter collectively referred to as "PCVA").

This is also an agreement between Client and other clients of PCVA, both existing and future, who have legal claims against some or all of the same individuals and/or entities as Client, including, but not limited to, the following individuals and/or entities: <u>Boy Scouts of America</u>.

References to "PCVA" include any other attorney with whom PCVA may associate in order to to pursue the claims of Client and/or others with claims against some or all of the same individuals and/or entities as Client. "Clients" refers to Client and other clients, both existing and future, who PCVA represents or may represent and who have claims against some or all of the same individuals and/or entities as Client.

1.2.    As described in the Retainer Agreement between Client and PCVA, Client has engaged PCVA to represent Client in order to pursue Client's claim. Client understands that PCVA does, may, and/or will represent other individuals who have claims against some or all of the same individuals and/or entities as Client. Client further understands that PCVA may find, contact or be contacted by other individuals who have claims against some or all of the same individuals and/or entities as Client, and that PCVA does, may, and/or will represent those individuals.

1.3.    With that understanding, Client consents (1) to PCVA finding, contacting, or being contacted by other individuals who have claims against some or all of the same individuals and/or entities as Client, (2) to PCVA jointly representing Client and other individuals who have claims against some or all of the same individuals and/or entities as Client, (3) to PCVA joining Client's claim in the same lawsuit with the claims of one or more of those other individuals, which Client understands may result in Client's claim being filed, litigated, arbitrated, mediated, tried before a jury, and/or otherwise resolved with those other claims, and (4) to PCVA filing, litigating, arbitrating, mediating, trying before a jury, and/or otherwise resolving Client's claim with one or more of those other individuals.

1.4.    Client's foregoing consent shall be referred to as consent to "joint representation."

1.5.    Client agrees that PCVA shall have full and sole discretion to decide whether to represent any other individuals with claims against some or all of the same individuals and/or entities as Client so long as such joint representation is allowed by the Rules of Professional Conduct of the Washington State Bar Association, including Rule of Professioanl Conduct 1.7, a copy of which is attached to this Agreement.

1.6.    Client understands that Client has a right to consult legal counsel, other than PCVA, regarding all provisions of this Agreement, including Client's consent to joint representation, and Client agrees and represents that Client has been afforded an opportunity to consult such non-PCVA legal counsel regarding this Agreement and Client's consent to joint representation.

1.7.    Client further understands that this Agreement is intended to provide information to Client regarding the ethical issues identified in Rule of Professional Conduct 1.7, a copy of which is attached hereto, so that Client may give informed consent to joint representation by signing this Agreement.



# PFAU COCHRAN
# VERTETIS AMALA

A Professional Limited Liability Company

## RETAINER AGREEMENT

THIS AGREEMENT is entered into between ███████ hereinafter referred to as "Client") and Darrell L Cochran and Kevin Hastings of Pfau Cochran Vertetis Amala PLLC (hereinafter collectively referred to as "Attorneys").

Client retains Attorneys to represent Client in a **claim arising out of sexual abuse suffered as a child while in the Boy Scouts**. Client authorizes Attorneys to take all steps to pursue this matter that the Attorneys deem reasonable. Client agrees to pay the larger of (1) thirty-three and one-third percent (33 1/3%) of the gross amount recovered by Client by way of settlement, mediation, arbitration, trial or other award, or (2) the amount awarded to Client specifically for attorneys' fees, including any such fees awarded pursuant to an attorneys' fee provision, the Federal Tort Claim Act, other statutes allowing for attorneys' fees, state law, federal law, contract, or any other authority that provides for attorneys' fees. If this matter is resolved on appeal, the fee charged will be forty percent (40%) instead of thirty-three and one-third percent (33 1/3%) percent.

**Billing.** The billing for this matter involves two types of items:
(1) "Fees," the amount due for services provided by Attorneys in pursuit of this matter.
(2) "Costs," the amount due for
  (a) services provided by non-attorneys in pursuit of this matter, including experts, investigators, consultants, and information technology specialists; and,
  (b) other expenses incurred by Attorneys in pursuit of this matter, including, but not limited to, filing fees; messenger fees; process server fees; record retrieval fees; legal research fees; copying, printing, and scanning costs; court reporter fees; parking fees; mileage fees; design and production of trial exhibits; offline and online file storage fees; and, any other out-of-pocket expenses incurred by Attorneys in pursuit of this matter.

Client authorizes Attorneys to hire, retain and compensate such experts, investigators, consultants, and other non-attorneys that Attorneys believe are reasonably necessary to pursue this matter on behalf of Client. All such expenses shall be treated as Costs.

