## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1], | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Reorganized Debtors. | Re: Docket No. 11899 |

### ORDER GRANTING MOTION OF THE GAIR, GAIR, CONASON, RUBINOWITZ, BLOOM, HERSHENHORN, STEIGMAN & MACKAUF CLAIMANTS TO ENLARGE THE BAR DATE IN ORDER TO FILE PROOF OF CLAIMS

Upon consideration of the Motion of the Gair, Gair, Conason, Rubinowitz, Bloom, Hershenhorn, Steigman & Mackauf Claimants as identified in the Motion (the "Gair, Gair, Conason Claimants" or collectively the "Movants[2]") to Enlarge the Bar Date in Order to File Proof of Claims and all responses thereto, the Court having determined that good and adequate cause exists for approval of the Motion, and the Court having determined that no further notice of Motion must be given;

IT IS HEREBY ORDERED that the Motion is granted and the Movants' previously filed claims are deemed to be timely filed, and any party is prohibited from objecting to the claims on the basis that they were not timely filed.

Dated: April 16th, 2024
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Although defined in the Motion, the Movants are specifically identified as Mr. P; Mr. B; and Mr. C.

1