04.10.24



RECEIVED
2024 APR 18 AM 9: 27
CLERK

(www.azcorrections.gov)

20-10343-LSS

United States Bankruptcy Court
The Honorable Laurie Selber Silverstein
Clerk of the Court
824 North Market Street, Sixth Floor
Courtroom No. 2
Wilmington, Delaware, 19801

Re: MAS-0811 (Questionnaire), SST ID # ▓▓▓

Dear Clerk of the Court,
   Greetings, My Counsel is Andrew Van Arsdale Esq. at AVA Law Group 3667 Voltaire St. San Diego, Calif. 92106, however, the prison Unit that I am at will not allow me a Legal Call with my Counsel.
   I've done all I know to do to contact Mr. Arsdale including legal mail with no results. I am in fear I may (or I have) missed the Questionnaire signing. Mr. Arsdale contacted my End of life Rep (▓▓▓▓▓▓▓) and told her it was Urgent I sign and submit Questionnaire.
   What do I need to be Compliant? Please Contact Mr. Arsdale. My legal mail is being messed with by prison staff.
Respectfully, ▓▓▓                                    PLAINTIFF/Client