20-10343

TO: THE HONORABLE LAURIE SILVERSTEIN
U.S. BANKRUPTCY COURT.

FROM: [redacted]

DATE: 4/13/2024

RE: BOY SCOUT SETTLEMENT - MORELLI LAW FIRM

FIRST, I WAS MOLESTED BY AN OLDER [redacted] FIGHT HIM OFF YET THIS WAS A VERY TRAUMATIC EXPERIENCE THAT HAUNTED ME THROUGHOUT LIFE.

NOW WE HAVE HAD A SETTLEMENT PROMISED, THEN IT DRAGGED THROUGH BANKRUPTCY COURT NOW TO ONLY DANGLE A CARROT IN FRONT OF OUR FACE BY A "TRUST" COMPANY WHO HOLDS OUR MONEY.

YOUR HONOR, WE NEED THIS SETTLED AND NEED TO BE AWARDED FOR THIS TRAVESTY BY THE BOY SCOUTS, TRUSTS, & ATTORNEYS. PLEASE HELP ME/US!!!

THANK YOU SO MUCH.

[redacted]

RECEIVED
2024 APR 23 AM 10:32
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

ATLANTA GA RPDC 302

16 APR 2024 PM 5 L

THE HONORABLE JUDGE LAURIE SILVERSTEIN
824 NORTH MARKET ST.
6TH FLOOR
WILMINGTON, DE 19801

U.S.M.S. X-RAY

19801-302499