IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

|  |  |
|---|---|
| ███████████ Claimant | Chapter 11 |
| vs. | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA (6300) AND DELEWARE BSA, LLC. (4311) Debtors | CLAIMANT'S MOTION TO SEEK ENLARGEMENT/ALLOWANCE FOR LATE PROOF OF CLAIM FILING Fed. Bankr. P. 9006(b)(1) |

RECEIVED

2024 APR 24 AM 9: 41

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

CLAIMANT'S MOTION TO SEEK ENLARGEMENT/ALLOWANCE

FOR LATE PROOF OF CLAIM FILINGS

Fed. Bankr. P. 9006(b)(1) "Pioneer Test"

COMES NOW, Claimant, ███████████████ to Move this honorable Court to grant his Motion to seek allowance for late Proof of Claim Filing, and in support thereof aver the following:

A. Liberally Construe Request

1.) Pro Se Claimant, hereby asks this Honorable Court to "liberally construe" instant Motion in the interest of Justice. Claimant asks this court to over look any defect of procedure or error of law as he is not schooled in the art of law and is a prisoner with little access to other state/jurisdiction(s) laws etc.

## B. Claimant's Statement of Facts

2.) Claimant asks this Honorable Court to seek enlargement/acceptance of his late Proof of Claim filing pursuant to Fed.Bankr.P.9006(b)(1), as he meets the four factors of the "Pioneer" rule that the U.S. Supreme Court held that courts consider to determine wether there is excuseable neglect.

a.) This late filing will not render performance under Chapter 11 plan impossible, or make liquidation or need for further reorganization likely; due to the facts that all of the individual claims have not been valued, yet the Settlement Trust has been established at a particular denomination. Thus, there is no conceivable prejudice against Debtor.

b.) The length of delay has no potential impact on judicial proceedings as they are understood to be complete.

c.) The reason(s) for delay was not within reasonable control of movant as movant applied due dilligance at all times in light of his obstacles, and available tools as an incercerated individual ranging from the year 2011 to present.

Petitioner has little access and contact with the outside world, which in turn was exagerated the spring/fall of 2018 when the PA D.O.C. mail policy was changed to award a contract to a 3rd party mail forwarding service in Florida(Smart Communications) to outsource their mail duties. Said service and new PA D.O.C. mail policy not only caused an abrupt change in Petitioner's addresss, but provided 3 seperate addresses; each of which having it's own classification of mail type with specific sending instructions. Said instructions if not strictly adhered to would cause a rejection of mail, and in nearly all circumstances not notice was required to be given to the intended recipient, thus further burdening Petitioner from effective communication with prospective agencies, attornies, etc., and rendering previous attempts of contact null.

Further attempts of effective communication was compounded oncemore with the COVID-19 Pandemic, and Petitioner was subjected to intense lockdown and quarantine protocols for the following 2 plus years. Said quarantine protocols would only allow access to the law library to individuals with proof of an open case once a week for 45min in coherts of 2 (later expanded to 4) when and if staffing/scheduling would permit.

d.) Movant acted in good faith and applied due dilligance at all times in light of his obstacles and available tools as an incarcerated individual during the COVID-19 Pandemic.

Upon successful contact with Omni Agent Solutions Petitioner was provided the applicable claim form for his Proof of Claim, to which he completed and mailed promptly.

Petitioner(Creditor) prior to recevial of Omni Proof of Claim form received no notice of bankruptcy, and was not privy to mainstreeem publications or public notices due to his incarcerated status as well as the Pandemic/Quarantine protocols he was subject to.

Petitioner further exemplified due dilligance and his good faith by means of a letter to Omni(Post Claim Form Submission) requesting a claim#, and asking if any further steps/processes were required on his behalf. see."Exhibit A ".

Response to Petitioner's request was given by Omni, dated March 9,,2023, informing Petitioner that no additional actions are needed from you as of now. see."Exhibit B ".

Further and final correspondence was given by Omni, dated April 25,2023, informing Petitioner's current status and how to track updates. see."Exhibit C ".

Petitioner further yet demonstrated his due dilligance and good faith by having his relations regularly check online with Omni for updates, to which he was informed the Scouting Settlement Trust (SST) was formed, and all Proof of Claim holders would be required to register with the SST their Proof of Claim and receive a SST#. Upon issuance of SST# and registration of Proof of Claim with the SST, holders were to no file a Claim against the SST via Blue Form, to which petitioner promptly procured and submitted to the best of his ability on Nov 12,2023.

Upon examination, completion, and submission of Blue Form, Petitioner discovered that a release would be required of him to submit prior to distribution, to which Petitioner procured said release, which was to be submitted once the claim was valued.

