In the United States Bankruptcy Court For Delaware

In RE: Boys Scout Of America
Plaintiff

Deleware BSA LLC.
Debtors.

Case # 20-10343 (LSS)

Claimant # SA████

RECEIVED 2024 APR 30 AM 11:54 U.S. CLERK BANKRUPTCY COURT OF DELAWARE

## Motion For Case Action Summary and Inquiry

Come's now ████████████ ████ A sexual abuse survior in this case moves this Honorable Court in this motion for Case Action Summary sheet and asks the following...

1. Did you all recieve motion asking Judge to allow claim to proceed regardless of it being late sent 3/28/2024 and if so is there a Ruling

2. The Plaintiff ████████████ is a prole litigant !*Notice*!

Wherefore these premises proceed the plaintiff/sexual Abuse Survior; prays that this Honorable Court will enter a order on motion previous filed and allow Claim to Proceed.

Done this 15th day of April 2024

BIRMINGHAM AL 350
20 APR 2024 PM 2 L
FIRST-CLASS
US POSTA
ZIP 35023
02 7H
000609448



The United States Bankruptcy
Court For Deleware.
("Judge Lauie Selber Silversteen.")
824 north market street
third floor.
Wilmington Deleware 19801

*mailed*
Legal-mal
4/15/2024

1980183024 CO