2010343

April 4, 2024

RECEIVED

2024 MAY -1   AM 10: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Clerk**
United States Bankruptcy Court District of Delaware
824 Market Street
3rd Floor Suite 300
Wilmington, DE 19880

Dear Clerk:

Kindly, please stamp the attached **NOTICES** filed, and return one copy to me in the enclosed, self-addressed stamped envelope. Thank you very much for your assistance.



**New Mailing**

50519

**New Primary Telephone:**

**New Back Up Telephones**

April 9, 2024

RECEIVED

2024 MAY -1  AM 10: 26

CLERK
US BANKRUPTCY COUR
DISTRICT OF DELAWARE

**Chief Judge Laurie S. Silverstein**
**United States Bankruptcy Court District of Delaware**
824 Market Street
3rd Floor Suite 300
Wilmington, DE 19880

Dear Chief Judge Silverstein:

I am seeking review of my Claim, as if I returned the requested information you seek, August 24: August 21st, I am Assaulted, and earlier significantly ill, hospitalized for Radiation Burn(s), Food-borne Hepatitis, additional illnesses, and injuries.

Three days before the beginning of the August 24th opening for Claimant's submissions, I experienced employment-life changing workplace violence, protecting a female co-worker from a male co-worker, him attacking her (with the degreed foreman's knowledge) between the 12th and 32nd floors of a new high-rise construct, attacking me three days later, inflicting me with:

- Pushed hard, my falling backwards fifteen (15) feet, falling hard on to a concrete pad, on the base of my spine, both full hands and upper extremities, landing supine on to my full spine, shoulder blades, knees, and torso;
- Kicked with steel toe boots from left mid-calf to lower thigh, up my left hand and full arm;
- Struck with my helmet, Head Injury to Left Mastoid Process, resulting in some hearing and vision losses;
- Manifold orthopedic and muscle injuries.

Treated by Physicians at WellStar North Fulton Level II Trauma Center, Roswell, GA, referred to orthopedic surgery and additional Physicians. I filed my police report with the East Point Georgia Police Department, #23-010795.

Following, on November 11, 2023, a male began experiencing Grand Mal Seizures, my going to his aid, positioning him on his side to keep his airway open due to seizures and continuous vomiting for twenty minutes, until arrival of Atlanta Fire Rescue and Grady Memorial Hospital EMS. Afterward, I accessed Grady Emergency Room care for worsening of the injuries from my August 21st assault. I am a previous Georgia Certified Emergency Medical Technician – Ambulance. Four hours following discharge, I experienced a repeat hard fall, steel sidewalk

grate during rain, on the base of my spine, full hands and upper extremities and upper torso, returning the Grady Trauma Center, diagnosed with:

- Two torn tendons in my upper arm
- Torn right rotator cuff
- Torn right knee cartilage
- L-3 L-4 Air Gap Phenomena
- C-5 C-6 Disk

At the time of my injuries, I continue to possess:

- Disk Degenerative Disease
- Centrally Herniated Disk L-5 S-1
- Rheumatoid Arthritis
- CRPS-I / RDS / SMP, Complex Regional Pain Syndrome / Reflex Sympathetic Dystrophy, a form of Muscular Dystrophy / Sympathetic Mediated Pain
- Asthma
- Major Depression, Chronic, and Post Traumatic Stress Disorder.

July 24, 2023, I received Radiation / Radio Frequency Burns to my perianal area, revealing an unknown, significant Urinary Tract Infection, hospitalized July 25th to 27th 2023, and with afterward bleeding; Southern Regional Hospital, Riverdale, GA, transferred me to Grady Memorial Hospital Level I Trauma Center, where a Code was called on my injuries.

December 4, 2022, I was rendered unconsciousness due to food-borne Hepatitis A, hospitalized ten (10) days, recovering eight (8) months, hospitalized at Grady Memorial Hospital, Atlanta.

I have enclosed the Diagnoses Sheets from my Assaults, my Emergency Room Treatments, Hepatitis and Radiation hospitalizations, Multiple Asthma Attacks and additional injuries.

I am currently under and transferring care to WellStar North Fulton Hospital, Roswell, Georgia.

