# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[4] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David Crumplar, hereby certify that on May 2, 2024, I caused a true and correct copy of the *Motion for an Order Deeming Previously Filed Proof of Claims to be Deemed Timely Filed* to be electronically filed using the District of Delaware (Bankruptcy) CM/ECF and, as such, service was made on all registered CM/ECF users through the CM/ECF system in accordance with DEL. BANKR. L. R. 5005-4(c) and 9036-1. In addition, as per the *Motion*, the following parties were served via First Class U.S. Mail, postage pre-paid.

| | |
|---|---|
| David L. Buchbinder, Esquire<br>Office of the U.S. Trustee<br>J. Caleb Boggs Federal Building Suite 2207<br>Wilmington, DE 19801 | Boy Scouts of America<br>1325 West Walnut Hill Lane<br>Irving, TX 75038 DALLAS-TX |
| *Office of the United States Trustee for the District of Delaware* | *Debtors* |

---

[4] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

12 | Page

Dated: May 2, 2024
Wilmington, Delaware

*/s/ David Crumplar*
David Crumplar, Esq.