# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Dkt. Nos. 11676, 11677, 11789** |

## ORDER REGARDING J.G. AND AVA LAW GROUP INC.

J.G., appearing *pro se*, filed a document in the above captioned case on December 13, 2023.[1] The Court construes the filing as a motion to change the Expedited Distribution election J.G. made on his ballot ("Motion").

The Motion indicates J.G. is a client of AVA Law Group, Inc. The docket does not reflect whether J.G. was included in the Motion to Change Election to Opt Into Expedited Payment/Convenience Class[2] filed by AVA on October 23, 2023 on behalf of over 200 of its clients. Regardless, the Opinion[3] issued by this Court on February 5, 2024 which resolved the AVA Motion applies equally to this Motion.

---

[1] ECF Nos. 11676 (sealed), 11677 (redacted).

[2] ECF No. 11552 ("AVA Motion").

[3] ECF No. 11789, *appeal docketed J.D. v. Houser*, Case No. 24-cv-213-RGA (D. Del. Feb. 16, 2024).

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1. For the reasons stated in the Opinion dated February 5, 2024, the Motion is **DENIED**.

2. AVA Law Group, Inc. is directed to confer with J.G. regarding his Motion, this Order, and the Court's February 5, 2024 Opinion.

Dated: May 30, 2024

Laurie Selber Silverstein
United States Bankruptcy Judge

2