# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Re: Docket Nos. 12133, 12134 |

## NOTICE OF WITHDRAWAL OF MOTION FOR BREACH OF FIDUCIARY DUTY AND DECLARATORY RELIEF

PLEASE TAKE NOTICE that J.S., in his individual capacity, hereby withdraws the *Motion for Breach of Fiduciary Duty and Declaratory Relief* [D.I. 12133, 12134] in the above-captioned cases.

Dated: July __, 2024

2