IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 12561** |

## RESPONSE OF AVA LAW GROUP, INC. TO LETTER FILED BY D.W.

AVA Law Group, Inc. ("AVA"), by and through undersigned counsel, hereby responds to the letter filed by D.W. (Docket No. 12561) and respectfully states as follows:

1. On or about October 24, 2020, AVA Law Group and D.W. entered into an engagement agreement titled Professional Employment Agreement, a copy of which is attached hereto as Exhibit A. Such agreement called for D.W. to be represented in these Chapter 11 cases by AVA, Eisenberg Rothweiler, Kosnoff Law, and Reich and Binstock, LLP. In exchange for such representation, D.W. agreed to pay such firms a fee totaling ████████████████████ ████████████████████████████████.

2. D.W. has asserted an abuse claim against the Debtors.

3. Upon information and belief, D.W., when completing his ballot to vote on the *Settlement Trust Agreement and the Debtors' Third Modified Fifth Amended Chapter 11 Plan or Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [Docket No. 10296], opted into the $3,500 expedited payment.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

4. In or about July 2024, D.W. contacted AVA and asked to revoke his choice to opt into the $3,500 expedited payment. Based on this Court's previous rulings on that issue, D.W. was informed that he would not be able to change his ballot.

5. While many claimants have already received their expedited payments, D.W.'s payment could not be completed due to missing paperwork and previous personal bankruptcies. AVA has requested the necessary paperwork and information from D.W.'s sister who acts as his power of attorney (D.W. is currently incarcerated), but her responses were delayed.

6. On or about November 18, 2024, AVA wrote D.W. to provide an update on his claim. A copy of such letter is attached hereto as Exhibit B. AVA explained in such letter that payment delays were inherent in the distribution process and that the delays were compounded by his power of attorney.

7. Further, as a courtesy, AVA agreed to reduce the ███████████████ and informed D.W. of same.

8. AVA received D.W.'s initial expedited payment from the Trust on November 26, 2024. D.W. has two previous personal bankruptcies that AVA is working to resolve. This has been communicated to D.W.

9. AVA is sympathetic to D.W.'s situation, but it can only work within the system that has been put in place by the Court and the Trust.

Dated: December 18, 2024 **CROSS & SIMON, LLC**

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
csimon@crosslaw.com
kmann@crosslaw.com

*Counsel for AVA Law Group, Inc.*