## **CERTIFICATE OF SERVICE**

I, Kevin S. Mann, hereby certify that, on this 18th day of December, 2024, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing *Response of AVA Law Group, Inc. to Letter Filed by D.W.* to be served upon the following parties by first class mail:



                                                */s/ Kevin S. Mann*
                                                Kevin S. Mann (No. 4576)