Judge Silverstein,

20-10343

You reciently GRANTED my Proof of Claim. I have written to Omni, with no response. I have written to the Trust, with no response. Attached are the papers the Trust sent me prior to my proof of Claim.

Because <u>TDCJ does not recognize the Trust as legal Mail, the mail room confiscates certain pages and return envelopes.</u> I never recieved any instructions on the Future abuse Claim form, where I didnot understand how repressed memories were applied. So I'm assuming the Trust is still denying me even for a Direct abuse Claimant based off that questionair. I now understand what repressed memories apply to and I have them along with nightmares daily. I'm seeing the Mental Health dept. on my unit because of the PTSD from it. Can you please discuss this with the Trust and have them or Omni send me the packet to start filling out. Please...
Thankyou for your time and help.
God Bless...

Respectfully

**Scouting Settlement Trust**
P.O. Box 50157
McLean, VA 22102
Scoutingsettlementtrust.com

**Scouting Settlement Trust | Future Abuse Reconsideration Request Notice**
CLAIMANT NAME: ▮▮▮▮▮▮▮▮
CLAIM ID NUMBER: SST-▮▮▮▮▮▮

March 25, 2025

▮▮▮▮▮



Thank you for reaching out to the Scouting Settlement Trust (the "Trust") regarding your Future Abuse Eligibility Outcome Notice. We received your letter with your intent to file an appeal for SST-810014. Please note that your Reconsideration Request Deadline for your Future Abuse Eligibility Outcome was on March 22, 2025.

The Trust did not receive a Reconsideration Request Form or a $1,000 Reconsideration Fee Payment within thirty (30) days of receipt of your Future Abuse Eligibility Outcome Notice (the "Reconsideration Deadline"). As such, your Future Abuse Claim is not eligible for the Reconsideration process.

Some Claimants who are not eligible to submit a Future Abuse Claim may be eligible to submit an "Other Protected Party Claim." An Other Protected Party Claim ("OPP") is a Direct Abuse Claim for which a timely Proof of Claim was not filed with the Bankruptcy Court, but that otherwise meets the criteria to participate in the Settlement. Please see FAQ Section 10. "Other Protected Party Claimants" on the Scouting Settlement Trust website (www.scoutingsettlementtrust.com) for further information about the requirements for a claim to be an Other Protected Party Claim and how to submit an OPP Eligibility Form if you meet the requirements.

Respectfully,

/s/ Randi Ilyse Roth

Randi Ilyse Roth
Claims Administrator
Scouting Settlement Trust

**Scouting Settlement Trust**
P.O. Box 50157
McLean, VA 22102
Scoutingsettlementtrust.com

**Scouting Settlement Trust | Future Abuse Eligibility Outcome**
CLAIMANT NAME:
CLAIM ID NUMBER

February 20, 2025

Your claim is very important to the Scouting Settlement Trust ("Trust"). The Trust team carefully reviewed all the information that you provided in your Future Abuse ("FA") Eligibility Form and supporting documents. The rules set by the Bankruptcy Court were applied to assess the information you gave us to determine whether your claim satisfies the eligibility criteria that we are required to apply. Based on the requirements set forth in the "Trust Distribution Procedures for Abuse Claims" ("TDP"), which can be found at www.ScoutingSettlementTrust.com, **the information provided in your FA Eligibility Form does not satisfy the eligibility criteria as explained below.**

As relevant to threshold eligibility to assert a Future Abuse claim against the Trust, the TDP requires that all three of the following criteria be met (the "Future Abuse Eligibility Criteria"): (1) the abuse occurred prior to the Petition Date (February 18, 2020); (2a) you had not turned eighteen (18) years of age as of the Petition Date OR (2b) you were not aware of the abuse as of the Petition Date as a result of "repressed memory," to the extent that the concept of repressed memory is recognized by the highest appellate court of the state or territory where the claim arose; and (3) you have not timely filed a Chapter 11 Proof of Claim ("POC"). (Article IV.C Future Abuse Claims)

In reviewing the information provided in your eligibility form and any supporting documents you submitted, the Trust has determined that your eligibility form fails to meet at least one of the Future Abuse Eligibility Criteria. Specifically, while your eligibility form stated that the abuse occurred prior to the Petition Date (Criteria 1) and that you did not timely file a Chapter 11 Proof of Claim (Criteria 3), you also stated that you were (i) eighteen (18) years of age as of the Petition Date, and (ii) aware of the abuse as of the Petition Date. As such, the information provided in your FA Eligibility Form does not satisfy Eligibility Criteria 2a or 2b for a Future Abuse claim and thus, you are not a Future Abuse claimant as defined in the TDP.

[handwritten margin note: "misunderstood the question"]

Some Claimants who are not eligible to submit a Future Abuse Claim may be eligible to submit an "Other Protected Party Claim." An Other Protected Party Claim ("OPP") is a Direct Abuse Claim for which a timely Proof of Claim was not filed with the Bankruptcy Court, but that otherwise meets the criteria to participate in the Settlement. Please see FAQ Section 10. "Other Protected Party Claimants" on the Scouting Settlement Trust website for further information about the requirements for a claim to be an Other Protected Party Claim.

Info@scoutingsettlementtrust.com                                                                                                    1-833-961-6495

Respectfully,

/s/ Randi Ilyse Roth

Randi Ilyse Roth
Claims Administrator
Scouting Settlement Trust

Legal Mail

U.S. Bankruptcy Court
District of Delaware
c/o U.S. District Court Clerk
844 N. King Street
Wilmington, DE 19801



HOUSTON TX RPDC 773
27 JUN 2025 AM 4 L



PRIVILEGED OFFENDER MAIL NOT INSPECTED BY TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CORRECTIONAL INSTITUTIONS DIVISION