**Scouting Settlement Trust -** Monthly Program Statistics (Program to Date as of June 1, 2025)

| **Scouting Settlement Trust** - Monthly Program Statistics (Program to Date as of June 1, 2025)
*by Claim Type*

| Claim Type | Questionnaires Submitted | Claims Determined | Claim Determinations Issued | Claim Disbursements Issued* | Claim Disbursement Amount* |
|---|---|---|---|---|---|
| 1) Expedited Distribution | 6,042 | 6,018 | 6,018 | 5,578 | $18,508,308 |
| 2) Matrix | 58,135 | 30,959 | 27,849 | 17,009 | $145,242,580 |
| 3) Independent Review Option (IRO) | 209 | 54 | 54 | 18 | $243,150 |
| **Total** | **64,386** | **37,031** | **33,921** | **22,605** | **$163,994,038** |

*This includes 702 Matrix claims that have received an APP Payment, totaling to $702,000. For non-APP Matrix distributions the initial distribution amount was 1.5% of the allowed claim amount. For IRO distributions the initial distribution was 1.5% of the Trust's share of the accepted settlement recommendation.