UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Bankrupcy Division

Plaintiff, former Cub Scout,
████████

Case No.: 20-10343 (LSS)

Defendants, et al.,    In the SST-████████
Cub Scouts of America;
Trustee, Barbara Houser;
The Scouting Settlement Trust;
The United Methodist Church;
Any Insurance Policy, which would cover the claim;
And the Boy Scouts of America;

████████ : Plaintiff's Scouting Settlement Trust (S.S.T.) - ████████ claim number, seeks a Judicial, De Novo review of T.D.P. and the amount of my direct abuse claim, after the Judicial review and claim's award amount under the T.D.P. And I am seeking a quick finalization of suit,

Comes now, the plaintiff, ████████ former Cub Scout, and files this suit in the court in which already having jurisdiction over the parties in this suit, seeks the honorable Judge, Laurie Selber Silverstein, to grant my de novo, review under the claims matrix and the trust distribution procedures, (the T.D.P.) and I would like to be present, if possible, (remotely)? I need to

ask the honorable court to make an order with the date, time and number, so I will be able to be present at the correct time, at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

I provided the Scouting Settlement Trust with Notice, twice by mail on Jan. 7, 2025 Jan. 30, 2025, and I believe I score on the trust matrix over 2 million dollars. I have asked the settlement trust to treat my claim as an Exigent Health Claim as I have an urgent medical problem, due to the amount of scar tissue in my abdonmen, which causes me to get partial obstructions, and the Trauma surgeon told me I have a greater than not chance of diing from the next abdomenal surgery. Just because I can not get a surgeon to sign a declaration saying so, then no E.H.C. exception is unfair. It is just a matter of when I develope a full obstruction of the bowel I have to have a major ab surgery, then my life is truly in danger all the time and my health is dire. The Trust neither cares nor understands I ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ pro se, seek a De Novo review of my claims value under the matrix T.D.P. and declares under penalties of perjury that this document is true and correct. 7/29/2025
(dated)

2.

Certificate of Service and Change of Address

I, ███████ do hereby declare under the penalty of perjury that I made service upon the Scouting Settlement Trust on the date below by US Postal Service Regular mail on the address below. Also please notice my change of address beneath my signature.

Date: 7/29/25      Signed ███████

███████

Scouting Settlement Trust
PO Box 50157
McLean, VA 22102



U.S. District Court of Delaware
Bankruptcy Division
824 N. Market St. 3rd floor
Wilmington, DE 19801



FIRST-CLASS

ZIP 26452
02 7W
0008031003 AUG 01 2025
US POSTAGE $000.74
PITNEY BOWES