## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,<br><br>       Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Dkt. Nos. 12920, 12921, 12974, 12975,<br>12976, 12977, 12981, 12982, 12993, 12994,<br>13010, 13011, 13018, 13019 |

## SCHEDULING ORDER FOR MOTIONS FILED BY INDIVIDUAL CLAIMANTS

> **IF YOU FILED A LETTER OR MOTION WITH THE CLERK OF THE COURT, PLEASE CHECK TO SEE IF YOUR LETTER OR MOTION IS LISTED BELOW.**
>
> **DOUGLAS DALEY, ESQ. SHOULD ALSO READ THIS ORDER**

**PLEASE TAKE NOTICE THAT** a hearing is scheduled on the following motions at the omnibus hearing on September 16, 2025 at 10:00 a.m. Objections are due September 3, 2025 and replies, if any, are due September 11, 2025.

- S.E.'s letter postmarked June 27, 2025, Dkt. Nos. 12920 (sealed), 12921 (redacted)

- J.S.'s letter dated July 16, 2025, Dkt. Nos. 12974 (sealed), 12975 (redacted)

- D.W.'s letter postmarked May 13, 2025, Dkt. Nos. 12976 (sealed), 12977 (redacted)

- S.C.'s letter dated July 22, 2025, Dkt. Nos. 12981 (sealed), 12982 (redacted)

- S.C.'s letter dated July 24, 2025, Dkt. Nos. 12993 (sealed), 12994 (redacted)

- R.C.'s Motion for Judicial, De Novo Review of the Trust Distribution Procedures and the Amount of His Direct Abuse Claim, Dkt. Nos. 13010 (sealed), 13011 (redacted)

- Motion of K.M. to Permit Filing of Proof of Claim After Bar Date, Dkt. Nos. 13018 (sealed), 13019 (redacted).

**PLEASE TAKE FURTHER NOTICE** that Douglas Daley, Esq. is directed to file a response to D.W.'s letter postmarked May 13, 2025, Dkt. Nos. 12976 (sealed), 12977 (redacted) on or before September 3, 2025.

**PLEASE TAKE FURTHER NOTICE** that the Scouting Settlement Trust is directed to file a response to S.E.'s letter postmarked June 27, 2025, Dkt. Nos. 12920 (sealed), 12921 (redacted) and D.W.'s letter postmarked May 13, 2025, Dkt. Nos. 12976 (sealed), 12977 (redacted) on or before September 3, 2025.

Laurie Selber Silverstein
United States Bankruptcy Judge

Date: August 21, 2025