In The Bankruptcy court For the
state of Wilmington Delaware

RE: ▇▇▇▇ vidio call - settlement
14th Const. Amend. Rights

Now comes ▇▇▇▇
and a laymen of the Law request
1st a Lawyer at state expence be
given to Mr ▇▇▇▇ sence He can't
get any const. Amend. Rights given
to him by and throw a ruling to
order - then make settlement Trust
- Parcel and Okla. Dept. of corr. warden
David Rogers and office of the
Director Steven Harpe - Mr Farris
to give ▇▇▇▇ his Lega vidio
call thats been put off sence
around March of 2025 by untrain
That delays has stopped ▇▇▇▇
const. Amend Rights 14th to access
to a settlement out this court.
Next at state expence mr
Folsom yet again under open Record Act
request For all settlement rulings so
he can appeal to united states

1 of 2

Supreme court. If any more unjust delays is done on ▇▇▇ settlement or he don't get what amount he should as a 3yr victom by and threw the hands of Boyscout Leaders and Oklahoma courts to cops ect. Thank you for your time and help. Please mail any order please don't send to staff send only to me per Law. all hand written copies mailed to

9-20-25

on or about 9-20-25
1. Settlement Trust
2. Warden David Rodgers
3. Okla Dept of corr
4. and this court

2 OF 2



Bankruptcy Court
c/o Judge of Boyscout case
824 N. Market Street
6th Floor Courtroom No 2
W.I.Midg30z855 Dela wutillwal
19801

This correspondence is from an inmate under the custody of the Oklahoma Department of Corrections GEO/LCF. For specific information about the inmate sending this correspondence, such as offense, projected release date, photo, etc., refer to our website at www.ok.gov/doc. Click on the 'Inmate Information' link then the 'Inmate Lookup' link or contact GEO/LCF at 580-351-2778. Further, the facility is not responsible for the substance or content. Objectionable material may be returned to the facility head at GEO/LCF.

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019