In The United states Bankruptcy
court For The District oF
Delaware

RECEIVED

2025 SEP 29  AM IO: 33

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ███████████

vs

Boy scouts oF America
and Delaware BSA, LLC,

Case No. 20-10343
(LSS)

1st part the vidio
call is now moot

Comes now ████████████ pro se and a
Laymen oF the Law states on 9-22-25
months Latter the call was done thank
God.

2nd part request
For court order
medical records

Now comes ████████████ request
this court to order okla. Dept. oF corr.
to give his medical records. To the
Boy scout people - settlement trust
people. That shows do to ████████ being
molested as a Kid he has major hemroids
uper. That still today bleeds at times,

1-H oF 2

Sent to all on 9-23-25 by mail U.S

1. settlement Trust

2. Warden David Rogers

3. This court



2H of 2

Bankruptly court
824 N, Market Street
6th Floor courtroom No2
Wilmington Delaware
49801-302499

OKLAHOMA CITY OK 730

23 SEP 2025 PM 5  L

USA FOREVER

