PROVIDED TO MARTIN CORRECTIONAL INSTITUTION ON 9-26-25 FOR MAILING

RECEIVED
2025 OCT -1 AM 9:49
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Boy Scouts of America

v

▮▮▮▮▮▮▮▮▮▮

Case # 20-10343 LSS

## MOTION SEEKING HELP FROM THE COURT OR ADVICE

COMES NOW FRED ALLEN LUCIUS JR PROSE AND SEEKS HELP OR ADVICE FROM THE COURT IN THIS CASE. In Support of this I offer the following,

1) Im a party in this case

2) Im currently incarcerated in the Florida department of corrections.

3) I need to be able to communicate with the settlement trust. And receive various documents that need to be filled out and returned.

4) The Florida dept of corrections has made new rules regarding legal mail And since the settlement trust is not a member of the Florida Bar. Or a clerk of court I need an order from the court. That says the court has appointed the settlement trust to handle legal issues

with me in regourds to this case. And to allow me to recive and send letters to/from the settelment trust.

5.) Some mail has already been rejected by the Florida dept of corrections from the settelment trust. Because there is no order in place.

6.) The settelment trust has told me via 3rd party that untill this is filed they cant help me.

## Conclusion

So I hereby ask this court to issue an order informing the Florida dept of corrections that the settelment trust is acting in a legal caposity in regaurds to this case. And allow me to send/recive mail to/from them. (Should also be noted that the court may want to make this a blanket order in regourds to all inmates in Florida dept of corrections as we all will have this issue in the near futchur.) Or offer me some advice on how to get these needed documents that have to be filled out such as maybe the court sending them directly or appointing a member of a bar to hander only the comunication between the settelment trust and myself.

— 3 —

## CERTIFICAT OF SERVICE

I hereby certify that this motion was mailed to the clerk of court on this 26th day of September 2025 via U.S.P.S.

Respectfully Submitted,



Case # 20-10343-LSS

PROVIDED TO MARTIN
CORRECTIONAL INSTITUTION
ON 9-26-25
FOR MAILING

Clerk of Court
824 Market St. North
3rd Floor
Wilmington DE 19801