


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | REQUEST FOR COURT'S OWN MOTION IN THE MATTER OF 14TH AMENDMENT OF UNITED STATES CONSTITUTION AND FINANCIAL FRAUD |

| 09/11/2025 | ? 1 3 1 1 5 | [SEALED] Request for Court's Own Motion in the matter of 14th Amendment. Filed by W.N. (BJM) (Entered: 09/11/2025) |
|---|---|---|

INTERROGATORIES AND PRODUCTION OF DOCUMENTS

IN REGARDS TO THE ALLEGED VIOLATION OF THE 14TH AMENDMENT OF THE
UNITED STATES CONSTITUTION

YOUR HONOR: If you agree to the COURT'S ON MOTION then we have no further issue, if you do not, let's have a hearing, so that you may put on record your position and allegations, so that when the cases is submitted to the Court of Appeal your position

will have been clearly established.

THANK YOU FOR YOUR KINDNESS.

---

## IN REGARDS TO THE FINANCIAL FRAUD OF THE SCOUTING SETTLEMENT TRUST

The bankruptcy court Judge Honorable Laurie Selber Silverstein quite properly established the SCOUTING SETTLEMENT TRUST, administered by the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust (SST) to deal with the day-to-day activities of resolving the issues involved in this case, unfortunately the SST has several problems.

I have sent many communications to them with essentially zero results, so here we're going to get the court to establish some answers.

In regards to ███████████████████████ CLASS ACTION CLAIMANT and all similar bankruptcy creditors:

INTERROGATORY  1. In the proper claim submission procedures, complying with the rules and regulations established by the SST, a notification of the SETTLEMENT OFFER was made to me; it was agreed to, it was signed for, it was fully documented, now guess what: it's nowhere to be found, it has been completely changed or deleted from my account.

IN ITS PLACE IS AN ENTIRELY NEW DOCUMENT WITH ENTIRELY NEW NUMBERS AND I'VE SPOKEN TO TWO CPAS WHO HAVE ALMOST HAD A HEART

ATTACK TO THEIR ASTONISHMENT, HOW SUCH DOCUMENTS, LEGAL IN NATURE, ALREADY SIGNED FOR, AND AGREED TO, COULD BE CHANGED OR ALTERED IN ANYWAY!

DO YOU HAVE A CPA ON STAFF AT THE SST?

Additionally, where is the statement of Settlement Account?

PRODUCTION OF DOCUMENTS — you are requested to produce the ORIGINAL DOCUMENT OFFER and the CURRENT POSTED DOCUMENT you have replaced for comparison purposes.

Compliance will have been achieved upon submitting hardcopies of these two documents and a statement of account to my address.

THANK YOU FOR YOUR KINDNESS.

Submitted under penalty of perjury this September 25, 2025,

Sincerely,





Clerk of Court
Bankruptcy
6th Floor
824 N Market St,
Wilmington DE 19801