# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Dkt. Nos. 13065, 13066, 13085, 13086, 13115, 13116, 13156, 13157, 13158, 13159, 13160, 13161, 13163, 13164 |

## SCHEDULING ORDER FOR MOTIONS FILED BY INDIVIDUAL CLAIMANTS

**IF YOU FILED A LETTER OR MOTION WITH THE CLERK OF THE COURT, PLEASE CHECK TO SEE IF YOUR LETTER OR MOTION IS LISTED BELOW.**

**PLEASE TAKE NOTICE THAT** a hearing is scheduled on the following motions at the omnibus hearing on November 13, 2025 at 10:00 a.m.  Objections are due October 30, 2025 and replies, if any, are due November 6, 2025.

- C.P.'s Motion for Equitable Tolling of Statute of Limitations, Dkt. Nos. 13085 (sealed), 13086 (redacted)

- W.N.'s Request for Court's Own Motion in the Matter of 14th Amendment Violation of Constitution Financial Fraud Class Action, Dkt. Nos. 13115 (sealed), 13116 (redacted)

- F.L.'s Motion Seeking Help from the Court or Advice, Dkt. Nos. 13156 (sealed), 13157 (redacted)

- W.N.'s Interrogatories and Production of Documents in Regard to the Alleged Violation of the 14th Amendment of the United States Constitution, Dkt. Nos. 13158 (sealed), 13159 (redacted)

- J.B.'s Motion to File Out of Time, Dkt. Nos. 13160 (sealed), 13161 (redacted)

- D.S.'s letter postmarked September 29, 2025, Dkt. Nos. 13163 (sealed), 13164 (redacted).

**PLEASE TAKE FURTHER NOTICE** that a status hearing is scheduled on the

Court's Letter Regarding V.G.'s Petition, Dkt. Nos. 13065 (sealed), 13066 (redacted).

Laurie Selber Silverstein
United States Bankruptcy Judge

Date: October 9, 2025

2