**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: November 13, 2025, at 10:00 a.m. (ET)**<br>**Objection Deadline: October 30, 2025, at 4:00 p.m. (ET)**<br><br>Re: D.I. 13181 |

**NOTICE OF HEARING ON MOTION FOR ORDER ALLOWING:
(1) SUBSTITUTION OF ATTORNEYS; (2) TERMINATION OF EXISTING
CONTINGENCY FEE LEGAL SERVICES AGREEMENTS WITH SLATER SLATER
SCHULMAN AND (3) DENIAL OR REDUCTION OF ATTORNEY'S FEES TO BE
PAID TO SLATER SLATER SCHULMAN**

  **PLEASE TAKE NOTICE** that, on October 14, 2025, Claimants filed the *Motion for Order Allowing: (1) Substitution of Attorneys; (2) Termination of Existing Contingency Fee Legal Services Agreements With Slater Slater Schulman and (3) Denial or Reduction of Attorney's Fees to be Paid to Slater Slater Schulman* [D.I. 13181] (the "Motion").

  **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion are required to be filed on or before **October 30, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be received on or before the Objection Deadline.

  **PLEASE TAKE FURTHER NOTICE** that, if an objection or response is timely filed, served and received, and such objection or response is not otherwise timely resolved, a hearing with respect to the Motion will be held before the Honorable Laurie S. Silverstein,, United States Bankruptcy Judge, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801 on **November 13, 2025 at 10:00 a.m. (ET).**

  **PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00041091. }

Dated: October 16, 2025
      Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com

-and-

Timothy J. Silverman (CA SBN #145264)
SCHEER LAW GROUP, LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656
Telephone: (949) 263-8757
tsilverman@scheerlawgroup.com

-and-

Lawrence A. Friedman (MI SBN # P36935)
FRIEDMAN PARTNERS LLC
PO Box 609
Grayling, Michigan 49738
Telephone: (317) 501-4671
lfriedman@friedmanpartners.net

*Counsel to Claimants*