# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Re: 13181 & 13185 |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on October 16, 2025, I caused a copy of the *Motion for Order Allowing: (1) Substitution of Attorneys; (2) Termination of Existing Contingency Fee Legal Services Agreements With Slater Slater Schulman and (3) Denial or Reduction of Attorney's Fees to Be Paid to Slater Slater Schulman* [D.I. 13181; filed on 10/14/2025] and *Notice of Hearing On Motion for Order Allowing:(1) Substitution of Attorneys; (2) Termination of Existing Contingency Fee Legal Services Agreements With Slater Slater Schulman and (3) Denial or Reduction of Attorneys Fees to Be Paid to Slater Slater Schulman* [D.I. 13185; filed on 10/16/2025] to be served via CM/ECF on all parties registered to receive electronic notice through the Court's electronic system and via first-class mail upon the following party:

**Derek C. Abbott**
**Andrew R. Remming**
**Sophie Rogers Churchill**
**Matthew O Talmo**
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**Adrian C. Azer**
Haynes & Boone, LLP
800 17th Street NW

**Christine D. Arnone**
**Christopher B. Sevedge**
Stinson LLP
1201 Walnut Street
Suite 2900
Kansas City, MO 64106

**David E. Blabey, Jr.**
**Natan M. Hamerman**
**Thomas Moers Mayer**
**Rachael Ringer**
**Jennifer R Sharret**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

Suite 500
Washington, DC 20006

**Laura E. Baccash**
White & Case LLP
111 South Wacker Drive
Chicago, IL 60606-4302

**Joseph C. Barsalona II**
Pashman Stein Walder Hayden, P.C.
824 North Market Street
Suite 800
Wilmington, DE 19801

**Karim Basaria**
**James W Ducayet**
**Bojan Guzina**
**Thomas A. Labuda, Jr.**
**Andrew Fotre O'Neill**
**Melanie E. Walker**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**William E. Curtin**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

**Charles D'Oria**
**Andrew W. Hammond**
**Samuel Paul Hershey**
**Michael Jaoude**
**Glenn M. Kurtz**
**Jennifer M. Thomas**
**Robert E. Tiedemann, III**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

**Natalie DuBose**
**Carla Verena Green**
**Ernest Martin, Jr.**

**Megan M. Wasson**
Kramer, Levin, Nafkalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**Mark W. Eckard**
Raines Feldman Littrell, LLP
1200 North Broom Street
Wilmington, DE 19806

**Kurt F. Gwynne**
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801

**Logan R Kugler**
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402

*Official Committee of Unsecured Creditors*
 **Timothy Jay Fox, Jr.**
**Hannah J McCollum**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

*US Trustee*

**Mark T. Hurford**
A.M. SACCULLO LEGAL, LLC
27 Crimson King Drive Bear, DE 19701

**Kami E. Quinn**
**Emily P. Grim**
**Michael B. Rush**
GILBERT LLP
700 Pennsylvania Avenue, SE Suite 400
Washington, DC 20003

2

| | |
|---|---|
| **Michael J. Stoner**<br>Haynes Boone, LLP<br>2323 Victory Avenue<br>Dallas, TX 75219 | *Attorneys for the Honorable Barbara J. Houser (Ret.), in her capacity as Trustee of the BSA Settlement Trust* |

**Michelle Fu**
Vinson & Elkins
845 Texas Avenue
Suite 4700 Barbara Houser
Houston, TX 77002

**Jessica D. Smith**
**Jonathan E. Schulman**
SLATER SLATER SCHULMAN LLP
445 Broad Hollow Road, Suite 419
Melville, NY 11747

**Ronald K Gorsich**
**Doah Kim**
White & Case LLP
555 South Flower Street
Suite 2700
Los Angeles, CA 90071

*Slater Slater Schulman, LLP*

**Justin R. Alberto**
Cole Schotz P.C.
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801

**Jesse L. Green**
White & Case LLP
200 S. Biscayne Boulevard, Suite 4900
Miami, FL 33131

**Scott D. Cousins**
Lewis Brisbois
500 Delaware Avenue
Suite 700
Wilmington, DE 19801

**Austin Rogers**
White & Case, LLP
701 Thirteenth Street, NW
Washington, DC 20005

**Michael Farina**
Robert & Robert PLLC
526 RXR Plaza
Uniondale, NY 11556

**Erin Rosenberg**
White & Case LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606

**Susan E. Kaufman**
Law Office of Susan E. Kaufman, LLC
919 N. Market Street
Suite 460
Wilmington, DE 19801

**Jessica D. Smith**
SLATER SLATER SCHULMAN LLP
445 Broad Hollow Road, Suite 419
Melville, NY 11747

**Clifford S. Robert**
Robert & Robert PLLC

*Counsel to the Debtor*

4897-0443-4789, v. 1

**David E. Wilks**
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805

*Counsel to Andrew Van Arsdale*

526 RXR Plaza
Uniondale, NY 11556

**Joel M. Taylor**
Kagen, Caspersen & Bogart PLLC
551 Madison Avenue
Ste 12th Floor
10022
New York, NY 10022

*Counsel to Slater Slater Schulman, LLP*

Dated: October 16, 2025
    Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

<u>/s/ Frederick B. Rosner</u>
Frederick B. Rosner (DE 3995)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: rosner@teamrosner.com

*Counsel to Claimants*

4897-0443-4789, v. 1