In The Bankruptcy court For The state of Delaware

RECEIVED
2025 OCT 22 A 9:08
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Inre: [redacted]

case No 20-10343(LSS)

vs

Boy scouts of America and Delaware BSA, LLC

Now comes [redacted] inmate and prose and a Laymen of the Law. states under penalty of perjury. I [redacted] wrote Haskell county courthouse at Lest (2) two time requesting any court records police reports ect about the 1978 to 1981 or around molestation on me or my sister [redacted] Now on 10-14-25 I get a thing saying Additional Information Request(s) medical records police report Filed related to the claim you submitted to the Trust. I can't make the courts-cops give me these Files even when I requested under Okla open records Act ect. Why I belive they are covering up the Facts they did not charge with a

crime back then. On many sex crimes in OKla I have heard over the yrs. Why other inmates would kill - hurt sex offender back then as now in OKla prisons.

The scouting settlement Trust states on page 5-7 I may not get money -Disallowed or in the claim being allowed but being assigned a Lower value. As I sade to Lawyers Packalskist and Zieli and Jones LLP, as vidio hearing also I was taking into stigler Hospital talked to cops ect, that day. I was told for yrs by Foster care staff. Don't talk or tell anyone. People well say your gay and you will never get a girlfriend. I ended up not eather and being aloner all threw school in stigler - Haskell county.

prayer for relief

1. ASK settlement trust for all records as these from all victoms in these case

2. ASK Lawyer For my letters months ago I wrote about these records I belive I requested them to get or help me get them.

3. Request Haskell county - Stigler OK. at Haskell county courthouse 202 East Main Suite 9 Stigler OK 74462 For

Them old records and or my (2) two request For these records. To prove I'm not a Lier as I Feel the settlement trust is calling me without saying it. They are mad over a inmate Filing into your court on them on the many delays They do 30 days almost to months delays on my Claims. To Victomlives me even more.

concluesion

I was molessted as a youngboy in boy scouts in Haskell county Okla For yrs I was raped 3yr in all. Then called names in school. came to prison told my cellmate in 2004-05 got gangraped (2) two times. Then also told a gay staff Mr [REDACTED] He tryed to Force sex on me. Now inmates Know again about the boyscouts things do to staff talking, ect. I Wont this BS done please. IF I didnot need the $money For Legal things I would say F— off. I can't get help From Okla courts do to there bad acts can't get help in prison do to their bad acts also. Now how long this case been going on and had to relive all this For what called a Lier I Feel now Who would Lie about this For yrs in your court and as a Kid.

Now Last prayer For relief

This court order all victoms as me to get a settlement may I belive was $1.700,000.00 to $3500 I Feel 3 yrs as a sex toy - being molested every Fri and on trips. I should get way over $2,700,000.00 For that then being victomlived by settlement trust I should get another $2,700,000.00 IF not For all the repeat Bull - called a Lier slander ect I Feel going on. Heck the delays alone should get any mental Health treatment payed For. Trust me I sure need it now. But prison only gives pills please request I get help by moved to a 24-7 mental Health non Lock down yard as [illegible] unit Joe Harp for Life time - prison time treatment I need help and prison wont give it to me. Thanks will

10-15-25
mailed them 1-4
cant get copied

**Scouting Settlement Trust**
P.O. Box 50157
McLean, VA 22102
Scoutingsettlementtrust.com

October 8, 2025

Dear [redacted]

The Scouting Settlement Trust ("Trust") has received your submitted Claim and reviewed the documentation that was provided in support of the claim. During the review of your claim, we identified area(s) where additional information is needed. We are unable to continue processing your claim until this information is provided. To respond to the information request, please refer to the "Additional Information Request" ("AIR") form that has been included herein. We have also included a prepaid return envelope that you may use to submit the AIR Form to the Trust. **You must complete and return the signed AIR Form to the Trust to respond to this claim.**

Your response must be postmarked by the deadline date of December 7, 2025. If you do not respond, the claim will be returned to the Trust's review and processed without the information. This can result in your claim being Disallowed or in the claim being allowed but being assigned a lower value.

Regards,
Scouting Settlement Trust Team

1-833-961-6495

Info@scoutingsettlementtrust.com

# Settlement Trust
# Additional Information Request Form

## Instructions

The Settlement Trust ("Trust") has received your Trust ("Matrix") Claim Submission and reviewed the information that was provided in support of your claim. To continue the evaluation of your claim, we require additional information (detailed below).

- **You must respond to all the request(s) for additional information listed here within 60 days of the date of this notification.**
- **Your response must be specific to the facts of your claim.** Generic "boilerplate" responses that do not explicitly address the facts of the claim are insufficient.

**If the Trust does not receive a complete and timely response referencing facts specific to your claim or any additional documents requested, your claim will be evaluated based on the previously submitted information. In many cases, this will result in a lower allowed claim amount or the disallowance of your claim.**

A Claimant's attorney may sign this form under certain conditions (see the signature block at the end of the form for details). **If the attorney signs instead of the Claimant, the Claimant will be required to attest that the information included in this form is true and correct prior to payment of the initial distribution.**

To respond to this request, complete this Additional Information Request Form and submit copies of any documents in support of your claim. To respond in hard copy, mail the completed form and documents to Settlement Trust, P.O. Box 50157, McLean, VA 22102. The form must be postmarked within 60 days of the date of this notification.

Review of your claim will resume once the Trust receives your response to this Additional Information Request. The sooner you respond to this Additional Information Request, the sooner the Trust can resume processing your claim.

| Claim Number and Claimant Name | | |
|---|---|---|
| **Claim SST ID *** | Claim ID Number (SST-XXXXXX)<br>SS[redacted] | |
| **Claimant Name*** | [redacted] [redacted] | Suffix |

* Required

## Additional Information Request(s)

1. **REQUEST FOR RECORDS. During the interview conducted with the Trust on September 22, 2025, you indicated that certain contemporaneous records exist that would support your Matrix claim and assist the Trust in evaluation of your claim. These records include certain medical records from the time of the incident described in your claim submitted to the Trust and court testimony conducted and/or police report filed related to the claim you submitted to the Trust.**
   a. You suggested that the Trust should obtain these records; however, it is your responsibility, not the Trust's responsibility, to obtain and submit any records or other documents that might support your claim. After consultation with the Trustee, the Trust is allowing you 60 days to obtain these documents and transmit them to the Trust.
   b. Please list the documents provided below and submit them along with the response and signature on this AIR form.

OKLAHOMA CITY OK 73
17 OCT 2025 PM 4

Bankruptcy court
824 N. Market Street
6th Floor courtroom NO2
Wilmington Delaware
19801

19801-302499

"This correspondence is from an [illegible] under the [illegible] of the Oklahoma Department of Corrections [illegible] For specific information about the [illegible] sending [illegible] correspondence, [illegible] offense, projected [illegible] date, photo, etc., [illegible] our website at www.ok.[illegible]. [illegible] on the 'Inmate [illegible] then the '[illegible]' link or contact GEO/LCF [illegible]-351-2773. [illegible] the facility is not responsible for the [illegible] of [illegible]. [illegible] material may be [illegible] at GEO/LCF."