In The United State Bankruptcy court
For The District of Delaware

In re ███████████████

US
Boy scouts of America
and Delaware BSA, LLC

Case NO
20-10343(LSS)

RECEIVED
2025 NOV -3 AM 8: 15
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Request For Forfeiture

Now comes ███████████ pro se and a Laymen of the Law. under 28. USCS § 1334 (a) Except as provided in subsection (b) of this section, the district courts shall have original and exclusive jurisdiction of all cases under title 11 (e) The district court in which a case under title 11 is commenced or is pending shall have exclusive jurisdiction

1 OF 3

under 28 USCS § 1355

(b)(1) A Forfeiture action or proceeding may be brought in - (A) the district court for the district in which any of the acts or omissions giving rise to the forfeiture occurred, or (B) any district where venue for the Forfeiture action or proceeding is specifically provided for in section 1395 of this title [28 USCS 1395] or any other statute

conclusion

Now months - yr Latter of Final Judgement on the Boy scout case. Mr ███████ is still fighting to get his part of the settlement, sence they wont to prolong this settlement this court order to all victom. Now we request a full Forfeiture be done against the boy scouts settlement Trust and this court order a new group be given the

2 of 3

Job of overseeing all victim get there settlements as Mr Folsom in Full with interest From the time of ruling in this case. Are now order the Boy scouts- settlement trust to give ▮▮▮ his Full amount of $2,700,000 with interest From Final order in this case, months-yr ago And or order your court clerk to send the Final order of win to all victim to ▮▮▮ ▮▮▮ so he my appeal this delay on to united states supreme court in D.C. Thanks For this courts time and help in the interest of Justice

w/R ▮▮▮

10-21-25

3 of 3

Bankruptcy Court
824 N. Market Street
6th Floor courtroom No 2
Wilmington Delaware
19801




OKLAHOMA CITY OK 730
28 OCT 2025 PM 4 L