**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
|---|---|

**AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 13, 2025, AT 10:00 A.M. EASTERN TIME

**This hearing will be conducted in-person, and any exceptions must be approved by chambers.**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**

***The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.***

**After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

**Topic: Boy Scouts of America**

**Time: November 13, 2025, at 10:00 a.m. Eastern Time (US and Canada)**

RESOLVED MATTER:

1. Reorganized Debtors' Motion for Entry of an Order (I) Further Extending the Claims Objection Deadline and (II) Granting Related Relief (D.I. 13177, filed 10/13/25).

   Objection Deadline: October 27, 2025.

   Responses Received: None.

[1] The Reorganized Debtors in the chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] **Amended items are bolded.**

Related Pleadings:

a) Certificate of No Objection Regarding Reorganized Debtors' Motion for Entry of an Order (I) Further Extending the Claims Objection Deadline and (II) Granting Related Relief (D.I. 13207, filed 10/29/25); and

b) Order (I) Further Extending the Claims Objection Deadline and (II) Granting Related Relief (D.I. 13216, filed 10/30/25).

Status: An order has been entered with respect to this matter.  No hearing is necessary.

MATTER WITHDRAWN:

2. Motion for Entry of an Order Authorizing the Scouting Settlement Trust (*"SST"* or *"Trust"*) to Accept Movant's *"Matrix Claim: Permission to File Late Form"* as Timely Filed and To Evaluate the Extraordinary Circumstances Asserted Therein Under the Same Criteria as Similar Timely Filed Forms (D.I. 13199, filed 10/22/25).

   Objection Deadline:   November 5, 2025.

   Responses Received:  None.

   Related Pleadings:

   a) Notice of Withdrawal of Motion for Entry of an Order Authorizing the Scouting Settlement Trust (*"SST"* or *"Trust"*) to Accept Movant's *"Matrix Claim: Permission to File Late Form"* as Timely Filed and To Evaluate the Extraordinary Circumstances Asserted Therein Under the Same Criteria as Similar Timely Filed Forms (D.I. 13224, filed 11/03/25).

   Status: This matter has been withdrawn.

MATTERS GOING FORWARD:

3. [SEALED] R.C. Motion for Judicial, De Novo Review of the Trust Distribution Procedures and the Amount of His Direct Abuse Claim (D.I. 13010, filed 08/06/25).

   Objection Deadline:   September 3, 2025.

   Reply Deadline:   September 11, 2025.

   Responses Received:

   a) Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Claimant R.C.'s Letter Regarding Review of Claim [D.I. 13010/13011] (D.I. 13074, filed 08/29/25).

Related Pleadings:

a) [REDACTED] R.C. Motion for Judicial, De Novo Review of the Trust Distribution Procedures and the Amount of His Direct Abuse Claim (D.I. 13011, filed 08/06/25);

b) Scheduling Order for Motions Filed by Individual Claimants (D.I. 13051, filed 08/21/25); and

c) Affidavit of Service re: Scheduling Order for Motions Filed by Individual Claimants (D.I. 13067, filed 08/28/25).

Status: This matter is going forward. This matter is continued from the hearing that took place on September 16, 2025.

4. Motion for Entry of an Order Authorizing the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to File Under Seal Claimant Identification Contained in the Exhibit to the Supplemental Response to V.G.'s Petition for Previous Expedited Settlement Recognition (D.I. 13083, filed 09/02/25).

Objection Deadline: At the hearing.

Responses Received: None at this time.

Related Pleadings:

**a) Notice of Filing of Proposed Redacted Version of the Supplemental Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to V.G.'s Petition for Previous Expedited Settlement Recognition (D.I. 13084, filed 9/2/25).**

Status: This matter is going forward.

5. [SEALED] C.P.'s Motion for Equitable Tolling of Statute of Limitations (D.I. 13085, filed 09/03/25).

Objection Deadline: October 30, 2025.

Reply Deadline: November 6, 2025.

Responses Received:

a) Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Claimant C.P.'s Motion for the Equitable Tolling of Statute of Limitations [D.I. 13085/13086] (D.I. 13211, filed 10/30/25).

Related Pleadings:

a) [REDACTED] C.P.'s Motion for Equitable Tolling of Statute of Limitations (D.I. 13086, filed 09/03/25);

b)  Scheduling Order for Motions Filed by Individual Claimants (D.I. 13173, filed 10/09/25); and

c)  [SEALED] Certificate of Mailing of Scheduling Order for Motions Filed by Individual Claimants (D.I. 13191, filed 10/17/25).

Status: This matter is going forward.

6.  [SEALED] W.N.'s Request for Court's Own Motion in the Matter of 14th Amendment Violation of Constitution Financial Fraud Class Action (D.I. 13115, filed 09/11/25).

    Objection Deadline:  October 30, 2025.

    Reply Deadline:  November 6, 2025.

