IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20–10343 (LSS)<br><br>(Jointly Administered) |

**AMENDED NOTICE OF HEARING REGARDING LIBERTY MUTUAL INSURANCE COMPANY'S MOTION TO ENFORCE THE CONFIRMATION ORDER AND PLAN**

      **PLEASE TAKE NOTICE** that on November 10, 2025, Liberty Mutual Insurance Company ("LMIC") filed the *Motion for Entry of an Order Authorizing Liberty Mutual Insurance Company to File the Motion to Enforce the Confirmation Order and Plan and the Marrkand Exhibits Under Seal* [D.I. 13244] *(the* "Motion to Seal") and the *Motion to Enforce the Confirmation Order and Plan* [D.I. 13249] (the "Motion to Enforce" and, together with the Motion to Seal, collectively, the "Motions")[2] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

      **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motions must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served so as to be received by the undersigned counsel on or before **December 17, 2025 at 4:00 p.m. (ET).** Only properly and timely filed responses will be considered.

      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motions is scheduled for **January 20, 2026 at 10:00 a.m. (ET)** before The Honorable Laurie Selber Silverstein, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801.

      **PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT PROPERLY FILE AND SERVE AN OBEJCTION OR OTHER RESPONSE TO THE MOTIONS BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Reorganized Debtors (or the Debtors, as applicable) in these Chapter 11 Cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Upon filing, Liberty Mutual discovered that Exhibits C and D to the Motion to Enforce were corrupted. Liberty Mutual therefore re-filed Exhibits C and D to the Motion to Enforce on November 11, 2025 at D.I. 13251.

1

13089252

| | |
|---|---|
| Dated: November 12, 2025 | /s/ R. Karl Hill |

R. Karl Hill (Del. Bar No. 2747)
**SEITZ, VAN OGTROP & GREEN, P.A.**
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888–0600
Email: khill@svglaw.com

–and–

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Boston, MA 02110
Telephone: (617) 248–5000
dgooding@choate.com
jmarshall@choate.com

–and–

Kim V. Marrkand (admitted *pro hac vice*)
Laura Bange Stephens (admitted *pro hac vice*)
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC**
One Financial Center
Boston, MA 02111
Telephone: (617) 542–6000
KVMarrkand@mintz.com
LBStephens@mintz.com

*Attorneys for Liberty Mutual Insurance Company*

13089252