# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,<br><br>           Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Dkt. Nos. 13151, 13152, 13167, 13168, 13197, 13198, 13225, 13226 |

## SCHEDULING ORDER FOR MOTIONS FILED BY INDIVIDUAL CLAIMANTS

> **IF YOU FILED A LETTER OR MOTION WITH THE CLERK OF THE COURT, PLEASE CHECK TO SEE IF YOUR LETTER OR MOTION IS LISTED BELOW.**

**PLEASE TAKE NOTICE THAT** a hearing is scheduled on the following motions at the omnibus hearing on December 16, 2025 at 10:00 a.m. Objections are due December 2, 2025 and replies, if any, are due December 9, 2025.

- G.F.'s Letter Regarding Settlement Trust, Dkt. Nos. 13151 (sealed), 13152 (redacted)

- G.F.'s Letter Regarding Settlement Trust, Dkt. Nos. 13197 (sealed), 13198 (redacted)

- G.F.'s Letter Regarding Settlement Trust, Dkt. Nos. 13225 (sealed), 13226 (redacted).

**PLEASE TAKE FURTHER NOTICE** that a status hearing is scheduled on D.S.'s Motion for Entry of Order Authorizing Late Filing, Dkt. Nos. 13167 (sealed), 13168 (redacted).

                                              _/s/ Laurie Selber Silverstein_
                                              Laurie Selber Silverstein
                                              United States Bankruptcy Judge

Dated: November 14, 2025
Wilmington, Delaware