# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 16, 2025, AT 10:00 A.M. EASTERN TIME

> **This hearing will be conducted in-person, and any exceptions must be approved by chambers.**
>
> **To attend a hearing remotely, please register using the eCourtAppearance tool ([available here](#)) or on the court's website at [www.deb.uscourts.gov](http://www.deb.uscourts.gov).**
>
> **\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***
>
> **After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**
>
> **Topic: Boy Scouts of America**
>
> **Time:  December 15, 2025, at 10:00 a.m. Eastern Time (US and Canada)**

ADJOURNED MATTER:

1.  [SEALED] Motion of Liberty Mutual Insurance Company to Enforce the Confirmation Order and Plan (D.I. 13248, filed 11/10/25).

    Objection Deadline:  December 4, 2025 at 4:00 pm (ET); extended to December 17, 2025 at 4:00 pm (ET).

    Responses Received:  None.

---

[1]  The Reorganized Debtors in the chapter 11 cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  **Amended items are bolded.**

Related Pleadings:

a) Motion for Entry of An Order Authorizing Liberty Mutual Insurance Company to File the Motion to Enforce the Confirmation Order and Plan and the Marrkand Exhibits Under Seal (D.I. 13244, filed 11/10/25);

b) [SEALED] Declaration of Kim V. Marrkand in Support of the Motion of Liberty Mutual Insurance Company to Enforce the Confirmation Order and Plan (D.I. 13245, filed 11/10/25);

c) [REDACTED] Declaration of Kim V. Marrkand in Support of the Motion of Liberty Mutual Insurance Company to Enforce the Confirmation Order and Plan (D.I. 13246, filed 11/10/25);

d) [REDACTED] Motion of Liberty Mutual Insurance Company to Enforce the Confirmation Order and Plan (D.I. 13249, filed 11/10/25);

e) Notice of Hearing Regarding Liberty Mutual Insurance Company's Motion to Enforce the Confirmation Order and Plan (D.I. 13250, filed 11/10/25);

f) Letter from Liberty Mutual Regarding Exhibits C and D to D.I. 13249 (D.I. 13251, filed 11/11/25); and

g) Amended Notice of Hearing Regarding Liberty Mutual Insurance Company's Motion to Enforce the Confirmation Order and Plan (D.I. 13260, filed 11/12/25).

Status: This matter has been rescheduled to the omnibus hearing scheduled for January 20, 2026.

MATTER UNDER CERTIFICATION:

2. [SEALED] Motion for an Order Deeming an Amended Proof of Claim as Timely Filed (D.I. 13299, filed 12/02/25).

Objection Deadline:   December 9, 2025.

Responses Received:  None.

Related Pleadings:

a) Certificate of No Objection Regarding the Motion for an Order Deeming an Amended Proof of Claim as Timely Filed (D.I. 13313, filed 12/10/25);

b) Motion for Authorization to File Under Seal Exhibits A through D to the Motion for an Order Deeming an Amended Proof of Claim as Timely Filed (D.I. 13314, filed 12/10/25);

c) [REDACTED] Motion for an Order Deeming an Amended Proof of Claim as Timely Filed (D.I. 13315, filed 12/10/25); and

    d)    **Order Granting Motion to Deem Claims Identified as Late by the Trust as Timely Filed (D.I. 13324, filed 12/15/25).**

Status: **An order has been entered with respect to this matter.  No hearing is necessary**.

MATTERS GOING FORWARD:

3.    [SEALED] R.C. Motion for Judicial, De Novo Review of the Trust Distribution Procedures and the Amount of His Direct Abuse Claim (D.I. 13010, filed 08/06/25).

    Objection Deadline:    September 3, 2025.

    Reply Deadline:    September 11, 2025.

    Responses Received:

    a)    Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Claimant R.C.'s Letter Regarding Review of Claim [D.I. 13010/13011] (D.I. 13074, filed 08/29/25).

    Related Pleadings:

    a)    [REDACTED] R.C. Motion for Judicial, De Novo Review of the Trust Distribution Procedures and the Amount of His Direct Abuse Claim (D.I. 13011, filed 08/06/25);

    b)    Scheduling Order for Motions Filed by Individual Claimants (D.I. 13051, filed 08/21/25); and

    c)    Affidavit of Service re: Scheduling Order for Motions Filed by Individual Claimants (D.I. 13067, filed 08/28/25).

Status: This matter is going forward.  This matter is continued from the hearing that took place on November 13, 2025.

4.    [SEALED] G.F.'s Letter Regarding Settlement Trust (D.I. 13151, filed 09/29/25).

    Objection Deadline:    December 2, 2025.

    Reply Deadline:    December 9, 2025.

    Responses Received:

    a)    Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Letters Filed by G.F. [D.I. 13151/13152, 13197/13198, 13225/13226] (D.I. 13297, filed 12/02/25).

