**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Reorganized Debtors.[1] | **Ref. Docket Nos. 13461, 13464 & 13465** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF THE
FUTURE CLAIMANTS' REPRESENTATIVE FOR AN ORDER
(I) AUTHORIZING THE REDACTION OF CERTAIN CONFIDENTIAL
INFORMATION IN CONNECTION WITH THE MOTION OF THE FUTURE
CLAIMANTS' REPRESENTATIVE FOR JUDICIAL RESOLUTION OF
PAYMENT PERCENTAGE DISPUTE AND (II) GRANTING RELATED RELIEF**

On February 17, 2026, James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative"), filed the *Motion of the Future Claimants' Representative for Judicial Resolution of Payment Percentage Dispute* [Docket No. 13451] (the "Motion for Judicial Resolution") under seal with the United States Bankruptcy Court for the District of Delaware (the "Court").

On February 20, 2026, the Future Claimants' Representative filed (i) a redacted version of the Motion for Judicial Resolution [Docket No. 13460] (the "Redacted Version") and (ii) the *Motion of the Future Claimants' Representative for an Order (I) Authorizing the Redaction of Certain Confidential Information in Connection with the Motion of the Future Claimants' Representative for Judicial Resolution of Payment Percentage Dispute and (II) Granting Related Relief* [Docket No. 13461] (the "Motion to Seal"). A proposed form of order with respect to the Motion to Seal (the "Proposed Order") was attached to the Motion to Seal as Exhibit A.

---

[1] The Reorganized Debtors in these Chapter 11 Cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

34101017.1

On February 25, 2026, claimant A.M. filed a letter dated February 17, 2026 requesting "a redacted version [of the Motion for Judicial Resolution] that protects sensitive information while providing as much transparency as possible" [Docket Nos. 13464 (sealed) and 13465 (redacted)].  The Future Claimants' Representative believes that the filing of the Redacted Version, which was filed before the letter was docketed but after it was written, fulfills this request. No other objections or responses to the Motion to Seal were filed.

Accordingly, the Future Claimants' Representative respectfully requests that the Court enter the Proposed Order without further notice or hearing at the Court's earliest convenience.

Dated: March 10, 2026                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                         */s/ Ashley E. Jacobs*
                                         Robert S. Brady (No. 2847)
                                         Edwin J. Harron (No. 3396)
                                         Kenneth J. Enos (No. 4544)
                                         Ashley E. Jacobs (No. 5635)
                                         Rodney Square
                                         1000 North King Street
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 571-6600
                                         Facsimile: (302) 571-1253
                                         Email: rbrady@ycst.com
                                                eharron@ycst.com
                                                kenos@ycst.com
                                                ajacobs@ycst.com

                                         *Counsel to the Future Claimants' Representative*

34101017.1

2