**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF OCCURRENCE OF RELEASE DATES
UNDER THE INSURANCE SETTLEMENT AGREEMENTS**

**PLEASE TAKE NOTICE** that, on September 8, 2022, the Court entered the *Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [D.I. 10316] (the "Confirmation Order"), which supplemented the Court's findings of fact and conclusions of law set forth in the Opinion dated July 29, 2022 [D.I. 10136] (the "Confirmation Opinion") and confirmed the *Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [D.I. 10296], as modified by the Confirmation Opinion and the Confirmation Order, pursuant to section 1129 of the Bankruptcy Code.[2]

**PLEASE TAKE FURTHER NOTICE** that, on March 28, 2023, the United States District Court for the District of Delaware (the "District Court") issued an opinion affirming the

---

[1]  The Reorganized Debtors in these Chapter 11 Cases, together with the last four digits of each Reorganized Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Reorganized Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

Confirmation Order. *Nat'l Union Fire Ins. Co. of Pittsburgh, PA, et al. v. Boy Scouts of Am. and Del. BSA, LLC, et al. (In re Boy Scouts of Am.)*, 650 B.R. 87, 105–06, 192 (D. Del. 2023).

**PLEASE TAKE FURTHER NOTICE** that the Effective Date occurred on April 19, 2023.

**PLEASE TAKE FURTHER NOTICE** that, on May 13, 2025, the United States Court of Appeals for the Third Circuit issued an opinion that: (a) dismissed the Lujan Claimants' and D&V Claimants' appeals under section 363(m) of the Bankruptcy Code (*In re Boy Scouts of Am.*, 137 F.4th 126, 158 (3d Cir. 2025) (the "Opinion")); (b) affirmed the Confirmation Order as to the Certain Insurers' claims (*id.* at 142, 164–67); and (c) (i) reversed the District Court's judgment as to one of the Allianz Insurers' claims (*id.* at 151), and (ii) modified the judgment reduction clause as proposed by the Allianz Insurers (*id.* at 169).

**PLEASE TAKE FURTHER NOTICE** that, on July 21, 2025, this Court, having considered the Opinion on remand, entered the *Order, Pursuant to May 13, 2025 Decision of the United States Court of Appeals for the Third Circuit, Modifying Supplemental Findings of Fact and Conclusions of Law and Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization (With Technical Modifications) for Boy Scouts of America and Delaware BSA, LLC* [D.I. 12966].

**PLEASE TAKE FURTHER NOTICE** that, on January 12, 2026, the Supreme Court of the United States denied the Lujan Claimants' petition for a writ of certiorari, and no request for rehearing was timely made.

**PLEASE TAKE FURTHER NOTICE** that, on February 7, 2026, the Confirmation Order became a Final Order.

**PLEASE TAKE FURTHER NOTICE** that, (a) on February 25, 2026, the "Release Date" occurred under the Century and Chubb Companies Insurance Settlement Agreement, the Hartford Insurance Settlement Agreement, and the Zurich Insurance Settlement Agreement, respectively, and (b) on February 26, 2026, the "Release Date" occurred under the Clarendon Insurance Settlement Agreement.

**PLEASE TAKE FURTHER NOTICE** that, on the foregoing Release Dates, the amounts placed in escrow by the Settling Insurance Companies under the respective Insurance Settlement Agreements were released to the Settlement Trust.

*[Remainder of the Page Left Blank]*

Dated: March 12, 2026
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Sophie Rogers Churchill*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Sophie Rogers Churchill (No. 6905)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email: dabbott@morrisnichols.com
      aremming@morrisnichols.com
      srchurchill@morrisnichols.com

*– and –*

**WHITE & CASE LLP**

Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice)*
111 South Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Email: mandolina@whitecase.com
      mlinder@whitecase.com
      laura.baccash@whitecase.com

*Attorneys for the Reorganized Debtors*