Client agrees that Attorneys have Client's authority to incur Costs on behalf of Client that Attorneys deem reasonable to pursue this matter on behalf of Client, including authority to incur whatever Costs the Attorneys deem reasonable. Client

*Case No. 8A - 4698*
*Filed September 30, 2020*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

Exhibit B

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)     Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before November 16 , 2020 at 5:00 p.m. (Eastern Time);[2] or

(ii)    Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

Page **1** of **12**

Exhibit B

## Who Is a Sexual Abuse Survivor?

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

## Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred <u>on or before February 18, 2020</u>. This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse. Any person asserting a claim based on anything other than childhood sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

## What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** means, with respect to a child under the age of eighteen (18) at the time of the sexual abuse, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether the child thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult and between a child and another child, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether the child associated the abuse with any physical, psychological, or emotional harm. It involves behaviors including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

If you have a claim arising from sexual abuse and you were at least eighteen (18) years of age at the time the sexual abuse began or if you have a claim arising from other types of abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

For the avoidance of doubt, if you have a claim for sexual abuse and you were a child under the age of eighteen (18) when the sexual abuse began you must complete this form.

## You May Wish to Consult an Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

## What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by November 16, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Exhibit B

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **<u>confidential</u>**, under seal, and outside the public record. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the Ad Hoc Committee of Local Councils (with personally identifiable information redacted), individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, the Court, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as <u>confidential</u> unless you expressly request that it be publicly available by checking the "public" box <u>and</u> signing below.**

| | |
|---|---|
| ☐ | **PUBLIC:** I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public.** |

Signature: _____

Print Name: _____

## PART 2: IDENTIFYING INFORMATION

**A.   Identity of Sexual Abuse Survivor**

First Name ▭▭▭▭▭▭▭   Middle Initial ▭▭▭   Last Name ▭▭▭▭▭▭▭   Jr/Sr/III _____

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | ▭▭▭▭▭▭ | | | | |
|---|---|---|---|---|---|
| City: | ▭▭▭▭ | State: | ▭▭ | Zip Code: | ▭▭▭ |
| Country (not USA): | | Email Address: | n/a | | |
| Telephone (Home): | n/a | Telephone (Cell): | n/a | | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐    US Mail ☐    Home Voicemail ☐    Cell Voicemail ☐    Counsel listed below ☑

Social Security Number of Sexual Abuse Survivor (last four digits <u>only</u>): XXX-XX-▭▭▭▭

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number: ▭▭▭▭

Birthdate of Sexual Abuse Survivor (only the month and year): (MM/YYYY) ▭▭▭▭

Any other name, or names, by which the Sexual Abuse Survivor has ever been known: n/a

_____

Gender of Sexual Abuse Survivor:   Male ☑       Female ☐       Other (specify) _____

Page **3** of 12

**B.** **If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | Pfau Cochran Vertetis Amala PLLC | | | | | |
|---|---|---|---|---|---|---|
| Attorney's Name: | Darrell Cochran; Kevin Hastings | | | | | |
| Number and Street: | 909 A Street Suite 700 | | | | | |
| City: | Tacoma | | State: | WA | Zip Code: | 98402 |
| Country (not USA): | | | Email Address: | | darrell@pcvalaw.com; kevin@pcvalaw.com; kmoore@pcvalaw.com | |
| Telephone (Work): | 253-777-0799 | | Fax No. | | 253-627-0654 | |

---

## PART 3: BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.** **Marital/Domestic Partner History:**

    a.  Have you ever been married?   Yes ☑   No ☐

    b.  If yes, please provide:

        i.  Length of time you were/have been married: _____

        ii.  Current marital status: Divorced

    c.  If your marriage has ended, please specify whether your marriage ended by: divorce ☑ or death of your spouse ☐

**B.** **Education History:**

    a.  What is your highest level of education completed or degree obtained?

        High School ☑  Associates ☐   Bachelors ☐ Masters ☐   Doctoral ☐   Other _____

    b.  Educational institution(s): Lynchburg-Clay High School, Lynchburg Ohio

**C.** **Employment:**

    a.  What is your current employment status?

        ☐ Employed – Occupation: _____

        ☐ Retired – Former Occupation: _____

        ☑ Unemployed – Former Occupation: _____

        ☐ Disabled – Former Occupation: _____

        ☐ Other: _____

**D.** **Military service:**

    a.  Have you ever served in the military? Yes ☐   No ☑

    b.  If yes, please provide the following information:

    c.  Branch(es) of service: _____

Exhibit B

d.   Years of service in each: _____

e.   Rank at discharge for each: _____

f.   Nature of discharge for each (e.g., honorable): _____

_____

_____


**E.    Involvement with Scouting:**

a.   Have you ever been affiliated with Scouting and/or a Scouting program?