Subsequent to the submission of the SST Blue Form, Petitioner would have his relations regularly contact the SST via telephone to ask for an update, and if the claim was processed and valued, so that he could submit a release. Every response was the same; yes the claim was received and is being processed for valuation, but no need to worry the deadline has not been assigned, and you are on the list for the second round of distributions as the distributions are issued in order of submission of Blue Form not processing of Blue Form, and nothing further is required of you.

After several months of the same response from the telephone representatives of the SST, Petitioner submitted a letter on 2/4/2024 to the SST asking for a response with the status of his claim and if any further assistance was required on his behalf. see."Exhibit $D$ "

Response was received by Petitioner's P.O.A. on 4/10/23, and forwarded to Petitioner on 4/11/23, which was received by Petitioner on 4/15/23. Said response stated the claim was not filed timely, and in order to be considered allowable was that proof of timely filing must be submitted, or Court ORDER granting the filing pursuant to the "Pioneer" rule must be obtained. see."Exhibit $E$ ".

Petitioner points to the acceptance of the initial filing of the Proof of Claim to Omni Agent Solutions Filed Nov 22,2022, see. "Exhibit F ", which generated a claim no. 128915, and the acceptance of registration for the Proof of Claim with the SST, generating a SST Claim ID Number 329122, which qued the procurement of SST Blue Form Claim Questionairre and Letter, see. "Exhibit G ", along with the previously stated letters and communication with the above mentioned parties asking if further assistance or processes were required on my behalf, to which the answer was always no further actions required, and never a mention of late filing or contest thereof. Said actions proove Petitioners good faith amd actions of due dilligance.

This claim is years in the making and was deemed accepted up until this point. There were no previous mentions of the filing being unacceptable or contested, and all parties were informed of Petitioners state of incarceration and associated obstacles. If not for Petitioner's due dilligance in contacting the above mentioned parties, and their lack thereof, said cliam would most certainly have been left in a proverbial state of purgatory.

## C. Conclusion

In conclusion, movant hereby avers that due to his incarcerated status, the change in mail service within PA D.O.C., and the restrictions imposed from the COVID-19 Pandemic within the PA D.o.C., he has established his right to enlargement pursuant to Fed.Bankr.P.9006(b)(1) and the "Pioneer" rule for late Proof of Claim filing.

## D. Relief

Wherefore, movant requests that in the interest of justice that an ORDER be GRANTED from this Honorable Court for enlargement and acceptance of his Proof of Claim.

<u>Verification</u>

I hereby verify pursuant to 28 USC Section 1746, under penalty of perjury, that the foregoing is true and correct.

Executed: 4 / 17 / 2024



*See attached "CONSTRUCTIVE NOTICE & DEMAND" for mailing instructions*

## Proposed Order

AND NOW, this _____ day of _____,2024, upon careful consideration, it is hereby ORDERED and decreed that Petitioner's MOTION TO SEEK ENLARGEMENT/ ALLOWANCE FOR LATE PROOF OF CLAIM FILINGS pursuant to Fed. Bankr. P. 9006(b)(1) "Pioneer Test" be GRANTED and,

_____

J.

Proof of Service

RECEIVED

2024 APR 24  AM 9: 41

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

The foregoing was served to the below mentioned parties, such service satisfies F.R.C.P. Rule 5(b)(2)(c).

1.) U.S. Bankruptcy Court for the District of Deleware
    Attn: Clerk of Court
    824 North Market Street
    Suite 500
    Wilmington,DE 19801

2.) Scouting Settlement Trust
    Attn: Hon. Barbara J. Houser (Ret.), Trustee
    P.O. Box 50157
    McLean,VA 22102

Executed:  4 /17 /2024





*See attached "CONSTRUCTIVE NOTICE & DEMAND" for mailing instructions*

# CONSTRUCTIVE NOTICE AND DEMAND

### "DEPARTMENT OF CORRECTIONS PROPER MAILING PROCEDURE"

PLEASE BE ADVISED WHEN SENDING <u>LEGAL MAIL</u> A "CONTROL NUMBER" IS MANDATORY.
ANY MAIL WITHOUT A "CONTROL NUMBER" WILL BE RETURNED TO SENDER.
ALL MAIL WITH A "CONTROL NUMBER" IS LEGAL MAIL AND SHOULD BE MAILED TO:



ALL OTHER REGULAR <u>NON-LEGAL</u> MAIL WITHOUT A "CONTROL NUMBER" SHOULD BE MAILED TO:

Smart Communications/PADOC
SCI-Houtzdale
Roger Mitchell Riera KV-2520
P.O. Box 33028
St.Petersburg,FL 33733