My physicians are and will be:

1. March 2024, Inder Tandon M.D., Gastroenterologist for Hepatitis, GERD, painful abdomen, hernia repair and upper and lower visualizations, beginning April 10th.

2. July appointment with Bruce Bosse, M.D., Neurology, for Occipital – Parietal Hemangiomas, and, possible Vertebral Fourth Artery By-Pass; I desire aggressive treatments, including: insertion of Artificial Disks L-3 L-4 and C-5 C-6, potential spine fusion, and, referred to Orthopedic Surgeon for Right Meniscus Repair, Bi-Lateral Shoulder Surgeries, and Right Upper Arm Tendons Repair from my August 21st assault.

3. Nagender Mancan, M.D., Hematologist-Oncologist: Dr. Mancan ended my sixty-five (65) week alternating, super-bacterial-fungal infections, February 12, 2020 to April 2021.

4. February 29th 2024, Patel, M.D., General Surgeon, Grady Memorial Hospital, removed a Pleomorphic Salivary Gland Adenoma, from my right neck, referring me to ENT Surgery for Removal of Sub-Jaw Pleomorphic Lymphatic Adenoma.



**MY NEW MAILING ADDRESS IS**

**New Telephone Number,**

**New Back Up Telephones,**

**New Residence** => **NO MAIL OR CONTACT**

⇔ **NO "g"**

April 9, 2024

**CERTIFICATE OF DELIVERY**

I Certify, I Delivered to:

**Chief Judge Laurie S. Silverstein**
**United States Bankruptcy Court District of Delaware**
824 Market Street
3rd Floor Suite 300
Wilmington, DE 19880

This letter via Registered Mail, electronic and mail Receipts Requested, bearing sufficient Priority Mail Postage by handling it to a United States Postal Service Employee.

Certif

RECEIVED

## IN THE BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

2024 MAY -1   AM 10: 26

In re: BOY SCOUTS OF AMERICA; AND, DELAWARE BSA, LLC,

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chapter 11,

Case No. 20-10343 (LSS) (Jointly Administered),

824 Market Street
3rd Floor Suite 300
Wilmington, DE 19880

### OFFICIAL CODE OF GEORGIA 16-4-8 CONSPIRACY AND COOK V. ROBINSON
### DEMAND TO ASSIGN CLAIMAINT TO RAPE VICTIM PAYMENT MATRIX CATEGORY
### ASSISTIANT SCOUTMASTERS JAMES AND BARBARA STOREY CONSPIRED TO COMMITT RAPE

**COMES NOW, CLAIMAINT,** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **DELIVERING** to the Court:

1) The **1968 OFFICIAL CODE OF GEORGIA CONSPIRACY 16-4-8** GA L. 1968 p. 1249 S, 68-69, and, GA L. 1969 p. 857 S 14 68-77; and,

2) **COOK v. ROBINSON**, Supreme Court of Georgia, Oct 6, 1960, 216 Ga. 328 (Ga. 1960), ... 5.: "The law recognizes the intrinsic difficulty of proving a conspiracy. **The allegations with reference to conspiracy are treated as matters of inducement leading up to a more particular description of the acts from which conspiracy may be inferred** . . . **Less certainty is required** in setting out matters of inducement than in setting out the gist of the action. . . The conspiracy may sometimes be inferred from the nature of the acts done, the relation of the parties, the interests of the alleged conspirators, and other circumstances.   The rule is to allow great latitude in setting out in the complaint the particular act upon which the conspiracy is to be inferred, and even to allow individual acts of the conspirators to be averred.

**TO SHOW CONSPIRACY IT IS NOT NECESSARY TO PROVE** an express compact or agreement among the parties thereto. **THE ESSENTIAL ELEMENT OF THE CHARGE IS THE COMMON DESIGN;** but it need not appear that the parties met together either formally or informally and entered into any explicit or formal agreement; nor is it essential that it should appear that either by words or writing they formulated their unlawful objects. **IT IS SUFFICIENT THAT TWO OR MORE PERSONS IN ANY MANNER EITHER POSITIVELY OR TACITLY COME TO A MUTUAL UNDERSTANDING THAT THEY WILL ACCOMPLISH THE UNLAWFUL DESIGN. AND ANYONE, AFTER A CONSPIRACY IS FORMED, WHO KNOWS OF ITS EXISTENCE AND PURPOSES AND JOINS THEREIN, BECOMES AS MUCH A PARTY THERETO. . . AS IF HE HAD BEEN AN ORIGINAL MEMBER.'**