    Responses Received:

    a)  Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Claimant W.N.'s Request for Court's Own Motion in the Matter of the 14th Amendment Violation of the Constitution, and to Claimant W.N.'s Request for Interrogatories and Production of Documents in Regards to the Alleged Violation of the 14th Amendment of the United States Constitution [D.I. 13115/13116/13158/13159] (D.I. 13215, filed 10/30/25).

    Related Pleadings:

    a)  [REDACTED] W.N.'s Request for Court's Own Motion in the Matter of 14th Amendment Violation of Constitution Financial Fraud Class Action (D.I. 13116, filed 09/11/25);

    b)  Scheduling Order for Motions Filed by Individual Claimants (D.I. 13173, filed 10/09/25);

    c)  [SEALED] Certificate of Mailing of Scheduling Order for Motions Filed by Individual Claimants (D.I. 13191, filed 10/17/25);

    d)  [SEALED] Letter Regarding Scheduling Order for W.N.'s Request for Court's Own Motion in the Matter of 14th Amendment Violation of Constitution (D.I. 13239, filed 11/7/25); and

    e)  [REDACTED] Letter Regarding Scheduling Order for W.N.'s Request for Court's Own Motion in the Matter of 14th Amendment Violation of Constitution (D.I. 13240, filed 11/7/25).

    Status: This matter is going forward.

7.     [SEALED] F.L.'s Motion Seeking Help from the Court or Advice (D.I. 13156, filed 10/01/25).

   Objection Deadline:   October 30, 2025.

   Reply Deadline:   November 6, 2025.

   Responses Received:

   a)    Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, in Response to Claimant F.L.'s Motion Seeking Help from the Court or Advice [D.I. 13156/13157] (D.I. 13213, filed 10/30/25).

   Related Pleadings:

   a)    [REDACTED] F.L.'s Motion Seeking Help from the Court or Advice (D.I. 13157, filed 10/01/25);

   b)    Scheduling Order for Motions Filed by Individual Claimants (D.I. 13173, filed 10/09/25); and

   c)    [SEALED] Certificate of Mailing of Scheduling Order for Motions Filed by Individual Claimants (D.I. 13191, filed 10/17/25).

   Status: This matter is going forward.

8.     [SEALED] W.N.'s Interrogatories and Production of Documents in Regard to the Alleged Violation of the 14th Amendment of the United States Constitution (D.I. 13158, filed 10/01/25).

   Objection Deadline:   October 30, 2025.

   Reply Deadline:   November 6, 2025.

   Responses Received:

   a)    Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Claimant W.N.'s Request for Court's Own Motion in the Matter of the 14th Amendment Violation of the Constitution, and to Claimant W.N.'s Request for Interrogatories and Production of Documents in Regards to the Alleged Violation of the 14th Amendment of the United States Constitution [D.I. 13115/13116/13158/13159] (D.I. 13215, filed 10/30/25);

   b)    [SEALED] Letter Regarding Scheduling Order for W.N.'s Interrogatories and Production of Documents (D.I. 13237, filed 11/7/25); and

   c)    [REDACTED] Letter Regarding Scheduling Order for W.N.'s Interrogatories and Production of Documents (D.I. 13238, filed 11/7/25).

Related Pleadings:

a) [REDACTED] W.N.'s Interrogatories and Production of Documents in Regard to the Alleged Violation of the 14th Amendment of the United States Constitution (D.I. 13159, filed 10/01/25);

b) Scheduling Order for Motions Filed by Individual Claimants (D.I. 13173, filed 10/09/25); and

c) [SEALED] Certificate of Mailing of Scheduling Order for Motions Filed by Individual Claimants (D.I. 13191, filed 10/17/25).

Status: This matter is going forward.

9. [SEALED] J.B.'s Motion to File Out of Time (D.I. 13160, filed 10/01/25).

Objection Deadline: October 30, 2025.

Reply Deadline: November 6, 2025.

Responses Received:

a) Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, in Response to Claimant J.B.'s Motion to File Out of Time [D.I. 13160/13161] (D.I. 13214, filed 10/30/25).

Related Pleadings:

a) [REDACTED] J.B.'s Motion to File Out of Time (D.I. 13161, filed 10/01/25);

b) Scheduling Order for Motions Filed by Individual Claimants (D.I. 13173, filed 10/09/25); and

c) [SEALED] Certificate of Mailing of Scheduling Order for Motions Filed by Individual Claimants (D.I. 13191, filed 10/17/25).

Status: This matter is going forward.

10. [SEALED] D.S.'s Letter Postmarked September 29, 2025 (D.I. 13163, filed 10/03/25).

Objection Deadline: October 30, 2025.

Reply Deadline: November 6, 2025.

Responses Received:

a) Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, in Response to Claimant D.S.'s Letter Postmarked September 29, 2025 [D.I. 13163/13164] (D.I. 13212, filed 10/30/25).