Related Pleadings:

a) [REDACTED] G.F.'s Letter Regarding Settlement Trust (D.I. 13152, filed 09/29/25);

b) Scheduling Order for Motions Filed by Individual Claimants (D.I. 13264, filed 11/14/25);

c) [SEALED] Certificate of Mailing of Scheduling Order for Motions Filed by Individual Claimants (D.I. 13276, filed 11/19/25); and

d) Certificate of Service Re: Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Letters Filed by G.F. (D.I. 13300, filed 12/03/25).

Status: This matter is going forward.

5. [SEALED] F.L.'s Motion Seeking Help from the Court or Advice (D.I. 13156, filed 10/01/25).

Objection Deadline:   October 30, 2025.

Reply Deadline:   November 6, 2025.

Responses Received:

a) Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, in Response to Claimant F.L.'s Motion Seeking Help from the Court or Advice [D.I. 13156/13157] (D.I. 13213, filed 10/30/25).

Related Pleadings:

a) [REDACTED] F.L.'s Motion Seeking Help from the Court or Advice (D.I. 13157, filed 10/01/25);

b) Scheduling Order for Motions Filed by Individual Claimants (D.I. 13173, filed 10/09/25); and

c) [SEALED] Certificate of Mailing of Scheduling Order for Motions Filed by Individual Claimants (D.I. 13191, filed 10/17/25).

Status: This matter is going forward.  This matter is continued from the hearing that took place on November 13, 2025.

6.     [SEALED] G.F.'s Letter Regarding Settlement Trust (D.I. 13197, filed 10/22/25).

    <u>Objection Deadline</u>:   December 2, 2025.

    <u>Reply Deadline</u>:   December 9, 2025.

    <u>Responses Received</u>:

    a)    Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Letters Filed by G.F. [D.I. 13151/13152, 13197/13198, 13225/13226] (D.I. 13297, filed 12/02/25).

    <u>Related Pleadings</u>:

    a)    [REDACTED] G.F.'s Letter Regarding Settlement Trust (D.I. 13198, filed 10/22/25);

    b)    Scheduling Order for Motions Filed by Individual Claimants (D.I. 13264, filed 11/14/25);

    c)    [SEALED] Certificate of Mailing of Scheduling Order for Motions Filed by Individual Claimants (D.I. 13276, filed 11/19/25); and

    d)    Certificate of Service Re: Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Letters Filed by G.F. (D.I. 13300, filed 12/03/25).

    <u>Status</u>: This matter is going forward.

7.     [SEALED] G.F.'s Letter Regarding Settlement Trust (D.I. 13225, filed 11/04/25).

    <u>Objection Deadline</u>:   December 2, 2025.

    <u>Reply Deadline</u>:   December 9, 2025.

    <u>Responses Received</u>:

    a)    Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Letters Filed by G.F. [D.I. 13151/13152, 13197/13198, 13225/13226] (D.I. 13297, filed 12/02/25).

    <u>Related Pleadings</u>:

    a)    [REDACTED] G.F.'s Letter Regarding Settlement Trust (D.I. 13226, filed 11/04/25);

    b)    Scheduling Order for Motions Filed by Individual Claimants (D.I. 13264, filed 11/14/25);

      c)    [SEALED] Certificate of Mailing of Scheduling Order for Motions Filed by Individual Claimants (D.I. 13276, filed 11/19/25); and

      d)    Certificate of Service Re: Response of the Honorable Barbara J. Houser (Ret.), in her Capacity as Trustee of the BSA Settlement Trust, to Letters Filed by G.F. (D.I. 13300, filed 12/03/25).

Status: This matter is going forward.

STATUS CONFERENCE

8.    [SEALED] D.S.'s Motion for Entry of Order Authorizing Late Filing (D.I. 13167, filed 10/07/25).

    Objection Deadline:    December 2, 2025.

    Reply Deadline:    December 9, 2025.

    Responses Received:  None.

    Related Pleadings:

      a)    [REDACTED] D.S.'s Motion to Approve Late Filed Claim (D.I. 13168, filed 10/07/25);

      b)    Scheduling Order for Motions Filed by Individual Claimants (D.I. 13264, filed 11/14/25); and

      c)    [SEALED] Certificate of Mailing of Scheduling Order for Motions Filed by Individual Claimants (D.I. 13276, filed 11/19/25).

Status: Per the Court's *Scheduling Order* dated November 14, 2025, this matter is going forward as a status conference.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: December 15, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Sophie Rogers Churchill*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Sophie Rogers Churchill (No. 6905)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@morrisnichols.com<br>          aremming@morrisnichols.com<br>          srchurchill@morrisnichols.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>          mlinder@whitecase.com<br>          laura.baccash@whitecase.com<br><br>ATTORNEYS FOR THE REORGANIZED DEBTORS |