Yes ☑        No ☐

b.   When were you involved with Scouting? 1962 _____

_____

c.   What type of Scouting unit (i.e., troop) were you involved with?

☐ Boy Scouts _____

☐ Cub Scouts _____

☐ Exploring Scouts _____

☐ Sea Scouts _____

☐ Venturing _____

☑ Other (please explain your involvement with Scouting):

Interview sessions for cub scouts. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| PART 4: NATURE OF THE SEXUAL ABUSE |
|---|

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers <u>to the best of your recollection</u>.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A.   Please answer "Yes" or "No" to each of the following:

    i.   Were you sexually abused by more than one person?    Yes ☐    No ☑

    ii.   Were you sexually abused in more than one state?    Yes ☐    No ☑

B.   Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

    If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as their approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

Claimant was six years old at the time of the first abuse. His abuser was an older white man, medium

build named ███████████ laimant as later abused by the scout master at the Fairfield School for

Boys in Lancaster Ohio named ███████████

C.   Other than the sexual abuser(s), please identify any person(s) you can remember who were leaders or other adults involved in your Scouting unit or the camp(s) you attended.

███████████████████████████████████████████████████

███████

D.   What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

    ☐ Adult Scout leader in my Scouting unit

    ☐ Adult Scout leader not in my Scouting unit

    ☐ Youth Scout in my Scouting unit

    ☐ Youth Scout not in my Scouting unit

    ☐ Camp personnel (e.g., camp staff) not in my Scouting unit

    ☑ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

Ed Bousman sexually abused Claimant when he was 6 years old at the church where the scouting

meetings were held.  Claimant's second abuser was Mr. Peterson, the scout master at the boys

home in Ohio he was living at.  He was sexually abused during he scouting interview.

E.   Where were you at the time you were sexually abused (city, state, territory and/or country)?

Lynchburg / Lancaster Ohio.

F.   What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☑ Boy Scouts

☐ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☑ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

Claimant was in the cub scouts and was abused at the church were the scouting meetings were held.

Claimant was a part of the boy scouts program at his boys home during the second instance of

abuse which happened while he was interviewing to join he scouts.

G.   What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

Claimant does not remember

H.   What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, including the organization that hosted meetings of your Scouting unit, during the time of the sexual abuse (e.g., church, school, religious institution, or civic group)?

(Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.)

Claimant does not remember

I.   What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

(Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such BSA Local Council(s) you must take additional action to preserve and pursue any such claim.)

Claimant does not remember

J.   In which of the following places did the sexual abuse take place?  Check all that apply.

☐ At or in connection with a Scout meeting.

☐ At or in connection with a Scout camp.

Page **7** of **12**

Exhibit B

■  At or in connection with another Scouting-related event or activity (please explain):

During the interview to join the cub scouts.

☐  Other (please explain – for example, schools, churches, cars, homes or other locations):

K.  When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started?  If the sexual abuse took place over a period of time, please state when it started and when it stopped.  If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

Claimant was six years old when the abuse started in the summer of 1964 and it continued for an

unknown period until Claimant was placed in a boys home where additional abuse began by another

scout master.

L.  Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.

i.  About how many times were you sexually abused?

☐  I was sexually abused once.

☑  I was sexually abused more than once.

If you were sexually abused more than once, please state how many times (if you recall): multiple occasions.

M.  Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below. (Check all that apply.)  **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

i.  What did the sexual abuse involve?

☐  The sexual abuse involved touching outside of my clothing.

☐  The sexual abuse involved touching my bare skin.

☐  The sexual abuse involved fondling or groping.

☐  The sexual abuse involved masturbation.

☑  The sexual abuse involved oral copulation / oral sex.

☑  The sexual abuse involved the penetration of some part of my body.

ii.  Did any of the following occur in connection with the sexual abuse:

☐  The acts of sexual abuse against me also involved other youth.

☐  The sexual abuse involved photographs or video.

☐ Even though I did not want it, my body responded sexually to the sexual abuse.

☑ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

☐ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

☑ The sexual abuser(s) made my family think they could be trusted.

☐ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

If you wish to provide a narrative, please describe the sexual abuse in as much detail as you can recall in the lines below. You may attach additional pages if needed.

Claimant was sexually abused multiple times by two different men associated with scouting.