BOOKS, MAGAZINES, NEWSPAPERS, PUBLICATIONS, EDUCATIONAL CORRESPONDANCE, AND ALL
"PROPERTY" SHOULD BE MAILED TO:

Security Processing Center
Roger Mitchell Riera KV-2520
268 Bricker Road
Bellfonte,PA 16823

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IF YOU DO NOT FOLLOW THE DEPARTMENT OF CORRECTIONS MAILING PROCEDURE/POLICY IT WILL
SUBJECT YOUR MAILING(S) TO BEING REJECTED BY THE INSTUTION AND CONSTITUTE A NON-RESPONSE ON
YOUR BEHALF. GOVERN YOURSELF ACCORDINGLY.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"Exhibit A

SA Abuse Claims Processing
c/o Omni Agent Solutions
5955 De Soto Ave, Ste 100
Woodland Hills,CA 91367

te: 2/14/23

Attn: Omni Agent Solutions,

On 11/10/22, I did send a SEXUAL ABUSE SURVIVOR PROOF OF CLAIM.

Aforesaid PROOF OF CLAIM was stamped FILED NOV 25 2022, By Omni Agent Solutions,
Claims Agent For U.S. Bankrupcy Court District of Deleware,and copy returned.

I have not received any further corespondance, which leaves me with the
following questions.
          1.) Were there any furhter attempt to make contact with myself?
          2.) Are ther any further steps/processes for me to take?
          3.) Will I be issued some sort of claim or ID #?
          4.) Is this the proper fourm for my questions? If not will you please
          provide contact info for that which is?

                          Thank You for your time and Attention to this matter,

                          /s/



"Exhibit B"

March 9, 2023

 

Re: Boy Scouts of America and Delaware BSA, LLC, Case No. 20-10343 (LSS), Chapter 11 Bankruptcy

Thank you for contacting Omni Agent Solutions.

Your claim number is 128915. No additional actions are needed from you as of now. If you have any additional questions, please send them to the address below.

Appeals are under advisement of the District Court; we will not have any additional information until an opinion is issued, we do not have timing on that.

In the meantime, the latest information on the case can be found at https://omniagentsolutions.com/BSA.

We are here for you if you want to talk or have questions, at 866-907-BSA1 (2721). Press Option 1.

Sincerely,

Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367



*"Exhibit C"*

April 25, 2023



Re: Boy Scouts of America and Delaware BSA, LLC, Case No. 20-10343 (LSS), Chapter 11 Bankruptcy

Hello, Thank you for contacting Omni Agent Solutions.

A notice of effective date will be sent in the coming weeks. The Trust will begin to be formed and distributions to survivors will commence; however, it may take some time for all survivors to receive their payment. The timeline and process by which funds are distributed will be established by the settlement trustee.

More information and updates about the restructuring are available via the national organization's dedicated restructuring website, www.BSArestructuring.org or at https://omniagentsolutions.com/BSA.

We are here for you if you want to talk or have questions, at 866-907-BSA1 (2721). Press Option 1.

Sincerely,

Omni Agent Solutions
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

" *Exhibit D* "

Scouting Settlement Trust
P.O. Box 50157
McLean, VA 22102

Date: 2/4/2024

Re: CLAIM ACKNOWLEDGEMENT REQUEST  (SST# 329122)


Dear Scouting Settlement Trust,

On Nov,12 2023 I mailed a completed to the best of my ability
"Trust Claim Questionaire (Blue Form)" to the above address, and
I have not yet received acknowledgement of it's receival, or if
it was processed.

Please if possible, send conirmation/acknowledgement of
"Trust Claim Questionaire" receival and processing to the address
of my power of attorney on file.

In addition, if there is any further assistance required on my
behalf, Please forward correspondence to the same.

Power of Attorney(on file):

Cameron S. McKenna
2158 Candleridge Ct.
Oviedo,FL 32765


Thank You for your time and attention in this matter,

/s/ ███████████

II Exhibit E
1 or 5

**Scouting Settlement Trust**
P.O. Box 50157
McLean, VA 22102
Scoutingsettlementtrust.com

Ms. McKenna,

We are contacting you regarding claimant Roger Riera, SST-329122, for whom you have been named Effective Holder of Power of Attorney. Mr. Riera wrote to the Trust asking for an update regarding his claim and requested that we send related correspondence to you.

We can confirm receipt of Mr. Riera's Trust Claims Questionnaire.

However, the data provided to the Trust indicates that ██████ did not timely file his bankruptcy Proof of Claim form on or before the bankruptcy bar date of November 16, 2020. The Trust evaluates each claim individually and follows the rules in the settlement papers. One of the requirements for a claim to be "allowable" is that the Claimant filed a timely Proof of Claim in the bankruptcy.