1 Eddy on Comb § 368." Woodruff v. Hughes, 2 Ga. App. 361, 365 (58 S.E. 551); Huckaby v. Griffin Hosiery Mills, 205 Ga. 88, 91 (52 S.E.2d 585); Horton v. Johnson, 192 Ga. 338, 346 (15 S.E.2d 605). Source, 3/28/24, 12:43 PM: Cook v. Robinson, 216 Ga. 328 | Casetext Search + Citator https://casetext.com/case/cook-v-robinson-3.

3) Claimant stated in his 2020 Filing, at approximately thirty-two years of age, He met with a - the Petitioner's Atlanta Area Council Scouting Executive, a Caucasian Male, whom heard Claimant's Report of Rapes and Crimes Committed on His Person, the Scouting Executive denying Claimant ever experienced Multiple Rapes also, Capitol Crimes and Additional Sex Crimes, later, the Plaintiff's Atlanta Area Council Eagle Scout Review Board, sending Claimant a form for Claimant's Eagle Scout Project.

4) The Petitioners never sent Claimant a form to where Claimant can describe his Sea Explorer Quartermaster Rank Project.

5) Described in Claimant's 1999 Clayton Center Medical Record, is Claimant's reports of, "Assistant Scoutmaster Sex Abuse...Abuse...Abuse...Abuse...," manifold times.

6) Claimant has located photographs of James and Barbara Storey at two different Scouting events and Delivers them to the Court and Trustee, attached. The Storeys <u>are present in both photos</u> at two (2) Scouting camps, in one, with Minor Claimant:

    a) 1974, Troop Leadership Development, Camp J.K. Orr, Atlanta Area Council, B.S.A.;

    b) 1974,          Scout Camp, B.S.A.

7) Minor Claimant and His Mother, Recognized He is in the Legal Custody Loco Parentis of ███████████████████ at all times during all Troop and Ship 146 events and while in their home and vehicle, they directing and eventually seducing and raping Minor Claimant.

6) ███████████████ are together in their vehicle at all times while Committing Crimes Unlawfully Transporting Minor Claimant from Claimant's and His Mother's home, to the ████████ home to be raped, sodomized and Additional Sex Crimes, Manifold Times. **

6) At all times ████████████████ are together in their vehicle with Minor Claimant and their home when Committing Crimes in Violation of **THE OFFICIAL CODE OF GEORGIA** including **CONSPIRACY 16-4-8**, rapes of Minor Claimant Declared in Claimant's **2020 FILED CLAIM,** the Storey home in a fully wooded, secluded lot, in a portion of metropolitan Atlanta not known to fifteen-year old Minor Claimant.

    **THEREFORE, FOR ALL STATED HEREIN**, Claimant **DEMANDS HIS CLAIM** is placed in the **RAPE VICTIM PAYMENT MATRIX CATEGORY.**

This, The 8th Day of April 2024,



**MAILING ADDRESS**



**NEW RESIDENCE and TELEPHONE** (No Mail)



April 9, 2024

**CERTIFICATE OF DELIVERY**

I,          Certify, I Delivered to:

**UNITED STATES BANKRUPTCY COURT DELAWARE DISTRICT**
824 Market Street
3rd Floor Suite 300
Wilmington, DE 19880

This NOTICE with sufficient First-Class Postage Attached, by depositing into a United States
Postal Service Approved Receptacle.



Epic





USPS FIRST-CLASS MAIL ®

**F**

US POSTAGE IMI    86244041214480.4    2000392238
$4.03
SSK
FCM

04/12/24    Mailed from 30324    028W2311558

11.50 oz

RDC 99

SHIP
TO:

WILMINGTON DE 19880

(420) 19880

CLERK
UNITED STATES BANKRUPTCY COUR
DISTRICT OF DELAWARE
824 Market Street
3RD Floor, Suite 300
WILMINGTON, DELAWARE

19880
198701