Related Pleadings:

a) [REDACTED] D.S.'s Letter Postmarked September 29, 2025 (D.I. 13164, filed 10/03/25);

b) Scheduling Order for Motions Filed by Individual Claimants (D.I. 13173, filed 10/09/25); and

c) [SEALED] Certificate of Mailing of Scheduling Order for Motions Filed by Individual Claimants (D.I. 13191, filed 10/17/25).

Status: This matter is going forward.

11. Motion for Clarification or Modification and Request for Tolling of Suit Deadline (D.I. 13200, filed 10/24/25).

Objection Deadline: November 6, 2025.

Reply Deadline: November 10, 2025.

Responses Received:

a) Opposition of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Claimant D.H.'s Motion for Clarification or Modification and Request for Tolling of Suit Deadline (D.I. 13234, filed 11/6/25); and

**b) Movant's Reply in Support of Motion for Clarification or Modification (D.I. 13243, filed 11/10/25).**

Related Pleadings:

a) Stipulation Between the Honorable Barbara J. Houser (Ret.), Trustee of the BSA Settlement Trust and Claimant D.H. Regarding D.H.'s Motion to Shorten Notice with Respect to the Motion for Clarification or Modification and Request for the Tolling of Suit Deadline [D.I. 13201] and Briefing Schedule and Hearing on Motion for Clarification [D.I. 13200] (D.I. 13222, filed 10/30/25).

Status: This matter is going forward.

STATUS CONFERENCES:

12. [SEALED] Court's Letter Regarding V.G.'s Petition (D.I. 13065, filed 08/28/25).

Objection Deadline: October 30, 2025.

Responses Received: None.

Related Pleadings:

    a)    [REDACTED] Court's Letter Regarding V.G.'s Petition (D.I. 13066, filed 08/28/25);

    b)    Scheduling Order for Motions Filed by Individual Claimants (D.I. 13173, filed 10/09/25); and

    c)    [SEALED] Certificate of Mailing of Scheduling Order for Motions Filed by Individual Claimants (D.I. 13191, filed 10/17/25).

Status: This matter is going forward as a status conference.

13.    Motion for Order Allowing: (1) Substitution of Attorneys; (2) Termination of Existing Contingency Fee Legal Services Agreements with Slater Slater Schulman and (3) Denial or Reduction of Attorney's Fees to be Paid to Slater Slater Schulman (D.I. 13181, filed 10/14/25).

Objection Deadline:   October 30, 2025.

Responses Received:

    a)    Objection of Slater Slater Schulman LLP to the Motion of Anonymous "Claimants" for an Order "Allowing" (1) Substitution of Attorneys; (2) Termination of Existing Legal Fee Services Agreements; and (3) Denial or Reduction of Attorney's Fees; and (4) "Prospective" Relief (D.I. 13217, filed 10/30/25); and

    b)    Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Motion for Order Allowing: (1) Substitution of Attorneys; (2) Termination of Existing Contingency Fee Legal Services Agreements With Slater Slater Schulman and (3) Denial or Reduction of Attorney's Fees to be Paid to Slater Slater Schulman (D.I. 13220, filed 10/30/25).

Related Pleadings:

    a)    Notice of Hearing on Motion for Order Allowing: (1) Substitution of Attorneys; (2) Termination of Existing Contingency Fee Legal Services Agreements with Slater Slater Schulman and (3) Denial or Reduction of Attorney's Fees to be Paid to Slater Slater Schulman (D.I. 13185, filed 10/26/25);

    b)    Certificate of Service regarding Motion for Order Allowing: (1) Substitution of Attorneys; (2) Termination of Existing Contingency Fee Legal Services Agreements with Slater Slater Schulman and (3) Denial or Reduction of Attorney's Fees to be Paid to Slater Slater Schulman (D.I. 13188, filed 10/16/25);

    c)    Reply to Slater's Objection to Motion for Order Allowing: (1) Substitution of Attorneys; (2) Termination of Existing Contingency Fee Legal Services Agreements With Slater Slater Schulman and (3) Denial or Reduction of Attorney's Fees to Be Paid to Slater Slater Schulman (D.I. 13241, filed 11/7/25);

**d) [SEALED] Motion for Status Conference and Order Directing Expedited Resolution of Attorney Lien (D.I. 13254, filed 11/10/25); and**

**e) [REDACTED] Motion for Status Conference and Order Directing Expedited Resolution of Attorney Lien (D.I. 13255, filed 11/10/25).**

Status: This matter is going forward as a status conference.

Dated: November 12, 2025
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Sophie Rogers Churchill*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com
aremming@morrisnichols.com
srchurchill@morrisnichols.com

– and –

**WHITE & CASE LLP**
Jessica C. Lauria (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: jessica.lauria@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: mandolina@whitecase.com
mlinder@whitecase.com
laura.baccash@whitecase.com

ATTORNEYS FOR THE REORGANIZED DEBTORS