The first instance was at his church where he was taken by ███████ n to an office multiple times

and was sexually abused. Claimant was told not to tell anyone about what happened because no one

would believe him. ███████ would preformed oral sex on Claimant and digitally penetrated him

during these encounters and he would more often then not be wearing his scouting uniform.  The

second instance of being sexually abused in the scouts happened at the boys home in Ohio

Claimant was placed in.  The scout maste███████ forced Claimant to give him oral sex and

anally raped him during an interview to join the scouts.  Claimant was threatened with being sent to a

maximum security detention facility for juveniles if he told.  The abuse with ███████ continued for

the next six months and included instances of Claimant being tied up and raped.

N.  Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse at or about the time of the sexual abuse?  Yes ☑  No ☑

O.  Did you or anyone on your behalf report the sexual abuse to law enforcement or investigators at or about the time of the sexual abuse?  Yes ☐  No ☑

P.  If you can remember anyone you may have ever told about the sexual abuse at the time, including anyone involved with Scouting, friends, relatives, and/or law enforcement, please list their name and when you told them.

Claimant told his mother and father of the abuse, and Claimant told a doctor at the boys home he

was at about the abuse.  Claimant's mother believed him but passed away when he was 7.

Claimants father beat him because he claimed to have been raped.  The Dr. Claimant told told him to

shut up about it or it would get worse.

Q.  Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☑ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

Exhibit B

☐ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

_____

_____

_____

_____

R.   Are you aware of anyone who knew about the sexual abuse?

Claimant's parents were aware, both are now deceased. The Dr. at the boys home in Ohio knew of

the abuse.

_____

_____

---

**PART 5: IMPACT OF SEXUAL ABUSE**

**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now.  However, you may be asked to provide the information requested at a later date.)**

A.   Please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above. (Check all that apply.) You can provide a description in your own words and/or use the checkboxes below. **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse.**

☑ Psychological / emotional health (including depression, anxiety, feeling numb, difficulty managing or feeling emotions including anger)

☑ Post traumatic stress reactions (including intrusive images, feelings from the abuse, numbing or avoidance behaviors)

☐ Physical health (including chronic disease, chronic undiagnosed pain or physical problems)

☑ Education (including not graduating high school, being unable to finish training or education)

☑ Employment (including difficulties with supervisors, difficulty maintaining steady employment, being fired from jobs)

☑ Intimate relationships (including difficulty maintaining emotional attachments,  difficulty with sexual behavior, infidelity)

☑ Social relationships (including distrust of others, isolating yourself, not being able to keep healthy relationships)

☑ Alcohol and/or substance abuse (including other addictive behavior such as gambling)

☐ Other (please explain and add any other information you remember to the categories above)

If you wish to provide a narrative, please describe how you were impacted, harmed, damaged, or injured in ways that you now connect as being related to the sexual abuse you described above in as much detail as you can recall in the lines below. You may attach additional pages if needed.

The sexual assaults that Claimant endured fundamentally changed who he was as a person.  At 6 years old, he struggled to process these assaults, he was embarrassed, ashamed, and felt guilty for what happened.  He developed sleeping problems and difficulties in school.  As he got older, he struggled with trust issues which impacted his marital relationship, professional relationships, and his interpersonal relationships with family and friends.  The full extent of the impact from these assaults is not fully known or understood by Claimant  at this time.

B. Have you ever sought counseling or other mental health treatment for any reason?

Yes ☐        No ☑

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment.  If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

---

## PART 6: ADDITIONAL INFORMATION

A. **Prior Litigation.**

   i. Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

   Yes ☐  No ☑  (If "Yes," you are required to attach a copy of the complaint.)

B. **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐    No ☑  (If "Yes," you are required to attach a copy of any completed claim form.)

C. **Payments.** Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA? Yes ☐   No ☑

   i. If yes, how much and from whom? _____

D. **Current Bankruptcy Case.** Are you currently a debtor in a bankruptcy case? Yes ☐    No ☑

   i. If yes, please provide the following information:

   Name of Case: _____  Court: _____

   Date filed: _____  Case No. _____

   Chapter: 7 ☐   11 ☐   12 ☐   13 ☐   Name of Trustee: _____

[Signature page follows – you must complete and sign the next page]

| SIGNATURE |
|---|

      **To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.  If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney.  (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

| **Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.** |
|---|

**Check the appropriate box:**

☑      I am the Sexual Abuse Survivor.

☐      I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐      Other (describe): _____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: _____

Signature: ██████████████

Print Name: ██████████████

Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor): _____

Address: _____

_____

Contact Phone: _____

Email: _____

Page **12** of **12**