Please see the enclosed Deficiency Notice regarding ██████ Claim, which includes further details and instructions on how to respond to the Notice. Please note that if we do not hear from you or ██████ within 45 days of receiving this Notice, ██████ claim will be closed.

Please reach out with any questions.

Regards,
Scouting Settlement Trust Team

"Exhibit E"
2of6

**Scouting Settlement Trust**
P.O. Box 50157
McLean, VA 22102
Scoutingsettlementtrust.com

Dear ▇▇▇▇▇▇

The Trust evaluates each claim individually and follows the rules in the settlement papers. One of the requirements for a claim to be "allowable" is that the Claimant filed a timely Proof of Claim in the bankruptcy.

Our Records Show That You Did Not File a Timely Bankruptcy Proof of Claim

**The data provided to the Trust indicates that you did not timely file your bankruptcy Proof of Claim form on or before the bankruptcy bar date of November 16, 2020.**

If you believe your Proof of Claim form was timely filed with the bankruptcy court, we need you to provide us with proof of that. Within forty-five (45) days of the date of this notice please provide the Trust with evidence that your bankruptcy Proof of Claim was timely filed. Acceptable forms of evidence include, but are not limited to email verification, receipt, or another form of confirmation with a date or timestamp from a company called Omni Agent Solutions, that your Proof of Claim form was filed timely and received before the deadline.

If you cannot provide that evidence, your claim will be closed.

**The Only Alternative is a Court Order**

Courts follow certain rules to decide whether to allow late filings to be considered despite their lateness. In bankruptcy court, those rules are explained in a case called Pioneer. If you believe that your reasons for not having filed a timely Proof of Claim meet the Pioneer rules, you may decide to file a motion in court to ask the bankruptcy judge to allow your claim to proceed. The Trust cannot advise you on how to file this motion. If you choose to file a motion, you may wish to retain counsel.

**Conclusion**

If you cannot provide evidence that your bankruptcy Proof of Claim was timely filed, and you do not obtain an order from the bankruptcy judge allowing for submission of your Trust claim, the Trust is unable to proceed and process your claim submission and it will be Disallowed.

Please provide the requested documentation to the Trust by following the instructions below. We ask that you kindly respond with the requested information within 45 days of this Notice so that the Trust can continue to evaluate your claim. **Please note that if we do not hear from you within 45 days, your claim will be closed.**

Info@scoutingsettlementtrust.com

1-833-961-6495

Ref: 5055446 pg 4 of 6 for ROGER RIERA

If you have questions on this Notice, please refer to the information below for options as to the best way to contact the Trust.

Regards,
Scouting Settlement Trust Team

*******************

How to respond to this Notice and provide additional requested documentation: To submit the requested documentation listed above for review, please mail back to the Trust at the following mailing address.

Scouting Settlement Trust
P.O. Box 50157
McLean, VA 22102

Additionally, if you choose to utilize the Claims Processing Portal, please upload the documentation through the "Documents" tab, selecting the document type relevant for the type of document being uploaded. The uploaded documentation can be scanned or uploaded as images.

If you need assistance uploading documentation to the Claims Processing Portal, refer to the Key Links section of the Scouting Settlement Trust website (www.scoutingsettlementtrust.com), specifically the "Instructions & Guidelines" section and "Claims Processing Portal & Trust Claims Questionnaire (Blue Form)" sub-section for more information.

Once you have uploaded any requested documentation, please add a comment, click the "Submit" button to send your response, and then click the "Response Complete" button.

If you have any questions regarding the process, please respond to this message and click the "Submit" button. Alternatively, you can email the Trust at info@scoutingsettlementtrust.com, or call 1-833-961-6495.

"Exhibit E"
4 of 5

Cammy McKenna
2158 Aberdeen Ct.
Oviedo, FL 32765

DA38

ORLANDO FL 328

11 MAR 2024 PM 5 L

Smart Communications/PA DOC
SCI Houtzdale
Roger Mitchell Riera KV2520
PO Box 33028
St. Petersburg, FL 33733

33733-802828

Exhibit E "
SotS



**UNITED STATES POSTAL SERVICE**

## Click-N-Ship®

usps.com
$8.50
US POSTAGE

9405 5301 0935 5015 5220 99 0085 0001 0003 2765

U.S. POSTAGE PAID

03/06/2024    Mailed from 22102    046968881435354



### PRIORITY MAIL®

SETTLEMENT TRUST
PO BOX 50157
MCLEAN VA 22102-8957

03/06/2024

RDC 02

R022

 CAMERON MCKENNA
2158 CANDLERIDGE CT
OVIEDO FL 32765-6139

### USPS TRACKING #



9405 5301 0935 5015 5220 99

CONFIDENTIAL 

Visit ups.com ORDER FREE SUPPLIES ONLINE

**DuPont™ Tyvek®**
Protect What's Inside.™

aximum weight is 4 lbs.

Ref: 5055446 pg 6 of 6 for ROGER RIERA

Exhibit J 11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**FILED**

NOV 25 2022

By Omni Agent Solutions, Claims Agent
For U.S. Bankruptcy Court
District of Delaware

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **November 16, 2020.** Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)     Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii)    Electronically using the interface available at: www.OfficialBSAClaims.com on or before **November 16, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

### Who Is a Sexual Abuse Survivor?

For purposes of this Sexual Abuse Survivor Proof of Claim, the term **Sexual Abuse Survivor** refers to a person who was sexually abused *before* turning eighteen (18) years of age.

### Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who were sexually abused before turning eighteen (18) years of age and where the sexual abuse (defined below) occurred on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

f: 3985871 pg 11 of 22 for ROGER RIERA

Ref: 4086324 pg 4 of 20 for ROGER RIERA

*Exhibit G*
*1 of 2*

**Office of Trustee**
Honorable Barbara J. Houser (Ret.)
Scouting Settlement Trust
Scoutingsettlementtrust.com

August 17, 2023

Dear ██████████

I am pleased to announce that the Scouting Settlement Trust (the "Trust") is now accepting Trust Distribution Abuse Claims. To process your claim, we will need you to complete a Claims Questionnaire and submit it to the Trust.

Our records indicate that you do not have an attorney representing you. You are not required to have an attorney for your claim to be processed. If you are being represented by an attorney, though, please notify the Trust and work with your attorney to submit your Claims Questionnaire. Your claim will be evaluated and determined under the terms of the Trust Distribution Procedures for Abuse Claims without regard to whether you are represented by an attorney.

The Trust Distribution Procedures for Abuse Claims are complex. If you decide to retain an attorney to represent you, you should complete the Scouting Settlement Trust Change of Attorney form which can be found at www.scoutingsettlementtrust.com. Please note that the Trust is not authorized to practice law and cannot provide you with legal advice. The Trust cannot recommend an attorney or law firm.

A claims processing portal has been established at www.scoutingsettlementtrust.com to facilitate the submission of your Claims Questionnaire and the processing of your claim. While we do not have an email address for you on file, if you do have an email address and would like to use the online Claims Processing Portal to submit your Claims Questionnaire to the Trust, please contact us at info@scoutingsettlementtrust.com and we will assist you with setting up your account.

Enclosed is a paper version of the Claims Questionnaire, along with instructions on how to complete it. Also enclosed is a pre-paid return envelope. If you do not wish to use the Claims Processing Portal, please use this envelope to return your Paper Claims Questionnaire.

There currently is no deadline to complete the Trust Claims Questionnaire, but we will notify all Claimants or their counsel when we establish a deadline. Once we make that notification, Claimants will have 120 days to submit their completed claims questionnaires to the Trust. **However, if you would like to participate in the Independent Review Option ("IRO"), you must elect to participate and complete and submit the Trust Claims Questionnaire to the Trust by October 19, 2023 (six months after the Effective Date).**

1

Exhibit G
2 of 2

As part of the Trust's commitment to transparency and open dialogue, it will host an hourlong Town Hall for claimants on Tuesday, Aug. 29 at 8 p.m. EDT / 5 p.m. PDT. Trustee Barbara Houser and claims administrator Randi Ilyse Roth will present an overview of the process and answer questions. An announcement will be posted on www.scoutinsettlementtrust.com for more information about how to register. This will be first of what is planned to be regular meetings to keep claimants informed and up to date.

If you have any questions or need help establishing and/or accessing your account in the Claims Processing Portal, please contact us at info@scoutingsettlementtrust.com or +1 833-961-6495. Thank you.

 Sincerely,

/s/ Barbara J. Houser

Hon. Barbara J. Houser (Ret.), Trustee

2

Smart Communications/PADOC

SO

Na

Nu

PO Box 33028

St Petersburg FL 33733

INMATE MAIL

PA DEPT

OF CORRECTIONS

neopost
04/19/2024
US POSTAGE $002.11

FIRST-CLASS MAIL

ZIP 16696
041L12204394

U.S. Bankruptcy Court for the District of Delaware

Attn: Clerk of Court

824 Market Street

Suite 500

Wilmington DE 19801

19801$3024 C012